Of Counsel:
LAW OFFICE OF ERIK KVAM
ERIK W. KVAM            (7975-0)
4188-4 Keanu Street
Honolulu, Hawaii 96816
Telephone: (808) 371-1475
Telefax: (808) 737-7138
e-mail address: ErikKvam@earthlink.net

Attorney for Defendant
    OCEAN DUKE CORPORATION

NEUFELD LAW GROUP, P.C.
TIMOTHY L. NEUFELD
JUDITH L. KHANG
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Telefax: (213) 625-2650
e-mail address: TNeufeld@neufeldlawgroup.com
                JKhang@neufeldlawgroup.com

Attorneys *pro hac vice* for Defendant
    OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

-----------------------------------------------x
WILLIAM R. KOWALSKI and         :
HAWAII INTERNATIONAL            : CIVIL NO. CV04-00055 JMS-BMK
SEAFOOD, INC.,                  :
                                :
                                :
        Plaintiffs,             : DEFENDANT'S APPLICATION
v.                              : FOR SUBSTITUTION
                                : OF ATTORNEYS AND NOTICE
OCEAN DUKE CORPORATION,         : OF CHANGE IN ATTORNEYS'
                                : BUSINESS ADDRESSES AND
        Defendant.              : FIRM AFFILIATIONS
-----------------------------------------------x

**DEFENDANT'S APPLICATION FOR
SUBSTITUTION OF ATTORNEYS
AND NOTICE OF CHANGE IN ATTORNEYS'
BUSINESS ADDRESSES AND FIRM AFFILIATIONS**

Defendant OCEAN DUKE CORPORATION ("Defendant"), by and through its attorney of record, Erik W. Kvam, hereby applies to this Honorable Court pursuant to LR 83.6(b) of the Local Rules for the District of Hawaii (Civil), to substitute Erik W. Kvam of the Law Office of Erik Kvam, 4188-4 Keanu Street, Honolulu, Hawaii 96816, telephone: (808) 371-1475, telefax: (808) 737-7138, e-mail address: ErikKvam@earthlink.net, as attorney for Defendant in the place and stead of William G. Meyer, III of Dwyer Schraff Meyer Grant & Green (the "Dwyer Firm") and Erik Kvam, formerly of the Dwyer Firm, in Honolulu, Hawaii, to appear and participate on Defendant's behalf in the above-entitled action.

Defendant hereby notifies this Honorable Court and the other parties in this action pursuant to LR 83.1(h) of the Local Rules for the District of Hawaii (Civil), of the following changes in Defendants' attorneys' business addresses and firm affiliations:

(1) The new business address and firm affiliation of Erik W. Kvam, attorney for Defendant, are:

  Erik W. Kvam
  Law Office of Erik Kvam
  4188-4 Keanu Street
  Honolulu, Hawaii 96816
  telephone: (808) 371-1475
  telefax: (808) 737-7138
  e-mail address: ErikKvam@earthlink.net

 (2) The new business address and firm affiliation of Timothy L. Neufeld and Judith L. Khang, attorneys *pro hac vice* for Defendant, are:

  Timothy L. Neufeld
  Judith L. Khang
  Neufeld Law Group, P.C.
  360 East 2nd Street, Suite 703
  Los Angeles, California 90012
  telephone: (213) 229-2461
  telefax: (213) 625-2650
  e-mail address: TNeufeld@neufeldlawgroup
         JKhang@neufeldlawgroup


DATED: Honolulu, Hawaii, March 15, 2006


          /s/ Erik W. Kvam
         ERIK W. KVAM
         Attorney for Defendant
          OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
-----------------------------------------x
WILLIAM R. KOWALSKI and              :
HAWAII INTERNATIONAL                 : CIVIL NO. CV04-00055 JMS-BMK
SEAFOOD, INC.,                       :
                                     : CERTIFICATE OF SERVICE
              Plaintiffs,            :
v.                                   :
                                     :
OCEAN DUKE CORPORATION,              :
                                     :
              Defendant.             :
-----------------------------------------x
```

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of DEFENDANT'S APPLICATION FOR SUBSTITUTION OF ATTORNEYS AND NOTICE OF CHANGES IN ATTORNEYS' BUSINESS ADDRESSES AND FIRM AFILIATIONS; ORDER GRANTING DEFENDANT'S APPLICATION FOR SUBSTITUTION OF ATTORNEYS; CERTIFICATE OF SERVICE was served by depositing the same in the U.S. Mail, postage prepaid, upon the following parties on March 15, 2006.

TO:   MILTON M. YASUNAGA, ESQ.
       MARTIN E. HSIA
       Cades Schutte
       1000 Bishop Street, 12th floor
       Honolulu, Hawaii 96813-4216

       Attorneys for Plaintiffs
           WILLIAM R. KOWALSKI and
           HAWAII INTERNATIONAL SEAFOOD INC.

       WILLIAM G. MEYER, III
       Dwyer Schraff Meyer Grant & Green
       900 Fort Street Mall, Suite 1800
       Honolulu, Hawaii 96813

       Attorney for Defendant
           OCEAN DUKE CORPORATION

       TIMOTHY L. NEUFELD
       JUDY L. KHANG
       Neufeld Law Group, P.C.
       360 East 2nd Street, Suite 703
       Los Angeles, California 90012

       Attorneys *pro hac vice* for Defendant
           OCEAN DUKE CORPORATION


DATED:   Honolulu, Hawaii, March 15, 2006

                                      /s/ Erik W. Kvam
                                  ERIK W. KVAM
                                  Attorney for Defendant
                                  OCEAN DUKE CORPOATION