IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
-------------------------------------------x
WILLIAM R. KOWALSKI and              :
HAWAII INTERNATIONAL                 : CIVIL NO. CV04-00055 JMS-BMK
SEAFOOD, INC.,                       :
                                     : ORDER GRANTING
          Plaintiffs,                : DEFENDANT'S APPLICATION
v.                                   : FOR SUBSTITUTION OF
                                     : ATTORNEYS
OCEAN DUKE CORPORATION,              :
                                     :
          Defendant.                 :
-------------------------------------------x
```

**ORDER GRANTING DEFENDANT'S
APPLICATION FOR SUBSTITUTION OF ATTORNEYS**

The foregoing Defendant's Application for Substitution of Attorneys (the "Application"), having been brought before this Court, and the Court being fully advised in the circumstances,

IT IS HEREBY ORDERED that the Application is hereby granted and that Erik W. Kvam of the Law Office of Erik Kvam, 4188-4 Keanu Street, Honolulu, Hawaii 96816, telephone: (808) 371-1475, telefax: (808) 737-7138, e-mail address: ErikKvam@earthlink.net, shall be and hereby is substituted as attorney for Defendant Ocean Duke Corporation ("Defendant") in the place and stead of William G. Meyer, III of Dwyer Schraff Meyer Grant & Green (the "Dwyer Firm") and Erik Kvam, formerly

of the Dwyer Firm, in Honolulu, Hawaii, to appear and participate on

Defendant's behalf in the above-entitled action.



/s/ Barry M. Kurren
United States Magistrate Judge
 Dated: April 3, 2006

WILLIAM R. KOWALSKI, ET AL. V. OCEAN DUKE CORPORATION; CV. NO. 04-00055 JMS-BMK;
ORDER GRANTING DEFENDANT'S APPLICATION FOR SUBSTITUTION OF ATTORNEYS.