ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

LOUISE K. Y. ING                2394-0
ALLISON KIRK GRIFFITHS   8156-0
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
E-mail:       ling@ahfi.com
                   agriffiths@ahfi.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Civil No. CV04-00055 BMK <br><br> **WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER** |

651,481 / 8827-1

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.6 of the Rules of the United States District Court, Erik W. Kvam hereby withdraws as counsel for Defendant Ocean Duke Corporation in the above-entitled action.

Louise K. Y. Ing, Allison Kirk Griffiths, and the law firm of Alston Hunt Floyd & Ing hereby appear in the above-entitled action as counsel for Defendant Ocean Duke Corporation.

DATED: Honolulu, Hawai'i, July 18, 2007

_____
ERIK W. KVAM
Withdrawing counsel

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Appearing counsel

APPROVED:

OCEAN DUKE CORPORATION

By _____
    Its

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT
AUG 0 1 2007

*Kowalski v. Ocean Duke Corporation*, Civil No. CV04-00055 BMK (D. Hawaii);
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER**

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.6 of the Rules of the United States District Court, Erik W. Kvam hereby withdraws as counsel for Defendant Ocean Duke Corporation in the above-entitled action.

Louise K. Y. Ing, Allison Kirk Griffiths, and the law firm of Alston Hunt Floyd & Ing hereby appear in the above-entitled action as counsel for Defendant Ocean Duke Corporation.

DATED: Honolulu, Hawai'i, _____.


_____
ERIK W. KVAM
Withdrawing counsel


_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Appearing counsel

APPROVED:

OCEAN DUKE CORPORATION

By _____
   Its   COO

APPROVED AND SO ORDERED:

---

*Kowalski v. Ocean Duke Corporation*, Civil No. CV04-00055 BMK (D. Hawaii);
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER**

651,481 / 8827-1                                2