LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:  ling@ahfi.com
        agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:;: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com

Attorneys for Defendant
  OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OCEAN DUKE CORPORATION,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00055 BMK<br><br>**DEFENDANT OCEAN DUKE CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT;** MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ROGER LIN; EXHIBIT A; DECLARATION OF WAYNE T. IWAOKA; EXHIBITS C-D; CERTIFICATE OF SERVICE |

## DEFENDANT OCEAN DUKE CORPORATION'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Ocean Duke Corporation moves this court for an order granting it partial summary judgment as to the first claim for relief (patent infringement) in the complaint on file herein. The motion will be made under Rule 56 of the Federal Rules of Civil Procedure, and will be based on this Motion, the attached Points and Authorities, the Concise Statement of Undisputed Facts, the pleadings and papers on file herein, and the Declarations of Roger Lin and Wayne Iwaoka in support of thereof, as well as all other matters and evidence as may be received by the court at or before the time of the hearing on this motion.

DATED: Honolulu, Hawai`i, August 15, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
Attorneys for defendant
OCEAN DUKE CORPORATION