IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-00055 BMK <br><br> **DECLARATION OF WAYNE T. IWAOKA** |

## DECLARATION OF WAYNE T. IWAOKA, PhD

I, Wayne T. Iwaoka, PhD, declare:

1. I am an associate professor at the University of Hawaii at Manoa. I have been retained as an expert witness in this lawsuit on behalf of Ocean Duke Corporation. I have been asked to analyze and express opinions relating to U.S. Patent 5,972,401 (hereafter, the "Kowalski" patent, a true and correct copy of which is attached hereto as Exhibit B), and U.S. Patent No. 6,331,322 (hereafter, the "Shih" patent, a true and correct copy of which is attached hereto as Exhibit C).

2. I have prepared and signed the expert witness report that is attached hereto as Exhibit D. The factual information contained in that report is true and correct to the best of my knowledge, and the opinions expressed therein are true and correct statements of the opinions I have made, based on the work I have done in this matter. I hereby respectfully incorporate the entirety of my report into this declaration, as if set forth at this point in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I signed this declaration in Manoa, Hawai'i, on August 15, 2007.

_____
**WAYNE T. IWAOKA**

6