# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and

HAWAII INTERNATIONAL SEAFOOD, INC.

v.

OCEAN DUKE CORPORATION

Case No.: CV0400055 DAE BMK

# PRELIMINARY

# EXPERT REPORT

by

# WAYNE T. IWAOKA, PhD

August 15, 2007

# EXHIBIT D

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

# TABLE OF CONTENTS

I.    INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

II.   EXPERT QUALIFICATIONS AND TESTIMONY . . . . . . . . . . . . . . . . . . 3

III.  REPORT AND BASIS FOR OPINIONS  . . . . . . . . . . . . . . . . . . . . . . . . . 4

IV.   SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

V.    REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

VI.   CURRICULUM VITAE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

# I.    INTRODUCTION

The author of this report, Wayne T. Iwaoka, has been retained by defendant Ocean Duke Corporation ("Ocean Duke"), through its counsel, to provide an opinion relating to the alleged infringement by Ocean Duke of U.S. Patent 5,972,401 (the "Kowalski" patent), entitled "*Process for Manufacturing Super-Purified Smoke for Treating Seafood to be Frozen and Thawed.*"

This report is made based on information available as of the date of this report, and contains the author's preliminary findings, subject to review and revision based on additional information disclosed to the author, including the opinions and conclusions of any expert witness disclosed by the plaintiffs in this matter. The author's research and analysis are continuing, and the author reserves the right to supplement and/or amend this report.

# II.    EXPERT QUALIFICATIONS AND TESTIMONY

The author is an associate professor in the Department of Human Nutrition, Food, and Animal Sciences at the University of Hawaii at Manoa. A current Curriculum Vitae of the author, together with a list of publications, is appended to this report, and incorporated herein by this reference.

The author has not previously testified in a court case as an expert witness. Ocean Duke retained the author as a consultant and potential expert witness in April 2005, and agreed to pay him compensation for all work performed in this matter at the rate of $200 per hour.

## III.  REPORT AND BASIS FOR OPINIONS

Work on this report was commenced in response to the request of counsel for Ocean Duke Corporation, Timothy Neufeld, who made a request on April 8, 2005, to examine two patents:  U.S. Patent No. 5,972,401 (the "Kowalski patent") and U.S. Patent No. 6,331,322 (the "Shih Patent").  Mr. Neufeld's request was to examine "the meanings of the expressions 'smoke', 'super-purifying', 'filtering' and 'removing components that impart smoke odor', as those expressions are used in the Kowalski patent, and the potential application or non-application of the claims of the Kowalski Patent containing those terms to the methods and/or processes used by suppliers of frozen fish and/or seafood products to Ocean Duke Corporation, including any such supplier said to being the method or process disclosed in Shih, United States Patent No. 6,331,322."  Subsequently, Mr. Marks, another lawyer for Ocean Duke Corporation, requested a written report discussing

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

"a comparison of the two patents that relate to the preservation of seafood, for

superior taste and restaurant-quality appearance."

A.    Key features of United States Patent No. 6,331,322 (Shih Patent)

The Shih patent describes a fairly simple process in which volatile

compounds are produced by heating charcoal in a vacuum oven at a temperature of

180°C (356°F) and separating carbon monoxide (CO) from water vapor in a

separating device. The carbon monoxide is then drawn into an airbag, and then

into a marine food processing device where CO reacts with the meat of marine

foods.

B.    Key features of United States Patent No. 5,972,401 (Kowalski Patent)

The Kowalski patent is a detailed description of a process for the production

of a "tasteless super-purified smoke" to treat seafood and meat, to preserve the

freshness, color, texture and natural flavor after the product has been frozen and

thawed. The Kowalski patent describes in great detail seafood preservation in

other countries, the use of smoke as a food preservative, a brief description of other

patents using smoke as a preservative, and a detailed description of the components

of wood smoke. The Kowalski patent then describes the invention and processing

operations in detail, and concludes with a description of 73 claims.

C.    Similarities and differences between the inventions described by the

Shih patent and the Kowalski patent

Both patents use some form of carbonaceous material that is heated to

generate certain volatile compounds that are eventually separated to different

degrees, and portions of the heat-generated compounds are used to treat seafoods

(or marine foods) to impart a red color. However, the similarities end when details

of the processes described by the Shih and Kowalski patents are closely examined.

There are two processes in each patent that appear to be sufficiently different from

each other that would preclude a Shih patent infringement upon the Kowalski

patent, namely 1) the initial heating device and the respective materials used to

generate the volatile compounds, and 2) the purity of the final product used to treat

the marine foods. However, what may be more important from a food science and

technology, and perhaps a legal standpoint, is that the definition of "smoke," as

used in the Kowalski patent, is incorrect. Without a definition of terms section in

the patent description, one must assume that any terms used are those definitions

that can be found in dictionaries commonly available to the general public.

6

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

Provided below are explanations of why the term "smoke" is used incorrectly, and descriptions and rationale explaining why there appear to be major differences between two aspects of the Shih and Kowalski patents.

1.    The Use of the Term "Smoke."

***The use of the term "smoke" in "tasteless super-purified smoke," as used in the Kowalski patent, is not a correct use of the term.***

In the absence of a list of definitions of terms in the Kowalski patent, the following definitions of smoke have been obtain from Webster's Third New International Dictionary (Unabridged) and from the Web:

1a(1): the gaseous products of burning carbonaceous materials made visible by the presence of small particles of carbon

(2):    a similar incompletely burned volatilized product resulting from incomplete combustion and finally settling as soot -- compare FLAME

Web definitions (http://dict.die.net/smoke/) of "smoke" include:

a.    a cloud of fine particles suspended in a gas

b.    a hot vapor containing fine particles of carbon being produced by combustion.

7

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

     c.    A suspension in air of small particles resulting from incomplete combustion of a fuel.

Based upon these definitions, "smoke" is a term that is used to describe a composite entity; in other words, an entity that is made up of several different and distinct components (gaseous products, incompletely burned volatilized product resulting from incomplete combustion, fine particles, etc.). Once integral components of that entity are separated and purified from that composite entity, it must be called by the name of that separated component, and not by the name of the composite entity. For example, when the volatile organic compounds or smoke particulate matter are isolated and purified from smoke, it must be called "volatile organic compounds purified from smoke," or "purified smoke particulate matter," and not "purified smoke." Thus, the term "tasteless super-purified smoke" is very misleading to anyone reading the patent, or to a customer reading a food ingredient label, because it is incorrect to separate out key components of a composite entity, and include only a part of the components in the product, and still calling it by its original name. For example, when food processors add an acid to milk and cause the casein (curd) to precipitate and separate from the liquid portion (whey), they must call the separated entities "curds" and "whey." If they purify the curd by removing residual water, fat, entrapped whey, or vitamins and minerals, they might

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

call it "purified casein," or other such similar terms, to clearly indicate the exact

nature of the product. However, this latter purified product cannot be called

"purified milk," which in essence is what the Kowalski patent is doing with

"purified smoke." Thus, the term "tasteless super-purified smoke" is very

misleading and incorrect, once the process of how this product was produced has

been read and understood.

2.    Carbonaceous Materials Used in the Patents

*The Shih patent uses natural charcoal heated in a vacuum at 185°C to*

*generate the compounds used for fixing the color of marine products, while the*

*Kowalski patent uses sawdust in "a highly oxygen restricted closed system," with*

*the sawdust heated anywhere from 204 to 510°C. The Kowalski patent further*

*claims that temperatures between 343 to 399°C are optimal (column 16, line 44).*

Charcoal, by general definition, is the "solid residue following the pyrolysis

(carbonization or destructive distillation) of carbonaceous raw materials. Principal

raw materials are medium to dense hardwoods such as beech, birch, hard maple,

hickory, and oak. Others are softwoods (primarily long leaf and slash pine),

nutshells, fruit pits, coal, vegetable wastes, and paper mill residues . . . . During

the manufacturing process, the wood is heated, driving off water and highly

volatile organic compounds (VOC). Wood temperature rises to approximately 275 C (527 F), and the VOC distillate yield increases. At this point, external application of heat is no longer required because the carbonization reactions become exothermic (EPA, 1995)."

During the production of charcoal, five types of products and byproducts are produced: charcoal, gases (mainly carbon monoxide, carbon dioxide, methane, and ethane), pyroacids (mainly acetic acid and methanol), tars and heavy oils, and water (Pacific Environmental Services, 1982). Lastly, most charcoal fires burn virtually smokeless, because most of the compounds that cause "smoke" have been removed.

According to the information in the patents, the process in the Kowalski patent appears to be producing all of the compounds listed above as well as more, since the process's optimum range of heating temperatures may reach 399°C. Further, the composition of sawdust, which is often times a byproduct or waste product of the construction and building industry, can be highly variable and would produce a wide range of different volatile compounds when heated or burned. In contrast, the process in the Shih patent starts out with natural charcoal, heated in a vacuum oven at 185°C. Most natural charcoals are produced from medium to dense hardwood (EPA, 1995), and the amount of volatiles driven off by heating at

185°C would result in a different composition than those generated by the

Kowalski process. Further, the quantity of volatiles would be much less because

the Shih process is using a product in which most of the volatiles would have been

driven off in the production of charcoal (Pacific Environmental Services, Inc.

1982).

3.    Removal of Particulate and other Materials.

*The Kowalski patent uses a tower purification system that is composed of*
*ice, two cloth filters, and activated carbon to remove certain chemical*
*constituents of smoke and smoke particulates to produce a so-called "tasteless*
*super-purified smoke." The Shih patent calls for putting CO into a separating*
*device to separate the water vapor and carbon monoxide.*

By passing smoke through the Kowalski invention, certain volatile

compounds, including water vapor, will condense when it comes in contact with

the ice, water soluble volatiles will partition and solubilize in the condensate,

particulate matter will be trapped by the cloth filters, and certain organic

compounds will be adsorbed by the activated carbon. The resulting material will

contain certain gases, as well as any compounds not solubilized or dissolved in

water nor absorbed by the activated carbon. The Shih patent does not make any

11

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

claim for "purifying" the carbon monoxide, other than separating it from water vapor. Thus, the resulting Shih product could contain carbon dioxide, volatile organics and methane, and perhaps small amounts of particulate matter that escaped from the charcoal in the heating process.

The purification system described in the Kowalski patent, and the separating device mentioned in the Shih patent, are very different from each other in terms of the degree and extent of separating compounds produced by their different generating systems. In the Shih patent, it is highly doubtful that only carbon monoxide is present in the resulting product. Any volatile compounds formed or produced in the Shih patent-generating system that is not highly water soluble will be present in the final product that is used to treat the marine products. If the natural charcoal used in the Shih process is purchased from different manufacturers who used different medium and hard woods as the starting material, the composition and concentration of the volatiles generated will be quite different. On the other hand, the composition of the so-called "tasteless super-purified smoke" in the Kowalski patent will more or less have the same type of volatile compounds present in the final product, because the purification process will have removed most of the other types of compounds formed (National Organic

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

Standards Board Technical Advisory Panel Review, 2002). Basically, the

Kowalski patent will deliver a more consistent final product.


    4.    <u>Erroneous Statements in Kowalski Patent.</u>

**The description of the process in the Kowalski patent contains numerous**

**erroneous statements or erroneous use of words (from a chemical standpoint),**

**such that some of the 73 claims made with reference to concentrations of**

**compounds, elimination of compounds, and removal of water vapor, are difficult**

**to believe and highly questionable. Also, it would be difficult to determine**

**whether the information was accurate or not.**

Specific erroneous statements or use of certain words are, but not limited to,

the following:

1.    Column 17, line 10 and 14. Crushed ice cannot be considered a "filter"

        and cannot "filter" phenols from the gaseous vapors or the particulate

        phases.

2.    Column 18, line 13. The term "react" is used incorrectly. Smoke cannot

        react with ice. Water vapor or hot particulate matter can melt ice and

        convert it from a solid phase to a liquid and gaseous phase, but they

        won't "react" with water and form a typical reaction product.

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

3.    Column 18, line 16.  There is no such word as "steamified" smoke.

4.    Column 18, line 33.  Smoke cannot be "filtered" by ice.

5.    Column 18, line 35-38.  Cloth filters cannot "remove" some of the water
vapor.

6.    Column 23, line 46, Claim 11.  There is no process in the Kowalski
invention to remove moisture from the smoke.

There appear to be several situations where the incorrect use of key
analytical chemical terms cause some doubt as to whether or not the conclusions
derived from such statements or procedures are accurate and valid.

## IV.  SUMMARY

It is clear that the Kowalski patent contains an erroneous use of a very
critical term ("tasteless super-purified smoke"), claims certain characteristics,
mentions conditions that cannot be proven (elimination of moisture in smoke
[claim 11]), and uses terms that question the validity of a claim (filtering smoke to
remove phenols [claim 12]).  Besides the definitions and the misuse of analytical
chemistry terms, major differences between the two patents appear to be

(1) the difference between the equipment used for heating the starting
material to generate the volatile compounds in question, the number of compounds

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

formed from different starting materials, and the quantities generated as a result of

the different processes, and

(2) the purity of the final product used to treat the seafood.

The information about these two processes is described earlier in this report.

In contrast, the Shih patent contains minimal but sufficient information to

understand what is occurring in the described process. While the Shih patent is not

as detailed as the Kowalski patent, it is clear that the Shih process is producing

carbon monoxide as well as other unidentified volatile compounds. The carbon

monoxide and other compounds are separated from water vapor, and then moved

or transferred to a processing device in which marine foods are treated with this

mixture of volatile compounds. The resulting treated product may have a similar

color to the product made by the Kowalski process, but that is where the similarity

ends. Further, the Shih patent does not use the term "smoke" in any part of the

document while the Kowalski patent attempts to cover every aspect of using smoke

or smoke components in treating meat, fish, or poultry.

With respect to patent infringement, certain aspects of the patent are part of

the public domain. The art and practice of smoking has been around for a very

long time, as pointed out by the description in the Kowalski patent. It has also

been known for a long time that when hemoglobin or myoglobin is exposed to

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

carbon monoxide, a fairly stable carboxyhemoglobin or carboxymyoglobin is formed with a concomitant change in the color (watermelon color).

Most of the patents I have studied or reviewed in the past contain a section on definitions. Because there is no definition section that was approved by the Patent office, the terms "tasteless super-purified smoke" as well as other analytical chemistry terms used in the description of the Kowalski invention, are essentially "allowed" to be used incorrectly and sometimes erroneously. Since the phrase "tasteless super-purified smoke" is such an important term in the Kowalski patent and in the Notice of Infringement document, the use of this phrase should be challenged.

## V.    REFERENCES

EPA, 1995. Chapter 10.7. Charcoal. (*See* webpage located at the following URL: www.epa.gov/ttn/chief/ap42/ch10/final/c10s07.pdf. Accessed 8/11/2007.

http://dict.die.net/smoke/ Accessed August 11, 2007

National Organic Standards Board Technical Advisory Panel Review, 2002. Activated Carbon (Processing). www.ams.usda.gov/nop/NationalList/TAPReviews/**ActivatedCarbon**.pdf. Accessed 8/11/2007.

Pacific Environmental Services, Inc. 1982. Emission Factor Documentation

for Section 5.4 Charcoal Manufacturing. Contract No. 68-02-3511, Work

Assignment No. 12.

# V.   CURRICULUM VITAE

Wayne T. Iwaoka
University of Hawaii at Manoa
Honolulu, Hawaii 96822
Ph. (808) 956-6456, FAX (808) 956-4024

## EDUCATION

| | |
|---|---|
| University of Hawaii at Manoa, Honolulu, HI | B.S., Soil Science, 1967 |
| University of Illinois, Urbana, IL | Ph.D., Food Science, 1973 |
| MIT, Cambridge, MA | Post-Doctoral position in Analytical Food Toxicology, 1973 |

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Associate Researcher/ Associate Professor | Dept. Human Nutrition, Food, Animal Sciences University of Hawaii at Manoa | August, 2006 – present |
| Vice Chancellor for Students (Interim) | University of Hawaii at Manoa Honolulu, HI | October, 2005 – July, 2006 |
| Associate Researcher/ Associate Professor | Dept. Human Nutrition, Food, Animal Sciences University of Hawaii at Manoa | June, 2000 – present |
| Associate Dean for Academic & Student Affairs (Interim) | College of Tropical Agriculture & Human Resources University of Hawaii at Manoa | July, 1997 - May, 2000 |
| Associate Researcher/ Associate Professor | Dept. of Food Science & Human Nutrition University of Hawaii at Manoa | 1994-1997 |
| Assistant Researcher/ Assistant Professor | Dept. of Food Science & Human Nutrition University of Hawaii at Manoa | 1988-1994 |
| Adjunct Faculty | Institute for Food Science & Technology College of Fisheries, University of Washington Seattle, WA | 1983-1988 |

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

| | | |
|---|---|---|
| State Pesticide Program Manager | Pesticides Program<br>  Hawaii Dept. of Agriculture<br>  Honolulu, Hawaii | 1985-1988 |
| Chemistry Laboratory Manager | Laboratories Branch<br>  Hawaii Dept. of Health<br>  Honolulu, HI | 1983-1985 |
| Associate Professor | Institute for Food Science & Technology<br>  College of Fisheries, University of Washington<br>  Seattle, WA | 1979-1983 |
| Assistant Professor | Institute for Food Science & Technology<br>  College of Fisheries, University of Washington<br>  Seattle, WA | 1975-1979 |
| Research Associate | Department of Food Science & Nutrition<br>Massachusetts Institute of Technology<br>Cambridge, MA | 1973-1975 |

## HONORS/AWARDS

2006   Institute of Food Technologists, Chicago, IL. Elected Fellow of the Institute. Award presented at the Annual Meeting, June, 2006, Orlando, FL.

2004   Institute of Food Technologists, Chicago, IL. William V. Cruess Award for achieving excellence in teaching food science and technology. Presented at the IFT annual meeting, July 12, 2004, Las Vegas, NV

2002   University of Hawaii at Manoa, Chancellor's Citation for Meritorious Teaching

2002   College of Tropical Agriculture and Human Resources Outstanding Teaching Award

2001   College of Tropical Agriculture and Human Resources Outstanding Teaching Award

2001   National Association of Colleges and Teachers of Agriculture Outstanding Teaching Award

1997   University of Hawaii, College of Tropical Agriculture & Human Resources Ka Pouhana (student mentor) Award.

1991   University of Hawaii, Presidential Citation for Meritorious Teaching

1989   Hawaii Department of Education, Leeward District. Outstanding Leeward Oahu high school graduate - for exemplary work in the field of education.

1974   Institute of Food Technologists. Travel Award. Monetary award to attend the International Union of Food Science and Technology conference, Madrid, Spain

1971   American Oil Chemist Society (AOCS). AOCS Outstanding Student Award. Plaque and all expense paid trip to annual meeting, Atlantic City, NJ

1967   University of Hawaii, Lyman Dean Award for Undergraduate Research. First Place, Science category

## ADVISORY BOARD MEMBERSHIP

Member, Advisory Council (local Board of Trustees), TransPacific Hawaii College, Honolulu, HI November, 2003 – present. Provide feedback to TPHC president and college administrators. Advisory Council members must approve initiatives, curriculum changes, and education policies proposed by the administration.

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

Member, Culinary Arts Advisory Board, Kapiolani Community College (KCC), May, 2003 – April 2005.
Provide feedback and make recommendations to KCC's 2-year Culinary Arts program.

## PROFESSIONAL ORGANIZATIONS AND RELATED ACTIVITIES

### Scientific and educational journal leadership responsibilities

Scientific Editor, *Journal of Food Science Education*, (January 1, 2000 – December, 2005)
Institute of Food Technologists. Chicago, IL
Editorial Board Member, *Journal of Food Science Education*, January 1, 2007 – December 31, 2010.
Associate Editor (Food Chemistry section), *Journal of Aquatic Food Products Technology*, 1994-1997

### Institute of Food Technologists, member since 1974

Member, Committee on Higher Education (2006 – 2009)
Member, Peer-Reviewed Communications Committee (2004 – 2007)
Member, Information Systems Committee (2003 -2004)
Member, Publications Committee (2001 – 2002)
Member, Task Force on Evaluating Outcome-Based Measures of Learning (1998-2002)
Member, Task Force on Excellence in Food Science Education (1998-1999)
Member, Committee on Higher Education (1995-1998)
Member, Technical Presentations Subcommittee (1995-98)
Education Division (co-founder with Faye Dong, 1994)
    Secretary and Newsletter co-editor (1995)
    Program Chair (1996-97)
    Division Chairperson (1997-98)
    Nomination Committee Chairperson (1998-99)
State of Hawaii section
    Program chairman and Chairman for the Hawaii Section (1989 – 1990)
    IFT Councilor (2001 – 2004, re-elected for 2005 - 2007)
State of Washington section
    Program chairman and Chairman, Puget Sound Section (1977 – 1979)
American Chemical Society, member since 1968 – 2003
    Agriculture & Food Chemistry Division, since 1969 – 2003
American Association of Higher Education, 1994 – 2005
National Association for Research in Science Teaching, 2002
Society of Sigma Xi
Gamma Sigma Delta

## GRADUATE STUDENT ADVISING

University of Hawaii
    Thesis committee chairperson for the following:
    Food Science Master of Science graduates or graduate students
        Jason Akamine, 1991
        Xiarong Zhang, 1991
        Xiaohua Zhang, 1994
        Ron Shimojo, 1995
        Jie Xing, 1996
        Mareike Ressing, 1998
        Jodi Yamamoto Silva, 2002
        Henny Kartika, 2006
        Walter Rhee, 2007
        Jade Fukuda, current

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

>> Nutritional Sciences graduates or graduate students
>>> Kirsten Steuck, 1999
>>> Leslie Ooi, 2003
>>> Tsugumi Matsunaga, 2006
>>> Kanako Kono, 2005

>> Thesis committee member for the following:
>>> 8 Food Science M.S. students during the past 10 years
>>> Kevin Bacon. Botany Ph.D. student (committee member and external evaluator), Graduated, Fall 1996
>>> Sheryl Nojima, College of Education, Higher Education Administration Ph.D. student (committee member and external evaluator). Graduated, Summer 2000
>>> Keith Shiraki, College of Education, Higher Education Administration Ph.D. student (committee member and external evaluator) Graduated, Fall 2004

University of Washington (1975-1988)
>> Thesis committee chairman for 3 Ph.D. students
>> Thesis committee chairman for 5 M.S. students
>> Committee member for 5 Ph.D. students, 8 M.S. students

## PUBLICATIONS

### MANUSCRIPTS IN PREPARATION

Fukuda, J., Li, Q.X., Flores, M., Nakamoto, S. and Iwaoka, W. Antioxidant Activity in Five varieties of Guava leaves.

Iwaoka, W.T. and Hartman, Cynthia. A universal syllabus: Learning and practicing critical skills in the classroom while learning the technical knowledge of a (any) discipline.

Kartika, Henny, Li, Qingxiao, Nakamoto, Stuart, and Iwaoka, Wayne. Nutrient composition of Mamaki (Pipturus albidus) leaves and tea.

### PEER-REVIEWED PUBLICATIONS

Iwaoka, Wayne T. and Li, Qing X. Chapter 10. *Toxicants* (revised and updated). In *Food Chemistry: Principles and Application.* 2nd Edition. Eds. G. L. Christian and J. S. Smith. Science Technology System. West Sacramento, CA. In Press. 2007.

Kartika, Henny, Li, Qingxiao, Nakamoto, Stuart, Wall, Marisa, and Iwaoka, Wayne T. Major Phenolic Acids and Total Antioxidant Activity in Mamaki Leaves, *Pipturus albidus.*
Accepted for publication, Journal of Food Science, August, 2007.

Iwaoka, W.T. and Crosetti, L. Using journals to help students learn subject matter content, develop and practice critical reasoning skills, and reflect on personal values in food science and human nutrition classes. Accepted for publication. Journal of Food Science Education, 2007.

Iwaoka, Wayne. 2002. Chapter 8. Popcorn. In *Food Chemistry Workbook I.* Eds. J. S. Smith and G.L. Christen Science Technology System. West Sacramento, CA

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

Shimojo, R.Y., and Iwaoka, Wayne. T. 2000. A rapid hemolysis assay for the detection of sodium channel-specific marine toxins. Toxicology. 154, 1 – 7.

Iwaoka, Wayne T. and Brewer, Susan. 2000. Chapter 15. Toxicants. In *Food Chemistry: Principles and Application*. Eds. G. L. Christian and J. S. Smith. Science Technology Systems. Sacramento, CA

Britten, P., and W. Iwaoka. 1999. Helping Students Develop Critical Thinking Skills. Food Technology, 53, 44-49.

Iwaoka, W.T., Britten, P., and Dong, F. 1996. The Changing Face of Food Science Education. Trends in Food Science and Technology, **7**, 105-112.

Zhang, X., W.T. Iwaoka, A.S. Huang, S. Nakamoto, and R. Wong. 1994. Gingerol decreases after processing and storage of ginger. J. of Food Sci. **59**(6):1338-1340 & 1343.

Iwaoka, W., Y. Hagi, K. Umano, and T. Shibamoto. 1994. Volatile Chemicals Identified in Fresh and Cooked Breadfruit. J. Agriculture & Food Chemistry, **42**:975.

Iwaoka, W.T., X. Zhang, R.A. Hamilton, C.L. Chia, & C.S. Tang. 1993. Identification and changes of major volatile constituents of soursop (*Annona muricata* L.) during ripening. HortScience **28**:817.

Iwaoka, W.T. and Jason S. Akamine. 1993. Frozen storage studies of formulated Skipjack tuna patties. J. Aquatic Food Prod. Tech. **2**(2):5.

Akamine, J.S., J.N. Kushima, and W.T. Iwaoka. 1993. Formulated Food Products from previously frozen skipjack tuna meat. J. Aquatic Food Prod. Tech. **2**(1):23.

Iwaoka, Wayne, Jenny Horita, Ron Shimojo, and Tuong Tran. 1992 Analysis of *Acanthurus triostegus* for marine toxins by the stick immunoassay and mouse bioassay. Toxicon **30**:1575.

Marsh, Nancy L., Wayne T. Iwaoka, Howard F. Mower. 1990. Formation of mutagens during the frying of Hawaiian fish: correlation with creatine and creatinine. Mutation Research, **242**:181-186.
Krone, Cheryl A. and Wayne T. Iwaoka. 1987. Commercial food processing operations and mutagen formation. (review article). J. of Food Protection **50**:167-174.

Krone, Cheryl A., Sophia M. Yeh, and Wayne T. Iwaoka, 1986. Mutagen formation during commercial processing of foods. (review article) Environ. Health Perspectives, **67**:75-88. 1986.

Krone, Cheryl A. and Wayne T. Iwaoka, 1984. Occurrence of mutagens in Canned Foods. Mutation Research Letters **141**:131-134, 1984.

Jonas-Davis, J., J.J. Sullivan, L.L. Kentala, J. Liston, L. Wu, and W. T. Iwaoka, 1984. Semiautomated method for the analysis of PSP toxins in shellfish. J. Food Science 49 (6):1506-1509 & 1516.

Hardy, R. W., Doris Mugrditchian and Wayne T. Iwaoka, 1983. Storage stability of lipids in dry salmonid diets. Aquaculture **34**:239-246.

Sullivan, John J., Martha G. Simon and Wayne T. Iwaoka, 1983. Comparison of HPLC and mouse bioassay methods for determining PSP toxins in shellfish. J. of Food Science **48**:1312-1314.

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

Sullivan, John J., Wayne T. Iwaoka, and John Liston, 1983. Enzymatic transformation of PSP toxins in littleneck clams (*Protothaca staminea*). Biochem. and Biophys. Res. Comm. **114**:465-472.

Krone, Cheryl A. and Wayne T. Iwaoka, 1983. Differences in observed mutagenicity associated with the extraction of mutagens from cooked fish. J. of Agric. and Food Chem. **31**:428-431.

Sullivan, John J. and Wayne T. Iwaoka, 1983. High pressure liquid chromatographic determination of the toxins associated with paralytic shellfish poisoning. J. Assoc. Official Anal. Chem. **66**:297-303.

Krone, Cheryl A. and Wayne T. Iwaoka. 1983. Mutagen formation in processed foods, in *Xenobiotics in Foods and Feeds*. ed. J. W. Finley and D. E. Schwass. American Chemical Society Symposium series No. 234. American Chemical Society, Washington, D.C.

Iwaoka, Wayne T. and Cheryl A. Krone. 1982. Problems associated with the extraction of mutagens from food, in *Carcinogens and Mutagens in the Environment. Vol. 1, Food Products*, ed. H.F. Stich, CRC Press, Inc., Boca Raton, FL.

Hannah, J. B., J.E. Hose, M.L. Landolt, B. S. Miller, S.P. Felton, and W. T. Iwaoka, 1982. Benzo[a]pyrene-induced morphologic and developmental abnormalities in rainbow trout. Arch. Env. Contam. Toxicol. **11**:727-734.

Hose, J., J.B. Hannah, D. DiJulio, M.L. Landolt, B.S. Miller, S.P. Felton, and W. T. Iwaoka, 1982. Effects of benzo[a]pyrene on early development of flatfish. Arch. Environ. Contam. Toxicol. **11**:167.

Iwaoka, Wayne T., Cheryl A. Krone, John J. Sullivan, Elaine H. Meaker, Crystal A. Johnson, and Leesa S. Miyasato, 1981. A source of error in the mutagen testing of foods. Cancer Letters, **11**:225.

Iwaoka, Wayne T., Cheryl A. Krone, John J. Sullivan and Crystal A. Johnson, 1981. Effect of pH and ammonium ions on mutagenic activity in cooked beef. Cancer Letters **12**:335.

Krone, Cheryl A., and Wayne T. Iwaoka, 1981. Mutagen formation during the cooking of fish. Cancer Letters, **14**:93.
Mugrditchian, D. S., R. W. Hardy, and W. T. Iwaoka, 1981. Linseed oil and suet as alternate lipid sources for Chinook Salmon (*Oncorhynchus tshawytscha*). Aquaculture, **25**:161.

Hose, Jo Ellen , James B. Hannah, Marsha L. Landolt, Bruce S. Miller, Samuel P. Felton, and Wayne T. Iwaoka, 1981. Uptake of benzo[a]pyrene by gonadal tissue of flatfish (family *Pleuronectidae*) and its effects on subsequent egg development. J. Toxicol. and Environ. Health, 7:991.

Iwaoka, Wayne T., M. L. Landolt, S. P. Felton, K. Pierson. and A. Abolins, 1979. Studies on aryl hydrocarbon hydroxylase, polycyclic hydrocarbon content and epidermal tumors of flatfish. In Animals as Monitors of Environmental Pollution. National Academy of Sciences, Washington, D.C.

Iwaoka, Wayne T., and Edward G. Perkins, 1978. Metabolism and lipogenic effects of the cyclic monomers of methyl linolenate in the rat. J. Am. Oil Chem. Soc., **55**:734.

Hansen, T., L. C. Green, W. T. Iwaoka, and S. R. Tannenbaum, 1977. Analysis of N-nitrosoproline in raw bacon: Further evidence that nitrosoproline is not a major precursor of nitrosopyrrolidine. J. Agric. Food Chem., **25**:1423.

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

Iwaoka, Wayne T., and Edward G. Perkins, 1976.  Nutritional effects of cyclic monomers of methyl linolenate in the rat. Lipids, **11**:349.

Iwaoka, Wayne T., and Steven R. Tannenbaum, 1976.  Liquid Chromatography of N-Nitrosoamino acids and their *syn* and *anti* conformers. J. Chromatography, **124**:105.

Iwaoka, Wayne T., T. Hansen, S. T. Hsieh, and M. C. Archer, 1975.  Chromatographic separations of conformers of substituted asymmetric nitrosamines. J. Chromatography, **103**:349.

Hansen, T., and W. T. Iwaoka, and M. C. Archer, 1974.  A high-yield synthesis of $^{14}$C-labeled nitrosoproline and nitrososarcosine. J. of Labeled Compounds, **X**:689.

Perkins E. G., and Wayne T. Iwaoka, 1973.  Purification of cyclic Fatty Acid Esters: A GC-MS study. J. Am. Oil Chem. Soc., **50**:44.

Mendonca, B. and Iwaoka, W.T. 1969.  The trade-wind inversion at the slopes of Mauna Loa, Hawaii. J. Applied Meterology, **8**:213.

## OTHER PUBLICATIONS

Nakamoto, S.T., K. Waniprapha, W. Iwaoka, and A. Huang. 1994.  Cassava, ginger, sweet potato, and taro trade statistics.  Research Extension Series 150-07/94.  Hawaii Institute of Tropical Agriculture and Human Resources publication, Honolulu, Hawai`i.

Kushima, Joanne N., Iwaoka, Wayne T. and Akamine, Jason S. 1992.  Skipjack Tuna Product Development Project.  Division of Aquatic Resources, Department of Land and Natural Resources, Honolulu, Hawai`i.

Iwaoka, Wayne T., Dean M. Yoshizu, and Po-Yung Lai. 1988.  The Pesticide Program in Hawaii, in "Proceedings of the 1987 Hawaii Commercial Orchid Growers Conference," K. W. Leonhardt and D. O. Evans, editors.
Iwaoka, Wayne T., Dean M. Yoshizu, and Po-Yung Lai. 1987.  Regulation and Use of Pesticides in Hawaii, in Toxic Organic Chemicals in Hawaii's Water Resources, P. S. C. Rao and R.E. Green, editors, Research Extension Series 086-11/87, Hawaii Institute of Tropical Agriculture and Human Resources publication, Honolulu, Hawaii.

Felton, S. P., W. T. Iwaoka, M. L. Landolt and B. S. Miller, 1982.  Techniques for the waterborne administration of Benzo[a]pyrene to aquatic test organisms.  In Symposium: Carcinogenic Polynuclear aromatic hydrocarbons in the Marine environment. U.S. Environmental Protection Agency, EPA-600/9-82-013, July.

Landolt, M. L., S. P. Felton, W. T. Iwaoka, D. DiJulio, and B. S. Miller, 1982.  Bioaccumulation and toxicity in English Sole, Parophyrs vetulus, following waterborne exposure to benzo[a]pyrene.  In Symposium: Carcinogenic Polynuclear Aromatic Hydrocarbons in the Marine Environment.  U.S. Environmental Protection Agency, EPA-600/9-83-013, July.

Hardy, Ronald W., Wayne T. Iwaoka, and Ernest L. Brannon. 1979.  A new dry diet with alternative oil sources for pacific salmon.  In Proc. World Maricul. Soc. <u>10</u>:728-734.

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

Iwaoka, Wayne T., and Steven R. Tannenbaum, 1976. Photohydrolytic detection of N-Nitroso compounds in high-performance liquid chromatography. In Environmental N-nitroso compounds Analysis and Formation, IARC Scientific Publication no. 14, IARC, Lyon, France.

Green, L. C., T. J. Hansen, W. T. Iwaoka, and S. R. Tannenbaum, 1976. Specific detection systems for the chromatographic analysis of nitrosamines. In Proceedings of Second Symposium on Nitrite in Meat Products, Zeist, Netherlands. B. J. Timbergen, and B. Knol (eds).

Iwaoka, Wayne T., Mark S. Weisman, and S. R. Tannenbaum, 1974. A solvent partitioning, high-speed liquid chromatographic method for the clean up in the analysis of nitrosamines. In N-Nitroso Compounds in the Environment, International Agency for Research on Cancer (IARC) Scientific Publication no. 9.

**PUBLISHED ABSTRACTS (In journals, conference technical programs publications, internet listing, etc.)**

Rhee, Walter Y. and Iwaoka, Wayne T. Critical Thinking in Food Sciences: Problem-Based Learning (PBL) as a Practical Approach. Institute of Food Technologists annual meeting, Chicago, IL. July, 2007. Poster presentation.

Schmidt, SJ (University of Illinois), Dong, FM (University of Illinois), Iwaoka, WT (University of Hawaii), and Chism, GW (Ohio State University). Scholarship of Teaching and Learning in the Discipline of Food Science. Presented at the inaugural meeting of the International Society for the Scholarship of Teaching and Learning, Bloomington, IN, October 21 – 24, 2004.

Dooley, D., Titchenal, A., Huang, A., Iwaoka, W., Lee-Robinson, P. 2002. A variety of collaborative instructional Experiences: Reflections on Faculty Cooperation in the University Science Classroom. Western Region Teaching Conference, Davis, CA, September 13 and 14.

Iwaoka, W., Novotny, R., Brown, A., Dobbs, J., Dooley, D., Dunn, M., Huang, A., Shovic, A., Titchenal, A., Vincent, D., and Brandon, P. 2002. "A multiple-choice exit exam for human nutrition majors: development, implementation, and Results. Presented at the Western Region Teaching Conference, Davis, CA, September 13 and 14.

Fong, G. and Iwaoka, W. 2001. Teamwork development in the classroom. Western Region Teaching Symposium, Honolulu, HI, September 28-29, 2001. Workshop presentation.

Dooley, D., Iwaoka, W.T. and Britten, P. 2000. Science Teaching: A new career option for nutrition students. Society for Nutrition Education annual meeting, Charleston, SC, July, 2000. Poster presentation.

Iwaoka, W. 1999. Emphasis on teamwork in food science education. Institute of Food Technologists annual meeting, Chicago, IL, June, 1999. Symposium panel organizer/moderator.

Iwaoka, W.T. and Britten, P. 1997. Enhancing critical thinking skills in food science education. Institute of Food Technologists annual meeting, Orlando, Fl, June, 1997. Poster presentation.

Iwaoka, W.T. and Britten, P. Assessing changes in critical thinking skills in an introductory graduate seminar course. Institute of Food Technologists annual meeting, New Orleans, LA, June, 1996. Poster presentation.

Iwaoka, W.T. Incorporation of critical thinking skills in an applied chemistry class. Gordon Research Conference on Innovations in Chemical Education, Plymouth, NH, June, 1996. Poster presentation.

Britten, P. and Iwaoka, W.T. Trends and Innovations in University-level Food Science Education Programs. Presented at the Hawaii Educational Research Association Annual Conference, January 20l, 1996.

Iwaoka, W.T. Teaching food chemistry to improve problem solving and critical thinking skills. Institute of Food Technologists annual meeting, Anaheim, CA, June, 1995.

Iwaoka, W.T. and Dong, F.M. Communicating with students through journal writing. Institute of Food Technologists annual meeting, Anaheim, CA, June, 1995. Poster presentation.

Shimojo, R., and Iwaoka, W.T. 1994. A rapid hemolysis assay for the detection of sodium channel blocking marine toxins. Institute of Food Technologists annual meeting, Atlanta, GA, June, 1994. Poster presentation

Iwaoka, W.T. Integrating interpersonal and professional skills into the curriculum. Institute of Food Technologists annual meeting, Atlanta, GA, June, 1994. Symposium speaker.

Zhang, X., Iwaoka, W.T., Huang, A.S. and Nakamoto, S.T. Changes in the pungent and volatile components of ginger in various foods during processing and storage. Institute of Food Technologists annual meeting, July, 1993.

Tanudjaja, L., Zhang, X., Huang, A.S., Iwaoka, W.T. and Nakamoto, S.T. Color, texture, beta-carotene and dietary fiber content of 38 sweet potato cultivars grown in Hawaii. Institute of Food Technologists annual meeting, July, 1993.

Hokama, Y., Iwaoka, W.T. and Miyahara, J. Paralytic Shellfish Poisoning (PSP) like toxins in fish tissue associated with ciguatera poisoning. International Symposium and Workshop on Food Contamination: Mycotoxin and Phycotoxins. Cairo, Egypt, November, 1990.

Akamine, J.S. and Iwaoka, W.T. Development of formulated food products from frozen skipjack tuna meat. Institute of Food Technologists 51st annual meeting, Anaheim, CA, June, 1990.
Krone, Cheryl A. and Wayne T. Iwaoka. Mutagens in Processed Foods. International Chemical Congress of Pacific Basin Societies, Honolulu, HI, December, 1984.

Iwaoka, Wayne T. Chemical Analysis and Food Regulations in Food Science Toxicology. 37th Northwest Regional Meeting of the American Chemical Society, June, 1982, Eugene, OR.

Sullivan, J.J., M.G. Simon, and W.T. Iwaoka. Comparison of HPLC and mouse bioassay methods for determining PSP toxins in shellfish. Institute of Food Technologists 42nd annual meeting. June, 1982, Las Vegas, NV.

Sullivan, J.J. and Wayne T. Iwaoka. PSP Research: Recent Advances in Analytical and Biochemical Studies. Abstracts of the 36th annual convention and meeting of the Pacific Coast Oyster Growers Association and Pacific Coast Section of the National Shellfisheries Association. Olympia, WA, September, 1982.

Krone, C.A. and W.T. Iwaoka. Variability in observed mutagenicity in foods associated with different extraction procedures. Institute of Food Technologists 41st annual meeting. June, 1981, Atlanta, GA.

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

Iwaoka, W.T. and E.H. Meaker. Formation of Mutagens in the Cooking of Some Commercially Prepared Foods. American Chemical Society/Chemical Society of Japan Chemical Congress. April, 1979, Honolulu, HI.

Arocha, P. M., and W.T. Iwaoka. Discoloration in processed Geoduck clam (Panope generosa). Institute of Food Technologists 39th annual meeting. June, 1979, St. Louis, MO.

Hardy, R.W., W.T. Iwaoka, and E.L. Brannon. A new dry diet with alternative oil sources for Pacific Salmon. World Mariculture meeting, January, 1979, Honolulu, HI.

Landolt, M., W. Iwaoka, K. Pierson, and S.P Felton. Preliminary Assessment of the flatfish as a wildlife monitor of pollution. Symposium on Environmental Pollutants. June, 1977, Storrs, CT.

## INVITED CONFERENCE/MEETING/COMMUNITY PRESENTATIONS

Iwaoka, Wayne T. *Paradigm shift in education: From teaching students to helping them learn skills, values, and subject matter content.* Presented to the Culinary Institute of the Pacific/Hawaii Dept. of Education Summit conference, Kapiolani Community College, June 26 – 28, 2003.

Iwaoka, Wayne T. *Food for Thought: current hot issues about food.* Presented to Delta Kappa Gamma Honorary Society monthly meeting, March 8, 2003.

Iwaoka, Wayne T. *Latest developments in Food Regulations.* Presented to the members of the Food and Drug Branch, Hawaii Department of Health. Fall, 2002.

Iwaoka, Wayne T. *Update on latest trends and popular/novel ingredients in the food industry.* Presented to the Hawaii Section of the Institute of Food Technologists. May 22, 2002.

Iwaoka, Wayne T. *FOCUS ON LEARNING: Skills & Competencies.* Presented at High School Counselors' Workshop, University of Hawaii at Manoa, Sept. 25, 1998

Iwaoka, Wayne T. *Workforce training is everyone's responsibility.* Presented at the Agriculture 2000 Conference, Hilo, HI. 1999.

Iwaoka, Wayne T. Chemical storage facilities. Presented at the Hawaiian Sugar Technologists 46th Annual Conference. Honolulu, Hawai`i, November, 1987.

Iwaoka, Wayne T. Pesticide Update - What's Available and What's Not. Presented at the Hawai`i Commercial Orchid Growers Conference, Honolulu, Hawai`i, October, 1987

Iwaoka, Wayne T. Chemical storage facilities. Presented at the 5th annual Fertilizer, Ornamental, and Vegetable Short Course. Honolulu, Hawai`i, March, 1987.

Iwaoka, Wayne T. New Pesticide Regulations: Proposed Laws and Rules. Presented at the Hawaiian Sugar Technologists 45th Annual meeting, Honolulu, HI, November, 1986.

Iwaoka, Wayne T. Pesticides and Groundwater policy and Programs in Hawai`i. Presented at the Western States Pesticides Meeting, Reno, NV, May, 1986.

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

Iwaoka, Wayne T. Proposed Pesticide Enforcement matrix in Hawai`i. Presented at the Western States Pesticides Meeting, Reno, NV, May, 1986.

Iwaoka, Wayne T. Regulation and Use of Pesticides in Hawai`i. Presented at the Workshop on Toxic Organic Chemicals in Hawai`i's Water Resources. College of Tropical Agriculture and Human Resources Extension Workshop, Honolulu, HI, January, 1986.

Krone, Cheryl A.* and Wayne T. Iwaoka. Commercial food processing operations and mutagen formation. Presented at a joint Institute of Food Technologists/Society of Toxicology symposium, "Biological Activity of and Effect of Food Processing Operations on Selected Food Borne Toxicants" at the 24 Annual Society of Toxicology Meeting in San Diego, CA, March, 1985

Krone, Cheryl A.* and Wayne T. Iwaoka, Mutagens in Processed foods. Presented at the Subsymposium on Formation of Mutagens During Cooking and Heat Processing of Foods, International Chemical Congress of Pacific Basin Societies, Honolulu, HI, December, 1984.

Iwaoka, Wayne T. Mutagen formation in processed foods. Presented at the symposium on "Xenobiotics in Foods and Feeds", sponsored by the Division of Agriculture and Food Chemistry at the 184th meeting of the American Chemical Society, Kansas City, MO, September, 1982.

Iwaoka, Wayne T. Chemical Analysis and Food Regulations in Food Science Toxicology. Presented at the 37th Northwest Regional Meeting of the American Chemical Society, June, 1982, Eugene, OR.

Iwaoka, Wayne T. Problems associated with the extraction of mutagens from food. Presented at the International Conference on Mutagens and Carcinogens in Foods, University of British Columbia, Vancouver, British Columbia, August, e1981.

Iwaoka, Wayne T. Formation of Mutagens During the Browning of Food. Presented at the Annual Meeting of The Food Research Institute, University of Wisconsin, Madison, WI, 1979.
Landolt, M., W. Iwaoka*, K. Pierson, and S.P Felton. Preliminary Assessment of the flatfish as a wildlife monitor of pollution. Presented at the Symposium on Environmental Pollutants. June, 1977, Storrs, CT.

Iwaoka, Wayne T. Formation of Mutagens during the cooking of foods. Presented to the Department of Food Science and Technology, Oregon State University, Corvallis, OR, May, 1980.

Iwaoka, Wayne T. Formation of Mutagens during the browning of foods. Presented to the Dept. of Nutritional Sciences, University of Washington, Seattle, WA, April, 1979.

Iwaoka, Wayne T. Mutagen formation during the browning of foods. Presented to the Puget Sound Section of the Institute of Food Technologists, Seattle, WA, April, 1979.

Iwaoka, Wayne T. The chemistry of lipid oxidation. Presented at the Lipids/Ateriosclerosis training program, School of Medicine, University of Washington, Seattle, WA, November, 1977.

Iwaoka, Wayne T. Analysis of Carcinogenic Nitrosamines. Presented to the Dept. of Chemistry (analytical), University of Washington, April, 1976.

Iwaoka, Wayne T. Nitrites, Nitrates, and Nitrosamines. Presented to the Puget Sound Section of the Institute of Food Technologists, Seattle, WA, March, 1976.

Sullivan, J.J. and Wayne T. Iwaoka*. PSP Research: Recent Advances in Analytical and Biochemical Studies. Presented at 36th annual convention and meeting of the Pacific Coast Oyster Growers Association and Pacific Coast Section of the National Shellfisheries Association. Olympia, WA, September, 1982.

Sullivan, J.J.*, M.G. Simon, and W.T. Iwaoka. Comparison of HPLC and mouse bioassay methods for determining PSP toxins in shellfish. Presented at the 33rd Annual Meeting of the Pacific Fisheries Technologists, Sacramento, CA, March, 1982.

Sullivan, J.J.*, M.G. Simon, and W.T. Iwaoka. Comparison of HPLC and mouse bioassay methods for determining PSP toxins in shellfish. Presented at the Institute of Food Technologists 42nd annual meeting, Las Vegas, NV, June, 1982.

Iwaoka, Wayne T. Carcinogens and Mutagens in Foods. Presented to the Dept. of Chemistry (analytical chemistry seminar), University of Washington, Seattle, WA, October, 1981.

Krone, C.A.* and W.T. Iwaoka. Variability in observed mutagenicity in foods associated with different extraction procedures. Presented at the Institute of Food Technologists 41st annual meeting, Atlanta, GA, June, 1981.

Krone, C.A.* and W.T. Iwaoka. Formation of Mutagens during the cooking of fish fillets. Presented at the 32nd annual meeting of the Pacific Fisheries Technologists, Richmond, British Columbia, March, 1981.

Iwaoka, Wayne T. Formation of Mutagens in Foods. Presented to the Department of Chemistry (Organic chemistry seminar), University of Washington, Seattle, WA, January, 1981.
Arocha, P. M.,* and W.T. Iwaoka. Discoloration in processed Geoduck clam (Panope generosa). Presented at the Institute of Food Technologists 39th annual meeting. St. Louis, MO, June, 1979.

Iwaoka, W.T.* and E.H. Meaker. Formation of Mutagens in the Cooking of Some Commercially Prepared Foods. Presented at the American Chemical Society/Chemical Society of Japan Chemical Congress. Honolulu, HI, April, 1979.

Arocha, Pedro,* and Wayne T. Iwaoka. Discoloration in Frozen Geoduck Clams. Presented at the 30th Annual meeting of the Pacific Fisheries Technologists, Olympia, WA, March, 1979.

Hardy, R.W.,* W.T. Iwaoka, and E.L. Brannon. A new dry diet with alternative oil sources for Pacific Salmon. Presented at the World Mariculture meeting, Honolulu, HI, January, 1979.

*Hawaii International v. Ocean Duke*
*Expert Report of Wayne T. Iwaoka*
*August 15, 2007*

Dated:  August 15, 2007

Wayne T. Iwaoka, PhD