LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
         agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:;: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com

Attorneys for Defendant
  OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. CV 04-00055 BMK<br><br>**CONCISE STATEMENT OF MATERIAL UNDISPUTED FACTS IN SUPPORT OF OCEAN DUKE CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**; CERTIFICATE OF SERVICE |

129635.1

# DEFENDANT OCEAN DUKE CORPORATION'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

| *Undisputed Material Fact* | *Supporting Evidence* |
|---|---|
| 1. Ocean Duke Corporation imports all of its frozen seafood from its supplier in Indonesia. | 1. Declaration of Roger Lin, ¶ 3. |
| 2. The exclusive method for processing all of Ocean Duke's frozen seafood, for all times covered by plaintiff's first claim for relief, is and has been the process described in the "Shih patent." | 2. Declaration of Roger Lin, ¶ 5-8. |
| 3. Ocean Duke Corporation has never acquired, purchased, stored, owned, held possession, or sold any fish treated with the processes or methods described in the Kowalski patent, as alleged by plaintiffs in their complaint. | 3. Declaration of Roger Lin, ¶ 8. |

| | |
|---|---|
| 4. The Shih patent describes methods and processes for treating seafood that are different from, and that do not infringe on, the Kowalski patent. | 4. Declaration of Roger Lin, ¶¶ 5-8; Declaration of Wayne T. Iwaoka, ¶ 2, Exh. D. |

DATED: Honolulu, Hawai`i, August 15, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
Attorneys for Defendant
OCEAN DUKE CORPORATION

129635.1                                3