ORIGINAL

LOUISE K. Y. ING  2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   ling@ahfi.com
          agriffiths@ahfi.com

TIMOTHY L. NEUFELD  *Pro Hac Vice*
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
E-mail:   tneufeld@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Civil No. CV04-00055 BMK <br><br> **CERTIFICATE OF SERVICE** <br><br> [RE: NOTICE OF DEPOSITION OF HAWAII INTERNATIONAL SEAFOOD, INC. UPON ORAL EXAMINATION] |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV04-0055 DAE BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document entitled NOTICE OF DEPOSITION OF HAWAII INTERNATIONAL SEAFOOD, INC. UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE was duly served by depositing the same in the United States mail, postage prepaid upon the following parties at their last known address on August 15, 2005:

TO: MILTON M. YASUNAGA, ESQ.
    MARTIN E. HSIA, ESQ.
    Cades Schutte LLP
    1000 Bishop Street, Suite 1200
    Honolulu, Hawaii 96813-4216

Attorneys for plaintiffs WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.

129631.1

DATED: Los Angeles, California, August 15, 2005.

_____
TIMOTHY L. NEUFELD
Pro Hac Vice Attorneys for defendant
OCEAN DUKE CORPORATION