# ATTACHMENT "1"
## List of Documents or Objects

1. A Current CV.

2. Defendant's or its letter of engagement or other document relating to the engagement of Dr. Wayne T. Iwaoka.

3. All documents and things provided to or by Dr. Iwaoka related to Case Number CV04-00055 BMK ("THIS CASE"), including all correspondence, copies of electronic mails, facsimiles, photographs, et al., related to communication between Dr. Iwaoka and defendant or any of its employees, executives, directors, representatives, owners, counsel, or suppliers.

4. All invoices Dr. Iwaoka has prepared for work performed on THIS CASE.

5. All books, journals, industry publications, articles, or things upon which Dr. Iwaoka has relied in order to form any opinion in THIS CASE or consulted or reviewed in the course of working on THIS CASE.

6. All documents and communications and things generated or prepared or reviewed or received or sent by Dr. Iwaoka in connection with THIS CASE.

7. All documents and things Dr. Iwaoka had access to or reviewed concerning THIS CASE.

8. All writings and things comprising, referring to and relating to communications or transmittals between Dr. Iwaoka and Ocean Duke Corporation or any of its employees, executives, directors, representatives, owners, counsel, or suppliers.

9. All writings and things comprising, referring to and relating to communications or transmittals between Dr. Iwaoka and anyone relating to THIS CASE.

10. All writings and things comprising, referring to and relating to communications or transmittals between Dr. Iwaoka, Paul S. Marks, Timothy L. Neufeld, Erik Kvam, William Meyers, Louise Ing or any counsel (or anyone working for counsel) for Ocean Duke Corporation.

11. All work product, opinions, drafts, writings, experiments, and things of Dr. Iwaoka (or any of his colleagues or any person assisting him) related to THIS CASE.

William R. Kowalski and Hawaii International Seafood, Inc. v. Ocean Duke Corporation;
CV04-00055 BMK; United States District Court; District of Hawaii;
Subpoena in a Civil Case