CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058-0
MARTIN E. HSIA        2954-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiffs' Notice of Deposition of Dr. Wayne T. Iwaoka Upon Oral Examination) |
|---|---|

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2007 a copy of Plaintiffs' Notice of Deposition of Dr. Wayne T. Iwaoka Upon Oral Examination dated August 16, 2007 was duly served by hand delivery or U.S. mail on the following person(s) at their last known address.

ImanageDB:754531.1

|  |  |
|---|---|
| PAUL ALSTON, ESQ.<br>LOUISE K. Y. ING, ESQ.<br>ALLISON GRIFFITHS, ESQ.<br>ALSTON HUNT FLOYD & ING<br>1800 ASB Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | Via Hand Delivery |
| PAUL S. MARKS, ESQ.<br>TIMOTHY L. NEUFELD, ESQ.<br>NEUFELD LAW GROUP<br>360 East 2nd Street. Suite 703<br>Los Angeles, California 90012 | Via U.S. Mail |

Attorneys for Defendant
OCEAN DUKE CORPORATION

Also, the undersigned hereby certifies that, on the August 21, 2007, a true and correct copy of this Certificate of Service was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:
    Louise K. Y. Ing    ling@ahfi.com
    Allison K. Griffiths    akirk@ahfi.com

Served by First Class Mail:
    PAUL S. MARKS, ESQ.
    TIMOTHY L. NEUFELD, ESQ.
    NEUFELD LAW GROUP
    360 East 2nd Street. Suite 703
    Los Angeles, California 90012

DATED: Honolulu, Hawaii, August 21, 2007.

            CADES SCHUTTE LLP

            /s/ Milton M. Yasunaga
            MILTON M. YASUNAGA
            Attorney for Plaintiffs
            WILLIAM R. KOWALSKI and HAWAII
            INTERNATIONAL SEAFOOD, INC.