LOUISE K. Y. ING                2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Emails:  ling@ahfi.com
         agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com

Attorneys for Defendant
  OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OCEAN DUKE CORPORATION,<br><br>    Defendant. | CIVIL NO. CV 04-00055 BMK<br><br>**DEFENDANT OCEAN DUKE CORPORATION'S MOTION FOR TRIFURCATION, OR, IN THE ALTERNATIVE, BIFURCATION OF TRIAL**; MEMORANDUM OF POINTS AND AUTHORITIES; CERTIFICATE OF SERVICE<br><br>TRIAL:  December 4, 2007 |

656,106/8827-1

## DEFENDANT OCEAN DUKE CORPORATION'S MOTION FOR TRIFURCATION, OR, IN THE ALTERNATIVE, BIFURCATION OF TRIAL

Defendant Ocean Duke Corporation moves the court for an order trifurcating, or, in the alternative, bifurcating the trial of this matter.  Specifically, defendant Ocean Duke Corporation urges that the trial herein consist of:

1. A bench trial on claims construction of the Kowalski and Shih patents;

2. A jury trial on liability issues; and

3. If necessary, a separate jury trial on damages issues.

This motion will be made under Rule 42 of the Federal Rules of Civil Procedure, and will be based on this Motion, the attached Points and Authorities, on the pleadings and court files in this actions, as well as all other matters and evidence as may be received by the court at or before the time of the hearing on this motion.

DATED:  Honolulu, Hawaii, September 5, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
Attorneys for defendant
OCEAN DUKE CORPORATION
