CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA            2954-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiffs William R. Kowalski and Hawaii International Seafood, Inc.'s Response to Defendant Ocean Duke Corporation's Request For Production of Documents and Things, Set No. One) |
|---|---|

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2007 an original of Plaintiffs William R. Kowalski and Hawaii International Seafood, Inc.'s Response to Defendant Ocean Duke Corporation's Request For Production of Documents and Things, Set No. One dated September 17, 2007 was duly served by hand

ImanageDB:755154.1

delivery on the following person(s) at their last known address.

>LOUISE K. Y. ING, ESQ.
>ALLISON GRIFFITHS, ESQ.
>ALSTON HUNT FLOYD & ING
>1800 ASB Tower
>1001 Bishop Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendant
>OCEAN DUKE CORPORATION

Also, the undersigned hereby certifies that, on the September 18, 2007, a true and correct copy of this Certificate of Service was duly served on the following at their last known addresses:

>Served Electronically through CM/ECF:
>Louise K. Y. Ing         ling@ahfi.com
>Allison K. Griffiths     akirk@ahfi.com
>
>Served by First Class Mail:
>PAUL S. MARKS, ESQ.
>TIMOTHY L. NEUFELD, ESQ.
>NEUFELD LAW GROUP
>360 East 2nd Street. Suite 703
>Los Angeles, California 90012
>Email: pmarks@neufeldlawgroup.com
>       TNeufeld@neufeldlawgroup.com

DATED:  Honolulu, Hawaii, September 18, 2007.

>CADES SCHUTTE LLP
>
>/s/ Milton M. Yasunaga
>MILTON M. YASUNAGA
>Attorney for Plaintiffs
>WILLIAM R. KOWALSKI and HAWAII
>INTERNATIONAL SEAFOOD, INC.