CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA            2954-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiffs William R. Kowalski and Hawaii International Seafood, Inc.'s Confidential Response to Defendant Ocean Duke Corporation's First Set of Interrogatories) |
|---|---|

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2007 an original of Plaintiffs William R. Kowalski and Hawaii International Seafood, Inc.'s Confidential Response to Defendant Ocean Duke Corporation's First Set of Interrogatories dated September 17, 2007 was duly served by hand delivery on the following person(s) at their last known address.

ImanageDB:755145.1

LOUISE K. Y. ING, ESQ.
ALLISON GRIFFITHS, ESQ.
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
OCEAN DUKE CORPORATION

Also, the undersigned hereby certifies that, on the September 18, 2007, a true and correct copy of this Certificate of Service was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:
   Louise K. Y. Ing     ling@ahfi.com
   Allison K. Griffiths   akirk@ahfi.com

Served by First Class Mail:
   PAUL S. MARKS, ESQ.
   TIMOTHY L. NEUFELD, ESQ.
   NEUFELD LAW GROUP
   360 East 2nd Street. Suite 703
   Los Angeles, California 90012
   Email: pmarks@neufeldlawgroup.com
         TNeufeld@neufeldlawgroup.com

DATED:  Honolulu, Hawaii, September 18, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.