# MINUTES

CASE NUMBER:     CV 04-00055BMK

CASE NAME:     William R. Kowalski v. Ocean Duke Corporation

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:     Barry M. Kurren          REPORTER:

DATE:     09/27/2007               TIME:

---

COURT ACTION:  EO: Court's ruling on letter briefs submitted 9/26/2007 and 9/27/2007 - Plaintiffs' notice to take the deposition of Mr. Roger Lin this weekend or the same day as the settlement conference is inadequate. Insufficient notice was given. Parties are to find a mutually acceptable time to take the deposition.  A discovery conference will not be set.

cc: Milton M. Yasunaga and Louise K.Y. Ing

Submitted by Richlyn W. Young, courtroom manager