CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA              2954-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S CROSS MOTION FOR CLAIM CONSTRUCTION; WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S MEMORANDUM IN SUPPORT OF WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S CROSS MOTION FOR CLAIM CONSTRUCTION; DECLARATION OF MILTON M. YASUNAGA; EXHIBITS 1 - 9; CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5; CERTIFICATE OF SERVICE |
|---|---|

## WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S CROSS MOTION FOR CLAIM CONSTRUCTION

WILLIAM R. KOWALSKI (Kowalski) and HAWAII INTERNATIONAL SEAFOOD, INC. (HISI) bring this cross-motion for judicial construction of claims 67, 1, 68, and 69 of United States Patent No. 5,972,401 ("Kowalski Patent").

This Motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, and Local Rules 7.9, and is based on the attached memorandum in support, declarations, exhibits, and the records and files herein.

DATED: Honolulu, Hawaii, October 5, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.