IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

MILTON M. YASUNAGA, hereby declares:

1.  I am a partner in Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. (HISI) and William R. Kowalski (Kowalski) (jointly, Plaintiffs). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2.  Exhibit 1 attached hereto is a true and accurate copy of U.S. Patent 5,972,401 (Kowalski Patent).

3.  Exhibit 2 attached hereto is a true and accurate copy of the Interview Summary written by the patent examiners of the United States Patent & Trademark

ImanageDB:758825.1

(USPTO) from the patent application file of the Kowalski Patent, and the certification page certifying that it is a true copy from the files of the USPTO.

4. Exhibit 3 is a true and accurate copy of Defendant's Supplemental Responses To Plaintiffs' First Request For Answers To Interrogatories.

5. Ex. 4 is a true and accurate highlighted copy of an internet advertisement for sales of packs of System 4's "four **condensation filters**".

6. Ex. 5 is an internet article reporting on the "MD4 stop smoking method … through a series of **condensation filters**."

7. Ex. 6 is a true and accurate highlighted copy of an internet ad for the "Stop Smoking **Condensation Filters**."

8. Ex. 7 is a true and accurate highlighted copy of an internet ad for the "Weller WFE2P **CONDENSATION FILTER**" "fume extraction unit" which "Reduces harmful soldering emissions" from the air to protect workers doing welding work.

9. Ex. 8 is a true and accurate highlighted copy of U.S. Patent 5,501,234.

10. Ex. 9 is a true and accurate copy of the report and CV of Joseph A. Maga, Ph.D., and a cover email transmitting it to Defendant's counsel on the deadline for that responsive report.

I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, October 5, 2007.

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA