

# The Method



Each of the four condensation filters is progressively more effective and each is used for two weeks only. By gradually reducing your dependence upon cigarettes System 4 makes the whole process painless, and therefore maximises your chance of success. There is only one vital rule: you must reduce your intake of tar and nicotine progressively. There is no more painless way to stop smoking. From today, do not smoke even a single cigarette without the relevant System 4 filter.















Exhibit 4



# The Mechanics









The smoke is first diluted with air entering through the filter vent; which increases in size from the first to the fourth filter. The mixture then passes into the condensation chamber. Here, the vapours circulate in a swirling motion, allowing the particles of tar and nicotine to form into larger and larger droplets, until they are finally deposited inside the chamber, rather than in your lungs. With regular cleaning, each filter will last indefinitely. Cleaning is easy, simply pull the filter apart and wipe the deposit with a tissue. (This is also psychological help, since you are constantly shown what was once going into your lungs.) Do this after every five cigarettes or so and about every two days wash the inside of the filter in warm, soapy water.





# The Programme











Place the cigarette of your choice firmly into the metal ring of the filter, System 4 works equally well with tipped or untipped cigarettes of large or small diameter. After smoking each cigarette twist the two parts of the filter around slightly. Use each condensation filter for just two weeks before moving to the next one.

**Filter No 1** reduces the tar and nicotine inhaled by about 30%. Some people may find that their cigarette consumption increases slightly at first to compensate and that is quite understandable; indeed you may allow yourself this slight relapse but after this do not increase your cigarette consumption whatsoever. Equally, do not tempt failure by rushing the course or severely cutting down your daily intake. On reaching **Filter No 2** you are sufficiently accustomed to the method to move on to a 60% tar and nicotine reduction. This allows you to maintain your smoking whilst making wide inroads into your tobacco habit. And you should begin to feel the first benefits, such as less coughing and breathlessness.

**Filter No 3** brings you a 70% reduction and with the **fourth and final filter**, a good 80% of those noxious substances will not be getting through. .

The phased reduction in noxious substances as you work through the System 4 programme


Phase 1
30%


Phase 2
60%


Phase 3
70%


Phase 4
80%

By the end of the eighth week, your body is starting to free itself from its addiction to nicotine. The fifth and final stage - actually stopping - will involve some willpower, but you couldn't be better prepared, your body has acquired a taste for its improved health, you have suffered little from the usual side-effects and most importantly, you actually want to be a non-smoker. That in itself is considerably more than half the battle



# Laboratory Tests



LABORATORY OF THE GOVERNMENT CHEMIST

Queen's Road, Teddington, Middlesex TW11 0LY, England

The tables below show the results of tests carried out by the Laboratory of the Government Chemist in August 1998.

Copies of the full report are available upon request - see our order form for address and fax / Email details.

*Results in the laboratory for Normal KING SIZE cigarettes*

| Filter | 1 Reduction | 2 Reduction | 3 Reduction | 4 Reduction |
|---|---|---|---|---|
| Tar | 36.9% | 72.6% | 77.2% | 85.1% |
| Nicotine | 36.4% | 68.2% | 72.7% | 81.8% |



*Results in the laboratory for Light KING SIZE cigarettes*

| Filter | 1 Reduction | 4 Reduction |
|---|---|---|
| Tar | 37.5% | 92.1% |
| Nicotine | 39.3% | 91.1% |