Back to 'World of Tobacco' Index

## QUITTING CIGARETTES (GRADUALLY)

1. Hypnosis and/or acupuncture: these methods have been used to little or no success. Hypnosis helps in distracting the person craving for a cigarette, which goes on until the nicotine level in the blood falls to low levels.
2. Substituting cigarettes smoking for pipe smoking: The pipe is cumbersome to carry to places, pack with tobacco, light and maintain it lighted. With time, you may give up the whole habit.
3. ZYBAN ® is the first and only nicotine free pill that can help you stop smoking. It's a prescription medicine for smokers 18 years and over; available from many pharmacy outlets in Kenya. ZYBAN ® has been shown to reduce withdrawal symptoms and lessen the urge to smoke. ZYBAN ® is usually prescribed for 7 to 9 weeks; and is taken as prescribed by your Doctor. ZYBAN ® reduces your urge to smoke and can make quitting bearable. is a totally new way to help you quit smoking. It  is the first and only nicotine-free pill approved by Food and Drug Administration (FDA) to help you quit smoking and is available on prescription. By helping you reduce your urge to smoke, ZYBAN ® may enable you to kick the habit for good. Nicotine-free ZYBAN ® is the most prescribed product for smoking cessation in Europe and America, as shown by a recent market research survey done on prescription drug sales. Always consult your doctor if ZYBAN ® is right for you. There are some situations where this product would be unsuitable for you. If you have any concerns about your medical history, be sure to ask your Docter whether ZYBAN ® is right for you. ZYBAN ® like all other medications, is not right for everyone. There is a small risk of seizure associated with ZYBAN®, that is increased in certain patients. It is important to let your health care professional know about any other prescription or over the counter medication you are taking. ZYBAN ® is not recommended for women who are pregnant or breast-feeding.
The most common side effects associated with ZYBAN ® are dry mouth and some difficulty in sleeping. If you experience dry mouth while taking ZYBAN®, you may drink plenty of water. If you have trouble sleeping do not take your medicine too close to bedtime. If you are taking two tablets each day, take one early in the day and the second one in the late afternoon or very early evening. But, be sure that you take them at least 8 hours apart. Also avoid drinking any beverages that contain a lot of caffeine. These include tea, coffee and some types of soda.
ZYBAN® is a nicotine free pill; not a patch or a gum. It is a prescription medicine that has helped many smokers even those that have smoked for ten years or more, put down their cigarettes for good. How does ZYBAN ® work and what are your chances of quitting? By reducing your urge to smoke. Your chances of quitting smoking with ZYBAN® greatly depend on your commitment to kicking the habit.
4. MD4 stop smoking method: sudden stopping of smoking can produce unpleasant side effects such as irritability, nervousness and undue weight gain. With MD4, these side effects are not usually experienced because the body has time to adjust gradually to the controlled reduction of nicotine intake. The MD4 method is used over a period of eight weeks. During that time, you actually continue to smoke your usual brand of cigarettes, only you smoke through a series of condensation filters. There are four condensation filters in a packet of MD4. Each one should be used for two weeks before moving onto the next. Before inhaling, the smoke is first diluted with air entering through a small filter vent, which increases in size from the first to the fourth filter. The mixture then passes into the condensation chamber where the vapors circulate in a swirling motion, causing the particles of tar and nicotine to form into larger droplets until they are

Exhibit 5

deposited in the filter chamber. The first filter reduces the tar and nicotine inhaled by 30%, the second by 60%, the third by 70% and the fourth and final filter by 80%. When cleaned regularly, condensation filter number four can be used indefinitely to reduce tar and nicotine intake. But the main objective of MD4 is to help one give up smoking completely without side effects.

5. Stoppers: The ingredients are pure oils of peppermint furnished with purified tobacco free from harmful resins, tar and fibers in regular lozenge base. They are dissolved slowly in the mouth for satisfaction against smoking. The nicotine is released slowly and absorbed through the buccal mucosa.

6. Nicorettes: these are nicotine chewing gums, which in themselves can be addictive. The formulation consists of an ion exchange resin containing nicotine in a gum base. Chewing allows nicotine to be released from the gum. The nicotine is then absorbed through the lining of the mouth. The nicotine gum delivers enough nicotine to prevent occurrence of withdrawal symptoms, and allows smokers to overcome their pharmacological dependence by gradually reducing intake. Additionally, chewing provides a small level of behavioral substitution for smoking that is the hand to mouth actions they come in 2mg and 4mgs.
    - · 2mg nicotine gum for medium-low dependent smokers, that is to say, those smoking less than 20 cigarettes daily.
    - · 4 mg nicotine gum for the highly dependent smokers, that is to say, those on more than 20 cigarettes daily and light up within 20 minutes of waking up.

To release nicotine, the gum is chewed slowly until the taste becomes strong and then rested between the cheek and gum to maximize absorption through the buccal mucosa. When the taste fades, the gum should be chewed again. Each piece of gum is chewed slowly and intermittently for about 30 minutes, by which time most of the nicotine is released. The recommended dosage is between eight and twelve pieces a day, with one piece of gum being chewed at a time but never in rapid succession to avoid an overdose. After three months the dose is reduced optimally to achieve complete cessation at six months.

7. Tabmint: this yet another anti-smoking chewing gum. Each tablet contains 6.0 mg silver acetate. It works by causing distaste when it reacts with tobacco smoke ad the effect will normally last from one to three hours. A piece of Tabmint is chewed at least fifteen minutes before smoking. Tabmint helps to spoil enjoyment of cigarettes and with plenty of will-power, you may stop the habit.
8. Buy yourself a last pack, self help kit: this has plastic cigarettes, a relaxation tape, buttons, stickers and carton workbooks designed to make warding off nicotine craving as much a game.
9. Throw away your packet of cigarettes and start a regimen of doing physical exercise, taking plenty of mild and fluids daily till that craving is no more. This one method requires extreme will power but it is the best! During the stopping period, there is nothing to remind you of cigarettes until someone else lights up. More than 90% of the smokers manage to quit cold turkey.

**Back to the top of page**



This site is designed by **David Ogot snr.** And hosted by
Science & Engineering Research Center
©goinghomedotcom 2001 - 2006
**Disclaimer Privacy Policy**