# Be our distributor





## STOP SMOKING RIGHT NOW IS VERY EASY!

**Stop Smoking Condensation Filters** turns you back on the vice way slowly reducing the nicotine and tar quantity of each cigarette by a condensation filters set.

The condensation filters progressively remove the cigarettes nicotine and tar releasing the body of the dependence.

The dope dependence becomes so small that the body easily accepts the interruption of the cigarette consumption with no anger incited by the abstinence.



## ACTION PLAN TO QUIT SMOKING

Besides the Filters you get an Action Plan to Quit Smoking with all the methodology that will helps you to reach your aim. This plan gives you a daily attendance and all the information to be successfully.

## HOW TO USE

Exhibit 6



Insert each cigarette in the phase of the treatment corresponding holder. The cigarettes must be smoked in the usual daily quantity.

| PHASE | FILTER | USE PERIOD | REDUCTION |
|---|---|---|---|
| 1st | | 1st week | Reduce Nicotine 15% |
| 2nd | | 2nd week | Reduce Nicotine 30% |
| 3rd | | 3rd week | Reduce Nicotine 65% |
| 4th | | 4th week | Reduce Nicotine 95% |

Medical studies suggest to use each filter during one week. However, in some cases they can be used during more time. In such cases usually increases the nicotine necessity that provokes the smoking desire.

To slowly adapt the body to the nicotine reduction the smoker can increase the using time of each filter, depending on the case.

## BE OUR DISTRIBUTOR

Stop Smoking Condensation Filters are manufactured in Brazil. We are looking for distribute a profitable product of great acceptance and low price.

It is possible to adapt our products to the specific needs of every country land. We to create different marks for every distributor and to give all the information for res