IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>OCEAN DUKE CORPORATION, <br><br>　　　　Defendant. | CIVIL NO. 04-00055 BMK <br><br>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5 |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5

I hereby certify pursuant to Local Rule 7.5(b)(i) that William R. Kowalski and Hawaii International Seafood, Inc.'s Memorandum in Support of William R. Kowalski and Hawaii International Seafood, Inc.'s Cross Motion For Claim Construction contains 5,437 words of text according to Microsoft Word's word count program.

　　　DATED: Honolulu, Hawaii, October 5, 2007.

　　　　　　　　　　　　　　　CADES SCHUTTE LLP

　　　　　　　　　　　　　　　/s/ Milton M. Yasunaga
　　　　　　　　　　　　　　　MILTON M. YASUNAGA
　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　WILLIAM R. KOWALSKI and HAWAII
　　　　　　　　　　　　　　　INTERNATIONAL SEAFOOD, INC.

ImanageDB:758825.1