IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

   Served Electronically through CM/ECF:
       Louise K. Y. Ing    ling@ahfi.com
       Allison K. Griffiths    akirk@ahfi.com

   Served Electronically and First Class Mail:
       PAUL S. MARKS, ESQ.
       TIMOTHY L. NEUFELD, ESQ.
       NEUFELD LAW GROUP
       360 East 2nd Street. Suite 703
       Los Angeles, California 90012
       E-mail: pmarks@neufeldlawgroup.com
              TNeufeld@neufeldlawgroup.com

ImanageDB:758825.1

DATED: Honolulu, Hawaii, October 5, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.