IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

    Served Electronically through CM/ECF:
        Louise K. Y. Ing     ling@ahfi.com
        Allison K. Griffiths    akirk@ahfi.com

    Served Electronically and First Class Mail:
        PAUL S. MARKS, ESQ.
        TIMOTHY L. NEUFELD, ESQ.
        NEUFELD LAW GROUP
        360 East 2nd Street. Suite 703
        Los Angeles, California 90012
        E-mail: pmarks@neufeldlawgroup.com
                TNeufeld@neufeldlawgroup.com

ImanageDB:757954.1

2

DATED: Honolulu, Hawaii, October 5, 2007.

                                                                CADES SCHUTTE LLP


                                                            /s/ Milton M. Yasunaga
                                                            MILTON M. YASUNAGA
                                                            Attorney for Plaintiffs
                                                            WILLIAM R. KOWALSKI and HAWAII
                                                            INTERNATIONAL SEAFOOD, INC.