IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

MILTON M. YASUNAGA, hereby declares:

1. I am a partner in Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. (HISI) and William R. Kowalski (Kowalski) (jointly, Plaintiffs). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Exhibit 1 attached hereto is a true and accurate copy of U.S. Patent 5,972,401 (Kowalski Patent).

3. Exhibit 2 attached hereto is a true and accurate copy of the Interview Summary written by the patent examiners of the United States Patent & Trademark

ImanageDB:763288.1

(USPTO) from the patent application file of the Kowalski Patent, and the certification page certifying that it is a true copy from the files of the USPTO.

    4.    Exhibit 3 is a true and accurate copy of Defendant's Supplemental Responses To Plaintiffs' First Request For Answers To Interrogatories.

    5.    Ex. 4 is a true and accurate highlighted copy of an internet advertisement for sales of packs of System 4's "four **condensation filters**".

    6.    Ex. 5 is an internet article reporting on the "MD4 stop smoking method … through a series of **condensation filters**."

    7.    Ex. 6 is a true and accurate highlighted copy of an internet ad for the "Stop Smoking **Condensation Filters**."

    8.    Ex. 7 is a true and accurate highlighted copy of an internet ad for the "Weller WFE2P **CONDENSATION FILTER**" "fume extraction unit" which "Reduces harmful soldering emissions" from the air to protect workers doing welding work.

    9.    Ex. 8 is a true and accurate highlighted copy of U.S. Patent 5,501,234.

    10.    Ex. 9 is a true and accurate copy of the report and CV of Joseph A. Maga, Ph.D., and a cover email transmitting it to Defendant's counsel on the deadline for that responsive report.

11. Ex. 10 is a true and accurate highlighted copy of a 1997 letter from the US Food and Drug Administration (FDA) banning carbon monoxide but allowing tasteless smoke as described by Kowalski.

12. Ex. 11 is a true and accurate highlighted copy of the September 28, 1997 issue of industry publication "The NFInsider".

13. Ex. 12 is a true and accurate highlighted copy of the September 3, 1998 letter of Richard Cano of the US Department of Commerce (USDC).

14. Ex. 13 is a true and accurate highlighted copy of the September 21, 1999 list of the USDC for facilities processing their fish with the tasteless smoke process.

15. Ex. 14 is a true and accurate highlighted copy of the December 11, 2001 list of the USDC for facilities processing their fish with the tasteless smoke process.

16. Ex. 15 is a true and accurate copy of a box of Defendant's fish treated with "processed smoke (to promote color retention)."

17. Ex. 16 is a true and accurate highlighted copy of Ahold U.S.A.'s specifications for tasteless cold smoked (wood origin) processed tuna made with "natural tasteless wood smoke to maintain fresh-like taste and color."

18. Exhibit 17 is a true and accurate highlighted copy of Ahold U.S,A,'s list of its member companies that accompanied Ex. 16, indicating the Giant supermarkets are members.

19. Exhibit 18 is a true and accurate highlighted copy of a web page indicating that Black Tie and Paradise are brands of Defendant.

20. Exhibit 19 is a true and accurate copy of a composite made up of Defendant's Paradise Cryo-Freeze Tuna Steak name that appeared on the package of fish to which retailer Giant supermarket affixed its price label which states "PROCESSED WITH TASTELESS SMOKE (ADDED AS A PRESERVATIVE TO PROMOTE COLOR RETENTION)."

21. Exhibit 20 is a true and accurate copy of a document produced by Defendant in discovery, which purports to be the English Translation of a Power Point presentation by Defendant's supplier allegedly describing a process for treating fish.

22. Exhibit 21 is a true and accurate copy of an email string between one of Defendant's attorneys Aaron Borrowman and Roger Lin and Shelley Romero of Ocean Duke.

I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, October 5, 2007.

                                            /s/ Milton M. Yasunaga
                                            MILTON M. YASUNAGA