**Test Equipment Depot** · 800.517.8431

Test Equipment Catalog | Specials | Repair | Surplus

View Cart | My Account
Ordering/Contact Info

FREE Ground Shipping For Orders over $100 — Click Here for Details (UPS)

**Weller**
Weller Catalog | Weller Price List

<< Weller Fume Extraction Stations

# Weller WFE2P
## Self-Contained 2 Operator Fume Extractor

- Self-contained bench-top fume extraction unit
- No external air source required
- Capacity for up to two Weller® fume extraction irons / stations
- Reduces harmful soldering emissions from the source
- Extracts 99.99% of fumes before they can be released into environment
- Efficient four-stage replaceable filter system
- Silent running, maintenance-free pump for extended continuous service
- Compact size uses minimal bench space and allows portability
- For use with Weller FE series fume extraction soldering irons
- UL and cUL listed, OSHA compliant



| Ordering Information | | | | |
|---|---|---|---|---|
| **Model** | **Description** | | **Buy Online** | **Price** |
| **WFE2P** | Weller WFE2P Condensation Filter 50 Rotary Vane Hot Air Station - **Special Price!** | | Buy Now | $778.94 (Reg. $1,045.04) |
| Accessories | | | | |
| **0052916799** | Weller 0052916799 Fume Extraction Adapter, WSP80 | | Buy Now | $56.06 |
| **AKFE11** | Weller AKFE11 Fume Extraction Adapter Kit for WP100PG, WP25, WP40, W60P, TC201T Irons | | Buy Now | $73.54 |

Weller Catalog | Weller Pricelist

$25.00 Minimum on Total Order

**Can't find**
the product you're looking for?
fill out our form

Home Page | Test Equipment Catalog | Specials | Repair
We Buy Surplus | Ordering/Contact Info

---

99 Washington Street, Melrose, MA 02176
781.665.1400 | 800.517.8431 | Fax: 781.665.0780 | Email: Sales Department

Copyright © 1996-2007 Fotronic Corporation *All Rights Reserved*

Exhibit 7

http://www.testequipmentdepot.com/weller/fumeextraction/wfe2p.htm          10/4/2007

**Test Equipment Depot · 800.517.8431**  View Cart | My Account

Test Equipment Catalog    Specials    Repair    Surplus    Ordering/Contact Info

[Search]    FREE Ground Shipping For Orders over $100 — Click Here for Details (UPS)



Weller Catalog | Weller Price List

## Weller Fume Extraction Stations

| Model | Image | Filter Type | Wattage (W) | Pump Type | Buy | Price |
|---|---|---|---|---|---|---|
| WFE2P | | Condensation Filter | 50 | Rotary Vane | 🛒 | $778.94 (Reg. $1,045.04) |
| WFE2ES | | H12 HEPA filter plus wide band gas filter | 50 | Rotary Vane | 🛒 | $576.00 (Reg. $800.00) |
| WSA350 | | Carbon Activated Filter | TBD | Electric Fan Motor | 🛒 | $49.66 (Reg. $66.66) |

Weller Fume Extraction Accessories

Weller Catalog | Weller Pricelist

$25.00 Minimum on Total Order

**Can't find** the product you're looking for? fill out our form

Home Page | Test Equipment Catalog | Specials | Repair
We Buy Surplus | Ordering/Contact Info

---

99 Washington Street, Melrose, MA 02176
781.665.1400 | 800.517.8431 | Fax: 781.665.0780 | Email: Sales Department

Copyright © 1996-2007 Fotronic Corporation *All Rights Reserved*