

( **1** of **1** )

| | |
|---|---|
| **United States Patent** | **5,501,234** |
| **Hyre** | **March 26, 1996** |

Apparatus for filtering and purifying side-stream and second-hand tobacco smoke

### Abstract

The present invention relates to a multi-stage tobacco smoke filtering apparatus which filters both second-hand smoke exhaled by a smoker, and side-stream smoke which is evolved from the burning tip of a cigar or cigarette. The apparatus includes an enclosure which surrounds a smoking product and which fits into a base having a filter assembly. A catalytic converter surrounds the smoking product within the enclosure The filters inside the assembly may include a condensation filter, a smoke-absorbing filter, a desiccating filter, a bacteriostatic filter, and a deodorizing filter. Two concentrically disposed smoke conduits provide passage for smoke to be inhaled by the user, and then exhaled back into the enclosure, where the smoke is dried, filtered, and catalytically decontaminated.

Inventors: **Hyre; Jon J.** (Fort Worth, TX)
Appl. No.: **08/362,972**
Filed:     **December 23, 1994**

| | |
|---|---|
| **Current U.S. Class:** | **131/187** ; 131/200; 131/334 |
| **Current International Class:** | A24F 13/00 (20060101); A24F 013/06 () |
| **Field of Search:** | 131/329,175,187,193,200,202,205,334 |

### References Cited [Referenced By]

#### U.S. Patent Documents

| | | |
|---|---|---|
| 2123466 | July 1938 | Halsey |
| 3039475 | June 1962 | Neukomm et al. |
| 3472237 | October 1969 | Stephens |
| 4016887 | April 1977 | Uroshevich |
| 4236533 | December 1980 | de Clara |
| 4369798 | January 1983 | Jackson |

Exhibit 8

| | | |
|---|---|---|
| 4790332 | December 1988 | Wallace |
| 4899766 | February 1990 | Ross, Jr. |
| 4993435 | February 1991 | McCann |
| 5078155 | January 1992 | Grandel |
| 5088508 | February 1992 | Duncan |
| 5160518 | November 1992 | Vega, Jr. |
| 5240014 | August 1993 | Deevi et al. |

**Foreign Patent Documents**

| | | |
|---|---|---|
| 439787 | Jun., 1912 | FR |
| 687571 | Aug., 1930 | FR |

*Primary Examiner:* Bahr; Jennifer
*Attorney, Agent or Firm:* Litman; Richard C.

## *Claims*

I claim:

1. An apparatus for filtering and purifying side-stream and second-hand smoke comprising:

an enclosure having first and second open ends, said first open end frictionally and releasably engaged to a base, said enclosure and base enclosing an inner volume, and said base having a perforated bottom surface;

a plurality of filtering elements positioned within said base and defining an air-permeable filtering passageway from said inner volume to space outside said inner volume, each of said plurality of filtering elements having a central opening therethrough, said central openings, in registration, defining an open central bore through said plurality of filtering elements;

a closure releasably engageable within said open central bore;

a cap having a central aperture therethrough, said cap releasably engageable with said second open end of said enclosure;

a first tube located within said central aperture of said cap and defining a first smoke conduit, said first tube having a first end located within said inner volume, and a second end located outside said inner volume;

a second tube located concentrically within said first tube and defining a second smoke conduit, said second tube having a first end located within said inner volume, and a second end located outside said inner volume;

a support connected to said first end of said second tube, said support dimensioned and configured to frictionally and releaseable engage a smoking product; and

a heat-activated catalytic converter adapted and positioned for surrounding the smoking product.

2. The apparatus according to claim 1, wherein said heat-activated catalytic converter is a wire coil containing platinum and rhodium.

3. The apparatus according to claim 2, wherein said plurality of filtering elements include a condensation filter, a smoke-absorbing filter, a desiccating filter, a bacteriostatic filter, and a deodorizing filter.

4. The apparatus according to claim 3, wherein said filtering elements are arranged, in order from closest to said enclosure to farthest from said enclosure, in the following order: said condensation filter, said smoke-absorbing filter, said desiccating filter, said bacteriostatic filter, and said deodorizing filter.

5. The apparatus according to claim 4, wherein said condensation filter is a thickness of glass beads, said smoke-absorbing filter is a thickness of silica, said desiccating filter is a thickness of solid hygroscopic material, said bacteriostatic filter is a thickness of bacteriostatically-treated cellulose fiber, and said deodorizing filter is a thickness of activated carbon.

6. The apparatus according to claim 5, wherein said smoke-absorbing filter, said bacteriostatic filter, and said deodorizing filter are separated from one another by porous paper sheets.

7. The apparatus according to claim 1, further including a top, said top dimensioned and configured to snugly and releasably engage said first and second smoke conduits.

8. An apparatus for filtering and purifying side-stream and second-hand smoke comprising:

an enclosure having first and second open ends, said first open end frictionally and releasably engaged to a base, said enclosure and base enclosing an inner volume, and said base having a releasably engaged, perforated bottom surface;

a plurality of removable filtering elements positioned within said base and defining an air-permeable filtering passageway from said inner volume to space outside said inner volume, each of said plurality of filtering elements having a central opening therethrough, said central openings, in registration, defining an open central bore through said plurality of filtering elements;

a closure releasably engageable within said central bore;

a metal tray having a large plurality of perforations therethrough contactably extending longitudinally across said filtering passageway and in contact with said enclosure;

a plurality of glass beads interposed between said metal tray and a perforated disk situated adjacent to said metal tray;

a cap having a central aperture therethrough, said cap releasably engageable with said second open end of said enclosure;

a first tube located within said central aperture of said cap and defining a first smoke conduit, said first tube having a first end located within said inner volume, and a second end located outside said inner volume;

a second tube located concentrically within said first tube and defining a second smoke conduit, said second tube having a first end located within said inner volume, and a second end located outside said inner volume;

a support connected to said first end of said second tube, said support dimensioned and configured to frictionally and releaseable engage a smoking product; and

a heat-activated catalytic converter adapted and positioned for surrounding the smoking product.

9. The apparatus according to claim 8, wherein said heat-activated catalytic converter is a wire coil containing platinum and rhodium.

10. The apparatus according to claim 9, wherein said plurality of filtering elements include a smoke-absorbing filter, a desiccating filter, a bacteriostatic filter, and a deodorizing filter.

11. The apparatus according to claim 10, wherein said filtering elements are arranged, in order from closest to said enclosure to farthest from said enclosure, in the following order: said smoke-absorbing filter, said desiccating filter, said bacteriostatic filter, and said deodorizing filter.

12. The apparatus according to claim 11, wherein said smoke-absorbing filter is a thickness of silica, said desiccating filter is a thickness of solid hygroscopic material, said bacteriostatic filter is a thickness of bacteriostatically-treated cellulose fiber, and said deodorizing filter is a thickness of activated carbon.

13. The apparatus according to claim 12, wherein said smoke-absorbing filter, said bacteriostatic filter, and said deodorizing filter are separated from one another by porous paper sheets.

14. The apparatus according to claim 8, further including a top, said top dimensioned and configured to snugly and releasably engage said first and second smoke conduits.

15. An apparatus for filtering and purifying side-stream and second-hand smoke comprising:

an enclosure having first and second open ends, said first open end frictionally and releasably engaged to a base, said enclosure and base enclosing an inner volume;

a removable filter cartridge positioned within said base and defining an air-permeable filtering passageway from said inner volume to space outside said inner volume, said filter cartridge having a central opening therethrough defining an open central bore from said inner volume to space outside said inner volume;

a closure releasably engageable within said central bore;

a metal tray having a large plurality of perforations therethrough contactably extending longitudinally across said filtering passageway and in contact with said enclosure;

a plurality of glass beads interposed between said metal tray and a perforated disk situated adjacent to said metal tray;

a cap having a central aperture therethrough, said cap releasably engageable with said second open end of said enclosure;

a first tube located within said central aperture of said cap and defining a first smoke conduit, said first tube having a first end located within said inner volume, and a second end located outside said inner volume;

a second tube located concentrically within said first tube and defining a second smoke conduit, said second tube having a first end located within said inner volume, and a second end located outside said inner volume;

a support connected to said first end of said second tube, said support dimensioned and configured to frictionally and releaseable engage a smoking product; and

a heat-activated catalytic converter adapted and positioned for surrounding the smoking product.

16. The apparatus according to claim 15, wherein said heat-activated catalytic converter is a wire coil containing platinum and rhodium.

17. The apparatus according to claim 16, wherein said removable filter cartridge includes a condensation filter, a smoke-absorbing filter, a desiccating filter, a bacteriostatic filter, and a deodorizing filter.

18. The apparatus according to claim 17, wherein said removable filter cartridge includes the following filters, in order from closest to said enclosure to farthest from said enclosure: said condensation filter, said smoke-absorbing filter, said desiccating filter, said bacteriostatic filter, and said deodorizing filter.

19. The apparatus according to claim 18, wherein said condensation filter is a thickness of glass beads, said smoke-absorbing filter is a thickness of silica, said desiccating filter is a thickness of solid hygroscopic material, said bacteriostatic filter is a thickness of bacteriostatically-treated cellulose fiber, and said deodorizing filter is a thickness of activated carbon.

20. The apparatus according to claim 19, wherein said smoke-absorbing filter, said bacteriostatic filter, and said deodorizing filter are separated from one another by porous paper sheets.

*Description*

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to filtering and purifying devices for tobacco smoke. More specifically, the present invention relates to a multi-stage tobacco smoke filtering apparatus which filters both second-hand smoke exhaled by a smoker, and side-stream smoke which is evolved from the burning tip of a cigar or cigarette.

2. Description of the Prior Art

Tobacco has been a staple cash crop of the American eastern seaboard since the earliest European settlers set foot in the Americas. Beginning in the middle 1700's, large exportation of tobacco products to Europe made smoking tobacco a very popular personal habit. However, it was not until the 20th century that smoking cigarettes became popular in Western culture. Cigarette smoking in the U.S. increased steadily throughout both World War I and World War II, in spite of the increasing scientific evidence that linked cigarette smoking with two previously rare lung diseases: lung cancer and emphysema.

In the 1950's, with the increasing public perception that cigarette smoking and lung cancer were linked,

filtered cigarettes were first mass-marketed in the U.S. They quickly began outselling unfiltered cigarettes. Tests had shown that some, but not all, of the integral filters placed in cigarettes lowered the amount of "tar," (heavy hydrocarbon substances), and nicotine which were inhaled by the consumer. Both "tar" and nicotine had been shown to be carcinogenic and mutagenic under certain laboratory conditions.

Then, on Jan. 11, 1964, U.S. Surgeon General Luther Terry issued the now-famous report linking smoking with lung cancer. Actually, the report was a review and summary of evidence that had been accumulated by scientists since the beginning of the 1950's. This date, however, marks the official origin of the now widely held belief that cigarette smoking is both an individual and public health hazard.

It is generally accepted that smoking is a primary causative factor of lung cancer and emphysema. Moreover, many recent studies appear to indicate that inhalation of a smoker's second-hand or side-stream smoke also raises the risk of contracting a smoking-related disease. These more recent studies have been the impetus for government restrictions on smoking based on its deleterious effect on the public health. For instance, early on, cigarette advertising was banned from television. More recently, federal and state legislation has been enacted which bans smoking from most work places, restaurants, airplanes, and other public areas. Despite the many restrictions on smoking in public, many Americans continue to smoke cigarettes regularly. This endangers the health not only of the smokers, but those around them who are subjected to the second-hand and side-stream smoke produces by the smokers. To lower the danger of smoking, as well as to protect non-smokers from tobacco smoke, numerous cigarette filtering media and devices have been patented.

Of particular note are the following patents: U.S. Pat. No. 4,369,798, issued Jan. 25, 1983, to A. C. Jackson, which describes a combination cigarette holder and cigarette smoke catcher. This device includes a cigarette-holding body having a pair of cylindrical passageways passing therethrough. One passage holds the unlit end of a cigarette, and includes a one-way valve to permit smoke to pass through the passageway when the user inhales on a mouthpiece. The second passageway terminates in a smoke catcher cartridge. This passageway also includes a one-way valve which allows smoke exhaled by the user to enter the smoke catcher cartridge. The combination of valves precludes smoke exhaled by a user (second-hand smoke) from being released into the atmosphere. This device, however, does not trap side-stream smoke, i.e., smoke which is evolved from the burning tip of the cigarette.

A very similar device is described in U.S. Pat. No. 4,790,332, issued Dec. 13, 1988, to F. E. Wallace. Here the device is essentially identical to the Jackson device, above, but also includes a filter housing which fits over the burning tip of the cigarette. Smoke is inhaled from the housing through a first passageway, and exhaled back into the housing through a second passageway back. The walls of the housing are formed from air-permeable bilayer filter media. Once the pressure inside the housing is sufficiently greater than the pressure outside the housing, smoke from within the housing will be forced through the filter media to the ambient environment.

Another related smoke catching device is described in U.S. Pat. No. 4,899,766, issued Feb. 13, 1990, to J. R. Ross, Jr. This device includes a housing designed to accommodate a pipe, cigar, or cigarette, with the lip portion of the smoking product extending outside of the housing. The housing may also include a port for mounting a lighter in the proper orientation to ignite the smoking product. After being light, smoke is inhaled by the user, and exhaled into a second chamber which acts a smoke dump. The smoke dump may include filtering means, and/or a fan to vent smoke to an external environment.

A cigarette-smoke filtering device is described in U.S. Pat. No. 4,993,435, issued Feb. 19, 1991, to S. McCann. The McCann device is very similar to the Wallace device described above. Here, a housing defines two parallel chambers, each having an air inlet and an air outlet. The first chamber is shaped to

encase the entire length of a cigarette, with the filter end of the cigarette extending outside of the chamber. The second chamber includes a plurality of filtering elements which filter cigarette smoke which is exhaled by the user into the chamber. Smoke inhaled by the user from the cigarette contained in the first chamber is exhaled into the second chamber, where the smoke is filtered prior to being vented back into the ambient environment.

U.S. Pat. No. 5,078,155, issued Jan. 7, 1992, to R. L. Grandel, describes an ashtray which includes a cylindrical housing mounted on a pair of semi-circular mounting elements. The mounting elements may be adjusted so that ashes from a cigarette placed into the ashtray fall into the cylindrical housing.

U.S. Pat. No. 5,088,508, issued Feb. 18, 1992, to S. A. Duncan, describes a "smokeless" ashtray for capturing side-stream tobacco smoke. The ashtray has a smoke capture chamber which includes an ignition source which burns the side-stream smoke which is evolved from the cigarette. This device does not include means to capture smoke exhaled by a smoker.

U.S. Pat. No. 5,160,518, issued Nov. 3, 1992, to J. G. Vega, Jr., describes a smoke filtering apparatus which also includes two parallel chambers: a first chamber to hold a cigarette or other smoking product, and a second chamber into which the user exhales tobacco smoke which is then filtered prior to being released into the ambient environment.

U.S. Pat. No. 5,240,014, issued Aug. 13, 1993, to S. C. Deevi et al., discloses a method to catalytically convert carbon monoxide into benign substances using a carbonaceous heat source which includes a catalytic precursor. When the carbonaceous heat source is ignited, the catalytic precursor within the heat source is converted into a catalyst, which then catalyzes the conversion of carbon monoxide into non-toxic substances.

A French Patent, No. 687,571, issued Aug. 11, 1930, describes a cigarette holding device which includes a bell-shaped housing into which a cigarette is placed. The bell housing includes perforations passing therethrough, and a mouthpiece which grasps the end of a cigarette.

None of the above references, taken alone, or in any combination, is seen as describing the present invention.

SUMMARY OF THE INVENTION

The present invention is a filtering apparatus to filter and purify side-stream and second-hand smoke from tobacco products. The present invention includes an open-ended enclosure into which is placed a tobacco product. For the sake of brevity, the smoking product shall hereinafter be referred to as a cigarette. This is for illustrative purposes only. The present invention will function equally well with cigars and other smoking products.

A cigarette is frictionally mounted within the enclosure to a first smoke conduit which is located concentrically within a second smoke conduit, both of which define passages from within the enclosure to space outside the enclosure. Adjacent to the smoke conduits is a heat-activated catalytic converter which catalyzes the transformation of carbon monoxide within tobacco smoke into non-harmful compounds. After the cigarette is ignited, the enclosure is removably engaged to a base which includes a multi-stage air-filtering passageway.

The heat of the lighted cigarette activates the catalytic activity of the heat-activated catalytic converter. Smoke is inhaled by a user via the first smoke conduit. The smoke inhaled by the user is then exhaled back into the enclosure via the second smoke conduit. A top closure may be placed over both of the

smoke conduits to seal smoke within the enclosure. In this manner, both side-stream and second-hand smoke are confined to the space within the enclosure.

The smoke within the enclosure then passes through a number of filters which may include a condensation filter, a smoke-absorbing filter, a desiccating filter, a bacteriostatic filter, and a deodorizing filter. The filters may be removable singularly, or removable as a single filtering cartridge unit. A capped axial bore passing through the filters provides a means to collect and dispose of condensation isolated from the smoke within the enclosure. The smoke passing through the various filters is completely filtered, deodorized, and decontaminated so as to protect non-smokers from side-stream and second-hand smoke.

In light of the above discussion, it is a principal object of the present invention to provide an apparatus for filtering and purifying side-stream and second-hand tobacco smoke.

It is another object of the present invention to provide a multi-stage filtering apparatus which physically filters, chemically treats, and catalytically transforms the harmful compounds in tobacco smoke into non-harmful compounds.

A further object of the present invention is to provide a filtering and purifying apparatus which prevents the exposure of non-smokers to side-stream and second-hand smoke from tobacco products.

These and further objects of the present invention will become clear upon a complete reading of the "Detailed Description," below.

BRIEF DESCRIPTION OF THE DRAWING

The drawing FIGURE is a front elevational view of a side-stream and second-hand smoke filtering apparatus according to the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Reference is made herein to the attached drawing FIGURE.

The figure is a front elevational view of a filtering apparatus according to the present invention. The apparatus includes an open-ended enclosure 10 and a cap 38 releasably engaged to the smaller end of the enclosure 10. The cap 38 has a central aperture through which a first tube 36, which defines a first smoke conduit, passes. A second tube 34 is located concentrically within the first tube 36, and defines a second smoke conduit.

A cigarette support 40 is connected to one end of the second tube 34. The support 40 is dimensioned and configured to frictionally engage a cigarette, cigar, pipe, and the like. Connected to the support 40 is a heat-activated catalytic converter 42. The catalytic converter is preferably made from a wire coated with platinum and rhodium. The catalytic converter may also contain other known heterogeneously catalytic metals including Raney nickel, silver, palladium, and the like.

The larger open end of the enclosure 10 is frictionally and releasably engaged to a base 12. When mated to the base, the enclosure 10 and base 12 define an inner volume 44, in which smoke from the cigarette C is trapped.

A plurality of filtering elements are positioned axially within the base and define an air-permeable filtering passageway from the inner volume 44 to space outside inner volume. The filtering elements

include a condensation filter be, a smoke-absorbing filter 20, a desiccating filter 24, a bacteriostatic filter 26, and a deodorizing filter 28. Each of the filtering elements may include a central opening therethrough. When placed into the base, the central openings of the filters, in registration, define an open central bore 30 which passes through the center of the filtering elements. A releaseable closure 32 is provided to seal the bore 30.

Each of the filter elements may be removable individually, or the entire filter assembly may be removable as a self-contained filter cartridge. In the latter case, the filter elements would be confined within removable housing 46 having perforated bottom 48. In this embodiment, once the filter elements are exhausted, the enclosure be is removed from the base 12, and the removable housing 46 removed from the base. A new filter cartridge would then be placed into the base. The filter cartridge is preferably retained within the base via a friction fitting. Other releasably fastening means, however, such as threaded fasteners, function with equal sucess.

When placed into the base, enclosure be rests upon a perforated tray 14. The tray 14 not only provides a tight fit between the enclosure and the base, it also serves to collect ashes from the burning cigarette, and to isolate the filter elements from disruption.

Directly below the perforated tray 14 is the first filter element, a condensation filter 16. Preferably, the condensation filter is a thickness of spherical glass beads, or glass rods. This filter serves to condense moisture from the cigarette smoke and air introduced into filter from the user's exhaled breath. Because of their relatively large size, a rigid perforated disk 18 may separate this filter element from the remaining filters.

A smoke absorbing filter 20 is preferably located directly below the condensation filter 16. Preferably, the smoke-absorbing filter is a thickness of silica gel, although other smoke absorbing media may be used. Such media include, but are not limited to alumina gels, diatomaceous earth, zeolytic materials and the like.

Filter dividers 22 may separate the individual filter elements. These filter dividers may be any type of air-permeable membrane. Preferably, the dividers 22 are porous paper sheets which are either treated or untreated. Such treatments may include treating with finishing agents, stiffeners, desiccants, colorants, and the like.

A desiccating filter 24 functions to absorb, entrap, or in any manner immobilize the moisture condensed by condensing filter 16. The desiccating filter is preferably a thickness of solid hygroscopic material. Any type of hygroscopic material will function in the present invention, so long as the hygroscopicity of the material is sufficiently high to immobilize the moisture which enters the filter.

A bacteriostatic filter 26 functions to prevent the growth of bacteria within the filter media. Because moisture will be trapped within the filter, there is a possibility that, absent a bacteriostatic agent, the filter media itself might provide a suitable grounds for the growth of bacterial colonies. Preferably, the bacteriostatic filter contains a thickness of bacteriostatically-treated cellulose fiber.

A deodorizing filter 28 functions to deodorized the filtered air as it passes into the ambient environment. Preferably the deodorizing filter is a thickness of activated carbon. This filter may include perfumes and the like as well.

In operation, a cigarette C, or other smoking material, is placed in support 40, in close proximity to catalytic converter The enclosure 10 is then placed within the base 12. The user then draws smoke from the cigarette by creating an oral vacuum on tube 34. The user then exhales the tobacco smoke back into

the enclosure 10 via tube 36. A top, not shown, may be releasably fastened about both of tubes 34 and 36 to seal all smoke inside the enclosure. The smoke within volume 44 then must pass through all of the filters described above prior to being released into the ambient environment. The closure 32 may be periodically removed to drain any excess moisture which accumulates within the filters.

It is to be understood that the invention is not limited in any manner to the embodiment described above, but includes any and all embodiments encompassed by the following claims.

* * * * *

