# The NFInsider
*An Inside Look at Issues Affecting the Seafood Industry*



## Pfiesteria Update

The House Human Resources Subcommittee held a hearing to review federal and state responses to Pfiesteria outbreaks that have caused recent fish kills in the Chesapeake Bay Region. In a statement NFI asked for a federal study to determine the organism's ability to move through the food chain. "Even though scientists tell us there's little risk, we want to assure the public that some research is being done to back up this statement."

In addition to the federal study, NFI also suggested that Congress:
* direct the federal agencies, working with the states, to set up an early warning system to predict Pfiesteria outbreaks;
* direct EPA and NOAA to establish sampling programs to test water and sediments upstream of the fish kills to determine the cause of outbreaks;
* make more money available to support state and federal programs that study toxic algae blooms throughout coastal waters to determine their cause.

For a copy of the full statement fax to Communications at 703-524-4619.

Also the Center for Disease Control was awarded $7 million for Pfiesteria research. A meeting will be held at CDC in Atlanta the week of September 29th.

## NFI Assists Seafood Marketing Efforts

In the wake of the Pfiesteria crisis, NFI's Emily Holt participated in an emergency meeting in Annapolis, MD where marketing specialists brainstormed about strategies to overcome consumer fears which have dramatically affected regional seafood sales. Both Maryland and Virginia governments are expected to increase promotion budgets to help rebuild consumer confidence. The Washington Post has editorialized about the illogical consumer reactions. The MD Seafood Marketing Department recently distributed NFI's consumer brochure on Pfiesteria at a local food show in Maryland. The brochure is posted on NFI's website at www.nfi.org. For a copy fax request to NFI Communications 703-524-4619.

## Shrimp Council

NFI's Shrimp Council, chaired by Dixie Blake, met at the NFI office this week, reviewing progress in its environmental assessment and other programs intended to counter environmental attacks on the shrimp fishing and aquaculture business. Activities and plans will be reported at the convention next month.

## Clam Quota Restored

NFI members and staff testified to the Mid-Atlantic Fishery Management Council on its proposed 1998 Atlantic surfclam quota. The Council unexpectedly had recommended a 10% reduction for reasons unrelated to the conservation of the clam resource. NFI testified that the proposed reduction was inconsistent with regulations and national standards. The Council subsequently withdrew the initial quota and recommended 2.565 million bushels comparable to the 1997 amount. Call Niels Moore, 703-524-8884.

## Fishing Vessel Reduction Proposed

Senators Stevens, Kerry, Murkowski, Breaux and Hollings introduced "The American Fisheries Act" to increase U.S. ownership requirements to 75% for fishing vessels and phase out vessels greater than 165 feet and 750 gross registered tons or having engines producing more than 3,000 shaft horsepower. In another action Senators Snowe, Kerry and Kennedy introduced S.1192 to limit the size of fishing vessels in the Atlantic mackerel fishery to under 165 feet. Call Bill Wright, 703-524-8884.

## Carbon Monoxide Treated Tuna

The FDA has advised an inquirer that treatment of tuna with carbon monoxide (CO) to enhance its color "is a clear violation of the Food Drug & Cosmetic Act" since CO has not been shown to be safe as a food or color ingredient or additive. However, use of a tasteless, wood smoke process may be considered acceptable although there has been no final decision.

## Import Alert Update

To order Alerts and attachments, fax request for a form to Gee Kim (703) 524-4619. All orders will be mailed.
Add to 16-05: Ocean Beauty Corporation, Taiwan.
Remove 16-05: Yolin Enterprises Company, LTD, Taiwan
Add to 16-12: Tan Phu I E Company, Vietnam.
Remove from 16-36: Choice Canning, India.
Add to 16-81: Eclair Trading Company, Singapore.
Add to 16-81: Dexamarksa S A, Ecuador.
Remove from 16-94: Dlockman & Hansen Gmbh, Germany