

BLACK TIE®

CRYO-FREEZE TUNA STEAKS

NET WEIGHT: 10 lbs. (4.54 kg)
INGREDIENTS: Tuna, processed smoke (to promote color retention)
PACKED FOR: Ever Hope International, Bali, Indonesia
PRODUCT OF INDONESIA

Exhibit 15