## English Translation of PowerPoint presentation on carbon monoxide generator

**Slide 1:**

We heat up the interior of a vacuum oven containing charcoal to product carbon monoxide and have also obtained a patent on this process.

A. Machine & Equipment (simple version) as picture below.

**Slide 5:**

B.     Operating process as pictured

B1.    Insert natural charcoal
Turn on vacuum oven
Set temperature to 180 C

**Slide 6:**

Use the compressor to draw out air from the vacuum oven. Adjust the 2 controls and monitor the gauge to maintain the state of vacuum, as pictured:

**Slide 7:**

Turn on vacuum oven and increase interior temperature until reaching preset temperature as pictured:

Power switch

**Slide 8:**

B2:    Open the valve, start the compressor and open the bottom right inlet, as picture:

**Slide 9:**

Let a small amount of air enter the vacuum oven from the bottom right...

... then through the heated charcoal, to be drawn out from the top valve;
The drawn out air is the carbon monoxide resulting from the heated charcoal.

Exhibit 20