— Attorney - client priv. —

# Aaron Borrowman

**From:** Romero, Shelley [shelley@oceanduke.com]
**Sent:** Tuesday, April 16, 2002 1:57 PM
**To:** Aaron Borrowman (E-mail)
**Cc:** Lin, Roger; Lin, Duke
**Subject:** RE: Additional questions

Aaron,

Roger is out of town and I'm responding to the few questions you had asked:

1. The maximum temperature is 250°C.

2. Yes, the process does not use the temperature range for the production of smoke, nor the cooled smoke temperature.

3. Yes, but there is a slight difference. We achieve the moisture like Kowalski, the difference is we use Charcoal and there is no odor, Kowalski has an odor.

Let us know if you have any further questions.

Shelley Romero
Ocean Duke Corporation

-----Original Message-----
From: Lin, Roger
Sent: Tuesday, April 16, 2002 12:39 AM
To: Romero, Shelley
Cc: Lin, Duke
Subject: FW: Additional questions


Shelley,

Please review the processed smoke information you faxed to Aaron and see if you can help him answer the specific questions below. Thanks.


Roger

-----Original Message-----
From: Aaron Borrowman
To: Lin, Roger
Sent: 4/12/02 4:57 PM
Subject: Additional questions

Roger:

Thank you for the faxed information today. However, I have found it difficult to make out completely. With the following specific questions in
mind, can you please call me to discuss?

First, can you specify the temperature range in which the smoke is produced?
I could not make out the maximum temp. on the fax.

1

Exhibit 21

Second, the Yamaoka patent requ     that the smoke be produced between 250
and 400 degree Celcius, passed through a filter to remove tar, and cooled to
between 0 and 5 degree Celcius at which point it is exposed to the fish. I
have assumed that your process does not use the temperature range specified
for the production of smoke, nor the cooled smoke temperature. Please verify.

Lastly, all of the independent claims, which are of concern to us, in the
Kowalski patent require that the smoke be super purified or filtered to the
extent that all smoke taste imparting components are removed so that a
substantially tasteless smoke is created. Does your filtering process
achieve this objective?

Thanks,

Aaron Borrowman
Kelly, Bauersfeld, Lowry & Kelley LLP
6320 Canoga Ave. Suite 1650
Woodland Hills, CA 91367
818-347-7900

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above. The message
may be an attorney-client communication or work product and as such is
privileged and confidential. If you have received this communication in
error, please delete the original message and notify us immediately by
e-mail.

2