IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs, <br><br>v. <br><br>OCEAN DUKE CORPORATION, <br><br>Defendant. | CIVIL NO. 04-00055 BMK <br><br>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5 |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5

I hereby certify pursuant to Local Rule 7.5(b)(i) that William R. Kowalski and Hawaii International Seafood, Inc.'s Memorandum in Opposition to Defendant Ocean Duke Corporation's Motion For Partial Summary Judgment contains 4,528 words of text according to Microsoft Word's word count program.

DATED: Honolulu, Hawaii, October 5, 2007.

          CADES SCHUTTE LLP

          /s/ Milton M. Yasunaga
          MILTON M. YASUNAGA
          Attorney for Plaintiffs
          WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.