IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:
    Louise K. Y. Ing    ling@ahfi.com
    Allison K. Griffiths    akirk@ahfi.com

Served Electronically and First Class Mail:
    PAUL S. MARKS, ESQ.
    TIMOTHY L. NEUFELD, ESQ.
    NEUFELD LAW GROUP
    360 East 2nd Street. Suite 703
    Los Angeles, California 90012
    E-mail: pmarks@neufeldlawgroup.com
           TNeufeld@neufeldlawgroup.com

ImanageDB:763288.1

DATED: Honolulu, Hawaii, October 5, 2007.

                        CADES SCHUTTE LLP

                        <u>/s/ Milton M. Yasunaga</u>
                        MILTON M. YASUNAGA
                        Attorney for Plaintiffs
                        WILLIAM R. KOWALSKI and HAWAII
                        INTERNATIONAL SEAFOOD, INC.