CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA        2954-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OCEAN DUKE CORPORATION,<br><br>　　　　Defendant. | CIVIL NO. 04-00055 BMK<br><br>ERRATA TO WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANT OCEAN DUKE CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUBMISSION OF EXHIBIT 22; DECLARATION OF MILTON M. YASUNAGA; EXHIBITS A, B, AND 22; CERTIFICATE OF SERVICE<br><br>HEARING<br>Date:　　October 23, 2007<br>Time:　　2:00 p.m.<br>Magistrate Judge: Barry M. Kurren<br><br>Trial:　　December 4, 2007 |

ERRATA TO WILLIAM R. KOWALSKI AND HAWAII
INTERNATIONAL SEAFOOD, INC.'S MEMORANDUM IN
OPPOSITION TO DEFENDANT OCEAN DUKE
CORPORATION'S MOTION FOR PARTIAL SUMMARY
<u>JUDGMENT AND SUBMISSION OF EXHIBIT 22</u>

Plaintiffs file this to correct an error in William R. Kowalski and Hawaii

International Seafood, Inc.'s Memorandum in Opposition to Defendant Ocean

Duke Corporation's Motion For Partial Summary Judgment.  The first sentence of

the Conclusion section on page 17 erroneously left out the word "not" after the

word "could".  Thus, the sentence should read "The Court should deny the

Motion -- Defendant has not made a showing that a reasonable jury could **not**,

under literal infringement or the doctrine of equivalents, find for the Plaintiffs

under at least one of the asserted claims.  A copy of the corrected page 17 is

attached as Exhibit A.  Also, the memorandum at page 15 twice referred to

selected pages of the deposition of Dr. Iwaoka as Exhibit 21 when it should have

referred to them as Exhibit 22.  A corrected copy of page 15 is attached as

Exhibit B hereto.  The pages of the deposition of Dr. Iwaoka referred to in the

memorandum are submitted herewith as Exhibit 22 -- the correct Exhibit number.

DATED:  Honolulu, Hawaii, October 10, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.