get to the charcoal stage in order to determine the factual question of literal infringement.

Also, Plaintiffs also have the benefit of the doctrine of equivalents, which is also a factual determination for the jury.

## IV. CONCLUSION

The Court should deny the Motion – Defendant has not made a showing that a reasonable jury could not, under literal infringement or the doctrine of equivalents, find for the Plaintiffs under at least one of the asserted claims..

Finally, if the Court is inclined to grant Defendant's motion, Plaintiffs ask for Rule 56f relief so that they can take the deposition of Duke Lin and Roger Lin. Plaintiffs wanted (and earlier requested) the depositions of Roger Lin and Duke Lin to occur in mid-September (and thus, Plaintiffs asked for these depositions well before the weekend of the October 1 settlement conference), but Defendant refused to make them available before October 8 and 9, so Plaintiffs had no choice (after their request for September 29 or 30 was also refused) but to agree to depose them on the 8th and 9th, which is after the due date of Plaintiffs opposition. Plaintiffs did not want to give Defendants an excuse to stall this case so that Plaintiffs are unable to vindicate their rights in court.