compounds of the smoke sufficiently so that food treated with the remaining smoke will not end up with a smoke odor or smoke taste.

The 9/11/07 deposition testimony of Ocean Duke's expert Dr. Iwaoka (Ex. 22) was consistent with Dr. Maga's opinions, e.g.:

P. 46, l. 7-10:
Q. But aren't there other volatile compounds also formed from heating the charcoal besides water and carbon monoxide?
A. Probably, yes.
P. 48, l. 7-10:
Q. But some of the volatiles will be removed along with the water vapor when you remove the water vapor?
A. Yes....
P. 49, l. 19 to P. 50, l. 1 and 14-16
Q. When the Shih process then goes to the next step of removing water vapor, that removal of water vapor removes not just the water vapor but some particulate matter as well as other things that were generated, right?
A. It could.
Q. Especially the highly water soluble things?
A. That's correct.
Q. … Would you call particulate matter highly water soluble?
A. … [Rather, they'd be] Suspended in water, yes. So, it's not a dissolution or dissolving of the particulates.
Q. But these particulates that are suspended in the water would be removed when you remove the water?
A. Yes.

In any event, Dr. Iwaoka cannot refute Dr. Maga's opinions because Dr. Iwaoka admitted at his deposition (Ex. 22) that he has no expertise in smoking of food, no experience in smoking of food except for one instance where he and others hot smoked salmon over a fire for their personal consumption, knows nothing about cold smoking, and doesn't even know what components in smoke cause smoke taste.