1

1        IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF HAWAII

3

4    WILLIAM R. KOWALSKI and    )    CIVIL NO. CV 04-00055 BMK
     HAWAII INTERNATIONAL       )
5    SEAFOOD,                   )
                                )    COPY
6            Plaintiffs,        )
                                )
7        vs.                    )
                                )
8    OCEAN DUKE CORPORATION,    )
                                )
9            Defendant.         )
     _____)

10

11

12        DEPOSITION OF WAYNE T. IWAOKA, Ph.D.

13   Taken on behalf of Plaintiffs William R. Kowalski and

14   Hawaii International Seafood at the offices of Cades

15   Schutte LLP, 1000 Bishop Street, Suite 1200,

16   Honolulu, Hawaii, 96813, commencing at 10:54 a.m. on

17   Tuesday, September 11, 2007.

18

19   REPORTED BY:   JOAN IZUMIGAWA, CSR No. 136

20                  Notary Public, State of Hawaii

21

22

23

24

25            Exhibit 22

1    from heating the charcoal, right?

2        A.    That's correct.  And we talked about water

3    being generated in our previous -- in your previous

4    question, and that would be -- with high temperatures

5    that would be considered volatile, a volatile

6    compound.

7        Q.    But aren't there other volatile compounds

8    also formed from heating the charcoal besides water

9    and carbon monoxide?

10       A.    Probably, yes.

11       Q.    Do you know all of those compounds that are

12   generated?

13       A.    No, I don't.

14       Q.    Okay.  Then your next sentence says, "Any

15   volatile compounds formed or produced in the Shih

16   patent-generating system that is not highly water

17   soluble will be present in the final product that is

18   used to treat the marine products."  So you're saying

19   there that when the charcoal is heated, volatile

20   compounds will be formed, some of which are highly

21   water soluble and some of which are not highly water

22   soluble, right?

23       A.    That's correct.

24       Q.    And by "highly water soluble" what do you

25   mean?

1    section or the volatile portion of the -- of that --

2    of the material that is being used to treat the fish.

3        Q.    Okay.  You're saying there that some of the

4    volatiles will remain even after you remove the water

5    vapor?

6        A.    Yes.

7        Q.    But some of the volatiles will be removed

8    along with the water vapor when you remove the water

9    vapor?

10        A.    Yes.  It would be depending on the

11    solubility coefficient of these compounds.  The more

12    highly water soluble it is, the higher the

13    concentration will be in that water portion.

14        Q.    Okay.  At the -- on that same page 12, the

15    first full sentence says, "Thus, the resulting Shih

16    product could contain carbon dioxide, volatile

17    organics and methane, and perhaps small amounts of

18    particulate matter that escaped from the charcoal in

19    the heating process."  See that?

20        A.    Yes.

21        Q.    So from heating charcoal under the Shih

22    patent, it is possible that small amounts of

23    particulate matter may be generated?  Is that what

24    you're --

25        A.    They may be generated.  Well, there could

1    be -- what's the term I want to use?  Yes.

2        Q.    You're saying that small amounts of

3    particulate matter might remain even after you

4    separate out the water vapor; is that right?

5        A.    May.

6        Q.    Right.  But is it also possible that some

7    amounts of particulate matter that was generated

8    could be removed when you remove the water vapor?

9        A.    Yes.

10       Q.    All right.  So I'll try to summarize a bit,

11   and you tell me if it's correct.  So when in the Shih

12   process charcoal is heated, various things are

13   produced, including carbon monoxide, water vapor, but

14   other volatiles, as well, right?

15       A.    Yes.

16       Q.    And even some particulate matter may be

17   produced from heating charcoal, right?

18       A.    May be produced.

19       Q.    When the Shih process then goes to the next

20   step of removing water vapor, that removal of water

21   vapor removes not just the water vapor but some

22   particulate matter as well as other things that were

23   generated, right?

24       A.    It could.

25       Q.    Especially the highly water soluble things?

50

1        A.    That's correct.

2        Q.    Now, this particulate matter -- would you

3    call particulate matter highly water soluble?

4        A.    By definition particulate matter would be

5    solids and they wouldn't be soluble in water.  They

6    would be remaining as basically particulate --

7    basically small particles or --

8        Q.    Suspended in the water?

9        A.    Suspended in the water, yes.  So it's not a

10    dissolution or dissolving of the particulates.

11        Q.    I see.  So it's not correct strictly to use

12    the term "soluble"?

13        A.    That's correct.

14        Q.    But these particulates that are suspended in

15    the water would be removed when you remove the water?

16        A.    Yes.

17        Q.    Do you know what kind of particulates --

18    what these particulates would be that may be

19    generated from heating charcoal?

20        A.    They could be portions of the original

21    charcoal.  When they make briquettes, for example,

22    they crush the charcoal into small pieces and then

23    have a binder and glue it together.  And so with

24    charcoal you always have a chance for small pieces of

25    the slightly charred wood to become -- that would be