IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

 I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

 Served Electronically through CM/ECF:
  Louise K. Y. Ing  ling@ahfi.com
  Allison K. Griffiths akirk@ahfi.com

 Served Electronically and First Class Mail:
  PAUL S. MARKS, ESQ.
  TIMOTHY L. NEUFELD, ESQ.
  NEUFELD LAW GROUP
  360 East 2nd Street. Suite 703
  Los Angeles, California 90012
  E-mail: pmarks@neufeldlawgroup.com
     TNeufeld@neufeldlawgroup.com

ImanageDB:763683.1

DATED: Honolulu, Hawaii, October 10, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.