# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. v. Ocean Duke Corporation |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | |
| DATE: | 10/10/2007 | TIME: | |

COURT ACTION:  EO: [72] William R. Kowalski and Hawaii International Seafood, Inc.'s Cross Motion for Claim Construction is set for hearing on 11/16/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

The filing deadline for any other claim construction motion is 10/22/2007.  The hearing date for these motions will be 11/16/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

The deadline for filing an opposition to [72] William R. Kowalski and Hawaii International Seafood, Inc.'s Cross Motion for Claim Construction, and to any other claim construction motion filed, is 11/1/2007.

The deadline for filing any replies is 11/8/2007.

Submitted by Richlyn W. Young, courtroom manager