ORIGINAL

LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    ling@ahfi.com
           agriffiths@ahfi.com

TIMOTHY L. NEUFELD      *Pro Hac Vice*
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
E-mail:    tneufeld@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2007

at 2 o'clock and 15 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>OCEAN DUKE CORPORATION, <br><br>Defendant. | Civil No. CV04-00055 BMK <br><br>**EX PARTE APPLICATION TO APPEAR *PRO HAC VICE*;** AFFIDAVIT OF PAUL S. MARKS; DECLARATION OF LOUISE K. Y. ING; CERTIFICATE OF SERVICE <br><br>TRIAL: December 4, 2007 |

659,223 / 8827-1

## EX PARTE APPLICATION TO APPEAR *PRO HAC VICE*

ALSTON HUNT FLOYD & ING, by Louise K. Y. Ing, hereby applies ex parte for the admission to practice pro hac vice of Paul S. Marks, counsel for Ocean Duke Corporation, in Los Angeles, California, before the Bar of the United States District Court for the District of Hawaii, as co-counsel for Defendant Ocean Duke Corporation in this action.

This application is made pursuant to L.R. 83.1(e) and is based upon the affidavit and declaration of counsel attached hereto.

DATED:   Honolulu, Hawai`i, October 10, 2007.

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendant
OCEAN DUKE CORPORATION