IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-0055 BMK <br><br> AFFIDAVIT OF PAUL S. MARKS |

## AFFIDAVIT OF PAUL S. MARKS

STATE OF CALIFORNIA      )
                         ) SS
COUNTY OF LOS ANGELES    )

PAUL S. MARKS, being first duly sworn upon oath, deposes and says as follows:

1. Affiant's office address is 360 East Second Street, Suite 703, Los Angeles, California 90012, and Affiant's residence address is 2000 Main Street, Santa Monica, California 90405.

130281.1

2.	Affiant is an attorney with Neufeld Law Group, at the above office address, and was admitted to practice law in the State of California in 1988, including admission to all U.S. District Courts in California.

3.	Affiant is currently in good standing and eligible to practice in all of the aforementioned courts.

4.	Affiant is not currently, and has not ever been, suspended or disbarred in any court of the United States.

5.	Affiant has not previously been admitted pro hac vice in the United States District Court for the District of Hawaii.

6.	Affiant does not reside in the State of Hawaii, is not regularly employed in the State of Hawaii, and is not regularly engaged in business, professional or otherwise, in the State of Hawaii.

7.	Louise Ing, Esq., of Alston Hunt Floyd & Ing Lawyers, telephone number (808) 524-1800, are active members in good standing of the Hawaii State Bar, licensed to practice before all courts in the State of Hawaii, and will continue to serve as counsel upon whom this Court and opposing counsel may readily communicate regarding the conduct of the case, and upon whom papers may be served.

8.  Affiant affirms that said attorneys shall continue at all times to participate meaningfully in the preparation and trial of the case with authority and responsibility to act as attorneys of record for all purposes.

Further Affiant sayeth naught.

_____
PAUL S. MARKS

RPW 10/09/2007
~~Subscribed and sworn to before me~~
This _____ day of _____, 2007

Robert P. Wheaton (Print Name)
Notary Public, State of California

Mt. commission expires: 11/29/2010

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 9th day of October, 20 07, by Paul S. Marks
~~personally known to me~~ or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: Robert P Wheaton



ROBERT P. WHEATON
COMM. #1702414
Notary Public · California
Los Angeles County
My Comm. Expires Nov. 29, 2010

130281.1                                3