IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | ) ) ) ) | Civil No. CV04-00055 BMK |
| | ) | **DECLARATION OF LOUISE K. Y. ING** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| OCEAN DUKE CORPORATION, | ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1.     I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Defendant Ocean Duke Corporation.

2.     I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3.     I consent to being designated as associate counsel with Paul S. Marks in this action. I am an active member in good standing of the bar of the State of Hawaii and this Court. My office address is 18th Floor, American Savings Bank Tower, 1001 Bishop Street, Honolulu, Hawaii 96813, and my office telephone number is (808) 524-1800.

659,223 / 8827-1

4.    I understand and agree that associated counsel shall: (a) at all times meaningfully participate in the preparation and trial of the case with the authority and responsibility to act as attorney of record for all purposes; (b) participate in all court proceedings unless otherwise ordered by the Court, but need not attend depositions or participate on other discovery; and (c) that any document required or authorized to be served upon counsel by the local or federal rules shall be served upon the associated attorney, which shall be deemed proper and effective service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawai`i, on October 10, 2007.

_____
LOUISE K. Y. ING

659,223 / 8827-1

2