## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following by having said copy deposited in the United States mail, postage prepaid, addressed as follows:

Milton M. Yasunaga, Esq.
Martin E. Hsia, Esq.
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.

DATED: Honolulu, Hawai`i, October 10, 2007.

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendant
OCEAN DUKE CORPORATION

659,223 / 8827-1