LOUISE K. Y. ING           2394-0
ALLISON KIRK GRIFFITHS     8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com
            agriffiths@ahfi.com

TIMOTHY L. NEUFELD     *Pro Hac Vice*
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:  (213) 625-2650
E-mail:     tneufeld@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>OCEAN DUKE CORPORATION,<br><br>  Defendant. | Civil No. CV04-00055 BMK<br><br>**ORDER GRANTING EX PARTE APPLICATION TO APPEAR *PRO HAC VICE***<br><br><br><br>TRIAL:   December 4, 2007 |
|---|---|

## ORDER GRANTING EX PARTE APPLICATION TO APPEAR *PRO HAC VICE*

Upon review of the ex parte application, affidavit and declaration of counsel and good cause appearing therefor,

IT IS HEREBY ORDERED that the Ex Parte Application to Appear Pro Hac Vice in GRANTED.  Paul S. Marks, counsel for Ocean Duke Corporation, is admitted to practice before the Bar of the United States District Court for the District of Hawaii as counsel for Defendant Ocean Duke Corporation in this action.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 15, 2007

_____
*Kowalski v. Ocean Duke Corporation,* Civil No. CV04-00055 BMK (D. Hawaii);
**ORDER GRANTING EX PARTE APPLICATION TO APPEAR *PRO HAC VICE***