## EXHIBIT A

Ocean Duke Corporation herewith submits its trial witness list to accompany the Pre-Trial Statement, in accordance with L.R. 16.6.

Ocean Duke Corporation hereby counter-designates each and every witness listed by plaintiffs as trial witnesses for Ocean Duke Corporation, on the same subject matter as designated by plaintiffs.

Ocean Duke intends to supplement this list as permitted or required by Local Rules or as necessitated by discovery and investigation,

1. <u>Roger Lin</u>

Mr. Lin is expected to testify about the business of Ocean Duke and Ocean Duke's finances, the damages purportedly suffered by plaintiffs, and the company's defenses to the charges of patent and trademark infringement.  Mr. Lin is also expected to testify about the importation of seafood from Ocean Duke's suppliers and the processes used to treat that seafood.  Further, Mr. Lin will rebut, where appropriate, the testimony of any witness on said subject matters as disclosed by plaintiffs.

2. <u>Duke Lin</u>

Mr. Lin is expected to testify about the business of Ocean Duke and Ocean Duke's finances, the damages purportedly suffered by plaintiffs, and the company's defenses to the charges of patent and trademark infringement.  Mr. Lin is also

expected to testify about testify about the importation of seafood from Ocean Duke's suppliers and the processes used to treat that seafood. Further, Mr. Lin will rebut, where appropriate, the testimony of any witness on said subject matters as disclosed by plaintiffs.

    3.    <u>Alice Lin</u>

Ms. Lin is expected to testify about Ocean Duke's business, finances, and the damages purportedly suffered by plaintiffs.

    4.    <u>Professor Wayne T. Iwaoka</u>

The general subject matter of Prof. Iwaoka's expert testimony shall be a comparison of and the differences relating to the processes and methods of the Kowalski and Shih patents. Professor Iwaoka will rebut, where appropriate, the testimony of any expert witness on said subject matters disclosed by plaintiffs.

    5.    <u>Michael T. McEnerney</u>

The general subject matter of Mr. McEnerney's expert testimony shall be the damages purportedly suffered by plaintiffs in this litigation, and a rebuttal of the opinions expressed by any witness designated by plaintiffs hereto.

    6.    <u>Mr. Steven Chih-Hsing Shih</u>

Mr. Shih is expected to testify about the patented process he developed and how that process is used in his business, and will discuss the differences between the Shih patent and the Kowalski patent.

       7.    <u>Charles Cardile</u>

Mr. Cardile is expected to testify about the processes used for the treatment of seafood imported by Ocean Duke Corporation from Bali, and the comparison of those processes with the processes described in the Kowalski patent.