## EXHIBIT B

Ocean Duke Corporation herewith submits its trial exhibit list to accompany the Pre-Trial Statement, in accordance with L.R. 16.6.

Ocean Duke Corporation hereby counter-designates each and every exhibit listed by plaintiffs as trial exhibits for Ocean Duke Corporation.

Ocean Duke intends to supplement this list as permitted or required by Local Rules or as necessitated by further discovery and investigation.

| No. | Description | Substance/Purpose | Witness |
|-----|-------------|-------------------|---------|
| 1 | Kowalski Patent | Alleged infringement | Kowalski |
| 2 | Shih Patent | Seafood processing | Shih, Lin, Cardile |
| 3 | Kowalski/Shih patent history | Invalidity and misuse | Kowalski, Iwaoka |
| 4 | Videos of seafood processing | Non-infringement | Shih, Cardile |
| 5 | Photos of seafood processing | Non-infringement | Shih, Cardile, Lin |
| 6 | Diagrams of seafood process | Non-infringement | Shih, Cardile, Lin |
| 7 | Demonstrative exhibits | Non-infringement | Lin, Iwaoka |
| 8 | Kowalski financials | Damages | Kowalski, McEnerney |
| 9 | Ocean Duke financials | Damages | Lin, McEnerney |
| 10 | Demonstrative exhibits | Damages | Lin, McEnerney |
| 11 | Patent opinion | Lack of willfulness | Lin, Iwaoka |
| 12 | Importation documents | Non-infringement | Lin |

| 13 | Government documents | Non-infringement | Lin, Cardile, Iwaoka |
| 14 | Seafood packaging | Non-infringement | Lin, Cardile |
| 15 | Secondary sources | Non-infringement | Iwaoka |