CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA        2954-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs, <br><br>v. <br><br>OCEAN DUKE CORPORATION, <br><br>Defendant. | CIVIL NO. 04-00055 BMK <br><br>WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S SUPPLEMENTAL MOTION FOR CLAIM CONSTRUCTION; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
|---|---|

ImanageDB:778506.2

WILLIAM R. KOWALSKI AND HAWAII
INTERNATIONAL SEAFOOD, INC.'S SUPPLEMENTAL
MOTION FOR CLAIM CONSTRUCTION

WILLIAM R. KOWALSKI (Kowalski) and HAWAII INTERNATIONAL SEAFOOD, INC. (HISI) bring this supplemental motion for judicial construction of claim 33 of United States Patent No. 5,972,401 ("Kowalski Patent").

This Motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, and Local Rules 7.9, and is based on the attached memorandum in support, declarations, exhibits, and the records and files herein.

DATED: Honolulu, Hawaii, October 22, 2007.

CADES SCHUTTE LLP

/s/ Allison Mizuo Lee
Allison Mizuo Lee
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.