# MINUTES

CASE NUMBER:      CV 04-00055BMK

CASE NAME:        William R. Kowalski, et al. v. Ocean Duke Corporation

ATTYS FOR PLA:    Milton M. Yasunaga

ATTYS FOR DEFT:   Louise K.Y. Ing, Paul S. Marks

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 10/23/2007 | TIME: | 2:06 - 3:40 |

COURT ACTION:  EP:  [62] Defendant Ocean Duke Corporation's Motion for Trifurcation, or, in the Alternative, Bifurcation of Trial - DENIED.  Mr. Yasunaga to prepare the order (2:06 - 2:18).

Final Pretrial Conference held off the record.  Trial to last 7-8 days.  8 jurors will be seated (2:18 - 2:35).

Further Settlement Conference held in chambers.  No settlement at this time.  Further conference on call (2:45 - 3:40).

Notified: Jury Clerk, Debra Chun.

Submitted by Richlyn Young, Courtroom Manager