IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Civil No. CV04-00055 BMK <br><br> **DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Defendant Ocean Duke Corporation.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached as Exhibit A is a true and correct copy of excerpts of the Claim Construction Order for the Yamaoka and Kowalski Patents, filed on October 17, 2007 in *Tuna Processors, Inc. v. Hawaii International Seafood, Inc.,* Civil No. 05-00717 BMK (D. Hawaii).

661,347 / 8827-1

4. Attached as Exhibit B is a true and correct copy of U.S. Patent 6,331,322 (Shih Patent).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawai`i, on November 1, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING