IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

DECLARATION OF MILTON M. YASUNAGA

MILTON M. YASUNAGA, hereby declares:

1. I am a partner of Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. (HISI) and William R. Kowalski (Kowalski) (jointly, Plaintiffs). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Ocean Duke's counsel have indicated an interest in taking advantage of Plaintiffs' relative lack of financial strength. Reopening the deadlines to allow Defendant to make this litigation even more expensive for Plaintiffs would unfairly prejudice Plaintiffs.

3. Attached hereto as Exhibit "A" is a chart summarizing the claim

construction proposed by Plaintiffs in their Cross Motion for Claim Construction filed on October 5, 2007 and Supplemental Motion for Claim Construction filed on October 22, 2007.

4. Attached hereto as Exhibit "B" is a true and correct copy of Ocean Duke Corporation's ("Ocean Duke") Objections and Responses to Plaintiffs' First Request for Answers to Interrogatories Dated October 15, 2004.

5. Attached hereto as Exhibit "C" is a true and correct copy of Ocean Duke's Supplemental Responses to Plaintiffs' First Request for Answers to Interrogatories Dated October 15, 2004.

6. Attached hereto as Exhibit "D" is a true and correct copy of the Declaration of Joseph Maga, previously filed on October 31, 2007 in the consolidated case <u>Kowalski et al v. Mommy Gina Tuna Resources, et al.</u>, Civ. No. 05-00679 BMK, Civ. No. 06-00182 BMK, Civ. No. 05-00787 BMK, Civ. No. 05-00517 BMK.

7. Attached hereto as Exhibit "E" is a true and correct copy of Kowalski and HISI's Motion for Clarification and Reconsideration of the Claims Construction Order For the Yamaoka and Kowalski Patents, Filed 10/17/07, including supporting declarations and exhibits.

8. Attached hereto as Exhibit "F" is a true and correct copy, with my markings, of selected pages from the Patent Office Rules and Practice, Manual of

Patent Examining Procedure (LexisNexis) (8th ed. August 2006).

I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, November 8, 2007.

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA