IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5 |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5

I hereby certify pursuant to Local Rule 7.5(b)(i) that William R. Kowalski and Hawaii International Seafood, Inc.'s Reply Memorandum in Support of Their Cross Motion For Claim Construction Filed October 5, 2007 and Supplemental Motion For Claim Construction Filed October 22, 2007 contains no more than 4436 words of text (including footnotes) according to Microsoft Word's word count program.

DATED: Honolulu, Hawaii, November 8, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.