CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA              2954-0
ALLISON MIZUO LEE       7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>ERRATA TO EXHIBIT "A" ATTACHED WITH WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S REPLY MEMORANDUM IN SUPPORT OF THEIR CROSS-MOTION FOR CLAIM CONSTRUCTION AND SUPPLEMENTAL MOTION FOR CLAIM CONSTRUCTION AND SUBMISSION OF EXHIBIT "A"; DECLARATION OF MILTON M. YASUNAGA; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>HEARING<br>Date:    November 16, 2007<br>Time:   9:00 a.m.<br>Judge:  Honorable Barry M. Kurren<br>Trial:    December 4, 2007 |
|---|---|

ERRATA TO EXHIBIT "A" ATTACHED TO
WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL
SEAFOOD, INC.'S REPLY MEMORANDUM IN SUPPORT OF
THEIR CROSS-MOTION FOR CLAIM CONSTRUCTION AND
SUPPLEMENTAL MOTION FOR CLAIM CONSTRUCTION AND
<u>SUBMISSION OF EXHIBIT "A"</u>

Plaintiffs file this errata to correct errors in Exhibit "A" attached with William R. Kowalski and Hawaii International Seafood, Inc.'s Reply Memorandum in Support of Its Cross Motion for Claim Construction and Supplemental Motion for Claim Construction, filed on November 8, 2007 ("***Reply Memo***").

In converting the separate prose-style arguments set forth in the Cross Motion for Claim Construction filed on October 5, 2007 ("***Cross Motion***") and Supplemental Motion for Claim Construction filed on October 22, 2007 ("***Suppl. Motion***") into a chart stating Plaintiffs' proposed construction attached as Exhibit "A" to the Reply Memo, duplication and extraneous language/argument was erroneously included, and punctuation (e.g., parentheticals, commas, semicolons) needed for clarity when the different phrases were combined was inadvertently omitted. Exhibit "A" attached hereto, which corrects these errors, more accurately reflects the claim construction proposed by Plaintiffs in the Cross Motion and Suppl. Motion.

DATED: Honolulu, Hawaii, November 13, 2007.

> CADES SCHUTTE LLP
>
> /s/ Milton M. Yasunaga
> MILTON M. YASUNAGA
> Attorney for Plaintiffs
> WILLIAM R. KOWALSKI and HAWAII
> INTERNATIONAL SEAFOOD, INC.