Kowalski et al. v. Ocean Duke Corporation
Civ. No. 04-0055 BMK

**Summary Of Plaintiffs' Claim Construction Proposed In Their Cross Motion For Claim Construction Filed October 5, 2007 and Supplemental Motion for Claim Construction Filed October 22, 2007**

| Claim No. | Claim Language | Plaintiffs' Proposed Construction |
|---|---|---|
| 1 | A process for treating meat comprising: | A process for treating meat (including the meat of fish or other seafood) comprising[1] or including: |
|  | heating organic material to generate smoke having a gaseous vapor phase; | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke; |
|  | super-purifying said smoke to reduce taste imparting components below thresholds for imparting smoke odor and taste, whereby a substantially tasteless super-purified smoke is created; and | reducing the taste imparting parts of the produced smoke at least enough so that the resulting or remaining smoke would not give smoke odor and taste to meat when brought into contact with the meat; |
|  | treating meat having a freezing point with said tasteless super-purified smoke. | treating meat with the resulting smoke. |

---

[1] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

Exhibit "A"

| 33 | A process according to any one of claims 1 to 3, wherein said heating step is carried out by heating said organic material at between approximately 400 degrees Fahrenheit (204 degrees Centigrade) and approximately 950 degrees Fahrenheit (510 degrees Centigrade) | A process according to any one of claims 1 to 3, wherein the heating step is carried out by heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke at ("at" referring to the temperature of heating apparatus or medium) between about 400° Fahrenheit (204° Centigrade) and about 950° Fahrenheit (510° Centigrade). |
| --- | --- | --- |
| 67 | A process for treating food comprising: | A process for treating food comprising[2] or including: |
|  | heating organic material to generate smoke; | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke; |
|  | filtering components that impart smoke flavor from said smoke to below limits for imparting smoke flavoring to food | filtering or separating out or reducing (including[3] by cooling, condensing, settling out, and/or aging) the parts of the smoke which give smoke flavor to food at least enough so that the resulting or remaining smoke does not give smoke flavoring to food when food is exposed to that smoke; |
|  | exposing said filtered smoke to food without imparting a smoke flavor to said food. | exposing to or bringing into contact with each other (a) the smoke and (b) the food, without giving a smoke flavor to that food. |

---

[2] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

[3] The word "including," as used here means "including, but not limited to," as opposed to "including only the following."

Exhibit "A"

ImanageDB:788033.3

| 68 | A process for treating food comprising: | A process for treating food comprising[4] or including: |
|---|---|---|
| | heating organic material to generate smoke; | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke; |
| | removing components that impart smoke odor from said smoke; | removing the parts of smoke that give smoke odor; |
| | exposing food to said smoke, whereby the quantity of smoke odor imparting components removed from said smoke is adequate to prevent imparting a smoke odor to said food. | bringing the food and the smoke into contact with each other whereby the amount of smoke odor giving parts that were removed is sufficient to prevent giving a smoke odor to the food. |
| 69 | A process for treating food comprising: | A process for treating food comprising[5] or including: |
| | heating organic material to generate smoke that contains a vapor phase having smoke odor and flavor imparting components; | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke that contains vapor having smoke odor and flavor giving parts; |

---

[4] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

[5] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

Exhibit "A"

ImanageDB:788033.3

|  | filtering said smoke to remove smoke odor and flavor imparting components; | **filtering or separating out or reducing or removing (including[6] by cooling, condensing, settling out, and/or aging) smoke odor and flavor giving parts from the smoke;** |
|---|---|---|
|  | exposing food to said filtered smoke so as to prevent smoke flavoring of said food by reducing the quantity of said filtered smoke exposed to said food. | **bringing food into contact with a sufficiently reduced amount of smoke so as to prevent the food from having a smoke flavor.** |

---

[6] The word "including," as used here means "including, but not limited to," as opposed to "including only the following."

Exhibit "A"

ImanageDB:788033.3