LOUISE K. Y. ING              2394-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower, 1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    ling@ahfi.com

TIMOTHY L. NEUFELD         Pro Hac Vice
PAUL S. MARKS              Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
E-mail:    tneufeld@neufeldlawgroup.com
           pmarks@neufeldlawgroup.com

Attorneys for OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Case No. CV04-00055 BMK <br><br> **DEFENDANT'S MOTION TO CONTINUE TRIAL AND RELATED DEADLINES DUE TO: (1) NEW ISSUE OF PLAINTIFF'S LACK OF STANDING TO SUE; (2) REQUESTED BRIEFING OF DISPOSITIVE MOTIONS; AND (3) READINESS FOR TRIAL;** MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PAUL S. MARKS; EXHIBITS A-I; CERTIFICATE OF SERVICE <br><br> Trial Date: December 4, 2007 |

130725.1

**DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO EXTEND RELATED DEADLINES DUE TO: (1) NEW ISSUE OF PLAINTIFF'S LACK OF STANDING TO SUE; (2) REQUESTED BRIEFING OF DISPOSITIVE MOTIONS; AND (3) READINESS FOR TRIAL**

Defendant Ocean Duke Corporation, by and through its undersigned attorneys, hereby moves this Honorable Court for an order continuing for five months, or such other time as the Court deems appropriate, the trial currently scheduled for December 4, 2007, with corresponding extensions of certain past and upcoming pretrial and settlement conference deadlines in this matter (including the discovery cutoff, past and upcoming motions deadlines, pretrial submission deadlines, and settlement conference and associated deadlines). A continuance is sought to allow sufficient time to brief dispositive motions on two issues that have arisen in this case within the last several weeks, as well as to conduct further discovery which has not been conducted by either side to date.

This Motion is brought pursuant to Local Rule 40.4, and is based upon the declarations of counsel, the exhibits attached hereto and made a part hereof, and the files and records herein. Defendant has indicated its consent to the motion by its signature below.

DATED: Los Angeles, California, November 13, 2007.

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant Ocean Duke Corp.

APPROVED:

OCEAN DUKE CORPORATION

By _____
   Its   CEO

130725_1/60,749 / 8827-1

3

DATED: Honolulu, Hawai`i, November 13, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
For PAUL S. MARKS
Attorneys for Defendant Ocean Duke Corp.

APPROVED:

OCEAN DUKE CORPORATION

By _____
  Its

660749 / 8827-1

3