## TABLE OF CONTENTS

TABLE OF AUTHORITIES ……………………………………………….. i

I. INTRODUCTION ...………………………………………………….. 1

II. GOOD CAUSE FOR CONTINUANCE OF TRIAL DATE ……………... 1

    A. New Issue of plaintiff Hawaii International Seafood's Standing to Sue ………………………..…………….…………………… 1

        1. Facts Regarding HISI's Lost Profits Claim and Standing …… 2

        2. Governing Law on Standing in Patent Infringement Cases ….. 4

        3. Plaintiff's "Flow-Through" Theory of Damages is Legally Untenable ……………………………...………………… 8

        4. HISI's Lack of Standing for "Non-Patent" Claims for Relief ……………………………………………………... 10

    B. Impact of Claims Construction Decision ………………………….. 12

    C. Further Investigation and Discovery ………………………………. 13

III. GOOD CAUSE EXISTS TO CONTINUE THE TRIAL ………………... 15

IV. CONCLUSION ………...…………………………………………… 16