# TABLE OF AUTHORITIES

## FEDERAL CASES

*Colon-Pratts v. Municipality of San Sebastian*, 194 F. Supp. 2d 67 (D. Puerto Rico 2002) ..................................................................................................9

*Container Manufacturing Inc v. Ciba-Geigy Corp.*, 870 F. Supp. 1225 (D.N.J. 1994)..........................................................................................................9

*Enzo Apa & Son, Inc. v. Geapag A.G.*, 134 F.3d 1090 (1998) ..............................5, 7

*Fontenot v. Upjohn Co.*, 780 F.2d 1190 (5th Cir. 1986) ...........................................15

*Kahn v. General Motors Corp.*, 33 U.S.P.Q. 2d 2011 (S.D.N.Y. 1995) ....................5

*Morrow v. Microsoft*, 499 F.3d 1332 (2007) ..............................................................7

*Propat International Corp. v. RPost, Inc.*, 473 F.3d 1187 (Fed. Cir. 2007) .....5, 6, 7

*Rite-Hite Corp. v. Kelley Co.*, 56 F.3d 1538 (Fed. Cir. 1995) (en banc)..............4, 5

*Sicom Systems, Ltd. v. Agilent Technologies, Inc.*, 427 F.3d 971 (Fed. Cir. 2005) ......................................................................................................................4, 7

*United States v. 2.61 Acres of Land*, 791 F.2d 666 (9th Cir. 1985) ..................14, 15

*United States v. Hays*, 515 U.S. 737 (1995) ........................................................2, 7

*United States v. Stone*, 83 F.3d 1156 (9th Cir. 1996) ................................................9

## FEDERAL STATUTES

15 U.S.C. § 1060(a)(3)................................................................................................11

15 U.S.C. §1115(b)(4).................................................................................................11

35 U.S.C. § 261 .............................................................................................................5

35 U.S.C. § 281 .............................................................................................................4