United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Patent Query**

## Assignment Data Not Available

### For Assignee: HAWAII INTERNATIONAL SEAFOOD

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

] .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

***NOTE: Results display only for issued patents and published applications.
For pending or abandoned applications please consult USPTO staff.***

**Total Assignments: 1**

**Patent #:** 5972401     **Issue Dt:** 10/26/1999     **Application #:** 08980392     **Filing Dt:** 11/28/1997

**Inventor:** WILLIAM R. KOWALSKI

**Title:** PROCESS FOR MANUFACTURING TASTELESS SUPER-PURIFIED SMOKE FOR TREATING SEAFOOD TO BE FROZEN AND THAWED

**Assignment: 1**

**Reel/Frame:** 011149/0863     **Recorded:** 10/03/2000     **Pages:** 5

**Conveyance:** FINANCING STATEMENT

**Assignor:** KOWALSKI, WILLIAM R.     **Exec Dt:** 09/07/2000

**Assignee:** SANDAU, LEO
2161 KALIA RD., APT. #306
HONOLULU, HAWAII 96815

**Correspondent:** CADES SCHUTTE FLEMING & WRIGHT
MARTIN E. HSIA
1000 BISHOP STREET, SUITE 1400
HONOLULU, HAWAII 96813

Search Results as of: 11/13/2007 12:58 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT