# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

William R. Kowalski and Hawaii International Seafood, Inc.
    v.
Ocean Duke Corporation

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-00055 BMK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Barry M. Kurren | Milton M. Yasunaga<br>Allison Mizuo Lee | Louise K.Y. Ing<br>Allison Kirk<br>Timothy Neufeld<br>Paul Marks |
| **TRIAL DATE(S)**<br>December 4, 2007 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| P-1 | | | | | 10/26/1999<br>Kowalski Patent |
| P-2 | | | | | 11/28/1997<br>UPTO File for 11/28/1997<br>Kowalski Patent Application (K000019-584) |
| P-3 | | | | | 11/28/1997<br>Application in Kowalski Application File (K000019-112) |
| P-4 | | | | | 11/28/1997<br>Claim 1 Excerpt of 11/28/1997 Application in Kowalski Patent Application File (K000019-, 25, 46, 86) |
| P-5 | | | | | 07/28/1998 Petition to Make Special Under Kowalski Patent Application File (K000243 and 244-264) |
| P-6 | | | | | 07/28/1998<br>Information Disclosure Statement in Kowalski Patent Application File (K000243 and 265 – 268) |
| P-7 | | | | | 11/28/1997<br>Yamaoka Patent in Kowalski Patent Application files with Examiner's Marks (K243, 290-297) |
| P-8 | | | | | 07/28/1998<br>Office Action for Kowalski Patent (K000243, 378, 382, 385) |
| P-9 | | | | | 03/23/1999<br>Patent Examiners' Interview Summary for Kowalski Patent (K000243 and 418) |
| P-10 | | | | | 05/04/1999<br>Amendments to Kowalski Patent (K000243-497) |
| P-11 | | | | | 06/17/1999<br>Allowance Notice of Kowalski Patent (K000541-546) |
| P-12 | | | | | 01/16/1996<br>Yamaoka Patent (highlighted) |
| P-13 | | | | | 1996<br>Reprint of Smoke in Food Processing book by Maga (K008171-8339) |

EXHIBIT E

**EXHIBIT AND WITNESS LIST – CONTINUATION**

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-14 | | | | | 1996<br>Excerpt of 1996 reprint of 1998 Smoke in Food Processing (Pgs 29-30; 35-36) (K004644-4645, 4680-4681, 4686-4687 |
| P-15 | | | | | 1996<br>Excerpt of 1996 reprint of 1998 Smoke in Food Processing (Pgs 113-114) (K004644-4645, 4764-4767, 4769-4770) |
| P-16 | | | | | 02/07/1996<br>Letter from Kowalski to Harold Adams (K005112) |
| P-17 | | | | | 02/12/1996<br>Fax from Harold Adams to Kowalski (K005113) |
| P-18 | | | | | 05/01/1996<br>Letter from Kowalski to Harold Adams (K005116) |
| P-19 | | | | | 06/06/1996<br>Reprint of May 1995 Particulate Pollution Project Publications Price List (K005119-5120) |
| P-20 | | | | | 06/06/1996<br>Reprint of Health Information About Particulate Pollution (K005121) |
| P-21 | | | | | Early Kowalski Smoke Filter Drawing (K004970) |
| P-22 | | | | | 08/27/1996<br>Tasteless Smoke System Drawing (K005191) |
| P-23 | | | | | 09/05/1996<br>Smoke Filter Drawing (K005193) |
| P-24 | | | | | 09/20/1996<br>FDA Source Sheet (K005196) |
| P-25 | | | | | 09/22/1996<br>Letter from Stephen Fisher to Andrew Lambazh (K005552-5553) |
| P-26 | | | | | 10/03/1996<br>Letter from Stephen Fisher to Andrew Laumbach (K005203-5204) |
| P-27 | | | | | 12/01/1996<br>Smoking System Demonstration (K005229-5238) |
| P-28 | | | | | 12/11/1996<br>Letter from Andrew Laumbach to Stephen Fisher (K005239-5240) |
| P-29 | | | | | 12/19/96<br>Letter from Kowalski to Aurora, Chair Food Technology (K005242) |
| P-30 | | | | | Photo of smoke cylinder (K004999) |
| P-31 | | | | | 03/12/1997<br>USPTO File of Provisional Application of Kowalski Patent (K003594-3652) |
| P-32 | | | | | 03/12/1997<br>Excerpt of Provisional Application for Kowalski Patent (Claim 1) (K003598-3600, 3638) |
| P-33 | | | | | 03/28/1997<br>Memo with labels from Jeanne to Kowalski (K005482-5483) |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-34 | | | | | Cryofresh Label (K005025) |
| P-35 | | | | | Cryofresh Label (K008497) |
| P-36 | | | | | Cryofresh Label (K005041) |
| P-37 | | | | | Cryofresh Labels (K16160-16161) |
| P-38 | | | | | 05/17/1997<br>Letter from Steven Wilson to Kowalski re completed audit (K005511) |
| P-39 | | | | | 07/03/1997<br>Letter and enclosure from Kowalski to Jack Yakana (K005584-5588) |
| P-40 | | | | | 07/17/97<br>Letter from Melvin Drozen to Mary Snyder (K005632-5634) |
| P-41 | | | | | 08/14/1997<br>Letter from Anthony Brunetti to Melvin Drozen (K005626-5628) |
| P-42 | | | | | 09/05/1997<br>Fax from Kiewit of USDC to Brandt (K007427) |
| P-43 | | | | | 09/09/1997<br>Letter from Kowalski to Sam Mckeen (K005654) |
| P-44 | | | | | 09/14/1997<br>Letter from Kowalski to Stephen Fisher (K005667) |
| P-45 | | | | | 09/15/1997<br>Letter from Kowalski to Steven Wilson (K005668-5669) |
| P-46 | | | | | 09/19/1997<br>Letter and enclosure from Richard Silverman and Martin Hahn to Anthony Brunetti (K005673-5686) |
| P-47 | | | | | 09/28/1997<br>Reprint from NFInsider (K002394) |
| P-48 | | | | | 09/28/1997<br>Reprint from NFInsider (K005691) |
| P-49 | | | | | 10/07/1997<br>Email from Cano of National Marine Fisheries Service (NMFS) to F.D.A., U.S.D.C. and NMFS Officers reinstating tasteless smoke inspections (K005700) |
| P-50 | | | | | 12/09/1997<br>Letter from Philip Spiller to Richard Silverman and Martin Hahn (K005746-5748) |
| P-51 | | | | | Kartridge Pak Ads (K004964, 5339) |
| P-52 | | | | | Kartridge Pak Photo (K005338) |
| P-53 | | | | | May/June 1998<br>Frozen Tuna That's Red (HOT) (K006058) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-54 | | | | | 08/24/1998<br>Letter from Kowalski to Glen, USDC with 8/19/98 CO article (K006161-6164) |
| P-55 | | | | | 09/03/1998<br>Memo from Richard Cano to Seafood Inspection Program Personnel (K007408-7410) |
| P-56 | | | | | 09/03/1998<br>Memo from Richard Cano to Seafood Inspection Program Personnel (with handwriting) (K006180-6182) |
| P-57 | | | | | 03/11/1999<br>Letter with 3/99 GRAS Notification from Martin Hahn to Office of Premarket Approval (HFS-215) (K006360-6361, 6270-6359) |
| P-58 | | | | | 03/29/1999<br>Reprint of Food Chemical News article (K006368-6369) |
| P-59 | | | | | 04/05/1999<br>Memo from Richard Friend to MGTR, Blane Olson, Ocean Duke, Kowalski and TSSA (K006371-6372) |
| P-60 | | | | | 05/17/1999<br>Email from J. Friend to Kowalski (K006393-6394) |
| P-61 | | | | | 05/27/1999<br>FDA Import Bulletin # 16B-95, "Tuna Processed With Tasteless and/or Carbon Monoxide" (K006395-6396) |
| P-62 | | | | | 06/16/1999<br>USPTO Trademark Registration for Cryofresh (from Complaint) |
| P-63 | | | | | 06/14/1999<br>Tasteless Smoked Seafood vs. 100% Carbon Monoxide (CO) treated tuna (K006419-6425) |
| P-64 | | | | | 06/21/1999<br>Letter and 6/14/99 TS vs. 100% CO from Kowalski to Senator Inouye (K006417-6425) |
| P-65 | | | | | August 1999<br>Reprint of excerpt from Seafood Business (K003054-3056) |
| P-66 | | | | | 09/17/1999<br>Letter from Rep. Eni Faleomavaega to Kowalski (K006459) |
| P-67 | | | | | 09/21/1999<br>Email from Steven Wilson to Kenneth Aadsen and others with USDC's 9/21/99 tasteless smoke facilities list (K006484-6485) |
| P-68 | | | | | October 1999<br>Cryofresh HACCP Manual (K006491-6560) |
| P-69 | | | | | 10/02/1999<br>Letter from Patsy Mink to Kowalski (JS 30) |
| P-70 | | | | | 01/20/2000<br>Fax from John Stalker (unnumbered) |
| P-71 | | | | | 01/24/2000<br>Notice of Infringement from Milton Yasunaga to Duke Lin (unnumbered) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-72 | | | | | 03/10/2000<br>Letter from Janice Oliver to Martin Hahn re GRAS Notice (K006740-6742) |
| P-73 | | | | | 04/08/2000<br>Certificate of Grant of Patent to Kowalski (K16162) |
| P-74 | | | | | 04/14/2000<br>Email from Steven Wilson to Kenneth Aadsen and others with USDC's 4/14/00 tasteless smoke facilities list (K006783-6784) |
| P-75 | | | | | 05/18/2000<br>Request for Proposal from Bruce Steinberg of Ahold to Kowalski of Hawaii International Seafood (K16149-16158) |
| P-76 | | | | | 07/24/2000<br>Letter from Cezar Romero to Steven Wilson (K006827) |
| P-77 | | | | | 08/29/2000<br>Letter from Kanemitsu Yamaoka to Kowalski (K006828) |
| P-78 | | | | | 08/30/2000<br>Letter from Raul Angeles to Kanemitsu Yamaoka (K006829) |
| P-79 | | | | | 10/03/2000<br>Memo from Samuel McKeon (K008490-8491) |
| P-80 | | | | | 11/01/2000<br>Draft Request for Proposal from Bruce Steinberg of Ahold (unnumbered) |
| P-81 | | | | | Ahold U.S.A. Inc. Introduction – list of member companies (unnumbered) |
| P-82 | | | | | Ahold U.S.A. Inc. Attachment A – Specification for tasteless smoke and not CO (unnumbered) |
| P-83 | | | | | 12/11/2001<br>USDC's 12/11/01 Facilities List (K006877-6882) |
| P-84 | | | | | 09/19/2002<br>Consent Judgment, and Permanent Injunction In Favor of William R. Kowalski and Hawaii International Seafood, Inc., and Against Hilo Fish Company, Kona Fish Company, and Charles M. Umamoto; and Dismissal of Remaining Claims (K006906-6912) |
| P-84a | | | | | 09/25/2002<br>USDC's 9/25/02 Facilities List (K006913-6914) |
| P-85 | | | | | 03/04/2003<br>USDC's Facilities List (K006935-6940) |
| P-86 | | | | | 05/27/2003<br>Email from Clint Taylor to Francisco Santos and Kowalski (K15847-15848) |
| P-87 | | | | | 06/05/2003<br>Letter from George Haines, Jr. to Kowalski re labeling (K006941-6942) |
| P-88 | | | | | 06/10/2003<br>Email from Anthony Brunetti to Steven Wilson (K006943) |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-89 | | | | | 06/10/2003<br>Email from Anthony Brunetti to Steven Wilson (K008365-8366) |
| P-90 | | | | | 06/23/2003<br>Reprint of In The Marketplace article (K006944) |
| P-91 | | | | | 07/04/2003<br>Email from Steven Wilson to Wayan Ardana and others with 6/10/03 Brunetti email (K008574-8576) |
| P-92 | | | | | 07/17/2003<br>Email from Steven Wilson to Wayan Ardana and others with 7/9/03 Kowalski letter (K008615-8617) |
| P-93 | | | | | 07/25/2003<br>Letter and enclosure from Martin Hahn to Christine Taylor (K008630-8637) |
| P-94 | | | | | 07/25/2003<br>Letter from Martin Hahn to Christine Taylor (K006947-6954) |
| P-95 | | | | | 10/21/2003<br>USDC Verified Facilities List (K86260-86266) (CS HI OD 000324-330) |
| P-96 | | | | | 11/05/2003<br>Letter from Felicia Satchell to Martin Hahn (K008621-8622) |
| P-97 | | | | | January 2004<br>Excerpt of USDC Participants List (K46014-76015, 76048) (CS HI OD 000317-318, 322) |
| P-98 | | | | | 11/10/2003<br>Reprint of NWAnews.com article (K006964) |
| P-99 | | | | | 02/03/2004<br>Letter from Felicia Satchell to Steven Wilson (K006843-8644) |
| P-100 | | | | | 01/08/2004<br>Black Tie trademark registration |
| P-101 | | | | | 01/27/2004<br>Kowalski Complaint vs. Ocean Duke (unnumbered) |
| P-102 | | | | | 03/04/2004<br>Defendant Ocean Duke Corporation's Answer to Complaint of Plaintiffs William R. Kowalski and Hawaii International Seafood, Inc.; Certificate of Service (unnumbered) |
| P-103 | | | | | 03/06/2004<br>Giant Store label for Paradise Cryo-Freeze Tuna Steak (unnumbered) |
| P-104 | | | | | 03/15/2004<br>Internet info on Ocean Duke website (unnumbered) |
| P-105 | | | | | 03/15/2004<br>Los Angeles Business Journal Book of Lists re Ocean Duke (unnumbered) |
| P-106 | | | | | 03/24/2004<br>Contact Direct.com listing for Ocean Duke |

# EXHIBIT AND WITNESS LIST – CONTINUATION

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-107 | | | | | Label<br>Cryo-Freeze Tuna Steaks |
| P-108 | | | | | Photo<br>Cryo-Freeze Tuna Steak Boxes |
| P-109 | | | | | Photo<br>Cryo-Freeze Tuna Steak Boxes |
| P-110 | | | | | Unicold Corporation Sign |
| P-111 | | | | | Label<br>Cryo-Freeze Tuna Steaks |
| P-112 | | | | | 05/27/2004<br>Defendant Ocean Duke Corporation's Submission of the Original Declaration of Roger Lin |
| P-113 | | | | | 06/07/2004<br>Order Denying Defendant's Motion for Change of Venue |
| P-114 | | | | | 02/01/2005<br>Tasteless Smoke Sources, Specifications and & Controls (K70001-12) |
| P-115 | | | | | 02/01/2005<br>Tasteless Smoke Sources, Specifications & Controls Presentation (K70013-29) |
| P-116 | | | | | 02/01/2005<br>Presentation re Tasteless Smoke (K70030-70051) |
| P-117 | | | | | 05/11/2005<br>Order Granting Plaintiffs' Motion for Summary Judgment as to Defendant's Lack of Enablement and Best Mode Defenses; Order Granting Plaintiffs' Motion for Partial Summary Judgment as to Defendant's Inequitable Conduct Defense; Order Denying Defendant's Motion for Summary Judgment re Invalidity of '401 Patent for Lack of Enablement and Failure to Disclose the Best Mode; Order Denying Defendant's Motion for Summary Judgment Re: Unenforceability of the '401 Patent (K86175-86193) |
| P-118 | | | | | 06/07/2005<br>Order Granting Defendant's Motion to Dismiss; Order Dismissing Complaint Without Prejudice |
| P-119 | | | | | 06/23/2006<br>Photo of Smoke Machine |
| P-120 | | | | | 07/05/2006<br>Defendant Ocean Duke Corporation's Supplemental Responses to Plaintiffs' First Request for Answers to Interrogatories dated October 15, 2004 |
| P-121 | | | | | 07/05/2006<br>Defendant Ocean Duke Corporation's Supplemental Responses to Plaintiffs' First Request for Answers to Interrogatories dated October 15, 2004 – Interrogatory No. 1 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-122 | | | | | 07/05/2006<br>Defendant Ocean Duke Corporation's Supplemental Responses to Plaintiffs' First Request for Answers to Interrogatories dated October 15, 2004 – Interrogatory No. 2 |
| P-123 | | | | | 07/05/2006<br>Defendant Ocean Duke Corporation's Supplemental Responses to Plaintiffs' First Request for Answers to Interrogatories dated October 15, 2004 – Interrogatory No. 3 |
| P-124 | | | | | 07/05/2006<br>Defendant Ocean Duke Corporation's Supplemental Responses to Plaintiffs' First Request for Answers to Interrogatories dated October 15, 2004 – Interrogatory No. 4 |
| P-125 | | | | | 07/05/2006<br>Defendant Ocean Duke Corporation's Supplemental Responses to Plaintiffs' First Request for Answers to Interrogatories dated October 15, 2004 – Interrogatory No. 5 |
| P-126 | | | | | 07/05/2006<br>Defendant Ocean Duke Corporation's Supplemental Responses to Plaintiffs' First Request for Answers to Interrogatories dated October 15, 2004 – Interrogatory No. 6 |
| P-127 | | | | | 07/05/2006<br>Defendant Ocean Duke Corporation's Supplemental Responses to Plaintiffs' First Request for Answers to Interrogatories dated October 15, 2004 – Interrogatory No. 7 |
| P-128 | | | | | 10/23/2006<br>Stipulated Order Compelling Discovery From Defendant Ocean Duke Corporation |
| P-129 | | | | | 06/04/2007<br>Stipulation to Extend Deadlines for Disclosure of Expert Witness |
| P-130 | | | | | 06/29/2007<br>Article, "Carbon Monoxide Kills"  (CS HI OD 0000702-71 |
| P-131 | | | | | 06/29/2007<br>Article, " CO in packaged meat"  (CS HI 00072-75) |
| P-132 | | | | | 07/02/2007<br>Reprint of 02/21/06 Article, "FDA Asked to Prohibit use of Carbon Monoxide in Red Meat" |
| P-133 | | | | | 08/15/2007<br>Declaration of Roger Lin with 1/24/00 Notice of Infringement |
| P-134 | | | | | 09/14/2007<br>Report of Joseph A. Maga, PhD |
| P-135 | | | | | 10/04/2007<br>Printout of System 4 – The Stop Smoking Method |
| P-136 | | | | | 10/04/2007<br>Printout of Article, "Quitting Cigarettes (Gradually) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-137 | | | | | 10/04/2007<br>Printout of Article, "Stop Smoking Now Without Suffering – Be our distributor" |
| P-138 | | | | | 10/04/2007<br>Printout of Equipment description re Weller WFE2P Self-Contained 2 Operator Fume Extractor |
| P-139 | | | | | 03/26/1996<br>UPTO Patent Info re Apparatus for filtering and purifying side-steam and second-hand tobacco smoke |
| P-140 | | | | | Cyro fresh CD<br>"The Leaders in Tasteless Smoke" (K70052) |
| P-141 | | | | | 07/16/2007<br>Expert Report by David Francom, MS, PHD (ABD) (CS HI OD 000139-663)<br>(Only 1st page submitted at this time; Ocean Duke was provided a copy on 10/12/07; entire report will be marked for trial.) |
| P-142 | | | | | 07/16/2007<br>CD - Campos & Stratis Electronic Files from 7/16/07 report (CS HI OD 000664) |
| P-143 | | | | | 08/02/2007<br>Invoice from Francom (CS HI OD 000665-666) |
| P-144 | | | | | 07/05/2007<br>Invoice from Francom (CS HI OD 000668-671) |
| P-145 | | | | | 07/19/2007<br>Invoice from Francom (CS HI OD 000672-675) |
| P-146 | | | | | 1996<br>Excerpt of 1996 reprint of 1998 Smoke in Food Processing (Pgs. 36-37) (K004644-46; 4687-88; 4767) |
| P-147 | | | | | 06/23/2006<br>Case 1:05-cv-005 Photo of Smoke Machines |
| P-148 | | | | | 07/14/2006<br>Transcript of Stenographic Notes (Republic of Phillipines Regional Trial Court Civil Nos. 7565 and 7566) |
| P-149 | | | | | 03/26/2001<br>Deposition of Richard Friend (excerpt) (Pages 284-285) |
| P-150 | | | | | October 1995, revised August 2005<br>Reprint of excerpt of Patent Office Rules and Practice (Pages 600-137-138); and Information Disclosure Statement |
| P-151 | | | | | 10/19/2006<br>Order Denying Plaintiff Tuna Processors, Inc.'s Motion to Disqualify Cades Schutte LLP and/or Martin Hsia as Trial Counsel for Defendants |
| P-152 | | | | | 10/27/2006<br>Submission of Exhibit A to Hawaii International Seafood, Inc.'s and William R. Kowalski's Memorandum in Opposition to Plaintiff's Motion to Compel Entry Upon Land For Site Inspection; Certificate of Service (CV 5-517) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-153 | | | | | 09/13/2006<br>Transcript and video still frame excerpts of Frescomar inspection (filed 11/1/06 in CV 5-517) |
| P-154 | | | | | 09/13/2006<br>Transcript of Stenographic Notes (Republic of Phillipines Regional Trial Court Civil No. 7566) (Abridged) |
| P-155 | | | | | 11/01/2006<br>Submission of Exhibit "5" [Video on CD of 9/13/2006 Inspection of Frescomar Inspection Facilities] in CV 5-517 |
| P-156 | | | | | Frescomar photos |
| P-157 | | | | | 09/13/2006<br>Transcript of Stenographic Notes (Republic of Phillipines Regional Trial Court Civil No. 7566) (Full Version) |
| P-158 | | | | | 08/04/1992<br>Underwood patent 5,135,770 |
| P-159 | | | | | 10/18/94<br>Blanchard patent 5,355,782 |
| P-160 | | | | | December 2004<br>Frequently Asked Questions about GRAS |
| P-161 | | | | | March 1999<br>GRAS Notification on Cryofresh website (excerpt only) |
| P-162 | | | | | 11/30/2006<br>Submission of Exhibit "17" (full video of 9/13/06 inspection) to William R. Kowalski and Hawaii International Seafood, Inc.'s Reply Memorandum in Support of Their Motion for Reconsideration of Order Denying Counterclaim Plaintiff William R. Kowalski and Defendant and Counterclaim Plaintiff Hawaii International Seafood, Inc.'s Motion for Claim Construction and Partial Summary Judgment in in CV 5-517 |
| P-163 | | | | | 10/04/2005<br>Email from Dick Alves to Jake Lu (USDC-HI 00517 00017538) |
| P-164 | | | | | 01/17/2007<br>Frescomar 1/17/07 Inspection Video(Disc 1-3) |
| P-165 | | | | | 09/29/2005 and 09/30/2005<br>Email from Dick Alves to Jake Lu (USDC-HI 00517 17533) |
| P-166 | | | | | 10/31/2007<br>Declaration of Joseph Maga |
| P-167 | | | | | 08/04/1992<br>U.S. Patent 5,135,770 - Underwood |
| P-168 | | | | | U.S. Patent 4,883,676 - Sophianopoulos et al. |
| P-169 | | | | | 10/26/1971<br>U.S. Patent 3,615,729 – Baker |
| P-170 | | | | | 08/19/1969<br>U.S. Patent 3,462,282 - Fessman |

# EXHIBIT AND WITNESS LIST – CONTINUATION

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-171 | | | | | Cryo-Freeze Tuna Steaks label |
| P-172 | | | | | 03/23/2004<br>Ocean Duke trademark registration |
| P-173 | | | | | 04/30/2003<br>Safety Alerts Ocean Duke Recall Update |
| P-174 | | | | | 10/13/1999<br>Letter and enclosure from Roger Lin to Christine Lilienthal (ODC 31097-31098) |
| P-175 | | | | | 02/01/2000<br>Letter from Roger Lin to Steven Wilson (ODC 31088) |
| P-176 | | | | | 04/16/2002<br>Email from Shelley Romero to Aaron Borrowman |
| P-177 | | | | | 12/18/2001<br>Excerpt from U.S. Patent 6,331,322 (ODC 192) |
| P-178 | | | | | 04/08/2005<br>Letter from Timothy Neufeld to Wayne Iwaoka |
| P-179 | | | | | 08/21/2007<br>Invoice from Wayne Iwaoka to Paul Marks, Esq. |
| P-180 | | | | | September 1995<br>Wood Products Industry (excerpt only) (Iwaoka Depo Ex. 4) |
| P-181 | | | | | 07/30/1992<br>Emission Factor Documentation for Section 5.4 Charcoal Manufacturing (Iwaoka Depo Ex. 5) |
| P-182 | | | | | 08/14/2002<br>National Organic Standards Board Technical Advisory Panel Review (excerpt only) (Iwaoka Depo Ex. 6) |
| P-183 | | | | | Alston Hunt Floyd & Ing Confidential Deposition Instructions (Iwaoka Depo Ex. 7) |
| P-184 | | | | | 08/14/2007<br>Email from Wayne Iwaoka to Paul Marks (Iwaoka Depo Ex. 8) |
| P-185 | | | | | 08/12/2007<br>Email and attachment from Wayne Iwaoka to Paul Marks (Iwaoka Depo Ex. 9) |
| P-186 | | | | | 10/11/2002<br>Letter from Steven Chih-Hsing Shih and Chiu Tien-Pao to Roger Lin (ODC 129) |
| P-187 | | | | | 03/23/2004<br>TESS Document Display (Iwaoka Depo Ex. 10) |
| P-188 | | | | | Ultralingua Online Dictionary (excerpt only) |
| P-189 | | | | | WordNet 3.0 Vocabulary Helper (excerpt only) |
| P-190 | | | | | Cryo-Freeze Tuna Steaks label (Iwaoka Depo Ex. 14) |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-191 | | | | | Paradise Cryo-Freeze Tuna Steaks label (Iwaoka Depo Ex. 15) |
| P-192 | | | | | 02/17/2004<br>Email from Steven Wilson to Wayan Ardana and others (ODC 12-17) |
| P-193 | | | | | 1999-2005<br>Annual Sales of Treated Fish (ODC 18) |
| P-194 | | | | | 1999-2005<br>Annual Sales of Non-Treated Fish (ODC 19) |
| P-195 | | | | | Tuna Steaks label (ODC 20) |
| P-196 | | | | | 01/24/2000<br>Letter and enclosure from Kowalski to Duke Lin (ODC 69-82) |
| P-197 | | | | | 06/06/2000<br>Letter and enclosure from Robert Schroeder to Roger Lin (ODC 83-86) |
| P-198 | | | | | 10/07/2002<br>Letter and enclosure from Kowalski to Duke Lin (ODC 119-124) |
| P-199 | | | | | 10/10/2002<br>Fax transmission report and reprint of U.S. Patent 6,331,332 (ODC 125-128) |
| P-200 | | | | | 10/11/2002<br>Letter from Chiu Tien-Pao to Roger Lin (ODC 129) |
| P-201 | | | | | 03/10/2000<br>Letter from Janice Oliver to Martin Hahn (ODC 130-132) |
| P-202 | | | | | 02/11/2003<br>Letter from Roger Lin to Kelley Bauersfeld Lawry & Kelly, LLP (ODC 165) |
| P-203 | | | | | 04/16/2002<br>Email from Shelley Romero to Aaron Borrowman (ODC 188-189) |
| P-204 | | | | | 12/18/2001<br>U.S. Patent 6,331,322 (excerpt only) (ODC 192) |
| P-205 | | | | | 03/27/2002<br>Email from Aaron Borrowman to Roger Lin (ODC 194) |
| P-206 | | | | | October 2005<br>People and Products That Make a Difference |
| P-207 | | | | | Photo of CO cylinders in restricted storage area of Ocean Corp., Manila |
| P-208 | | | | | 08/26/1998<br>Consolidated Industrial Gases Inc. (CIGI) Charge Sales Invoice to Ocean Corporation (K80600) |
| P-209 | | | | | 08/26/98<br>CIGI Incoming Cylinder Receipt to Ocean Corporation (K80601) |

## EXHIBIT AND WITNESS LIST – CONTINUATION

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-210 | | | | | 08/26/98<br>CIGI Incoming Cylinder Receipt to Ocean Corporation (K80602) |
| P-211 | | | | | Diagram (K80603) |
| P-212 | | | | | Japanese label (K80604) |
| P-213 | | | | | Japanese label (K80605) |
| P-214 | | | | | CIGI contact information (K80606) |
| P-215 | | | | | Photos of hidden CO cylinders (K80607) |
| P-216 | | | | | Photos of hidden CO cylinders (K80608) |
| P-217 | | | | | 08/29/2001<br>Diagram (K80609) |
| P-218 | | | | | Kenkyusha's New Japanese-English Dictionary (excerpt only) (K80610-80611) |
| P-219 | | | | | Photos (K80612) |
| P-220 | | | | | Photo (K80629) |
| P-221 | | | | | 02/14/2000<br>Ocean Duke Corporation Credit/Return Notification to PT Intl Samudera Cita Perkasa |
| P-222 | | | | | 01/27/2000<br>Delinquent Notice from US Department of Commerce to PT Intl Samudera Cita Perkasa |
| P-223 | | | | | Patent claims |
| P-224 | | | | | Court's construction of patent claims |
| P-225 | | | | | Still photos from above videos |
| P-226 | | | | | Edited versions of above videos |
| P-227 | | | | | Rebuttal photos |
| P-228 | | | | | Rebuttal videos |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

CASE NO. 04-00055 BMK

| | | | | | |
|---|---|---|---|---|---|
| P-229 | | | | | Rebuttal exhibits |
| P-230 | | | | | Blow ups |
| P-231 | | | | | Demonstrative exhibits |
| P-232 | | | | | Newly arisen exhibits |
| P-233 | | | | | Excerpts of above voluminous and/or composite exhibits, such as damage report, patent file histories, photo collections, videos, etc. |
| P-234 | | | | | |
| P-235 | | | | | |
| P-236 | | | | | |
| P-237 | | | | | |
| P-238 | | | | | |
| P-239 | | | | | |
| P-240 | | | | | |
| P-241 | | | | | |
| P-242 | | | | | |
| P-243 | | | | | |
| P-244 | | | | | |
| P-245 | | | | | |
| P-246 | | | | | |
| P-247 | | | | | |