# EXHIBIT F

(TO BE FILED UNDER SEAL)