110207Kowalski.txt

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii  (808) 524-2090

42

1   of the agreement or was there more to the agreement?
2   A.  I think that's the essence of the agreement.
3   Q.  Okay. And am I correct that there's nothing in
4   writing that is from that time frame when the agreement
5   was made that confirms or refers to the agreement?
6   A.  Yes.
7   Q.  I'm correct?
8   A.  I believe you're correct.
9   Q.  Okay. Does your company have meetings of the
10  board of directors? Or is there even a board of
11  directors?
12  A.  No, there's not.
13  Q.  And that's not required because it's a closed
14  company?
15  A.  Right.
16  Q.  Okay. So you don't have meeting minutes or
17  anything like that?
18  A.  We do minutes once a year --
19  Q.  Okay.
20  A.  -- between the officers.
21  Q.  Okay. All right. Does your company own any
22  trademarks?
23  A.  Can't think of any trademarks the company owns.
24  Q.  Do you personally own any?
25  A.  I own the trademark cryofresh.

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii  (808) 524-2090
Page 40

EXHIBIT G