CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA        2954-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK<br><br>STIPULATION TO EXTEND DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES AND ORDER |
|---|---|

STIPULATION TO EXTEND DEADLINES FOR
DISCLOSURE OF EXPERT WITNESSES

IT IS HEREBY STIPULATED, by and between William R. Kowalski (Kowalski) and Hawaii International Seafood, Inc., (HISI) (collectively Kowalski/HISI), and Ocean Duke Corporation (Ocean Duke), through their respective counsel, as follows:

EXHIBIT I

WHEREAS, Kowalski and HISI's disclosure of the identity and written report of any person who may be used at trial to present expert evidence are due on June 5, 2007;

WHEREAS, Ocean Duke's (1) disclosure of the identity and written report of any person who may be called solely to contradict or rebut the evidence of a witness identified by another party and (2) disclosure of the identity and written report of any person who may be used at trial to present expert evidence, and (3) dispositive motion filing cutoff date are due on July 5, 2007.

WHEREAS, Kowalski and HISI's disclosure of the identity and written report of any person who may be called solely to contradict or rebut the evidence of a witness identified by another party is due on August 3, 2007.

NOW, THEREFORE, Kowalski, HISI, and Ocean Duke, through their undersigned counsel, agree as follows:

1.   Kowalski's and HISI's disclosure of expert witnesses and reports is extended to July 16, 2007.

2.   Ocean Duke's disclosure of rebuttal and expert witnesses and dispositive motion filing cutoff are extended to August 15, 2007.

3.   Kowalski's and HISI's disclosure of rebuttal witnesses is extended to September 14, 2007.

4.    The parties reserve the right to seek by agreement or court order further extensions of the deadlines as necessitated by the progress of discovery or other circumstances of the case.

DATED: Honolulu, Hawaii, June 4, 2007.

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
William R. Kowalski and Hawaii
International Seafood, Inc.

/s/ Paul S. Mark
TIMOTHY L. NEUFELD
PAUL S. MARKS
ERIK W. KVAM
Attorneys for Defendant
Ocean Duke Corporation Inc.

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 4, 2007

---

William R. Kowalski, et al. v. Ocean Duke Corporation; Civil No. 04-00055 BMK; United States District Court; District of Hawaii; STIPULATION TO EXTEND DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES AND ORDER