LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
E-mail:      ling@ahfi.com
             agriffiths@ahfi.com

TIMOTHY L. NEUFELD     Pro Hac Vice
PAUL S. MARKS          Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:   (213) 625-2650
E-mail:      tneufeld@neufeldlawgroup.com
             pmarks@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>OCEAN DUKE CORPORATION,<br><br>      Defendant. | Case No. CV04-00055 BMK<br><br>**DEFENDANT'S EX PARTE MOTION TO SEAL EXHIBITS IN SUPPORT OF MOTION TO CONTINUE TRIAL AND RELATED PRETRIAL DEADLINES DUE TO (1) NEW ISSUE OF PLAINTIFF'S LACK OF STANDING TO SUE;**<br>**(2) REQUESTED BRIEFING OF DISPOSITIVE MOTIONS; AND** |

**(3) READINESS FOR TRIAL;**
DECLARATION OF LOUISE K. Y. ING; CERTIFICATE OF SERVICE

Trial Date:   December 4, 2007

**DEFENDANT'S EX PARTE MOTION TO SEAL EXHIBITS IN SUPPORT OF MOTION TO CONTINUE TRIAL AND RELATED PRETRIAL DEADLINES DUE TO (1) NEW ISSUE OF PLAINTIFF'S LACK OF STANDING TO SUE; (2) REQUESTED BRIEFING OF DISPOSITIVE MOTIONS; AND (3) READINESS FOR TRIAL**

Defendant Ocean Duke Corporation, by and through its undersigned attorneys, hereby move this Honorable Court for an order sealing exhibits D and F to its Motion to Continue Trial and Related Pretrial Deadlines Due to (1) New Issue of Plaintiff's Lack of Standing to Sue, (2) Requested Briefing of Dispositive Motions, and (3) Readiness for Trial on the grounds that the supporting documents contain information that Defendants claim to be highly confidential and proprietary.

This motion is brought pursuant to Rules 5 and 7 of the Federal Rules of Civil Procedure.  This motion is supported by the Declaration of Louise K. Y. Ing and the records and pleadings on file herein.

660,749 / 8827-1

2

DATED: Honolulu, Hawai‘i, November 13, 2007.

/s/ Louise K. Y. Ing\
LOUISE K. Y. ING\
ALLISON KIRK GRIFFITHS\
TIMOTHY L. NEUFELD\
PAUL S. MARKS\
Attorneys for Defendant