IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | Case No. CV04-00055 BMK<br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with Alston Hunt Floyd & Ing, local counsel for Defendant Ocean Duke Corporation.

2. I make this declaration based on my personal knowledge and in support of the Ex Parte Motion to Seal Exhibits in Support of Motion to Continue Trial and to Extend Pretrial Deadlines.

3. TPI seeks to seal exhibits D and F to Defendant's Motion to Continue Trial on the grounds that the supporting documents contain information about license agreements made by Mr. Kowalski (Ex. D) and an expert's analysis of Hawaii International Seafoods' damages (Ex. F), which Defendants have

designated as highly confidential and proprietary. This is because they appear to reveal proprietary and financial information about Plaintiffs. Therefore, pursuant to the Stipulated Protective Order between the parties, the information should be sealed before filing and service in order that they are not made a part of the court files which are subject to public view.

I declare under penalty of perjury of the United States and the State of Hawaii that the foregoing is true and correct.

Executed in Honolulu, Hawai`i, on November 13, 2007.

/s/ Louise K. Y. Ing_____
LOUISE K. Y. ING