IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>OCEAN DUKE CORPORATION,<br><br>        Defendant. | Case No. CV04-00055 BMK<br><br>**DECLARATION OF LOUISE K. Y. ING** |

### DECLARATION OF LOUISE K. Y. ING

Pursuant to 28 U.S.C. § 1746, I declare that:

1.     I am an attorney with Alston Hunt Floyd & Ing, local counsel for Defendant Ocean Duke Corporation.

2.     I make this declaration based on my personal knowledge and in support of the Ex Parte Motion to Shorten Time for Hearing on Defendant's Motion to Continue Trial and Related  Pretrial Deadlines Due to: (1) New Issue of Plaintiff's Lack of Standing to Sue, (2) Requested Briefing of Dispositive Motions, and (3) Readiness for Trial.

3.     The present ex parte motion to shorten time for hearing is made in connection with Ocean Duke's Motion to Continue Trial and Related Pretrial Deadlines Due to: (1) New Issue of Plaintiff's Lack of Standing to Sue,

(2) Requested Briefing of Dispositive Motions, and (3) Readiness for Trial ("Motion to Continue").

4.      Due to approaching pretrial deadlines, Movant respectfully requests that the Motion to Continue be heard on November 16, 2007, at 9 a.m., at the same time as Plaintiffs' claim construction hearing, or as soon thereafter and as much before trial as possible.

5.      I conferred with Mr. Yasunaga by e-mail on November 5, 2007 as to whether he would agree to a shortening of time.  Mr. Yasunaga responded that he would not.  Thereafter, several days more days were required to further research and support the grounds for the motion and to obtain appropriate review and approval by the litigation team and Ocean Duke.

6.      An expedited hearing is appropriate.  The motion to continue addresses the need for additional motions and discovery, including a motion challenging the standing to sue of one of the plaintiffs based on deposition testimony given last week by William Kowalski.  Therefore, whether the trial should be continued should be addressed as soon as possible and we have no objection to an expedited briefing schedule.

I declare under penalty of perjury of the United States and the State of Hawaii that the foregoing is true and correct.

Executed in Honolulu, Hawai`i, on November 13, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING