LOUISE K. Y. ING        2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    ling@ahfi.com
           agriffiths@ahfi.com

TIMOTHY L. NEUFELD    *Pro Hac Vice*
PAUL S. MARKS         *Pro Hac Vice*
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
E-mail:    tneufeld@neufeldlawgroup.com
           pmarks@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Civil No. CV04-00055 BMK <br><br> **CERTIFICATE OF SERVICE** <br><br><br><br> TRIAL: December 4, 2007 |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of:

1. Defendant's Ex Parte Motion to Seal Exhibits in Support of Motion to Continue Trial and Related Pretrial Deadlines Due to (1) New Issue of Plaintiff's Lack of Standing to Sue; (2) Requested Briefing of Dispositive Motions; and (3) Readiness for Trial; Declaration of Louise K. Y. Ing

2. Ex Parte Motion to Shorten Time for Hearing on Defendant's Motion to Continue Trial and Related Pretrial Deadlines Due to: (1) New Issue of Plaintiff's Lack of Standing to Sue; (2) Requested Briefing of Dispositive Motions; and (3) Readiness for Trial; Declaration of Louise K. Y. Ing

was served on the following at their last known address:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Milton M. Yasunaga<br>Attorney for Plaintiffs | myasunaga@cades.com | November 13, 2007 |

DATED:   Honolulu, Hawai`i, November 13, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION