LOUISE K. Y. ING         2394-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower, 1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com

TIMOTHY L. NEUFELD        Pro Hac Vice
PAUL S. MARKS             Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:  (213) 625-2650
E-mail:     tneufeld@neufeldlawgroup.com
            pmarks@neufeldlawgroup.com

Attorneys for OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br>  Defendant. | Case No. CV04-00055 BMK <br><br> **DEFENDANT'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO HAWAII INTERNATIONAL SEAFOOD AS A PLAINTIFF FOR LACK OF STANDING;** MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PAUL S. MARKS; CERTIFICATE OF SERVICE <br><br> Trial Date:  December 4, 2007 |
|---|---|

662,465 / 8827-1

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO HAWAII INTERNATIONAL SEAFOOD AS A PLAINTIFF FOR LACK OF STANDING

Defendant Ocean Duke Corporation, by and through its undersigned attorneys, hereby moves in limine that this Honorable Court issue an order precluding plaintiffs and their representatives, attorneys, and witnesses from arguing or presenting any evidence of, or commenting on, Hawaii International Seafood, Inc.'s purported status as a plaintiff in this case or its claim for damages, including but not limited to its claim for lost profits.  An order is sought on the grounds that HISI lacks standing to bring claims for patent infringement and trademark infringement, and therefore is not a proper plaintiff.

This Motion is based upon the declaration of counsel, the exhibits attached hereto and made a part hereof, and the files and records herein.

DATED:  Honolulu, Hawai`i, November 13, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
*For* PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION