IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Case No. CV04-00055 BMK <br><br> **DECLARATION OF PAUL S. MARKS** |

**DECLARATION OF PAUL S. MARKS**

I, Paul S. Marks, declare as follows:

1. I am a lawyer with Neufeld Law Group, counsel to defendant Ocean Duke Corporation, admitted *pro hac vice* in this case. I make this declaration in support of the Motion in Limine to Exclude Reference to Hawaii International Seafood, Inc. as a Plaintiff, etc.

2. I have personal knowledge of the facts described in this declaration, except where otherwise indicated, and if called upon to testify in court under oath, I could and would so testify.

3. This motion is based on the same facts and authorities relating to standing that were addressed in Ocean Duke's Motion to Continue Trial, filed and

130788.1

served this day. That motion included the submission of a detailed evidentiary declaration, including nine exhibits, many of them labeled "Confidential -- Attorneys' Eyes Only -- and a separate motion to seal the declaration in the Court's files.

4.  In order to minimize the volume of filings, to avoid duplication of confidential material in the Court's files, and to reduce the number of motions that must be heard, I hereby request that the Court consider the aforesaid declaration that accompanied the Motion to Continue Trial in connection with this motion, and that said declaration be incorporated by reference in connection herewith.

I declare under penalty of perjury under the laws of the United States of America and the State of Hawaii that the foregoing is true and correct.

Executed in Los Angles, California, on November 13, 2007.

_____
PAUL S. MARKS