LOUISE K. Y. ING          2394-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower, 1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:       ling@ahfi.com

TIMOTHY L. NEUFELD      Pro Hac Vice
PAUL S. MARKS             Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:   (213) 625-2650
E-mail:       tneufeld@neufeldlawgroup.com
                pmarks@neufeldlawgroup.com

Attorneys for OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>OCEAN DUKE CORPORATION,<br><br>            Defendant. | Case No. CV04-00055 BMK<br><br>**DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND COMMENT RELATING TO ALLEGED REGULATORY AND/OR ADMINISTRATIVE INVESTIGATIONS INVOLVING DEFENDANT OCEAN DUKE CORPORATION;** MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF TIMOTHY L. NEUFELD; EXHIBITS P-173 AND P-222; CERTIFICATE OF SERVICE |

662,462

Trial Date:    December 4, 2007

**DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND COMMENT RELATING TO ALLEGED REGULATORY AND/OR ADMINISTRATIVE INVESTIGATIONS INVOLVING DEFENDANT OCEAN DUKE CORPORATION**

Defendant Ocean Duke Corporation, by and through its undersigned attorneys, hereby moves this Honorable Court for an order *in limine* precluding plaintiffs, their witnesses, and their counsel from commenting on or referring to, in the presence of the jury, any alleged regulatory or administrative investigations or audits involving defendant Ocean Duke Corporation.  Such investigations or audits have absolutely nothing to do with the patents and trademarks involved in this litigation, or any other aspect of this case.  The only thing they have to do with is plaintiff's apparent attempt to inject purported "dirty laundry" of Ocean Duke Corporation into this litigation.  However, there is no dirty laundry in the first place; all plaintiffs have is conjecture and insinuation.

Because such investigations and/or audits have nothing to do with the issues in this case, and because there is danger that the jury would misconstrue any such unproven allegations, defendant Ocean Duke Corporation respectfully moves to exclude any such evidence.

DATED:  Honolulu, Hawai`i, November 13, 2007.


        /s/ Louise K. Y. Ing_____
        LOUISE K. Y. ING
        ALLISON KIRK GRIFFITHS
        TIMOTHY L. NEUFELD
*For* PAUL S. MARKS
        Attorneys for Defendant
        OCEAN DUKE CORPORATION