Recall Update: Ocean Du... Cryo-Freeze Tuna Steaks Recall is Co...ete                    Page 1 of 2



Safety Alerts Saves Lives

**Sign Up Now FREE**
Receive alerts that Inform YOU

SafetyAlerts
April 30, 2003

# Recall Update: Ocean Duke Cryo-Freeze Tuna Steaks Recall is Complete

(SafetyAlerts) - The Food and Drug Administration (FDA) released the following information.

PRODUCT
Paradise Brand; Cryo-Freeze Tuna Steaks. Recall # F-332-3.

CODE
a) Burris Lot #89892;
b) Burris Lot #87869;
c) Americold Lot #25282.

RECALLING FIRM/MANUFACTURER
Ocean Duke Corporation, Torrance, CA, by email on December 16, 2001, and by telephone and faxed letters on December 18, 2001. Firm initiated recall is complete.

REASON
Vacuum-packaged tuna loins were inadequately labeled resulting in the potential for the formation of C. botulinum toxin due to temperature abuse.

VOLUME OF PRODUCT IN COMMERCE
a) 2,500 cases of 6/8 oz;
b) 3,300 cases of 6/8 oz;
c) 795 cases of 8/10 oz.

DISTRIBUTION
NY, MD, OH, IL, and MA.

Selected Recent Recalls

- Hill-Rom Has Recalled Rocking Chairs - December 16
- Emerson Tool Company Has Recalled Wet/Dry Vacuums - December 16
- First & Main Has Recalled Plush Toys - December 12

Exhibit P-173


EXHIBIT
14
10-9-07

file://C:\TEMP\Recall%20Update%20Ocean%20Duke%20Cryo-Freeze%20Tuna%20S...