

02-11-00 03:04    P. 001

DELINQUENT NOTICE



**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
OFFICE OF FINANCE AND ADMINISTRATION

01/27/2000

Pt Intisamudera Citra Perkasa
Jalan Ikan Tunaraya Blok No. 1
Pelabuhan Benoa, Denpasar Bali
Indonesia, 00 00000

Gentlemen:

Our records indicate that the following bill(s) for Fishery Inspection services remain unpaid after more than sixty (60) days:

| Bill No. | Bill Date | Bill Balance | Late Fees | Payments | Total Due |
|---|---|---|---|---|---|
| OTINTI701 | 11/12/99 | $1,034.21 | $19.34 | $1,034.21 | $19.34 |

Since you failed to respond to the previous delinquency notice, we will refer your delinquent account to a collection agency and also to the U.S. Department of Justice for collection and legal action unless payment is received in this office within fifteen (15) calendar days.

In addition to the above collection and legal action, you will be suspended until full restitution is made (including all fees) and you will be required to pay 'in advance' or post a surety bond before receiving inspection services in the future.

Please mail your remittance to:

U.S. Department of Commerce - NOAA
P.O. Box 73804
Chicago, IL 60673

Your cooperation in settling this delinquent account within the time specified will be appreciated and will negate the need for us to pursue the actions in paragraphs 2 and 3 above.

Sincerely Yours,

For additional information contact Christine Lilienthal at (978) 281-3216

 Printed on Recycled Paper



Exhibit P-222

ODC 31095