LOUISE K. Y. ING          2394-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com

TIMOTHY L. NEUFELD        Pro Hac Vice
PAUL S. MARKS             Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:  (213) 625-2650
E-mail:     tneufeld@neufeldlawgroup.com
            pmarks@neufeldlawgroup.com

Attorneys for OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Case No. CV04-00055 BMK <br><br> **DEFENDANT'S MOTION IN LIMINE TO EXCLUDE ALLEGED STATEMENTS BY CHRIS RAGONE AS INADMISSIBLE HEARSAY;** MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PAUL S. MARKS; EXHIBIT A; CERTIFICATE OF SERVICE <br><br> Trial Date:  December 4, 2007 |

662,479

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE ALLEGED STATEMENTS BY CHRIS RAGONE AS INADMISSIBLE HEARSAY

Defendant Ocean Duke Corporation, by and through its undersigned attorneys, hereby moves in limine this Honorable Court for an order excluding alleged statements attributed to Chris Ragone, a low-level employee of Ocean Duke Corporation. Any such alleged statements by Mr. Ragone are inadmissible hearsay, under Fed. R. Evid. 801.

This motion is based upon this notice of motion and motion, the declaration of counsel, the exhibits attached hereto and made a part hereof, and the files and records herein.

DATED: Honolulu, Hawai`i, November 13, 2007.

>    /s/ Louise K. Y. Ing_____
>    LOUISE K. Y. ING
>    ALLISON KIRK GRIFFITHS
>    TIMOTHY L. NEUFELD
>    *For* PAUL S. MARKS
>    Attorneys for Defendant
>    OCEAN DUKE CORPORATION