IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Case No. CV04-00055 BMK <br><br> **DECLARATION OF PAUL S. MARKS** |

## DECLARATION OF PAUL S. MARKS

I, Paul S. Marks, declare as follows:

1. I am a lawyer with Neufeld Law Group, counsel to defendant Ocean Duke Corporation, admitted *pro hac vice* in this case. I make this declaration in support of the Motion to Continue Trial and to Extend Pretrial Deadlines.

2. I have personal knowledge of the facts described in this declaration, except where otherwise indicated, and if called upon to testify in court under oath, I could and would so testify.

3. Attached hereto as Exhibit A is a true and correct copy of the Notice of Infringement letter, which is Exhibit B to the Complaint.

130794.1

I declare under penalty of perjury under the laws of the United States of America and the State of Hawaii that the foregoing is true and correct.

Executed in Los Angles, California, on 11-13-2007.

_____
PAUL S. MARKS