LOUISE K. Y. ING                2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    ling@ahfi.com
           agriffiths@ahfi.com

TIMOTHY L. NEUFELD     Pro Hac Vice
PAUL S. MARKS          Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
E-mail:    tneufeld@neufeldlawgroup.com
           pmarks@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | Case No. CV04-00055 BMK |
|---|---|
| Plaintiffs, | **DEFENDANT OCEAN DUKE CORPORATION'S TRIAL WITNESS LIST**; CERTIFICATE OF SERVICE |
| v. | |
| OCEAN DUKE CORPORATION, | |
| Defendant. | Trial Date: December 4, 2007 |

# DEFENDANT OCEAN DUKE CORPORATION'S
# TRIAL WITNESS LIST

Ocean Duke Corporation herewith submits its trial witness list in accordance with the Court's scheduling order.  Unless otherwise indicated, all witnesses can be located c/o Timothy Neufeld and Paul Marks at the address listed in the caption.

1.   Roger Lin

Mr. Lin is expected to testify about the business of Ocean Duke and Ocean Duke's finances, the damages purportedly suffered by plaintiffs, and the company's defenses to the charges of patent and trademark infringement.  Mr. Lin is also expected to testify about the importation of seafood from Ocean Duke's suppliers and the processes used to treat that seafood.  Further, Mr. Lin will rebut, where appropriate, the testimony of any witness on said subject matters as disclosed by plaintiffs.

2.   Duke Lin

Mr. Lin is expected to testify about the business of Ocean Duke and Ocean Duke's finances, the damages purportedly suffered by plaintiffs, and the company's defenses to the charges of patent and trademark infringement.  Mr. Lin is also expected to testify about the importation of seafood from Ocean Duke's suppliers and the processes used to treat that seafood.  Further, Mr. Lin will rebut, where

appropriate, the testimony of any witness on said subject matters as disclosed by plaintiffs.

    3.    Alice Lin

Ms. Lin is expected to provide testimony relating to Ocean Duke's business, finances, and the damages purportedly suffered by plaintiffs.

    4.    Professor Wayne T. Iwaoka

The general subject matter of Prof. Iwaoka's testimony shall be a comparison of and the differences relating to the processes and methods of the Kowalski and Shih patents. Professor Iwaoka will rebut, where appropriate, the testimony of any expert witness on said subject matters disclosed by plaintiffs.

    5.    Michael T. McEnerney

The general subject matter of Mr. McEnerney's testimony shall be the damages purportedly suffered by plaintiffs in this litigation, and a rebuttal of the opinions expressed by any witness designated by plaintiffs to testify on damages.

    6.    Mr. Steven Chih-Hsing Shih

Mr. Shih is expected to provide testimony relating to the patented process he developed and how that process is used in his business, and will discuss the differences between the Shih patent and the Kowalski patent.

    7.    Charles Cardile

Mr. Cardile is expected to testify about the processes used for the treatment

of seafood imported by Ocean Duke Corporation from Bali, and the comparison of those processes with the processes described in the Kowalski patent.

8. Chris Ragone

Mr. Ragone is expected to testify about whether or not he had a discussion with an investigator of plaintiffs, and the contents of any such discussion.

9. Rock Garay
   c/o Carl Crowell, Esq.
   Crowell Ing, LLP
   P. O. Box 923
   Salem, OR  97308-0923

Mr. Garay is expected to testify regarding his dealings with Mr. Kowalski, his knowledge of the Kowalski patented process and HISI's treatment of seafood, and the Frescomar facility which until recently produced tasteless smoke for plaintiffs.

10. Richard Friend
    c/o Carl Crowell, Esq.
    Crowell Ing, LLP
    P. O. Box 923
    Salem, OR  97308-0923

Mr. Friend will testify regarding his dealings with Mr. Kowalski, his knowledge of the Kowalski patented process and HISI's treatment of seafood, and the Frescomar facility which until recently produced tasteless smoke for plaintiffs.

Ocean Duke Corporation hereby:

1. Counter-designates each and every witness listed by plaintiffs as trial witnesses for Ocean Duke Corporation, on the same subject matter as designated by plaintiffs.

2. Reserves the right to amend or supplement this list as permitted or required by Local Rules and as other information is discovered.

3. Reserves the right to name rebuttal witnesses as they are determined.

DATED: Honolulu, Hawai'i, November 13, 2007.

/s/ Louise K. Y. Ing_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant