CADES SCHUTTE LLP

MILTON M. YASUNAGA     3058-0
MARTIN E. HSIA               2954-0
ALLISON MIZUO LEE       7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S DESIGNATION OF DEPOSITION TRANSCRIPT OF ROGER LIN FOR TRIAL TESTIMONY PURPOSES; CERTIFICATE OF SERVICE <br><br> Trial:    December 4, 2007 |

## WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S DESIGNATION OF DEPOSITION TRANSCRIPT OF ROGER LIN FOR TRIAL TESTIMONY PURPOSES

Plaintiffs WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL

SEAFOOD, INC. hereby designate the following pages and lines from the

deposition of Roger Lin taken on October 8, 2007, the use of which is entered into

trial as substantive evidence if the witness is not available to testimony:

### DEPOSITION DESIGNATION OF ROGER LIN
#### Designated Portions

| From Page:Line | To Page:Line |
|:---:|:---:|
| 6:4 | 6:6 |
| 6:10 | 6:18 |
| 7:1 | 7:7 |
| 7:10 | 7:13 |
| 8:2 | 8:8 |
| 8:12 | 8:17 |
| 8:25 | 9:10 |
| 14:23 | 15:1 |
| 15:8 | 15:15 |
| 16:20 | 17:11 |
| 18:6 | 20:22 |
| 20:24 | 21:1 |
| 21:9 | 21:13 |
| 21:16 | 21:18 |
| 22:17 | 22:21 |
| 23:10 | 23:14 |
| 23:24 | 24:1 |
| 24:12 | 25:2 |
| 25:8 | 25:21 |
| 26:9 | 26:14 |

| | |
|---|---|
| 26:19 | 26:20 |
| 26:24 | 27:5 |
| 27:9 | 27:17 |
| 29:21 | 29:24 |
| 30:3 | 30:9 |
| 31:5 | 31:7 |
| 31:23 | 32:3 |
| 32:17 | 32:25 |
| 33:12 | 33:13 |
| 33:20 | 34:1 |
| 34:12 | 34:21 |
| 35:1 | 38:14 |
| 38:21 | 38:23 |
| 39:1 | 41:10 |
| 41:24 | 43:9 |
| 44:8 | 47:10 |
| 47:15 | 54:18 |
| 54:23 | 54:25 |
| 55:3 | 55:4 |
| 55:22 | 56:10 |
| 56:19 | 56:22 |
| 64:1 | 65:15 |
| 66:18 | 80:11 |
| 81:1 | 85:3 |
| 85:12 | 89:12 |
| 89:16 | 90:11 |

| | |
|---|---|
| 91:2 | 92:5 |
| 92:11 | 92:13 |
| 92:17 | 92:20 |
| 92:24 | 93:18 |
| 95:17 | 96:11 |
| 98:4 | 104:2 |
| 104:5 | 106:16 |
| 106:23 | 108:10 |
| 109:7 | 110:12 |
| 112:2 | 112:23 |
| 113:2 | 115:3 |
| 115:11 | 116:4 |
| 116:24 | 119:6 |
| 119:11 | 119:13 |
| 119:16 | 120:21 |
| 121:1 | 122:25 |
| 123:13 | 124:25 |
| 125:23 | 131:21 |
| 132:10 | 133:22 |
| 134:3 | 134:24 |
| 135:2 | 135:13 |
| 136:4 | 136:17 |
| 139:20 | 140:24 |
| 141:11 | 141:15 |
| 141:17 | 141:18 |
| 141:20 | 142:12 |

| | |
|---|---|
| 144:15 | 144:17 |
| 144:20 | 144:22 |
| 144:24 | 145:4 |
| 145:16 | 145:17 |
| 145:19 | 145:20 |
| 145:22 | 145:24 |
| 146:9 | 146:13 |
| 146:18 | 149:1 |
| 149:4 | 149:16 |
| 149:18 | 151:8 |
| 151:12 | 157:10 |
| 157:13 | 157:19 |
| 157:24 | 162:22 |
| 162:24 | |
| 163:3 | 163:13 |
| 163:15 | 164:3 |
| 164:18 | 168:21 |
| 169:3 | 170:19 |
| 171:14 | 172:25 |
| 173:2 | 173:4 |
| 173:10 | 175:1 |
| 175:20 | 181:16 |
| 181:19 | 182:15 |
| 182:24 | 184:2 |
| 184:16 | 184:17 |
| 185:4 | 187:14 |

DATED:  Honolulu, Hawaii, November 13, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.