CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058-0
MARTIN E. HSIA        2954-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK<br><br>PLAINTIFFS' MOTION IN LIMINE # 2 RE DEFENSES NOT DESCRIBED BY DEFENDANT OCEAN DUKE CORPORATION IN ITS ANSWERS TO INTERROGATORIES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MILTON YASUNAGA; EXHIBITS "A" – "D"; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: December 4, 2007 |
|---|---|

ImanageDB:789845.1

## PLAINTIFFS' MOTION IN LIMINE # 2
## RE DEFENSES NOT DESCRIBED BY DEFENDANT OCEAN DUKE CORPORATION'S IN ITS ANSWERS TO INTERROGATORIES

Plaintiffs WILLIAM R. KOWALSKI ("*Kowalski*") and HAWAII INTERNATIONAL SEAFOOD, INC. ("*HISI*") move the Court, *in limine*, for an Order precluding Defendant OCEAN DUKE CORPORATION ("*Ocean Duke*") from presenting testimony, argument and evidence at trial relating to any defense not described in Ocean Duke's responses to Interrogatory No. 3 of Plaintiffs' First Request for Answers to Interrogatories, dated October 15, 2004 (the "*Motion*"). The only defense described by Ocean Duke in its responses to Plaintiffs' Interrogatory No. 3 is that the process used to treat its imported product for color retention does not infringe the Kowalski Patent. Thus, the Motion seeks to exclude all testimony, argument and evidence by Ocean Duke at trial not related to this defense.

The Motion is based upon Rules 7, 26(e), and 37(c) of the Federal Rules of Civil Procedure, Local Rule 16.1, the Court's 10/25/06 Stipulated Order Compelling Discovery From Ocean Duke Corporation, and the attached memorandum in support, declaration, and exhibits attached hereto and the pleadings and record herein.

3

DATED: Honolulu, Hawaii, November 13, 2007.

        CADES SCHUTTE LLP

        /s/ Allison Mizuo Lee
        MILTON M. YASUNAGA
        MARTIN E. HSIA
        ALLISON MIZUO LEE
        Attorneys for Plaintiffs
        WILLIAM R. KOWALSKI and HAWAII
        INTERNATIONAL SEAFOOD, INC.