IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

I, Milton M. Yasunaga, hereby declare:

1. I am a member of Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. ("*HISI*") and William R. Kowalski ("*Kowalski*") (jointly, "*Plaintiffs*"). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Defendant Ocean Duke Corporation's ("*Ocean Duke*") counsel has indicated an interest in taking advantage of Plaintiffs' relative lack of financial strength. Continuing the trial to allow Defendant to make this litigation even more expensive for Plaintiffs would unfairly prejudice Plaintiffs because Plaintiffs have

ImanageDB:789845.1

already made arrangements for their out-of-state witnesses (including two experts) to travel to Hawaii for the trial based on a December 4, 2007 start date.

3. I received Ocean Duke's exhibit list on November 8, 2007, two days after the November 6, 2007 deadline for exchanging exhibits. Exhibit "63" is described as "Packaging of Ocean Duke 'Black Tie' products," and Exhibit "64" is described as "Documents relating to the processes actually used by HIS, Kowalski and their licensees and suppliers to generate tasteless smoke." Though it is not entirely clear, especially given that Ocean Duke has not provided the actual documents (hard copies) proposed for use as its Exhibit "63" and Exhibit "64," I suspect that Ocean Duke intends to use these exhibits to argue that the Kowalski Patent is invalid for lack of enablement or misuse. These defenses, and all other defenses other than the non-infringement defense, were not described in response to Interrogatory No. 3 of Plaintiffs' First Request for Answers to Interrogatories.

4. Exhibit "A" attached hereto for the Court's convenience is a true and accurate copy of Ocean Duke's Answer to the Complaint filed on March 4, 2004.

5. Exhibit "B" attached hereto is a true and accurate copy of Ocean Duke's Supplemental Response to Plaintiffs' First Request for Answers to Interrogatories dated July 5, 2006.

6. Exhibit "C" attached hereto for the Court's convenience is a true and accurate copy of the Stipulated Order Compelling Discovery From Defendant Ocean Duke Corporation, entered on September 25, 2006.

7. Exhibit "D" attached hereto for the Court's convenience is a true and accurate copy of the Amended Rule 16 Scheduling Order filed on January 23, 2007.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, November 13, 2007.

_____
MILTON M. YASUNAGA