CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA        2954-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK PLAINTIFFS' WILLIAM R. KOWALSKI AND HAWAIIAN INTERNATIONAL SEAFOOD, INC.'S MOTION IN LIMINE # 1 RE PRESUMPTION OF INFRINGEMENT UNDER 35 U.S.C. § 295; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MILTON YASUNAGA; EXHIBITS "1" – "30"; CERTIFICATE OF SERVICE TRIAL DATE: December 4, 2007 |
|---|---|

### PLAINTIFFS' WILLIAM R. KOWALSKI AND HAWAIIAN INTERNATIONAL SEAFOOD, INC.'S MOTION IN LIMINE #1 RE PRESUMPTION OF INFRINGEMENT UNDER 35 U.S.C. § 295

Plaintiffs WILLIAM R. KOWALSKI ("*Kowalski*") and HAWAII INTERNATIONAL SEAFOOD, INC. ("*HISI*") move the Court, *in limine*, for an Order applying the presumption of infringement under 35 U.S.C. § 295 such that the products imported by Defendant OCEAN DUKE CORPORATION ("*Ocean Duke*") shall be presumed to have been made with Kowalski's patented process, and Ocean Duke shall have the burden of establishing at trial that the imported products was/are not made by Kowalski's patented process (the "*Motion*").

The Motion is based upon Rules 7 and 16 of the Federal Rules of Civil Procedure, 35 U.S.C. § 295, and the attached memorandum in support, declaration, and exhibits attached hereto and the pleadings and record herein.

DATED: Honolulu, Hawaii, November 13, 2007.

CADES SCHUTTE LLP

/s/ Allison Mizuo Lee
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.