IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.,

    Plaintiffs,

vs.     No. CV 04-00055 BMK

OCEAN DUKE CORPORATION,

    Defendants.

**CERTIFIED COPY**

---

DEPOSITION OF ROGER LIN

Los Angeles, California

Monday, October 8, 2007

Reported by:
NANCY L. COLLIER
CSR No. 5819

JOB No. 74504

Exhibit 10

1    Q    Is it okay to use the word "smoke" on a fish
2  label if the fish was not treated with smoke?
3    A    No, I don't think so.
4    Q    So if Ocean Duke had the word "smoke" on the
5  label of its fish, then that fish should have been
6  treated with smoke; right?
7    A    To the best of our knowledge, yes.
8    Q    And is that your knowledge, that all the
9  fish that was labeled with the word "smoke" was in
10 fact treated with smoke, that's the best of your
11 knowledge?
12   A    Yes.
13   Q    And did Ocean Duke buy any fish treated with
14 smoke from anybody other than PT Inti Samudera Citra
15 Perkasa?
16   A    Not to the best of my knowledge.
17   Q    And on the occasions when the fish treated
18 for color retention from PT Inti Samudera Citra
19 Perkasa had the word "carbon monoxide" on the label,
20 that fish was actually treated with smoke; right?
21   A    Yes, I believe so.
22   Q    And in your understanding the term "carbon
23 monoxide" was okay to use for this product treated
24 with smoke because carbon monoxide is one of the
25 components of smoke; right?

64

1    Q    Okay, let me try to break it up, but I would
2 appreciate -- I don't know exactly what you saw, so I
3 may overlook something.  First of all, let's talk
4 about what shape was -- well, did the machine have
5 different components, different parts?
6    A    Yes, I believe so.
7    Q    Let's talk about the first component.  Was
8 that like a rectangular oven?
9    A    I'm having trouble answering the question
10 because I really don't recall exactly what the
11 machine looks like, so I don't know what is a first
12 component versus there might be something before
13 that.
14    Q    Well, tell me what you recall seeing.  Did
15 you see something in which charcoal had been placed?
16    A    I may have.
17    Q    You don't remember?
18    A    Like I said, I was standing quite a distance
19 away.
20    Q    Well, let's just get what you do remember,
21 okay, and if you really don't remember, you tell me.
22         Did you see something that looked like a
23 rectangular box shape?
24    A    I believe so.
25    Q    About how big was it?

75

1    A    Mr. Yasunaga, the difficulty I have with
2  answering the question is I really did not study the
3  machine in detail.  Therefore, the photograph was
4  helpful in recollecting.
5    Q    Fine.  The best of your recollection is what
6  you saw looked like what you saw in the photographs?
7    A    Yes.
8    Q    So this rectangular box-like thing, it was
9  not as big as a room or as big as a house; right?
10    A    No.
11    Q    It was something that you could put on a
12  desk or a small table; right?
13    A    Yes, I believe so.
14    Q    It was maybe less than three-feet-by-three-
15  feet-by-three-feet approximately?
16    A    Perhaps.
17    Q    Was it smaller than two-feet-by-two-feet-by-
18  two-feet, or you don't know?
19    A    I couldn't give you a yes or no answer.
20    Q    Do you recall seeing something with a glass
21  paneled front door?
22    A    Yes, I believe so.
23    Q    Do you recall seeing anything through that
24  glass paneled front door such as charcoal?
25    A    I may have, but I don't recall.

76

1  Q   So the fish cutting operations were going on
2  in the same room as the smoke-generating and
3  filtering; right?  Is that what you said?
4  A   Yes.
5  Q   Any other operations going on in that room?
6  A   Not to my recollection.
7  Q   Is there anything else that you remember
8  seeing or having explained to you about the
9  smoke-generating and filtering machinery or the use
10 of that smoke in regards to your visit to the PT
11 plant?  Anything else you remember seeing or asking
12 about or hearing regarding the smoke-generating and
13 filtering equipment and operations and the use of
14 that smoke?
15 A   Not that I recall.
16 Q   Did you ever hear from PT Inti Samudera
17 Citra Perkasa or its personnel about any changes in
18 the equipment or operations regarding its smoke
19 generation and filtering and use of the smoke?
20 A   Not that I recall.
21 Q   So you never heard anything or saw anything
22 about PT Inti Samudera Citra Perkasa changing its
23 processing methods for making and filtering and using
24 smoke; right?
25 A   Yes, I did not.

83

1    Q    Okay, great, thank you.  And you did not
2  hear anything about PT Inti Samudera Citra Perkasa
3  getting any new or additional equipment to generate
4  and filter its smoke than what you saw when you went
5  to the plant; right?
6    A    That's correct, I did not.
7    Q    Thank you.  Did you see anybody measuring
8  the carbon monoxide content of the smoke that was
9  being generated by the PT Inti Samudera
10 smoke-generating and filtering machine?
11   A    Can you read that back to me?
12        (Record read:  Did you see anybody
13         measuring the carbon monoxide
14         content of the smoke that was
15         being generated by the PT Inti
16         Samudera smoke-generating and
17         filtering machine?)
18        THE WITNESS:  No, I do not recall seeing it.
19 BY MR. YASUNAGA:
20   Q    Did you ever hear anything from PT Inti
21 Samudera or anyone else about the carbon monoxide
22 percentage or content of the PT Inti Samudera
23 filtered smoke?
24   A    No, I do not believe so.
25   Q    So you have no knowledge or you haven't

84

1   you didn't know how it filtered; right?
2      A    I believe so.
3      Q    You believe what, I'm sorry?
4      A    I believe I said I didn't know how it was
5   filtering.
6      Q    Okay, I didn't quite hear that.  Did you
7   say, "I believe I said I did not know how it was
8   filtering," or did you say, "I believe I did know how
9   it was filtering"?
10     A    I believe I said I did not know how it was
11  filtering.
12     Q    So then how is it that your declaration in
13  paragraph 6 talks about the equipment then separates
14  the resulting carbon monoxide by removing water vapor
15  in a separating device if you did not know how the
16  machinery was filtering the smoke?
17     A    The process described in this paragraph
18  appears to be from the actual Shih patent, so during
19  the preparation of this declaration, I must have
20  studied the Shih patent.  However, when you asked
21  this morning, I have not seen the process in a long
22  time, so I was not able to answer.
23     Q    So these statements about the process in
24  your declaration, that information is just taken from
25  looking at the Shih patent; correct?

| | | |
|---|---|---|
| 1 | A | That's correct. |
| 2 | Q | And did you look at the Shih patent, or did |
| 3 | somebody help you in coming up with this information |
| 4 | taking it from the Shih patent? |
| 5 | A | It would be yes to both. |
| 6 | Q | So who helped you look at the Shih patent to |
| 7 | come up with the statements about PT Inti Samudera's |
| 8 | processing of the fish that's stated in your |
| 9 | declaration? |
| 10 | A | It was counsel. |
| 11 | Q | Do you know how the water vapor is removed |
| 12 | from the carbon monoxide? |
| 13 | A | No, I do not. |
| 14 | Q | Does the Shih patent describe the separating |
| 15 | device that removes the water vapor? |
| 16 | A | It may, but I do not recall. |
| 17 | Q | Would it be correct to say that your |
| 18 | knowledge about PT Inti Samudera following the Shih |
| 19 | patent, that's only based on Mr. Shih telling you |
| 20 | that; correct? |
| 21 | A | And my personal observations at the |
| 22 | facilities. |
| 23 | Q | But your personal observations did not see |
| 24 | water being separated; right? |
| 25 | A | That's correct. |

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  | Q    And your personal observations, you said you                    |
| 2  | looked at the machine from 20 feet away for about                    |
| 3  | five minutes; right?                                                 |
| 4  | A    Yes.                                                            |
| 5  | Q    And you don't know how PT Inti Samudera was                     |
| 6  | generating smoke and filtering it and processing fish                |
| 7  | during all the other years that they've been selling                 |
| 8  | smoke to Ocean Duke, right, aside from Mr. Shih                      |
| 9  | telling you that they were following the Shih patent                 |
| 10 | at all times; right?                                                 |
| 11 |      MR. MARKS:  While he's thinking about that,                     |
| 12 | I'm going to be asking for a restroom break soon.                    |
| 13 |      THE WITNESS:  That's correct.                                   |
| 14 | BY MR. YASUNAGA:                                                     |
| 15 | Q    In your five minutes of observing the                           |
| 16 | machinery at the PT Inti Samudera factory from 20                    |
| 17 | feet away, you couldn't see any temperature settings;                |
| 18 | right?                                                               |
| 19 | A    I may have, but I do not recall.                                |
| 20 |      MR. YASUNAGA:  There's been a request for a                     |
| 21 | bathroom break.  Let's break.                                        |
| 22 |      (Recess taken.)                                                 |
| 23 | BY MR. YASUNAGA:                                                     |
| 24 | Q    The last sentence of paragraph 6 of your                        |
| 25 | declaration says, "The carbon monoxide is then drawn                 |

157

```
 1              color without giving the fish a
 2              smoke taste or smoke odor; right?)
 3          THE WITNESS:  I believe it only refers to
 4   the color retention and has no mentioning of smoke or
 5   smoke taste.
 6   BY MR. YASUNAGA:
 7       Q    You're talking about this sentence?
 8       A    That's correct.
 9       Q    But in fact, as far as you know, the fish
10   treated for color retention that Ocean Duke sells and
11   has sold does not have a smoke odor or smoke taste;
12   right?
13       A    Not to the best of my knowledge.
14       Q    It does not have a smoke odor or smoke taste
15   to the best of your knowledge; correct?
16       A    That's correct.
17       Q    And then below the PT Inti address there's a
18   phrase that begins, "PT Inti Samudera Citra Perkasa
19   produces its own filtered smoke."  Do you see that?
20       A    Yes.
21       Q    Is that phrase correct?
22       A    To the best of my knowledge, yes.
23       Q    Now in the next paragraph it says, "All
24   known packaging and labeling of the treated fish use
25   the terms 'carbon monoxide' (added as a preservative
```

                                                                    169