IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, <br><br> Plaintiffs, <br><br> vs. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-00055 BMK <br><br> COPY |

## DEPOSITION OF WAYNE T. IWAOKA, Ph.D.

Taken on behalf of Plaintiffs William R. Kowalski and Hawaii International Seafood at the offices of Cades Schutte LLP, 1000 Bishop Street, Suite 1200, Honolulu, Hawaii, 96813, commencing at 10:54 a.m. on Tuesday, September 11, 2007.

REPORTED BY:   JOAN IZUMIGAWA, CSR No. 136
              Notary Public, State of Hawaii

**Exhibit 14**

1    from heating the charcoal, right?

2         A.   That's correct.  And we talked about water

3    being generated in our previous -- in your previous

4    question, and that would be -- with high temperatures

5    that would be considered volatile, a volatile

6    compound.

7         Q.   But aren't there other volatile compounds

8    also formed from heating the charcoal besides water

9    and carbon monoxide?

10        A.   Probably, yes.

11        Q.   Do you know all of those compounds that are

12   generated?

13        A.   No, I don't.

14        Q.   Okay.  Then your next sentence says, "Any

15   volatile compounds formed or produced in the Shih

16   patent-generating system that is not highly water

17   soluble will be present in the final product that is

18   used to treat the marine products."  So you're saying

19   there that when the charcoal is heated, volatile

20   compounds will be formed, some of which are highly

21   water soluble and some of which are not highly water

22   soluble, right?

23        A.   That's correct.

24        Q.   And by "highly water soluble" what do you

25   mean?

49

1    be -- what's the term I want to use?  Yes.
2        Q.   You're saying that small amounts of
3    particulate matter might remain even after you
4    separate out the water vapor; is that right?
5        A.   May.
6        Q.   Right.  But is it also possible that some
7    amounts of particulate matter that was generated
8    could be removed when you remove the water vapor?
9        A.   Yes.
10       Q.   All right.  So I'll try to summarize a bit,
11   and you tell me if it's correct.  So when in the Shih
12   process charcoal is heated, various things are
13   produced, including carbon monoxide, water vapor, but
14   other volatiles, as well, right?
15       A.   Yes.
16       Q.   And even some particulate matter may be
17   produced from heating charcoal, right?
18       A.   May be produced.
19       Q.   When the Shih process then goes to the next
20   step of removing water vapor, that removal of water
21   vapor removes not just the water vapor but some
22   particulate matter as well as other things that were
23   generated, right?
24       A.   It could.
25       Q.   Especially the highly water soluble things?

1   A.   That's correct.

2   Q.   Now, this particulate matter -- would you
3   call particulate matter highly water soluble?

4   A.   By definition particulate matter would be
5   solids and they wouldn't be soluble in water.  They
6   would be remaining as basically particulate --
7   basically small particles or --

8   Q.   Suspended in the water?

9   A.   Suspended in the water, yes.  So it's not a
10  dissolution or dissolving of the particulates.

11  Q.   I see.  So it's not correct strictly to use
12  the term "soluble"?

13  A.   That's correct.

14  Q.   But these particulates that are suspended in
15  the water would be removed when you remove the water?

16  A.   Yes.

17  Q.   Do you know what kind of particulates --
18  what these particulates would be that may be
19  generated from heating charcoal?

20  A.   They could be portions of the original
21  charcoal.  When they make briquettes, for example,
22  they crush the charcoal into small pieces and then
23  have a binder and glue it together.  And so with
24  charcoal you always have a chance for small pieces of
25  the slightly charred wood to become -- that would be