IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.,

      Plaintiffs,

vs.                        Case No. 04-00055 DAE-BMK

OCEAN DUKE CORPORATION,

      Defendant.

**CERTIFIED COPY**

---

DEPOSITION OF DUKE LIN

Los Angeles, California

Tuesday, October 9, 2007

Reported by:
NADIA NEWHART
CSR No. 8714

Job No. 74508

Exhibit 15

```
 1  it Mr. Shih's plant.
 2         Q    You all the time called it Mr. Shih's
 3  plant?
 4         A    Yeah.
 5         Q    When did you first -- well, at some
 6  point, Ocean Duke started buying fish from Mr. Shih's
 7  plant, right?
 8         A    Yes.
 9         Q    About when did that begin?
10         A    About after one year when I first meet
11  him.
12         Q    So about 1997?
13         A    Yes.
14         Q    And why is it that you started buying
15  this -- oh, and that fish from Mr. Shih's plant that
16  you started buying, that was treated with this smoke
17  that was treated from burning the charcoal?
18         A    Yes.
19         Q    And why did you start buying that fish
20  from Mr. Shih around 19 -- in 1997?
21         A    First one, after I check with him about
22  "That idea is so good. Do you have any patent
23  applied?" He said he is in process at that time.
24              So after that, I talk with my
25  salespeople. He said, "We have some customer that
```

32

```
 1  could use that kind of products.  They have market."
 2       Q    Who are those marketing people?
 3       A    At that time, I have one sales.
 4       Q    Who was that?
 5       A    Chris Ragone.
 6       Q    Chris?
 7       A    Ragone.
 8       Q    Can you spell that last name?
 9       A    R-a-g-o-n-e.
10       MR. MARKS:  L-a-g-o-n-e.
11       THE WITNESS:  Ragone.
12       MR. MARKS:  Sorry, R-a-g-o-n-e.
13  BY MR. YASUNAGA:
14       Q    And by that time, had you visited the --
15  Mr. Shih's plant again?
16       A    Yeah, I've been there several times.  I
17  don't remember -- I don't remember how many times.
18  Yes.
19       Q    You've been to Mr. Shih's plant several
20  times?
21       A    Yes.
22       Q    And what did you see regarding the
23  equipment and process for treating fish for color
24  retention?
25       A    Same thing.  They have processing area.
```

33

1   plant?

2   A   That would be a long time.

3   Q   About when?

4   A   That was three, four years ago.

5   Q   And were they using the same filter?

6   A   Yeah.

7   Q   All right. And what was that -- that
8   cylindrical-shaped object, what was it made out of?

9   A   I don't pay attention, because I did use
10  in RCA many, many sets like this in our production
11  line in RCA, so I know that is filter.

12  Q   So you were using a filter like that in
13  your production line at RCA?

14  A   Yeah. All pipe needed that.

15  Q   What needed that?

16  A   All pipe going to compressor, it all need
17  it, so I don't pay attention. I just say, "Oh, is
18  that the filter?" That's the filter. That's it.

19  Q   Well, was it the same kind of filter that
20  you used at RCA?

21  A   I don't open. I cannot answer this
22  question.

23  Q   Okay. I see. You weren't able -- you
24  were not able to see inside that filter device?

25  A   They have a clear plastic here. I can

41

1   only type what one person says.  Everybody does it.  I
2   sometimes do it, but we should both try very hard to
3   speak one at a time, all right?
4           Okay.  So you saw some kind of filtering
5   material inside that filtered device, but you
6   didn't -- you couldn't tell what kind of material it
7   was, right?
8       A   Yes.
9       Q   Did you ever -- did Mr. Shih ever tell
10  you what kind of filtering material was inside that
11  filtering device?
12      A   Based on my knowledge, no.
13      Q   Can you describe as best you can what
14  that filtering material looked like?
15      A   I don't know exactly, but I imagine at
16  that time is thinking same thing like water filter in
17  my home with water-filled machine, that kind of
18  filter.
19      Q   It looked like the kind of water filter
20  people have in their homes?
21      A   I think at that time, yes.
22      Q   Well, what color was the material, or was
23  it more than one type of material?
24      A   I don't remember.
25      Q   And did the material fill up that filter

43

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And I'm saying cylindrical, but it looks like it's tapered a little narrower at the bottom and a little wider at the top, kind of like a -- like a soft drink cup or something, right? |
| 6 | A | No. That's standard. |
| 7 | Q | I'm sorry? |
| 8 | A | That's a normal standard one, yes. |
| 9 | Q | Right, but it's not a perfect cylinder? It's tapered a little? |
| 11 | A | For me, it's the same we used in RCA. |
| 12 | Q | Same things you used in RCA? |
| 13 | A | Yeah, same thing. That's why I do not -- |
| 14 | Q | You don't want to get too specific about the exact dimensions? |
| 16 | A | No. I don't care, because we use that at RCA for many, many years, so I see it. Okay. That's it. |
| 19 | Q | What did RCA use cylinders for? |
| 20 | A | Compression. Before air pipe go into compression machine, all air needs separate water and air. |
| 23 | Q | Do you know what kind of filtering materials RCA used? |
| 25 | A | I don't remember. You can go in the |

46