**EXHIBIT 17**