Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

ATTACHMENT A

Part 1

SPECIFICATIONS : THUNNUS ALBACARES

All products specified within this rfp must have been caught by hand line or longline fishing methods, designating the products as DOLPHIN SAFE.

Frozen Tasteless Cold Smoked (wood origin) Processed Yellowfin Skinless Tuna Steaks Packed only in a HACCP (USDC) and EU compliant facility, Asia pacific region product * Retail pack steak product must be six to twelve ounces, ¼" to 1" thickness, no butterfly cuts, half cuts or diagonal cuts. Steaks are to be cut at a 90 degree cross section to each loin (no short end or flat cuts). Product must be vacuum individually or vacuum puzzle packed, cryogenically frozen without a pad or diaper, depending on each operating companies requirements. Master case requirements will be to each individual operating companies designation ( ten, fifteen or twenty two lb units). Color of tuna to exhibit near to normal tuna color no less than #2, 2+ US color grade in both fresh and frozen form for a minimum of four full days defrosted. Product must be free of all defects including parasites, brown streaks, spots, improperly trimmed edges, and discoloration. Product must be free from supplemental processing with additional chemical carbon monoxide. Each and every vacuum tuna product and carton must be permanently marked (with food safe ink) in English with the following statement: YELLOWFIN TUNA STEAKS - #1 cooking grade, natural tasteless wood smoke used to maintain fresh-like taste and color.

* US Food Service steak requirements and specifications are for individual size designations by oz with limited tolerances plus or minus to the next size range.
   These include 4, 5, 6, 8 and 9 ounce products.
Frozen Tasteless Cold Smoked (wood origin) Processed Tuna Loins:
Fifteen pound packed master case containing three to four skinless loins, trimmed-belly flap and complete bloodline removed.
All quality requirements stated above apply to this product.
Net weights on all products will meet CFR Title 50 requirements.
ADDITIONAL REQUIREMENTS:
1.  An annual updated letter stating that the product supplier is a member of the Tasteless Smoked Seafood Association.
2.  A letter from The United States Department of Commerce stating that the product from the supplier is in compliance with all U.S. Food and Drug Administration requirements.
3.  Manufacturer Plant HAACP Plan. If this becomes updated a new process plan must be submitted for file records.
4.  Copy of verification from Customs Broker that the product has been released from US Customs and FDA with each shipment.
5.  A Copy of Lot Inspection Certificate from the US Department of Commerce with each shipment.
6.  Copies of test results done on Products by manufacturer when the order is received.

Copyright © 2000 by Ahold USA, Inc.

**EXHIBIT 18**