# Paradise® Cryo-Freeze Tuna Ste





GIANT FOOD STORES, LLC
P.O. BOX 249
CARLISLE, PA 17013

## PACIFIC YELLOWFIN TUNA TH

THAWED TUNA AND PROCESSED WITH TASTELESS SMOKE (ADDED AS A PRESERVATIVE TO PROMOTE COLOR RETENTION).

| PACK DATE | STORE | | SELL BY |
|---|---|---|---|
| 03.02.04 | #108-23 | 04:48PM | 03.06.04 |
| NET WT/CT | UNIT PRICE | | REGULAR PRICE |
| 1.31 lb | $7.99/lb | | $10.47 |

WITH BONUSCARD   SAVE $1.31

EXHIBIT 19



Ahold U.S.A.
A Subsidiary of Royal A

## 1.0  INTRODUCTION

### 1.1  Purpose of Solicitation

Ahold U.S.A., Inc. ("Ahold") has developed this Request for Proposal ("RFP") for the purpose of identify selecting quality Vendor(s) with a proven ability to provide tasteless cold smoked processed yellowfin tuna This document is intended to provide sufficient background information regarding Ahold, its contractual pr and requirements for this transaction.

### 1.2  Company Background

| AHOLD ENTITY | HEADQUARTERS/COUNTRY | SPECIALTY | # STORES | 1999 SALES |
|---|---|---|---|---|
| **Ahold USA** | Chantilly, VA | | 1,063 | $20.   ion USD |
| Bi-Lo | Greenville, SC | Supermarkets | 281 | $3 billion USD |
| Golden Gallon | Tennessee/Georgia | Convenience Stores | 134 | $300 million USD |
| Giant Carlisle | Carlisle, PA | Supermarkets | 156 | $3.4 billion USD |
| Giant Landover | Landover, MD | Supermarkets | 176 | $4.5 billion USD |
| Peapod, Inc. | Skokie, IL | Online Grocer | | $73 million USD |
| Stop & Shop | Quincy, MA | Supermarkets | 202 | $6.7 billion USD |
| Tops | Buffalo, NY | Supermarkets | 124 | $2.9 billion USD |
| Wilson Farms | Buffalo, NY | Neighborhood Stores | 206 | |
| US FoodService | Columbia, MD | Foodservice | | $7 billion USD** |
| PYA Monarch | Greenville, SC | Foodservice | | $2.9 billion |
| **Ahold Europe** | Zaandam, Netherlands | | | |
| Albert Heijn | Netherlands | Supermarkets | 1,773 | €4 billion |
| DeliXL | | Foodservice | | |
| Etos and De Tuinen | | Drugstores | 420 | €400 million |
| Boots | | Drugstores | 17 | €18 million |
| Gall & Gall | | Wine/Spirits | | |
| Jamin | | Candy | | |
| ter Huurne and Schuitema | | | | |
| Hypernova | Czech Republic | Supermarkets | 170 | €500,000 |
| Mana | | Supermarkets | | |
| Prima | | Supermarkets | | |
| ICA Group | Norway/Sweden | Supermarkets/Foodservice | 3,100 | €7 billion |
| Ahold Polska | Poland | Hypermarkets | 115 | €240 million |
| Sesam | | Supermarkets | | |
| FeiraNova | Portugal | Hypermarkets | 184 | €1.3 billion |
| Pingo Doce | | Hypermarkets | | |
| Castillo del Barrio | Spain | Supermarkets | 216 | €350 million |
| Dialco | | Supermarkets | | |
| Dumaya | | | | |
| Guerrero | | | | |
| Kampio | | | | |
| Las Postas | | | | |
| Longinos Velasco | | | | |
| Mercasol | | | | |
| **Ahold Latin America** | | | | €3,5 |
| Bompreco | Brazil | Supermarkets | 100 | €1.3 billion |
| Disco | Argentina | Supermarkets | 213 | €1.8 billion |
| La Fragua | El Salvador, Guatemala, Honduras | Supermarkets | 119 | |
| Santa Isabel | Chile, Ecuador, Paraguay, Peru | Supermarkets | 95 | €750 million |
| Supermercados Agas | Chile | Supermarkets | 17 | €100 million |
| **Ahold Asia** | | | | €47 |
| Tops | Indonesia, Malaysia, Thailand | Supermarkets | 100 | €475 million |