
● Member Sign Out

Welcome, Vicky
● FAQ
● Contact Us
● My Account
● Live Help

*Company Search*

 Search Tools   Add Company   Calendar

**Contact Direct Database**   Last Update: Jul 30, 2003   Need more Info?
Viewing record 1 of 1   <<First <Prev  Next> Last>>  |  View List  |  Save this Search

Sales Rep: Not Assigned

**Company:**
Ocean Duke Corporation

**Contact Name:**
Mr. Roger Lin

**Market:** Seafood

**Mailing Address:**
3450 Fujita Street
Torrance, CA 90505
United States

**Physical Address:**
3450 Fujita Street
Torrance, CA 90505
United States

**Functions :**
Exporter, Importer, Wholesaler

**Forms :**
Fresh/Chilled, Frozen

**Phone:**
Primary: 1-310-326 3198

**Fax:**
1-310-530 8848

**Product :**
Basa/Tra, Crab (Blue/Swimming), Grouper, Mahi Mahi, Pollock, Scallops, Shrimp (Cold Water), Shrimp (Freshwater), Shrimp (Warm Water), Squid, Swordfish, Tilapia, Tuna

**Website:**
http://www.oceanduke.com

**Email:**
contactdirect@oceanduke.com

**Markets Served :**
Importers

**Year Established:**
1986

**Number of Units:**
1

**Region Served:**
North America, Asia

**Number of Employees:**
18

**Annual Sales:**

**Brands:**
Black Tie, Paradise

**Current time/date:**
Mar 23, 2004
2:28:42 PM

**Exchange rate:**
1 USD = 1.00
USD

**Cur/lo/hi temp:Cond:**
60°F/59°F/69°F Haze

**Memberships:**
NFI

**My Notepad** | **My Contacts** | **Company Profile** |

Ocean Duke Corporation is a seafood importer and wholesaler. We supply major food service companies, processors, distributors and wholesalers throughout the United States.

Since founded in 1986 by Duke Lin, we have received numerous recognitions and have earned an excellent reputation in both the seafood industry and our community.

We are committed to provide our customers with quality products and superior services. Our sourcing expertise enables us to partner with customers in developing and procuring the most suitable products to fulfill their needs. We dedicate ourselves in building long-term relationships and creating customer satisfaction. Our goal is to grow with our customers. Together, we can bring our businesses to a higher level!

Terms Of Use ▫ Security Statement ▫ Rules of Conduct ▫ Privacy Policy    Copyright 2003 ContactDirect

**EXHIBIT 24**