# Smoke in Food Processing

Author
**Joseph A. Maga**
Professor
Department of Food Science and
Human Nutrition
Colorado State University
Fort Collins, Colorado



CRC Press, Inc.
Boca Raton, Florida

EXHIBIT 27

Library of Congress Cataloging-in-Publication Data

Maga, Joseph A.
  Smoke in food processing.

  Includes bibliographies and index.
  1. Meat, Smoked. 2. Fish, Smoked. I. Title.
TP371.44.M34  1988    664'.0286    87-24231
ISBN 0-8493-5155-3

This book represents information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Every reasonable effort has been made to give reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

All rights reserved. This book, or any parts thereof, may not be reproduced in any form without written consent from the publisher.

Direct all inquiries to CRC Press, Inc., 2000 Corporate Blvd., N.W., Boca Raton, Florida, 33431.

© 1988 by CRC Press, Inc.

International Standard Book Number 0-8493-5155-3

Library of Congress Card Number 87-24231
Printed in the United States

### Table 11
### THERMAL DEGRADATION PRODUCTS OF FERULIC ACID



Adapted from Gilbert, J. and Knowles, M. E., *J. Food Technol.*, 10, 245, 1975.

found that initial lignin decomposition occurred at 120 to 300°C. Compounds associated with this stage included formic acid, formaldehyde, carbon dioxide, and water, primarily resulting from single-bond fragmentation in the phenylpropane sidechains.

The major decomposition of lignin extended over the temperature range of 300 to 480°C and was maximum at 385°C. Compounds observed in this stage included methanol, carbon dioxide, carbon monoxide, water, methane, guaiacol, 2-methoxy-4-alkyl-substituted phenol, acetone, and acetic acid. They postulated that methanol was derived directly from the methoxyl substituents of lignin, whereas the other compounds were derived as fragmentation products of major chain linkages releasing monomeric phenol units into the vapor phase which undergo further secondary degradation. Maximum phenolic compound formation was observed at approximately 320°C, while at higher temperatures secondary degradation products began to appear, thus suggesting that temperatures above 320°C should not be used if one is trying to maximize phenolic yield in smoke, even though lignin will further decompose to temperatures approaching 500°C.

The thermal degradation products of wood can be grouped into the combustible volatiles, tar, and char. Tar, upon further degradation, can be converted to volatiles and char.

## V. COMBUSTION

In addition, Shafizadeh[*] has shown that the char remaining after lignin pyrolysis is highly reactive and chemically different, dependent upon pyrolysis temperature, and can undergo smoldering or glowing combustion, or if the temperature is high enough and air conditions are adequate, flaming combustion can occur.

Since lignin is the primary constituent contributing to char formation, while cellulose and hemicellulose primarily contribute to the formation of volatile pyrolysis products that are responsible for flaming combustion, the higher the lignin content of wood, the higher its flaming combustion temperature requirement.

As would be expected, the higher the combustion temperature, the higher the amount of gases produced. As seen in Table 12, tar content is not significantly influenced by temperature but other components are altered.

**Table 12**
**INFLUENCE OF COMBUSTION TEMPERATURE ON PRODUCT YIELDS**

|  | Temp (°C) | | | |
|---|---|---|---|---|
|  | 540 | 650 | 760 | 870 |
| Gases (% yield) | 25 | 28 | 32 | 34 |
| Char (% yield) | 33 | 31 | 29 | 29 |
| Water (% yield) | 27 | 25 | 23 | 22 |
| Tar (% yield) | 16 | 16 | 19 | 16 |

Adapted from Fengel, D. and Wegener, G., in *Wood: Chemistry, Ultrastructure, Reactions*, Walter de Gruyter, Berlin, 1984, chap. 12.

# REFERENCES

1. Baltes, W., Wittkowski, R., Sochtig, I., Block, H., and Toth, L., Ingredients of smoke and smoke flavor, in *The Quality of Food and Beverages*, Vol. 2, Charalambous, G. and Inglett, G., Eds., Academic Press, New York, 1981, chap. 1.
2. Wistreich, H. E., Smoking of meats, Proc. Meat Ind. Res. Conf., Chicago, 1977, 37.
3. Goos, A. W., The thermal decomposition of wood, in *Wood Chemistry*, Vol. 2, Wise, L. E. and Jahn, E. C., Eds., Reinhold, New York, 1952, chap. 20.
4. Gilbert, J. and Knowles, M. E., The chemistry of smoked foods: a review, *J. Food Technol.*, 10, 245, 1975.
5. Browning, B. L., Composition and chemical reactions of wood, in *The Chemistry of Wood*, Browning, B. L., Ed., R. E. Krieger, Huntington, N.Y., 1975, chap. 3.
6. Shafizadeh, F., The chemistry of pyrolysis and combustion, in *The Chemistry of Solid Wood*, Rowell, R., Ed., American Chemical Society, Washington, D.C., 1984, chap. 13.
7. Russell, J. A., Miller, R. K., and Molton, P. M., Formation of aromatic compounds from condensation reactions of cellulose degradation products, *Biomass*, 3, 43, 1983.
8. Fenner, R. A. and Lephardt, J. O., Examination of the thermal decomposition of kraft pine lignin by fourier transform infrared evolved gas analysis, *J. Agric. Food Chem.*, 29, 846, 1981.
9. Fengel, D. and Wegener, G., Influence of temperature, in *Wood: Chemistry, Ultrastructure, Reactions*, Walter de Gruyter, Berlin, 1984, chap. 12.