110207Kowalski.txt

**CONFIDENTIAL**                                           174

```
1              IN THE UNITED STATES DISTRICT COURT
2                   FOR THE DISTRICT OF HAWAII
3    ------------------------------------------
4    WILLIAM R. KOWALSKI and HAWAII
5    INTERNATIONAL SEAFOOD, INC.,
6            Plaintiff,
7            vs.          Civil No. CV 04-00055 BMK
8    OCEAN DUKE CORPORATION,
9            Defendants.
10   ------------------------------------------
11
12
13              DEPOSITION OF WILLIAM KOWALSKI
14                        (VOLUME II)
15
16
17   Taken on behalf of the Defendant at Alston, Hunt, Floyd,
18   & Ing, 1001 Bishop St., 18th Floor, Honolulu, Hawaii
19   96813, commencing at 9:40 a.m., Friday, November 2,
20   2007, pursuant to Notice.
21
22
23   BEFORE:   BARBARA ACOBA, CSR No. 412, RPR
24             Notary Public, State of Hawaii
25
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii   (808) 524-2090

**CONFIDENTIAL**                                           175

Page 1

**EXHIBIT 30**

110207Kowalski.txt

4  our own experimentation.
5      Q.   Okay.  Do you have plans to do it between now
6  and trial, specifically with regard to the Shih patent?
7      A.   I might.
8      Q.   Okay.  When you did it before just as part of
9  your general investigation and learning, without
10 focusing specifically to the Shih patent, did you come
11 to any conclusions about the nature of smoke that is
12 generated at the 180 degree temperature range?
13     A.   Yeah.  From our experience, we had experimented
14 with charcoal and, you know, we -- takes quite a bit of
15 smoke to treat a lot of fish, and when we burned
16 charcoal, we didn't get hardly any smoke from it, any
17 volume of smoke, so take in comparison to burning wood,
18 and it's the same thing.  When we burn wood, it turns
19 into charcoal before it's finished burning and at that
20 phase we don't get much smoke volume, so...
21     Q.   Did I hear you correctly that you did not
22 subject charcoal to heat in a vacuum chamber?
23     A.   Yes.
24     Q.   Okay.  Do you know of anyone who has done that
25 in an effort to assess the Shih patent?

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii   (808) 524-2090

**CONFIDENTIAL**                                    200

1      A.   No.
2      Q.   Have you or has Hawaii International Seafood
3  retained anyone to conduct tests to assess the Shih
4  patent?

Page 25

110207Kowalski.txt

7  to whether the Shih patented process works to
8  successfully treat seafood for color retention?
9      A.  Well, I have my doubts that they would be able
10 to get enough smoke from -- sufficient quantity of smoke
11 from their system to treat the large volume of fish that
12 they've marketed.
13     Q.  I think I know the answer to this question, but
14 I want to hear it from you: why do you have those
15 doubts?
16     A.  Because of my experience in burning charcoal.
17 A very, very small volume of smoke discharged from
18 burning of charcoal.
19     Q.  Is there any other reason why you have your
20 doubts about the workability of the Shih patented
21 process?
22     A.  I saw pictures of one little machine. You've
23 probably seen pictures of our operation. We have lots
24 of machines and big bags to collect smoke and that's
25 what's needed to run a commercial operation.

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii   (808) 524-2090

**CONFIDENTIAL**                                    202


1           (Exhibit 2 marked for identification.)
2  BY MR. MARKS:
3      Q.  Exhibit 2 is a packet of photographs and it has
4  the full name of the company Pt. --
5      A.  Mm-hmm.
6      Q.  -- at the top, and I'm gonna ask you if these
7  are the photographs that you were talking about when you

Page 27

```
                          110207Kowalski.txt
11              (Back on the record at 10:49 a.m.)
12              THE VIDEOGRAPHER: We're going back on the
13   record. This is the continuation of tape number one.
14   It is 10:49 a.m.
15   BY MR. MARKS:
16       Q.  All right. Mr. Kowalski, we took a break and
17   you had a minute to look at Exhibit 2, which now has
18   attached to it an English language either description or
19   perhaps translation of the Chinese characters that
20   accompany the actual slides, and we were doing this
21   exercise because I had asked you what it was about your
22   having looked at those photographs that gave you doubts
23   about the -- what I termed the workability of the Shih
24   patent.
25              So having said all that, can you be a little
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii  (808) 524-2090

**CONFIDENTIAL**                                            205

```
1    bit more explicit as to why these photographs gave you
2    doubt or give you doubt?
3        A.  Referring to this picture right here
4    (indicating).
5        Q.  All right. That has the Bates page ODC5.
6        A.  Have a -- looks like a Indonesian or some
7    person standing next to the machine.
8        Q.  Yes.
9        A.  And this is the only equipment that's been
10   presented to me as being used to make the Shih patent or
11   make the smoke for the Shih patent and this is maybe one
12   cubic foot or so of area, maybe can hold a few kilos
```

110207Kowalski.txt

13    of -- of -- of charcoal.  It's not gonna make much
14    smoke.
15         Q.   Do you have an estimate as to how much smoke
16    this unit could make?
17         A.   I don't have an exact estimate, but not very
18    much.
19         Q.   And do you have any information as to whether
20    there are other machines or even larger machines that
21    are in use at Pt. in order to process treated fish?
22         A.   My understanding this is the only thing that's
23    been presented to me as what they're using to make their
24    fish.
25         Q.   That answer may or may not have been responsive

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii   (808) 524-2090

**CONFIDENTIAL**                                        206


1    to my question, so I guess my question is:  Do you have
2    information as to whether there are other machines that
3    are being used by Pt. to process fish, besides the one
4    that is depicted in this photograph?
5         A.   No.
6         Q.   So the volume of smoke that could be generated
7    by this one machine that's in these photographs gives
8    you cause to doubt what exactly, that the process works
9    or that the process can process the quantity of fish
10   that Ocean Duke is importing?
11             MR. YASUNAGA:  Wait.  Objection.  Vague,
12   confusing, and ambiguous, the term "process."  Are we
13   talking about the Shih patent or what has been described

Page 31