CADES SCHUTTE LLP
MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA        2954-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK<br><br>PLAINTIFFS' MOTION IN LIMINE # 3 RE EXCLUDING DAMAGE EXPERT McENERNEY AND ANY OTHER EXPERT WHOSE OPINIONS AND WRITTEN REPORT AND PAPERS WERE NOT PRODUCED; DECLARATION OF MILTON M. YASUNAGA IN SUPPORT OF MOTION IN LIMINE # 3; EXHIBITS "A" – "E"; CERTIFICATE OF SERVICE<br><br>**HEARING:**<br>**DATE:**<br>**TIME:**<br>**JUDGE:** Magistrate Barry Kurren<br><br>**TRIAL DATE:** December 4, 2007 |

ImanageDB:786310.4

## PLAINTIFFS' MOTION IN LIMINE # 3 RE EXCLUDING DAMAGE EXPERT McENERNEY AND ANY OTHER EXPERT WHOSE OPINIONS AND WRITTEN REPORT AND PAPERS WERE NOT PRODUCED

Plaintiffs move the Court, *in limine*, for an Order excluding as a trial witness damage expert Michael T. McEnerney and any other damage **or other type of** expert for Ocean Duke Corp. whose opinions and written report and papers were not produced, and excluding their opinions, reports, papers and things because of failure to meet the court-ordered deadline for expert witness opinions and reports, and failure to answer interrogatories and document requests about damages, trial exhibits, expert reports/papers, in violation of the discovery rules and the Court's order compelling discovery, and undue prejudice to Plaintiffs that would occur if the motion is not granted.

This motion in limine is based upon Rules 7, 16, 26, and 37 of the Federal Rules of Civil Procedure, and LR 16.1, this declaration and exhibits attached hereto and the pleadings and record herein.

DATED: Honolulu, Hawaii, November 13, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.