PAUL ALSTON         1126-0
LOUISE K. Y. ING    2394-0
ALLISON GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: palston@ahfi.com
       ling@ahfi.com
       agriffiths@ahfi.com


TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:;: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com

Attorneys for defendant
  OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. CV 04-0055 DAE BMK<br><br>EXPERT WITNESS DISCLOSURE OF DEFENDANT OCEAN DUKE CORPORATION<br><br>Judge: Barry M. Kurren<br><br>Trial date: December 4, 2007 |

129619.1

Exhibit E

PLEASE TAKE NOTICE that, pursuant to the Stipulation and Order executed by counsel for the parties hereto, and signed and entered by this Honorable Court on June 4, 2007, defendant Ocean Duke Corporation herewith serves its disclosures of rebuttal and expert witnesses, as follows:

1. Professor Wayne T. Iwaoka

   Associate Professor, University of Hawaii at Manoa

   Honolulu, Hawaii 96822

   Ph. (808) 956-6456, FAX (808) 956-4024

Professor Iwaoka has been retained to give expert testimony and provide a written expert witness report, which report is being served together herewith. The general subject matter of Prof. Iwaoka's testimony shall be a comparison of and the differences relating to the processes and methods of the Kowalski and Shih patents. Further, Professor Iwaoka will rebut, where appropriate, the testimony of any expert witness on said subject matters disclosed by plaintiffs.

2. Michael T. McEnerney

   McEnerney Shimabukuro Okazaki & Fujita CPAs AAC

   1100 Ward Avenue Suite 720

   Honolulu, Hawaii 96814

   Ph. (808) 523-0462, FAX (808) 521-2481

Mr. McEnerney has been retained to give expert testimony and provide a written expert witness report, which report shall be disclosed at a time agreed to by the parties. The general subject matter of Mr. McEnerney's testimony shall be the damages purportedly

129619.1

suffered by plaintiffs in this litigation, and a rebuttal of the opinions expressed by any expert designated by plaintiffs hereto.

    3.    Mr. Steven Chih-Hsing Shih

          PT Inti Samudera Citra Perkasa

          Jalan Ikan Tunaraya Blok No. 1

          Pelabuhan Benoa, Denpasar, Bali

          Indonesia

          Phone  +62 (361) 724-526

          FAX  +62 (361) 726-536

Mr. Shih is a non-retained expert who will provide expert testimony relating to a comparison of and the differences relating to the processes and methods of the Kowalski and Shih patents. Further, Mr. Shih will rebut, where appropriate, the testimony of any expert witness on said subject matters disclosed by plaintiffs.

    4.    Roger Lin

          Ocean Duke Corporation

          3450 Fujita Street

          Torrance, CA  90505

          Phone: 310-326-3198

          FAX: 310-784-8848

Mr. Lin is a non-retained expert who will, if appropriate, provide expert testimony relating to Ocean Duke's business, finances, the damages purportedly suffered by plaintiffs, and a comparison of and the differences relating to the processes and methods of the

129619.1

Kowalski and Shih patents. Further, Mr. Lin will rebut, where appropriate, the testimony of any expert witness on said subject matters disclosed by plaintiffs.

    5.    Alice Lin

Ocean Duke Corporation

3450 Fujita Street

Torrance, CA 90505

Phone: 310-326-3198

FAX: 310-784-8848

Ms. Lin is a non-retained expert who will, if appropriate, provide expert testimony relating to Ocean Duke's business, finances, and the damages purportedly suffered by plaintiffs. Further, Ms. Lin will rebut, where appropriate, the testimony of any expert witness on said subject matters disclosed by plaintiffs.

Date: August 15, 2007 at Los Angeles, California.

                                          NEUFELD LAW GROUP

                                          TIMOTHY L. NEUFELD
                                          Pro Hac Vice Attorneys for defendant
                                          OCEAN DUKE CORPORATION

129619.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. CV04-0055 DAE BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document entitled EXPERT WITNESS DISCLOSURE OF DEFENDANT OCEAN DUKE CORPORATION; CERTIFICATE OF SERVICE was duly served by depositing the same in the United States mail, postage prepaid upon the following parties at their last known address on August 15, 2005:

TO: MILTON M. YASUNAGA, ESQ.
MARTIN E. HSIA, ESQ.
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4216

Attorneys for plaintiffs
WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.

DATED: Los Angeles, California, August 15, 2005.

_____
TIMOTHY L. NEUFELD
Pro Hac Vice Attorneys for defendant
OCEAN DUKE CORPORATION

129619.1