CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA        2954-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 544-3833
E-mail: myasunaga@cades.com

Attorneys for WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>PLAINTIFFS WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S TRIAL WITNESS LIST; CERTIFICATE OF SERVICE<br><br>Trial Date: December 4, 2007 |

PLAINTIFFS WILLIAM R. KOWALSKI AND HAWAII
INTERNATIONAL SEAFOOD, INC.'S TRIAL WITNESS LIST

Plaintiffs hereby submit their trial witness list. Unless otherwise indicated, all witnesses can be located c/o Milton Yasunaga at the address listed in the caption.

ImanageDB:790242.1

William R. Kowalski –To describe his patent, the technology involved, the industry and regulatory context, to show Defendant infringed his patent and his trademark, Plaintiffs' claims, Plaintiffs' business and activities, his relationship with Hawaii International, his knowledge of Ocean Duke and its supplier and the process allegedly used on Ocean D, evidence of damages. He will also testify as to matters covered in his deposition and the depositions of Mr. Francom, Dr. Maga, Mr. Stalker, and the other witnesses (Lins and Iwaoka) and he will rebut, where appropriate, the testimony of any witness on said subject matters as disclosed by Ocean Duke.

Clinton Taylor – possibly, re matters covered by Mr. Kowalski, and especially re financial information provided to economic expert. Further, he will rebut, where appropriate, the testimony of any witness on said subject matters as disclosed by Ocean Duke.

John Stalker – re his work and knowledge of Hawaii International, the industry, and Ocean Duke, including admissions by Chris Ragone of Ocean Duke regarding how its product was made and related matters. Further, he will rebut, where appropriate, the testimony of any witness on said subject matters as disclosed by Ocean Duke.

Dr. Joseph Maga, expert regarding the use of smoke in food processing – re points mentioned in his reports and book "Smoke in Food Processing"

and other papers produced in this case, included in Plaintiffs' trial exhibits). Dr. Maga will rebut, where appropriate, the testimony of any witness on said subject matters disclosed by Ocean Duke.

Dr. David Francom – re his work as damage expert (see points mentioned in his report and deposition). He will also rebut the opinions and statements of any witness used by Ocean Duke to testify regarding damages and damage-related evidence.

Roger Lin – re evidence of liability and damages (selected points mentioned in his responses to interrogatories, declaration, deposition [especially deposition designation], and writings).

Duke Lin – re evidence of liability and damages (selected points mentioned in his deposition [especially deposition designation] and writings).

Plaintiffs counter-designates each and every witness listed by Ocean Duke as trial witnesses, on the same subject matter as designated by plaintiffs, but also as to knowledge of the processes used on Ocean Duke's fish and improper business practices of Ocean Duke or its supplier.

Plaintiffs reserve the right to amend or supplement this list as permitted or required by the rules or as other information is discovered.

Plaintiffs reserve the right to name rebuttal witnesses as they are determined.

DATED: Honolulu, Hawaii, November 13, 2007.

        CADES SCHUTTE LLP

        /s/ Milton M. Yasunaga
        MILTON M. YASUNAGA
        MARTIN E. HSIA
        ALLISON MIZUO LEE
        Attorneys for
        WILLIAM R. KOWALSKI and HAWAII
        INTERNATIONAL SEAFOOD, INC.