CADES SCHUTTE LLP
MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA            2954-0
ALLISON MIZUO LEE       7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> PLAINTIFFS' MOTION IN LIMINE # 4 RE EXCLUDING CHARLES CARDILE; DECLARATION OF MILTON M. YASUNAGA IN SUPPORT OF MOTION IN LIMINE # 4; EXHIBITS "A" – "K"; CERTIFICATE OF SERVICE <br><br> <u>HEARING:</u> <br> DATE: <br> TIME: <br> JUDGE: Magistrate Barry Kurren <br><br> TRIAL DATE: December 4, 2007 |

## PLAINTIFFS' MOTION IN LIMINE # 4 RE EXCLUDING CHARLES CARDILE

Plaintiffs move the Court, *in limine*, for an Order excluding as a trial witness Charles Cardile because of (1) failure to meet the court-ordered deadlines for expert witness opinions and reports – he is in effect a late-named expert; (2) failure to answer interrogatories and document requests in violation of the discovery rules and the Court's order compelling discovery, (3) failure to indicate in any way that he has knowledge regarding this case until after the discovery cutoff, (4) his being named is contrary to representations to the Court by Ocean Duke, (5) undue prejudice to Plaintiffs that would occur if the motion is not granted, and (6) the opinions Ocean Duke seeks to have Mr. Cardile give would usurp the functions of the judge and jury – the judge says what the Patent's claims mean and what the law is, and it is the role of the jury to compare the facts against the claims as defined by the Court.

This motion in limine is based upon Rules 7, 16, and 37 of the Federal Rules of Civil Procedure, and LR 16.1, this declaration and exhibits attached hereto and the pleadings and record herein.

3

    DATED: Honolulu, Hawaii, November 13, 2007.

                                  CADES SCHUTTE LLP

                                  /s/ Milton M. Yasunaga
                                  MILTON M. YASUNAGA
                                  MARTIN E. HSIA
                                  ALLISON MIZUO LEE
                                  Attorneys for Plaintiffs
                                  WILLIAM R. KOWALSKI and HAWAII
                                  INTERNATIONAL SEAFOOD, INC.