## DECLARATION OF ROGER LIN

I, Roger Lin, declare as follows:

1. I am the Chief Operating Officer of Ocean Duke Corporation ("Ocean Duke"), a California corporation, and I have served in that capacity since 1999. I am personally familiar with the course of conduct, business dealings and transactions of Ocean Duke including the subject matter which is the subject of this action. I also function as the Custodian of Records with regard to all invoices, records, files and books of account maintained by Ocean Duke.

2. I know all of the following facts based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. All of Ocean Duke's business activities, including importing, storage and shipment of products, order-taking, invoicing, accounting, billing, arranging for shipping and receipt of payment occur through its headquarters in Torrance, California. Accordingly, Ocean Duke's critical witnesses, documents and evidence relating to William Kowalski and Hawaii International Seafood, Inc.'s lawsuit against Ocean Duke are located in Los Angeles County, California, not in the Philippines or Indonesia or Hawaii.

244249.2

-2-

Exhibit J

4. Ocean Duke does not sell any products that purportedly infringe upon the patent owned by William Kowalski in Hawaii or to Hawaii-based distributors. Ocean Duke does not purposefully ship the product to Hawaii through intermediaries.

5. Ocean Duke is the registered owner of the trademark "Black Tie." Plaintiffs' Exhibit Number 15 appears to consist of photos of boxes bearing this trademark. If these boxes indeed contain Ocean Duke's products that purportedly infringe upon Mr. Kowalski's patent, I do not know how they ended up in Hawaii.

6. "Mahi mahi" is also called "mahi mahi" in California. This species of fish is more often called "mahi mahi" than "dorado" in California, especially in restaurants. In fact, more people know this species of fish as "mahi mahi" than "dorado" in California.

Executed at Torrance, California on May 19, 2004.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.



Roger Lin, Declarant

-3-