IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | CIVIL NO. 04-00055 BMK |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| OCEAN DUKE CORPORATION, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Louise K. Y. Ing | ling@ahfi.com |
| Allison K. Griffiths | akirk@ahfi.com |
| Paul S. Marks | pmarks@neufeldlawgroup.com |

DATED:  Honolulu, Hawaii, November 13, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE
Attorneys for
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.

ImanageDB:790239.1