CADES SCHUTTE LLP
MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA    2954-0
ALLISON MIZUO LEE    7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>PLAINTIFFS' MOTION IN LIMINE # 5 RE EXCLUDING STEVEN SHIH; DECLARATION OF MILTON M. YASUNAGA IN SUPPORT OF MOTION IN LIMINE # 5; EXHIBITS "A" – "K"; CERTIFICATE OF SERVICE<br><br>HEARING:<br>DATE:<br>TIME:<br>JUDGE:   Magistrate Barry Kurren<br><br>TRIAL DATE: December 4, 2007 |

ImanageDB:790243.1

# PLAINTIFFS' MOTION IN LIMINE # 5 RE EXCLUDING STEVEN SHIH

Plaintiffs move the Court, *in limine*, for an Order excluding as a trial witness Steven Shih because (1) of failure to meet the court-ordered deadlines for expert witness opinions and reports (he has been described by Ocean Duke as a "non-retained expert"); (2) of failure to respond to interrogatories and document requests in violation of the discovery rules and the Court's order compelling discovery, (3) his being named is contrary to representations to the Court by Ocean Duke, (4) his proposed testimony is contrary to patent law, and (5) of undue prejudice to Plaintiffs that would occur if the motion is not granted.

This motion in limine is based upon Rules 7, 16, and 37 of the Federal Rules of Civil Procedure, and LR 16.1, this declaration and exhibits attached hereto and the pleadings and record herein.

DATED: Honolulu, Hawaii, November 13, 2007.

CADES SCHUTTE LLP

/s/ MILTON M. YASUNAGA
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.