# RESERVED

Exhibit F