## DECLARATION OF ROGER LIN

I, Roger Lin, declare as follows:

1. I am the Chief Operating Officer of Ocean Duke Corporation ("Ocean Duke"), a California corporation, and I have served in that capacity since 1999. I am personally familiar with the course of conduct, business dealings and transactions of Ocean Duke including the subject matter which is the subject of this action. I also function as the Custodian of Records with regard to all invoices, records, files and books of account maintained by Ocean Duke.

2. I know all of the following facts based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. Ocean Duke is a California corporation that imports and sells frozen seafood products. It is a small seafood company that operates from its one office in Torrance, California. It has less than 20 employees, all of whom reside in or around Los Angeles, California. All the witnesses – employees and expert witnesses – who will testify in the case on issues of importance live and work in Los Angeles, California, almost 2400 miles from this Court.

4. All of Ocean Duke's products are imported into Los Angeles, California. The products come by sea to the Port of Long Beach, California, where, at Ocean Duke's direction, they are delivered to cold storage. The vast majority of the seafood products are stored in Los Angeles, California. Ocean Duke then arranges for common carrier trucks to pick up the goods from the local storage facility, for delivery to any out-of-state destination of customer's designation. Ocean Duke has not delivered to Hawaii any of the seafood products purportedly covered by William R. Kowalski's patent and trademark.

5. All of Ocean Duke's business activities, including order-taking, invoicing, accounting, billing, arranging for shipping, and receipt of payment occur through its headquarters in Torrance, California, where its records are maintained as well.

6. Ocean Duke never had any business dealings with Plaintiffs William R. Kowalski and Hawaii International Seafood (collectively, "Plaintiffs"). Plaintiffs' claim solely arises from Ocean Duke's acts of importation and sale of certain seafood product, purportedly covered by Plaintiffs' patent and trademark. The acts of importation and sale took place in California and never in Hawaii.

7. It would be extremely burdensome in both time and expense on Ocean Duke to try to defend this action in court proceedings held anywhere other than Los Angeles County, California. All of our witnesses and records relating to this case are located at our offices in Torrance, California. Ocean Duke is also very leanly staffed, without duplication of function from employee to employee. The absence of even one employee-witness (particularly a senior level employee such as myself) to travel to Hawaii (or elsewhere) for any court proceedings would have a significant negative impact on our ability to run the business efficiently and smoothly. We only have three managers in the company, and they need to be in California to ensure the continuing operation of the company.

Executed at Torrance, California on March 1, 2004.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Roger Lin, Declarant

30081-0008 112913.1                -3-