CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA        2954-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK<br><br>PLAINTIFFS' MOTION IN LIMINE # 6 RE EVIDENCE (EXHIBITS AND WITNESSES) THAT WAS NOT TIMELY PRODUCED OR IDENTIFIED BY DEFENDANT OCEAN DUKE; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MILTON YASUNAGA; EXHIBITS "A" – "E"; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: December 4, 2007 |
|---|---|

ImanageDB:790240.2

## PLAINTIFFS' MOTION IN LIMINE # 6 RE EVIDENCE (EXHIBITS AND WITNESSES) THAT WAS NOT TIMELY PRODUCED OR IDENTIFIED BY DEFENDANT OCEAN DUKE

Plaintiffs WILLIAM R. KOWALSKI ("*Kowalski*") and HAWAII INTERNATIONAL SEAFOOD, INC. ("*HISI*") move the Court, *in limine*, for an Order precluding Defendant OCEAN DUKE CORPORATION ("*Ocean Duke*") from presenting at trial any evidence (including exhibits and witnesses) that was not produced or identified by Ocean Duke by the applicable deadlines (the "*Motion*").

The Motion is based upon Rules 7, 26(e), and 37(c) of the Federal Rules of Civil Procedure, Local Rule 16.1, the Court's 10/25/06 Stipulated Order Compelling Discovery From Ocean Duke Corporation, and the attached memorandum in support, declaration, and exhibits attached hereto and the pleadings and record herein.

DATED: Honolulu, Hawaii, November 13, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.