IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

I, Milton M. Yasunaga, hereby declare:

1. I am a member of Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. ("***HISI***") and William R. Kowalski ("***Kowalski***") (jointly, "***Plaintiffs***"). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Defendant Ocean Duke Corporation's ("***Ocean Duke***") counsel has indicated an interest in taking advantage of Plaintiffs' relative lack of financial strength. Continuing the trial to allow Defendant to make this litigation even more expensive for Plaintiffs would unfairly prejudice Plaintiffs because Plaintiffs have

ImanageDB:790240.2

already made arrangements for their out-of-state witnesses (including two experts) to travel to Hawaii for the trial based on a December 4, 2007 start date.

3. I received Ocean Duke's exhibit list on November 8, 2007, two days after the November 6, 2007 deadline for exchanging exhibits. Some of the exhibits identified on Ocean Duke's tardy exhibit list were (1) not produced by the July 12, 2006 deadline as required by the Stip. Order Compelling, even worse yet (2) not produced by the October 5, 2007 discovery cut-off, and most egregious (3) not even produced by the deadline to exchange witnesses on November 7, 2007. For example, Plaintiffs have not received to date the following exhibits listed in Ocean Duke's exhibit list: Exhibit "5," labeled "Videos of seafood processing at PT Inti Samudera Citra Perkasa," and Exhibit "7," labeled "Diagrams of seafood process at PT Inti Samudera Citra Perkasa," Exhibit "63" labeled "Packaging of Ocean Duke 'Black Tie' products," Exhibit "64" labeled "Documents relating to the processes actually used by HIS, Kowalski and their licensees and suppliers to generate tasteless smoke, and Exhibit "65" labeled "Documents relating to the operability of devices built according to the claims of the Kowalski patent." A true and correct copy of Ocean Duke's exhibit list is attached hereto as Exhibit "E."

4. Exhibit "A" attached hereto is a true and accurate copy of Plaintiffs' First Request for Production of Document and Things, dated October 15, 2004.

5.   Exhibit "B" attached hereto is a true and accurate copy of Plaintiffs' Second Request for Production of Document and Things, dated October 26, 2004.

6.   Exhibit "C" attached hereto is a true and accurate copy of Ocean Duke's Supplemental Response to Plaintiffs' First Request for Answers to Interrogatories dated July 5, 2006.

7.   Exhibit "D" attached hereto for the Court's convenience is a true and accurate copy of the Stipulated Order Compelling Discovery From Defendant Ocean Duke Corporation, entered on September 25, 2006.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, November 13, 2007.

_____
**MILTON M. YASUNAGA**