CADES SCHUTTE LLP

MILTON M. YASUNAGA     3058-0
MARTIN E. HSIA         2954-0
ALLISON MIZUO LEE      7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK STIPULATED ORDER COMPELLING DISCOVERY FROM DEFENDANT OCEAN DUKE CORPORATION |
|---|---|

## STIPULATED ORDER COMPELLING DISCOVERY FROM DEFENDANT OCEAN DUKE CORPORATION

In lieu of having Plaintiffs bring a motion to compel discovery, Plaintiffs William R. Kowalski and Hawaii International Seafood, Inc., and Defendant Ocean

ImanageDB:575943.2

Exhibit D

Duke Corporation (Ocean Duke) hereby stipulate to the entry of an order compelling discovery from Ocean Duke as follows:

1. Ocean Duke shall provide Plaintiffs with full and substantive written responses to Plaintiffs' First Request For Answers to Interrogatories by no later than July 5, 2006.

2. Ocean Duke shall produce to Plaintiffs in Honolulu all responsive non-privileged documents requested in Plaintiffs' First Request For Production Of Documents And Things and Plaintiffs' Second Request For Production of Documents And Things by no later than July 12, 2006. To the extent that the Defendant asserts or withholds any documents based on privilege, it is to prepare a privilege log which identifies any withheld documents and states the privilege claimed or asserted by Defendant to apply to such withheld documents.

3. Defendant shall also serve amended written responses to the discovery requests which are the subject of this stipulated order. The written response or answer presented by the Defendant shall respond directly to each of the discovery requests which are the subject of this stipulated order. In that answer or response, the Defendant shall identify those documents which have been produced which are responsive to a particular discovery request.

4. Defendant is further reminded of its duty to timely supplement any discovery response pursuant to Rule 26e.

5. Appropriate sanctions will be imposed by the Court in the event of non-compliance with this order.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 23, 2006

APPROVED AS TO FORM:

/s/ Paul S. Marks
TIMOTHY L. NEUFELD
PAUL S. MARKS
ERIK W. KVAM
Attorneys for Defendant

Civil No. 04-00055 JMS-BMK. <u>Kowalski, et al. v. Ocean Duke Corp.</u>; Stipulated Order Compelling Discovery From Defendant Ocean Duke Corporation