AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.

v.

OCEAN DUKE CORPORATION.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-00055 BMK

| PRESIDING JUDGE<br>Barry M. Kurren | PLAINTIFF'S ATTORNEY<br>Milton M. Yasunaga<br>Allison Mizuo Lee | DEFENDANT'S ATTORNEY<br>Paul Marks<br>Timothy Neufeld<br>Louise K.Y. Ing<br>Allison Kirk |
|---|---|---|
| TRIAL DATE(S)<br>December 4, 2007 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| P-1 | 1 | | | | Kowalski Patent (K000001 – K000018) |
| | 2 | | | | Shih Patent (ODC126 – ODC128) |
| | 3 | | | | Kowalski patent history |
| | 4 | | | | Shih patent history |
| | 5 | | | | Videos of seafood processing at PT Inti Samudera Citra Perkasa |
| | 6 | | | | Photos of seafood processing at PT Inti Samudera Citra Perkasa (ODC 1 – ODC 11) |
| | 7 | | | | Diagrams of seafood process at PT Inti Samudera Citra Perkasa |
| | 8 | | | | Kowalski 1999 income statement (K65269 – K65270) |
| | 9 | | | | Kowalski 2000 income statement (K65271 – K65272) |
| | 10 | | | | Kowalski 2001 income statement (K65273) |
| | 11 | | | | Kowalski 2002 income statement (K65274 – K65275) |
| | 12 | | | | Kowalski 2003 income statement (K65276 – K65277) |
| | 13 | | | | Kowalski 2004 income statement (K65278 – K65281) |
| | 14 | | | | Ocean Duke 1999 financial statement |

Exhibit E

AO 187 (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.
v.
OCEAN DUKE CORPORATION

CASE NUMBER: 04-00055 BMK

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 15 |  |  |  | Ocean Duke 2000 financial statement |
|  | 16 |  |  |  | Ocean Duke 2001 financial statement |
|  | 17 |  |  |  | Ocean Duke 2002 financial statement |
|  | 18 |  |  |  | Ocean Duke 2003 financial statement |
|  | 19 |  |  |  | Ocean Duke 2004 financial statement |
|  | 20 |  |  |  | Ocean Duke 2005 financial statement |
|  | 21 |  |  |  | Ocean Duke 2006 financial statement |
|  | 22 |  |  |  | Ocean Duke patent opinion |
| P-7 | 23 |  |  |  | Yamaoka Patent (K000290 – K000297) |
|  | 24 |  |  |  | Smits Patent |
|  | 25 |  |  |  | USPTO Patent Assignment to Leo Sandau |
|  | 26 |  |  |  | Patent agreement between Kowalski and HISI (K77196) |
|  | 27 |  |  |  | USPTO Patent Assignment Details of non-assignment to HISI |
|  | 28 |  |  |  | Patent License Agreement: Kowalski and Fishworks (K77796 – K77797) |
|  | 29 |  |  |  | Patent License Agreement: Kowalski and Acuatica (K77002 – K77020) |
|  | 30 |  |  |  | Patent License Agreement: Kowalski and Cong Ty Tnhh, etc (K77038 – K77051) |
|  | 31 |  |  |  | Patent License Agreement: Kowalski and Martee S.A. (K77208 – K77217) |
|  | 32 |  |  |  | Patent License Agreement: Kowalski and JACSS Seafood (K77230 -44) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 2 of ____ Pages

AO 187 (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.

v.

OCEAN DUKE CORPORATION

CASE NUMBER: 04-00055 BMK

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 33 |  |  |  | Patent License Agreement: Kowalski and Kagoshima Industrial (K77253) |
|  | 34 |  |  |  | Patent License Agreement: Kowalski and Minobe Swissan (K77319 – K77331) |
|  | 35 |  |  |  | Patent License Agreement: Kowalski and PT Cecilisarah Abadi (K77388 – K77404) |
|  | 36 |  |  |  | Patent License Agreement: Kowalski and PT Deho Canning Co. (K77416 – K77427) |
|  | 37 |  |  |  | Patent License Agreement: Kowalski and PT ITU (K77445 – K77446) |
|  | 38 |  |  |  | Patent License Agreement: Kowalski and PT Ujung Timur (K77463 – K77479) |
|  | 39 |  |  |  | Patent License Agreement: Kowalski and Pacific Network, Inc. (K77483 – K77484) |
|  | 40 |  |  |  | Patent License Agreement: Kowalski and Sherill, Inc. (K77613 – K77614) |
|  | 41 |  |  |  | Patent License Agreement: Kowalski and Thai Ocean Venture (K77632 – K77642) |
|  | 42 |  |  |  | Patent License Agreement: Kowalski and Jana Brands |
|  | 43 |  |  |  | Patent License Agreement: Kowalski and Universalinks Trading (K77702 – K77720) |
|  | 44 |  |  |  | Management Services Agreement: Kowalski and HISI (K77767 – K77770) |
|  | 45 |  |  |  | USPTO Cryofreeze Trademark Record |
|  | 46 |  |  |  | USPTO Cryofreeze Trademark Record (2) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 3 of ____ Pages

AO 187 (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.
v.
OCEAN DUKE CORPORATION

CASE NUMBER: 04-00055 BMK

| PLF. NO. | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| P-71 | 47 | | | | Notice of Infringement Letter to Ocean Duke (K006686-K006704) |
| | 48 | | | | Notice of Infringement Letter to Ocean Duke |
| | 49 | | | | HIS Sales and Gross Profit Summary 1999 (K65220 – K65223) |
| | 50 | | | | HIS Sales and Gross Profit Summary 2000 (K65224- K65229) |
| | 51 | | | | HIS Sales and Gross Profit Summary 2001 (K65230 – K65237) |
| | 52 | | | | HIS Sales and Gross Profit Summary 2002 (K65238 – K65245) |
| | 53 | | | | HIS Sales and Gross Profit Summary 2003 (K65246 – K65253) |
| | 54 | | | | HIS Sales and Gross Profit Summary 2004 (K65254 – K65260) |
| | 55 | | | | HIS Financial Statement 1999 (K65299 – K65300) |
| | 56 | | | | HIS Financial Statement 2000 |
| | 57 | | | | HIS Financial Statement 2001 (K65301 – K65301a) |
| | 58 | | | | HIS Financial Statement 2002 (K65302 – K65307a) |
| | 59 | | | | HIS Financial Statement 2003 (K65308 – K65314) |
| | 60 | | | | January 2000 letter (Kowalski to Duke Lin enclosing agreement) (ODC 69 – ODC 74) |
| | 61 | | | | February 2000 letter (IP Insurance Services Corp. to Duke Lin) (ODC 87) |
| | 62 | | | | October 2002 letter (Kowalski to Duke Lin) (ODC 119) |
| | 63 | | | | Packaging of Ocean Duke "Black Tie" products |
| | 64 | | | | Documents relating to the processes actually used by HIS, Kowalski and |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.        Page 4 of ____ Pages

AO 187 (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.
v.
OCEAN DUKE CORPORATION

CASE NUMBER: 04-00055 BMK

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | their licensees and suppliers to generate tasteless smoke |
|  | 65 |  |  |  | Documents relating to the operability of devices built according to the claims of the Kowalski patent |
|  | 66 |  |  |  | Additional exhibits revealed by ongoing discovery and investigation |
|  | 67 |  |  |  | Demonstrative evidence |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 5 of ____ Pages