IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

    Served Electronically through CM/ECF:
        Louise K. Y. Ing      ling@ahfi.com
        Allison K. Griffiths    akirk@ahfi.com

    Served Electronically:
        PAUL S. MARKS, ESQ.
        TIMOTHY L. NEUFELD, ESQ.
        NEUFELD LAW GROUP
        360 East 2nd Street. Suite 703
        Los Angeles, California 90012
        E-mail: pmarks@neufeldlawgroup.com
                TNeufeld@neufeldlawgroup.com

ImanageDB:790240.2

2

DATED: Honolulu, Hawaii, November 13, 2007.

                CADES SCHUTTE LLP

                /s/ Allison Mizuo Lee
                MILTON M. YASUNAGA
                MARTIN E. HSIA
                ALLISON MIZUO LEE
                Attorneys for Plaintiffs
                WILLIAM R. KOWALSKI and HAWAII
                INTERNATIONAL SEAFOOD, INC.