CADES SCHUTTE LLP
MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA        2954-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | **CIVIL NO. 04-00055 BMK** <br><br> **PLAINTIFFS' MOTION IN LIMINE # 7** RE EXCLUDING COMPARISON OF THE KOWALSKI PATENT AND THE SHIH PATENT OR STATEMENTS INDICATING THAT LACK OF INFRINGEMENT CAN BE SHOWN BY OWNING A PATENT OR BY BEING UNDER ANOTHER PATENT OR BY COMPARING PATENTS OR EQUIPMENT OR COMPARING THE PROCESS OF THE ALLEGED INFRINGER WITH A DRAWING OF ONE EXAMPLE OF CARRYING OUT THE PATENTED INVENTION OR OTHER IRRELEVANT CONSIDERATIONS; DECLARATION OF MILTON M. YASUNAGA IN SUPPORT OF MOTION IN LIMINE # 7; CERTIFICATE OF SERVICE |

ImanageDB:786310.3

|   |   |
|---|---|
|   | HEARING:<br>DATE:<br>TIME:<br>JUDGE:   Magistrate Barry Kurren<br><br>TRIAL DATE:  December 4, 2007 |

## PLAINTIFFS' MOTION IN LIMINE # 7 RE EXCLUDING COMPARISON OF THE KOWALSKI PATENT AND THE SHIH PATENT OR STATEMENTS INDICATING THAT LACK OF INFRINGEMENT CAN BE SHOWN BY OWNING A PATENT OR BY BEING UNDER ANOTHER PATENT OR BY COMPARING PATENTS OR EQUIPMENT OR COMPARING THE PROCESS OF THE ALLEGED INFRINGER WITH A DRAWING OF ONE EXAMPLE OF CARRYING OUT THE PATENTED INVENTION OR OTHER IRRELEVANT CONSIDERATIONS

Plaintiffs move the Court, *in limine*, for an Order excluding comparison of the Kowalski patent and the Shih patent or statements indicating that lack of infringement can be shown by owning a patent or by allegedly being under another patent or by comparing patents or equipment or comparing the process of the alleged infringer with a drawing of one example of carrying out the patented invention or other irrelevant considerations.

This motion in limine is based upon Rules 7 of the Federal Rules of Civil Procedure, this declaration and exhibits attached hereto and the pleadings and record herein.

DATED: Honolulu, Hawaii, November 13, 2007.

> CADES SCHUTTE LLP
>
> /s/ MILTON M. YASUNAGA
> MILTON M. YASUNAGA
> MARTIN E. HSIA
> ALLISON MIZUO LEE
> Attorneys for Plaintiffs
> WILLIAM R. KOWALSKI and HAWAII
> INTERNATIONAL SEAFOOD, INC.