CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA        2954-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S DESIGNATION OF DEPOSITION TRANSCRIPT OF WAYNE T. IWAOKA, PH.D. FOR TRIAL TESTIMONY PURPOSES; CERTIFICATE OF SERVICE <br><br> Trial: December 4, 2007 |
|---|---|

WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL
SEAFOOD, INC.'S DESIGNATION OF DEPOSITION TRANSCRIPT OF
WAYNE T. IWAOKA, PH.D. FOR TRIAL TESTIMONY PURPOSES

Plaintiffs WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL

SEAFOOD, INC. hereby designate the following pages and lines from the

deposition of Wayne T. Iwaoka, Ph.D. taken on September 11, 2007, the use of

which is entered into trial as substantive evidence if the witness is not available to testimony:

### DEPOSITION DESIGNATION OF WAYNE T. IWAOKA, PH.D.
Designated Portions

| From Page:Line | To Page:Line |
|---|---|
| 4:1 | 4:4 |
| 4:24 | 5:1 |
| 8:4 | 8:8 |
| 10:18 | 10:21 |
| 16:23 | 17:5 |
| 19:25 | 20:18 |
| 21:16 | 22:23 |
| 23:16 | 23:24 |
| 25:1 | 25:20 |
| 26:18 | 26:24 |
| 27:4 | 27:6 |
| 31:14 | 32:25 |
| 33:13 | 34:13 |
| 36:6 | 36:11 |
| 37:1 | 37:8 |
| 37:14 | 37:22 |
| 39:18 | 40:16 |
| 40:24 | 41:19 |
| 43:23 | 45:13 |
| 46:7 | 46:13 |

|        |        |
|--------|--------|
| 48:7   | 48:13  |
| 48:21  | 49:1   |
| 49:10  | 51:8   |
| 52:19  | 52:25  |
| 54:18  | 55:14  |
| 63:15  | 64:1   |
| 64:6   | 64:7   |
| 80:9   | 81:11  |
| 104:18 | 104:24 |
| 105:6  | 105:24 |
| 111:2  | 111:9  |

DATED: Honolulu, Hawaii, November 13, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.