LOUISE K. Y. ING           2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:      ling@ahfi.com
                 agriffiths@ahfi.com

TIMOTHY L. NEUFELD           Pro Hac Vice
PAUL S. MARKS                    Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:  (213) 625-2650
E-mail:      tneufeld@neufeldlawgroup.com
                 pmarks@neufeldlawgroup.com

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. <br> _____ | CV. NO. 04-00055 BMK <br><br> **ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO SEAL EXHIBITS IN SUPPORT OF MOTION TO CONTINUE TRIAL AND RELATED PRETRIAL DEADLINES DUE TO (1) NEW ISSUE OF PLAINTIFF'S LACK OF STANDING TO SUE; (2) REQUESTED BRIEFING OF DISPOSITIVE MOTIONS; AND (3) READINESS FOR TRIAL** |

**ORDER GRANTING DEFENDANT'S EX PARTE MOTION
TO SEAL EXHIBITS IN SUPPORT OF MOTION TO CONTINUE
TRIAL AND RELATED PRETRIAL DEADLINES DUE TO
(1) NEW ISSUE OF PLAINTIFF'S LACK OF STANDING TO
SUE; (2) REQUESTED BRIEFING OF DISPOSITIVE MOTIONS;
<u>AND (3) READINESS FOR TRIAL</u>**

The Court, having reviewed the Ex Parte Motion to Seal Exhibits in

Support of Motion to Continue Trial and Related Pretrial Deadlines Due to

(1) New Issue of Plaintiff's Lack of Standing to Sue, (2) Requested Briefing of

Dispositive Motions, and (3) Readiness for Trial ("Motion to Continue Trial"), and

good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Motion is hereby

GRANTED.  Exhibits D and F to the Motion to Continue Trial shall be filed under

seal.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 14, 2007

---

*Kowalski v. Ocean Duke Corporation*, Civil No. CV04-00055 BMK; Order
Granting Defendant's Ex Parte Motion to Seal Exhibits in Support of Motion to
Continue Trial and Related Pretrial Deadlines Due to (1) New Issue of Plaintiff's
Lack of Standing to Sue, (2) Requested Briefing of Dispositive Motions, and (3)
Readiness for Trial