LOUISE K. Y. ING         2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com
            agriffiths@ahfi.com

TIMOTHY L. NEUFELD       Pro Hac Vice
PAUL S. MARKS            Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:  (213) 625-2650
E-mail:     tneufeld@neufeldlawgroup.com
            pmarks@neufeldlawgroup.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CV. NO. 04-00055 BMK <br><br> ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT'S MOTION TO CONTINUE TRIAL AND RELATED PRETRIAL DEADLINES DUE TO:  (1) NEW ISSUE OF PLAINTIFF'S LACK OF STANDING TO SUE; (2) REQUESTED BRIEFING OF DISPOSITIVE MOTIONS; AND (3) READINESS FOR TRIAL Trial |

Date:   December 4, 2007

**ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT'S MOTION TO CONTINUE TRIAL AND RELATED PRETRIAL DEADLINES DUE TO:  (1) NEW ISSUE OF PLAINTIFF'S LACK OF STANDING TO SUE; (2) REQUESTED BRIEFING OF DISPOSITIVE MOTIONS; AND  (3) READINESS FOR TRIAL**

Upon review of the Ex Parte Motion to Shorten Time for Hearing on Defendant's Motion to Continue Trial and Related Pretrial Deadlines Due to: (1) New Issue of Plaintiff's Lack of Standing to Sue, (2) Requested Briefing of Dispositive Motions, and (3) Readiness for Trial and the Declaration of Louise K. Y. Ing, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's Motion to Continue Trial and Related Pretrial Deadlines Due to: (1) New Issue of Plaintiff's Lack of Standing to Sue, (2) Requested Briefing of Dispositive Motions, and (3) Readiness for Trial may be heard before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his courtroom, in the PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawai`i 96813, at 9:00 o'clock a.m., on November 16, 2007, or as soon thereafter as counsel can be heard.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 14, 2007

_____
*Kowalski v. Ocean Duke Corporation,* Cv. No. 04-00055 BMK (D. Hawaii); ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT'S MOTION TO CONTINUE TRIAL AND RELATED PRETRIAL DEADLINES DUE TO: (1) NEW ISSUE OF PLAINTIFF'S LACK OF STANDING TO SUE, (2) REQUESTED BRIEFING OF DISPOSITIVE MOTIONS, AND (3) READINESS FOR TRIAL