CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058-0
MARTIN E. HSIA   2954-0
ALLISON MIZUO LEE   7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK <br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiffs' Proposed Jury Instructions 1 To 59) |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the Plaintiff WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD,

ImanageDB:788713.4         Exhibit B

INC.'S Proposed Jury Instructions 1 To 59 was duly served on the following at their last known addresses:

Served by Hand-Delivery:

> LOUISE K. Y. ING, ESQ.
> ALLISON GRIFFITH, ESQ.
> ALSTON HUNT FLOYD & ING
> 1800 ASB Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813

Served Electronically and First Class Mail:

> PAUL S. MARKS, ESQ.
> TIMOTHY L. NEUFELD, ESQ.
> NEUFELD LAW GROUP
> 360 East 2nd Street. Suite 703
> Los Angeles, California 90012
> E-mail: pmarks@neufeldlawgroup.com
> TNeufeld@neufeldlawgroup.com

DATED: Honolulu, Hawaii, November 13, 2007.

> CADES SCHUTTE LLP
>
> /s/ Milton M. Yasunaga
> MILTON M. YASUNAGA
> Attorney for Plaintiffs
> WILLIAM R. KOWALSKI and HAWAII
> INTERNATIONAL SEAFOOD, INC.

ImanageDB:788713.4