## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.,
    Plaintiffs,
vs.                          No. CV 04-00055 BMK
OCEAN DUKE CORPORATION,
    Defendants.

HIGHLY CONFIDENTIAL -- ATTORNEYS EYES ONLY
UNDER PROTECTIVE ORDER
DEPOSITION OF DAVID FRANCOM
Los Angeles, California
Friday, October 12, 2007

Reported by:
NANCY L. COLLIER
CSR No. 5819
JOB No. 74835

## Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.,
    Plaintiffs,
vs.         No. CV 04-00055 BMK
OCEAN DUKE CORPORATION,
    Defendants.

Deposition of DAVID FRANCOM, taken on behalf of Defendant, at 360 East Second Street, Suite 703, Los Angeles, California, beginning at 9:40 A.M. and ending at 1:40 P.M. on Friday, October 12, 2007, before NANCY L. COLLIER, Certified Shorthand Reporter No. 5819.

## Page 3

APPEARANCES:

For Plaintiffs:
  CADES SCHUTTE
  BY: MILTON YASUNAGA
  Attorney at Law
  1000 Bishop Street, Suite 1200
  Honolulu, Hawaii 96808
  (808) 544-3833
  myasunaga@cades.com

For Defendants:
  NEUFELD LAW GROUP
  BY: PAUL S. MARKS
  Attorney at Law
  360 East Second Street, Suite 703
  Los Angeles, California 90012
  (213) 625-2625

## Page 4

        INDEX

WITNESS                              EXAMINATION
DAVID FRANCOM

  BY MR. MARKS                          5

       EXHIBITS
DEPOSITION                             PAGE
1 Report of David Francom              6
2 Exhibits A-O attached to Report of   6
  David Francom

DAVID FRANCOM                                                10/12/07
HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY UNDER PROTECTIVE ORDER

```
 1    please?
 2          MR. MARKS:  It's okay, I think I have the
 3    information.
 4          MR. YASUNAGA:  He's gotten the information
 5    from me.
 6    BY MR. MARKS:
 7       Q    Has your company been paid anything for its
 8    work on the Ocean Duke case?
 9       A    It's my understanding that yes, we have.
10       Q    Do you know how much that amount is?
11       A    I can't remember specifically, no.
12       Q    Do you know if there's an outstanding
13    invoice that has not yet been paid or an outstanding
14    amount of money that has not yet been paid for the
15    Ocean Duke case?
16       A    I remember discussing it with the office
17    manager, and it is my understanding that everything
18    has been paid up.
19       Q    The office manager of your outfit?
20       A    Correct.
21       Q    When was that discussion?
22       A    As I recall, last week.
23          MR. YASUNAGA:  Mr. Marks, because the bills
24    are all at the end, if you look at that, then you'll
25    know the amount that was billed and paid.
```

                                                                  19

1  a contingency fee arrangement if there is a certain
2  settlement or recovery?
3      A    There is no contingency fee, and it's my
4  understanding that expenses such as copying, shipping
5  of documents would also be covered on top of the
6  hourly billing rate.
7      Q    In your communications, in discussions and
8  research into this case have you learned how
9  Mr. Yasunaga's law firm is being compensated for its
10 work on this Ocean Duke case?
11     A    I have no knowledge of that.
12     Q    So you don't know if his firm has a
13 contingency fee arrangement or an hourly billable
14 arrangement or some other arrangement?
15     A    I really don't have knowledge of that.
16          MR. YASUNAGA:  If you fly me up here next
17 time again, I might answer that question, but can I
18 stay at a hotel by Disneyland or something?
19          MR. MARKS:  I thought you were staying at a
20 hotel near Disneyland.
21          MR. YASUNAGA:  No.  By the way, the invoices
22 are on the disc.  I think that's part of why they put
23 them on a disc and didn't print them out in hard
24 copy.
25 BY MR. MARKS:

1    A    I don't.

2    Q    And nobody has told you how it got there?

3    A    As I recall, there has been no discussion on that.

5    Q    Does the fact that Frescomar is no longer producing smoke for Kowalski change any of your opinions about capacity?

8    A    No.

9    Q    Paragraph 33 on the next page, please. First sentence says, "Finally, I am aware that HIS employs regional sales personnel," and then the sentence goes on.  Do you know whether those people are employees or independent contractors?

14   A    I don't recall right now.

15   Q    Do you know how many regional sales personnel there are that you're referring to in that sentence?

18   A    I don't remember specifically, no.

19   Q    Let's take a break in just a second, but I want to ask you a question which will have you digging for some information in your report.  On the next page on paragraph 36, the second to the last sentence says, "Based on this categorization, I then apply HIS' appropriate gross profit margin to Ocean Duke's sales of treated fish."  Can you show me where

```
 1   I'm trying to remember it, but it's not coming to me.
 2           MR. YASUNAGA:  That's usually a good course
 3   if you can't remember it.
 4           THE WITNESS:  But I think your last question
 5   was are these profit margins based upon treated
 6   product, and the answer is that is my understanding,
 7   yes.
 8   BY MR. MARKS:
 9       Q   In all of the discussions and communications
10   you've had while working on this case involving Ocean
11   Duke, have you ever heard anyone talk about the
12   possibility of HIS voluntarily filing for bankruptcy
13   protection?
14       A   No, not that I recall.
15       Q   About its creditors filing a petition for
16   involuntary bankruptcy?
17       A   Not that I recall, no.
18       Q   When you did your alternative reasonable
19   royalty damages analysis, you considered the
20   currently existing license rates for HIS' licensees;
21   is that right?
22       A   Factor No. 1, I believe, is what you're
23   referring to of the Georgia-Pacific analysis?
24       Q   That's one way of saying it.
25       A   Yes, the existing licenses between HIS and
```