IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

    Served Electronically through CM/ECF:
        Louise K. Y. Ing     ling@ahfi.com
        Allison K. Griffiths   akirk@ahfi.com

    Served Electronically:
        PAUL S. MARKS, ESQ.
        TIMOTHY L. NEUFELD, ESQ.
        NEUFELD LAW GROUP
        360 East 2nd Street. Suite 703
        Los Angeles, California 90012
        E-mail: pmarks@neufeldlawgroup.com
            TNeufeld@neufeldlawgroup.com

ImanageDB:792633.1

DATED: Honolulu, Hawaii, November 15, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.