# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. v. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton M. Yasunaga, Allison M. Lee |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Paul S. Marks |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 11/16/2007 | TIME: | 9:05 - 9:24 |

COURT ACTION:  EP:  [72] William R. Kowalski and Hawaii International Seafood, Inc.'s Cross Motion for Claim Construction - taken on advisement.

[92] Defendant's Motion to Continue Trial and Related Pretrial Deadlines Due to (1) New Issue of Plaintiff's Lack of Standing to Sue; (2) Requested Briefing of Dispositive Motions, and (3) Deadlines for Trial - DENIED.

Motions in Limine are set for 11/26/2007 @ 2 p.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager