CADES SCHUTTE LLP

| | |
|---|---|
| MILTON M. YASUNAGA | 3058-0 |
| MARTIN E. HSIA | 2954-0 |
| ALLISON MIZUO LEE | 7619-0 |

1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>*ERRATA* TO EXHIBIT "7" ATTACHED TO PLAINTIFFS' MOTION IN LIMINE # 1 RE PRESUMPTION OF INFRINGEMENT UNDER 35 U.S.C. § 295 AND SUBMISSION OF EXHIBIT "7"; DECLARATION OF MILTON M. YASUNAGA; EXHIBIT "7"; CERTIFICATE OF SERVICE<br><br><u>Hearing</u><br>Date: November 26, 2007<br>Time: 2:00 pm<br>Judge: The Hon. Barry M. Kurren<br><br>Trial Date: December 4, 2007 |

ImanageDB:793910.1

### ERRATA TO EXHIBIT "7" ATTACHED TO PLAINTIFFS' MOTION IN LIMINE # 1 RE PRESUMPTION OF INFRINGEMENT UNDER 35 U.S.C. § 295 AND SUBMISSION OF EXHIBIT "7"

Plaintiffs file this errata to correct an error in Exhibit "7" attached to Plaintiffs' Motion in Limine #1 re Presumption of Infringement Under 35 U.S.C. § 295, filed on November 13, 2007 ("*Motion in Limine #1*").

The actual notice of infringement letter dated January 24, 2000 from Milton Yasunaga, counsel for Plaintiffs ("*Yasunaga*"), to Ocean Duke Corporation (the "*Notice of Infringement*") was inadvertently omitted from Exhibit "7" attached with Plaintiffs' Motion in Lmine #1. Exhibit "7" submitted herewith, which contains the Notice of Infringement, a letter from Yasunaga to Ocean Duke Corp. of the same date providing Supplemental Information, and FedEx. verification showing that Ocean Duke received the Notice of Infringement on January 25, 2000, should be substituted as Exhibit "7" to Plaintiffs' Motion in Limine #1.

DATED: Honolulu, Hawaii, November 19, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.