IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>**DECLARATION OF MILTON M. YASUNAGA** |

**DECLARATION OF MILTON M. YASUNAGA**

MILTON M. YASUNAGA, hereby declares:

1. I am a partner in Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. (HISI) and William R. Kowalski (Kowalski) (jointly, Plaintiffs). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Attached hereto as Exhibit "7" is a true and accurate copy of the Notice of Infringement, Letter providing Supplemental Information, and FedEx. verification showing that Ocean Duke received the Notice of Infringement on January 25, 2000 that should have been attached with Plaintiffs' Motion in Limine

#1 Re Presumption of Infringement Under 35 U.S.C. § 295, filed on November 13, 2007.

    I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

    DATED: Honolulu, Hawaii, November 19, 2007.

                               /s/ Milton M. Yasunaga
                               MILTON M. YASUNAGA