IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>             Plaintiffs, <br><br>    vs. <br><br> OCEAN DUKE CORPORATION, <br><br>             Defendant | Civ. No. 04-00055 BMK <br><br> ORDER DENYING DEFENDANT'S MOTION TO CONTINUE TRIAL |

ORDER DENYING DEFENDANT'S MOTION TO CONTINUE TRIAL

Before the Court is Defendant Ocean Duke's Motion to Continue Trial and Related Trial Deadlines, which the Court heard on November 16, 2007. Ocean Duke requests a continuance on the grounds (1) that it has just recently learned that Plaintiff Hawaii International Seafood may not have standing as a plaintiff; (2) that the Court's claims construction ruling in the TPI cases now makes it appropriate for Ocean Duke to bring additional motions for summary judgment; and, (3) that new information has come forward indicating that the Kowalski Patent "might not work as advertised," necessitating additional investigation. (Mem. Supp. Mot. 14.)

Kowalski and Hawaii International Seafood counter by pointing out that this case was filed nearly four years ago, that the trial date has already been continued four times, that trial date is less than three weeks away, and that they have already made transportation arrangements for many of their witnesses. They argue that it would be highly prejudicial to have the trial continued again, and that information about who owns the Kowalski Patent has long been available to Ocean Duke.

The Court believes that both parties have had ample opportunity to engage in discovery and bring motions for summary judgment. In addition, the Court believes that it can address any outstanding legal matters in this case prior to trial, and will make every effort to do so. Accordingly, Ocean Duke's motion to continue the trial is hereby DENIED.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 20, 2007

Kowalski. v. Ocean Duke Corp., Civ. No. 04-00055 BMK; ORDER DENYING DEFENDANT'S MOTION TO CONTINUE TRIAL.