LOUISE K. Y. ING    2394-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower, 1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail: ling@ahfi.com

TIMOTHY L. NEUFELD    Pro Hac Vice
PAUL S. MARKS    Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
E-mail: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Case No. CV04-00055 BMK <br><br> **DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATION TO DEPOSITION TRANSCRIPT OF WAYNE T. IWAOKA, PH.D.**; CERTIFICATE OF SERVICE <br><br> Trial Date: December 4, 2007 |

## DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATION TO DEPOSITION TRANSCRIPT OF WAYNE T. IWAOKA, PH.D.

Defendant Ocean Duke Corporation hereby submits that it has no objections or counter-designations to the designation by William R. Kowalski and Hawaii International Seafood, Inc. of certain excerpts of the Deposition Transcript of defense expert witness Wayne T. Iwaoka, Ph.D.

DATED: Los Angeles, California, November 20, 2007.

/s/ Paul S. Marks_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for defendant Ocean Duke Corp.

130849.1

2