LOUISE K. Y. ING          2394-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower, 1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com

TIMOTHY L. NEUFELD      Pro Hac Vice
PAUL S. MARKS           Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:  (213) 625-2650
E-mail:     tneufeld@neufeldlawgroup.com
            pmarks@neufeldlawgroup.com

Attorneys for OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | Case No. CV04-00055 BMK<br><br>**DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATION TO DEPOSITION TRANSCRIPT OF DUKE LIN**; CERTIFICATE OF SERVICE<br><br>Trial Date:   December 4, 2007 |
|---|---|

130853.1

# DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATION TO DEPOSITION TRANSCRIPT OF DUKE LIN

Defendant Ocean Duke Corporation hereby submits its objections and counter-designations in connection with the deposition transcript of Duke Lin.  The objections stated shall use the following abbreviations:

    403:  Prejudice under Fed. R. Evid. 403

    AC:  Attorney-Client Privilege

    AR:  Argumentative

    CP:  Compound

    HS:  Hearsay

    IR:  Irrelevant

    LF:  Lack of Foundation

    OB:  Overbroad

    PR:  Privacy

    VA:  Vague/Ambiguous

| Designation | Objections | Counter-Designation |
| --- | --- | --- |
| 7:4-21 | 403, IR | |
| 8:8-13 | 403, IR | 10:7-8 |
| 18:5-9 | IR | |
| 19:3-20:8 | IR | |

| | | |
|---|---|---|
| 22:7-10 | IR | |
| 23:12-24:4 | HS, IR | |
| 24:7-21 | HS, IR | |
| 25:1-26:2 | HS | |
| 32:5-33:9 | HS, IR | |
| 35:15-37:10 | HS | |
| 37:14-42:15 | HS | |
| 43:4-44:15 | HS | |
| 53:13-61:8 | HS | |
| 62:19-64:24 | HS | |
| 65:15-68:16 | HS | |
| 68:24-69:2 | HS | |
| 72:13-76:23 | HS, IR | |
| 82:17-25 | 403, AR, IR, OB, PR, VA | |
| 83:2-16 | 403, AR, IR, OB, PR, VA | |
| 104:14-109:11 | IR | |
| 110:23-112:16 | IR | |
| 114:2-16 | IR | |
| 115:8-116:3 | IR | |

130853.1                                  3

DATED: Los Angeles, California, November 20, 2007.

/s/ Paul S. Marks_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for defendant Ocean Duke Corp.