LOUISE K. Y. ING          2394-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower, 1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com

TIMOTHY L. NEUFELD    Pro Hac Vice
PAUL S. MARKS         Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:  (213) 625-2650
E-mail:     tneufeld@neufeldlawgroup.com
            pmarks@neufeldlawgroup.com

Attorneys for OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Case No. CV04-00055 BMK <br><br> **DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATION TO DEPOSITION TRANSCRIPT OF ROGER LIN**; CERTIFICATE OF SERVICE <br><br><br> Trial Date:  December 4, 2007 |

130851.1

## DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS TO DEPOSITION TRANSCRIPT OF ROGER LIN

Defendant Ocean Duke Corporation hereby submits its objections and counter-designations in connection with the deposition transcript of Roger Lin. The objections stated use the following abbreviations:

403:  Prejudice under Fed. R. Evid. 403

AC:   Attorney-Client Privilege

AR:   Argumentative

CP:   Compound

HS:   Hearsay

IR:   Irrelevant

LF:   Lack of Foundation

OB:   Overbroad

PR:   Privacy

VA:   Vague/Ambiguous

| Designation | Objections | Counter-Designation |
|---|---|---|
| 6:10-18 | IR | |
| 7:1-7 | 403, IR | |
| 7:10-13 | 403, IR | |

| | | |
|---|---|---|
| 8:2-8 | 403, IR | |
| 8:12-17 | 403, IR | |
| 8:25-9:10 | 403, IR | |
| 14:23-15:1 | 403, IR | 15:4-5 |
| 15:8-15 | IR | |
| 16:20-17:11 | IR | |
| 18:6-20:22 | IR, OB | |
| 20:24-21:1 | IR, OB, PR | |
| 21:9-13 | IR, OB, PR, VA | |
| 21:16-18 | IR, OB, PR, VA | |
| 22:17-21 | IR, OB, PR, VA | |
| 23:24-24:1 | IR, OB, PR, VA | |
| 24:12-25:2 | IR, OB, PR, VA | |
| 25:8-21 | IR | |
| 26:9-14 | IR | |
| 27:9-17 | IR | |
| 29:21-24 | IR | |
| 33:12-13 | VA | |
| 33:20-34:1 | HS | |

| | | |
|---|---|---|
| 34:12-21 | HS | |
| 35:1-38:14 | HS | |
| 47:15-54:18 | 403, AC, IR, | 54:20-22 |
| 54:23-25 | 403, AC, IR | |
| 55:3-4 | 403, AC, IR | |
| 55:22-56:10 | 403, AC, IR | |
| 56:19-22 | 403, AC, IR | |
| 64:1-65:15 | CP | |
| 66:18-80:11 | HS | |
| 81:1-85:3 | HS | |
| 85:12-89:12 | HS | |
| 98:4-104:2 | HS | |
| 109:7-110:12 | HS | |
| 113:2-115:3 | HS | |
| 116:24-119:6 | HS | |
| 121:1-122:25 | HS | |
| 123:13-124:25 | HS | |
| 125:23-131:21 | HS | |
| 134:3-24 | 403, IR | |

130851

4

| | | |
|---|---|---|
| 135:2-13 | 403, IR | |
| 136:4-17 | 403, IR | |
| 139:20-140:24 | 403, IR | |
| 141:11-15 | 403, AR, IR | |
| 141:17-18 | 403, IR | |
| 141:20-142:12 | 403, AC, IR | |
| 144:15-17 | 403, AC, IR | |
| 144:20-22 | 403, AC, IR | |
| 144:24-145:4 | 403, AC, IR | |
| 145:16-17 | 403, IR | |
| 145:19-20 | 403, IR | |
| 145:22-24 | 403, IR | |
| 146:9-146:13 | 403, IR | |
| 146:18-149:1 | AR | |
| 149:4-16 | AR | |
| 149:18-151:8 | AR | |
| 151:12-157:10 | HS | |
| 157:24-162:22 | HS | |
| 162:24 | VA | |

| | | |
|---|---|---|
| 163:3-13 | VA | |
| 163:15-164:3 | AR | |
| 164:18-168:21 | AR | |
| 175:20-181:16 | AR, CP | |
| 181:19-182:15 | AR, CP | |
| 185:4-187:14 | AR, HS | 187:19-21 |

DATED: Los Angeles, California, November 20, 2007.


                         /s/ Paul S. Marks_____
                         LOUISE K. Y. ING
                         ALLISON KIRK GRIFFITHS
                         TIMOTHY L. NEUFELD
                         PAUL S. MARKS
                         Attorneys for Defendant Ocean Duke Corp.