LOUISE K. Y. ING           2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
E-mail:        ling@ahfi.com
                   agriffiths@ahfi.com

TIMOTHY L. NEUFELD    *Pro Hac Vice*
PAUL S. MARKS              *Pro Hac Vice*
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:   (213) 625-2650
E-mail:        tneufeld@neufeldlawgroup.com
                   pmarks@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | | |
|---|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | ) ) ) ) ) | Civil No. CV04-00055 BMK |
| Plaintiffs, vs. | ) ) ) ) | **DEFENDANT OCEAN DUKE CORPORATION'S PROPOSED STATEMENT OF THE CASE;** CERTIFICATE OF SERVICE |
| OCEAN DUKE CORPORATION, | ) ) ) | |
| Defendant. | ) ) | TRIAL:   December 4, 2007 |

662,903 / 8827-1

## DEFENDANT OCEAN DUKE CORPORATION'S
## PROPOSED STATEMENT OF THE CASE

Defendant Ocean Duke Corporation ("Ocean Duke"), by and through its attorneys, Alston Hunt Floyd & Ing, hereby submits its proposed Neutral Statement of the Case ("Statement").

Counsel for the parties will discuss whether they can agree on a joint case statement. Ocean Duke reserves the right to amend this Statement as appropriate.

DATED: Honolulu, Hawai`i, November 20, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION

## CASE STATEMENT

This is a patent and trademark infringement lawsuit.

Plaintiffs assert that they are the lawful owners of a certain patent and a certain trademark, both of which relate to the seafood industry.  Plaintiffs have sued the defendant for patent infringement and trademark infringement.  Plaintiffs allege that they have suffered extensive monetary damages on account of defendant's alleged infringement of the patent and the trademark.

Defendant denies plaintiffs' allegations.  Specifically, defendant denies committing any acts of patent or trademark infringement.  In addition, defendant asserts that plaintiffs' patent is invalid and unenforceable as a matter of law.

662,903 / 8827-1