## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Milton M. Yasunaga<br>Attorney for Plaintiffs | myasunaga@cades.com | November 20, 2007 |

DATED:   Honolulu, Hawai`i, November 20, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION