IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>OCEAN DUKE CORPORATION,<br><br>　　　　Defendant. | ) Civil No. CV04-00055 BMK<br>)<br>)<br>) **DECLARATION OF**<br>) **LOUISE K. Y. ING**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1.　I am an attorney with Alston Hunt Floyd & Ing, local counsel for Defendant Ocean Duke Corporation.

2.　I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3.　Attached as Exhibit A is a true and correct copy of the Order Granting Motion for Clarification and Reconsideration of the Claims Construction Order, filed on November 15, 2007, in *Tuna Processors, Inc. v. Hawaii International Seafood, Inc.,* Civ. No. 05-00517 BMK (D. Hawaii), and related cases.

I declare under penalty of perjury of the United States and the State of Hawaii that the foregoing is true and correct.

Executed in Honolulu, Hawai`i, on November 20, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING