Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.,

    Plaintiffs,

vs.                              Case No. 04-00055 DAE-BMK

OCEAN DUKE CORPORATION,

    Defendant.

---

DEPOSITION OF DUKE LIN

Los Angeles, California

Tuesday, October 9, 2007

Reported by:
NADIA NEWHART
CSR No. 8714

Job No. 74508

EXHIBIT A

1   It's pointing to a sentence that says, "Product must
2   be free from supplemental processing with additional
3   chemical carbon monoxide."  Do you see that?
4         A    This one?
5         Q    Yes.  Do you see the sentence?
6         A    Yeah.
7         Q    And do you consider your fish treated for
8   color retention to be treated with chemical carbon
9   monoxide?
10        A    If I have a question, I check with the
11  USDC because they do inspections, not me.
12        Q    I'm asking you what your opinion is.
13        A    I don't have a question of that.
14        Q    You don't know?
15        A    I don't know.  If I have a question, I
16  can check with USDC consultant or FDA consultant.
17        Q    Who is your USDC consultant?
18        A    Charles Cardile.
19        Q    C-a-r-d-i-l-e?
20        A    C-h-a-r-l-e-s, Cardile, C-a-r-d-i-e-l (sic),
21  Charles.
22        Q    We all know how to spell Charles --
23        A    Okay.
24        Q    -- but the last name is C-a-r-d-i-l-e-s,
25  right?

1   A   Yeah.
2   MR. MARKS: No s.
3   MR. YASUNAGA: No s.
4   Q   And did he tell you what -- what did he
5   tell you about your fish treated for color retention?
6   A   I don't have these inquiries, so I don't
7   read this, and I don't ask him.
8   Q   You didn't ask him about it?
9   A   Yeah.
10  Q   He was your consultant, and if you were
11  to ask somebody, you would have asked him?
12  A   I only know he is certified with USDC,
13  approved the PT plant. The product is safe for USA.
14  I continue to buy from them.
15  Q   I'm sorry. What does Mr. Cardile have to
16  do with -- the USDC is the one that certifies the
17  plant, right?
18  A   Yes.
19  Q   Not Mr. Cardile?
20  A   Cardile is consultant for PT also.
21  Q   And what does he have to do with any of
22  them?
23  A   I don't know.
24  Q   When you say "PT," that's a shorthand
25  name for PT Inti Samudera Citra Perkasa, right?

Page 122

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3    That the foregoing proceedings were taken
4    before me at the time and place herein set forth; that
5    any witnesses in the foregoing proceedings, prior to
6    testifying, were duly sworn; that a record of the
7    proceedings was made by me using machine shorthand
8    which was thereafter transcribed under my direction;
9    that the foregoing transcript is a true record of the
10   testimony given.
11   Further, that if the foregoing pertains
12   to the original transcript of a deposition in a
13   Federal Case, before completion of the proceedings,
14   review of the transcript [ ] was [ X ] not requested.
15   I further certify I am neither financially
16   interested in the action nor a relative or employee of
17   any attorney of any of the parties.
18   IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20
21   Dated: _____
22
23
24   _____
25   NADIA NEWHART

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

47f46dc8-9d19-4090-9dee-1bbdca3473ee