```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF HAWAII
 3      ---------------------------------------
 4  WILLIAM R. KOWALSKI and HAWAII
 5  INTERNATIONAL SEAFOOD, INC.,
 6          Plaintiff,
 7          vs.          Civil No. CV 04-00055 BMK
 8  OCEAN DUKE CORPORATION,
 9          Defendants.
10      ---------------------------------------
11
12
13            DEPOSITION OF WILLIAM KOWALSKI
14                      (VOLUME II)
15
16
17  Taken on behalf of the Defendant at Alston, Hunt, Floyd,
18  & Ing, 1001 Bishop St., 18th Floor, Honolulu, Hawaii
19  96813, commencing at 9:40 a.m., Friday, November 2,
20  2007, pursuant to Notice.
21
22
23  BEFORE:   BARBARA ACOBA, CSR No. 412, RPR
24            Notary Public, State of Hawaii
25
```

```
 1      A.    No.
 2      Q.    Have you or has Hawaii International Seafood
 3   retained anyone to conduct tests to assess the Shih
 4   patent?
 5      A.    No.
 6      Q.    Have you ever traveled to Bali for any purpose
 7   relating to this particular lawsuit?
 8      A.    No.
 9      Q.    Have you or has Hawaii International Seafood
10   requested anyone to go to Bali for any purpose relating
11   to this lawsuit, the Ocean Duke lawsuit?
12      A.    Not that I'm aware of.
13      Q.    Have you or has Ocean Duke -- I'm sorry, have
14   you or has HIS requested anyone to investigate the
15   supplier of Ocean Duke that is in Bali, Pt.?  You said
16   you had done it.  So now I'm just trying to determine if
17   you've asked anyone to do it?
18      A.    Not that I can recall.
19      Q.    As you sit here today, do you have an opinion
20   as to whether the supplier of Ocean Duke's treated
21   seafood in Indonesia, Pt., is able to successfully treat
22   seafood for color retention?
23            MR. YASUNAGA:  Objection.  Vague, confusing,
24   and ambiguous.
25            THE WITNESS:  Repeat the question.
```

```
                    C E R T I F I C A T E

STATE OF HAWAII              )
CITY AND COUNTY OF HONOLULU  )

        I, BARBARA ACOBA, Certified Shorthand
Reporter and Notary Public, State of Hawaii, do
hereby certify:
        That on Friday, November 2, 2007, at
9:40 a.m., appeared before me WILLIAM KOWALSKI, the
witness whose deposition is contained herein; that
prior to being examined he was by me duly sworn;
        That the deposition was taken down by me
in machine shorthand and was thereafter reduced to
typewriting under my supervision; that the foregoing
represents, to the best of my ability, a true and
correct transcript of the proceedings had in the
foregoing matter.
        I further certify that I am not an attorney
for any of the parties hereto, nor in any way concerned
with the cause.
        Dated this 13th day of November, 2007,
in Honolulu, Hawaii.
                         _____
                         BARBARA ACOBA, CSR NO. 412
                         Notary Public, State of Hawaii
                         My Commission Exp: 10-22-2008
```