LOUISE K. Y. ING          2394-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower, 1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
E-mail:      ling@ahfi.com

TIMOTHY L. NEUFELD        Pro Hac Vice
PAUL S. MARKS             Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:   (213) 625-2650
E-mail:      tneufeld@neufeldlawgroup.com
             pmarks@neufeldlawgroup.com

Attorneys for OCEAN DUKE CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>         Plaintiffs, <br><br>    v. <br><br> OCEAN DUKE CORPORATION, <br><br>         Defendant. | Case No. CV04-00055 BMK <br><br> **DEFENDANT OCEAN DUKE CORPORATION'S SPECIAL VERDICT FORM**; CERTIFICATE OF SERVICE <br><br><br> Trial Date:   December 4, 2007 |

130876.1

## DEFENDANT OCEAN DUKE CORPORATION'S
## SPECIAL VERDICT FORM

### PATENT INFRINGEMENT

### INSTRUCTIONS ON "PATENT INFRINGEMENT" QUESTIONS

Plaintiff William R. Kowalski ("Kowalski") has the burden of proof on the following two questions, by a preponderance of the evidence.  If you find that Kowalski has proved, by a preponderance of the evidence, infringement of any claim of the '401 patent on the part of defendant Ocean Duke Corporation, answer "YES" to the appropriate questions.  Otherwise, answer "NO."

1.      Do you find that Kowalski has proved, by a preponderance of the evidence, that any seafood imported or sold by Ocean Duke Corporation infringes one or more of the 72 claims of the '401 patent, as construed by the court?

_____   Yes                    _____   No

2.      If your answer to Question No. 1 was "Yes," identify the claim(s) that were infringed:

|  | Infringed | Not infringed |
| --- | --- | --- |
| 1. | _____ | _____ |
| 2. | _____ | _____ |

3.      \_\_\_\_\_                                \_\_\_\_\_

4.      \_\_\_\_\_                                \_\_\_\_\_

5.      \_\_\_\_\_                                \_\_\_\_\_

6.      \_\_\_\_\_                                \_\_\_\_\_

7.      \_\_\_\_\_                                \_\_\_\_\_

8.      \_\_\_\_\_                                \_\_\_\_\_

9.      \_\_\_\_\_                                \_\_\_\_\_

10.     \_\_\_\_\_                                \_\_\_\_\_

11.     \_\_\_\_\_                                \_\_\_\_\_

12.     \_\_\_\_\_                                \_\_\_\_\_

13.     \_\_\_\_\_                                \_\_\_\_\_

14.     \_\_\_\_\_                                \_\_\_\_\_

15.     \_\_\_\_\_                                \_\_\_\_\_

16.     \_\_\_\_\_                                \_\_\_\_\_

17.     \_\_\_\_\_                                \_\_\_\_\_

18.     \_\_\_\_\_                                \_\_\_\_\_

19.     \_\_\_\_\_                                \_\_\_\_\_

20.     \_\_\_\_\_                                \_\_\_\_\_

21.     \_\_\_\_\_                                \_\_\_\_\_

22.     \_\_\_\_\_                                \_\_\_\_\_

23. \_\_\_\_\_                    \_\_\_\_\_

24. \_\_\_\_\_                    \_\_\_\_\_

25. \_\_\_\_\_                    \_\_\_\_\_

26. \_\_\_\_\_                    \_\_\_\_\_

27. \_\_\_\_\_                    \_\_\_\_\_

28. \_\_\_\_\_                    \_\_\_\_\_

29. \_\_\_\_\_                    \_\_\_\_\_

30. \_\_\_\_\_                    \_\_\_\_\_

31. \_\_\_\_\_                    \_\_\_\_\_

32. \_\_\_\_\_                    \_\_\_\_\_

33. \_\_\_\_\_                    \_\_\_\_\_

34. \_\_\_\_\_                    \_\_\_\_\_

35. \_\_\_\_\_                    \_\_\_\_\_

36. \_\_\_\_\_                    \_\_\_\_\_

37. \_\_\_\_\_                    \_\_\_\_\_

38. \_\_\_\_\_                    \_\_\_\_\_

39. \_\_\_\_\_                    \_\_\_\_\_

40. \_\_\_\_\_                    \_\_\_\_\_

41. \_\_\_\_\_                    \_\_\_\_\_

42. \_\_\_\_\_                    \_\_\_\_\_

43. _____                    _____

44. _____                    _____

45. _____                    _____

46. _____                    _____

47. _____                    _____

48. _____                    _____

49. _____                    _____

50. _____                    _____

51. _____                    _____

52. _____                    _____

53. _____                    _____

54. _____                    _____

55. _____                    _____

56. _____                    _____

57. _____                    _____

58. _____                    _____

59. _____                    _____

60. _____                    _____

61. _____                    _____

62. _____                    _____

63. _____                    _____

64. _____                    _____

65. _____                    _____

66. _____                    _____

67. _____                    _____

68. _____                    _____

69. _____                    _____

70. _____                    _____

71. _____                    _____

72. _____                    _____

## INVALIDITY

## INSTRUCTIONS ON "PATENT INVALIDITY" QUESTIONS

Defendant Ocean Duke Corporation has the burden of proof on questions of patent invalidity by clear and convincing evidence. If you find that Ocean Duke Corporation has proved, by clear and convincing evidence, that any of the claims of the '401 patent is invalid, then answer "YES" with respect to that claim. Otherwise, answer "NO."

Answer separately as to each claim.

**Part 1:  Anticipation**

3.      Do you find that defendant Ocean Duke Corporation has proved, by clear and convincing evidence, that any of the claims of the '401 patent listed below is invalid on the ground of anticipation?

|       | Invalid | Not invalid |
|-------|---------|-------------|
| 1.    | _____   | _____       |
| 2.    | _____   | _____       |
| 3.    | _____   | _____       |
| 4.    | _____   | _____       |
| 5.    | _____   | _____       |
| 6.    | _____   | _____       |
| 7.    | _____   | _____       |
| 8.    | _____   | _____       |
| 9.    | _____   | _____       |
| 10.   | _____   | _____       |
| 11.   | _____   | _____       |
| 12.   | _____   | _____       |
| 13.   | _____   | _____       |
| 14.   | _____   | _____       |

15.    _____                              _____

16.    _____                              _____

17.    _____                              _____

18.    _____                              _____

19.    _____                              _____

20.    _____                              _____

21.    _____                              _____

22.    _____                              _____

23.    _____                              _____

24.    _____                              _____

25.    _____                              _____

26.    _____                              _____

27.    _____                              _____

28.    _____                              _____

29.    _____                              _____

30.    _____                              _____

31.    _____                              _____

32.    _____                              _____

33.    _____                              _____

34.    _____                              _____

35. _____                    _____

36. _____                    _____

37. _____                    _____

38. _____                    _____

39. _____                    _____

40. _____                    _____

41. _____                    _____

42. _____                    _____

43. _____                    _____

44. _____                    _____

45. _____                    _____

46. _____                    _____

47. _____                    _____

48. _____                    _____

49. _____                    _____

50. _____                    _____

51. _____                    _____

52. _____                    _____

53. _____                    _____

54. _____                    _____

55. _____                    _____

56. _____                    _____

57. _____                    _____

58. _____                    _____

59. _____                    _____

60. _____                    _____

61. _____                    _____

62. _____                    _____

63. _____                    _____

64. _____                    _____

65. _____                    _____

66. _____                    _____

67. _____                    _____

68. _____                    _____

69. _____                    _____

70. _____                    _____

71. _____                    _____

72. _____                    _____

**Invalidity Part 2:  Written Description**

4.     Do you find that defendant Ocean Duke Corporation has proved, by clear and convincing evidence, that any of the claims of the '401 patent listed below is invalid on the ground of inadequate written description?

|  | Invalid | Not invalid |
|---|---|---|
| 1. | _____ | _____ |
| 2. | _____ | _____ |
| 3. | _____ | _____ |
| 4. | _____ | _____ |
| 5. | _____ | _____ |
| 6. | _____ | _____ |
| 7. | _____ | _____ |
| 8. | _____ | _____ |
| 9. | _____ | _____ |
| 10. | _____ | _____ |
| 11. | _____ | _____ |
| 12. | _____ | _____ |
| 13. | _____ | _____ |
| 14. | _____ | _____ |

15. _____                    _____

16. _____                    _____

17. _____                    _____

18. _____                    _____

19. _____                    _____

20. _____                    _____

21. _____                    _____

22. _____                    _____

23. _____                    _____

24. _____                    _____

25. _____                    _____

26. _____                    _____

27. _____                    _____

28. _____                    _____

29. _____                    _____

30. _____                    _____

31. _____                    _____

32. _____                    _____

33. _____                    _____

34. _____                    _____

35.  _____                    _____

36.  _____                    _____

37.  _____                    _____

38.  _____                    _____

39.  _____                    _____

40.  _____                    _____

41.  _____                    _____

42.  _____                    _____

43.  _____                    _____

44.  _____                    _____

45.  _____                    _____

46.  _____                    _____

47.  _____                    _____

48.  _____                    _____

49.  _____                    _____

50.  _____                    _____

51.  _____                    _____

52.  _____                    _____

53.  _____                    _____

54.  _____                    _____

55.    _____                    _____

56.    _____                    _____

57.    _____                    _____

58.    _____                    _____

59.    _____                    _____

60.    _____                    _____

61.    _____                    _____

62.    _____                    _____

63.    _____                    _____

64.    _____                    _____

65.    _____                    _____

66.    _____                    _____

67.    _____                    _____

68.    _____                    _____

69.    _____                    _____

70.    _____                    _____

71.    _____                    _____

72.    _____                    _____

**Invalidity Part 3:  Indefiniteness**

5.     Do you find that defendant Ocean Duke Corporation has proved, by clear and convincing evidence, that any of the claims of the '401 patent listed below is invalid on the ground of indefiniteness?

|  | Invalid | Not invalid |
|---|---|---|
| 1. | _____ | _____ |
| 2. | _____ | _____ |
| 3. | _____ | _____ |
| 4. | _____ | _____ |
| 5. | _____ | _____ |
| 6. | _____ | _____ |
| 7. | _____ | _____ |
| 8. | _____ | _____ |
| 9. | _____ | _____ |
| 10. | _____ | _____ |
| 11. | _____ | _____ |
| 12. | _____ | _____ |
| 13. | _____ | _____ |
| 14. | _____ | _____ |
| 15. | _____ | _____ |

16. _____                    _____

17. _____                    _____

18. _____                    _____

19. _____                    _____

20. _____                    _____

21. _____                    _____

22. _____                    _____

23. _____                    _____

24. _____                    _____

25. _____                    _____

26. _____                    _____

27. _____                    _____

28. _____                    _____

29. _____                    _____

30. _____                    _____

31. _____                    _____

32. _____                    _____

33. _____                    _____

34. _____                    _____

35. _____                    _____

36. _____                    _____

37. _____                    _____

38. _____                    _____

39. _____                    _____

40. _____                    _____

41. _____                    _____

42. _____                    _____

43. _____                    _____

44. _____                    _____

45. _____                    _____

46. _____                    _____

47. _____                    _____

48. _____                    _____

49. _____                    _____

50. _____                    _____

51. _____                    _____

52. _____                    _____

53. _____                    _____

54. _____                    _____

55. _____                    _____

56. _____                    _____

57. _____                    _____

58. _____                    _____

59. _____                    _____

60. _____                    _____

61. _____                    _____

62. _____                    _____

63. _____                    _____

64. _____                    _____

65. _____                    _____

66. _____                    _____

67. _____                    _____

68. _____                    _____

69. _____                    _____

70. _____                    _____

71. _____                    _____

72. _____                    _____

**Invalidity Part 4:  Non-enablement**

6.    Do you find that defendant Ocean Duke Corporation has proved, by clear and convincing evidence, that any of the claims of the '401 patent listed below is invalid on the ground of non-enablement?

|  | Invalid | Not invalid |
|---|---|---|
| 1. | _____ | _____ |
| 2. | _____ | _____ |
| 3. | _____ | _____ |
| 4. | _____ | _____ |
| 5. | _____ | _____ |
| 6. | _____ | _____ |
| 7. | _____ | _____ |
| 8. | _____ | _____ |
| 9. | _____ | _____ |
| 10. | _____ | _____ |
| 11. | _____ | _____ |
| 12. | _____ | _____ |
| 13. | _____ | _____ |
| 14. | _____ | _____ |
| 15. | _____ | _____ |

16. \_\_\_\_\_                    \_\_\_\_\_

17. \_\_\_\_\_                    \_\_\_\_\_

18. \_\_\_\_\_                    \_\_\_\_\_

19. \_\_\_\_\_                    \_\_\_\_\_

20. \_\_\_\_\_                    \_\_\_\_\_

21. \_\_\_\_\_                    \_\_\_\_\_

22. \_\_\_\_\_                    \_\_\_\_\_

23. \_\_\_\_\_                    \_\_\_\_\_

24. \_\_\_\_\_                    \_\_\_\_\_

25. \_\_\_\_\_                    \_\_\_\_\_

26. \_\_\_\_\_                    \_\_\_\_\_

27. \_\_\_\_\_                    \_\_\_\_\_

28. \_\_\_\_\_                    \_\_\_\_\_

29. \_\_\_\_\_                    \_\_\_\_\_

30. \_\_\_\_\_                    \_\_\_\_\_

31. \_\_\_\_\_                    \_\_\_\_\_

32. \_\_\_\_\_                    \_\_\_\_\_

33. \_\_\_\_\_                    \_\_\_\_\_

34. \_\_\_\_\_                    \_\_\_\_\_

35. \_\_\_\_\_                    \_\_\_\_\_

36.    _____                    _____

37.    _____                    _____

38.    _____                    _____

39.    _____                    _____

40.    _____                    _____

41.    _____                    _____

42.    _____                    _____

43.    _____                    _____

44.    _____                    _____

45.    _____                    _____

46.    _____                    _____

47.    _____                    _____

48.    _____                    _____

49.    _____                    _____

50.    _____                    _____

51.    _____                    _____

52.    _____                    _____

53.    _____                    _____

54.    _____                    _____

55.    _____                    _____

56. \_\_\_\_\_                        \_\_\_\_\_

57. \_\_\_\_\_                        \_\_\_\_\_

58. \_\_\_\_\_                        \_\_\_\_\_

59. \_\_\_\_\_                        \_\_\_\_\_

60. \_\_\_\_\_                        \_\_\_\_\_

61. \_\_\_\_\_                        \_\_\_\_\_

62. \_\_\_\_\_                        \_\_\_\_\_

63. \_\_\_\_\_                        \_\_\_\_\_

64. \_\_\_\_\_                        \_\_\_\_\_

65. \_\_\_\_\_                        \_\_\_\_\_

66. \_\_\_\_\_                        \_\_\_\_\_

67. \_\_\_\_\_                        \_\_\_\_\_

68. \_\_\_\_\_                        \_\_\_\_\_

69. \_\_\_\_\_                        \_\_\_\_\_

70. \_\_\_\_\_                        \_\_\_\_\_

71. \_\_\_\_\_                        \_\_\_\_\_

72. \_\_\_\_\_                        \_\_\_\_\_

## DAMAGES

7.      If your answer to Question No. 1 was "YES," and if your answers to

questions 2 through 6 were "NO" for each of the 72 claims, then do you find that

Kowalski's expert witness, Mr. Francom, used the proper methodology when he

performed his damages analysis?


\_\_\_\_\_ Yes                         \_\_\_\_\_ No


8.      If your answer to Question No. 7 was "YES," then what is the total amount

of "reasonable royalty" damages sustained by Kowalski?


$  _____


9.      If you found that Kowalski sustained damages in your answer to Question

No. 8, did Kowalski prove by clear and convincing evidence that Ocean Duke

Corporation's infringement was willful?


\_\_\_\_\_ Yes                         \_\_\_\_\_ No

# TRADEMARK INFRINGEMENT

## INSTRUCTIONS ON "TRADEMARK INFRINGEMENT" QUESTIONS

Except where otherwise indicated below, plaintiff William R. Kowalski ("Kowalski") has the burden of proof on the following questions, by a preponderance of the evidence.  If you find that Kowalski has proved his trademark infringement claims by a preponderance of the evidence, answer "YES" to the appropriate questions.  Otherwise, answer "NO."

10.    Did Kowalski prove by a preponderance of the evidence that Ocean Duke's use of the name CRYO-FREEZE on some of its packaging caused confusion among consumers in a relevant market?

\_\_\_\_\_    Yes                          \_\_\_\_\_    No

11.    If your answer to Question No. 10 was "YES," did Kowalski prove by a preponderance of the evidence that Ocean Duke's use of the name CRYO-FREEZE caused damages to Kowalski?

\_\_\_\_\_    Yes                          \_\_\_\_\_    No

12.    If your answers to Questions No. 10 and 11 were "YES," then do you find that Kowalski's expert witness, Mr. Francom, used the proper methodology for trademark damages when he performed his damages analysis?

_____  Yes                    _____  No


13.    Did Ocean Duke's use of the term CRYO-FREEZE on some of its packaging constitute "fair use" in accordance with this court's jury instructions?

_____  Yes                    _____  No


14.    If your answer to Question No. 12 was "YES" and your answer to Question No. 13 was "NO," then what was the total amount of damages sustained by Kowalski?

$   _____