IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

I, Milton M. Yasunaga, hereby declare:

1. I am a member of Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. ("*HISI*") and William R. Kowalski ("*Kowalski*") (jointly, "*Plaintiffs*"). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Attached hereto as Exhibit "A" is a true and correct copy of the cover page and pages 32-33 and 114-115 of the transcript of the deposition of Duke Lin, which I took on October 9, 2007.

ImanageDB:793854.2

3. Attached hereto as Exhibit "B" is a true and correct copy of the form containing the questions Stalker asked Ragone and the answers Ragone gave in response regarding Ocean Duke's "Tasteless Smoke Processed Ahi Saku" product.

4. Attached hereto as Exhibit "C" is a true and accurate copy of Plaintiffs' Notice of Infringement letter dated January 24, 2000, and the receipt showing it was received by Ocean Duke the following day. The Notice of Infringement informed Ocean Duke of Ragone's admissions regarding the "Tasteless Smoke Processed Ahi Saku" but Ocean Duke never responded to deny that Ragone was authorized to make such a statement, never denied that Ragone made such a statement, and never denied that the statement describing Ocean Duke's product was accurate.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, November 20, 2007.

/s/ Milton M. Yasunaga
**MILTON M. YASUNAGA**