DUKE LIN                                                    10/09/07

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF HAWAII

3

4    WILLIAM R. KOWALSKI and
     HAWAII INTERNATIONAL
5    SEAFOOD, INC.,

6              Plaintiffs,

7         vs.                Case No. 04-00055 DAE-BMK

8    OCEAN DUKE CORPORATION,

9              Defendant.

10

11   _____

12

13

14        Deposition of DUKE LIN, taken on behalf of

15   Plaintiffs, at 360 East Second Street, Suite 703,

16   Los Angeles, California, beginning at 1:08 p.m. and

17   ending at 4:55 p.m. on Tuesday, October 9, 2007,

18   before NADIA NEWHART, Certified Shorthand Reporter No.

19   8714.

20

21

22

23

24

25

                       Exhibit A

1    it Mr. Shih's plant.

2        Q      You all the time called it Mr. Shih's

3    plant?

4        A      Yeah.

5        Q      When did you first -- well, at some

6    point, Ocean Duke started buying fish from Mr. Shih's

7    plant, right?

8        A      Yes.

9        Q      About when did that begin?

10       A      About after one year when I first meet

11   him.

12       Q      So about 1997?

13       A      Yes.

14       Q      And why is it that you started buying

15   this -- oh, and that fish from Mr. Shih's plant that

16   you started buying, that was treated with this smoke

17   that was treated from burning the charcoal?

18       A      Yes.

19       Q      And why did you start buying that fish

20   from Mr. Shih around 19 -- in 1997?

21       A      First one, after I check with him about

22   "That idea is so good.  Do you have any patent

23   applied?"  He said he is in process at that time.

24              So after that, I talk with my

25   salespeople.  He said, "We have some customer that

32

1    could use that kind of products.  They have market."

2           Q     Who are those marketing people?

3           A     At that time, I have one sales.

4           Q     Who was that?

5           A     Chris Ragone.

6           Q     Chris?

7           A     Ragone.

8           Q     Can you spell that last name?

9           A     R-a-g-o-n-e.

10          MR. MARKS:  L-a-g-o-n-e.

11          THE WITNESS:  Ragone.

12          MR. MARKS:  Sorry, R-a-g-o-n-e.

13   BY MR. YASUNAGA:

14          Q     And by that time, had you visited the --

15   Mr. Shih's plant again?

16          A     Yeah, I've been there several times.  I

17   don't remember -- I don't remember how many times.

18   Yes.

19          Q     You've been to Mr. Shih's plant several

20   times?

21          A     Yes.

22          Q     And what did you see regarding the

23   equipment and process for treating fish for color

24   retention?

25          A     Same thing.  They have processing area.

33

1          A      Yes.

2          Q      Look at the third arrow on Exhibit 13.

3   It says, "Each and every vacuum tuna product and

4   carton must be permanently marked (with food safe ink)

5   in English with the following statement:  'Yellow

6   finned tuna steaks-number 1 cooking grade, natural

7   tasteless wood smoke used to maintain fresh-like taste

8   and color."  Do you see that?

9          A      Yeah.

10         Q      And that's part of A-Hold's -- this is a

11  specification of Ahold, right?

12         A      You just showed me, yeah.

13         Q      And so if Ocean Duke sold to Ahold this

14  product, Ocean Duke would have followed this

15  specification?

16         A      Yes, otherwise, they will reject.

17         Q      Do you know if Ahold has -- Ahold has

18  within it certain supermarket companies; is that

19  correct?

20         A      I don't know such a detail.  That's the

21  sales department job.

22         Q      I see.  Do you know that Stop and Shop

23  Supermarkets are part of Ahold?

24         A      I heard about it.

25         Q      Do you know that Giant Supermarkets are

114

DUKE LIN                                        10/09/07

```
 1    part of Ahold?

 2         A     I don't know.

 3         Q     You've heard of Giant?

 4         A     I've heard of Giant, but I don't know.

 5         Q     You just know about Ahold?

 6         A     No.  My sales department do it.  If they

 7    need my help, so far, they didn't call for help.

 8         Q     Did you ever tell any of your customers

 9    that it would be okay for them to use the term

10    "tasteless smoke" in regards to the fish that Ocean

11    Duke sold to their customer that was treated for color

12    retention?

13         A     Based on my knowledge, all the packaging

14    go along with USDA standard regulation, and so far, we

15    don't have any complaint or reject by the customers.

16    That mean that -- USDA and the customer stand our

17    requirement.

18         Q     Okay.  But that wasn't my question.  My

19    question is, did Ocean Duke ever tell any of -- well,

20    my question is, did Ocean Duke ever tell any of its

21    customers that it is okay to use the term "tasteless

22    smoke" in regards to Ocean Duke's fish treated for

23    color retention?

24         A     Based on my knowledge, I don't know.

25    That's the sales department job.
```

115