THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

v.

OCEAN DUKE CORPORATION
Case No.: CV0400055 DAE BMK

*HIGHLY CONFIDENTIAL*

*ATTORNEYS EYES ONLY*

EXPERT REPORT

by

DAVID B. FRANCOM, MS, PHD (ABD)

July 16, 2007

SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CS HI OD
000139

**Exhibit P-141**

Exhibit D

*Hawaii International v. Ocean Duke*
*Expert Report of David B. Francom*
*July 16, 2007*

Subject to a Protective Order
*Highly Confidential-Attorneys' Eyes Only*

**ATTORNEYS EYES ONLY**

**HIGHLY CONFIDENTIAL**

I. INTRODUCTION ................................................................................................................. 3
II. EXECUTIVE SUMMARY .................................................................................................. 3
    Table 1- Lost Profit & Alternative Reasonable Royalty Damage Calculations ................. 4
III. EXPERT QUALIFICATIONS ........................................................................................... 4
IV. OVERVIEW ........................................................................................................................ 5
V. STATEMENT OF OPINIONS ............................................................................................. 7
    Table 2 – Lost Profit Damages ............................................................................................ 7
VI. BASES FOR OPINIONS .................................................................................................... 8
................................................................................................................................................. 9
................................................................................................................................................. 9
............................................................................................................................................... 10
............................................................................................................................................... 10
............................................................................................................................................... 12
............................................................................................................................................... 13
............................................................................................................................................... 14
............................................................................................................................................... 15
............................................................................................................................................... 16
............................................................................................................................................... 17
    D. Opinion 4 – Alternative Reasonable Royalty Damages .............................................. 18
    E. Opinion 5 – Prejudgment Interest ................................................................................ 27
IX. SUMMARY ...................................................................................................................... 27

CS HI OD
000140

*Hawaii International v. Ocean Duke*  
*Expert Report of David B. Francom*  
*July 16, 2007*

*Subject to a Protective Order*  
*Highly Confidential-Attorneys' Eyes Only*

## I. INTRODUCTION

1. Campos & Stratis, LLC has been retained by the law firm of Cades Schutte, LLP on behalf of Hawaii International Seafood, Inc., and William Kowalski (herein referred to as "HIS"), to provide an opinion of damages arising from the alleged infringement of U.S. patent 5,972,401 (the '401 patent) titled, *"Process for Manufacturing Tasteless Super-Purified Smoke for Treating Seafood to be Frozen and Thawed"* by Ocean Duke Corporation (herein referred to as "Ocean Duke"). This report is based on information available as of the date of this report and contains my preliminary findings. My research and analysis are continuing and I reserve the right to amend or supplement my findings if additional information leads me to change my opinions. To prepare this report, I have assumed that the '401 patent is valid and enforceable and that Ocean Duke infringed certain claims of the '401 patent. This report is subject to a protective order and all information contained herein is highly confidential and designated attorneys' eyes only.

## II. EXECUTIVE SUMMARY

2. In the event that Ocean Duke is found to have infringed the '401 patent, it is my opinion that the proper measure of lost profit damages is                    . I also calculate prejudgment interest at

3. In addition, I was asked to calculate an alternative measure of HIS' damages based on the reasonable royalty approach, which is often referred to as a floor of patent infringement damages. Accordingly, in my opinion, the proper measure of reasonable royalty damages ranges from

CS HI OD  
000141