IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Case No. CV04-00055 BMK <br><br> **DECLARATION OF MICHAEL T. MCENERNEY** |

### DECLARATION OF MICHAEL T. MCENERNEY

I, Michael T. McEnerney, declare:

1. I have personal knowledge of the facts set forth herein.

2. I am the designated damages expert witness for defendant in this case (the "Ocean Duke" case) and also in *Tuna Processors, Inc. v. Hawaii International Seafood, Inc.*, Civil No. 05-00517 BMK ("TPI case"); *Kowalski v. Mommy Gina Tuna Resources*, Civil No. 05-00679 ("MGTR case"); *Kowalski v. Integral Seafood LLC*, Civil No. 05-00797 ("Integral case"); and *Kowalski v. Friend*, Civil No. 06-00182 ("Friend case").

3. Attached hereto as Exhibit A is a true and correct copy of my damages report which I have just completed in this case. This report is virtually identical to the report which I prepared in the MGTR, Integral and Friend cases,

and which was delivered to plaintiffs' counsel, Milton Yasunaga, on or about July 9, 2007, before I was contacted about serving as an expert witness in this case. My two reports are virtually identical because (1) both respond to the same plaintiffs' expert witness, David Francom, and (2) the damages methodologies employed by Mr. Francom in his two reports are virtually identical.

4. The only differences between my report in the Ocean Duke case and my report in the MGTR, Integral and Friend cases are that (1) the names of the parties have changed, and (2) the calculations in the Ocean Duke report are a response to data contained in Dr. Francom's Ocean Duke report but were prepared under the same methodologies as used in my earlier report.

5. I was contacted by Ocean Duke about serving as an expert witness in this case in early August 2007, at which time I executed the confidentiality agreement required by the stipulated protective order in this case, in order to obtain access to Mr. Francom's report. I analyzed Mr. Francom's report and advised Ocean Duke's counsel, Paul Marks, that I considered the report to be very similar to the report Mr. Francom had authored in the Mommy Gina, Integral and Friend cases, and that I believed my report in the Ocean Duke case would therefore be very similar to my report in the other cases (which report I had already prepared and delivered to Mr. Yasunaga, at the time I was hired for the Ocean Duke case). However, I advised Mr. Marks that due to travel plans and the press of other

business and engagements, including the need to complete individual 2006 income tax returns before the final filing date of October 15, 2007, I would not be able to begin substantial work on the Ocean Duke report for at least several weeks, and that the earliest likely time that I would be able to finalize a report would be the October/November time frame. With that understanding, which was agreed to by Mr. Marks, I authorized Mr. Marks to designate me as an expert witness in the Ocean Duke case.

    I declare under penalty of perjury under the laws of Hawaii and the United States of America that the foregoing is true and correct.

    Executed on November 20, 2007, in Honolulu, Hawai`i.

*/s/ Michael T. McEnerney*
MICHAEL T. MCENERNEY