# Paul S. Marks

| | |
|---|---|
| **From:** | Milton Yasunaga [myasunaga@cades.com] |
| **Sent:** | Tuesday, January 09, 2007 3:07 PM |
| **To:** | Paul S. Marks |
| **Cc:** | Erikkvam@earthlink.net |
| **Subject:** | Stipulation to continue - please sign and return |
| **Attachments:** | 686276_1.DOC |

CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA    2954-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>STIPULATION TO CONTINUE TRIAL DATE AND DEADLINES<br><br>Old Trial Date: June 5, 2007<br><br>New Trial Date: _____ |

STIPULATION TO CONTINUE TRIAL DATE AND DEADLINES

It is hereby stipulated by and between the parties, through their respective counsel, that the trial scheduled for June 5, 2007 before the Honorable Barry M. Kurren be continued to December 4, 2007 or such other time as the Court deems

ImanageDB:686276.1

appropriate. It is further stipulated that all pretrial deadlines shall also be commensurately continued, including those that may have already passed.

DATED: Honolulu, Hawaii, _____.

_____
MILTON M. YASUNAGA
MARTIN E. HSIA
CADES SCHUTTE LLP

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

_____
ERIK W. KVAM

TIMOTHY L. NEUFELD
JUDY L. KHANG
NEUFELD LAW GROUP

Attorneys for Defendant
OCEAN DUKE CORPORATION

APPROVED AND SO ORDERED:

---

William R. Kowalski, et al. v. Ocean Duke Corporation; Civil No. 04-00055 BMK; United States District Court; District of Hawaii; STIPULATION TO CONTINUE TRIAL DATE AND DEADLINES