# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/20/2007 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 04-00055BMK

CASE NAME: William R. Kowalski and Hawaii International Seafood, Inc. v. Ocean Duke Corporation

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Barry M. Kurren        REPORTER:

DATE: 01/20/2007              TIME:

COURT ACTION: EO: New dates given. Court to prepare an amended scheduling order.

1.   Jury trial on December 4, 2007 at 9:00 a.m. before BMK
2.   Final Pretrial Conference on October 23, 2007 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by October 16, 2007
5.   File motions to Join/Add Parties/Amend Pleadings by May 4, 2007
6.   File other Non-Dispositive Motions by September 5, 2007
7.   File Dispositive Motions by July 5, 2007
8a.  File Motions in Limine by November 13, 2007
8b.  File opposition memo to a Motion in Limine by November 20, 2007
11a. Plaintiff's Expert Witness Disclosures by June 5, 2007
11b. Defendant's Expert Witness Disclosures by July 5, 2007
12.  Discovery deadline October 5, 2007
13.  Settlement Conference set for October 1, 2007 at 2:00 p.m. before BMK
14.  Settlement Conference statements by September 24, 2007
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 20, 2007
21.  File Final witness list by November 13, 2007
24.  Exchange Exhibit and Demonstrative aids by November 6, 2007
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 13,

EXHIBIT B

2007
26.  File objections to the Exhibits by November 20, 2007
28a. File Deposition Excerpt Designations by November 13, 2007
28b. File Deposition Counter Designations and Objections by November 20, 2007
29.  File Trial Brief by November 20, 2007
30.

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager


CV 04-00055BMK;
William R. Kowalski and Hawaii International Seafood, Inc. V. Ocean Duke Corporation;
Rule 16 Scheduling Conference Minutes
01/20/2007