IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | ) Civil No. CV04-00055 BMK <br> ) <br> ) **DECLARATION OF** <br> ) **LOUISE K. Y. ING** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with Alston Hunt Floyd & Ing, local counsel for Defendant Ocean Duke Corporation.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein .

3. Attached as Exhibit 1, to be filed under seal, is a true and correct copy of the expert report of David Francom, submitted by Plaintiffs' in this case and dated July 16, 2007.

663,042 / 8827-1

4. Attached as Exhibit 2, to be filed under seal, is a true and correct copy of the expert rebuttal report of Michael McEnerney, submitted by Defendant in this case and dated November 20, 2007.

5. Because the Francom report produced in the Mommy Gina/Integral/Friend cases and the Francom report produced in this case looked very similar, I instructed our firm's IT manager Herbert Chun to convert the reports from pdf format to an editable format, to run a computer program that compares the text of the documents and to create a document comparing the text of the two reports. Attached as Exhibit 3, to be filed under seal, is a true and correct copy of the comparison document which he prepared.

6. The lined out text in Ex. 3 represents text that was in the Francom report from the Mommy Gina, et al. cases that does not appear in the Francom report in this case.

7. The double-underlined text in Ex. 3 shows text that was added to the Francom report in this case.

8. The blacked-out text in Ex. 3 represents information particular to Mommy Gina and other Kowalski defendants who are not defendants in this case which they might consider confidential, sensitive or proprietary information.

9. The "compare" document in Ex. 3 is not an exact replica of either report because footnotes have become part of the text rather than remaining as footnotes. Nonetheless, the "compare" document does show that much of the text, methodology and analysis remains the same between both Francom reports.

I declare under penalty of perjury of the United States and the State of Hawaii that the foregoing is true and correct.

Executed in Honolulu, Hawai`i, on November 20, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING