# EXHIBIT 1-3

# (TO BE FILED UNDER SEAL)

663,042 / 8827-1