LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    ling@ahfi.com
           agriffiths@ahfi.com

TIMOTHY L. NEUFELD      Pro Hac Vice
PAUL S. MARKS           Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
E-mail:    tneufeld@neufeldlawgroup.com
           pmarks@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>OCEAN DUKE CORPORATION,<br><br>  Defendant. | Case No. CV04-00055 BMK<br><br>**DEFENDANT'S EX PARTE MOTION TO SEAL EXHIBITS IN SUPPORT OF MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #3 RE EXCLUDING DAMAGE EXPERT McENERNEY, ETC., FILED 11/14/07;** DECLARATION OF LOUISE K. Y. ING; CERTIFICATE OF SERVICE |

Trial Date:   December 4, 2007

**DEFENDANT'S EX PARTE MOTION TO SEAL EXHIBITS IN SUPPORT OF MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #3 RE EXCLUDING DAMAGE EXPERT McENERNEY, ETC., FILED 11/14/07**

Defendant Ocean Duke Corporation, by and through its undersigned attorneys, hereby move this Honorable Court for an order sealing exhibits 1 through 3 to its Memorandum in Opposition to Plaintiff's Motion in Limine #3 re Excluding Damage Expert McEnerney, etc., Filed November 14, 2007, on the grounds that the supporting documents contain proprietary, sensitive or confidential financial information that Plaintiffs or third parties claim to be highly confidential, designated for attorneys' eyes only.

This motion is brought pursuant to Rules 5 and 7 of the Federal Rules of Civil Procedure.  This motion is supported by the Declaration of Louise K. Y. Ing and the records and pleadings on file herein.

DATED: Honolulu, Hawaiʻi, November 20, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant