IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | Case No. CV04-00055 BMK<br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with Alston Hunt Floyd & Ing, local counsel for Defendant Ocean Duke Corporation.

2. I make this declaration based on my personal knowledge and in support of the Ex Parte Motion to Seal Exhibits in Support of Memorandum in Opposition to Plaintiff's Motion in Limine #3 re Excluding Damage Expert McEnerney, etc., Filed November 14, 2007.

3. Ocean Duke seeks to seal exhibits 1 through 3 to Defendant's Memorandum in Opposition on the grounds that the supporting documents are damages reports prepared by Plaintiffs' (Ex. 1) and Defendant's experts (Ex. 2), as

well as a comparison of the Francom report in this case and in the Mommy Gina/Integral/Friend cases filed by William Kowalski (Ex. 3).  These documents have been designated highly confidential, for attorneys' eyes only, by the propounding party because they contain information about HIS', Ocean Duke's or other Kowalski defendants' financial, sales , customer and other proprietary information that might be used to the parties' competitive disadvantage if made a matter of public record.  Therefore, the information should be sealed before filing and service in order that they are not made a part of the court files which are subject to public view.

       I declare under penalty of perjury of the United States and the State of Hawaii that the foregoing is true and correct.

       Executed in Honolulu, Hawai`i, on November 20, 2007.

                /s/ Louise K. Y. Ing
                LOUISE K. Y. ING