CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058-0
MARTIN E. HSIA        2954-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>PLAINTIFFS' WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S PROPOSED CONCISE STATEMENT OF THE CASE; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: December 4, 2007 |
|---|---|

## PLAINTIFFS' WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S PROPOSED CONCISE STATEMENT OF THE CASE

Plaintiff WILLIAM R. KOWALSKI ("*Kowalski*") and HAWAII INTERNATIONAL SEAFOOD, INC. ("*HISI*") ("*Plaintiffs*") submit the attached proposed concise statement of the case. The language proposed by Plaintiffs was included as proposed jury instruction no. 10 in Plaintiffs' proposed jury instructions, which was served on Defendant OCEAN DUKE CORPORATION ("*Ocean Duke*") on November 13, 2007 pursuant to Local Rule 51.1(a). It is Plaintiffs' position (and the positions of the drafters of the various sets of patent model jury instructions) that certain instructions should be given to the jury before the presentation of evidence because that will help the jury better understand the case and the evidence. Plaintiffs' proposed preliminary jury instructions include a concise statement of the case, a copy of which is attached hereto.

Plaintiffs reserve the right to amend and supplement its proposed concise statement of the case depending upon the resolution of various motions pending and other developments prior to trial.

3

DATED:  Honolulu, Hawaii, November 20, 2007.

                CADES SCHUTTE LLP

                <u>/s/ Milton M. Yasunaga</u>
                MILTON M. YASUNAGA
                MARTIN E. HSIA
                ALLISON MIZUO LEE

## PLAINTIFFS' PROPOSED CONCISE STATEMENT

Mr. Kowalski and Hawaii International Seafood, Inc. filed suit in this court seeking money damages from Ocean Duke Corporation for allegedly infringing the Kowalski patent by importing and offering for sale in the United States products that Mr. Kowalski and Hawaii International argue were made with a process covered by claims 1, 33, 67, 68 and/or 69 of the Kowalski patent. The products that are alleged to have been produced by a process infringing the Kowalski patent are the frozen fish treated to retain a fresh-like color imported and sold in the United States by Ocean Duke Corporation, which fish Ocean Duke Corporation says it buys from an Indonesian company called PT Inti Samudera Citra Perkasa.

Ocean Duke Corporation denies that it has infringed claims 1, 33, 67, 68, and 69 of the Kowalski patent.