CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA            2954-0
ALLISON MIZUO LEE       7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> PLAINTIFFS' WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S PROPOSED SPECIAL VOIR DIRE QUESTIONS; CERTIFICATE OF SERVICE <br><br> TRIAL DATE: December 4, 2007 |
|---|---|

ImanageDB:795663.1

## PLAINTIFFS' WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S PROPOSED CONCISE STATEMENT OF THE CASE

Plaintiff WILLIAM R. KOWALSKI ("*Kowalski*") and HAWAII INTERNATIONAL SEAFOOD, INC. ("*HISI*") ("*Plaintiffs*") submit the following proposed voir dire questions:

1) Do you read or speak Chinese?

2) Have you been to Indonesia, the Philippines, or Taiwan?

3) Do you have any experience in smoking foods or smoked food products?

4) Do you have any experience with carbon monoxide?

5) Do you have any impressions of carbon monoxide?

6) Have you or anyone you are related to worked in the fresh fish industry?

7) Have you worked in the seafood industry, or in a supermarket or restaurant that sells fish or seafood?

8) Are you familiar with the term "tasteless smoke"?

9) Have you or a close relative worked for the United States Food and Drug Administration, United States Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Services, United States Customs, or any branch thereof?

10) Would you have a problem awarding a large amount of damages if the Plaintiff were to prove entitlement to those damages under the law?

11) Do you believe that a person who works hard to develop an idea and who obtains a patent should be allowed to exclude others from infringing his or her patent?

12) Have you or anyone you know ever been accused of patent or trademark infringement?

13) Do you or anyone you know hold or own a patent?

14) Do you or anyone you know hold or own a trademark?

15) Have you or a close relative ever been sued for money damages?

16) Have you ever invented anything?

Plaintiffs reserve the right to amend and supplement its proposed voir dire questions depending upon the resolution of various motions pending and other developments prior to trial.

DATED: Honolulu, Hawaii, November 20, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE