IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Case No. CV04-00055 BMK <br><br> **DECLARATION OF PAUL S. MARKS** |

**DECLARATION OF PAUL S. MARKS**

I, Paul S. Marks, declare:

1. I am counsel to Ocean Duke Corporation, and I have knowledge of the facts set forth herein, and could and would testify under oath to the matters set forth herein.

2. Based on my review of plaintiffs' trial exhibit list in this case, and my discussion with counsel in this case and the related Kowalski cases, I am aware that some discovery -- either formal through court processes or private discovery (investigation) -- has taken place relating to these cases in the Philippines. To the best of my knowledge, however, plaintiffs in this case have never requested or attempted to take discovery relating to the Shih facility in Bali. Plaintiffs never

asked Ocean Duke to assist in enabling that process, to the best of my knowledge.

3. In this case, plaintiffs only began taking depositions right before and even shortly after the discovery cutoff, in September and October 2007.

I declare under penalty of perjury under the laws of Hawaii and the United States of America that the foregoing is true and correct.

Executed on November 20, 2007, at Los Angeles, California.


/s/ Paul S. Marks_____
PAUL S. MARKS