IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:
    Louise K. Y. Ing        ling@ahfi.com
    Allison K. Griffiths     akirk@ahfi.com
    Paul S. Marks         pmarks@neufeldlawgroup.com

DATED: Honolulu, Hawaii, November 20, 2007.

                        CADES SCHUTTE LLP

                        /s/ Milton M. Yasunaga
                        MILTON M. YASUNAGA
                        MARTIN E. HSIA
                        ALLISON MIZUO LEE
                        Attorneys for Plaintiffs
                        WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.