LOUISE K. Y. ING          2394-0
ALLISON KIRK GRIFFITHS    8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    ling@ahfi.com
           agriffiths@ahfi.com

TIMOTHY L. NEUFELD        *Pro Hac Vice*
PAUL S. MARKS             *Pro Hac Vice*
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
E-mail:    tneufeld@neufeldlawgroup.com
           pmarks@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>             Plaintiffs, <br><br>     vs. <br><br> OCEAN DUKE CORPORATION, <br><br>             Defendant. | Civil No. CV04-00055 BMK <br><br> **DEFENDANT OCEAN DUKE CORPORATION'S PROPOSED SET OF VOIR DIRE QUESTIONS**; CERTIFICATE OF SERVICE <br><br><br><br> TRIAL: December 4, 2007 |

662,905 / 8827-1

# DEFENDANT OCEAN DUKE CORPORATION'S
# PROPOSED SET OF VOIR DIRE QUESTIONS

Defendant Ocean Duke Corporation respectfully submits its proposed set of voir dire questions.

## PROPOSED VOIR DIRE QUESTIONS

For the following questions, please respond if you yourself or anyone close to you has any knowledge, training or experience in the following areas. Also please explain if you have ever worked for an employer involved in the following types of work.

1. Do you or anyone close to you have any knowledge, training or experience in owing or running a business? If yes, please explain:

2. Do you or anyone close to you have any knowledge, training or experience in importing goods manufactured in the Philippines or Asia? If yes, please explain:

3. Do you or anyone close to you have any knowledge, training or experience in dealing with suppliers and manufacturers in the Philippines or Asia? If yes, please explain:

4. Has anyone here had a negative experience as a result of relying on the advice or actions of an expert? If yes, what happened? What was your reaction?

5. Has anyone here ever had been in a contract or any other type of business dispute? If yes, please explain.

6. Does anyone know the following parties?

>Alston Hunt Floyd & Ing
>Charles Cardile
>Carl Crowell
>David Francom
>Richard Friend
>Rock Garay
>Allison Kirk Griffiths
>Hawaii International Seafood
>Louise Ing
>Prof. Wayne Iwaoka
>William Kowalski
>Allison Mizuo Lee
>Alice Lin
>Duke Lin
>Roger Lin
>Joseph Maga
>Paul Marks
>Michael T. McEnerney
>Timothy Neufeld
>Neufeld Law Group
>Ocean Duke Corporation
>Chris Ragone
>Martin Hsia
>Steven Chih-Hsing Shih
>John Stalker
>Clinton Taylor
>Milton Yasunaga

Ocean Duke reserves the right to amend and supplement its proposed voir dire questions depending on the resolution of various motions pending and other developments before trial.

DATED: Honolulu, Hawai`i, November 20, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION