IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

I, Milton M. Yasunaga, hereby declare:

1.      I am a member of Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. (*"HISI"*) and William R. Kowalski (*"Kowalski"*) (jointly, *"Plaintiffs"*).  I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2.      Defendant Ocean Duke Corporation's (*"Ocean Duke"*) counsel has indicated an interest in taking advantage of Plaintiffs' relative lack of financial strength.  Continuing the trial to allow Defendant to make this litigation even more expensive for Plaintiffs would unfairly prejudice Plaintiffs because Plaintiffs have

ImanageDB:793890.2

already made arrangements for their out-of-state witnesses (including two experts) to travel to Hawaii for the trial based on a December 4, 2007 start date.

3.      I received Ocean Duke's exhibit list on November 8, 2007, two days after the November 6, 2007 deadline for exchanging exhibits.  Some of the exhibits identified on Ocean Duke's tardy exhibit list were (1) not produced by the July 12, 2006 deadline as required by the Stip. Order Compelling, even worse yet (2) not produced by the October 5, 2007 discovery cut-off, and most egregious (3) not even produced by the deadline to exchange witnesses on November 7, 2007.  For example, Plaintiffs have not received to date the following exhibits listed in Ocean Duke's exhibit list:  Exhibit "4," labeled "shih patent history," Exhibit "5," labeled "Videos of seafood processing at PT Inti Samudera Citra Perkasa," and Exhibit "7," labeled "Diagrams of seafood process at PT Inti Samudera Citra Perkasa," Exhibit 48 labeled "Notice of Infringemetn Letter," Exhibit "63" labeled "Packaging of Ocean Duke 'Black Tie' products," Exhibit "64" labeled "Documents relating to the processes actually used by HIS, Kowalski and their licensees and suppliers to generate tasteless smoke, Exhibit "65" labeled "Documents relating to the operability of devices built according to the claims of the Kowalski patent," Exhibit "66" labeled "Additional exhibits revealed by ongoing discovery and investigation," and Exhibit "67" labeled "Demonstrative evidence."

4.      Exhibit "A" attached hereto is a true and accurate copy of an email from me to Louise Ing dated 11/9/07.

5.      Exhibit "B" attached hereto is a true and accurate copy of the November 12, 2007 email from Paul Marks to me.

6.      Exhibit "C" attached hereto is a true and accurate copy of excerpts (pages 58, 69, 70 and cover page) of the deposition of Duke Lin.

7.      Exhibit "D" attached hereto is a true and accurate copy of excerpts (pages 90, 92, 96, 99-101, 103, 104, 118 and cover page) of the deposition of Roger Lin.

8.      Exhibit "E" attached hereto is a true and accurate copy of my list of objections to Ocean duke's proposed exhibits, in chart form.

9.      Duke Lin's deposition occurred on October 9, 2007 deposition, which was 4 days after the discovery cutoff, because the Lins refused to make themselves available before that time (Roger was deposed on October 8, 2007).

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, November 20, 2007.


/s/ Milton M. Yasunaga
MILTON M. YASUNAGA