## Milton Yasunaga

**From:** Milton Yasunaga
**Sent:** Monday, November 12, 2007 1:57 PM
**To:** 'Paul S. Marks'; LOUISE ING
**Cc:** Timothy L. Neufeld
**Subject:** RE: Ocean Duke's exhibits were tardily sent over just now, but many exhibits on ODC's list were not sent -- what you did send was almost entirely Plaintiffs' own documents

I'm looking over what you said and comparing that to your exhibit list. I'll call you when I'm done.

-----Original Message-----
**From:** Paul S. Marks [mailto:PMarks@neufeldlawgroup.com]
**Sent:** Monday, November 12, 2007 1:17 PM
**To:** Milton Yasunaga; LOUISE ING
**Cc:** Timothy L. Neufeld
**Subject:** RE: Ocean Duke's exhibits were tardily sent over just now, but many exhibits on ODC's list were not sent -- what you did send was almost entirely Plaintiffs' own documents

Milton:

Items 5, 7, and 64-67 do not exist yet or are not in our possession. As soon as they are created or discovered, you will be provided with them. We do not believe you are prejudiced by our not having turned them over, since we do not have them either.

We hereby WITHDRAW items 14 through 21 and 24, 42, and 56 from the Exhibit List.

Finally, the remaining exhibits you mentioned in your e-mail below are hereby withdrawn as they, or their substantial equivalent, appear on your list, and we have counter-deisgnated all exhibits on your list.

Thus, of the items to which your e-mail below refers, we are intending to use only items 5, 7, and 64-67 at trial.

I am available to discuss preparation of the joint list today. Thank you.

Paul

**From:** Milton Yasunaga [mailto:myasunaga@cades.com]
**Sent:** Friday, November 09, 2007 7:20 PM
**To:** LOUISE ING
**Cc:** Paul S. Marks; Timothy L. Neufeld
**Subject:** Ocean Duke's exhibits were tardily sent over just now, but many exhibits on ODC's list were not sent -- what you did send was almost entirely Plaintiffs' own documents

You finally sent over a copy of Ocean Duke's proposed exhibits around 4 p.m. today (November 9) as indicated by the email below, which is several days after the court-ordered deadline of Tuesday November 6, but worse yet, what you sent me does not contain the following exhibits (which were only vaguely described on your exhibit list):

11/12/2007                                                                 Exhibit B

Exhibit 3
Exhibit 4
Exhibit 5
Exhibit 7
Exhibit 14
Exhibit 15
Exhibit 16
Exhibit 17
Exhibit 18
Exhbiit 19
Exhibit 20
Exhibit 21
Exhibit 24
Exhibit 42
Exhibit 48
Exhibit 56
Exhibit 63
Exhibit 64
Exhibit 65
Exhibit 66
Exhibit 67

Notably, the missing documents include (but are not limited to) "5 - Videos of seafood processing at PT Inti Samudera Citra Perkasa", "7 - Diagrams of seafood process at PT Inti Samudera Citra Perkasa", and 14 through 21: Ocean Duke's financial statements for the years 1999 through 2006. None of these were produced during discovery, and so we have no knowledge of them and have never had an opportunity to do discovery regarding them or prepare for trial in regards to those still never produced exhibits.

Furthermore, the documents you did deliver today, except for Exhibits 6 and 22, were entirely my clients' own patent, agreements, financial records and communications, plus a handful of patent and trademark pages publicly available on the internet.

-----Original Message-----
**From:** Receptionist Department
**Sent:** Friday, November 09, 2007 3:58 PM
**To:** Rose Kuniyoshi
**Cc:** Milton Yasunaga
**Subject:** Delivery in the dummy for MYY from Alston Hunt.

------------------------------------------------------------
Circular 230 Disclosure:  To ensure compliance with
requirements
imposed by the IRS, we inform you that any tax advice
contained in this communication (including any attachments) is
not intended, or written to be used, and cannot be used for the
purpose of avoiding tax-related penalties under the Internal
Revenue Code.
*************************************************************
********************
This message is intended for the use of the individual or
entity
to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under
applicable law. If you are not the intended recipient,
any dissemination, distribution or copying of this
communication
is strictly prohibited.