1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF HAWAII

3

4   WILLIAM R. KOWALSKI and
    HAWAII INTERNATIONAL
5   SEAFOOD, INC.,

6                Plaintiffs,

7         vs.                    Case No. 04-00055 DAE-BMK

8   OCEAN DUKE CORPORATION,

9                Defendant.

10

11   _____

12

13

14         Deposition of DUKE LIN, taken on behalf of

15   Plaintiffs, at 360 East Second Street, Suite 703,

16   Los Angeles, California, beginning at 1:08 p.m. and

17   ending at 4:55 p.m. on Tuesday, October 9, 2007,

18   before NADIA NEWHART, Certified Shorthand Reporter No.

19   8714.

20

21

22

23

24

25

                        Exhibit  C

1      says ODC 5 that has the letter B on it, it has a

2      picture of the chamber that contains the charcoal and

3      a man standing next to it, right?

4              A       That's about that size, yes.

5              Q       That's what you saw?

6              A       Yeah, that size.

7              Q       And the bottom of the chamber is at about

8      the man's waist, and the top is about at his chest,

9      right?

10             A       I don't know the man is close or far

11     away.  That's big difference.

12             Q       Well, it looks like he's standing --

13             A       I cannot look at the picture and see how

14     far across.  You can see from here and there how big

15     they are or you can't say like this, no.

16             Q       Well, assuming that this man looks like

17     he's standing --

18             A       I don't want to guess.  If you want to

19     guess, you guess.  I don't remember exactly.

20             Q       You don't remember exactly what --

21             A       I don't remember exactly.  You can guess

22     from the picture.

23             Q       Slow down so we talk one at a time.

24                     Okay.  But you say the size kind of looks

25     like the picture on ODC 5, but you don't want to be --

58

1    system?

2              A       No.

3              MR. YASUNAGA:   Let's take a break now.

4                   (Recess.)

5    BY MR. YASUNAGA:

6              Q       Okay.  Mr. Lin, when did you first see

7    Exhibit 1, about?

8              A       I remember --

9              Q       I'm talking about the photos and the

10   words printed on Exhibit 1.

11             A       Until yesterday.

12             Q       Yesterday was the first time you saw

13   Exhibit 1?

14             A       Yeah, yeah.

15             Q       So Mr. Shih prepared this, but he

16   didn't --

17             A       No.  Roger taking care.

18             Q       Oh, I see.  Your son dealt with it?

19             A       Yeah.

20             Q       Exhibit 2 seems to be some written

21   explanations of a lot of the photos in Exhibit 1, and

22   I take it you did not see this until yesterday or

23   maybe just now?

24             A       Just now.

25             Q       Okay.  At the top of Exhibit 2, it says

1    "English translation of PowerPoint presentation on

2    carbon monoxide generator."  Did you ever see any

3    PowerPoint presentation that shows these photos in

4    Exhibit 1?

5         A    I didn't see "PowerPoint" name on that.

6         Q    You know what PowerPoint is, right?  They

7    have like a projector or they put it on a TV screen,

8    and I guess they have a computer that has information

9    of the photos, and they can project up photos on some

10   screen.

11        A    On this date, I don't see.

12        Q    Okay.  You didn't see any presentation

13   like that?

14        A    Yeah, yeah.

15        Q    So did you help Mr. Shih create Exhibit 1

16   or Exhibit 2?

17        A    No.

18        Q    Did you suggest to Mr. Shih that he put

19   together some kind of presentation explaining --

20        A    No.

21        Q    -- his system?  No?

22        A    No.  I'm sorry.

23        Q    Have you talked to Mr. Shih about this

24   lawsuit?

25        A    You're talking about when?

70