```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF HAWAII
 3
 4    WILLIAM R. KOWALSKI and
      HAWAII INTERNATIONAL
 5    SEAFOOD, INC.,
 6           Plaintiffs,
 7        vs.                          No. CV 04-00055 BMK
 8    OCEAN DUKE CORPORATION,
 9           Defendants.
10
11
12    _____
13
14
15
16         Deposition of ROGER LIN, taken on behalf of
17    Plaintiffs, at 360 East Second Street, Suite 703,
18    Los Angeles, California, beginning at 10:00 A.M. and
19    ending at 7:00 P.M. on Monday, October 8, 2007,
20    before NANCY L. COLLIER, Certified Shorthand Reporter
21    No. 5819.
22
23
24
25
```

2

Exhibit D

```
 1   than you and your father about PT Inti Samudera's
 2   smoke-generating and filtering equipment and process?
 3       A    I don't believe so.
 4       Q    Okay, I just wanted to check.
 5            I'd like to mark as an Exhibit 1 some photos
 6   that Ocean Duke produced to me during this
 7   litigation, and the pages are Bates stamped ODC-1
 8   through ODC-10, and I'll stop talking while the court
 9   reporter marks them.
10            (Deposition Exhibit 1 was marked for
11            identification by the court reporter.)
12            MR. YASUNAGA:  And as a housekeeping matter
13   first, I would like to use some of the exhibits that
14   I discuss today, I would like to use them when I
15   depose your father tomorrow, so I would like those
16   exhibits to be available tomorrow, and the court
17   reporter indicated she might not be coming back.
18   Paul, could I trust you to hold them so that
19   whichever reporter shows up tomorrow, we'll have
20   them?
21            MR. MARKS:  Or you can hold them.
22            MR. YASUNAGA:  All right.  And could you
23   bring your copy back tomorrow so that when I talk to
24   Duke Lin you've got it?
25            MR. MARKS:  Yes.
```

90

1    Q    And the best copy of these that Ocean Duke
2    has, are they photographs pasted onto a piece of
3    paper or are they color Xeroxed or black and white or
4    what?
5    A    They would be color printouts.
6         MR. YASUNAGA:  Mr. Marks, I'd like a color
7    copy if I could.
8         MR. MARKS:  I will arrange that.  I don't
9    think I've seen it.  I'm sure I haven't seen it.
10        MR. YASUNAGA:  I appreciate that, thank you.
11   Q    Mr. Lin, can you translate the Chinese
12   characters on the first page of Exhibit 1 for me and
13   tell me what it says?
14   A    I can to some degree.
15   Q    As best you can starting from the beginning
16   and then you can stop and we can break it up.
17   A    It states that, "We use charcoal and air and
18   vacuum oven and vacuum ovening theory to collect
19   carbon monoxide and use this equipment and process to
20   apply for patent."
21   Q    Anything else that it says in the first
22   three lines of Chinese characters?
23   A    That would be all.
24   Q    Now you said, "We use charcoal and air and
25   vacuum oven," and then you said something about

1    A    Literal.

2    Q    Okay, "enclosed burning" which you said you

3 think that a more proper meaning would be "vacuum

4 ovening," something like that?

5    A    Now that I read it one more time, I don't

6 know what a proper translation would be.

7    Q    Well, maybe we'll stick with the literal,

8 "enclosed burning."

9         Then on the second line what's the first

10 word there, something like "theory"?

11   A    The second and third word means "theory."

12   Q    Second and third characters?

13   A    Characters.

14   Q    What's the first character mean?

15   A    It means "of."

16   Q    And after "theory" what word do the first

17 character or characters mean?

18   A    The fourth character means "to."

19   Q    T-o; right?

20   A    Yes.

21   Q    And then the fifth and sixth?

22   A    Fifth and sixth stands for "collect."

23   Q    And the seventh and eighth, is that "carbon

24 monoxide"?

25   A    Seventh, eighth, ninth and tenth means

1   about that.
2       Q    Did you see anybody fiddling with -- I see a
3   couple of knobs and at least one gauge underneath the
4   rectangular oven door; right?
5       A    Yes.
6       Q    Did you see anybody fiddling with any of
7   those knobs or the gauge while you were there?
8       A    I do not recall.
9       Q    And you don't recall being told anything
10  about those knobs or gauge, how they should be used
11  or set; right?
12      A    Right, I did not.
13      Q    At the far left of the door at the top
14  there's something sticking out on the side and on the
15  bottom something else.  Do those look like hinges for
16  the door?
17      A    Yes, they appear to be hinges.
18      Q    And there's some piping or tubing at the top
19  of that oven; right?
20      A    Yes.
21      Q    And some of that piping coming out of the
22  top of the oven leads to the right as we look at the
23  picture; right?
24      A    Yes.
25      Q    What's leading to the left?  At the top of

99

1   the oven I don't know if it's wiring or tubing, but
2   it's going to the left of the oven as you look at the
3   picture. Do you know what that is?
4       A    No, I don't.
5       Q    And as you look at the picture, to the
6   oven's right it looks like a rectangular plastic
7   bucket; right?
8       A    Yes.
9       Q    Do you recall seeing that when you were
10  present at the PT plant, or you don't remember?
11      A    I believe I might have seen it.
12      Q    On the far right of that picture on the
13  first page, is that what you meant by pump?
14      A    Yes.
15      Q    Let's go to the second page of Exhibit 1.
16  It's more of a close-up. That's a close-up of that
17  oven and that rectangular bucket; right?
18      A    Yes.
19      Q    In the picture below the oven there's words
20  that say "Channel, vacuum drawing oven." Do you see
21  that?
22      A    Yes, I do.
23      Q    But when you were actually at the plant, you
24  didn't see it in that kind of detail, did you, or did
25  you?

100

1   A   I do not believe I saw this type of detail.

2   Q   There are two knobs, looks like to me, under
3   that circular gauge. Can you make out the wording
4   under each of those knobs to say what those knobs are
5   for?

6   A   No, I can't.

7   Q   I think the word under the left knob might
8   say "Suction" from looking at the page stamped ODC-6.
9   Does that look right to you?

10  A   Yeah, that appears to be.

11  Q   And actually it looks like on ODC-2 the word
12  under the right-side knob says "Release." Does that
13  seem right? And if you really cannot tell, you can
14  just tell me.

15  A   I cannot tell.

16  Q   And next page stamped ODC-3, and it's also
17  marked "A3," do you know what that is? Well, first
18  of all, I'm sorry, did you see inside that plastic
19  bucket on your trip to the PT plant?

20  A   I do not believe so.

21  Q   So you didn't see what is shown in ODC-3
22  when you were on your trip; right?

23  A   No, I do not believe so.

24  Q   And as far as you remember, Mr. Shih and
25  anyone connected to PT did not explain to you

101

1   Q    At the far end of the coil on the right side
2   seems like there's another tube or piping coming out
3   of that rectangular plastic bucket; right?
4   A    Yes.
5   Q    Then if you turn the page to ODC-4, also
6   marked "A4," does it seem like the hose coming in
7   from the left is connecting to the far end of the
8   coil spring we just saw?
9   A    Yes.
10  Q    And that hose at the left of the picture in
11  ODC-4, it's going into some roughly cylindrical-
12  shaped thing; right?
13  A    Yes.
14  Q    Do you remember seeing that cylindrical-
15  shaped thing when you were at the PT plant?
16  A    Yes, I believe I saw.
17  Q    You have a definite recollection, or you
18  just think you must have seen it since it's in these
19  pictures?
20  A    I don't have a definite recollection.
21  Q    So because they're in this picture, you're
22  thinking, gee, if I saw this, I must have seen that
23  part too; is that right?
24  A    That's correct.
25  Q    You don't actually have a memory of seeing

103

```
 1   it when you are were at the plant; right?
 2       A    No, I don't.
 3       Q    And I appreciate that, and, you know, no one
 4   remembers everything.
 5            Do you know what the purpose of that
 6   cylindrical-shaped device that's on the left side of
 7   the photo in ODC-4 is?
 8       A    I believe that's the filtration device.
 9       Q    And then from that cylindrical-shaped thing
10   there's a hose that connects to this motor; right?
11       A    Yes.
12       Q    And is that thing on the right side of the
13   photo in ODC-4 that looks like it has a motor, is
14   that what you referred to as a pump?
15       A    Yes.
16       Q    And when the smoke went to this pump, then
17   where did it go, if you can tell from this photo?
18       A    I cannot.
19       Q    At the bottom of the pump is like a
20   cylindrical tank.  Do you see that?
21       A    Yes.
22       Q    Do you know what that is?  It's that shaped
23   thing that has a picture of a swan painted on it and
24   the words "SWA."  Do you see that?
25       A    Yes.
```