# CHART OF OBJECTIONS TO OCEAN DUKE'S EXHIBITS

| Defendant's Exhibit No. | Description Of Exhibit | Objection |
|---|---|---|
| 1 | Kowalski Patent | Dup, Withdrawn by ODC |
| ODC Ex 2 | "Shih Patent" (attached hereto as Exhibit D-2) | IR, Prej |
| ODC Ex 3 | "Kowalski patent history" | Dup, Withdrawn by ODC |
| ODC Ex 4 | "Shih patent history" (not produced by Ocean Duke, so no exhibit attached) | UNP, IR, Prej |
| ODC Ex 5 | "Videos of seafood processing at PT Inti Samudera Citra Perkasa" (not produced by Ocean Duke, so no exhibit attached) | UNP, LF, LA, HS, IR, Prej, E |
| ODC Ex 6 | "Photos of seafood processing at PT Inti Samudera Citra Perkasa" (attached hereto as Exhibit D-6) | LF, LA, HS, IR, Prej, E |
| ODC Ex 7 | "Diagrams of seafood process at PT Inti Samudera Citra Perkasa" (not produced by Ocean Duke, so no exhibit attached) | UNP, LF, LA, HS, IR, Prej, E |
| ODC Ex 8 through 13 | Kowalski income statements 1999 through 2004 (Exhibit D-8 thru D-13 hereto, but attorneys eyes only, so to be submitted separately under seal) | IR, Prej, E, Cum |
| ODC Ex 14 through 21 | Ocean Duke's 1999-2006 financial statements (Ocean Duke never produced) | Withdrawn by ODC |
| ODC Ex 22 | "Ocean Duke patent opinion" (attached hereto as Exhibit D-22) | LF, HS, Prej, Irrel, AR, LA |
| ODC Ex 23 | Yamaoka Patent (attached as Exhibit D-23) | IR, Prej |
| ODC Ex 24 | Smits Patent | Withdrawn by ODC |
| ODC Ex 25 | "USPTO Patent Assignment to Leo Sandau" (attached as Exhibit D-25) | IR, Prej, UNP, E |
| ODC Ex 26 | "Patent agreement between Kowalski and | IR, Prej, E |

|  | HISI" (Exhibit D-26 hereto, but attorneys eyes only, so to be submitted separately under seal) |  |
|---|---|---|
| ODC Ex 27 | "USPTO Patent Assignment details of non-assignment to HISI" (attached as Exhibit D-27) | IR, Prej, E, UL |
| ODC Ex 28 through 43 | "Kowalski License Agreements" (Exhibits D 28-43 hereto, but attorneys' eyes only, so to be submitted separately under seal) | IR, Prej, E |
| 44 | "Management Services Agreement: Kowalski and HISI" (Exhibit D-44 hereto, but attorneys' eyes only, so to be submitted separately under seal) | IR, Prej, E |
| 45 | "USPTO Cryofreeze Trademark Record" (for laboratory equipment) (attached as Exhibit D-45) | IR, Prej, E |
| 46 | "USPTO Cryofreeze Trademark Record (for topical analgesic) (attached as Exhibit D-46) | IR, Prej, E |
| 47 | "Notice of Infringement Letter to ODC (K6686-K6704)" |  |
| 48 | "Notice of Infringement Letter to ODC" (ODC never produced, so no copy attached) | UNP, E |
| 49 through 59 | HIS Sales and Gross Profit Summaries 1999-2004 (Exhibit D-49 thru D-59 hereto, but attorneys' eyes only, so to be submitted separately under seal) | IR, Prej, E, Cum |
| 60 | "January 2000 letter (Kowalski to Duke Lin enclosing agreement)" (attached as Exhibit D-60) | Set, IR, Prej, E |
| 61 | "February 2000 letter (IP Insurance Services Corp. to Duke Lin)" (attached as Exhibit D-61) | Set, IR, Prej, E |
| 62 | "October 2002 letter (Kowalski to Duke | (attachment to the letter should |

|    | Lin)"                                                                                                                                                                 | be added)                   |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------|
| 63 | "Packaging of Ocean Duke 'Black Tie' products" (not produced by Ocean Duke, so no exhibit attached)                                                                   | UNP, LA, LF, IR, Prej, E    |
| 64 | "Documents relating to the processes actually used by HIS, Kowalski and their licensees and suppliers to generate tasteless smoke" (not produced by Ocean Duke, so no exhibit attached) | UNP, LF, LA, HS, IR, Prej, E |
| 65 | "Documents relating to the operability of devices built according to the claims of the Kowalski patent" (not produced by Ocean Duke, so no exhibit attached)          | UNP, LF, LA, HS, IR, Prej, E |
| 66 | "Additional exhibits revealed by ongoing discovery and investigation" (not produced by Ocean Duke, so no exhibit attached)                                            | UNP, LF, LA, HS, IR, Prej, E |
| 67 | "Demonstrative evidence" (not produced by Ocean Duke, so no exhibit attached)                                                                                         | UNP, LF, LA, HS, IR, Prej, E |