# PT. Indusamudera citra perkasa

我們使用木炭和空氣利用真空烤箱,悶燒的原理來收集一氧化炭,並利用此套設備收取流程申請專利

A. 機器及設備(簡易式)如圖所示



A1 →



ODC 2



A3



## B. 使用流程 如圖

B1. 放入適當的木炭　啟動真空烘箱　設定溫度180°C






利用Compressor抽取箱內空氣控製2個調鈕及頂上氣閥,使其保持真空狀態,如圖:



ODC 6

啟動開關,開始加熱,一直到設定的溫度如圖:



開關

B2. 開動連接氣閥,開動連接的Compressor並調開右下調口,如圖：



使微量的空氣由右下側進入烘箱內



並經由高溫,加熱的木炭,由頂端的氣閥抽出;其所抽出的氣體為經悶燒木炭所得的混合CO

Pt.intisamudera citra perkasa
Jl.ikan tuna block III no.1 benoa bali ,Denpasar

Product :   MR.Steven Shih

## English Translation of PowerPoint presentation on carbon monoxide generator

**Slide 1:**

We heat up the interior of a vacuum oven containing charcoal to product carbon monoxide and have also obtained a patent on this process.

A. Machine & Equipment (simple version) as picture below.

**Slide 5:**

B.     Operating process as pictured

B1.    Insert natural charcoal
Turn on vacuum oven
Set temperature to 180 C

**Slide 6:**

Use the compressor to draw out air from the vacuum oven. Adjust the 2 controls and monitor the gauge to maintain the state of vacuum, as pictured:

**Slide 7:**

Turn on vacuum oven and increase interior temperature until reaching preset temperature as pictured:

Power switch

**Slide 8:**

B2:    Open the valve, start the compressor and open the bottom right inlet, as picture:

**Slide 9:**

Let a small amount of air enter the vacuum oven from the bottom right...

... then through the heated charcoal, to be drawn out from the top valve;
The drawn out air is the carbon monoxide resulting from the heated charcoal.