**[TO BE FILED UNDER SEAL]**
Attorneys' Eyes Only

Kowalski income statements 1999 through 2004

Exhibit D-8 – D-13