USPTO Assignments on the Web

Page 1 of 1



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Patent Query

# Patent Assignment Details

NOTE: *Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.*

**Total properties: 1**

1. Patent #: 5972401    Issue Dt: 10/26/1999    Application #: 08980392    Filing Dt: 11/28/1997
   Title: PROCESS FOR MANUFACTURING TASTELESS SUPER-PURIFIED SMOKE FOR TREATING SEAFOOD TO BE FROZEN AND THAWED

Reel/Frame: 011149/0863    Pages: 5

Conveyance: FINANCING STATEMENT

Recorded: 10/03/2000

**Assignor**
1. KOWALSKI, WILLIAM R.                                  Exec Dt: 09/07/2000

**Assignee**
1. SANDAU, LEO
   2161 KALIA RD., APT. #306
   HONOLULU, HAWAII 96815

**Correspondence name and address**
CADES SCHUTTE FLEMING & WRIGHT
MARTIN E. HSIA
1000 BISHOP STREET, SUITE 1400
HONOLULU, HAWAII 96813

Search Results as of: 11/05/2007 04:34 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=pat&reel=011149&frame=0863    11/5/2007

Exhibit D-25

**EXHIBIT 25**

USPTO Assignments on the Web

Page 1 of 1



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Patent Query

## Assignment Data Not Available

### For Assignor: HAWAII INTERNATIONAL SEAFOOD

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=pat&qt=asnr&reel=&frame=&pat=&pub=&asnr=Hawaii+International+Seafoo...   11/5/2007