**[TO BE FILED UNDER SEAL]**
Attorneys' Eyes Only

Patent agreement between Kowalski and HISI

Exhibit D-26