**[TO BE FILED UNDER SEAL]**
Attorneys' Eyes Only

Kowalski License Agreements

Exhibits D-28 – D-43