**[TO BE FILED UNDER SEAL]**
Attorneys' Eyes Only

Management Services Agreement:  Kowalski and HISI

Exhibit D-44