

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Nov 9 04:05:34 EST 2007

**TESS HOME** **NEW USER** **STRUCTURED** **FREE FORM** **BROWSE DICT** **SEARCH OG** **BOTTOM** **HELP** **PREV LIST** **CURR LIST** **NEXT LIST** **FIRST DOC** **PREV DOC** **NEXT DOC** **LAST DOC**

Logout   Please logout when you are done to release system resources allocated for you.

Start List At:       OR   Jump  to record:        **Record 1 out of 4**

**TARR Status**   **ASSIGN Status**   **TDR**   **TTAB Status**  ( Use the "Back" button of the Internet Browser to return to TESS)

# CRYOFREEZE

| | |
|---|---|
| Word Mark | CRYOFREEZE |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: laboratory equipment, namely, polycarbonate racks for use in storing and holding microtubes. FIRST USE: 20020700. FIRST USE IN COMMERCE: 20020700 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78583319 |
| Filing Date | March 9, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 29, 2005 |
| Registration Number | 3060427 |
| Registration Date | February 21, 2006 |
| Owner | (REGISTRANT) Scientific Specialties Incorporated CORPORATION CALIFORNIA 1310 Thurman Street Lodi CALIFORNIA 95240 |
| Attorney of Record | Joi A. White, Esq. |
| Type of Mark | TRADEMARK |

Exhibit D-45

EXHIBIT 45

http://tess2.uspto.gov/bin/showfield?f=doc&state=48qto3.2.1                    11/9/2007

**Register** PRINCIPAL
**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY