Trademark Electronic Search System (TESS)                                    Page 1 of 2

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Nov 9 04:05:34 EST 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:           OR [Jump] to record:            **Record 3 out of 4**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| Word Mark | CRYOFREEZE |
| Goods and Services | IC 005. US 006 018 044 046 051 052. G & S: TOPICAL ANALGESIC. FIRST USE: 19980925. FIRST USE IN COMMERCE: 19980925 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75559990 |
| Filing Date | September 28, 1998 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 4, 2000 |
| Registration Number | 2334826 |
| Registration Date | March 28, 2000 |
| Owner | (REGISTRANT) Kustomer Kinetics, Inc. CORPORATION CALIFORNIA 1145 Encanto Drive Arcadia CALIFORNIA 91007 |
| | (LAST LISTED OWNER) PERFORMANCE HEALTH, INC. CORPORATION PENNSYLVANIA 1017 BOYD ROAD SUITE 100 EXPORT PENNSYLVANIA 15632 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Christina J. Moser |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead | |

**EXHIBIT 46**

Exhibit D-46

**Indicator**        LIVE

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ TOP ] [ HELP ] [ PREV LIST ] [ CURR LIST ]
[ NEXT LIST ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY