**[TO BE FILED UNDER SEAL]**
Attorneys' Eyes Only

HIS Sales and Gross Profit Summaries 1999-2004

Exhibit D-49 – D-59