INTELLECTUAL PROPERTY INSURANCE SERVICES CORPORATION

February 11, 2000

11503 Timberwood Circle, Suite 114
Louisville, Kentucky 40223

**CERTIFIED MAIL P 453 889 901**

Mr. Duke Lin
Ocean Duke Corp. dba Duke International
3450 Fujita Street
Torrance, CA 90505

Dear Mr. Lin:

We are writing to you on behalf of Hawaii International Seafood, Inc. owner of U.S. Patent 5,972,401 regarding a tasteless smoke food process. We, Intellectual Property Insurance Services, have caused a Patent Infringement Abatement Policy to be issued on this patent. The policy, in essence, provides the funds to enforce the insured intellectual property (i.e., patents, trademarks and/or copyrights) against infringers.

It has now come to our attention that you offer for sale a tasteless smoke food product.

We would like to take this opportunity to make you aware of U.S. Patent 5,972,401 (copy enclosed) and the insurance policy providing for the enforcement thereof. We invite your careful review of the above identified patent. Should you determine that the process you are using to prepare your food product falls within the scope of the claims of this patent, please contact Bill Kowalski of Hawaii International Seafood, Inc., whose phone number is 808-839-5010. If you are not preparing your food product, or if you determine that the process you use does not fall within the scope of the claims, we would very much appreciate hearing from you promptly the reasoning behind your conclusion.

Sincerely,

*Robin Fletcher*

Robin Fletcher, Esq.

RLF/wb

P.S.    We have also included for your reference a copy of a brochure we compiled some years ago entitled "Twelve Reasons Why Not To Be A Patent Infringer".

cc:    Mr. Bill Kowalski, Hawaii International Seafood, Inc.
       Mr. Jim Shepherd

**EXHIBIT 61**

Exhibit D-61

ODC 87