CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058
MARTIN E. HSIA   2954
ALLISON MIZUO LEE   7619
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Movants
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK<br><br>WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S **EX PARTE** MOTION FOR ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBITS D-8-13, D-26, D-28-44, D-49-59 OF WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S OBJECTIONS TO DEFENDANT OCEAN DUKE CORPORATION'S PROPOSED EXHIBITS; DECLARATION OF MILTON M. YASUNAGA; CERTIFICATE OF SERVICE |
|---|---|

ImanageDB:795668.1

WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S **EX PARTE** MOTION FOR ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBITS D-8-13, D-26, D-28-44, D-49-59 OF WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S OBJECTIONS TO DEFENDANT OCEAN DUKE CORPORATION'S PROPOSED EXHIBITS

WILLIAM R. KOWALSKI (Kowalski) and HAWAII INTERNATIONAL SEAFOOD, INC. (HISI) (jointly, Movants), respectfully move this Court for an order, pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure and to the Protective Order entered by this Court (the "Protective Order"), directing the Clerk of the Court to file under seal (Attorneys' Eyes Only) Exhibits D-8-13, D-26, D-28-44, D-49-59 Of William R. Kowalski And Hawaii International Seafood, Inc.'s Objections To Defendant Ocean Duke Corporation's Proposed Exhibits. (These exhibits are being submitted to the Court for in camera review.)

Exhibits D-8-13 are copies of Plaintiffs' highly confidential income statements, Exhibits D-26 is a copy of a highly confidential business agreement between Kowalski and HISI, Exhibits D28-43 are copies of highly confidential license and technology agreements, Exhibit D-44 is a copy of a highly confidential business agreement between Kowalski and HISI, and Exhibits D-49-59 are copies of highly confidential Sales - Gross Profit Summaries and Financial Statements of HISI. All of these have been designated Highly Confidential – Attorneys' Eyes Only under the protective order. Filing under seal (Attorneys' Eyes Only) is

necessary and appropriate in order to prevent disclosure to competitors (including the non-movant party in this case) or the public of highly competitively sensitive information.

Thus, these exhibits are all highly confidential business information that merits filing under seal under the requirements set forth by the Ninth Circuit of Appeals in <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1180 (9th Cir. 2006).

DATED: Honolulu, Hawaii, November 21, 2007.

CADES SCHUTTE LLP

<u>/s/ Milton M. Yasunaga</u>
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE
Attorneys for
WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.