IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

MILTON M. YASUNAGA, hereby declares:

1. I am counsel for William R. Kowalski and Hawaii International Seafood, Inc. ("HISI"), and make this declaration based on personal knowledge and am competent to testify to the facts herein regarding the motion seeking an order directing the Clerk of the Court to file under seal (Attorneys' Eyes Only) Exhibits D-8-13, D-26, D-28-44, D-49-59 of William R. Kowalski and Hawaii International Seafood, Inc.'s Objections To Defendant Ocean Duke Corporation's Proposed Exhibits. Those exhibits have been lodged with the Court for in camera review.

2. Exhibits D-8-13 are copies of Plaintiffs' highly confidential income

ImanageDB:795668.1

statements, Exhibits D-26 is a copy of a highly confidential business agreement between Kowalski and HISI, Exhibits D28-43 are copies of highly confidential license and technology agreements, Exhibit D-44 is a copy of a highly confidential business agreement between Kowalski and HISI, and Exhibits D-49-59 are copies of highly confidential Sales - Gross Profit Summaries and Financial Statements of HISI. All of these have been designated Highly Confidential – Attorneys' Eyes Only under the protective order in this case. Filing under seal (Attorneys' Eyes Only) is necessary and appropriate in order to prevent disclosure to competitors (including the non-movant party in this case) or the public of highly competitively sensitive information.

    3. Thus, these exhibits are all highly confidential business information that merits filing under seal under the requirements set forth by the Ninth Circuit of Appeals in <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1180 (9th Cir. 2006).

    I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

    DATED: Honolulu, Hawaii, November 21, 2007.

                                  /s/ Milton M. Yasunaga
                                  MILTON M. YASUNAGA