IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:

> Louise K. Y. Ing            ling@ahfi.com
> Allison K. Griffiths       akirk@ahfi.com
> Paul S. Marks              pmarks@neufeldlawgroup.com

DATED: Honolulu, Hawaii, November 21, 2007.

> CADES SCHUTTE LLP
>
> /s/ Milton M. Yasunaga
> MILTON M. YASUNAGA
> MARTIN E. HSIA
> ALLISON MIZUO LEE
> Attorneys for
> WILLIAM R. KOWALSKI and HAWAII
> INTERNATIONAL SEAFOOD, INC.

ImanageDB:795668.1