IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>OCEAN DUKE CORPORATION,<br><br>  Defendant. | CIVIL NO. 04-00055 BMK<br><br>ORDER GRANTING WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S **EX PARTE** MOTION FOR ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBITS D-8-13, D-26, D-28-44, D-49-59 OF WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S OBJECTIONS TO DEFENDANT OCEAN DUKE CORPORATION'S PROPOSED EXHIBITS |

ORDER GRANTING WILLIAM R. KOWALSKI AND HAWAII
INTERNATIONAL SEAFOOD, INC.'S **EX PARTE** MOTION FOR
ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBITS
D-8-13, D-26, D-28-44, D-49-59 OF WILLIAM R. KOWALSKI
AND HAWAII INTERNATIONAL SEAFOOD, INC.'S
OBJECTIONS TO DEFENDANT OCEAN DUKE
CORPORATION'S PROPOSED EXHIBITS

Upon consideration of William R. Kowalski and Hawaii International

Seafood, Inc.'s motion for an order, pursuant to Rule 26(c)(7) of the Federal Rules

of Civil Procedure, directing the filing under seal of Exhibits D-8-13, D-26, D-28-

44, D-49-59 of William R. Kowalski and Hawaii International Seafood, Inc.'s

Objections To Defendant Ocean Duke Corporation's Proposed Exhibits, and

IT APPEARING that the documents identified in the motion are Highly Confidential – Attorneys' Eyes Only information, as that term is defined in the Protective Order entered by this Court, and the Court having determined that the documents merit filing under seal under the requirements set forth by the Ninth Circuit of Appeals in <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1180 (9th Cir. 2006), and that it is necessary and appropriate that the document be filed under seal (accessible only to counsel of record in this action) in order to prevent the disclosure of competitively sensitive information;

IT IS HEREBY ORDERED that Exhibits D-8-13, D-26, D-28-44, D-49-59 of William R. Kowalski and Hawaii International Seafood, Inc.'s Objections To Defendant Ocean Duke Corporation's Proposed Exhibits be filed under seal, accessible only to counsel of record in this action.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 21, 2007

---

<u>William R. Kowalski and Hawaii International Seafood, Inc. v. Ocean Duuke Corporation</u>; Civil No. 04-00055 BMK; United States District Court; District of Hawaii; Order Granting William R. Kowalski and Hawaii International Seafood, Inc.'s Ex Parte Motion For Order Directing the Filing Under Seal of Exhibits D-8-13, D-26, D-28-44, D-49-59 of William R. Kowalski And Hawaii International Seafood, Inc.'S Objections To Defendant Ocean Duke Corporation's Proposed Exhibits