# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. v. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton M. Yasunaga, Allison Mizuo Lee |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Paul S. Marks |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 11/26/2007 | TIME: | 2 - 3 |

COURT ACTION:  EP:  [105] Plaintiffs' William R. Kowalski and Hawaiian International Seafood, Inc.'s Motion in Limine #1 Re Presumption of Infringement Under 35 U.S.C. 295 - DENIED.

[102] Plaintiffs' Motion in Limine #2 Re Defenses Not Described by Defendant Ocean Duke Corporation and Its Answers to Interrogatories - DENIED.

[106] Plaintiffs' Motion in Limine #3 Re Excluding Damage Expert McEnerney and Any Other Expert Whose Opinions and Written Report and Papers Were Not Produced - GRANTED.

[108] Plaintiffs' Motion in Limine #4 Re Excluding Charles Cardile - GRANTED.

[109] Plaintiffs' Motion in Limine #5 Re Excluding Steven Shih - DENIED.

[110] Plaintiffs' Motion in Limine #6 Re Evidence (Exhibits and Witnesses) That Was Not Timely Produced or Identified by Defendant Ocean Duke - DENIED.

[111] Plaintiffs' Motion in Limine #7 Re Excluding Comparison of the Kowalski Patent and the Shih Patent or Statements Indicating That Lack of Infringement Can be Shown by Owning a Patent or by Being Under Another Patent or by Comparing Patents or Equipment or Comparing the Process of the Alleged Infringer With a Drawing of One Example of Carrying Out the Patented Invention or Other Irrelevant Considerations - DENIED.

[97] Defendant's Motion in Limine to Exclude Reference to Hawaii International Seafood

as a Plaintiff for Lack of Standing - DENIED.

[98] Defendant's Motion in Limine to Preclude Evidence and Comment Relating to Alleged Regulatory and/or Administrative Investigations Involving Defendant Ocean Duke Corporation - GRANTED.

[99] Defendant's Motion in Limine to Exclude Alleged Statements by Chris Ragone as Inadmissible Hearsay - DENIED.

Court to prepare the order.

Submitted by Richlyn Young, Courtroom Manager