LOUISE K. Y. ING           2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    ling@ahfi.com
           agriffiths@ahfi.com

TIMOTHY L. NEUFELD      Pro Hac Vice
PAUL S. MARKS           Pro Hac Vice
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
E-mail:    tneufeld@neufeldlawgroup.com
           pmarks@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br>  Defendant. | Case No. CV04-00055 BMK <br><br> **ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO SEAL EXHIBITS IN SUPPORT OF MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #3 RE EXCLUDING DAMAGE EXPERT McENERNEY, ETC., FILED 11/14/07** <br><br> TRIAL: December 4, 2007 |

# ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO SEAL EXHIBITS IN SUPPORT OF MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #3 RE EXCLUDING DAMAGE EXPERT McENERNEY, ETC., FILED 11/14/07

The Court has reviewed the Ex Parte Motion to Seal Exhibits in Support of Memorandum in Opposition to Plaintiff's Motion in Limine #3 re Excluding Damage Expert McEnerney, Etc., Filed November 14, 2007. Good cause exists under Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006), for sealing the exhibits at issue, because a non-dispositive motion is involved and moreover, the exhibits contain sensitive financial and proprietary information about the parties and third parties which they have an interest in keeping private and out of the hands of competitors. Therefore,

IT IS HEREBY ORDERED that the Ex Parte Motion is hereby GRANTED. Exhibits 1 through 3 to the Memorandum in Opposition to Plaintiff's Motion in Limine #3 re Excluding Damage Expert McEnerney, Etc., Filed November 14, 2007, shall be filed under seal.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 27, 2007

_____
*Kowalski v. Ocean Duke Corporation*, Civil No. CV04-00055 BMK; Order Granting Defendant's Ex Parte Motion to Seal Exhibits in Support of Memorandum in Opposition to Plaintiff's Motion in Limine #3 re Excluding Damage Expert McEnerney, Etc., Filed on November 14, 2007