# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. vs. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton Yasunaga<br>Allison Mizuo |
| ATTYS FOR DEFT: | Louise Ing<br>Paul Marks, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 11/27/2007 | TIME: | 9:45-11:00am |

COURT ACTION: EP: Further Settlement Conference. Further Settlement Conference held. Further Settlement Conference on call.

Submitted by: Shari Afuso, Courtroom Manager