CADES SCHUTTE LLP

| | |
|---|---|
| MILTON M. YASUNAGA | 3058-0 |
| MARTIN E. HSIA | 2954-0 |
| ALLISON MIZUO LEE | 7619-0 |

1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> PLAINTIFFS' MOTION IN LIMINE #8 RE DEFENSES RAISED BY DEFENDANT OCEAN DUKE ON OR AFTER NOVEMBER 13, 2007; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MILTON YASUNAGA; EXHIBIT "1" – "2"; CERTIFICATE OF SERVICE <br><br> TRIAL DATE: December 4, 2007 |

ImanageDB:798335.1

### PLAINTIFFS' MOTION IN LIMINE #8 RE DEFENSES RAISED BY DEFENDANT OCEAN DUKE ON OR AFTER NOVEMBER 13, 2007

Plaintiffs WILLIAM R. KOWALSKI (*"Kowalski"*) and HAWAII INTERNATIONAL SEAFOOD, INC. (*"HISI"*) (collectively *"Plaintiffs"*) move the Court, *in limine*, for an order precluding Defendant OCEAN DUKE CORPORATION (*"Ocean Duke"*) from presenting testimony, argument and evidence at trial relating to the following defenses raised by Ocean Duke on or after November 13, 2007 (the deadline to file motions in limine): (1) patent misuse, (2) lack of enablement, (3) best mode, (4) lack of novelty/anticipation and public use, (5) obviousness, (6) invalidating prior art, and (7) inoperability, and (8) HISI's lack of standing. Additionally, Plaintiffs request that the Court also prohibit Ocean Duke from pursuing the defenses of (1) written description and (2) indefiniteness which were raised for the first time on November 1, 2007, after the October 5, 2007 discovery cut-off (the *"Motion"*).

The Motion is based upon Rules 7, 26(e), and 37(c) of the Federal Rules of Civil Procedure, Local Rules 16.1 and 60.1, the Court's 10/25/06 Stipulated Order Compelling Discovery From Ocean Duke Corporation, and the attached memorandum in support, declaration, and exhibits attached hereto and the pleadings and record herein.

3

DATED: Honolulu, Hawaii, November 29, 2007.

          CADES SCHUTTE LLP

          /s/ Milton M. Yasunaga
          MILTON M. YASUNAGA
          MARTIN E. HSIA
          ALLISON MIZUO LEE
          Attorneys for Plaintiffs
          WILLIAM R. KOWALSKI and HAWAII
          INTERNATIONAL SEAFOOD, INC.