IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:
    Louise K. Y. Ing    ling@ahfi.com
    Allison K. Griffiths    akirk@ahfi.com

ImanageDB:798335.1

2

DATED:  Honolulu, Hawaii, November 28, 2007.

          CADES SCHUTTE LLP

          /s/ Allison Mizuo Lee
          MILTON M. YASUNAGA
          MARTIN E. HSIA
          ALLISON MIZUO LEE
          Attorneys for Plaintiffs
          WILLIAM R. KOWALSKI and HAWAII
          INTERNATIONAL SEAFOOD, INC.