# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. vs. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton Yasunaga |
| ATTYS FOR DEFT: | Louise Ing |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 11/29/2007 | TIME: | 9:05-10:10am |

COURT ACTION:  EP: Further Settlement Conference.  Further Settlement Conference held.  Further Settlement Conference set 11/30/07, 9:00am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager