CADES SCHUTTE LLP

| MILTON M. YASUNAGA | 3058-0 |
| MARTIN E. HSIA | 2954-0 |
| ALLISON MIZUO LEE | 7619-0 |

1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS' MOTION IN LIMINE #8 RE DEFENSES RAISED BY DEFENDANT OCEAN DUKE ON OR AFTER NOVEMBER 13, 2007; DECLARATION OF MILTON YASUNAGA; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: December 4, 2007 |

PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME
FOR HEARING OF PLAINTIFFS' MOTION IN LIMINE
#8 RE DEFENSES RAISED BY DEFENDANT OCEAN
DUKE ON OR AFTER NOVEMBER 13, 2007

Plaintiffs WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., through their attorneys, move this Honorable Court *ex parte* for an order shortening time for hearing on their Motion in Limine #8 Re Defenses Raised By Defendant Ocean Duke On or After November 13, 2007.

This motion is brought pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure and is based on the attached declaration of counsel and the record and files herein.

DATED: Honolulu, Hawaii, November 29, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.