IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

I, Milton M. Yasunaga, hereby declare:

1. I am a member of Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. ("***HISI***") and William R. Kowalski ("***Kowalski***") (jointly, "***Plaintiffs***"). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. This declaration is made in support of Plaintiffs' *ex parte* motion to shorten time for hearing of Motion in Limine #8 Re Defenses Raised By Defendant Ocean Duke On or After November 13, 2007 ("***Motion in Limine #8***").

3. Plaintiffs acknowledge that the deadline to file motions in limine lapsed on November 13, 2007. Plaintiffs would have filed a motion in limine

addressing in detail and with specific examples of the undue prejudice Plaintiffs will suffer (as set forth in Motion in Limine #8) by the November 13, 2007 motions in limine deadline, if Ocean Duke had asserted those new defenses prior to that deadline.

4. Trial is set to commence next week Tuesday, December 4, 2007.

5. The new defenses that are the subject of Plaintiffs' Motion in Limine #8 affect opening statements, preliminary (and closing) jury instructions, the parties' preparation for trial, the presentation of evidence, etc. For example, Ocean Duke's proposed statement of the case and preliminary jury instructions include references to the new defenses, i.e. invalidity.

6. Thus, to avoid potential prejudice to Plaintiffs and jury confusion, the matters set forth in Motion in Limine #8 should be addressed prior to the settlement and giving of preliminary jury instructions and the parties' opening statements, or as soon thereafter as possible. Plaintiffs propose that the Court set the hearing on Motion in Limine #8 for November 30, 2007 if possible or alternatively for December 3, 2007, on which date, the parties will be present at court for further settlement conference.

7. By email dated November 29, 2007, I inquired of Ms. Louise Ing, counsel for Ocean Duke, whether Ocean Duke would agree to a shortened time for

hearing on Motion in Limine #8.  As of the filing of this Ex Parte Motion to Shorten Time, I have not received a response from her to my inquiry.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, November 29, 2007.

/s/ Milton M. Yasunaga
**MILTON M. YASUNAGA**