LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com
            agriffiths@ahfi.com

TIMOTHY L. NEUFELD      *Pro Hac Vice*
PAUL S. MARKS           *Pro Hac Vice*
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:  (213) 625-2650
E-mail:     tneufeld@neufeldlawgroup.com
            pmarks@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Civil No. CV04-00055 BMK <br><br> **DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION IN LIMINE #8 RE DEFENSES RAISED BY DEFENDANT OCEAN DUKE ON OR AFTER NOVEMBER 13, 2007,** |

663,577 / 8827-1

FILED 11/29/07; CERTIFICATE OF SERVICE

TRIAL:   December 4, 2007

**DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION IN LIMINE #8 RE DEFENSES RAISED BY DEFENDANT OCEAN DUKE ON OR AFTER NOVEMBER 13, 2007, FILED 11/29/07**

Defendant Ocean Duke Corporation hereby opposes an expedited hearing on Plaintiffs' Motion in Limine #8. The parties should be focused on trial preparation, with a parallel track for settlement negotiations (to which Ocean Duke is continuing to devote substantial time and energy), not re-litigating rulings already made by this court on November 26, 2007. Requesting a hearing on November 30 or December 3 appears calculated to distract the parties and court from trial preparation and to create pressure on Ocean Duke for settlement purposes.

Motion in Limine #8 is an improper and untimely attempt to have the court reconsider its ruling on Motion in Limine #2 and is based on information and defenses already known to Plaintiffs as of November 26, 2007. The court's rulings on November 26 give sufficient guidance to the parties in preparing for opening statements, preliminary jury instructions, presentation of evidence and other trial preparation.

Plaintiffs have no grounds for complaining about short notice of defenses and other issues for trial when they essentially "made their own bed" by not advancing the litigation of this case in a timely manner and forcing this case to a rushed trial when October settlement talks between the parties failed.

For the foregoing reasons, the request for an expedited hearing should be denied.

DATED:   Honolulu, Hawai`i, November 29, 2007.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION