## DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 3
(Patent At Issue)

[This should precede the handing out of the claim construction charts in Plaintiffs' Proposed Jury Instruction no. 11: the Court should show the jury the **Kowalski and Shih** patents at issue and point out the parts including the specification, drawings and claims, including the claims at issue **in the Kowaski patent (Claims 1, 33, 67, 68 and 69).**]

SOURCE:  United States District Court, Northern District of California, Model Patent Jury Instruction A.2 (2007) (modified)

662,913 / 8827-1

3

Exhibit OD-3