Case 1:04-cv-00055-BMK   Document 164-3   Filed 11/30/2007   Page 1 of 2
Case 1:04-cv-00055-BMK   Document 145   Filed 11/20/2007   Page 13 of 93

Kowalski et al. v. Ocean Duke Corp., Civ. No. 04-055 BMK
Plaintiffs' Proposed Jury Instructions

# PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 9

A patent includes two basic parts, a written description of the invention and the patent claims. The written description, which may include drawings, is often referred to as the "specification" of the patent. (However, sometimes the term "specification" is also used to include the claims.)

You have been provided with a copy of the Kowalski patent. Please refer to the patent as I identify its different sections.

The cover page of the Kowalski patent provides identifying information, including the date the patent issued and patent number along the top, as well as the inventor's name, the filing date, and a list of the prior art publications considered in the Patent Office when the patent was applied for.

The specification of the Kowalski patent begins with an abstract, found on the cover page. The abstract is a brief statement about the subject matter of the invention.

Next, is a graph which appears as Figure 1. Then there are the drawings, which appear as Figures 1, 2(a), 2(b), 2(c), 3(a), 3(b), and 3(c) on the next two pages. The drawings depict various aspects or features of the invention. They are described in words later in the patent specification. The written description of the invention appears next. In this portion of the patent, each page is divided into two columns, which are numbered at the top of the page. The lines on each page are

Kowalski et al. v. Ocean Duke Corp., Civ. No. 04-055 BMK
Plaintiffs' Proposed Jury Instructions

also numbered. The written description of the Kowalski patent begins at column 1, line 1, and continues to column 22, line 55. It includes a background section, a summary of the invention, and a detailed description of the invention, including some specific examples.

The specification ends with one or more numbered paragraphs. These are called the claims. The claims may be divided into a number of steps, referred to as "claim limitations". In the Kowalski patent, the claims begin at column 22, line 65 and continue to the end of the patent, at column 28, line 47.

SOURCE: <u>Federal Circuit Bar Association, Model Patent Jury Instructions</u> 2.3 (para. 1-5) (2002) (Form's blank spaces filled in as intended by the form)

ImanageDB:795665.1

11