Case 1:04-cv-00055-BMK   Document 145   Filed 11/20/2007   Page 17 of 93

Kowalski et al. v. Ocean Duke Corp., Civ. No. 04-055 BMK
Plaintiffs' Proposed Jury Instructions

# PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 11

My definitions of the language of Claims 1, 33, 67, 68, and 69 have been printed up and handed out to you. You must use the definitions I provide to you in considering whether the Kowalski patent has been infringed by Ocean Duke. My definitions are as follow:

Case 1:04-cv-00055-BMK    Document 145    Filed 11/20/2007    Page 18 of 93
Case 1:04-cv-00055-BMK    Document 164-4    Filed 11/30/2007    Page 2 of 7

Kowalski et al. v. Ocean Duke Corp., Civ. No. 04-055 BMK
Plaintiffs' Proposed Jury Instructions

| Claim No. | Court's Definition of What the Claim Language Means |
|---|---|
| 1 | A process for treating meat (including the meat of fish or other seafood) comprising[1] or including: |
|  | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke; |
|  | reducing the taste imparting parts of the produced smoke at least enough so that the resulting or remaining smoke would not give smoke odor and taste to meat when brought into contact with the meat; |
|  | treating meat with the resulting smoke. |

---

[1] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

Kowalski et al. v. Ocean Duke Corp., Civ. No. 04-055 BMK
Plaintiffs' Proposed Jury Instructions

| Claim No. | Court's Definition of What the Claim Language Means |
|---|---|
| 33 | A process for treating meat (including the meat of fish or other seafood) comprising[2] or including: |
|  | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke at ("at" referring to the temperature of the heating apparatus or medium) between about 400° Fahrenheit (204° Centigrade) and about 950° Fahrenheit (510° Centigrade); |
|  | reducing the taste imparting parts of the produced smoke at least enough so that the resulting or remaining smoke would not give smoke odor and taste to meat when brought into contact with the meat; |
|  | treating meat with the resulting smoke. |

---

[2] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

ImanageDB:795665.1                    16

Case 1:04-cv-00055-BMK    Document 145    Filed 11/20/2007    Page 20 of 93
Case 1:04-cv-00055-BMK    Document 164-4    Filed 11/30/2007    Page 4 of 7/93

Kowalski et al. v. Ocean Duke Corp., Civ. No. 04-055 BMK
Plaintiffs' Proposed Jury Instructions

| Claim No. | Court's Definition of What the Claim Language Means |
|---|---|
| 67 | A process for treating food comprising[3] or including: |
|  | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke; |
|  | filtering or separating out or reducing (including[4] by cooling, condensing, settling out, and/or aging) the parts of the smoke which give smoke flavor to food at least enough so that the resulting or remaining smoke does not give smoke flavoring to food when food is exposed to that smoke; |
|  | exposing to or bringing into contact with each other (a) the smoke and (b) the food, without giving a smoke flavor to that food. |

---

[3] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

[4] The word "including," as used here means "including, but not limited to," as opposed to "including only the following."

| Claim No. | Court's Definition of What the Claim Language Means |
|---|---|
| 68 | A process for treating food comprising[5] or including: |
| | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke; |
| | removing the parts of smoke that give smoke odor; |
| | bringing the food and the smoke into contact with each other whereby the amount of smoke odor giving parts that were removed is sufficient to prevent giving a smoke odor to the food. |

---

[5] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

ImanageDB:795665.1                    18

| Claim No. | Court's Definition of What the Claim Language Means |
|---|---|
| 69 | A process for treating food comprising[6] or including: |
| | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke that contains vapor having smoke odor and flavor giving parts; |
| | filtering or separating out or reducing or removing (including[7] by cooling, condensing, settling out, and/or aging) smoke odor and flavor giving parts from the smoke; |
| | bringing food into contact with a sufficiently reduced amount of smoke so as to prevent the food from having a smoke flavor. |

---

[6] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

[7] The word "including," as used here means "including, but not limited to," as opposed to "including only the following."

Kowalski et al. v. Ocean Duke Corp., Civ. No. 04-055 BMK
Plaintiffs' Proposed Jury Instructions

SOURCE: <u>United States District Court, Northern District of California, Model Patent Jury Instructions</u> A.2 (2004). (modified to reference only claim construction aspect).