# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 7
(Independent and Dependent Claims)

This case involves two types of patent claims: independent claims and dependent claims.

An "independent claim" sets forth all of the requirements that must be met in order to be covered by that claim. Thus, it is not necessary to look at any other claim to determine what an independent claim covers. In this case, claim(s) **1, 67, 68 and 69** of the **Kowalski** patent are each independent claims.

The remainder of the claims in the **Kowalski patent (Claim 33)** are "dependent claims." A dependent claim does not itself recite all of the requirements of the claim but refers to another claim for some of its requirements. In this way the claim "depends" on another claim. The law considers a dependent claim to incorporate all of the requirements of the claim(s) to which it refers. The dependent claim then adds its own, additional, requirements. To determine what a dependent claim covers, it is necessary to look at both the dependent claim and any other claim(s) to which it refers. A **process** that meets all of the requirements of both the dependent claim and the claim(s) to which it refers is covered by that dependent claim.

SOURCE:   Fed. Cir. Bar Association Model Patent Jury Instructions B.2.-2.2a (2007) (modified).