# PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 30

Patent claims may exist in two forms, referred to as independent claims and dependent claims. An independent claim does not refer to any other claim of the patent. Thus it is not necessary to look at any other claim to determine what an independent claim covers. Claim 1, 67, 68, and 69 of the Kowalski patent, for example, are independent claims.

A dependent claim refers to at least one other claim in the patent. A dependent claim includes each of the limitations of the other claim or claims to which it refers, as well as the additional limitations recited in the dependent claim itself. Therefore, to determine what a dependent claim covers, it is necessary to look at both the dependent claim and the other claim or claims to which it refers.

For example, claim 33 is a dependent claim. It refers to claim 1. To determine what dependent claim covers, the words of that claim and the words of claim 1 must be read together.

SOURCE:   Federal Circuit Bar Association, Model Patent Jury Instructions 7.2 (2002) (modified).