# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 9
## (Claim Interpretation)

(This replaces the prefatory remarks in Plaintiffs' Proposed Jury Instruction No. 31:)

I will now explain to you the meaning of some of the words of the claims in this case. In doing so, I will explain some of the requirements of the claims. As I have previously instructed you, you must accept my definition of these words in the claims as correct. For any words in the claim for which I have not provided you with a definition, you should apply their plain English meaning. You should not take my definition of the language of the claims as an indication that I have a view regarding how you should decide **the** issues that you are being asked to decide, such as infringement and invalidity. Those issues are yours to decide.

You must use the definitions I provide to you in your consideration of infringement issues.

[Refer to claim charts]

SOURCE:   Fed. Circuit Bar Association Model Patent Jury Instructions 2.3, ¶ 1 (2007) (modified); Federal Circuit Bar Association Model Patent Jury Instructions 7.8 (2002) (modified) (as to paragraph 2 of above instruction)