# PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 31

I have now instructed you as to the types of claims at issue in this case. I will next define the meaning of the words used in the patent claims at issue. You must use the definitions I provide to you in your consideration of infringement issues.

| Claim No. | Court's Definition of What the Claim Language Means |
|---|---|
| 1 | A process for treating meat (including the meat of fish or other seafood) comprising[8] or including: |
|  | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke; |
|  | reducing the taste imparting parts of the produced smoke at least enough so that the resulting or remaining smoke would not give smoke odor and taste to meat when brought into contact with the meat; |
|  | treating meat with the resulting smoke. |

---

[8] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

Kowalski et al. v. Ocean Duke Corp., Civ. No. 04-055 BMK
Plaintiffs' Proposed Jury Instructions

| Claim No. | Court's Definition of What the Claim Language Means |
|---|---|
| 33 | A process for treating meat (including the meat of fish or other seafood) comprising[9] or including: |
| | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke at ("at" referring to the temperature of the heating apparatus or medium) between about 400° Fahrenheit (204° Centigrade) and about 950° Fahrenheit (510° Centigrade); |
| | reducing the taste imparting parts of the produced smoke at least enough so that the resulting or remaining smoke would not give smoke odor and taste to meat when brought into contact with the meat; |
| | treating meat with the resulting smoke. |

---

[9] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

ImanageDB:795665.1                51

| Claim No. | Court's Definition of What the Claim Language Means |
|---|---|
| 67 | A process for treating food comprising[10] or including: |
|  | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke; |
|  | filtering or separating out or reducing (including[11] by cooling, condensing, settling out, and/or aging) the parts of the smoke which give smoke flavor to food at least enough so that the resulting or remaining smoke does not give smoke flavoring to food when food is exposed to that smoke; |
|  | exposing to or bringing into contact with each other (a) the smoke and (b) the food, without giving a smoke flavor to that food. |

---

[10] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

[11] The word "including," as used here means "including, but not limited to," as opposed to "including only the following."

Kowalski et al. v. Ocean Duke Corp., Civ. No. 04-055 BMK
Plaintiffs' Proposed Jury Instructions

| Claim No. | Court's Definition of What the Claim Language Means |
|---|---|
| 68 | A process for treating food comprising[12] or including: |
| | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke; |
| | removing the parts of smoke that give smoke odor; |
| | bringing the food and the smoke into contact with each other whereby the amount of smoke odor giving parts that were removed is sufficient to prevent giving a smoke odor to the food. |

---

[12] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.

| Claim No. | Court's Definition of What the Claim Language Means |
|---|---|
| 69 | A process for treating food comprising[13] or including: |
| | heating carbon containing materials (including wood, and the sawdust and charcoal that can be made from wood) to make smoke that contains vapor having smoke odor and flavor giving parts; |
| | filtering or separating out or reducing or removing (including[14] by cooling, condensing, settling out, and/or aging) smoke odor and flavor giving parts from the smoke; |
| | bringing food into contact with a sufficiently reduced amount of smoke so as to prevent the food from having a smoke flavor. |

---

[13] "Comprising" means including the following limitations set forth in the claim so that a process infringes if it includes those limitations in the claim, regardless of whether it also includes other steps or features.
[14] The word "including," as used here means "including, but not limited to," as opposed to "including only the following."

Kowalski et al. v. Ocean Duke Corp., Civ. No. 04-055 BMK
Plaintiffs' Proposed Jury Instructions

SOURCE:   Federal Circuit Bar Association, Model Patent Jury Instructions 7.8 (2002) (modified).