# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 11
(Literal Infringement)

(This replaces Plaintiffs' Proposed Jury Instruction No. 37:)

To decide whether **Ocean Duke's treated fish** literally infringes a claim of the **Kowalski** patent, you must compare **the method used to treat for color-retention the fish imported and sold by Ocean Duke** with the patent claim and determine whether every requirement of the claim is included in that **method**. If so, **the method used to treat Ocean Duke's fish for color-retention** literally infringes that claim. If, however, **the method used to treat Ocean Duke's fish** does not have every requirement in the patent claim, **the method** does not literally infringe that claim. You must decide literal infringement for each asserted claim separately.

If **the method used to treat Ocean Duke's fish for color-retention** does not itself include every requirement in the patent claim, **Ocean Duke** cannot be liable for infringement merely because other parties supplied the missing elements, unless **Ocean Duke** directed or controlled the acts by those parties.

SOURCE: United States District Court, Northern District of California, Model Patent Jury Instruction B.3 - 3.3 (2007) (modified)

662,913 / 8827-1

14

Exhibit OD-11