# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 13
(Invalidity - Burden of Proof)

(This replaces Plaintiffs' Proposed Jury Instruction No. 40:)

I will now instruct you on the rules you must follow in deciding whether or not **Ocean Duke** has proven that claims **1, 33, 67, 68 and 69** of the **Kowalski** patent are invalid. To prove that any claim of a patent is invalid, **Ocean Duke** must persuade you by clear and convincing evidence. That is, in order to find a claim invalid you must be left with a clear conviction that the claim is invalid.

I now instruct you on the invalidity issues that you have to decide in this case.

SOURCE: United States District Court, Northern District of California, Model Patent Jury Instruction B.4. - 4.1 (2007) (modified)