# PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 40

Ocean Duke claims that Mr. Kowalski's patent is not valid. A patent issued by the United States Patent Office is presumed to be valid in order to rebut this presumption, Ocean Duke must establish by clear and convincing evidence that plaintiffs patent or any claim in the patent is not valid. Clear and convincing evidence is a more exacting standard than proof by a preponderance of the evidence, which only requires that the party's claim be more likely true than not true. Nevertheless, the clear and convincing evidence standard is not as high as the burden of proof applied in a criminal case, which is beyond a reasonable doubt. Each claim of the patent is presumed valid regardless of the status of any other claim in the patent.

Ocean Duke asserts that the patent is invalid because it is _____. If you find by clear and convincing evidence that each of claims 1, 33, 67, 68 or 69 of the Kowalski patent is _____, then you should find the patent claims invalid and render a verdict for Ocean Duke.

SOURCE:   Fifth Circuit Pattern Jury Instructions (Civil), ch. 9 9.2 (2006).