# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 16
(Enablement)

**Ocean Duke** can meet its burden of proving that a patent claim is invalid by showing that the patent does not contain a description of the claimed invention that is sufficiently full and clear to enable a person of ordinary skill in the field to make and use the invention. This is known as the "enablement" requirement.

The patent may be enabling even though it does not expressly state some information if a person of ordinary skill in the field could make and use the invention without having to do excessive experimentation. In determining whether excessive experimentation is required, you may consider the following factors:

the scope of the claimed invention;

the amount of guidance presented in the patent;

the amount of experimentation necessary;

the time and cost of any necessary experimentation;

how routine any necessary experimentation is in the field **of treating fish for color-retention**;

whether the patent discloses specific working examples of the claimed invention;

the nature and predictability of the field; and

662,913 / 8827-1

23

Exhibit OD-16



the level of ordinary skill in the field of **treating fish for color-retention**.

SOURCE:  United States District Court, Northern District of California, Model
Patent Jury Instructions B.4.2. - 4.2b (2007) (modified)

662.913 / 8827-1                                                 24