# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 19
## (Obviousness)

Not all innovations are patentable. A patent claim is invalid if the claimed invention would have been obvious to a person of ordinary skill in the field at the time the application **for the Kowalski patent** was filed. The court, however, is charged with the responsibility of making the determination as to whether a patent claim was obvious based upon your determination of several factual questions. First, you must decide the level of ordinary skill in the field that someone would have had at the time the claimed invention was made. Second, you must decide the scope and content of the prior art. Third, you must decide what difference, if any, existed between the claimed invention and the prior art. Finally, you must determine which, if any, of the following factors have been established by the evidence:

(1) commercial success of a product due to the merits of the claimed invention;

(2) a long felt need for the solution provided by the claimed invention;

(3) unsuccessful attempts by others to find the solution provided by the claimed invention;

(4) copying of the claimed invention by others;

(5) unexpected and superior results from the claimed invention;

(6)  acceptance by others of the claimed invention as shown by praise from others in the field or from the licensing of the claimed inventions;

(7)  other evidence tending to show nonobviousness;

(8)  independent invention of the claimed invention by others before or at about the same time as the named inventor thought of it; and

(9)  other evidence tending to show obviousness.

SOURCE:  United States District Court, Northern District of California, Model Patent Jury Instructions B.4.3. - 4.3b (Alternative 2) (2007) (modified)

662,913 / 8827-1                                         31