32

# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 20
(Scope and Content of Prior Art)

**Kowalski** and **Ocean Duke** disagree as to whether **various** prior art **references** should be included in the prior art you use to decide the validity of claims **1, 33, 67, 68 and 69** of the **Kowalski** patent. In order to be considered as prior art to the **Kowalski** patent, these references must be reasonably related to the claimed invention of that patent. A reference is reasonably related if it is in the same field as the claimed invention or is from another field to which a person of ordinary skill in the field would look to solve a known problem.

SOURCE:  United States District Court, Northern District of California, Model Patent Jury Instructions B.4.3. - 4.3bi (2007) (modified)

662,913 / 8827-1

32

Exhibit OD-20