# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 21
(Differences Over the Prior Art)

In reaching your conclusion as to whether or not **claims 1, 33, 67, 68 and 69** would have been obvious at the time the claimed invention was made, you should consider any difference or differences between the **prior art references** and the claimed requirements.

SOURCE:  United States District Court, Northern District of California, Model Patent Jury Instructions B.4.3. - 4.3bii (2007) (modified)