# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 22
(Level of Ordinary Skill)

Several times, in my instructions, I have referred to a person of ordinary skill in the field of **treating fish for color-retention**. It is up to you to decide the level of ordinary skill in **that** field. You should consider all the evidence introduced at trial in making this decision, including:

(1) the levels of education and experience of persons working in the field;

(2) the types of problems encountered in the field; and

(3) the sophistication of the technology.

**Kowalski** contends that the level of ordinary skill in the field was _____. **Ocean Duke** contends that the level of ordinary skill in the field was _____.

SOURCE: United States District Court, Northern District of California, Model Patent Jury Instructions B.4.3. - 4.3biii (2007) (modified)