# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 23
(Misuse of patent)

Misuse of a patent can render it unenforceable. Patent misuse occurs when a patent owner wrongfully attempts to enforce a patent, either because the patent was fraudulently obtained or because the enforcement methods are unlawfully anticompetitive. Patent misuse may be shown from the totality of the patent holder's conduct and business practices.

SOURCE: *Duplan Corp. v. Deering Milliken, Inc.*, 444 F. Supp. 648 (D.S.C. 1977).