# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 24
(Lost Profits - Generally)

(This replaces Plaintiffs' Proposed Jury Instruction No. 42, ¶¶ 2 and 3:)

To recover lost profits for infringing sales, **Kowalski** must show that but for the infringement there is a reasonable probability that it would have made sales that **Ocean Duke** made of **fish treated for color-retention under** the infringing **method**. **Kowalski must** show the share of **Ocean Duke's** sales that **he** would have made if the **fish imported and sold by Ocean Duke that had been treated under** infringing **method** had not been on the market.

You must allocate the lost profits based upon the customer demand for the patented feature of the infringing **method used to treat the fish imported and sold by Ocean Duke.** That is, you must determine which profits derive from the **fish sold by Ocean Duke which were treated using** patented invention, and not from other features of the infringing **method.**

SOURCE:   United States District Court, Northern District of California, Model Patent Jury Instructions B.5. - 5.2 (2007) (modified)

662.913 / 8827-1

36

Exhibit OD-24