# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 25
(Lost Profits - Market Share)

One way **Kowalski** may prove the number of sales **he** would have made if the infringement had not happened is to prove **his** share of the relevant market excluding infringing products. You may award **Kowalski** a share of profits equal to **his** market share.

In deciding **Kowalski's** market share, you must decide which products are in **his** market. Products are in the same market if they are sufficiently similar to compete against each other. Two products are sufficiently similar if one does not have a significantly higher price than or possess characteristics significantly different than the other.

SOURCE: United States District Court, Northern District of California, Model Patent Jury Instructions B.5. - 5.3 (2007) (modified)