# PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 47

A reasonable royalty is the payment that would have resulted from a hypothetical negotiation between a patent holder and the infringer taking place at the time when the infringing sales first began. In considering the nature of this negotiation, the focus is on what the expectations of the patent holder and the infringer would have been had they entered into an agreement at that time and acted reasonably in those negotiations. However, you must assume that both parties believed the patent was valid and infringed. In addition, you must assume that the patent holder and the infringer were willing to enter into an agreement; your role is to determine what that agreement would have been. The test for reasonable royalty damages is what royalty would have resulted from that hypothetical negotiation and not simply what either party would have preferred.

SOURCE:   United States District Court, Northern district of California, Model Patent Jury Instructions B.5.7 (2004) (modified)