# DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 31
(Trademark Damages - Plaintiff's Actual Damages)

If you find for **Kowalski** on **his infringement** claim and find that **Ocean Duke** had statutory notice or actual notice of **Kowalski's** registered trademark, you must determine **his** actual damages.

**Kowalski** has the burden of proving actual damages by a preponderance of the evidence. Damages means the amount of money which will reasonably and fairly compensate **him** for any **injury** you find was caused by **Ocean Duke's** infringement of **Kowalski's** registered trademark.

You should consider the following:

1. The **injury to Kowalski's** reputation;

2. The **injury to Kowalski's** goodwill, including injury to **his** general business reputation;

3. The lost profits that **Kowalski** would have earned but for **Ocean Duke's** infringement. Profit is determined by deducting all expenses from gross revenues;

4. The expense of preventing customers from being deceived; **and**

5. The cost of future corrective advertising reasonably required to correct any public confusion caused by the infringement.

6. **Any other factors that bear on Kowalski's actual damages.**

SOURCE: Ninth Circuit Manual of Model Jury Instructions 15.25 (2007) (modified)