DEFENDANT OCEAN DUKE'S JURY INSTRUCTION NO. 17
(Best Mode)

**Ocean Duke** can meet its burden of proving that patent claim is invalid by showing that the patent does not disclose what **Kowalski** believed was the best way to carry out the claimed invention at the time the patent application was filed. This is known as the "best mode" requirement. It ensures that the public obtains a full disclosure of the best way to carry out the claimed invention known to **Kowalski** at the time the **Kowalski** patent application was first filed. The disclosure of the best mode must be detailed enough to enable the persons of ordinary skill in the field of **treating fish for color-retention** field to carry out that best mode without excessive experimentation.

The best mode requirement focuses on what **Kowalski** believed at the time the **Kowalski** patent application was first filed. It does not matter whether the best mode contemplated by **Kowalski** was, in fact, the best way to carry out the invention. The question is whether the patent includes what **Kowalski** believed was the best mode at the time the **Kowalski** patent application was filed. If **Kowalski** did not believe there was a best way to carry out the invention at the time that application was filed, there is no requirement that the patent describe a best mode. Although a patent specification must disclose the best mode, it may disclose other modes as well and need not state which of the modes disclosed is best. If

**Kowalski** believed there was a best way to carry out the invention and the patent does not disclose it, the patent is invalid.

SOURCE:   United States District Court, Northern District of California, Model Patent Jury Instructions B.4.2. - 4.2c (2007) (modified)