# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. v. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton M. Yasunaga, Allison M. Lee |
| ATTYS FOR DEFT: | Paul S. Marks, Louise K.Y. Ing |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 12/03/2007 | TIME: | 3-4 |

COURT ACTION:  EP: Status Conference Re Jury Instructions held.

Submitted by Richlyn W. Young, courtroom manager