IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | ) ) ) ) | Civ. No. 04-00055 BMK |
| Plaintiffs, | ) ) ) | ORDER DENYING EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS' MOTION IN LIMINE #8 |
| vs. | ) ) | |
| OCEAN DUKE CORPORATION, | ) ) | |
| Defendant | ) ) | |

ORDER DENYING EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS' MOTION IN LIMINE #8

After motions in limine were heard on November 26, 2007, Plaintiffs filed an additional motion in limine on November 29, 2007, and requested that this motion be heard before trial. The Court is well apprised of the issues raised in this motion, however, and will decide Plaintiffs' additional motion without any further hearing. Accordingly, Plaintiffs' motion to shorten time is hereby DENIED.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: December 3, 2007

Kowalski v. Ocean Duke; Civ. No. 04-00055 BMK; ORDER DENYING EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS' MOTION IN LIMINE #8