# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. vs. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton Yasunaga<br>Plaintiff William Kowalski<br>Allison Mizuo Lee |
| ATTYS FOR DEFT: | Louise Ing<br>Timothy Neufeld<br>Roger Lin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 12/3/2007 | TIME: | 9:15-11:20am<br>1:30-4:30pm |

COURT ACTION: EP: Further Settlement Conference. Further Settlement Conference held. No settlement.

Submitted by: Shari Afuso, Courtroom Manager