# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. v. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton M. Yasunaga, Allison Mizuo Lee |
| ATTYS FOR DEFT: | Paul S. Marks, Louise K.Y. Ing, Timothy L. Neufeld |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Gloria Bediamol |
| DATE: | 12/04/2007 | TIME: | 9 - 4:35 |

COURT ACTION: EP: Jury Selection/1st Day Jury Trial - 34 jurors sworn. 11:10 a.m. 8 jurors selected and sworn.

Opening Statements.

CST: William R. Kowalski.

Exhibits admitted: 140, 36, 64, 41, 47.

Further jury trial 12/5/2007 @ 8:30 a.m.

Submitted by Richlyn Young, Courtroom Manager