# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. v. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton M. Yasunaga, Allison M. Lee |
| ATTYS FOR DEFT: | Paul S. Marks, Louise K.Y. Ing |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Gloria Bediamol |
| DATE: | 12/06/2007 | TIME: | 8:55 - 1:25 |

COURT ACTION:  EP: 2nd Day Jury Trial - continued examination, cross-examination, and re-direct of William R. Kowalski.

Exhibits admitted: 2, 1, 9, 31, 11, 37, 33, 56, 67, 80, 106, 103, 71, 70, 111, 502, 62, 98, 88, 135, 172, 177, 501, 53, 97, 57, 85.

Further jury trial 12/7/2007 @ 8:30 a.m., BMK.

Submitted by Richlyn Young, Courtroom Manager