# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. v. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton M. Yasunaga, Allison M. Lee |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Paul S. Marks |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Gloria Bediamol |
| DATE: | 12/10/2007 | TIME: | 8:35 - 1:40 |

COURT ACTION:  EP: 4th Day Jury Trial - CST: John Salker, David B. Francom. Continued direct examination of Roger Lin.

Exhibits admitted: 141 (as amended), 206.

Further jury trial 12/11/2007 @ 8:30 a.m., BMK.

Submitted by Richlyn Young, Courtroom Manager