# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055BMK |
| CASE NAME: | William R. Kowalski v. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton M. Yasunaga, Allison M. Lee |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Paul S. Marks |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Gloria Bediamol |
| DATE: | 12/11/2007 | TIME: | 8:38 - 3:40 |

COURT ACTION:  EP: 5th Day Jury Trial - CST: Joseph A. Maga. Plaintiffs rest.

[178] Defendant's Motion for Judgment as a Matter of Law Based on Hawaii International Seafood's Lack of Standing to Sue for Patent Infringement - GRANTED.

[179] Defendant's Motion for Judgment as a Matter of Law Based on Failure to Prove Damages - GRANTED IN PART.

[180] Defendant's Motion for Judgment as a Matter of Law Based on Plaintiff William Kowalski's Inability to Claim Damages - GRANTED IN PART.

[181] Defendant's Motion for Judgment as a Matter of Law on Grounds of Patent Invalidity  - DENIED.

Examination of Roger Lin.

Defendant rest.

11:55 a.m. jury excused, to return 12/13/2007 @ 8:30 a.m.

Court excludes Richard Friend as a witness.

Plaintiff's Oral Motion for Judgment as a Matter of Law Re Ocean Duke's Written Description Defense - DENIED.

Exhibits admitted: 13 (cover sheet, introduction page, and table of contents only), 134 (curriculum vitae only), 169, 138, 168, 198 (as amended), 31 (as amended), 191, 509 (as amended), 197, 205, 234, 202, 175.

Settling of jury instructions held.
Further settling of jury instructions set for 12/12/2007 @ 1 p.m., BMK.

Submitted by Richlyn W. Young, courtroom manager