# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055BMK |
| CASE NAME: | William R. Kowalski v. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton M. Yasunaga, Allison M. Lee |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Paul S. Marks |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Gloria Bediamol |
| DATE: | 12/12/2007 | TIME: | 1 - 2:35 |

COURT ACTION:  EP: Further Settling of Jury Instructions.  Objections to Jury Instructions placed on the record.

Rule 50 Judgment GRANTED as to: Trademark Claim, Unfair Competition Claim, and Deceptive Trade Practices Act Claim.

Submitted by Richlyn W. Young, courtroom manager


EO:  Exhibits 167 and 170 admitted by stipulation.

Submitted by Richlyn W. Young, courtroom manager