IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | ) ) ) ) | Civ. No. 04-00055 BMK<br><br>COURT'S ANSWER TO JURY QUESTION NO. 1 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| OCEAN DUKE CORPORATION, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## COURT'S ANSWER TO JURY QUESTION NO. 1

In considering damages, you are to decide the appropriate amount of damages to be awarded.  Please consider the testimony presented, the exhibits admitted into evidence, and my instructions relevant to damages.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: December 13, 2007