# MINUTES

CASE NUMBER:   CV 04-00055BMK

CASE NAME:   William R. Kowalski v. Ocean Duke Corporation

ATTYS FOR PLA:   Milton M. Yasunaga, Allison M. Lee

ATTYS FOR DEFT:   Louise K.Y. Ing, Paul S. Marks

INTERPRETER:

JUDGE:   Barry M. Kurren       REPORTER:   Gloria Bediamol

DATE:   12/13/2007           TIME:   8:35 - 4:20

COURT ACTION:  EP: 6th Day Jury Trial -
Objection to the verdict form placed on the record.
Court instructed the jury.
Closing arguments held.
Bailiff sworn.
12:12 p.m. jury retired to deliberate.
4:15 p.m. jury returned with a verdict in favor of the plaintiff.
Jury polled.
Jury discharged.
Clerk to enter a judgment.
Special Verdict Form filed.
Admitted exhibits returned to the respective parties.

Submitted by Richlyn Young, Courtroom Manager