IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | ) ) ) ) | Civ. No. 04-00055 BMK SPECIAL VERDICT FORM |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| OCEAN DUKE CORPORATION, | ) ) | |
| Defendant. | ) ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 3 2007

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

## SPECIAL VERDICT FORM

When answering the following questions and filling out this special verdict form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

Plaintiff William R. Kowalski is referred to as "Mr. Kowalski." Defendant Ocean Duke Corporation is referred to as "Ocean Duke." U.S. Patent No. 5,972,401 is referred to as the "Kowalski Patent."

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

### FINDINGS ON PATENT INFRINGEMENT CLAIM

1. Do you find that Mr. Kowalski has proven, by a preponderance of the evidence, that the treated seafood imported or sold by Ocean Duke was treated with a process that infringes one or more of the following claims of the Kowalski Patent, as those claims have been construed by the Court?

For each claim listed below, answer "Infringed" or "Not Infringed":

|          | Infringed | Not Infringed |
|----------|-----------|---------------|
| Claim 1  | X         |               |
| Claim 33 | X         |               |
| Claim 67 | X         |               |
| Claim 68 | X         |               |
| Claim 69 | X         |               |

(Note: If you have answered "Not Infringed" to Claim 1 above, you must answer "Not Infringed" to Claim 33)

If you have answered "Infringed" as to any of the above claims 1, 33, 67, 68, **or** 69, then proceed to and answer question 2 below. If you have answered "Not Infringed" to each and every of the above claims 1, 33, 67, 68 **and** 69, do not answer (i.e., skip) questions 2 through 4, but proceed to the instructions following question 4 below.

2

## FINDING ON WILLFUL INFRINGEMENT

2.  Indicate below whether Mr. Kowalski has proven by clear and convincing evidence that Ocean Duke's infringement was willful.

Yes (Willful) _X_      No (Not Willful) ____

Proceed to and answer question 3.

## FINDINGS ON VALIDITY OF PATENT

3.  Has Ocean Duke proven by clear and convincing evidence that any of the following claims of the Kowalski Patent are invalid?

For each claim listed below, answer "Proved Invalid" or "Not Proved Invalid"

|          | Proved Invalid | Not Proved Invalid |
|----------|----------------|--------------------|
| Claim 1  |                | X                  |
| Claim 33 |                | X                  |
| Claim 67 |                | X                  |
| Claim 68 |                | X                  |
| Claim 69 |                | X                  |

If for **at least one** of the claims 1, 33, 67, 68 or 69 you have answered both that the claim is "Infringed" (in response to question 1 above) **AND** "Not Proved Invalid" (in

response to question 3 above), then proceed to and answer question 4 below. If, instead, you have found that **none** of the claims 1, 33, 67, 68 or 69 of the Kowalski Patent are both "Infringed" (in response to question 1 above) **AND** "Not Proved Invalid" (in response to question 3 above), do not answer (i.e. skip) question 4, but proceed to the instructions following question 4 below.

### FINDING ON PATENT INFRINGEMENT DAMAGES

4. What is the total amount of "reasonable royalty" damages Ocean Duke should have to pay Mr. Kowalski?

$ _2,200,000_

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Courtroom Manager that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: _DEC 13, 2007_     By: _[signature]_
                              Jury Foreperson