AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.<br><br>　　　Plaintiff(s),<br><br>　　　V.<br><br><br>OCEAN DUKE CORPORATION<br><br>　　　Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 04-00055 BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>December 18, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]　**Decision by Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.


　　IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of the Plaintiffs in the amount of $2,200,000.00.

　　cc: All counsel of record


| | |
|---|---|
| _____December 18, 2007_____ | _____SUE BEITIA_____ |
| Date | Clerk |
| | |
| | _____/s/Gary Santos_____ |
| | (By) Deputy Clerk |