# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC. | **AMENDED** JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00055 BMK |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| OCEAN DUKE CORPORATION, | December 21, 2007 |
| Defendant(s). | At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered as follows:

1. William R. Kowalski is awarded judgment against Defendant Ocean Duke Corporation for patent infringement in the amount of $2,200,000.00, pursuant to the jury's verdict in this case.

2. Defendant Ocean Duke Corporation is awarded judgment against Plaintiff Hawaii International Seafood, Inc. on all claims.

3. Defendant Ocean Duke Corporation is awarded judgment against Plaintiff William R. Kowalski on his claims of trademark infringement, deceptive trade practices, and unfair competition.

    This Judgment is intended to clarify the current status of the case, and is not a final judgment from which an appeal may be taken.

      The Court will allow the parties 30 days from this entry of judgment to file any post-trial motions regarding outstanding issues in this case, such as injunctive relief, the wilfulness of Defendants' infringement, and prejudgment interest.

      After these outstanding issues have been resolved, the Court will enter final judgment from which an appeal may be taken.

cc: All counsel of record.

| December 21, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |

 

|  | /s/Gary Santos |
|---|---|
|  | (by) Deputy Clerk |

**AMENDED JUDGMENT IN A CIVIL CASE;** CV 04-00055 BMK; William Kowalski and Hawaii International Seafood, Inc., vs. Ocean Duke Corporation