LOUISE K. Y. ING 2394-0
ALLISON KIRK GRIFFITHS 8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile:;:(213) 625-2650
Email: tneufeld@neufeldlawgroup.com

Attorneys for Defendant
OCEAN DUKE CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. CV 04-00055 BMK<br><br>**OCEAN DUKE CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW NOTWITHSTANDING THE VERDICT;** MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PAUL S. MARKS; EXHIBITS A-H; CERTIFICATE OF SERVICE |

**OCEAN DUKE CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW NOTWITHSTANDING THE VERDICT**

Defendant Ocean Duke Corporation moves this court for an order granting it judgment as a matter of law notwithstanding the verdict, on the complaint on file herein. This motion is made under Rule 50 of the Federal Rules of Civil Procedure, and the attached memorandum in support of motion, the Declaration of Paul S. Marks, the pleadings and papers on file herein, as well as all other matters and evidence as may be received by the court at or before the time of the hearing on this motion.

DATED: Los Angeles, California, December 28, 2007.

/s/ Paul S. Marks
TIMOTHY L. NEUFELD
PAUL S. MARKS
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendant
OCEAN DUKE CORPORATION