**TABLE OF CONTENTS**

TABLE OF AUTHORITIES............................................... ii

I. INTRODUCTION.................................................. 1

II. STANDARDS GOVERNING POST-TRIAL RULE 50 MOTIONS...... 1

    A. Standards under Rule 50...................................... 1

    B. The Timing of This Motion................................... 3

    C. Request for Filing of Supplemental Declarations................. 3

III. THE CLAIMS OF THE KOWALSKI PATENT ARE BROADER THAN THE SPECIFICATIONS........................................ 4

    A. Governing Standards........................................ 4

    B. Question of Law............................................ 6

    C. Kowalski Patent............................................ 7

IV. EVIDENCE OF PATENT DAMAGES WAS INSUFFICIENT......... 14

    A. Introduction and Standards.................................. 14

    B. Evidence of Damages Introduced at Trial...................... 15

    C. Insufficient Evidence of Royalty Damages..................... 17

V. CONCLUSION.................................................. 18