## TABLE OF AUTHORITIES

## FEDERAL CASES

*Amgen Inc. v. Hoechst Marion Roussel Inc.*, 314 F.3d 1313 (Fed. Cir. 2003) ......... 6

*Amhil Enterprises, Ltd., v. Wawa, Inc.*, 81 F.3d 1554 (Fed. Cir. 1996) .................... 7

*Aro Manufacturing Co. v. Convertible Top Replacement Co.*, 365 U.S. 336, 81 S. Ct. 599, 5 L. Ed. 592 (1961) ................................................................................ 4

*Continental Paper Bag Co. v. E. Paper Bag Co.*, 210 U.S. 405, 28 S. Ct. 748, 52 L. Ed. 1122 (1908) .................................................................................................. 4

*Continuous Curve Contact Lenses, Inc. v. Rynco Scientific Corporation*, 680 F.2d 605 (9th Cir. 1982) ............................................................................................ 6

*Cooper Cameron Corp. v. Kvaerner Oilfield Products, Inc.*, 291 F.3d 1317 (Fed. Cir. 2002) .......................................................................................................... 5

*Fedorczyk v. Caribbean Cruise Lines*, 82 F.3d 69 (3d Cir. 1996) .......................... 15

*Gentry Gallery v. Berkline Corp.*, 134 F.3d 1473 (Fed. Cir. 1998) .......................... 5

*Hathaway v. Runyon*, 132 F.3d 1214 (8th Cir. 1997) ............................................... 2

*Hodge ex rel. Skiff v. Hodge*, 269 F.3d 155 (2nd Cir. 2001) .................................... 3

*Intel. Prop. Development, Inc. v. UA-Columbia Cablevision, etc.*, 336 F.3d 1308 (Fed. Cir. 2003) ................................................................................................ 14

*International Glass Company, Inc. v. United States*, 408 F.2d 395 (Ct.Cl. 1969) ........................................................................................................................ 11

*J.B. Hunt Transport, Inc. v. General Motors Corp.*, 243 F.3d 441 (8th Cir. 2001) ........................................................................................................................ 17

*Johnson & Johnson Associates, Inc. v. R.E. Service, Co., Inc.*, 285 F.3d 1046 (Fed. Cir. 2002) .......................................................................................................... 4

*Lizardtech, Inc. v. Earth Resource Mapping, Inc.*, 433 F.3d 1373 (Fed. Cir. 2006) .................................................................................................. 4, 6, 11

*Lockwood v. American Airlines*, 107 F.3d 1565 (Fed. Cir. 1997) ............................ 6

*Meloff v. New York Life Insurance Co.*, 240 F.3d 138 (2nd Cir. 2001) ..................... 2

*Nelson v. Tennessee Gas Pipeline Co.*, 243 F.3d 244 (6th Cir. 2001) ..................... 17

*SRI International v. Matsushita Electric Corp.*, 775 F.2d 1107 (Fed. Cir. 1985) ..................................................................................................................... 5

*Shatkin v. McDonnell Douglas Corp.*, 727 F.2d 202 (2nd Cir. 1984) ..................... 18

*Strickland Tower Maintenance, Inc. v. American Telegraph & Telegraph Communications, Inc.*, 128 F.3d 1422 (10th Cir. 1997) ............................................. 2

*Thermoplastics Co. v. Faytex Corp.*, 974 F.2d 1299 (Fed. Cir. 1992) .................. 4, 5

*Trevino v. Gates*, 99 F.3d 911 (9th Cir. 1996) ................................................. 17, 18

*United States Leather, Inc. v. H&W Partnership*, 60 F.3d 222 (5th Cir. 1995) ....... 3

*United States v. Sepulveda*, 15 F.3d 1161 (1st Cir. 1993) ...................................... 15

*Vas-Cath Inc. v. Mahurkar*, 935 F.2d 1555 (Fed. Cir. 1991) ................................... 6

*Wire Tie Machinery Co. v. Pacific Box Corp.*, 107 F.2d 54 (9th Cir. 1939) ... 11, 12

*Zenith Electronics Corp. v. WH-TV Broadcasting Corp.*, 395 F.3d 416 (7th Cir. 2005) ................................................................................................................ 17

## FEDERAL STATUTES

Fed. R. Civ. P. 50(b) .................................................................................... 1, 2, 3