## Annual Sales of Treated Fish
### (1999~2005)

| FISH | YEAR | (LBS) QUANTITY | REVENUE | COST OF GOODS | OVERHEAD & EXPENSES | PROFIT |
|---|---|---|---|---|---|---|
| Grouper (treated) | 1999 | - | $ - | $ - | $ - | $ - |
| Grouper (treated) | 2000 | - | $ - | $ - | $ - | $ - |
| Grouper (treated) | 2001 | - | $ - | $ - | $ - | $ - |
| Grouper (treated) | 2002 | - | $ - | $ - | $ - | $ - |
| Grouper (treated) | 2003 | 600 | $ 1,800 | $ 1,380 | $ 119 | $ 301 |
| Grouper (treated) | 2004 | 1,260 | $ 3,780 | $ 2,898 | $ 249 | $ 633 |
| Grouper (treated) | 2005 | 4,230 | $ 13,592 | $ 9,729 | $ 1,637 | $ 2,226 |
| **Grouper (treated)** | **TOTAL** | **6,090** | **$ 19,172** | **$ 14,007** | **$ 2,005** | **$ 3,160** |
| Mahi-Mahi (treated) | 1999 | - | $ - | $ - | $ - | $ - |
| Mahi-Mahi (treated) | 2000 | - | $ - | $ - | $ - | $ - |
| Mahi-Mahi (treated) | 2001 | - | $ - | $ - | $ - | $ - |
| Mahi-Mahi (treated) | 2002 | 3,900 | $ 9,330 | $ 6,780 | $ 447 | $ 2,103 |
| Mahi-Mahi (treated) | 2003 | 81,605 | $ 206,226 | $ 177,773 | $ 11,316 | $ 17,137 |
| Mahi-Mahi (treated) | 2004 | 7,350 | $ 20,912 | $ 16,083 | $ 1,704 | $ 3,125 |
| Mahi-Mahi (treated) | 2005 | - | $ - | $ - | $ - | $ - |
| **Mahi-Mahi (treated)** | **TOTAL** | **92,855** | **$ 236,468** | **$ 200,636** | **$ 13,468** | **$ 22,364** |
| Mako Shark (tretead) | 1999 | - | $ - | $ - | $ - | $ - |
| Mako Shark (tretead) | 2000 | 11,120 | $ 26,664 | $ 21,038 | $ 1,368 | $ 4,258 |
| Mako Shark (tretead) | 2001 | 25,480 | $ 50,949 | $ 46,465 | $ 2,650 | $ 1,834 |
| Mako Shark (tretead) | 2002 | 7,270 | $ 14,773 | $ 13,214 | $ 771 | $ 788 |
| Mako Shark (tretead) | 2003 | - | $ - | $ - | $ - | $ - |
| Mako Shark (tretead) | 2004 | - | $ - | $ - | $ - | $ - |
| Mako Shark (tretead) | 2005 | - | $ - | $ - | $ - | $ - |
| **Mako Shark (tretead)** | **TOTAL** | **43,870** | **$ 92,386** | **$ 80,717** | **$ 4,789** | **$ 6,880** |
| Scarlet Snapper (treated) | 1999 | - | $ - | $ - | $ - | $ - |
| Scarlet Snapper (treated) | 2000 | 16,610 | $ 59,385 | $ 51,385 | $ 3,046 | $ 4,953 |
| Scarlet Snapper (treated) | 2001 | 120,755 | $ 378,244 | $ 345,577 | $ 19,714 | $ 12,953 |
| Scarlet Snapper (treated) | 2002 | 72,930 | $ 242,703 | $ 207,370 | $ 12,603 | $ 22,730 |
| Scarlet Snapper (treated) | 2003 | 43,260 | $ 169,479 | $ 148,024 | $ 9,688 | $ 11,767 |
| Scarlet Snapper (treated) | 2004 | 97,940 | $ 389,617 | $ 330,942 | $ 39,049 | $ 19,626 |
| Scarlet Snapper (treated) | 2005 | 45,500 | $ 196,065 | $ 161,370 | $ 25,440 | $ 9,255 |
| **Scarlet Snapper (treated)** | **TOTAL** | **396,995** | **$ 1,435,492** | **$ 1,244,668** | **$ 109,541** | **$ 81,283** |
| Swordfish (treated) | 1999 | - | $ - | $ - | $ - | $ - |
| Swordfish (treated) | 2000 | 75,410 | $ 288,311 | $ 245,672 | $ 14,816 | $ 27,823 |
| Swordfish (treated) | 2001 | 69,120 | $ 263,891 | $ 207,617 | $ 13,752 | $ 42,522 |
| Swordfish (treated) | 2002 | 109,724 | $ 398,162 | $ 251,765 | $ 19,278 | $ 127,119 |
| Swordfish (treated) | 2003 | 284,056 | $ 978,427 | $ 653,653 | $ 59,876 | $ 264,899 |
| Swordfish (treated) | 2004 | 144,437 | $ 536,175 | $ 400,507 | $ 45,675 | $ 89,992 |
| Swordfish (treated) | 2005 | 134,490 | $ 577,393 | $ 467,525 | $ 76,668 | $ 33,200 |
| **Swordfish (treated)** | **TOTAL** | **817,237** | **$ 3,042,359** | **$ 2,226,740** | **$ 230,065** | **$ 585,555** |
| Tuna (treated) | 1999 | 438,704 | $ 1,661,120 | $ 1,378,521 | $ 89,368 | $ 193,231 |
| Tuna (treated) | 2000 | 456,958 | $ 2,267,857 | $ 1,858,507 | $ 117,356 | $ 291,993 |
| Tuna (treated) | 2001 | 722,143 | $ 3,298,879 | $ 2,559,768 | $ 171,746 | $ 567,365 |
| Tuna (treated) | 2002 | 1,170,640 | $ 4,759,752 | $ 3,763,456 | $ 230,666 | $ 765,629 |
| Tuna (treated) | 2003 | 908,717 | $ 3,975,702 | $ 3,257,227 | $ 241,923 | $ 476,552 |
| Tuna (treated) | 2004 | 974,535 | $ 4,358,786 | $ 3,580,395 | $ 440,381 | $ 338,010 |
| Tuna (treated) | 2005 | 1,082,161 | $ 5,091,570 | $ 3,972,185 | $ 682,886 | $ 436,500 |
| **Tuna (treated)** | **TOTAL** | **5,753,858** | **$ 25,413,666** | **$ 20,370,059** | **$ 1,974,326** | **$ 3,069,281** |
| **ALL FISH (treated)** | **TOTAL** | **7,110,905** | **$ 30,239,543** | **$ 24,136,827** | **$ 2,334,193** | **$ 3,768,523** |

Exhibit P-193      ODC 18

EXHIBIT E