

# Tasteless Smoked Seafood Association

P.O. Box 30486 • Honolulu, Hawaii 96820 • Ph: (808) 839-5010 • Fax: (808) 833-0712

**Bill Kowalski**
President

**Richard Friend**
Secretary / Treasurer

**Alves, Benedicto.**
Director

**Friend, Richard**
Director

**Kowalski, Bill**
Director

**McCarthy, Kevin**
Director

**Simon, Philip**
Director

**Umamoto, Charles**
Director

**Yap, Dr. Perry**
Director

Angel Seafood, Ltd

Evergreen Enterprises

Hawaii Int'l Seafood, Inc.

Hilo Fish Co., Ltd.

Jana Brands Inc

Ocean Corp

PescaRich Inc.

PT. Intimas Surya

Santa Cruz Trading

June 21, 1999

Senator Daniel K. Inouye
722 Hart Senate Office Building
Washington, D.C. 20510-2201

Re: Tasteless Smoked Seafood different from 100% CO treated tuna

Dear Senator Inouye:

Attached please find the position paper of our newly established Tasteless Smoked Seafood Association (TSSA) entitled "Tasteless Smoked Seafood vs. 100% Carbon Monoxide (CO) treated tuna--a tale of two very different products." We have stood by and watched as our new industry, in which we have invested considerable funds in the development of a safe all-natural process for treating seafood with tasteless smoke, has suffered from the proliferation of artificial, chemical 100% CO treated seafood.

Even worse than the unfair competition of this adulterated product to our much higher quality product, has been misrepresentation of some members of the fresh fish industry that our tasteless smoked product is similar to 100% CO treated seafood.

The truth is the two products are very different. TSSA members produce and distribute product that is treated with tasteless smoke to preserve the fresh-like characteristics of color, taste, and texture of the product after freezing and defrosting. Unscrupulous 100% CO treated tuna producers economically adulterate, mislabel, and misbrand lower quality grades of tuna by enhancing their color to a much greater than natural level and masking the decomposition of the product.

Please read through the attached position paper and you will see that the TSSA desires to form an alliance with you, other reputable seafood organizations, and seafood regulatory bodies to stop the proliferation of economically adulterated, mislabeled, and/or misbranded 100% CO treated product.

Exhibit P-64

EXHIBIT G

K006417

June 22, 1999
Page 2

Enclosed as part of this package is a copy of our "Notification Summary for the use of Tasteless Smoke in the Preservation of Seafood" which was submitted to the U.S. FDA in April 1998. It contains detailed scientific data on our tasteless smoke process and its differences from 100% CO treated process.

The TSSA is comprised of international producers whose factories have been HACCP audited by the National Marine Fisheries Services' (NMFS) Seafood Inspection Program, and domestic distributors nationwide. Two Hawaii companies, Hilo Fish headed by Charlie Umamoto, and my firm, Hawaii International Seafood, Inc. are the largest distributors of tasteless smoked seafood throughout the U.S.

We look forward to your favorable consideration of our position and to banding together with you to end economically adulterated, mislabeled, and misbranded 100% CO treated production and distribution. The TSSA will continue our education efforts among legislators, regulators, and the fish distribution channels as to the safety and value of TSSA certified tasteless smoked seafood.

Sincerely yours,

Bill Kowalski, President

Tasteless Smoked Seafood Association

cc: Margaret Cummisky
    Cameron Naron
    Aaron Leong

K006418