LOUISE K. Y. ING              2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:  ling@ahfi.com
             agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS        (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:;: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-0055 BMK <br><br> **DEFENDANT OCEAN DUKE CORPORATION'S MOTION FOR A NEW TRIAL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PAUL S. MARKS; EXHIBITS A-H;** CERTIFICATE OF SERVICE |

665,888 / 8827-1

## DEFENDANT OCEAN DUKE CORPORATION'S
## MOTION FOR A NEW TRIAL

Defendant Ocean Duke Corporation hereby moves the court for a new trial on the complaint on file herein.  The motion is made under Rule 59 of the Federal Rules of Civil Procedure, and is based on the Memorandum in Support of Motion, the Declaration of Paul S. Marks, the pleadings and papers on file herein, as well as all other matters and evidence as may be received by the court at or before the time of the hearing on this motion.

DATED:  Los Angeles, California, December 28, 2007.

/s/ Paul S. Marks_____
TIMOTHY L. NEUFELD
PAUL S. MARKS
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS

Attorneys for Defendant
OCEAN DUKE CORPORATION

2