## TABLE OF CONTENTS

TABLE OF AUTHORITIES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

I.    INTRODUCTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.    STANDARDS FOR NEW TRIAL MOTIONS. . . . . . . . . . . . . . . . . . . . . . 1

    A.    Rule 59. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    B.    The Timing of This Motion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    C.    Request for Filing of Supplemental Declarations. . . . . . . . . . . . . . 2

III.    THE VERDICT WAS AGAINST THE CLEAR WEIGHT OF THE EVIDENCE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    A.    Infringement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

    B.    Invalidity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

IV.    THE DAMAGES AWARD WAS EXCESSIVE. . . . . . . . . . . . . . . . . . . . 14

V.    OPPOSING COUNSEL COMMITTED MISCONDUCT. . . . . . . . . . . . . 20

VI.    THE JURY COMMITTED MISCONDUCT. . . . . . . . . . . . . . . . . . . . . . 22

VII.    ERRORS OF LAW DURING TRIAL. . . . . . . . . . . . . . . . . . . . . . . . . . 23

VIII.    CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25