# TABLE OF AUTHORITIES

## FEDERAL CASES

*Amgen Inc. v. Hoechst Marion Roussel Inc.*, 314 F.3d 1313 (Fed. Cir. 2003) .......10

*Anderson v. Ford Motor Co.*, 186 F.3d 918 (8th Cir. 1999) ..................22

*Arlio v. Lively*, 474 F.3d 46 (2nd Cir. 2007)..........................................23

*Atlas Food Systems & Services, Inc. v. Crane National Vendors, Inc.*, 99 F.3d 587 (4th Cir. 1996) ...............................................................................4

*Brown by Brown v. Syntex Laboratories, Inc.*, 755 F.2d 668 (8th Cir. 1985)...........5

*Carr v. Wal-Mart Stores, Inc.*, 312 F.3d 667 (5th Cir. 2002)...................4

*Caterpillar Inc. v. Sturman Industrial, Inc.*, 387 F.3d 1358 (Fed. Cir. 2004).........23

*Cobb v. Pozzi*, 363 F.3d 89 (2nd Cir. 2004) .........................................24

*Cooper Cameron Corp. v. Kvaerner Oilfield Products, Inc.*, 291 F.3d 1317 (Fed. Cir. 2002) .......................................................................................9, 10

*D&S Redi-Mix v. Sierra Redi-Mix & Contracting Co.*, 692 F.2d 1245 (9th Cir. 1982) ...............................................................................................15

*Del Monte Dunes at Monterey, Ltd. v. City of Monterey*, 95 F.3d 1422 (9th Cir. 1996) ...............................................................................................14

*Eich v. Board of Regents for Central Missouri State University*, 350 F.3d 752 (8th Cir. 2003)..............................................................................14

*Elcock v. Kmart Corp.*, 233 F.3d 734 (3rd Cir. 2000)............................23

*Fedorczyk v. Caribbean Cruise Lines*, 82 F.3d 69 (3rd Cir. 1996) .........16

*Gentry Gallery v. Berkline Corp.*, 134 F.3d 1473 (Fed. Cir. 1998) .........9

*Gill v. Rollins Protective Services Co.*, 773 F.2d 592 (4th Cir. 1985) .....................4

*Gregory v. Shelby County, Tenn.*, 220 F.3d 433 (6th Cir. 2000)..............................15

*Hemmings v. Tidyman's Inc.*, 285 F.3d 1174 (9th Cir. 2002)..................................21

*Hetzel v. Prince William County, Va.*, 523 U.S. 208, 118 S. Ct. 1210 (1998) ........14

*J.B. Hunt Transport, Inc. v. General Motors Corp.*, 243 F.3d 441 (8th Cir. 2001) ........................................................................................................................17

*Landes Const. Co., Inc. v. Royal Bank of Canada*, 833 F.2d 1365 (9th Cir. 1987) ..........................................................................................................................4

*Lizardtech, Inc. v. Earth Resource Mapping, Inc.*, 433 F.3d 1373 (Fed. Cir. 2001) ................................................................................................................10, 13

*Marcano Rivera v. Turabo Medical Ctr. Partnership*, 415 F.3d 162 (1st Cir. 2005) ..........................................................................................................................3

*McDonald v. Petree*, 409 F.3d 724 (6th Cir. 2005)....................................................4

*Molski v. M.J. Cable, Inc.*, 481 F.3d 724 (9th Cir. 2007)...........................................3

*Moorer v. Baptist Mem. Health Care System*, 398 F.3d 469 (6th Cir. 2005)..........14

*Morgan v. Woessner*, 997 F.2d 1244 (9th Cir. 1993)...............................................14

*Murphy v. City of Long Beach*, 914 F.2d 183 (9th Cir. 1990)..............................4, 24

*Nelson v. Tennessee Gas Pipeline Co.*, 243 F.3d 244 (6th Cir. 2001) .....................17

*Rangolan v. County of Nassau*, 370 F.3d 239 (2nd Cir. 2004) ...............................15

*Ruvalcaba v. City of Los Angeles*, 64 F.3d 1323 (9th Cir. 1995) ...........................23

*Shatkin v. McDonnell Douglas Corp.*, 727 F.2d 202 (2nd Cir. 1984).....................18

*Smith v. Transworld Drilling Co.*, 773 F.2d 610 (5th Cir. 1985).............................4

*Tesser v. Board of Ed. of City School District of City of New York*, 370 F.3d 314 (2nd Cir. 2004) ..................................................................................................21

*Texas Digital Systems, Inc. v. Telegenix, Inc.*, 308 F.3d 1193 (Fed. Cir. 2002) ........................................................................................................................24

*Thomas v. Stalter*, 20 F.3d 298 (7th Cir. 1994) ........................................................4

*Tillman v. Associate of Apt. Owners of Ewa Apts.*, 234 F.3d 1087 (9th Cir. 2000) ..........................................................................................................................2

*Tisdale v. Federal Express Corp.*, 415 F.3d 516 (6th Cir. 2005) ..............................3

*Trevino v. Gates*, 99 F.3d 911 (9th Cir. 1996) ..................................................17, 18

*United States v. Hilliard*, 392 F.3d 981 (8th Cir. 2004) ............................................4

*United States v. Sepulveda*, 15 F.3d 1161 (1st Cir. 1993) .......................................16

*United States v. Tierney*, 947 F.2d 854 (8th Cir. 1991) ..........................................23

*Vas-Cath Inc. v. Mahurkar*, 935 F.2d 1555 (Fed. Cir. 1991) ..................................10

*Zenith Electronics Corp. v. WH-TV Broadcasting Corp.*, 395 F.3d 416 (7th Cir. 2005) .......................................................................................................................17

**FEDERAL STATUTES**

Fed. R. Civ. P. 59 ................................................................................................1, 2