IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-0055 BMK <br><br> DECLARATION OF PAUL S. MARKS |

**DECLARATION OF PAUL S. MARKS**

I, Paul S. Marks, declare:

1. I am counsel to Ocean Duke Corporation, and I have knowledge of the facts set forth herein, and could and would testify under oath to the matters set forth herein.

2. This declaration is being submitted in order to facilitate the court's consideration of the motions for judgment as a matter of law notwithstanding the verdict, and for a new trial. This declaration attaches many of the key trial exhibits upon which these motions are based.

3. Ocean Duke requests the opportunity to supplement this declaration with a separate declaration containing specific references to the trial transcript, and

copies of the relevant pages from the trial transcript, as soon as the official trial transcript is available. To the extent that the motions for judgment as a matter of law notwithstanding the verdict and for a new trial refer to, paraphrase, or quote witness testimony that was presented at trial, I hereby certify that I have accurately stated, to the extent possible and to the best of my ability, the testimony that I recall hearing and/or eliciting from witnesses at the trial.

  4. Attached hereto as Exhibit A is a true and correct copy of the relevant pages of Trial Exhibit 1 (the Kowalski Patent).

  5. Attached hereto as Exhibit B is a true and correct copy of Trial Exhibit 2 (the Shih Patent).

  6. Attached hereto as Exhibit C is a true and correct copy of the relevant pages of Trial Exhibit 71 (the "Notice of Infringement" letter sent to Ocean Duke Corporation).

  7. Attached hereto as Exhibit D is a true and correct copy of Trial Exhibit 70 (Hawaii International Seafood's "contact sheet," referring to an alleged phone call to an Ocean Duke's employee).

  8. Attached hereto as Exhibit E is a true and correct copy of Trial Exhibit 193 (the spreadsheet summarizing Ocean Duke's sales of treated fish, from 1999 to 2005).

9. Attached hereto as Exhibit F is a true and correct copy of Trial Exhibit 53 (the newspaper article referring to Pescarich's "pioneering" use of tasteless smoke in 1994).

10. Attached hereto as Exhibit G is a true and correct copy of Trial Exhibit 64 (the letter from the "Tasteless Smoked Seafood Association").

11. Attached hereto as Exhibit H is a true and correct copy of Trial Exhibit 57 (the letter from Kowalski's lawyer, stating that "tasteless smoke" is "merely a purified version of the filtered smoke that has been used for decades in the processing of seafood").

I declare under penalty of perjury under the laws of Hawaii and the United States of America that the foregoing is true and correct.

Executed on December 28, 2007, at Los Angeles, California.

_____/s/ Paul S. Marks_____
**PAUL S. MARKS**