# HOGAN & HARTSON
## L.L.P.

MARTIN J. HAHN
PARTNER
(202) 637-5926
MJHAHN@HHLAW.COM

March 11, 1999

COLUMBIA SQUARE
555 THIRTEENTH STREET, NW
WASHINGTON, DC 20004-1109
TEL (202) 637-5600
FAX (202) 637-5910

*BY HAND DELIVERY*

Office of Premarket Approval (HFS-215)
Center for Food Safety and Applied Nutrition
Food and Drug Administration
200 C Street SW
Washington, D.C. 20204

Re:  GRAS Exemption Claim for Tasteless Smoke

To Whom it May Concern:

On behalf of our client, Hawaii International Seafood Inc., Honolulu International Airport, P.O. Box 30486, Honolulu, Hawaii 96820, we submit this notification which contains data and information establishing that tasteless smoke is generally recognized as safe (GRAS). We enclose an original and two copies of this notification for your review.

Tasteless smoke is used to protect the taste, aroma and color of seafood at levels sufficient to accomplish this purpose. Tasteless smoke is merely a purified version of the filtered smoke that has been used for decades in the processing of seafood. Although we believe that sufficient data exist to support the GRAS status of tasteless smoke on the basis of common use in foods, this submission establishes that tasteless smoke is GRAS on the basis of scientific procedures as corroborated by common use in foods. In the preamble to the proposal that would establish the GRAS notification, the Food and Drug Administration (FDA) recognized that in certain instances the GRAS status of a food ingredient could be established by demonstrating that it is substantially equivalent in composition to, and has substantially equivalent characteristic properties to, a known GRAS ingredient. Tasteless smoke meets these criteria because it is substantially equivalent to, and has substantially equivalent characteristic properties to, filtered smoke, a GRAS ingredient that has been used by the seafood industry for over 90 years.

Because tasteless smoke is GRAS, it is exempt from the premarket approval requirements of the Federal Food, Drug, and Cosmetic Act. Additional

BRUSSELS  BUDAPEST*  LONDON  MOSCOW  PARIS*  PRAGUE*  WARSAW
BALTIMORE, MD  COLORADO SPRINGS, CO  DENVER, CO  LOS ANGELES, CA  McLEAN, VA  NEW YORK, NY  ROCKVILLE, MD
\\\DC - 66887/1 - 0838049.01
*Affiliated Office

Exhibit 57        K006360

EXHIBIT H

HOGAN & HARTSON L.L.P.

Office of Premarket Approval
March 11, 1999
Page 2

data and information supporting the GRAS status of tasteless smoke, including the raw data, will be made available for the Food and Drug Administration (FDA) review upon request.

If you have any questions, please contact me at the above phone number and address.

Sincerely,

Martin J. Hahn

Enclosures

\\\DC - 66887/1 - 0838049.01

K006361