

RECEIVED TIME   APR. 9.   1:18AM

Exhibit 177    ODC 192

**EXHIBIT 1**