```
                                                                    1

         IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAII


WILLIAM R. KOWALSKI and    )  CIVIL NO. CV 04-00055 BMK
HAWAII INTERNATIONAL       )
SEAFOOD,                   )
                           )           COPY
        Plaintiffs,        )
                           )
    vs.                    )
                           )
OCEAN DUKE CORPORATION,    )
                           )
        Defendant.         )
_____)



         DEPOSITION OF WAYNE T. IWAOKA, Ph.D.

Taken on behalf of Plaintiffs William R. Kowalski and

Hawaii International Seafood at the offices of Cades

Schutte LLP, 1000 Bishop Street, Suite 1200,

Honolulu, Hawaii, 96813, commencing at 10:54 a.m. on

Tuesday, September 11, 2007.


REPORTED BY:  JOAN IZUMIGAWA, CSR No. 136
              Notary Public, State of Hawaii
```

POWERS & ASSOCIATES    (808) 536-2001

**EXHIBIT 3**

1  be -- what's the term I want to use?  Yes.

2  Q. You're saying that small amounts of
3  particulate matter might remain even after you
4  separate out the water vapor; is that right?

5  A. May.

6  Q. Right. But is it also possible that some
7  amounts of particulate matter that was generated
8  could be removed when you remove the water vapor?

9  A. Yes.

10 Q. All right. So I'll try to summarize a bit,
11 and you tell me if it's correct. So when in the Shih
12 process charcoal is heated, various things are
13 produced, including carbon monoxide, water vapor, but
14 other volatiles, as well, right?

15 A. Yes.

16 Q. And even some particulate matter may be
17 produced from heating charcoal, right?

18 A. May be produced.

19 Q. When the Shih process then goes to the next
20 step of removing water vapor, that removal of water
21 vapor removes not just the water vapor but some
22 particulate matter as well as other things that were
23 generated, right?

24 A. It could.

25 Q. Especially the highly water soluble things?

1   A.   That's correct.

2   Q.   Now, this particulate matter -- would you
3   call particulate matter highly water soluble?

4   A.   By definition particulate matter would be
5   solids and they wouldn't be soluble in water. They
6   would be remaining as basically particulate --
7   basically small particles or --

8   Q.   Suspended in the water?

9   A.   Suspended in the water, yes. So it's not a
10  dissolution or dissolving of the particulates.

11  Q.   I see. So it's not correct strictly to use
12  the term "soluble"?

13  A.   That's correct.

14  Q.   But these particulates that are suspended in
15  the water would be removed when you remove the water?

16  A.   Yes.

17  Q.   Do you know what kind of particulates --
18  what these particulates would be that may be
19  generated from heating charcoal?

20  A.   They could be portions of the original
21  charcoal. When they make briquettes, for example,
22  they crush the charcoal into small pieces and then
23  have a binder and glue it together. And so with
24  charcoal you always have a chance for small pieces of
25  the slightly charred wood to become -- that would be