# pt.lntisamudera citra perkasa

我們使用木炭和空氣利用真空烤箱,悶燒的原理來收集一氧化炭,並利用此套設備收取流程申請專利

A. 機器及設備(簡易式)如圖所示



A1 →



**EXHIBIT 4**



A4

ODC 4