IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.,

    Plaintiffs,

vs().       Case No. 04-00055 DAE-BMK

OCEAN DUKE CORPORATION,

    Defendant.

**CERTIFIED COPY**

---

DEPOSITION OF DUKE LIN

Los Angeles, California

Tuesday, October 9, 2007

Reported by:
NADIA NEWHART
CSR No. 8714

Job No. 74508

Exhibit 5

DUKE LIN                                                      10/09/07

1  only type what one person says. Everybody does it. I
2  sometimes do it, but we should both try very hard to
3  speak one at a time, all right?
4          Okay. So you saw some kind of filtering
5  material inside that filtered device, but you
6  didn't -- you couldn't tell what kind of material it
7  was, right?
8      A   Yes.
9      Q   Did you ever -- did Mr. Shih ever tell
10 you what kind of filtering material was inside that
11 filtering device?
12     A   Based on my knowledge, no.
13     Q   Can you describe as best you can what
14 that filtering material looked like?
15     A   I don't know exactly, but I imagine at
16 that time is thinking same thing like water filter in
17 my home with water-filled machine, that kind of
18 filter.
19     Q   It looked like the kind of water filter
20 people have in their homes?
21     A   I think at that time, yes.
22     Q   Well, what color was the material, or was
23 it more than one type of material?
24     A   I don't remember.
25     Q   And did the material fill up that filter

DUKE LIN                                                                    10/09/07

1  A   Yes.
2  Q   And I'm saying cylindrical, but it looks
3  like it's tapered a little narrower at the bottom and
4  a little wider at the top, kind of like a -- like a
5  soft drink cup or something, right?
6  A   No.  That's standard.
7  Q   I'm sorry?
8  A   That's a normal standard one, yes.
9  Q   Right, but it's not a perfect cylinder?
10 It's tapered a little?
11 A   For me, it's the same we used in RCA.
12 Q   Same things you used in RCA?
13 A   Yeah, same thing.  That's why I do not --
14 Q   You don't want to get too specific about
15 the exact dimensions?
16 A   No.  I don't care, because we use that at
17 RCA for many, many years, so I see it.  Okay.  That's
18 it.
19 Q   What did RCA use cylinders for?
20 A   Compression.  Before air pipe go into
21 compression machine, all air needs separate water and
22 air.
23 Q   Do you know what kind of filtering
24 materials RCA used?
25 A   I don't remember.  You can go in the