1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3
     WILLIAM R. KOWALSKI and    ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL       )
     SEAFOOD, INC.,             ) Honolulu, Hawaii
 5                              ) December 4, 2007
              Plaintiff,        )
 6                              ) TESTIMONY OF WILLIAM
         vs.                    ) KOWALSKI
 7                              )
     OCEAN DUKE CORPORATION,    )
 8                              )
              Defendant.        )
 9   _____)
10
            PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 1)
11            BEFORE THE HONORABLE BARRY M. KURREN,
                UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:      MILTON M. YASUNAGA
14                           ALLISON MIZUO LEE
                             Cades Schutte LLP
15                           1000 Bishop St., Ste. 1200
                             Honolulu, Hawaii  96813-4216
16
     For the Defendant:      LOUISE K.Y. ING
17                           Alston Hunt Floyd & Ing
                             1800 ASB Tower
18                           1001 Bishop Street
                             Honolulu, Hawaii  96813
19
                             PAUL MARKS
20                           Neufeld Law Group
                             360 East 2nd Street, Ste. 703
21                           Los Angeles, California 90012

22   Official Court          GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                United States District Court
23                           P.O. Box 50131
                             Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**Exhibit 6**

```
1   BY MR. YASUNAGA:
2   Q    Mr. Kowalski, what is in there, is it a black-and-white
3   copy?
4   A    Yes.  It's a black-and-white copy of a CD, and it's an
5   information CD about Cryofresh and our process.  And also about
6   fresh fish and some of the problems and solutions.
7   Q    Who made that CD?
8   A    My company.
9   Q    At whose request?
10  A    Me.
11  Q    And you just stated some purposes of the CD?
12  A    The purpose is to explain the problems in the fresh fish
13  industry and to explain Cryofresh, which is the brand name for
14  our tasteless smoked product, and its benefits.  And I think
15  that's a summary.
16            MR. YASUNAGA:  Your Honor, I would move Exhibit 140
17  into evidence, so we can show it to the jury.
18            THE COURT:  Any objection?
19            MR. MARKS:  No, Your Honor.
20            THE COURT:  140 admitted.
21            (Exhibit 140 was received in evidence.)
22            MR. YASUNAGA:  Now, through the magic of technology, I
23  guess for the official record, I would have to put this disk in
24  that folder, but to make things easier, the same CD is loaded
25  on to this laptop so we can start it on.
```