1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF HAWAII
 3
    WILLIAM R. KOWALSKI and      ) CIVIL NO. 04-00055BMK
 4  HAWAII INTERNATIONAL         )
    SEAFOOD, INC.,               ) Honolulu, Hawaii
 5                               ) December 6, 2007
               Plaintiff,        ) 8:59 a.m.
 6                               )
         vs.                     )
 7                               )
    OCEAN DUKE CORPORATION,      )
 8                               )
               Defendant.        )
 9  _____)
10
              TRANSCRIPT OF JURY TRIAL (DAY 2)
11         BEFORE THE HONORABLE BARRY M. KURREN,
              UNITED STATES MAGISTRATE JUDGE
12
    APPEARANCES:
13
    For the Plaintiff:       MILTON M. YASUNAGA
14                           ALLISON MIZUO LEE
                             Cades Schutte LLP
15                           1000 Bishop St., Ste. 1200
                             Honolulu, Hawaii  96813-4216
16
    For the Defendant:       LOUISE K.Y. ING
17                           Alston Hunt Floyd & Ing
                             1800 ASB Tower
18                           1001 Bishop Street
                             Honolulu, Hawaii  96813
19
                             PAUL MARKS
20                           Neufeld Law Group
                             360 East 2nd Street, Ste. 703
21                           Los Angeles, California 90012

22  Official Court           GLORIA T. BEDIAMOL, RPR, RMR
    Reporter:                United States District Court
23                           P.O. Box 50131
                             Honolulu, Hawaii 96850
24
    Proceedings recorded by machine shorthand, transcript produced
25  with computer-aided transcription (CAT).
```

**Exhibit 7**

1    meat whether by needle injection or by letting it soak in many
2    hours. Why do you need to have it penetrate all the way to the
3    middle?
4    A    If the smoke doesn't penetrate to the middle, then the
5    untreated area will turn a grayish-brown color, and there won't
6    be color retention. So it will actually look spoiled on the
7    inside when you cut into it.
8    Q    All right. And so Anova has to put the smoke all the way
9    into the center of the meat, and you are saying that they are
10   putting ozone around the outside does not --
11   A    Does not get rid of the smoke flavor on the inside.
12   Q    And you've talked about it quite at length, so let's not
13   go into any details, but I take it for the reasons you've
14   mentioned, carbon monoxide, chemical carbon monoxide gas
15   treated product is not a substitute?
16   A    I don't think carbon monoxide is a substitute. Even look
17   in the specifications we showed today from the big supermarket,
18   they even indicated they don't want carbon monoxide. It has
19   the impression of a suicide gas, and for people that want
20   smoke, it's not a substitute.
21   Q    I think you mentioned the term "pioneering invention" when
22   you were giving that comparison of what the inventor or
23   eyeglasses versus someone who later invents eyeglasses with a
24   protective coating for scratches. Is the Kowalski patent a
25   pioneering invention?

1   A   I believe my patent is a pioneering invention.  It enabled
2   an entirely new industry.  It wasn't an improvement over
3   something else that was done.  It was something that was
4   completely new.
5   Q   The something being using smoke?
6   A   Using smoke without smoke flavor.  So it was a completely
7   new invention.
8   Q   Who said that?  Who said that besides you?
9   A   My attorney said that, for one.
10          THE COURT:  You two guys are made for each other in
11  heaven.
12  BY MR. YASUNAGA:
13  Q   The patent officer came to that conclusion, right?
14  A   Yes, that's true.
15  Q   Did any industry publication say anything about the
16  importance or significance of your tasteless smoke invention in
17  the seafood industry?
18  A   Could you repeat the question?
19  Q   Did any seafood industry magazine or publication say
20  anything about the significance of your tasteless smoke
21  invention to the seafood industry?
22  A   There was one article that called my invention one of the
23  greatest inventions in the last 15 years.  They named three
24  things:  Tasteless smoke, pinboning salmon, and I forget what
25  the other one was, but there were three things they said these