THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.
v.
OCEAN DUKE CORPORATION
Case No.: CV0400055 DAE BMK

*HIGHLY CONFIDENTIAL*

*ATTORNEYS EYES ONLY*

EXPERT REPORT

by

DAVID B. FRANCOM, MS, PHD (ABD)

July 16, 2007

SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CS HI OD
000139

**Exhibit 12**

*Hawaii International v. Ocean Duke*
*Expert Report of David B. Francom*
*July 16, 2007*

*Subject to a Protective Order*
*Highly Confidential-Attorneys' Eyes Only*

**REDACTED**
**Highly Confidential**

- ***Opinion 3 – HIS' Lost Profit Damages.*** Based on the available information, I calculate lost profit damages in a two-supplier and multi-supplier market as shown in *Table 2* below, and at **Exhibits D**$^{P.1}$ and **M** of this report. HIS paid $2,020,560 in excess interest and bank fees due to its lost sales.

*Table 2 – Lost Profit Damages*

|  | Two-Supplier market | Multi-Supplier market |
|---|---|---|
| Lost Profit | $6,358,983$^{P.1}$ | $5,896,641$^{m.1}$ |

**REDACTED**
**Highly Confidential**

Hawaii International Seafood v. Ocean Duke
Expert Report of David B. Francom
July 16, 2007

Case 1:04-cv-00055-BMK    Document 200-14    Filed 01/08/2008    Page 3 of 3

Subject to a Protective Order
Highly Confidential-Attorneys' Eyes Only

**REDACTED**
**Highly Confidential**

An accepted convention among licensing professionals is that, at least as a starting point for negotiation, the licensor would receive approximately 25% of expected future benefit and the licensee approximately 75%. I am not aware that Ocean Duke has produced any information regarding its anticipated profit margin for the alleged infringing product. However, Ocean Duke did provide a summary of profit by species for years 1999 through 2005.[57] Nevertheless, Ocean Duke does not specify what expenses it deducted to determine its profit shown on its "Annual Sales of Treated Fish." As a result, it is not clear whether Ocean Duke's profit summary is for net profit, profit after taxes, or something else. If Ocean Duke produces more information, I reserve the right to update my damage analysis as requested.

**REDACTED**
**Highly Confidential**