

Exhibit 14

Exhibit 111