IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.,

    Plaintiffs,

vs.

OCEAN DUKE CORPORATION,

    Defendants.

No. CV 04-00055 BMK

CERTIFIED COPY

DEPOSITION OF ROGER LIN

Los Angeles, California

Monday, October 8, 2007

Reported by:
NANCY L. COLLIER
CSR No. 5819

JOB No. 74504

Exhibit 15

```
        1    A    When we received the first demand letter.
        2    Q    Did you read the Kowalski patent when you
        3  received that demand letter?
        4    A    I believe so.
09:27   5    Q    Let me change subjects a little bit.  How
        6  can you tell from Ocean Duke's invoices or purchase
        7  orders or other documents that were produced to us,
        8  how can you tell which product was treated with smoke
        9  for color retention as opposed to which product was
09:27  10  untreated?
       11    A    On our invoices treated products would state
       12  "cryo-freeze" to my knowledge.
       13    Q    I won't mark it as an exhibit, but document
       14  ODC-30741 is a packing list that mentions
09:28  15  "Cryo-freeze mako shark steak (Paradise)."  So that
       16  would indicate that that was mako shark treated with
       17  smoke for color retention; right?
       18    A    Yes, it would appear so.
       19    Q    And is the name "cryo-freeze" sometimes
09:28  20  abbreviated as just "cryo" in some of the Ocean Duke
       21  or PT documents?
       22    A    I don't know.
       23    Q    Could be?
       24    A    Possibly.
09:28  25    Q    Paradise and Black Tie are brand names that
```

```
 1 Ocean Duke uses; right?
 2      A    Yes.
 3      Q    Who is Shelley Romero?
 4      A    Before I answer that question, I would like
 5 to request a final time.  How much time has elapsed?
 6           MR. MARKS:  Yeah, I think we're past seven
 7 hours.
 8           MR. YASUNAGA:  Well, you had a lot of breaks
 9 to go discuss privileged stuff.
10           MR. MARKS:  We're almost at 7:00.  We had a
11 one-hour break.  What else do you have?
12              (Discussion held off the record.)
13              (Deposition Exhibit 8 was marked for
14              identification by the court reporter.)
15 BY MR. YASUNAGA:
16      Q    Is Exhibit 8 an exchange of email among
17 Mr. Aaron Borrowman and you and Shelley Romero?
18              (Discussion held between
19           witness and his counsel.)
20           MR. YASUNAGA:  Let the record reflect that
21 Mr. Marks was whispering to the witness and I
22 couldn't hear what was being said.
23           THE WITNESS:  Could you restate that
24 question, please?
25              (Record read:  Is Exhibit 8 an
```

Timestamps: 09:29 (line 5), 09:29 (line 10), 09:30 (line 15), 09:31 (line 20)