IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5 |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5

I hereby certify pursuant to Local Rule 7.5(b)(i) that William R. Kowalski's Memorandum in Opposition to Defendant Ocean Duke Corporation's Motion for New Trial, filed 12/28/07, contains no more than 8636 words of text (including footnotes) according to Microsoft Word's word count program.

DATED:  Honolulu, Hawaii, January 8, 2008.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.