IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | CIVIL NO. 04-00055 BMK |
|---|---|
| Plaintiffs, | DECLARATION OF MILTON M. YASUNAGA |
| v. | |
| OCEAN DUKE CORPORATION, | |
| Defendant. | |

DECLARATION OF MILTON M. YASUNAGA

MILTON M. YASUNAGA, hereby declares:

1. I am a partner of Cades Schutte, LLP, counsel for Plaintiff William R. Kowalski ("***Kowalski***" or "***Plaintiff***"). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Despite my requests for information and documents regarding Ocean Duke's sales of the alleged infringing product (both in formal discovery and informal correspondence with Ocean Duke's counsel) Ocean Duke did not provide these documents and Plaintiff's expert had no opportunity to analyze the information or incorporate it in his opinion on damages. Attached hereto as

ImanageDB:815042.4

Exhibit "10" is an email from me to Ocean Duke's counsel Paul Marks dated May 4, 2007 expressing Plaintiff's damage expert's desire for additional information. Ocean Duke did not provide responsive documents. Ocean Duke's criticism that Mr. Francom relied on the "scantest of evidence from Ocean Duke," therefore, is not well-taken. Ocean Duke should not be to allowed to benefit from a "problem" of its own creation.

3. Attached hereto as Exhibit "1" is a true and correct copy of Declaration of Joseph Maga, previously filed on October 31, 2007, in the consolidated case <u>Kowalski et al v. Mommy Gina Tuna Resources, et al.</u>, Civ. No. 05-00679 BMK, Civ. No. 06-00182 BMK, Civ. No. 05-00787 BMK, Civ. No. 05-00517 BMK.

4. Attached hereto as Exhibit "2" is a true and correct copy of U.S. Patent No. 5,135,770 issued to Underwood that was admitted into evidence at trial as Trial Exhibit 167.

5. Attached hereto as Exhibit "3" is a true and correct copy of U.S. Patent No. .4,883,676 issued to Sophianopolous et al. that was admitted into evidence at trial as Trial Exhibit 168.

6. Attached hereto as Exhibit "4" is a true and correct copy of U.S. Patent 3,615,729 issued to Baker, et al. that was admitted into evidence at trial as Trial Exhibit 169.

7. Attached hereto as Exhibit "5" is a true and correct copy of is a true and

correct copy of U.S. Patent No. 3,462,282 issued to Fessman, et al. that was admitted into evidence at trial as Trial Exhibit 170.

8. Attached hereto as Exhibit "6" is a true and correct copy original November 28, 1997 application that was admitted into evidence at trial as Trial Exhibit 170.

9. Attached hereto as Exhibit "7" is a true and correct copy original March 12, 1997 provisional application that was admitted into evidence at trial as Trial Exhibit 170.

10. Attached hereto as Exhibit "8" is a true and correct copy of the cover page and page 19 (redacted) damages report by Plaintiff's expert David Francom.

11. Attached hereto as Exhibit "9" is a true and correct copy of adocument purporting to represent the Annual Sales of Treated Fish provided by Ocean Duke which was admitted into evidence at trial as Trial Exhibit 193.

12. Attached hereto as Exhibit "10" is a true and correct copy of an email from me to Ocean Duke's counsel Paul Marks dated May 4, 2007 requesting additional detail regarding Ocean Duke's sales and purchasing records.

13. Attached hereto as Exhibit "11" is a true and correct copy of the Interview Summary from Kowalski's Patent file that was admitted into evidence at trial as Trial Exhibit 9.

14. Attached hereto as Exhibit "12" is a true and correct copy of an Interview

Summary from Kowalski's Patent file that was admitted into evidence at trial as Trial Exhibit 11.

15. Attached hereto as Exhibit "13" is a true and correct copy of the cover page and pages 121-122 and 126 of Day 2 of the Trial Transcript in this case.

I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, January 8, 2008.

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA