

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

March 29, 2001

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *08/980,392*
FILING DATE: *November 28, 1997*
PATENT NUMBER: *5972401*
ISSUE DATE: *October 26, 1999*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

PART (1) OF (3) PART(S)

E. Bornett
E. BORNETT
Certifying Officer

Exhibit 2

K000019

Exhibit 6

41

CLAIMS

What is claimed is:

1. A process, comprising:

combusting organic material to generate smoke having a particulate phase and a gaseous vapor phase;

super purifying said smoke to reduce substantially all taste imparting particulates and vapors below recognition thresholds for odor and taste, whereby a substantially tasteless super-purified smoke is created; and

treating meat having a freezing point with said tasteless super-purified smoke.

2. A process according to claim 1, wherein said treating step occurs for between approximately 1 second and approximately 60 hours, at a temperature between approximately 0.2 degrees Fahrenheit (0.1 degrees Centigrade) above said meat's freezing point, and approximately 46 degrees Fahrenheit (7.8 degrees Centigrade).

3. A process according to claim 2, further comprising:

freezing said treated meat for storage, whereby frozen meat is created.

4. A process according to claim 2 or 3, wherein said treating step occurs at a temperature between approximately 0.2 degrees Fahrenheit (0.1 degrees Centigrade) above said meat's freezing point, and approximately 38 degrees Fahrenheit (3.4 degrees Centigrade).

K000086