THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII


WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.
v.
OCEAN DUKE CORPORATION
Case No.: CV0400055 DAE BMK

HIGHLY CONFIDENTIAL

ATTORNEYS EYES ONLY


EXPERT REPORT

by

DAVID B. FRANCOM, MS, PHD (ABD)

July 16, 2007


SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY


CS HI OD
000139

**Exhibit 8**

Case 1:04-cv-00055-BMK Document 201-10   Filed 01/08/2008   Page 2 of 2

Hawaii International Seafood, Inc. v. Ocean Duke
Expert Report of David B. Francom
July 16, 2007

Subject to a Protective Order
Highly Confidential-Attorneys' Eyes Only

**REDACTED**
**Highly Confidential**

An accepted convention among licensing professionals is that, at least as a starting point for negotiation, the licensor would receive approximately 25% of expected future benefit and the licensee approximately 75%. I am not aware that Ocean Duke has produced any information regarding its anticipated profit margin for the alleged infringing product. However, Ocean Duke did provide a summary of profit by species for years 1999 through 2005.[57] Nevertheless, Ocean Duke does not specify what expenses it deducted to determine its profit shown on its "Annual Sales of Treated Fish." As a result, it is not clear whether Ocean Duke's profit summary is for net profit, profit after taxes, or something else. If Ocean Duke produces more information, I reserve the right to update my damage analysis as requested.

**REDACTED**
**Highly Confidential**