

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

March 29, 2001

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: 08/980,392
FILING DATE: November 28, 1997
PATENT NUMBER: 5972401
ISSUE DATE: October 26, 1999



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

PART (3) OF (3) PART(S)

E. Bornett
E. BORNETT
Certifying Officer

K000541

Exhibit 11

Exhibit 12



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

LADAS SCHUTTE ROBERTS THE ARCADE
P O BOX 939
HONOLULU HI 96808

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/980,592 | 11/28/97 | | | 1761 06/17/99 |

| First Named Applicant | KOWALSKI | | term ext. = 0 Days. |
|---|---|---|---|

TITLE OF INVENTION: PROCESS FOR MANUFACTURING TASTELESS SUPER-PURIFIED SMOKE FOR TREATING SEAFOOD TO BE FROZEN AND THAWED

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 97-5 | 426-314.000 | | UTILITY | YES | $605.00 | 09/17/99 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

THE ISSUE FEE MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u>

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown above.

   If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or
   B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.*

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

K000542

13/6

| Notice of Allowability | Application No. 08/980,392 | Applicant(s) Kowalski |
|---|---|---|
| | Examiner Drew Becker | Group Art Unit 1761 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *amendment filed MARCH 25, 1999*.

☒ The allowed claim(s) is/are *1-66 and 71-77 renumbered as claims 1-73*.

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
      ☐ received.
      ☐ received in Application No. (Series Code/Serial Number) _____.
      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS
   ☐ because the originally filed drawings were declared by applicant to be informal.
   ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. *10*.
   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.
   ☐ including changes required by the attached Examiner's Amendment/Comment.
   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
   ☐ Notice of References Cited, PTO-892
   ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____
   ☒ Notice of Draftsperson's Patent Drawing Review, PTO-948
   ☐ Notice of Informal Patent Application, PTO-152
   ☐ Interview Summary, PTO-413
   ☒ Examiner's Amendment/Comment
   ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
   ☒ Examiner's Statement of Reasons for Allowance

U.S. Patent and Trademark Office
PTO-37 (Rev. 9-95)                    Notice of Allowability                    Part of Paper No. __13__

Application/Control Number: 08/980,392                                                     Page 2

Art Unit: 1761

### DETAILED ACTION

1.     An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

    Authorization for this examiner's amendment was given in a telephone interview with Martin Hsia on June 15, 1999.

2.     The application has been amended as follows:

    Claim 1, line 1 after "process" insert --for treating meat--.

    Claim 38, line 4 before "super" insert --said tasteless--.

    Claim 40, line 3 before "super" insert --said tasteless--.

    Claim 46, line 1 after "process" insert --for treating meat--.

    Claim 46, line 4 before "eliminating" insert --super purifying said smoke by--.

    Claim 58, line 1 after "process" insert --for treating seafood--.

    Claim 61, line 1 after "process" insert --for treating seafood--.

    Claim 61, line 9 delete "tuna" and insert --seafood,--.

    Claim 61, line 9 delete "point" and insert --point,--.

    Claim 71, line 1 after "process" insert --for treating food--.

    Claim 72, line 1 after "process" insert --for treating food--.

K000544

Application/Control Number: 08/980,392

Art Unit: 1761

Page 3

Claim 73, line 1 after "process" insert --for treating food--.

Claim 47 [50] (amended):

A process <u>for treating meat</u> comprising:

heating organic material to generate smoke, wherein said smoke contains taste compounds;

[treating meat with said smoke; and]

<u>super purifying said smoke by</u> eliminating smoke taste compounds from said smoke;

<s>treating meat with said smoke; and</s>

whereby said treated meat does not retain a smoky taste.

### *Allowable Subject Matter*

3. Claims 1-66 and 71-77 renumbered as claims 1-73 are allowed.

4. The following is an examiner's statement of reasons for allowance: the claimed process for treating food defines over the prior art of record by comprising the steps of generating smoke, removing smoke odor and/or taste compounds from said smoke, and treating a food with said smoke such that the food does not retain a smoky odor or taste.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

K000545

Application/Control Number: 08/980,392                                            Page 4

Art Unit: 1761

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

5. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Drew Becker whose telephone number is (703)-305-0300. The examiner can normally be reached on Monday-Thursday from 7:00 am to 4:00 pm and every other Friday from 7:00 am to 3:00 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Lacey, can be reached on (703)-308-3535. The fax number for this Group is (703)-305-3602.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 308-0651.

David Lacey
Supervisory Patent Examiner
Technology Center 1700
6/17/99

Drew Becker

June 16, 1999

K000546