IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5 |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5

I hereby certify pursuant to Local Rule 7.5(b)(i) that William R. Kowalski's Memorandum in Opposition to Defendant Ocean Duke Corporation's Motion for Judgment As A Matter of Law Notwithstanding the Verdict, filed 12/28/07, contains no more than 8969 words of text (including footnotes) according to Microsoft Word's word count program.

DATED: Honolulu, Hawaii, January 8, 2008.

                              CADES SCHUTTE LLP

                              /s/ Milton M. Yasunaga
                              MILTON M. YASUNAGA
                              Attorney for Plaintiffs
                              WILLIAM R. KOWALSKI and HAWAII
                              INTERNATIONAL SEAFOOD, INC.