# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. vs. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton Yasunaga |
| ATTYS FOR DEFT: | Louise Ing |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 1/10/2008 | TIME: | 8:45-9:00am |

COURT ACTION:  EP:  Status Conference.  Discussion held.  Ms. Ing to confer with her co-counsel as to availability and contact the court to schedule a Settlement Conference.

Submitted by: Shari Afuso, Courtroom Manager