i

# TABLE OF CONTENTS

TABLE OF AUTHORITIES.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

I.    INTRODUCTION.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.   QUESTION OF FACT vs. QUESTION OF LAW.. . . . . . . . . . . . . . . . . . . . 2

III.  TRIAL EVIDENCE ON INVALIDITY.. . . . . . . . . . . . . . . . . . . . . . . . . . 4

      A.   The Kowalski Patent Itself. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

      B.   Dr. Maga's Testimony and the "Smoking" Patents. . . . . . . . . . . . . 12

      C.   The "Original" Patent Applications. . . . . . . . . . . . . . . . . . . . . . . 14

IV.   CASE LAW ON INVALIDITY. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

V.    CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17