## TABLE OF AUTHORITIES

### FEDERAL CASES

*Amhil Enterprises, Ltd. v. Wawa, Inc.*, 81 F.3d 1554 (Fed. Cir. 1996). . . . . . . . . . 2

*Continuous Curve Contact Lenses, Inc. v. Rynco Scientific Corporation*,
680 F.2d 605 (9th Cir. 1982).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Gentry Gallery v. Berkline Corp.*, 134 F.3d 1473 (Fed. Cir. 1998). . . . . . . 15, 16, 17

### FEDERAL RULES

Fed. R. Civ. P. 50; Notes of Advisory Committee on December 1991
Amendment of Rule.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1