IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | ) Civil No. CV04-00055 BMK <br> ) <br> ) **DECLARATION OF PAUL S.** <br> ) **MARKS** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF PAUL S. MARKS

I, PAUL S. MARKS, declare:

1. I am counsel to Ocean Duke Corporation, and I have knowledge of the facts set forth herein, and could and would testify under oath to the matters set forth herein.

2. Attached as Exhibit A is a true and correct copy of the Claims Construction Order for the Yamaoka and Kowalski Patents, filed on October 17, 2007, in *Tuna Processors, Inc. v. Hawaii International Seafood, Inc.,* Civil No. 05-00517 BMK (D. Hawaii).

3. Attached as Exhibit B is a true and correct copy of the Order Granting Motion for Clarification and Reconsideration of Claims Construction Order, filed

667,585 / 8827-1

on November 15, 2007, in *Tuna Processors, Inc. v. Hawaii International Seafood, Inc.,* Civil No. 05-00517 BMK (D. Hawaii).

I declare under penalty of perjury under the laws of Hawaii and the United States of America that the foregoing is true and correct.

Executed on January 18, 2008, at Los Angeles, California.

/s/ Paul S. Marks
PAUL S. MARKS