IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>          Plaintiffs, <br><br>     v. <br><br> OCEAN DUKE CORPORATION, <br><br>          Defendant. | CIVIL NO. CV04-0055 BMK <br><br> **CERTIFICATE OF WORD COUNT** |

## CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to United States District Court Local Rule 7.5(e) that Defendant Ocean Duke Corporation's Reply Memorandum in Support of Motion for Judgment as a Matter of Law Notwithstanding the Verdict, contains 4,438 words.

DATED:  Los Angeles, California, January 18, 2008.

      /s/ Paul S. Marks_____
      LOUISE K. Y. ING
      ALLISON KIRK GRIFFITHS
      TIMOTHY L. NEUFELD
      PAUL S. MARKS
      Attorneys for defendant
        OCEAN DUKE CORPORATION

667,588