# MINUTES

CASE NUMBER:      CV NO. 04-00055BMK

CASE NAME:        William Kowalski Vs. Hawaii Intrnational Seafood Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:

DATE:     01/22/2008               TIME:

COURT ACTION:  EO:    "MINUTE ORDER"

Counsel's Request to extend the filing deadline as to Post Judgment Motions from 1/22/08 to 1/24/2008 is hereby Granted.

Submitted by Leslie L. Sai, Courtroom Manager