CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA        2954-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-0055 BMK <br><br> PLAINTIFF WILLIAM R. KOWALSKI'S MOTION FOR PREJUDGMENT INTEREST, (NON-TAXABLE) COSTS UNDER 35 U.S.C. § 284, AND POST-JUDGMENT INTEREST UNDER 28 U.S.C. § 1961; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MILTON YASUNAGA; DECLARATION OF ALLISON MIZUO LEE; DECLARATION OF WILLIAM R. KOWALSKI; EXHIBITS "A" – "N"; CERTIFICATE OF SERVICE <br><br> TRIAL: December 4 - 13, 2007 |
|---|---|

ImanageDB:821236.4

**PLAINTIFF WILLIAM R. KOWALSKI'S
MOTION FOR PREJUDGMENT INTEREST
AND (NON-TAXABLE) COSTS UNDER 35 U.S.C. § 284
AND POST-JUDGMENT INTEREST UNDER 28 U.S.C. § 1961**

Plaintiff WILLIAM R. KOWALSKI ("*Plaintiff*") moves the Court for an order awarding Plaintiff (1) prejudgment interest on the amount awarded by the jury as reasonable royalty damages under 35 U.S.C. § 284 ("*Section 284*"), (2) expenses incurred by Plaintiff in connection with establishing the damages, i.e. expert witness fees of David Francom under Section 284, and (3) post-judgment interest under 28 U.S.C. § 1961 (the "*Motion*").

The Motion is brought pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Section 284, 28 U.S.C. § 1961, the attached memorandum in support, declaration, exhibits and the records and files in this case.

DATED: Honolulu, Hawaii, January 24, 2008.

        CADES SCHUTTE LLP

        /s/ Milton M. Yasunaga
        MILTON M. YASUNAGA
        MARTIN E. HSIA
        ALLISON MIZUO LEE
        Attorneys for Plaintiffs
        WILLIAM R. KOWALSKI and HAWAII
        INTERNATIONAL SEAFOOD, INC.