IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

I, Milton M. Yasunaga, hereby declare:

1.     I am a member of Cades Schutte, LLP, counsel for Plaintiff William R. Kowalski ("*Kowalski*").  I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2.     Exhibit "A" attached to the motion is a true and accurate copy of the cover page and page 141 of the transcript of Mr. Kowalski's trial testimony on 12/6/07.

3.     Attached hereto as Exhibit "F" is the cover page and page 17 (redacted) of the report of Mr. David Francom, Kowalski's damage expert,

indicating that based on his research, prime plus two percent was the industry standard for borrowing funds.

4.      Attached hereto as Exhibit "L" is a true and correct copy of the invoices sent to me by Campos & Stratis for the services rendered by Mr. Francom and his assistants with respect to this lawsuit.  According to my calculations, Campos & Stratis' fees total $44,481.00.

5.      Despite my requests for information and documents regarding Ocean Duke's sales of the infringing product (both in formal discovery and informal correspondence with Ocean Duke's counsel), Ocean Duke did not provide these documents and Mr. Francom had no opportunity to analyze the information or incorporate it in his opinion on damages.  Attached hereto as Exhibit "M" is a true and correct copy of an email from me to Ocean Duke's counsel Paul Marks dated May 4, 2007 expressing Plaintiff's damage expert's desire for additional information.  Ocean Duke produced no financial statements, accounting reports, or tax returns, and the one-page summary it did provide contained no numbers for 2006 and 2007, and included inappropriate costs, even though at trial, Roger Lin testified that the documents existed on Ocean Duke's accounting system.  A true and correct copy of the cover page and page 13 of the transcript of Roger Lin's trial testimony on December 7, 2007, in which Roger Lin admits that the back-up documents exist, is attached hereto as Exhibit "N."  Ocean Duke produced no

financial statements, accounting reports, or tax returns, and the one-page summary it did provide contained no numbers for 2006 and 2007, and included inappropriate costs.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, January 24, 2008.


/s/ Milton M. Yasunaga
**MILTON M. YASUNAGA**