IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF ALLISON MIZUO LEE |

## DECLARATION OF ALLISON MIZUO LEE

I, Allison Mizuo Lee, hereby declare:

1.     I am an associate at the law firm Cades Schutte, LLP, counsel for Plaintiff William R. Kowalski ("*Plaintiff*").  I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2.     Attached hereto as Exhibit "G" is a true and correct copy of an excel spreadsheet that I prepared to calculate the amount of prejudgment interest accruing on the reasonable amounts owed by Defendant Ocean Duke Corporation ("*Ocean Duke*") from 1999 through January 31, 2008 using the prime rate plus 2

percent, compounded annually. Calculated in this manner (further described below), prejudgment interest in the amount of $689,085.80 is owed.

3.     Attached hereto as Exhibit "I" is a true and correct copy of an excel spreadsheet that I prepared to calculate the amount of prejudgment interest accruing on the reasonable royalty amounts owed by Ocean Duke from 1999 through January 31, 2008 using the prime rate, compounded annually. Calculated in this manner (further described below), prejudgment interest in the amount of $502,058.05 is owed.

4.     The calculation of prejudgment interest at the prime rate plus 2% (compounded annually) and at the prime rate (compounded annually), which are reflected in Exhibits "G" and "I," are based on the following conservative assumptions and reliable data:

a.     The annual prime rate for the years 2000 through 2007 were determined by reference to the federal reserve statistics located at the website "http://www.federalreserve.gov/Releases/h15/data/Annual/H15_PRIME_NA.txt". A true and correct copy of the data that I downloaded from this website regarding the annual prime rate on January 22, 2008 is attached hereto as Exhibit "J." I determined that the prime rate for the month of January 2008 is 7.25% by referring to the information

contained in Exhibit "K," which is a true and correct copy of the historical dates of changes in the prime rate that I obtained from the website "http://research.stlouisfed.org/fred2/data/PRIME.txt" on January 22, 2008. Interest is calculated on the amounts owed through January 31, 2008 on the assumption that final judgment will likely enter sometime after this date.

b.      The "royalty amount" figure adopts the "Total Royalty" amounts used by Mr. David Francom, Plaintiff's damage expert, in his calculation of prejudgment interest using the 10% state statutory rate. A true and correct copy of the schedule summarizing Mr. Francom's prejudgment interest calculations is attached hereto as Exhibit "H."

c.      Royalty payments are assumed to be collected annually, at the end of each year. Interest does not begin to accrue on the royalty amount due in each year until the following year.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, January 24, 2008.


_____
**ALLISON MIZUO LEE**