1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF HAWAII

3
    WILLIAM R. KOWALSKI and        ) CIVIL NO. 04-00055BMK
4   HAWAII INTERNATIONAL           )
    SEAFOOD, INC.,                 ) Honolulu, Hawaii
5                                  ) December 6, 2007
               Plaintiff,          ) 8:59 a.m.
6                                  )
7          vs.                     )
                                   )
    OCEAN DUKE CORPORATION,        )
8                                  )
               Defendant.          )
9   _____ )

10

            TRANSCRIPT OF JURY TRIAL (DAY 2)
11      BEFORE THE HONORABLE BARRY M. KURREN,
            UNITED STATES MAGISTRATE JUDGE
12

    APPEARANCES:
13

    For the Plaintiff:        MILTON M. YASUNAGA
14                            ALLISON MIZUO LEE
                              Cades Schutte LLP
15                            1000 Bishop St., Ste. 1200
                              Honolulu, Hawaii  96813-4216
16
    For the Defendant:        LOUISE K.Y. ING
17                            Alston Hunt Floyd & Ing
                              1800 ASB Tower
18                            1001 Bishop Street
                              Honolulu, Hawaii  96813
19
                              PAUL MARKS
20                            Neufeld Law Group
                              360 East 2nd Street, Ste. 703
21                            Los Angeles, California 90012

22  Official Court           GLORIA T. BEDIAMOL, RPR, RMR
    Reporter:                United States District Court
23                           P.O. Box 50131
                             Honolulu, Hawaii 96850
24
    Proceedings recorded by machine shorthand, transcript produced
25  with computer-aided transcription (CAT).


                        **EXHIBIT A**

1                          I N D E X

2    WITNESSES:                                      PAGE NO.

3

4    WILLIAM KOWALSKI
              DIRECT EXAMINATION (CONTINUED) BY          3
5        MR. YASUNAGA
              CROSS-EXAMINATION BY MR. MARKS             83
6        REDIRECT EXAMINATION BY MR. YASUNAGA          144

7

8    EXHIBIT:                                         PAGE:

9    Exhibit 2 was received in evidence               4
     Exhibit 1 was received in evidence               5
10   Exhibit 9 was received in evidence               9
     Exhibit 31 was received in evidence             15
11   Exhibit 11 was received in evidence             16
     Exhibit 37 was received in evidence             17
12   Exhibit 33 was received in evidence             18
     Exhibit 56 was received in evidence             19
13   Exhibit 67 was received in evidence             26
     Exhibit 80 was received in evidence             30
14   Exhibit 106 was received in evidence            34
     Exhibit 103 was received in evidence            36
15   Exhibit 71 was received in evidence             39
     Exhibit 70 was received in evidence             43
16   Exhibit 111 was received in evidence            47
     Exhibit 502 was received in evidence            50
17   Exhibit 62 was received in evidence             61
     Exhibit 98 was received in evidence             61
18   Exhibit 41 was received in evidence             62
     Exhibit 88 was received in evidence             64
19   Exhibit 135 was received in evidence            65
     Exhibit 172 was received in evidence            66
20   Exhibit 177 was received in evidence            66
     Exhibit 501 was received in evidence            90
21   Exhibit 53 was received in evidence            106
     Exhibit 97 was received in evidence            115
22   exhibit 57 was received in evidence            117
     Exhibit 85 was received in evidence            146
23

24

25

1  Q    Mr. Kowalski, I believe the question was:  Is your company

2  Hawaii International Seafood, Inc., in serious financial

3  difficulty?

4  A    Yes, we have financial difficulties right now.

5  Q    I'm just going to cover one last topic very briefly, and

6  then I'll sit down, if that's all right with you.

7  A    Okay.

8  Q    There is a claim for trademark infringement.  Is that

9  right?

10  A    Yes.

11  Q    And is it you or your company that's the owner of the

12  trademark Cryofresh?

13  A    I am personally.

14  Q    Okay.  And that's a brand name for your company, right?

15  A    For my product.

16  Q    For your product, right.  And you are accusing Ocean Duke

17  of infringing, right?

18  A    Yes.

19  Q    Ocean Duke's brand names, however, as you testified, are

20  Black Tie and Paradise, right?

21  A    Yes.

22  Q    And Ocean Duke's brand name is not Cryofreeze, right?

23  A    I think people refer to it as a brand, it's printed in big

24  letters all over their product.

25           THE COURT:  Mr. Kowalski, be sure you have the