**[TO BE FILED UNDER SEAL]**

Loan Agreement by and between Leo Sandau and William Kowalski dated May 10, 2000

**Exhibit B**