**[TO BE FILED UNDER SEAL]**

Chart that shows the basis for the 14% average rate

**Exhibit C**