**[TO BE FILED UNDER SEAL]**

Hawaii International Seafood/Moon Marine International Co., Ltd.
Letter of Credit Program
dated May 3, 2002

**Exhibit D**