**[TO BE FILED UNDER SEAL]**

Personal Guaranty dated May 3, 2002

**Exhibit E**