THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII


WILLIAM R. KOWALSKI and

HAWAII INTERNATIONAL SEAFOOD, INC.

v.

OCEAN DUKE CORPORATION

Case No.: CV0400055 DAE BMK


EXPERT REPORT


by


DAVID B. FRANCOM, MS, PHD (ABD)


July 16, 2007


SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY


**EXHIBIT F**

**REDACTED**
**Highly Confidential**

I am informed that with additional sales, HIS would have been able to obtain loans at the industry standard of prime plus 2 percent.

_____