Prime + 2%

| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prime (Ave.)+2% | | 0.1123 | 0.0891 | 0.0667 | 0.0612 | 0.0634 | 0.0819 | 0.0996 | 0.105 | 0.0925 (Jan. only) | |
| Royalty Amt | 16,106 | 107,583 | 164,102 | 259,437 | 513,453 | 228,258 | 245,996 | 245,996 | 228,142 | | $ 2,009,073.00 |
| Prev. Yr. Royalty + Int. | | $ 17,914.70 | $ 136,679.55 | $ 320,843.68 | $ 615,793.86 | $ 1,200,841.11 | $ 1,546,142.32 | $ 1,970,635.30 | $ 2,449,377.59 | $ 2,698,158.80 | |
| Interest/Year | | $ 1,808.70 | $ 11,181.85 | $ 20,062.13 | $ 35,513.18 | $ 71,594.25 | $ 117,043.22 | $ 178,496.98 | $ 232,746.29 | $ 20,639.21 | $ 689,085.80 |

Prime + 2%

**EXHIBIT G**