V2
V2

Subject to a Protective Order
Attorneys' Eyes Only - Confidential

Prepared by Campos & Stratis, LLC
HIS v. Ocean Duke
Date: July 16, 2007

**Exhibit V.2**

## Pre-Judgment Interest

**REDACTED**
**Highly Confidential**

### $0.04 and $0.20 Scenario

| | Ref | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Interest Rate | A | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | |
| Year End Date | B | 12/31/1999 | 12/31/2000 | 12/31/2001 | 12/31/2002 | 12/31/2003 | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/4/2007 | |
| Days to Trial Date | C | 2895 | 2529 | 2164 | 1799 | 1434 | 1068 | 703 | 338 | 0 | |
| Years to Trial Date | C/365 = D | 7.93151 | 6.92877 | 5.92877 | 4.92877 | 3.92877 | 2.92603 | 1.92603 | 0.92603 | 0.00000 | |
| Total Royalty | E (Exh. E2) | $16,106 | $107,583 | $164,102 | $259,437 | $513,433 | $228,258 | $245,996 | $243,996 | $228,142 | $2,009,073 |
| Factor at 10% | (1+A)^D = F | 2.12964 | 1.93553 | 1.73957 | 1.59961 | 1.45419 | 1.32165 | 1.20150 | 1.09227 | 1.00000 | |
| Total damages | E x F = G | $34,300 | $208,230 | $288,759 | $414,998 | $746,660 | $301,677 | $295,564 | $266,695 | $228,142 | $2,787,016 |
| Prejudgment interest | G - E = H | $18,194 | $100,647 | $124,648 | $155,562 | $233,207 | $73,419 | $49,568 | $22,699 | $0 | $777,943 |

Schedules may not foot due to rounding.

Campos & Stratis, LLC

CS HI OD
000650

**EXHIBIT H**