Prime

| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prime (Yr Ave.) | | 0.0923 | 0.0691 | 0.0467 | 0.0412 | 0.0434 | 0.0619 | 0.0796 | 0.0805 | 0.0725 | |
| | | | | | | | | | | (Jan. only) | |
| Royalty Amt | 16,106 | 107,583 | 164,102 | 259,437 | 513,453 | 228,258 | 245,996 | 245,996 | 228,142 | | $ 2,009,073.00 |
| Prev. Yr. Royalty + Int. | | $ 17,592.58 | $ 133,825.22 | $ 311,840.42 | $ 594,814.05 | $ 1,156,365.84 | $ 1,470,332.05 | $ 1,852,947.77 | $ 2,267,908.74 | $ 2,511,131.05 | |
| Interest/Year | | $ 1,486.58 | $ 8,649.63 | $ 13,913.20 | $ 23,536.63 | $ 48,098.79 | $ 85,708.22 | $ 136,619.71 | $ 168,964.97 | $ 15,080.31 | $ 502,058.05 |

Prime

**EXHIBIT I**