```
,Instrument,"Bank prime loan"
,Maturity,"Not applicable"
,Frequency,"Annual"
,Description,"Average majority prime rate charged by banks on short-term loans to
,Note,"Weekly figures are averages of 7 calendar days ending on Wednesday of the c
,Note,"Annualized using a 360-day year or bank interest."
,Note,"Rate posted by a majority of top 25 (by assets in domestic offices) insured


DATE         , PRIMENA
1956, 3.77
1957, 4.20
1958, 3.83
1959, 4.48
1960, 4.82
1961, 4.50
1962, 4.50
1963, 4.50
1964, 4.50
1965, 4.54
1966, 5.63
1967, 5.63
1968, 6.31
1969, 7.96
1970, 7.91
1971, 5.73
1972, 5.25
1973, 8.03
1974, 10.81
1975, 7.86
1976, 6.84
1977, 6.83
1978, 9.06
1979, 12.67
1980, 15.26
1981, 18.87
1982, 14.85
1983, 10.79
1984, 12.04
1985, 9.93
1986, 8.33
1987, 8.21
1988, 9.32
1989, 10.87
1990, 10.01
1991, 8.46
1992, 6.25
1993, 6.00
1994, 7.15
1995, 8.83
1996, 8.27
1997, 8.44
1998, 8.35
1999, 8.00
2000, 9.23
2001, 6.91
2002, 4.67
2003, 4.12
2004, 4.34
2005, 6.19
```

**EXHIBIT J**

```
2006, 7.96
2007, 8.05
```