```
Title:                Bank Prime Loan Rate Changes: Historical Dates of Changes and R
Series ID:            PRIME
Source:               Board of Governors of the Federal Reserve System
Release:              H.15 Selected Interest Rates
Seasonal Adjustment:  Not Applicable
Frequency:            Not Applicable
Units:                Percent
Date Range:           1955-08-04 to 2007-12-11
Last Updated:         2007-12-17 11:35 AM CT
Notes:                Effective Date.

                      Early historical data for this series include the following:

                      1929 range of 5.5 to 6
                      1930 range of 3.5 to 6
                      1931 range of 2.75 to 5
                      1932 range of 3.25 to 4
                      1933 range of 1.5 to 4
                      1934 (date uncertain) value of 1.5
                      1935 (date uncertain) value of 1.5
                      1947-12 (specific date uncertain) value of 1.75
                      1948-08 (specific date uncertain) value of 2
                      1950-09-22: 2.25
                      1951-01-08: 2.5
                      1951-10-17: 2.75
                      1951-12-19: 3
                      1953-04-27: 3.25
                      1954-03-17: 3

                      EFFECTIVE 4/16/73 DUAL PRIME RATE

DATE         VALUE
1955-08-04   3.25
1955-10-14   3.50
1956-04-13   3.75
1956-08-21   4.00
1957-08-06   4.50
1958-01-22   4.00
1958-04-21   3.50
1958-09-11   4.00
1959-05-18   4.50
1959-09-01   5.00
1960-08-23   4.50
1965-12-06   5.00
1966-03-10   5.50
1966-06-29   5.75
1966-08-16   6.00
1967-01-26   5.75
1967-03-27   5.50
1967-11-20   6.00
1968-04-19   6.50
1968-09-25   6.25
1968-12-02   6.50
1968-12-18   6.75
1969-01-07   7.00
1969-03-17   7.50
1969-06-09   8.50
1970-03-25   8.00
1970-09-21   7.50
1970-11-12   7.25
```

**EXHIBIT K**

```
1970-11-23    7.00
1970-12-22    6.75
1971-01-06    6.50
1971-01-15    6.25
1971-01-18    6.00
1971-02-16    5.75
1971-03-11    5.50
1971-03-19    5.25
1971-04-23    5.50
1971-07-07    6.00
1971-10-20    5.75
1971-11-08    5.50
1971-12-17    5.25
1972-01-03    5.00
1972-01-18    4.75
1972-02-16    4.50
1972-03-20    4.75
1972-03-31    5.00
1972-06-27    5.25
1972-08-29    5.50
1972-10-03    5.75
1972-12-27    6.00
1973-02-27    6.25
1973-03-26    6.50
1973-04-19    6.75
1973-05-07    7.00
1973-05-25    7.25
1973-06-07    7.50
1973-06-22    7.75
1973-07-02    8.00
1973-07-09    8.25
1973-07-18    8.50
1973-07-30    8.75
1973-08-06    9.00
1973-08-13    9.25
1973-08-21    9.50
1973-08-28    9.75
1973-09-18   10.00
1973-10-23    9.75
1973-10-29    9.50
1973-12-03    9.75
1974-01-29    9.50
1974-02-11    9.25
1974-02-19    9.00
1974-02-25    8.75
1974-03-22    9.00
1974-04-01    9.25
1974-04-04    9.50
1974-04-08    9.75
1974-04-11   10.00
1974-04-22   10.25
1974-04-25   10.50
1974-05-02   10.75
1974-05-07   11.00
1974-05-10   11.25
1974-05-17   11.50
1974-06-27   11.75
1974-07-08   12.00
1974-10-08   11.75
1974-10-22   11.25
```

```
1974-11-06   11.00
1974-11-13   10.75
1974-11-25   10.25
1975-01-13   10.00
1975-01-28    9.50
1975-02-03    9.00
1975-02-18    8.75
1975-02-24    8.50
1975-03-03    8.25
1975-03-10    8.00
1975-03-19    7.75
1975-03-25    7.50
1975-05-20    7.25
1975-06-09    7.00
1975-07-18    7.25
1975-07-25    7.50
1975-08-11    7.75
1975-09-15    8.00
1975-10-27    7.75
1975-11-04    7.50
1975-12-01    7.25
1976-01-12    7.00
1976-01-21    6.75
1976-06-01    7.00
1976-06-04    7.25
1976-08-02    7.00
1976-10-01    6.75
1976-10-29    6.50
1976-12-10    6.25
1977-05-13    6.50
1977-05-27    6.75
1977-08-22    7.00
1977-09-16    7.25
1977-10-07    7.50
1977-10-24    7.75
1978-01-10    8.00
1978-05-05    8.25
1978-05-26    8.50
1978-06-16    8.75
1978-06-30    9.00
1978-09-01    9.25
1978-09-15    9.50
1978-09-28    9.75
1978-10-13   10.00
1978-10-27   10.25
1978-11-01   10.50
1978-11-06   10.75
1978-11-17   11.00
1978-11-24   11.50
1978-12-26   11.75
1979-06-19   11.50
1979-07-27   11.75
1979-08-16   12.00
1979-08-28   12.25
1979-09-07   12.75
1979-09-14   13.00
1979-09-20   13.25
1979-09-28   13.50
1979-10-09   14.50
1979-10-24   15.00
```

```
1979-11-01   15.25
1979-11-09   15.50
1979-11-16   15.75
1979-11-30   15.50
1979-12-07   15.25
1980-02-19   15.75
1980-02-22   16.50
1980-02-29   16.75
1980-03-04   17.25
1980-03-07   17.75
1980-03-14   18.50
1980-03-19   19.00
1980-03-28   19.50
1980-04-02   20.00
1980-04-18   19.50
1980-05-01   18.50
1980-05-07   17.50
1980-05-16   16.50
1980-05-23   14.50
1980-05-28   14.00
1980-06-06   13.00
1980-06-13   12.50
1980-06-17   12.00
1980-07-07   11.50
1980-07-23   11.00
1980-08-22   11.25
1980-08-27   11.50
1980-09-08   12.00
1980-09-12   12.25
1980-09-19   12.50
1980-09-26   13.00
1980-10-01   13.50
1980-10-17   14.00
1980-10-29   14.50
1980-11-06   15.50
1980-11-17   16.25
1980-11-21   17.00
1980-11-26   17.75
1980-12-02   18.50
1980-12-05   19.00
1980-12-10   20.00
1980-12-16   21.00
1980-12-19   21.50
1981-01-02   20.50
1981-01-09   20.00
1981-02-03   19.50
1981-02-23   19.00
1981-03-03   18.50
1981-03-10   18.00
1981-03-17   17.50
1981-03-24   17.00
1981-03-27   17.50
1981-04-01   17.00
1981-04-20   17.50
1981-04-29   18.00
1981-05-04   19.00
1981-05-11   19.50
1981-05-18   20.00
1981-05-22   20.50
1981-06-01   20.00
```

```
1981-07-08   20.50
1981-09-16   20.00
1981-09-22   19.50
1981-10-05   19.00
1981-10-13   18.00
1981-11-02   17.50
1981-11-09   17.00
1981-11-16   16.50
1981-11-24   16.00
1981-12-01   15.75
1982-02-02   16.50
1982-02-17   17.00
1982-02-23   16.50
1982-07-20   16.00
1982-07-29   15.50
1982-08-02   15.00
1982-08-16   14.50
1982-08-18   14.00
1982-08-23   13.50
1982-10-07   13.00
1982-10-13   12.00
1982-11-22   11.50
1983-01-11   11.00
1983-02-25   10.50
1983-08-08   11.00
1984-03-19   11.50
1984-04-05   12.00
1984-05-08   12.50
1984-06-25   13.00
1984-09-27   12.75
1984-10-16   12.50
1984-10-29   12.00
1984-11-08   11.75
1984-11-28   11.25
1984-12-19   10.75
1985-01-15   10.50
1985-05-20   10.00
1985-06-18    9.50
1986-03-07    9.00
1986-04-21    8.50
1986-07-11    8.00
1986-08-26    7.50
1987-04-01    7.75
1987-05-01    8.00
1987-05-15    8.25
1987-09-04    8.75
1987-10-07    9.25
1987-10-22    9.00
1987-11-05    8.75
1988-02-02    8.50
1988-05-11    9.00
1988-07-14    9.50
1988-08-11   10.00
1988-11-28   10.50
1989-02-10   11.00
1989-02-24   11.50
1989-06-05   11.00
1989-07-31   10.50
1990-01-08   10.00
1991-01-02    9.50
```

```
1991-02-04    9.00
1991-05-01    8.50
1991-09-13    8.00
1991-11-06    7.50
1991-12-23    6.50
1992-07-02    6.00
1994-03-24    6.25
1994-04-19    6.75
1994-05-17    7.25
1994-08-16    7.75
1994-11-15    8.50
1995-02-01    9.00
1995-07-07    8.75
1995-12-20    8.50
1996-02-01    8.25
1997-03-26    8.50
1998-09-30    8.25
1998-10-16    8.00
1998-11-18    7.75
1999-07-01    8.00
1999-08-25    8.25
1999-11-17    8.50
2000-02-03    8.75
2000-03-22    9.00
2000-05-17    9.50
2001-01-04    9.00
2001-02-01    8.50
2001-03-21    8.00
2001-04-19    7.50
2001-05-16    7.00
2001-06-28    6.75
2001-08-22    6.50
2001-09-18    6.00
2001-10-03    5.50
2001-11-07    5.00
2001-12-12    4.75
2002-11-07    4.25
2003-06-27    4.00
2004-07-01    4.25
2004-08-11    4.50
2004-09-21    4.75
2004-11-10    5.00
2004-12-15    5.25
2005-02-02    5.50
2005-03-22    5.75
2005-05-03    6.00
2005-06-30    6.25
2005-08-09    6.50
2005-09-20    6.75
2005-11-01    7.00
2005-12-13    7.25
2006-01-31    7.50
2006-03-28    7.75
2006-05-10    8.00
2006-06-29    8.25
2007-09-18    7.75
2007-10-31    7.50
2007-12-11    7.25
```