

**CAMPOS&STRATIS, LLC**

500 North Market Place Drive
Suite 200
Centerville, UT 84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

**<u>VIA U.S. Mail</u>**

July 5, 2007

Milton M. Yasunaga, Esq.
Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Re:    <u>Campos & Stratis Invoice Number C2077-2</u>
       <u>William R. Kowalski v. Ocean Duke Corporation</u>

Dear Mr. Yasunaga:

Enclosed please find an invoice for services Campos & Stratis performed on the above referenced matter through June 30, 2007.

We appreciate the opportunity to be of service to you. If you have any questions regarding the work performed or these invoices, please call me at (801) 328-9888.

Very truly yours,

Martee Colvin
Office Manager
CAMPOS & STRATIS, LLC
mcolvin@camposip.com

Attachments

**EXHIBIT L**



# CAMPOS&STRATIS, LLC

500 North Market Place Drive
Suite 200
Centerville, UT  84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

**INVOICE NO.  C2077-2**

July 5, 2007

Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI  96813

Re:    William R. Kowalski v. Ocean Duke Corporation

Attn:    Milton Yasunaga

Billing for professional services on the above referenced matter through June 30, 2007.

|  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| David Francom | 26.90 | $200.00 | $5,380.00 |
| John Pilkinton | 32.70 | $100.00 | 3,270.00 |
| Martee Colvin | 0.30 | $65.00 | 19.50 |
| Zack Warr | 2.60 | $65.00 | 169.00 |
| **Total** | | | **$8,838.50** |

Campos & Stratis Tax ID Number: 87-0629484

Please remit payment to:        Campos & Stratis, LLC
P.O. Box 42
Centerville, UT  84014

Prepared by Campos & Stratis

Invoice No.   C2077-2

Cades Schutte
Attn:  Milton Yasunaga
Kowalski v. Ocean Duke Corp.

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/3/2007 | Martee Colvin | Reviewed, scanned and emailed the Protective Order to Milton Yasunaga. | 0.3 | 65.00 | 19.50 |
| 5/3/2007 | David Francom | Read and signed protective order. Read case pleadings. | 1.1 | 200.00 | 220.00 |
| 5/4/2007 | David Francom | Telephone conversation with Milton re: document production. | 0.2 | 200.00 | 40.00 |
| 5/24/2007 | Zack Warr | Received in, indexed, and organized documents. | 0.5 | 65.00 | 32.50 |
| 5/25/2007 | Zack Warr | Received in, indexed, and organized documents. | 0.1 | 65.00 | 6.50 |
| 6/20/2007 | David Francom | Discussion with Milton Yasunaga. | 0.4 | 200.00 | 80.00 |
| 6/21/2007 | David Francom | Reviewed documents produced by Ocean Duke. | 0.2 | 200.00 | 40.00 |
| 6/22/2007 | Zack Warr | Received in, organized, and indexed documents. | 1.2 | 65.00 | 78.00 |
| 6/25/2007 | John Pilkinton | Created a spreadsheet of ODC 18-19. | 1.2 | 100.00 | 120.00 |
| 6/25/2007 | John Pilkinton | Reviewed HIS and Ocean Duke species and cut types. | 1.2 | 100.00 | 120.00 |
| 6/25/2007 | Zack Warr | Received in, organized, and indexed documents. | 0.8 | 65.00 | 52.00 |
| 6/25/2007 | David Francom | Reviewed and analyzed available documents.  Researched case and outlined case requirements. | 3.4 | 200.00 | 680.00 |
| 6/26/2007 | John Pilkinton | Began analysis of fish and cut types. | 3.8 | 100.00 | 380.00 |
| 6/26/2007 | John Pilkinton | Outlined required schedules and exhibits. | 1.8 | 100.00 | 180.00 |
| 6/27/2007 | John Pilkinton | Reviewed HIS and Ocean Duke species and cut types. | 1.8 | 100.00 | 180.00 |

**TOTAL**

Prepared by Campos & Stratis

Invoice No.   C2077-2

Cades Schutte
Attn:  Milton Yasunaga
Kowalski v. Ocean Duke Corp.

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 6/27/2007 | John Pilkinton | Discussed and outlined lost profit analysis with David Francom. | 1.5 | 100.00 | 150.00 |
| 6/27/2007 | John Pilkinton | Drafted initial schedules for additional and incremental expenses. | 1.2 | 100.00 | 120.00 |
| 6/27/2007 | John Pilkinton | Investigated anomalous Ocean Duke data and discussed findings with David Francom. | 1.9 | 100.00 | 190.00 |
| 6/27/2007 | John Pilkinton | Created HIS per pound averages and added footnotes. | 1.3 | 100.00 | 130.00 |
| 6/27/2007 | David Francom | Reviewed damages calculation and analysis of exhibits.  Discussion with John Pilkinton. | 2.2 | 200.00 | 440.00 |
| 6/27/2007 | David Francom | Write report outline -- introduction, overview, and  statement of opinions. | 3.5 | 200.00 | 700.00 |
| 6/27/2007 | David Francom | Discussion with Milton Yasunaga regarding Ocean Duke sales data. | 0.4 | 200.00 | 80.00 |
| 6/28/2007 | John Pilkinton | Created topline lost profits and royalty schedules. | 2.4 | 100.00 | 240.00 |
| 6/28/2007 | John Pilkinton | Created lost revenue and gross profit schedules. | 1.9 | 100.00 | 190.00 |
| 6/28/2007 | John Pilkinton | Created schedules of lost pounds of fish and product comparison. | 2.7 | 100.00 | 270.00 |
| 6/28/2007 | John Pilkinton | Created multi-market scenario schedules and discussed findings with David Francom. | 2.1 | 100.00 | 210.00 |
| 6/28/2007 | David Francom | Reviewed damages calculation and analysis of exhibits.  Discussion with John Pilkinton. | 0.4 | 200.00 | 80.00 |

**TOTAL**

Prepared by Campos & Stratis

Invoice No.   C2077-2

Cades Schutte
Attn:  Milton Yasunaga
Kowalski v. Ocean Duke Corp.

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 6/28/2007 | David Francom | Continued to write the report outline -- introduction, overview, and statement of opinions. | 2.9 | 200.00 | 580.00 |
| 6/28/2007 | David Francom | Write report -- lost profit and Panduit sections. | 4.6 | 200.00 | 920.00 |
| 6/29/2007 | John Pilkinton | Made edits to schedules subsequent to discussion with David Francom. | 1.8 | 100.00 | 180.00 |
| 6/29/2007 | David Francom | Continued writing the report -- lost profit and Panduit sections. | 2.7 | 200.00 | 540.00 |
| 6/29/2007 | David Francom | Write report - analyzed and researched HIS' lost profits. | 3.5 | 200.00 | 700.00 |
| 6/29/2007 | David Francom | Discussion with John Pilkinton regarding lost profits and exhibits. | 1.4 | 200.00 | 280.00 |
| 6/29/2007 | John Pilkinton | Created multi-market scenario schedules. | 0.6 | 100.00 | 60.00 |
| 6/29/2007 | John Pilkinton | Gathered supporting documents for footnotes and reviewed schedules with David Francom. | 2.1 | 100.00 | 210.00 |
| 6/29/2007 | John Pilkinton | Created schedules showing customers in common. | 2.6 | 100.00 | 260.00 |
| 6/29/2007 | John Pilkinton | Updated income statements and variable cost analysis. | 0.8 | 100.00 | 80.00 |

**TOTAL**     $8,838.50

JUN 2 4 2007



## CAMPOS&STRATIS, LLC

500 North Market Place Drive
Suite 200
Centerville, UT 84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

**VIA U.S. Mail**

July 19, 2007

Milton M. Yasunaga, Esq.
Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Re:    Campos & Stratis Invoice Number C2077-5
       William R. Kowalski v. Ocean Duke Corporation

Dear Mr. Yasunaga:

Enclosed please find an invoice for services Campos & Stratis performed on the above referenced matter through July 15, 2007.

We appreciate the opportunity to be of service to you. If you have any questions regarding the work performed or these invoices, please call me at (801) 328-9888.

Very truly yours,

Martee Colvin
Office Manager
CAMPOS & STRATIS, LLC
mcolvin@camposip.com

Attachments



# CAMPOS&STRATIS, LLC

500 North Market Place Drive
Suite 200
Centerville, UT 84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

**INVOICE NO. C2077-5**

July 19, 2007

Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Re:     William R. Kowalski v. Ocean Duke Corporation

Attn:    Milton Yasunaga

Billing for professional services on the above referenced matter through July 15, 2007.

|               | Hours | Rate     | Amount      |
|---------------|-------|----------|-------------|
| David Francom | 22.10 | $200.00  | $4,420.00   |
| Ryan Dunyon   | 15.40 | $125.00  | 1,925.00    |
| John Pilkinton| 17.60 | $100.00  | 1,760.00    |
| Zack Warr     | 3.30  | $65.00   | 214.50      |
| **Total**     |       |          | **$8,319.50** |

Campos & Stratis Tax ID Number: 87-0629484

Please remit payment to:       Campos & Stratis, LLC
                               P.O. Box 42
                               Centerville, UT 84014

Prepared by Campos & Stratis

Cades Schutte
Attn: Milton Yasunaga
Kowalski v. Ocean Duke Corp.

Invoice No.  C2077-5

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 7/2/2007 | John Pilkinton | Gathered, copied, and collated documentation for report and schedules. | 2.8 | 100.00 | 280.00 |
| 7/2/2007 | John Pilkinton | Created data tables and charts for price band comparison. | 3.7 | 100.00 | 370.00 |
| 7/2/2007 | John Pilkinton | Formatted price band comparison document.  Discussed exhibits, schedules, and further analysis needed with David Francom and Ryan Dunyon. | 1.3 | 100.00 | 130.00 |
| 7/2/2007 | Zack Warr | Received in, organized, and indexed documents. | 0.7 | 65.00 | 45.50 |
| 7/2/2007 | David Francom | Researched information and wrote report outline -- lost profits section. Discussion with staff. | 3.9 | 200.00 | 780.00 |
| 7/2/2007 | David Francom | Researched information and wrote report outline -- reasonable royalty section. | 3 | 200.00 | 600.00 |
| 7/2/2007 | Ryan Dunyon | Checked the numbers in the exhibits. Footed and formatted spreadsheets. Discussion with David Francom and John Pilkinton. | 4.4 | 125.00 | 550.00 |
| 7/2/2007 | Ryan Dunyon | Tied schedules to supporting documents - began work papers. | 3.2 | 125.00 | 400.00 |
| 7/3/2007 | John Pilkinton | Created backup schedules for comparison exhibit.  Met with David Francom & Ryan Dunyon regarding calculations. | 2.1 | 100.00 | 210.00 |
| 7/3/2007 | John Pilkinton | Created backup schedules for price band analysis and customer lists. | 3.9 | 100.00 | 390.00 |
| 7/3/2007 | John Pilkinton | Formatted and edited schedules and exhibits. | 1.6 | 100.00 | 160.00 |

**TOTAL**

Prepared by Campos & Stratis

Invoice No.   C2077-5

Cades Schutte
Attn:  Milton Yasunaga
Kowalski v. Ocean Duke Corp.

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 7/3/2007 | John Pilkinton | Gathered, copied, and collated documentation for report. | 0.3 | 100.00 | 30.00 |
| 7/3/2007 | David Francom | Discussion with John Pilkinton and Ryan Dunyon regarding damages calculations and exhibits. | 1.3 | 200.00 | 260.00 |
| 7/3/2007 | David Francom | Continued to write report -- Panduit factors. | 3.2 | 200.00 | 640.00 |
| 7/3/2007 | David Francom | Continued to write report -- Georgia Pacific factors. | 2.9 | 200.00 | 580.00 |
| 7/3/2007 | Ryan Dunyon | Tied schedules to exhibits and supporting documents.  Met with John Pilkinton and David Francom. | 1.1 | 125.00 | 137.50 |
| 7/5/2007 | John Pilkinton | Prepared final binder of exhibits. | 1.9 | 100.00 | 190.00 |
| 7/6/2007 | Zack Warr | Assisted John Pilkinton in preparing exhibits and workpapers binder. | 2.6 | 65.00 | 169.00 |
| 7/9/2007 | David Francom | Wrote and edited report -- reasonable royalty section. | 3.4 | 200.00 | 680.00 |
| 7/9/2007 | David Francom | Reviewed damage calculations, discussion with Milton and continued editing report. | 3.1 | 200.00 | 620.00 |
| 7/10/2007 | David Francom | Reviewed documents sent from Milton regarding infringing product. | 1.1 | 200.00 | 220.00 |
| 7/10/2007 | Ryan Dunyon | Reviewed supporting documents and tied them to exhibits. | 2.4 | 125.00 | 300.00 |
| 7/11/2007 | Ryan Dunyon | Extended damage period on schedules to the trial date. | 1.5 | 125.00 | 187.50 |
| 7/11/2007 | Ryan Dunyon | Edited schedules. | 1.6 | 125.00 | 200.00 |
| 7/13/2007 | Ryan Dunyon | Edited report.  Met with David Francom. | 1.2 | 125.00 | 150.00 |

**TOTAL**

Prepared by Campos & Stratis

Cades Schutte
Attn:  Milton Yasunaga
Kowalski v. Ocean Duke Corp.

Invoice No.   C2077-5

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 7/13/2007 | David Francom | Discussion with Ryan Dunyon regarding Ocean Duke exhibits and damage period. | 0.2 | 200.00 | 40.00 |

**TOTAL**    $8,319.50



**CAMPOS&STRATIS, LLC**

500 North Market Place Drive
Suite 200
Centerville, UT  84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

**VIA U.S. Mail**

August 2, 2007

Milton M. Yasunaga, Esq.
Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI  96813

Re:     Campos & Stratis Invoice Number C2077-7
         William R. Kowalski v. Ocean Duke Corporation

Dear Mr. Yasunaga:

Enclosed please find an invoice for services Campos & Stratis performed on the above referenced matter through July 31, 2007.

We appreciate the opportunity to be of service to you. If you have any questions regarding the work performed or these invoices, please call me at (801) 328-9888.

Very truly yours,

Martee Colvin
Office Manager
CAMPOS & STRATIS, LLC
mcolvin@CamposIp.com

Attachments



# CAMPOS&STRATIS, LLC

500 North Market Place Drive
Suite 200
Centerville, UT 84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

### INVOICE NO. C2077-7

August 2, 2007

Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Re:     William R. Kowalski v. Ocean Duke Corporation

Attn:   Milton Yasunaga

Billing for professional services on the above referenced matter through July 31, 2007.

|  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| David Francom | 4.20 | $200.00 | $840.00 |
| Ryan Dunyon | 2.70 | $125.00 | 337.50 |
| John Pilkinton | 18.20 | $100.00 | 1,820.00 |
| Martee Colvin | 3.90 | $65.00 | 253.50 |
| Zack Warr | 2.80 | $65.00 | 182.00 |
| **Total** | | | **$3,433.00** |

Campos & Stratis Tax ID Number: 87-0629484

Please remit payment to:     Campos & Stratis, LLC
P.O. Box 42
Centerville, UT 84014

Prepared by Campos & Stratis

Cades Schutte
Attn:  Milton Yasunaga
Kowalski v. Ocean Duke Corp.

Invoice No.   C2077-7

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/16/2007 | Martee Colvin | Created the table of contents and Exhibits A, B, and C.  Read and edited report.  Prepared for the report to be electronically submitted. | 3.9 | 65.00 | 253.50 |
| 7/16/2007 | John Pilkinton | Reviewed exhibits and made editorial changes. | 3.2 | 100.00 | 320.00 |
| 7/16/2007 | John Pilkinton | Researched documentation for customer lists. | 0.7 | 100.00 | 70.00 |
| 7/16/2007 | John Pilkinton | Made copies of documentation for workpapers and client binder. | 0.9 | 100.00 | 90.00 |
| 7/16/2007 | John Pilkinton | Discussed report and exhibits with David Francom and Ryan Dunyon. | 0.6 | 100.00 | 60.00 |
| 7/16/2007 | John Pilkinton | Reviewed footnotes in report and gathered supporting documentation. | 0.9 | 100.00 | 90.00 |
| 7/16/2007 | John Pilkinton | Assisted in creating PDFs and preparing final report binder. | 1.6 | 100.00 | 160.00 |
| 7/16/2007 | John Pilkinton | Researched and gathered support information for additional interest expenses. | 0.7 | 100.00 | 70.00 |
| 7/16/2007 | Zack Warr | Created and organized the PDF version of the report.  Numbered various documents. | 2.8 | 65.00 | 182.00 |
| 7/16/2007 | Ryan Dunyon | Made edits on final report and checked all numbers for accuracy.  Met with David Francom and John Pilkinton to discuss report and exhibits. | 2.7 | 125.00 | 337.50 |
| 7/16/2007 | David Francom | Finalized report and exhibits. | 4.2 | 200.00 | 840.00 |
| 7/17/2007 | John Pilkinton | Gathered and prepared documents for workpapers. | 3.2 | 100.00 | 320.00 |

**TOTAL**

Prepared by Campos & Stratis

Cades Schutte
Attn: Milton Yasunaga
Kowalski v. Ocean Duke Corp.

Invoice No.   C2077-7

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/17/2007 | John Pilkinton | Prepared workpapers for report - introduction and overview. | 2.4 | 100.00 | 240.00 |
| 7/18/2007 | John Pilkinton | Prepared workpapers for report - statement of opinions, bases, and summary. | 3.2 | 100.00 | 320.00 |
| 7/18/2007 | John Pilkinton | Reviewed and updated workpapers for exhibits. | 0.8 | 100.00 | 80.00 |

**TOTAL**     $3,433.00



## CAMPOS&STRATIS, LLC

500 North Market Place Drive
Suite 200
Centerville, UT  84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

**VIA U.S. Mail**

October 24, 2007

Milton M. Yasunaga, Esq.
Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI  96813

Re:    Campos & Stratis Invoice Number C20710-15
       William R. Kowalski v. Ocean Duke Corporation

Dear Mr. Yasunaga:

Enclosed please find an invoice for services Campos & Stratis performed on the above referenced matter through October 15, 2007.

We appreciate the opportunity to be of service to you. If you have any questions regarding the work performed or these invoices, please call me at (801) 328-9888.

Very truly yours,

Martee Colvin
Office Manager
CAMPOS & STRATIS, LLC
mcolvin@CamposIp.com


Attachments



CAMPOS&STRATIS, LLC

500 North Market Place Drive
Suite 200
Centerville, UT  84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

**INVOICE NO.  C20710-15**

October 23, 2007

Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI  96813

Re:     <u>William R. Kowalski v. Ocean Duke Corporation</u>

Attn:   Milton Yasunaga

Billing for professional services on the above referenced matter through October 15, 2007.

| | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| David Francom | 13.00 | $200.00 | $2,600.00 |
| John Pilkinton | 9.90 | $100.00 | 990.00 |
| Martee Colvin | 3.20 | $65.00 | 208.00 |
| **Total** | | | **$3,798.00** |

Campos & Stratis Tax ID Number: 87-0629484

Please remit payment to:        Campos & Stratis, LLC
                                P.O. Box 42
                                Centerville, UT  84014

Prepared by Campos & Stratis

Cades Schutte
Attn: Milton Yasunaga
Kowalski v. Ocean Duke Corp.

Invoice No. C20710-15

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/27/2007 | David Francom | Discussions with Milton Yasunaga regarding deposition. | 0.4 | 200.00 | 80.00 |
| 10/2/2007 | David Francom | Discussion with Milton Yasunaga regarding deposition. | 0.2 | 200.00 | 40.00 |
| 10/3/2007 | David Francom | Prepared for deposition. Review report and workpapers. Discussion with John Pilkinton. | 2.8 | 200.00 | 560.00 |
| 10/3/2007 | John Pilkinton | Created workpapers for Exhibits D through G. | 3.6 | 100.00 | 360.00 |
| 10/3/2007 | John Pilkinton | Created workpapers for Exhibits H through K. | 2.6 | 100.00 | 260.00 |
| 10/4/2007 | David Francom | Reviewed my expert report and workpapers. | 0.8 | 200.00 | 160.00 |
| 10/4/2007 | John Pilkinton | Created workpapers for Exhibits L through O. | 2.9 | 100.00 | 290.00 |
| 10/10/2007 | John Pilkinton | Assisted in gathering documents for document request. | 0.8 | 100.00 | 80.00 |
| 10/10/2007 | Martee Colvin | Prepared documents as per the document request included on the deposition notice. | 3.2 | 65.00 | 208.00 |
| 10/11/2007 | David Francom | Prepared for deposition. | 8.8 | 200.00 | 1,760.00 |

**TOTAL**    $3,798.00



CAMPOS&STRATIS, LLC

500 North Market Place Drive
Suite 200
Centerville, UT  84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

**VIA U.S. Mail**

November 27, 2007

Milton M. Yasunaga, Esq.
Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI  96813

Re:    Campos & Stratis Invoice Number C20711-01
       William R. Kowalski v. Ocean Duke Corporation

Dear Mr. Yasunaga:

Enclosed please find an invoice for services Campos & Stratis performed on the above-referenced matter through November 15, 2007.

We appreciate the opportunity to be of service to you. If you have any questions regarding the work performed or these invoices, please call me at (801) 328-9888.

Very truly yours,

Anitta Waugh
Office Manager
CAMPOS & STRATIS, LLC
awaugh@CamposIp.com

Attachments

**INVOICE NO.  C20711-01**

November 27, 2007

Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Re:    <u>William R. Kowalski v. Ocean Duke Corporation</u>

Attn:    Milton Yasunaga

Billing for professional services on the above referenced matter through November 15, 2007.

|  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| David Francom | 14.20 | $200.00 | $2,840.00 |
| **Total** | | | **$2,840.00** |

Campos & Stratis Tax ID Number: 87-0629484

Please remit payment to:        Campos & Stratis, LLC
                                P.O. Box 42
                                Centerville, UT  84014

Prepared by Campos & Stratis

Invoice No. C20711-01

Cades Schutte
Attn: Milton Yasunaga
Kowalski v. Ocean Duke Corp.

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/17/2007 | David Francom | Telephone discussion with Milton Yasunaga. | 0.1 | 200.00 | 20.00 |
| 11/2/2007 | David Francom | Telephone conversation with Milton Yasunaga and Bill Kawalski. | 0.2 | 200.00 | 40.00 |
| 11/8/2007 | David Francom | Discussion with Milton Yasunaga regarding upcoming trial and preparation. | 0.4 | 200.00 | 80.00 |
| 11/9/2007 | David Francom | Read my deposition and completed errata form. Discussion with Milton Yasunaga. | 3.3 | 200.00 | 660.00 |
| 11/12/2007 | David Francom | Prepared for trial; reviewed my report and supporting documents. | 2.6 | 200.00 | 520.00 |
| 11/13/2007 | David Francom | Continued to prepare for trial; reviewed my report and supporting documents. | 3.4 | 200.00 | 680.00 |
| 11/14/2007 | David Francom | Continued to prepare for trial; reviewed my report and supporting documents. | 1.9 | 200.00 | 380.00 |
| 11/15/2007 | David Francom | Continued to prepare for trial; reviewed my report and supporting documents. | 2.3 | 200.00 | 460.00 |

**TOTAL**    $2,840.00

DEC 1 4 2007



CAMPOS&STRATIS, LLC

500 North Market Place Drive
Suite 200
Centerville, UT 84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

**VIA U.S. Mail**

December 10, 2007

Milton M. Yasunaga, Esq.
Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Re:    Campos & Stratis Invoice Number C20711-07
       William R. Kowalski v. Ocean Duke Corporation

Dear Mr. Yasunaga:

Enclosed please find an invoice for services Campos & Stratis performed on the above-referenced matter through November 30, 2007.

We appreciate the opportunity to be of service to you. If you have any questions regarding the work performed or these invoices, please call me at (801) 328-9888.

Very truly yours,

Anitta Waugh
Office Manager
CAMPOS & STRATIS, LLC
awaugh@CamposIp.com

Attachments

**INVOICE NO. C20711-07**

December 10, 2007

Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Re:     William R. Kowalski v. Ocean Duke Corporation

Attn:   Milton Yasunaga

Billing for professional services on the above referenced matter through November 30, 2007.

|                          | Hours | Rate      | Amount      |
|--------------------------|-------|-----------|-------------|
| Scott Hampton            | 1.60  | $400.00   | $640.00     |
| David Francom            | 25.00 | $200.00   | $5,000.00   |
| John Pilkinton           | 3.40  | $100.00   | $340.00     |
| **Total for this invoice** |     |           | $5,980.00   |
|                          |       |           |             |
| Previous Inv. 20711-01   |       |           | $2,840.00   |
| **Total amount due**     |       |           | $8,820.00   |

Campos & Stratis Tax ID Number: 87-0629484

Please remit payment to:        Campos & Stratis, LLC
                                P.O. Box 42
                                Centerville, UT 84014

Prepared by Campos & Stratis

Invoice No. C20711-07

Cades Schutte
Attn: Milton Yasunaga
Kowalski v. Ocean Duke Corp.

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 10/17/2007 | David Francom | Telephone discussion with Milton Yasunaga. | 0.1 | 200.00 | 20.00 |
| 11/16/2007 | David Francom | Reviewed deposition and errata. | 0.2 | 200.00 | 40.00 |
| 11/26/2007 | John Pilkinton | Reviewed and commented on opposing expert report. | 3.4 | 100.00 | 340.00 |
| 11/26/2007 | David Francom | Discussions with Milton Yasunaga. Reviewed opposing expert report and discussions with John Pilkinton. | 1.4 | 200.00 | 280.00 |
| 11/26/2007 | David Francom | Prepared for trial -- reviewed report for trial demonstratives. | 1.2 | 200.00 | 240.00 |
| 11/27/2007 | Scott Hampton | Assisted David Francom with trial preparation. | 1.6 | 400.00 | 640.00 |
| 11/27/2007 | David Francom | Prepared exhibits for trial. | 4.2 | 200.00 | 840.00 |
| 11/27/2007 | David Francom | Discussion with Scott Hampton regarding trial preparation. | 2.8 | 200.00 | 560.00 |
| 11/27/2007 | David Francom | Reviewed report and exhibits in preparation for trial. | 1.1 | 200.00 | 220.00 |
| 11/28/2007 | David Francom | Prepared exhibits for trial. | 3.7 | 200.00 | 740.00 |
| 11/28/2007 | David Francom | Reviewed report and exhibits in preparation for trial. | 2.3 | 200.00 | 460.00 |
| 11/29/2007 | David Francom | Continued trial preparation. Prepared demonstratives and review report. | 3.3 | 200.00 | 660.00 |
| 11/29/2007 | David Francom | Prepared for trial. Discussions with Milton Yasunaga. | 2.8 | 200.00 | 560.00 |
| 11/30/2007 | David Francom | Continued trial preparation. Prepared demonstratives and reviewed report. | 1.9 | 200.00 | 380.00 |

**TOTAL** $5,980.00

DEC 1 9 2007



**CAMPOS&STRATIS, LLC**

500 North Market Place Drive
Suite 200
Centerville, UT 84014
877 328-9888 Phone
801 951-8061 Fax
www.CamposIP.com

**VIA U.S. Mail**

December 14, 2007

Milton M. Yasunaga, Esq.
Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Re:    Campos & Stratis Invoice Number C20712-01
       William R. Kowalski v. Ocean Duke Corporation

Dear Mr. Yasunaga:

Enclosed please find an invoice for services Campos & Stratis performed on the above-referenced matter through December 13, 2007.

We note the receipt of $4,000.00 towards David Francom's travel expenses, and will send you a separate letter detailing the expenses incurred and the amount that will be refunded to you.

We appreciate the opportunity to be of service to you. If you have any questions regarding the work performed or these invoices, please call me at (801) 328-9888.

Very truly yours,

Anitta Waugh
Office Manager
CAMPOS & STRATIS, LLC
awaugh@CamposIp.com

Attachments

**INVOICE NO.  C20712-01**

December 14, 2007

Cades Schutte, LLP
1000 Bishop Street, Suite 1200
Honolulu, HI  96813

Re:     <u>William R. Kowalski v. Ocean Duke Corporation</u>

Attn:   Milton Yasunaga

Billing for professional services on the above referenced matter through December 13, 2007.

|  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| David Francom | 56.10 | $200.00 | $11,220.00 |
| Zach Warr | 0.80 | $65.00 | $52.00 |
| **Total for this invoice** | | | $11,272.00 |
| | | | |
| Previous Inv. 20711-01 | | | $2,840.00 |
| Previous Inv. 20711-07 | | | $5,980.00 |
| **Total amount due** | | | $20,092.00 |

Campos & Stratis Tax ID Number: 87-0629484

Please remit payment to:      Campos & Stratis, LLC
                              P.O. Box 42
                              Centerville, UT  84014

Prepared by Campos & Stratis

Invoice No. C20712-01

Cades Schutte
Attn: Milton Yasunaga
Kowalski v. Ocean Duke Corp.

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 11/28/2007 | Zack Warr | Redacted previous reports for review. | 0.8 | 65.00 | 52.00 |
| 12/3/2007 | David Francom | Travel from SLC to Honolulu. Prepared for trial, read expert witness book and my expert report. | 10.5 | 200.00 | 2,100.00 |
| 12/4/2007 | David Francom | Observed trial proceedings (including travel to/from court.) | 7 | 200.00 | 1,400.00 |
| 12/4/2007 | David Francom | Prepared for trial with Milton Yasunaga and Bill Kowalski. Read portions of Duke Lin and Bill Kowalski depositions and reviewed my expert report. | 1 | 200.00 | 200.00 |
| 12/5/2007 | David Francom | Prepared for trial with Milton Yasunaga and Bill Kowalski. Read portions of Duke Lin and Bill Kowalski depositions and reviewed my expert report. | 8 | 200.00 | 1,600.00 |
| 12/6/2007 | David Francom | Observed trial proceedings (including travel to/from court.) | 6 | 200.00 | 1,200.00 |
| 12/6/2007 | David Francom | Prepared for trial with Milton Yasunaga and Bill Kowalski. Read portions of Duke Lin and Bill Kowalski depositions and reviewed my expert report. | 2 | 200.00 | 400.00 |
| 12/7/2007 | David Francom | Observed trial proceedings (including travel to/from court.) | 6 | 200.00 | 1,200.00 |
| 12/7/2007 | David Francom | Prepared for trial with Milton Yasunaga and Bill Kowalski. Read portions of Duke Lin and Bill Kowalski depositions and reviewed my expert report. | 2 | 200.00 | 400.00 |

**TOTAL**

Prepared by Campos & Stratis

Cades Schutte
Attn: Milton Yasunaga
Kowalski v. Ocean Duke Corp.

Invoice No. C20712-01

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 12/9/2007 | David Francom | Discussions with Milton Yasunaga. Prepared outline for trial. Reviewed opinions and conclusions for trial. | 2.3 | 200.00 | 460.00 |
| 12/10/2007 | David Francom | Prepared for trial and testified at trial. | 6.3 | 200.00 | 1,260.00 |
| 12/11/2007 | David Francom | Travel from Honolulu to Salt Lake City. | 5 | 200.00 | 1,000.00 |

**TOTAL**    $11,272.00