**David Francom**

From: Milton Yasunaga [myasunaga@cades.com]
Sent: Friday, May 04, 2007 1:31 PM
To: 'David B. Francom (dfrancom@campos-stratis.com)'
Subject: FW: Ocean Duke: sales and purchase accounting reports in electronic form with more detail needed

Attachments: Scan001.PDF



Scan001.PDF (697 KB)

-----Original Message-----
From: Milton Yasunaga
Sent: Wednesday, May 02, 2007 4:45 PM
To: 'Paul S. Marks'
Subject: Ocea Duke: sales and purchase accounting reports in electronic form with more detail needed

Paul:
The documents produced by Ocean Duke are inadequate. Boxes of sales documents were produced, but they cover only the year 2003, and most of them concerned products such as squid and untreated mahimahi, which are irrelevant to this case. For the products that are at issue, such as treated tuna tuna and mahimahi, it is unclear which sales invoices apply to fish that is treated with smoke (allegedly under the Shih process) versus fish that is not treated at all and thus not relevant.

However, perhaps the task of producing documents can be cut down tremendously if Ocean Duke cooperates in providing in electronic form such as Excel spreadsheets accounting reports of its purchases and sales. Ocean Duke produced document ODC 18 (the first page attached hereto), which purports to be a chart of Ocean Dukes "Annual Sales of Treated Fish (1999-2005)", which states by species and year the pounds sold, the sales revenue received, the "cost of goods", "overhead and expenses", and "profit". Subtotals adding up the numbers for all years for each species are provided and totals for all years for all species are also provided. This document )DC 18 shows that Ocean Duke has its sales and purchase records in electronic form that allows grouping and regrouping. The document requests asekd for accounting and slaes and purchase reports in electronic form, so records in such form should be provided. Our damage expert will need the reports in electronic form so that he can group and regroup the information, rearrange the columns, etc. to do his analysis.

Furthermore, our damage expert needs more detail and breakdown than what was provided in ODC 18. For example, the third page of the attachment hereto is a form Excel spreadsheet that has been used in previous cases, and we need Ocean Duke to provide us in electronic form such as Excel reports sent via email reports containing the kinds of information set out in that third page of the attachment, namely, for each sale:
(1) the date of the sale,
(2) the name of the buyer,
(3) the product description (e.g., "Indonesia Tuna Rw Cryo Portion, IQF, Vacuum-Pack, Black Tie"),
(4) the species (e.g., tuna" or "swordfish" or "mahimahi"),
(5) the cut or shape (e.g., "saku" or "loins" or "steak" or "poke cubes" or "fillet" or "chunk" or "ground" or "scrape"),
(6) the size (e.g., "6/8 oz/pc" [that is, 6 to 8 ounce pieces] or "10 oz/pc"),
(7) brand (e.g., "Black Tie" or "Paradies" or "Yelin")
(8) whether treated or not (is there some code that discloses that or a brand name?),
(9) price per pound,
(10) number of pounds of that type of cut of that type of species in that sale,
(11) sales revenue (pounds of that type of cut of that species X the price per pound),

CS HI OD
000423

CS HI OD
000001

1

**EXHIBIT M**

(12) cost of the goods sold,
(13) other costs variable with the goods in question,
(14) profit before deduction of overhead and fixed costs.

Please get Ocean Duke to provide in electronic form such as Excel its purchase and sales reports giving as much of the above detail and breakdown as possible. The information needs to be in electronic form so that our expert can grup and regroup information as needed, in order to do a lost profits analysis (thus comparing on a product by product basis Ocean Duke's sales with Hawsaii International's costs, profits, etc. is necessary) and to determine Ocean Duke's profits per pound of the goods in question in order to do a reasonable royalty analysis. The information Ocean Duke provides will of course be seen only by counsel and the independent damage expert, and not by Kowalski or Hawaii International. I will send background information on the damage expert, and he will sign the undertaking agreeing to be bound by the protective order in this case.

We need a means of determining what is treated fish and what is untreated fish. If that is determined by brand name, let us know. I note that prodcut codes are assigned to ocean Dukes products -- please provide a key to explain what those product codes mean -- do they indicate which products are treated and which aren't? (For your information, attached after the third page of the attachment are copies of Ocean Duke invoices, showing examples of the different species and cuts and sizes and descriptions and brands of the Ocean Duke products.)

Please call me (808-544-3833)tomorrow to confirm what I need and what you will try to get me (although I have tried to set that out in this email) and then please call Ocean Duke to find out what kind of electronic form accounting/sales/purchase reports it has. Ocean Duke's cooperation on this will save time and expense and burden on both sides, and is required under the discovery requests and the discovery rules. If there is no cooperation on this, we will have to get help from the court, because it is simple harrassment and too onerous for Ocean Duke to force Plaintiffs to go through the drudgery of inputing all the data from the individual invoices when Ocean duke has the data in electronic form, not to mention the fact that Ocean Duke has not provided all invoices so Plaintiffs cannot get the data from the invoices anyway.

---

Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended, or written to be used, and cannot be used for the purpose of avoiding tax-related penalties under the Internal Revenue Code.
*********************************************************************
*************************

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited.
If you think you have received this communication in error, please notify us immediately by reply e-mail or by telephone (808)521-9200, and delete the original message.

CS HI OD
000424