```
                                                                    1

 1               IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3
     WILLIAM R. KOWALSKI and     ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL        )
     SEAFOOD, INC.,              ) Honolulu, Hawaii
 5                               ) December 7, 2007
               Plaintiff,        )
 6                               ) TESTIMONY OF ROGER LIN
          vs.                    )
 7                               )
     OCEAN DUKE CORPORATION,     )
 8                               )
               Defendant.        )
 9   _____)

10
            PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 3)
11           BEFORE THE HONORABLE BARRY M. KURREN,
                UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:      MILTON M. YASUNAGA
14                           ALLISON MIZUO LEE
                             Cades Schutte LLP
15                           1000 Bishop St., Ste. 1200
                             Honolulu, Hawaii  96813-4216
16
     For the Defendant:      LOUISE K.Y. ING
17                           Alston Hunt Floyd & Ing
                             1800 ASB Tower
18                           1001 Bishop Street
                             Honolulu, Hawaii  96813
19
                             PAUL MARKS
20                           Neufeld Law Group
                             360 East 2nd Street, Ste. 703
21                           Los Angeles, California 90012

22   Official Court          GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                United States District Court
23                           P.O. Box 50131
                             Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**EXHIBIT N**

```
 1  something like this.  We'll get to it, but it's not a matter to
 2  raise with a witness.  I'm sorry.  No.
 3            MR. YASUNAGA:  All right, fine.
 4                   (End of sidebar.)
 5  Q    Mr. Lin, this Exhibit 193 it only goes -- it gives a total
 6  right of 7 million -- over 7 million pounds of treated fish of
 7  all species, right?
 8  A    Over the years, yes.
 9  Q    And this chart though only covers the years 1999 through
10  2005, right?
11  A    That's correct.
12  Q    And Ocean Duke has continued to deal with import and sale
13  of fish treated with smoke for color retention and not to add
14  smoke taste and odor after 2005, right?
15  A    Yes.
16  Q    Do you know who created this chart at Ocean Duke?
17  A    Yes.  I did.
18  Q    You did.  But you don't know all of the expenses that went
19  into the overhead and expenses column, right?
20  A    I don't remember every one of them.
21  Q    And are there any backup documents for this?
22  A    Probably our accounting system, yes.
23  Q    According to this chart, the amount of fish treated for
24  color retention with smoke increased, at least in the initial
25  years, for some species it was nothing and for tuna it
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

    Served Electronically through CM/ECF:
        Louise K. Y. Ing        ling@ahfi.com
        Allison K. Griffiths        akirk@ahfi.com

    Served Electronically (through email):
        PAUL S. MARKS, ESQ.
        TIMOTHY L. NEUFELD, ESQ.
        NEUFELD LAW GROUP
        360 East 2nd Street. Suite 703
        Los Angeles, California 90012
        E-mail: pmarks@neufeldlawgroup.com
                TNeufeld@neufeldlawgroup.com

ImanageDB:821236.3

DATED: Honolulu, Hawaii, January 24, 2008.

    CADES SCHUTTE LLP

    /s/ Milton M. Yasunaga
    MILTON M. YASUNAGA
    MARTIN E. HSIA
    ALLISON MIZUO LEE
    Attorneys for Plaintiffs
    WILLIAM R. KOWALSKI and HAWAII
    INTERNATIONAL SEAFOOD, INC.