IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>**DECLARATION OF MILTON M. YASUNAGA** |

## DECLARATION OF MILTON M. YASUNAGA

I, Milton M. Yasunaga, hereby declare:

1. I am a member of Cades Schutte, LLP, counsel for Plaintiff William R. Kowalski. I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Attached hereto as Exhibit "A" is a true and correct copy of pages from Ocean Duke's website offering various infringing products for sale as of January 16, 2008 (well-after the jury's verdict) that my office obtained.

3. Attached hereto as Exhibit "B" is a true and correct copy of the cover page and pages 30-34, 102, 141, and 134 of the transcript of the trial testimony given by Plaintiff on December 6, 2007.

ImanageDB:825248.3

4.  Attached hereto as Exhibit "C" is a true and correct copy of a memorandum dated September 3, 1996 from Richard Cano of the United States Department of Commerce that was admitted into evidence as Trial Exhibit 56.

5.  Attached hereto as Exhibit "D" is a true and correct copy of the cover page and pages 33-34, and 193 of the transcript of the trial testimony given by Roger Lin on December 11, 2007.

6.  Attached hereto as Exhibit "E" is a true and correct copy of a letter from Roger Lin/Ocean Duke to his attorneys dated February 11, 2003 regarding a letter Lin drafted to customers of Ocean Duke. This document was admitted into evidence as Trial Exhibit 202.

7.  Attached hereto as Exhibit "F" is a true and correct copy of a chart purporting to represent Ocean Duke's annual sales of the infringing product from 1999 to 2005, which was admitted into evidence as Trial Exhibit 193.

8.  Attached hereto as Exhibit "G" is a true and correct copy of the cover page and pages 25-26, 59, and 61 of the transcript of trial testimony given by David Francom on December 10, 2007.

9.  Attached as Exhibit "H" is a true and correct copy of the cover page and page 9 of the transcript of trial testimony given by Roger Lin on December 7, 2007.

10.   Attached as Exhibit "I" is a true and correct copy of Trial Exhibit 206, a publication article dated 2005.

11.   Attached as Exhibit "J" is a true and correct copy of the cover page and page 4 of the transcript of trial testimony given by Roger Lin on December 10, 2007.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, January 24, 2008.

/s/ Milton M. Yasunaga
**MILTON M. YASUNAGA**