IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF WILLIAM R. KOWALSKI |

## **DECLARATION OF WILLIAM R. KOWALSKI**

I, William R. Kowalski, hereby declare:

1. I am the Plaintiff in the above referenced lawsuit and the 100% owner of Hawaii International Seafood, Inc. ("*HISI*"). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Sale of products involving my patented process constitute 100% of HISI's business.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

ImanageDB:825248.3

DATED: Honolulu, Hawaii, January 24, 2008.

_____
**WILLIAM R. KOWALSKI**