

# PRODUCTS

Product Category > **Fish** > **Mahi-Mahi**



- HOME
- ABOUT US
- PRODUCTS
- FEATURE ITEMS
- CUSTOMER SERVICE
- SEAFOOD LINKS
- ORDER TRACKING
- MY ACCOUNT
- DOWNLOADS
- CONTACT US
- VIEW CART



Mahi-Mahi
Raw Cryo Fillet, Skin-On,
IQF, Vacuum Pack



Mahi-Mahi
Raw Cryo Steak, Skinless,
IQF, Vacuum Pack



Mahi-Mahi
Raw Fillet, Skin-On, Belly-Off,
IQF



Mahi-Mahi
Raw Portion, Skinless
Boneless, IQF



Mahi-Mahi
Raw Steak, Skinless Bonless,
IQF

Copyright © 2003 Ocean Duke Corporation. All Right Reserved.

**EXHIBIT A**



## PRODUCTS

Product Category > **Fish** > **Scarlet Snapper**



**Scarlet Snapper**
Raw Cryo Fillet, Skin-On,
IQF, Vacuum Pack



HOME
ABOUT US
PRODUCTS
FEATURE ITEMS
CUSTOMER SERVICE
SEAFOOD LINKS
ORDER TRACKING
MY ACCOUNT
DOWNLOADS
CONTACT US
VIEW CART

Copyright © 2003 Ocean Duke Corporation. All Right Reserved.



# PRODUCTS

Product Category > **Fish** > **Swordfish**


Swordfish
Cryo Loin Skin-On, IQF,
Vacuum Pack


Swordfish
Cryo Steak, Skin-On, IQF,
Vacuum Pack


Swordfish
Raw Cryo Kabob, Block

HOME
ABOUT US
PRODUCTS
FEATURE ITEMS
CUSTOMER SERVICE
SEAFOOD LINKS
ORDER TRACKING
MY ACCOUNT
DOWNLOADS
CONTACT US
VIEW CART


Swordfish
Raw Sashimi Fillet, Skin-On,
IQF, IWP


Swordfish
Raw Sashimi Steak, Skin-On,
IQF, Vacuum Pack

Copyright © 2003 Ocean Duke Corporation. All Right Reserved.



# PRODUCTS

Product Category > **Fish** > **Tuna**



**Tuna**
Raw Cryo Loin, Skinless, IQF,
Vacuum Pack



**Tuna**
Raw Cryo Portion, IQF,
Vacuum Pack



**Tuna**
Raw Cryo Steak, Skinless,
IQF, Vacuum Pack



HOME
ABOUT US
PRODUCTS
FEATURE ITEMS
CUSTOMER SERVICE
SEAFOOD LINKS
ORDER TRACKING
MY ACCOUNT
DOWNLOADS
CONTACT US
VIEW CART



**Tuna**
Raw Steak, Skinless, IQF,
Vacuum Pack

Copyright © 2003 Ocean Duke Corporation. All Right Reserved.