1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3

 4   WILLIAM R. KOWALSKI and      )  CIVIL NO. 04-00055BMK
     HAWAII INTERNATIONAL         )
 5   SEAFOOD, INC.,               )  Honolulu, Hawaii
                                  )  December 7, 2007
 6              Plaintiff,        )
                                  )  TESTIMONY OF ROGER LIN
 7        vs.                     )
                                  )
 8   OCEAN DUKE CORPORATION,      )
                                  )
 9              Defendant.        )
     _____)

10

11           PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 3)
             BEFORE THE HONORABLE BARRY M. KURREN,
12                UNITED STATES MAGISTRATE JUDGE

13   APPEARANCES:

14      For the Plaintiff:       MILTON M. YASUNAGA
                                 ALLISON MIZUO LEE
15                               Cades Schutte LLP
                                 1000 Bishop St., Ste. 1200
16                               Honolulu, Hawaii  96813-4216

17      For the Defendant:       LOUISE K.Y. ING
                                 Alston Hunt Floyd & Ing
18                               1800 ASB Tower
                                 1001 Bishop Street
19                               Honolulu, Hawaii  96813

20                               PAUL MARKS
                                 Neufeld Law Group
21                               360 East 2nd Street, Ste. 703
                                 Los Angeles, California 90012

22   Official Court             GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                  United States District Court
23                              P.O. Box 50131
                                Honolulu, Hawaii 96850
24

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).
```

**EXHIBIT H**

1   A    That's correct.

2   Q    And the fish indicated on this would all come from Ocean

3   Duke's supplier PT Intisamudera?

4   A    That's correct.

5   Q    And this chart only starts up from 1999 is the earliest

6   date, right?

7   A    Yes.

8   Q    And it goes -- I guess it's categorized by species of

9   fish.  Let's take the first one.  I'll try to make it bigger in

10   the hope that that's easier to read.  So this indicates that

11   for the species of grouper, Ocean Duke didn't sell any until

12   2003, right?

13   A    That's correct.

14   Q    And the columns are type of fish, year, quantity and

15   pounds.  Revenue would be sales revenue?

16   A    Yes.

17   Q    And then cost of goods?

18   A    Would be the amount that we would pay for the product.

19   Q    That's the cost of buying the fish, right?

20   A    Yes.

21   Q    Then there's a column overhead and expenses?

22   A    That's correct.

23   Q    And then there's a profit, right?

24   A    Yes.

25   Q    In the overhead and expenses, exactly what expenses are