1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3
     WILLIAM R. KOWALSKI and    ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL       )
     SEAFOOD, INC.,             ) Honolulu, Hawaii
 5                              ) December 10, 2007
               Plaintiff,       )
 6                              ) TESTIMONY OF ROGER LIN
          vs.                   ) (CONTINUED)
 7                              )
     OCEAN DUKE CORPORATION,    )
 8                              )
               Defendant.       )
 9   _____)

10
            PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 4)
11         BEFORE THE HONORABLE BARRY M. KURREN,
               UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:      MILTON M. YASUNAGA
14                           ALLISON MIZUO LEE
                             Cades Schutte LLP
15                           1000 Bishop St., Ste. 1200
                             Honolulu, Hawaii  96813-4216
16
     For the Defendant:      LOUISE K.Y. ING
17                           Alston Hunt Floyd & Ing
                             1800 ASB Tower
18                           1001 Bishop Street
                             Honolulu, Hawaii  96813
19
                             PAUL MARKS
20                           Neufeld Law Group
                             360 East 2nd Street, Ste. 703
21                           Los Angeles, California 90012

22   Official Court          GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                United States District Court
23                           P.O. Box 50131
                             Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**EXHIBIT J**

```
 1              (Exhibit 206 was received in evidence.)
 2              MR. YASUNAGA:  I would like to show exhibit 206
 3    briefly.
 4              THE COURT:  Sure.
 5    Q    That's your picture on the left, right?
 6    A    Yes.
 7    Q    I just wanted to note that in this document Ocean Duke has
 8    told -- represents that its volume is actually, the fourth
 9    line, 125 million pounds per year.  That was an accurate number
10    when you gave it?
11    A    Sounds about right, yes.
12    Q    The earlier thing I talked about one hundred million
13    pounds, and I certainly did not want to slight you.  Who is
14    Cisco?
15    A    Cisco is the largest food service distributor in the
16    United States.  They have over 60 different branches that buys
17    throughout the United States.
18    Q    Are they sort of like Ahold?
19    A    Actually, they are a completely different type.  Cisco
20    would be a company that buys products and then sells to
21    restaurant chains.  So if you go to the restaurants you see in
22    Waikiki, those probably would be supplied by a Cisco type of
23    company.  Where Ahold is a retailer, so they would be like the
24    Safeways that you would see on the streets.
25    Q    Now, it was mentioned that Ocean Duke did not start
```