IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Louise K. Y. Ing    ling@ahfi.com
    Allison K. Griffiths    akirk@ahfi.com
    Paul Marks    pmarks@neufeldlawgroup.com

DATED: Honolulu, Hawaii, January 24, 2008.

    CADES SCHUTTE LLP

    /s/ Milton M. Yasunaga
    MILTON M. YASUNAGA
    MARTIN E. HSIA
    ALLISON MIZUO LEE
    Attorneys for Plaintiffs
    WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.

ImanageDB:825248.3