LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:  ling@ahfi.com
        agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS         (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:   (213) 625-2650
Email: tneufeld@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br>  Defendant. | CIVIL NO. CV 04-0055 BMK <br><br> **DEFENDANT OCEAN DUKE CORPORATION'S MOTION TO DISMISS FOR FAILURE TO JOIN LEO SANDAU AS AN INDISPENABLE PARTY; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LOUISE K. Y. ING; EXHIBITS A AND B;** CERTIFICATE OF SERVICE |

667,978 / 8827-1

## DEFENDANT OCEAN DUKE CORPORATION'S MOTION TO DISMISS FOR FAILURE TO JOIN LEO SANDAU AS AN INDISPENABLE PARTY

Defendant Ocean Duke Corporation respectfully moves this Court to dismiss this lawsuit for failure to join an indispensable party.

According to the official records of the United States Patent and Trademark Office ("USPTO"), Leo Sandau is an assignee of a twenty-five percent (25%) interest in United States Patent 5,972,401 ("'401 Patent"), the subject of this litigation. Thus, Mr. Sandau is a necessary and indispensable party to this action for patent infringement and declaratory relief of the '401 Patent. As Plaintiffs William R. Kowalski and Hawai'i International Seafood, Inc. failed to join Mr. Sandau as Plaintiff, this Court should dismiss this action under Fed. R. Civ. P. Rule 12(b)(7) for failure to join an indispensable party pursuant to Fed. R. Civ. P. 19 (a)(1).

This motion is supported by the attached memorandum, declaration and exhibits, the arguments of counsel and the record of this case.

DATED: Honolulu, Hawai`i, January 24, 2008.

/s/ Louise K. Y. Ing_____
TIMOTHY L. NEUFELD
PAUL S. MARKS
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS

Attorneys for Defendant
OCEAN DUKE CORPORATION

2