IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>             Plaintiffs,<br><br>      v.<br><br>OCEAN DUKE CORPORATION,<br><br>             Defendant. | CIVIL NO. CV 04-0055 DAE BMK<br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with Alston Hunt Floyd & Ing, local counsel for Defendant Ocean Duke Corporation.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached as Exhibit A is a true copy of a certified copy, dated December 18, 2007, of a conveyance recorded on October 3, 2000 with the United States Patent and Trademark Office.

4. Attached as Exhibit B is a true copy of a page from The United States Patent and Trademark Office website,

667,978 / 8827-1

2

http://assignments.uspto.gov/assignments/q?db=pat&qt=pat&reel=&frame=&pat=5972401&pub=&asnr=&asnri=&asne=&asnei=&asns=.

   I declare under penalty of perjury of the United States and the State of Hawaii that the foregoing is true and correct.

   Executed in Honolulu, Hawai`i, on January 24, 2008.

            /s/ Louise K. Y. Ing
            LOUISE K. Y. ING