

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

December 18, 2007

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON October 03, 2000.

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. Edelen

L. EDELEN
Certifying Officer

FORM PTO-1619A
Expires 06/30/99
OMB 0651-0027

U.S. Department of Commerce
Patent and Trademark Office
PATENT

10-19-2000

101490886

**RECORDATION**
**PATENT**

TO: The Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).

**Submission Type**   10-3-00
- [X] New
- [ ] Resubmission (Non-Recordation) Document ID#
- [ ] Correction of PTO Error   Reel #   Frame #
- [ ] Corrective Document   Reel #   Frame #

**Conveyance Type**
- [ ] Assignment
- [ ] Security Agreement
- [ ] License
- [ ] Change of Name
- [ ] Merger
- [X] Other  Financing Statement
- U.S. Government (For Use ONLY by U.S. Government Agencies)
  - [ ] Departmental File
  - [ ] Secret File

**Conveying Party(ies)**   [ ] Mark if additional names of conveying parties attached

Name (line 1): Kowalski, William R.
Name (line 2):

Execution Date Month Day Year: 09072000

**Second Party**
Name (line 1):
Name (line 2):

Execution Date Month Day Year:

**Receiving Party**   [ ] Mark if additional names of receiving parties attached

Name (line 1): Sandau, Leo
Name (line 2):
Address (line 1): 2161 Kalia Rd.
Address (line 2): Apt. #306
Address (line 3): Honolulu   HI   96815
                  City        State/Country   Zip Code

If document to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative is attached. (Designation must be a separate document from Assignment.)

**Domestic Representative Name and Address**   Enter for the first Receiving Party only.

Name:
Address (line 1):
Address (line 2):
Address (line 3):
Address (line 4):

10/17/2000 NTHAI1 00000174 5972401
01 FC:581         40.00 OP

FOR OFFICE USE ONLY

Public burden reporting for this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and gathering the data needed to complete the Cover Sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503. See OMB Information Collection Budget Package 0651-0027, Patent and Trademark Assignment Practice. DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.

Mail documents to be recorded with required cover sheet(s) information to:
Commissioner of Patents and Trademarks, Box Assignments, Washington, D.C. 20231

PATENT
REEL: 011149 FRAME: 0863

FORM PTO-1619B
Expires 06/30/99
OMB 0651-0027

Page 2

U.S. Department of Commerce
Patent and Trademark Office
**PATENT**

**Correspondent Name and Address**

Area Code and Telephone Number: (808) 544-3835

Name: Martin E. Hsia
Address (line 1): Cades Schutte Fleming & Wright
Address (line 2): 1000 Bishop Street, Suite 1400
Address (line 3): Honolulu, Hawaii 96813
Address (line 4):

**Pages** Enter the total number of pages of the attached conveyance document including any attachments. # 3

**Application Number(s) or Patent Number(s)**

Enter either the Patent Application Number or the Patent Number (DO NOT ENTER BOTH numbers for the same property).

Patent Application Number(s):

Patent Number(s): 5972401

If this document is being filed together with a new Patent Application, enter the date the patent application was signed by the first named executing Inventor. Month / Day / Year

**Patent Cooperation Treaty (PCT)**

Enter PCT application number only if a U.S. Application Number has not been assigned.

**Number of Properties** Enter the total number of properties involved. # 1

**Fee Amount** Fee Amount for Properties Listed (37 CFR 3.41): $ 40.00

Method of Payment: Enclosed [X]  Deposit Account [ ]
Deposit Account
(Enter for payment by deposit account or if additional fees can be charged to the account.)
Deposit Account Number: #
Authorization to charge additional fees: Yes [ ] No [ ]

**Statement and Signature**

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.

Martin E. Hsia | [signature] | 9/27/00
Name of Person Signing | Signature | Date

**PATENT
REEL: 011149 FRAME: 0864**

THE ORIGINAL OF THE DOCUMENT
RECORDED AS FOLLOWS
STATE OF HAWAII

BUREAU OF CONVEYANCES

DATE 9·28·2000   TIME 12:30 PM
DOCUMENT NO. 2000-136910

Return by Mail ( ) Pickup (X) To: 521-9200

MER

CADES SCHUTTE FLEMING & WRIGHT
P.O. Box 939
Honolulu, Hawaii 96808

Total No. of Pages: 3

Uniform Commercial Code – FINANCING STATEMENT     FORM UCC-1

This **FINANCING STATEMENT** is presented for recordation pursuant to the Hawaii Uniform Commercial Code.

| No. of Additional Sheets Presented: 1 | 1. Maturity Date, if any (optional): |

2. Debtor (Last Name First) and Address:

Kowalski, William R.
P.O. Box 30486
Honolulu, Hawaii 96820

3. Secured Party: Name and Address:

Leo Sandau
2161 Kalia Rd., Apt. # 306
Honolulu, HI 96815

4. Assignee of Secured Party, if any, and Address:

N/A

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks Washington, D.C. 20231, on 9-29-00.

Judi Pauly

*[signature]*

Date 9-29-00 PATENT
REEL: 011149 FRAME: 0865

5. This Financing Statement covers the following types or items of property:

   All of the properties, rights and assets described in Exhibit "1" attached hereto and made a part hereof.

6. Check ☒ if applicable:

   ☐ (If collateral is crops) The above described crops are growing or are to be grown on:
   ☐ (If collateral is goods which are or are to become fixtures)

   The above described goods are affixed or to be affixed to: Real Estate

   Describe real estate: (If Land Court property, give lot, application and certificate of title numbers)

   Record Owner: _____
   or
   Record Lessee: _____

7. Check ☒ if applicable:   ☒ Proceeds of collateral are also covered.
                              ☐ Products of collateral are also covered.

8. This statement is filed without the debtor's signature to perfect a security interest in collateral (check appropriate box):

   ☐ which is already subject to a security interest in another jurisdiction when it was brought into this state or
   ☐ which is proceeds of the original collateral described above in which a security interest was perfected.

DATED: 9/7/00

_____        _____
WILLIAM R. KOWALSKI                     LEO SANDAU
                    Debtor                                                    Secured Party

PATENT
REEL: 011149 FRAME: 0866

All right, title and interest of William R. Kowalski in and to an undivided Twenty-Five Percent (25%) interest in United States Patent 5,972,401, issued October 26, 1999; Inventor: William R. Kowalski; involving a process for manufacturing tasteless super-purified smoke for treating seafood to be frozen and thawed.

RECORDED: 10/03/2000

PATENT
REEL: 011149 FRAME: 0867