**United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Patent #:** 5972401 | **Issue Dt:** 10/26/1999 | **Application #:** 08980392 | **Filing Dt:** 11/28/1997 |
| **Inventor:** WILLIAM R. KOWALSKI | | | |
| **Title:** PROCESS FOR MANUFACTURING TASTELESS SUPER-PURIFIED SMOKE FOR TREATING SEAFOOD TO BE FROZEN AND THAWED | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 011149/0863 | **Recorded:** 10/03/2000 | | **Pages:** 5 |
| **Conveyance:** FINANCING STATEMENT | | | |
| **Assignor:** KOWALSKI, WILLIAM R. | | **Exec Dt:** 09/07/2000 | |
| **Assignee:** SANDAU, LEO | | | |
| 2161 KALIA RD., APT. #306 | | | |
| HONOLULU, HAWAII 96815 | | | |
| **Correspondent:** CADES SCHUTTE FLEMING & WRIGHT | | | |
| MARTIN E. HSIA | | | |
| 1000 BISHOP STREET, SUITE 1400 | | | |
| HONOLULU, HAWAII 96813 | | | |

Search Results as of: 01/04/2008 01:02 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

EXHIBIT B
1 of 1

Exhibit B

http://assignments.uspto.gov/assignments/q?db=pat&qt=pat&reel=&frame=&pat=5972401...   1/4/2008