CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
ALLISON MIZUO LEE      7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-0055 BMK<br><br>PLAINTIFF WILLIAM R. KOWALSKI'S MOTION FOR ENHANCED DAMAGES UNDER 35 U.S.C. § 284; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MILTON YASUNAGA; EXHIBITS "A" – "Y"; CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5; CERTIFICATE OF SERVICE<br><br>TRIAL: December 4 - 13, 2007 |
|---|---|

ImanageDB:818247.5

## PLAINTIFF WILLIAM R. KOWALSKI'S MOTION FOR ENHANCED DAMAGES UNDER 35 U.S.C. § 284

Plaintiff WILLIAM R. KOWALSKI ("*Plaintiff*") moves the Court for an order increasing the reasonable royalty damage award assessed by the jury pursuant to 35 U.S.C. § 284 (the "*Motion*"). Enhancement of the damage award is appropriate in this case because, among other things, the jury determined that Ocean Duke actually knew, or it was so obvious that Ocean Duke should have known, that its actions constituted infringement of a valid and enforceable patent.

The Motion is brought pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, 35 U.S.C. § 284, the attached memorandum in support, declaration, exhibits and the records and files in this case.

DATED: Honolulu, Hawaii, January 24, 2008.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.