**HAWAII INTERNATIONAL SEAFOOD, INC.**
Honolulu International Airport
P.O. Box 30486
Honolulu, Hawaii 96820  U.S.A.

Phone : (808) 839-5010
Fax    : (808) 833-0712  Operations
       : (808) 833-5694  Accounting
EMAIL : hisifish@pixi.com
Web Site: http://members.aol.com/cryofresh/index.htm

March 28, 1997

To:     Bill

From:   Jeanne

Re:     Cryofresh Box Labels

HIGHLY CONFIDENTIAL
ATTORNEYS EYES ONLY

Bill:

These labels are in Times New Roman, with font sized 22 for "Distributed By" and font sized 12 for "contents".

I have been unable to locate the FDA Labeling Regulations book. Do you have it? There is an empty file folder in my cabinet, but no book!

Thank you,
Jeanne

Exhibit 33

EXHIBIT B

K005482

EXHIBIT033-001 / 1