Date:    9/21/99 10:35 AM
Sender:  Steven Wilson
To:      Kenneth Aadsen; Monty Berg; Lawrence Biondo; Cheryl Bielberg; Kirk Brown; Robert Buckley; Richard Cano; Michael DiLiberti; George Haines; Cooper Kimbrell; Brian Lynch; Sam McKeen; Mike McLendon; Mary Ann Metz; Robert Metz; David Moisan; Marian Parco; Terri Reilly; Karle Ruzicka; Leonard Shanks; Mike Stadler; Eric Staiger; George Sullivan; Kim Young; Ted M. Inscore; Roxy Triplett
Priority: Normal
Subject: Treated Tuna--Facility Update

On September 3, 1998, Richard Cano signed a policy stating that only tuna treated with a "tasteless smoke" from specific facilities named in the policy would be permitted to be lot inspected and bear our mark once it arrived in the United States. The list of accepted facilities would be updated as necessary.

Below are the facilities currently in compliance with this policy. This list supercedes the list of January 29, 1999 and will be replaced as new facilities are added or deleted. (Street addresses will be added for firms wherever possible.) Product dated prior to the initial verification date is not eligible for lot inspection.

| Facility | Initial Verification |
|---|---|
| Angel Seafoods<br>Tambler<br>General Santos City, Philippines | March 1998 |
| Evergreen Enterprises<br>Tambler<br>General Santos City, Philippines | November 1998 |
| Mommy Gina Tuna Resources<br>Tambler<br>General Santos City, Philippines | November 1998 |
| Ocean Corporation<br>Irasan Center, Ninoy Aquino Avenue<br>Paranaque 1700, Metro Manila | September 1998 |
| Peace-Rich Corporation<br>General Santos City, Philippines | September 1998 |
| Pohnpei Fisheries Corporation<br>7 Tuna Lane<br>Dekehtick, Pohnpei 96941<br>Federated States of Micronesia | October 1997 |
| Pt. Bonecom<br>JL Muara Baru Ujung, Blok L, No. 1<br>Jakarta Utara 14440, Indonesia | January 1999 |
| Pt. Hatindo Makmur<br>Jalan Ikan Tuna III No. 2<br>Benoa, Denpasa, Bali<br>Indonesia | September 1999 |
| Pt. Intimas Surya | |

EXHIBIT D

Exhibit 67

K00648


| | |
|---|---|
| Bali, Indonesia | May 1997 |
| Pt. Intisamudera Citra Perkasa<br>Jalan Ikan Tunaraya Blok No. 1<br>Pelabuhan Benoa, Denpasar, Bali<br>Indonesia | January 1999 |
| Santa Cruz Trading Company<br>Dole Compound, Calumpang<br>General Santos City, Philippines | November 1998 |

K006485