

Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

REQUEST FOR PROPOSAL

November 1, 2000

Mr./Ms. _____, [TITLE]
[VENDOR NAME]

[VENDOR ADDRESS]

Dear Mr./Ms. _____

Ahold U.S.A., Inc. ("Ahold") is considering awarding a tasteless cold smoked processed yellowfin tuna products contract to qualified Vendor(s). The goal is to increase Ahold's and Vendor's return on investment. Ahold rewards revolutionary thinking and seeks to align itself with strategic partners.

Your company is invited to submit a proposal in accordance with and for the subject of this Request For Proposal ("RFP"). As you confirmed in our telephone conversation on November 1, 2000, you understand that the information contained herein is confidential and proprietary to Ahold. It is not to be disclosed to any third party without Ahold's prior written consent.

To help us identify the best, all-around Vendor(s) and to make sure our expectations are clear, this RFP contains extensive requests for information regarding your company and its product(s) and/or services, including detailed product/service specifications and delivery terms.

Please note that your proposal must be e-mailed in Microsoft Office in Word, Excel, or PowerPoint format to me at Bruce Steinberg/GIANTMD/US/Ahold@Ahold no later than 12:00 p.m. on Tuesday, November 14, 2000.
Any questions regarding this matter should be e-mailed to me or please call me at 1-301-341-4422.

Sincerely,
Bruce Steinberg

Exhibit 80

F:\DATA\Bill\Ahold\tuna rfp final nov 1, 2000.doc

Copyright © 2000 by Ahold USA, Inc.

**EXHIBIT E**



Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

## 1.0 INTRODUCTION

### 1.1 Purpose of Solicitation

Ahold U.S.A., Inc. ("Ahold") has developed this Request for Proposal ("RFP") for the purpose of identifying and selecting quality Vendor(s) with a proven ability to provide tasteless cold smoked processed yellowfin tuna products. This document is intended to provide sufficient background information regarding Ahold, its contractual procedures and requirements for this transaction.

### 1.2 Company Background

| AHOLD ENTITY | HEADQUARTERS/ COUNTRY | SPECIALTY | # STORES | 1999 SALES |
|---|---|---|---|---|
| **Ahold USA** | | | | |
| Bi-Lo | Greenville, SC | Supermarkets | 281 | $3 billion USD |
| Golden Gallon | Tennessee/Georgia | Convenience Stores | 134 | $300 million USD |
| Giant Carlisle | Carlisle, PA | Supermarkets | 156 | $3.4 billion USD |
| Giant Landover | Landover, MD | Supermarkets | 176 | $4.5 billion USD |
| Peapod, Inc. | Skokie, IL | Online Grocer | | $73 million USD |
| Stop & Shop | Quincy, MA | Supermarkets | 202 | $6.7 billion USD |
| Tops | Buffalo, NY | Supermarkets | 124 | $2.9 billion USD |
| Wilson Farms | Buffalo, NY | Neighborhood Stores | 206 | |
| US FoodService | Columbia, MD | Foodservice | | $7 billion USD** |
| PYA Monarch | Greenville, SC | Foodservice | | $2.9 billion |
| **Ahold Europe** | Zaandam, Netherlands | | | |
| Albert Heijn | Netherlands | Supermarkets | 1,773 | €4 billion |
| DeliXL | | Foodservice | | |
| Etos and De Tuinen | | Drugstores | 420 | €400 million |
| Boots | | Drugstores | 17 | €18 million |
| Gall & Gall | | Wine/Spirits | | |
| Jamin | | Candy | | |
| ter Huurne and Schuitema | | | | |
| Hypernova | Czech Republic | Supermarkets | 170 | €500,000 |
| Mana | | Supermarkets | | |
| Prima | | Supermarkets | | |
| ICA Group | Norway/Sweden | Supermarkets/ Foodservice | 3,100 | €7 billion |
| Ahold Polska | Poland | Hypermarkets | 115 | €240 million |
| Sesam | | Supermarkets | | |
| FeiraNova | Portugal | Hypermarkets | 184 | €1.3 billion |
| Pingo Doce | | Hypermarkets | | |
| Castillo del Barrio | Spain | Supermarkets | 216 | €350 million |
| Dialco | | Supermarkets | | |
| Dumaya | | | | |
| Guerrero | | | | |
| Kampio | | | | |
| Las Postas | | | | |
| Longinos Velasco | | | | |
| Mercasol | | | | |
| **Ahold Latin America** | | | | |
| Bompreco | Brazil | Supermarkets | 100 | €1.3 billion |
| Disco | Argentina | Supermarkets | 213 | €1.8 billion |
| La Fragua | El Salvador, Guatemala, Honduras | Supermarkets | 119 | |
| Santa Isabel | Chile, Ecuador, Paraguay, Peru | Supermarkets | 95 | €750 million |
| Supermercados Agas | Chile | Supermarkets | 17 | €100 million |
| **Ahold Asia** | | | | |
| Tops | Indonesia, Malaysia, Thailand | Supermarkets | | €475 million |

*Excluding Golden Gallon, Peapod, PYA Monarch, US FoodService and Wilson Farms
**On August 14, 2000, U.S. FoodService agreed to acquire PYA Monarch
***Excluding ICA Group
**** On October 16, 2000, Santa Isabel agreed to acquire Supermercados Agas

Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

## 2.0 ADMINISTRATION

### 2.1 Ahold Senior Management Approval

The individual named on the cover letter is the only person at Ahold with the authority to negotiate a contract regarding this RFP. All contracts, however, need the explicit approval of Ahold's senior management; you may not contact any other Ahold associate regarding this RFP.

### 2.2 Ahold Negotiation Facilitator

Any questions regarding contractual terms and conditions must be directed to Dawn Weekes, Ahold U.S.A., Inc., c/o of Stop & Shop, 1385 Hancock Street, Quincy, MA 02169. Dawn Weekes can be reached by telephone: (617) 770- 6995, respectively, by fax: (617) 770-6013 and by E-mail: dweekes@stopandshop.com.

### 2.3 Schedule of Events (All dates are subject to Ahold's modification without notice.)

|  | Due Date |
|---|---|
| RFP mail date | 11/01/2000 |
| Questions Due to Ahold | 11/07/2000 |
| Product Samples if necessary on request. | |
| Proposal Due Date | 11/14/2000 |
| Vendor Discussion(s)/Presentation(s)—if necessary on request | |
| Anticipated decision and selection of Vendor(s) | 11/21/2000 |

## 3.0 GUIDELINES FOR PROPOSAL PREPARATION

### 3.1 Proposal Submission

To facilitate the proposal review process, all Vendors must adhere to the requirements set forth on Attachments A (Specifications) and B (Standard Buying Terms). Vendor must quote on all items and answer all questions contained in this solicitation. This RFP does not create any obligations for Ahold. Ahold reserves the right to:
- value all factors in submitted proposal, and accept other than the lowest offer;
- award a contract on the basis of initial offers received, without requests for best and final offers;
- continue negotiations with and/or award contracts to more than one Vendor;
- reject any or all offers (at any stage of negotiations) and make changes to this solicitation without notice, without refund, or any other obligation (this right is not reciprocal); and
- extend any pricing offers and volume rebate incentives to all Ahold affiliates and subsidiaries.

### 3.2 Detailed Response Requirements

Please format your company's proposal by answering all questions in the order in which they are outlined:

#### 3.2.1 Executive Summary.
The Executive Summary is a concise, high-level proposal synopsis, summarizing Vendor's responses to the RFP, including Vendor's mission statement, global perspective, and strategy to differentiate Vendor's offering in the marketplace.

#### 3.2.2 Vendor Information.

Corporate Structure
- Official registered name, mailing and e-mail addresses, main telephone, toll-free, and facsimile numbers, and Federal ID/Chamber of Commerce number or any other official registration number;
- Key contact name, title, mailing and e-mail addresses (if different from above address), and direct telephone and facsimile numbers;
- Detailed organizational chart by name, title, and location (global contacts, if any);
- Person(s) authorized to contractually bind the organization; and
- Fiscal Year end.

Credit History
- Three (3) corporate references, including company name, contact name, title, address, telephone number, and client relationship synopsis;
- One (1) copy of Vendor's latest audited financial statements for the last three years. Ahold may request additional financial information in order to determine accurately Vendor's financial condition; if privately held, please identify Vendor's corporate ownership and attach sufficient financial information in order to accurately determine the financial condition of Vendor's organization; and



**Ahold U.S.A., Inc.**
**A Subsidiary of Royal Ahold**

- One (1) reference from a financial service organization that provides credit history.

Customer Information
- Brief history, including year established and number of years Vendor has been offering the goods and/or services to which this RFP relates;
- Number of customers who have purchased this product/service in a manner comparable to Ahold; list main customers by country;
- Transition methodology when taking on a new accounts if not a current Vendor of Ahold; and
- Describe your current and/or past relationships with companies belonging to Koninklijke Ahold.

Sales/Market Share
- Annual sales and growth rate for the last two years, by item, by category, by Ahold operating company;
- Margins by item, by category, by Ahold operating company;
- Description of relevant market (Is this a national market?). What are the substitutes for products and/or services involved?;
- Share of category in county/market vs. share of category in Ahold operating company; and
- Market shares of Vendor's competitors.

Research and Development
- New initiatives planned for the coming year;
- Percentage of sales invested in research and development; and
- Percentage of sales invested in new markets.

Supply Chain
- Organization of supply chain (number of links, opportunities to remove links, etc.); and
- List opportunities for supply chain savings (i.e., direct store deliver (DSD), store-ready cross-docks, service reward programs, drop trailer, back-haul, etc.).

Competition
- Comparison of Vendor's main competitors (strengths and weaknesses).

E-Commerce
- Business to business e-commerce initiatives/opportunities.

Environmental policy
- Corporate environmental policy, including environmental report(s);
- Certification of your company (ies) on environmental management systems;
- Environmental and/or social awards or recognition received by your company in the last 5 years;
- Environmental litigation, either pending or resolved, against your company in the last 5 years; and
- Other dialogue positive or negative with consumer, social, or environmental activist groups.

3.2.3 **Product or Service Information.** Costs not identified by Vendor during the RFP process, and which Vendor incurs in the normal course of business, will not be eligible for payment by Ahold.



Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

Costs
- Breakdown cost into raw materials, packaging, production costs, labor, and logistics (separate road/air) from production to delivery to the operating companies designated distribution center.

Product Configurations
- List opportunities to receive your product in multiple configurations (i.e., multi-case counts, inter-pack, shelf-ready, display-ready, floor-ready, rainbow, mixed chimney stacked, slip-sheet layers, clamp, multi-packs, etc.).

Planning Technology
- Indicate whether you have information and/or technologies to assist Ahold in enhancing the planning and management of the category (i.e., activity based costing management (ABCM) information, internal manufacturing cost, distribution to retailer costs, retailer receiving to checkout costs, demand forecasting, assortment, price, promotion, etc.); and
- Name brand of technology.

Collaborative Planning Forecasting Replenishment (CPFR) Initiatives
- Indicate whether you utilize electronic technologies, electronic funds transfer (EFT), uniform communication standards (UCS II), advance ship notice (ASN), scan base trading (SBT), and/or continuous replenishment of product (CRP).

Promotional Funds
- List all of your promotional funds (i.e., accrual, market, profit based, etc.):
    - How they are calculated (i.e., cases, pounds, equivalent cases, etc.);
    - What is the time period (i.e., 6 months, 12 months, etc.);
    - Is there a "Go Live" Feature?;
    - Is the "live" rate equal to the base rate? If not, what percentage of the base rate is the "live" rate?;
    - Special funds in excess of the accrued funds (i.e., competitive activity, special market development funds, etc.);
    - Is the fund capped?;
    - Has the accrual rate increased from 1998 to 1999 to 2000?;
    - Explain the correlation between the percentage increase of the fund to the percentage growth target for Ahold;
    - Administration of funds (i.e., bill back off – invoice, pay on scan, etc.); and
    - Length of deal period.

Recommendations/Incentives
- List three recommendations to increase Ahold's sales, gross margin, etc.;
- List three ways to reduce Ahold's and/or Vendor's costs;
- Provide offers for incremental rewards to Ahold for growth based on sales, cases, market share, etc.;
- List any global incentives; and
- Will you share logistical savings with Ahold?

Environmental issues specific to this product
- Specific environmental policy regarding this product;
- Specific positive environmental attributes of your product or of your production process;
- Independent third-party certification of environmental claims; and
- Your knowledge of current or potential consumer or environmental concerns associated with this product and your company's strategy for addressing those concerns.



Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

Subcontractors
- If use of subcontractor(s) is required or planned, proposals must include the nature, cost, and extent of work, identification, qualifications, years in business, and relevant experience of subcontractors.

Additional Costs
- Vendor's cost proposal must be itemized in detail to allow proper evaluation and analysis to accomplish the stated objectives.

### 3.3  Proposal Validity and Investments

The final proposal submitted by Vendor must be valid for a minimum of 180 days. Vendor will bear its own costs and investments during this RFP process.

### 3.4  Minority/Woman-Owned Business

Ahold has established a policy to promote the awarding of contracts in a manner that develops and strengthens qualified minority and woman-owned business concerns ("M/WBEs"). As a result, M/WBEs are strongly encouraged to submit responses to this RFP, either as prime Vendors, as joint venture partners, or as subcontractors. Non-M/WBE bidders are strongly encouraged to develop creative initiatives to help foster new business relationships with M/WBEs within the primary industries affected by this RFP.



Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

### ATTACHMENT A

Part I

SPECIFICATIONS : THUNNUS ALBACARES

All products specified within this rfp must have been caught by hand line or longline fishing methods, designating the products as DOLPHIN SAFE.

Frozen Tasteless Cold Smoked (wood origin) Processed Yellowfin Skinless Tuna Steaks Packed only in a HACCP (USDC) and EU compliant facility, Asia pacific region product
* Retail pack steak product must be six to twelve ounces, ¼" to 1" thickness, no butterfly cuts, half cuts or diagonal cuts. Steaks are to be cut at a 90 degree cross section to each loin (no short end or flat cuts). Product must be vacuum individually or vacuum puzzle packed, cryogenically frozen without a pad or diaper, depending on each operating companies requirements. Master case requirements will be to each individual operating companies designation ( ten, fifteen or twenty two lb units). Color of tuna to exhibit near to normal tuna color no less than #2, 2+ US color grade in both fresh and frozen form for a minimum of four full days defrosted. Product must be free of all defects including parasites, brown streaks, spots, improperly trimmed edges, and discoloration. Product must be free from supplemental processing with additional chemical carbon monoxide. Each and every vacuum tuna product and carton must be permanently marked (with food safe ink) in English with the following statement: YELLOWFIN TUNA STEAKS - #1 cooking grade, natural tasteless wood smoke used to maintain fresh-like taste and color.

* US Food Service steak requirements and specifications are for individual size designations by oz with limited tolerances plus or minus to the next size range.
These include 4, 5, 6, 8 and 9 ounce products.
Frozen Tasteless Cold Smoked (wood origin) Processed Tuna Loins:
Fifteen pound packed master case containing three to four skinless loins, trimmed-belly flap and complete bloodline removed.
All quality requirements stated above apply to this product.
Net weights on all products will meet CFR Title 50 requirements.
ADDITIONAL REQUIREMENTS:
1. An annual updated letter stating that the product supplier is a member of the Tasteless Smoked Seafood Association.
2. A letter from The United States Department of Commerce stating that the product from the supplier is in compliance with all U.S. Food and Drug Administration requirements.
3. Manufacturer Plant HAACP Plan. If this becomes updated a new process plan must be submitted for file records.
4. Copy of verification from Customs Broker that the product has been released from US Customs and FDA with each shipment.
5. A Copy of Lot Inspection Certificate from the US Department of Commerce with each shipment.
6. Copies of test results done on Products by manufacturer when the order is received.

F:\DATA\Bill\Ahold\tuna rfp final nov 1, 2000.doc

Copyright © 2000 by Ahold USA, Inc.

7



Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

## ATTACHMENT B

### AHOLD STANDARD TERMS

**Term.**
10 months, provided, that Ahold may extend the term at its option.

**Projections.**
Three hundred thousand – Six hundred thousand pounds finished tuna steaks and Sixty – One hundred twenty thousand pounds finished tuna loins--this is an estimate only and does not obligate Ahold to purchase the stated volume.

**Participating Operating Companies.**
All Ahold current and future subsidiaries, parents, affiliates, etc. will be entitled to buy hereunder. If future acquired Ahold entity was buying from Vendor, prior to said acquisition, Vendor will make the incentives provided hereunder retroactive to the date on which it first did business with such Ahold entity.

**Pricing.**
Provide best price to Ahold, which price shall not be less favorable than the lowest price extended to any other customer during the term of the agreement.

Indicate incentive structure (i.e. volume rebates back to dollar-one, inventory reduction incentives) for volume which exceeds targeted annual purchases.

Special pricing for new stores, remodels, future acquisitions or Ahold affiliates should be described.

Pricing for all available optional products must be specified.

Beyond the term, price increases are capped at no more than the Consumer Price Index (CPI), if Ahold chooses to extend the agreement term.

**Promotional Payments.**
If applicable, list all non-refundable promotional or slotting allowances up-front and periodically throughout the agreement, including free goods for new stores, remodels, or acquisitions (disclose allocation of national, regional, and local promotional spending). All promotional payments are made in advance of the term or period in question.

**Payment Terms.**
2% 30 net 45 from receipt of undisputed invoice issued after Ahold's acceptance of the products and/or services, determined in its sole discretion.

**Quality Control.**
Vendor shall comply with all specifications prescribed by Ahold. Ahold may audit Vendor's production site, equipment, methods, and products at Ahold's request. Vendor, at its expense, shall test products for quality as required by Ahold. Quality of product during normal accepted shelf life is Vendor's responsibility. Vendor shall comply with all applicable laws and regulations regarding the products and/or services of this RFP.

**Delivery.**
Pricing is delivered destination operating company distribution center including shipping and freight. Vendor's shipper must certify that freight is sorted or segregated as required by Ahold.

All products/services must be delivered to destination within 90 days from date of Ahold's purchase order; Vendor shall be charged a fee of $500.00 per day for late delivery.

Vendor will deliver products in such a way to insure that Ahold maximizes its supply chain efficiencies, i.e., CHEP pallets.

In the event Vendor has stocking issues, it shall rank Ahold first for delivery of the products and secure such first rank.

**Special Reporting.**
Vendor will provide reporting to Ahold operating companies as required by Ahold, to be e-mailed in Microsoft Excel.



Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

**Warranty/ Maintenance.**
In addition to the standard manufacturer warranty, all product/services shall be warranted as free from defects, meet all Ahold specifications.

If maintenance is applicable, costs should be capped through the useful life of the product/service to begin after the expiration of the warranty; Vendor's proposal should detail response times for telephone and/or on-site remediation; no additional costs for expenses; new parts only unless replacement parts approved by Ahold; warranty and maintenance will include upgrades.

**Packaging/Labeling.**
At its expense, Vendor shall pack products as specified by Ahold. For all edible products, nutritional information must be added as required by Ahold and applicable law. Vendor shall use identification codes on all packaging of the products, from which the production date, production batch, and other relevant data can be identified, and shall maintain proper records of all products produces and packed. Some of the product packaging may be required scanable and must comply with all EAN/UPC standards regarding barcodes and with the source code document.

**Intellectual Property**
All intellectual property rights that may be exercised in regard to products, materials, and packaging developed under this agreement, rest with Ahold.

**Sales Support/Training.**
Vendor will provide one of its part-time employees to provide sales and/or field support at no additional cost to Ahold. Vendor and its employer may be required by one or more of Ahold's operating companies to perform services such as analyze market data, create category plans, etc.

**Excusable Delay.**
Each party will be excused from performance under the contract, only for Acts of God and only extended for the period of such delay.

**Acceptance/Rejection.**
All delivery of products/services are subject to Ahold's acceptance, and if rejected, Vendor shall provide 100% refund for non-conforming goods/services plus return freight; if goods are conforming and are returned, Vendor shall provide 100% credit.

**Indemnification.**
Vendor shall indemnify and hold Ahold (et al.) harmless for all loss, damage, expenses sustained by it from all claims against it arising out of the goods, products, or services under the contract.

**Confidentiality and Ownership.**
All information received from Ahold as part of this process shall be kept by Vendor in strict confidence. Ahold shall maintain sole ownership over all concepts Vendor develops during this deal; no publicity by Vendor without Ahold's consent in writing. During this bid process, none of Vendor's employees and/or agents with knowledge of this bid shall trade in Vendor's stock, if applicable.

**Subcontractors.**
Vendor may use subcontractors to perform its obligations only with Ahold's prior written consent. Ahold may withdraw its consent at its discretion.

**Assignment/Change of Control.**
Rights and obligations are not assignable by Vendor without Ahold's written approval; Ahold may terminate agreement if Vendor has a change of control, without refund to Vendor. Ahold may freely assign its rights and obligations under this contract.

**Governing Law.**
The law of the country and/or state in which a delivery is made will govern all contracts and relationships between Vendor and Ahold regarding that delivery. All disputes shall be adjudicated before the authorized court in that country.

**Year 2000 Compliance.**



Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

Vendor represents and warrants that all goods, processes, and vendor support systems provided hereunder are year 2000 compliant without the need for manual intervention.

### Insurance.
Vendor must maintain insurance for general liability, auto liability, workers' compensation, and employers liability with limits in excess of $5,000,000 per occurrence. Vendor shall add Ahold as an additional named insured and provide a certificate evidencing the same. Vendor's liability is not limited to the amount insured.

### No Solicitation or Hire.
Vendor must obtain Ahold's written approval prior to soliciting for hire or hiring Ahold's employees.

### Termination Rights.
Either party may terminate the contract due to material breach by the other party with thirty (30) days written notice and right to cure during notice period (third default during term, no right to cure).

Ahold may terminate the contract without cause by giving ninety (90) days notice to Vendor.

If Ahold terminates, it is not liable for refund or damages to Vendor. Vendor may not use Ahold's trademarks if terminated. Packaging inventory liabilities belong to Vendor, or Ahold may choose to have Vendor sell all inventory to it at cost.

### Dispute Resolution.
Prior to the commencement of litigation, the parties will attempt in good faith to resolve any controversy promptly by negotiations between executives of the parties (if appropriate, with their respective counsel), and if such negotiations fail, by non-binding mediation (under the mediation rules of the American Arbitration Association).

### Survival of Terms
Any obligations that by their nature are intended to continue even after termination of the agreement between Vendor and Ahold shall continue after termination of this agreement. These obligations include, among other things: intellectual property rights, confidentiality, and governing law.



Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

## AHOLD STANDARDS OF ENGAGEMENT

Ahold U.S.A., Inc. ("Ahold"), its subsidiaries, and joint ventures are committed to offer high quality products at a good value to our millions of customers.

Ahold follows the letter and spirit of all applicable laws and maintains a high standard of business ethics and regard for human rights. The company also requires sound business ethics from its Vendors and other trading parties. Vendors must observe all applicable laws of their country, including laws relating to employment, discrimination, the environment, safety and health, and other fields. Vendors must also comply with applicable national laws relating to the import of products, including country of origin labeling, product labeling, and product testing. If local or industry practices exceed local legal requirements, the higher standard applies.

### Employment Conditions
Ahold expects all Vendors to be fair and honest with their employees and with all that they do business. Requirements relating to employment conditions should always be based on respect for basic human rights. The requirements apply to all productions and extend to full time, part time, and temporary employees.

### Child Labor
Exploitation of any susceptible group such as children or illegal immigrants is unacceptable.

No person shall be employed at an age younger than 15 or younger than the age for completing compulsory education in the country of manufacture where such age is higher than 15. Also, when children are employed, labor conditions, hours, and provision of education or time to undertake education, must comply with local laws and regulations.

### Forced Labor
Forced Labor or labor which involves physical or mental abuse or discrimination is totally unacceptable.

### Respect and Dignity
Every employee working for third parties on Ahold's behalf should be treated with respect and dignity. No employee shall be subject to any physical, sexual, psychological, or verbal harassment or abuse.

### Discrimination
No person shall be subject to any discrimination in employment, including hiring, salary, benefits, advancement, discipline, termination or retirement, on the basis of gender, race, religion, age, disability, sexual orientation, nationality, political opinion, or social or ethnic origin.

### Health and Safety
Where accommodation is provided, it is expected to be fit for purpose and comply with local regulations. Employers are expected to provide a safe and healthy working environment, to prevent accidents and injury to health, arising out of, linked with, or occurring in the course of work or as a result of operations or employment facilities.

### Training
Adequate training must be given to ensure maintenance of agreed standards.

### Employee Rights
Employers shall recognize and respect the right of employees to freedom of association and collective bargaining within the possibilities of local law.

### The Environment
We expect our Vendors, including those in developing countries, to conduct their business with respect for the environment. Vendors should maintain environmental standards in accordance with Ahold standards and meet or exceed the requirements of local laws.

### Disclosure and Inspection
Vendors are required to disclose all facts concerning production directly to Ahold management. Ahold reserves the right to inspect any manufacturing unit producing Ahold merchandise, without prior warning.

F:\DATA\Bill\Ahold\suna rfp final rev 1, 2000.doc

Copyright © 2000 by Ahold USA, Inc.

11



Ahold U.S.A., Inc.
A Subsidiary of Royal Ahold

### Subcontracting
Subcontractors need to work in accordance with Ahold standards. Subcontracting without prior authorization is unacceptable.

### Sanctions
All Vendors and employees are made aware of Ahold's standards and requirements. If we believe Ahold standards have been breached by a Vendor, the company will not hesitate in canceling orders and/or ending the business relationship. If deemed fit, Ahold could also take other appropriate action.