```
                                                                         1

 1                 IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3
     WILLIAM R. KOWALSKI and      ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL         )
     SEAFOOD, INC.,               ) Honolulu, Hawaii
 5                                ) December 6, 2007
              Plaintiff,          ) 8:59 a.m.
 6                                )
          vs.                     )
 7                                )
     OCEAN DUKE CORPORATION,      )
 8                                )
              Defendant.          )
 9   _____)

10           TRANSCRIPT OF JURY TRIAL (DAY 2)
11        BEFORE THE HONORABLE BARRY M. KURREN,
             UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:      MILTON M. YASUNAGA
14                           ALLISON MIZUO LEE
                             Cades Schutte LLP
15                           1000 Bishop St., Ste. 1200
                             Honolulu, Hawaii  96813-4216
16
     For the Defendant:      LOUISE K.Y. ING
17                           Alston Hunt Floyd & Ing
                             1800 ASB Tower
18                           1001 Bishop Street
                             Honolulu, Hawaii  96813
19
                             PAUL MARKS
20                           Neufeld Law Group
                             360 East 2nd Street, Ste. 703
21                           Los Angeles, California 90012

22   Official Court          GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                United States District Court
23                           P.O. Box 50131
                             Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**EXHIBIT F**

```
 1   treated with tasteless smoke from wood?
 2   A    Yes.  If you'll read the line above or couple lines above,
 3   it says, "Product must be free of supplemental processing with
 4   additional carbon monoxide."
 5   Q    This line that I'm --
 6   A    They wanted to make sure it was genuine tasteless smoke
 7   without any carbon monoxide added.
 8   Q    And did -- of course, your company's products fulfilled
 9   this -- met this specification, right?
10   A    Yes.
11   Q    And so Ahold was a customer of your company, right?
12   A    Yes.  Prior to this bid, we were selling Ahold our
13   product.
14   Q    And then Ahold was familiar with your product and your
15   invention, right?
16   A    Yes, we had very successful business with them prior to
17   this bid.
18   Q    And Ahold specified expressly your product treated with
19   your invention, right?
20   A    Yes, what they asked for in this was exactly the same
21   product they were buying from me.
22   Q    And did there ever come a time when somebody took your
23   Ahold customer from you?
24   A    Yes.  After this bid went out, we were notified that
25   somebody else got the bid and that our business with them
```

1  ended.
2  Q    Who was that somebody else, as far as you know?
3  A    That was Ocean Duke.
4        MR. YASUNAGA:  May I have Exhibit 106 handed to the
5  witness for identification, please.
6  BY MR. YASUNAGA:
7  Q    Mr. Kowalski, is Exhibit 106 information about Ocean Duke
8  that anyone can access off of the internet?
9  A    Yes, this is a report off the internet.
10 Q    It's an internet service called Contact Direct?
11 A    Contact Direct.
12 Q    And does it give information about the brands that Ocean
13 Duke sells its products under?
14 A    Yes, it does.
15       MR. YASUNAGA:  Your Honor, I would like to move
16 Exhibit 106 into evidence.
17       MR. MARKS:  No objection Your Honor.
18       THE COURT:  106 is admitted.
19       (Exhibit 106 was received in evidence.)
20 BY MR. YASUNAGA:
21 Q    Again, to speed things along, let's see, okay, here it
22 says on the top, "contact-direct-dot-com."  Says "Company,
23 Ocean Duke Corporation."  Then it says the brands that Ocean
24 Duke uses.  Black Tie and Paradise, right?
25 A    Yes, that's correct.

```
 1   Q    Mr. Kowalski, I believe the question was:  Is your company
 2   Hawaii International Seafood, Inc., in serious financial
 3   difficulty?
 4   A    Yes, we have financial difficulties right now.
 5   Q    I'm just going to cover one last topic very briefly, and
 6   then I'll sit down, if that's all right with you.
 7   A    Okay.
 8   Q    There is a claim for trademark infringement.  Is that
 9   right?
10   A    Yes.
11   Q    And is it you or your company that's the owner of the
12   trademark Cryofresh?
13   A    I am personally.
14   Q    Okay.  And that's a brand name for your company, right?
15   A    For my product.
16   Q    For your product, right.  And you are accusing Ocean Duke
17   of infringing, right?
18   A    Yes.
19   Q    Ocean Duke's brand names, however, as you testified, are
20   Black Tie and Paradise, right?
21   A    Yes.
22   Q    And Ocean Duke's brand name is not Cryofreeze, right?
23   A    I think people refer to it as a brand, it's printed in big
24   letters all over their product.
25             THE COURT:  Mr. Kowalski, be sure you have the
```