```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3
     WILLIAM R. KOWALSKI and      ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL         )
     SEAFOOD, INC.,               ) Honolulu, Hawaii
 5                                ) December 7, 2007
               Plaintiff,         )
 6                                ) TESTIMONY OF ROGER LIN
          vs.                     )
 7                                )
     OCEAN DUKE CORPORATION,      )
 8                                )
               Defendant.         )
 9   _____)

10
            PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 3)
11           BEFORE THE HONORABLE BARRY M. KURREN,
                UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:       MILTON M. YASUNAGA
14                            ALLISON MIZUO LEE
                              Cades Schutte LLP
15                            1000 Bishop St., Ste. 1200
                              Honolulu, Hawaii  96813-4216
16
     For the Defendant:       LOUISE K.Y. ING
17                            Alston Hunt Floyd & Ing
                              1800 ASB Tower
18                            1001 Bishop Street
                              Honolulu, Hawaii  96813
19
                              PAUL MARKS
20                            Neufeld Law Group
                              360 East 2nd Street, Ste. 703
21                            Los Angeles, California 90012

22   Official Court           GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                United States District Court
23                            P.O. Box 50131
                              Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**EXHIBIT H**

```
 1   something like this.  We'll get to it, but it's not a matter to
 2   raise with a witness.  I'm sorry.  No.
 3             MR. YASUNAGA:  All right, fine.
 4                      (End of sidebar.)
 5   Q   Mr. Lin, this Exhibit 193 it only goes -- it gives a total
 6   right of 7 million -- over 7 million pounds of treated fish of
 7   all species, right?
 8   A   Over the years, yes.
 9   Q   And this chart though only covers the years 1999 through
10   2005, right?
11   A   That's correct.
12   Q   And Ocean Duke has continued to deal with import and sale
13   of fish treated with smoke for color retention and not to add
14   smoke taste and odor after 2005, right?
15   A   Yes.
16   Q   Do you know who created this chart at Ocean Duke?
17   A   Yes.  I did.
18   Q   You did.  But you don't know all of the expenses that went
19   into the overhead and expenses column, right?
20   A   I don't remember every one of them.
21   Q   And are there any backup documents for this?
22   A   Probably our accounting system, yes.
23   Q   According to this chart, the amount of fish treated for
24   color retention with smoke increased, at least in the initial
25   years, for some species it was nothing and for tuna it
```

1  discussed what we were going to do about this.  And the
2  conversation that we had was that he recalls earliest trip to
3  Indonesia as early as 1997 where Mr. Shih, owner of the
4  factories, was in the process of applying for a patent.
5          So the discussion we had was -- the action we took was
6  that we followed up on Mr. Shih to see where the status of this
7  patent is.  And in the meantime we decided to put it in a
8  holding pattern until we get a response from Mr. Shih.  And
9  eventually he got his patent in the end of 2001, and we got a
10 hold of the copy of the patent early 2002.  And that's when we
11 turned it over to our patent attorney.  Those are the actions
12 that we took.
13 Q   Right.  So you put Mr. Kowalski on a holding pattern until
14 2002 even though he wrote this letter in January and sent it to
15 you in 2000, right?
16 A   That's correct.  Usually, when somebody is serious about
17 an issue, you get a pretty quick follow-up letter.  When you
18 don't get a notice for two years, I mean, we really don't
19 consider that as a serious intent.
20 Q   You didn't consider that letter to be serious?
21 A   We did act upon it even though.
22 Q   You were --  so you were concerned when the letter came
23 in?
24 A   Of course.
25 Q   But you weren't concerned enough to go to the factory to

```
 1  machine in 2002, and I may have seen the machine in 2001.
 2  Q    But you couldn't say that you actually remember seeing it
 3  in 2001, right?
 4  A    Definitely not, but my father definitely has seen it, and
 5  we exchanged notes after our trips.
 6  Q    You got this letter from Mr. Kowalski's attorney in
 7  January of 2000 and then you went to the factory in 2001, but,
 8  gee, you must have not have been focusing on that machine
 9  because you don't really remember seeing it.  And then in 2002,
10  you do remember seeing it; that's correct, right?
11  A    That would be accurate.
12  Q    And then when I questioned you back in October, and you
13  were under oath, I asked you about 2002 when you went to see
14  it.  And you said you never got closer than 20 feet away,
15  right?
16  A    You could see a lot of things from 20 feet away.
17  Q    Okay, but your answer was, no, you didn't get closer than
18  20 feet away?
19  A    That's correct because I was in fear of breathing in any
20  CO.
21  Q    Okay.  And you said you only saw it in passing on your
22  sanitation inspection for maybe five minutes, right?
23  A    That's correct.  Inspections don't usually take that long.
24  So five minutes out of an inspection of 40, 30 minutes is a
25  significant portion.
```