IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,

Plaintiffs,

vs. Case No. 04-00055 DAE-BMK

OCEAN DUKE CORPORATION,

Defendant.

---

DEPOSITION OF DUKE LIN

Los Angeles, California

Tuesday, October 9, 2007

Reported by:
NADIA NEWHART
CSR No. 8714

Job No. 74508

EXHIBIT I

A Could be.

Q That's what you think is --

A Yeah.

Q -- the cause, right?

A Yes.

Q Do you think that's widely known, that carbon monoxide gas is dangerous?

A Who? Excuse me? Who are you talking about?

Q Do you think it's widely known by the public?

A You mean wide -- can you explain?

Q Known by a lot of people.

A Oh, yeah.

Q Did Mr. Shih tell you anything about this lawsuit, or did he say anything in response to your telling him about this lawsuit?

A He never mentioned, but when I mentioned to him, he was so worried and nervous, and I tell him, "Don't worry. You have patent."

Q You told Mr. Shih, "Don't worry about the lawsuit because you have a patent"?

A Yes.

Q Did Mr. -- did you read the Shih patent?

A No.

Q Did you read the Kowalski patent?

A No.

Q Did you ask Roger to read the Shih patent?

A I don't know.

Q Did you ask Roger Lin to read the Kowalski patent?

A I only suggested him to pass to expert people to analysis.

Q And you don't know which expert that is?

A I don't recall.

Q Do you recall what that expert or those expert people said?

A They say, "We don't -- we don't against your patent."

Q Why? Do you know why?

A No.

Q Did Mr. Shih say -- did Mr. Shih volunteer to help with the lawsuit?

A We don't mention that part.

Q You and he never talked about it?

A No.

Q Do you think he's going to help with the lawsuit?

A I don't know.