Aaron Borrowman

**To:** Lin, Roger
**Subject:** RE: patent review

Roger:

I have reviewed the Yamaoka and Kowalski patents relating to fish smoking. It is clear that there is no infringement of the Yamaoka, which I'll detail in our written letter to you.

However, it is not quite as clear if there is a problem with Kowalski. Kowalski claims superpurifying or otherwise filtering the smoke to eliminate smoke taste and odor compounds. The Shih patent does not get into detail of what is involved in the filtering process wherein the water is removed from the smoke. Do you have any additional details of this step of the process? Also, what is the maximum temperature used to create the smoke, the Shih patent describes it as 180 degrees Celsius or so. Lastly, there is no mention of aging the smoke in the Shih patent, please let me know if the smoke is aged.

Thank you,

Aaron Borrowman
Kelly, Bauersfeld, Lowry & Kelley LLP
6320 Canoga Ave. Suite 1650
Woodland Hills, CA 91367
818-347-7900

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. The message may be an attorney-client communication or work product and as such is privileged and confidential. If you have received this communication in error, please delete the original message and notify us immediately by e-mail.

-----Original Message-----
From: Lin, Roger [mailto:roger@oceanduke.com]
Sent: Wednesday, March 27, 2002 2:51 PM
To: Aaron Borrowman (E-mail)
Subject: patent review

Aaron,

Per our conversation last week, attached are the patents we would like you to review for potential conflict and issue a formal opinion. Our patent is 6331322 Shih. The other patents are: 5972401 Kowalski and 5484619 Yamaoka. We are interested in knowing whether products produced using our patent could be considered by a court of law to be infringing either of the other 2 patents.

Please let me know if you have any questions and give me an fee estimate before proceeding. Thank you.

Roger Lin
Ocean Duke Corporation

<<06331322_001.pdf>>  <<05972401_001.pdf>>  <<05484619_001.pdf>>

1

EXHIBIT K

Exhibit 205

ODC 194