peopleandproducts

# People and Products That Make a Difference



Roger Lin,
Chief Operating
Officer, Ocean Duke
Corporation

When Duke Lin founded Ocean Duke Corporation in 1986, he oversaw its 4-million-pound annual distribution from a tiny office with the help of two family members. Nearly 20 years later, the company has blossomed into a 125-million-pounds-per-year seafood importer and wholesaler that simply "won't take 'no' for an answer," according to Duke Lin's son, Chief Operating Officer Roger Lin. "We find ways to make things happen that other people would probably only dream of."

With more than 3,000 internal SKUs, the family-owned and -operated business distributes a complete line of frozen seafood products, from raw, cooked and breaded shrimp to various types of fish, crab and squid. "You name it," says Roger Lin. "Anything from Southeast Asia that can be sourced, we have a hand in the business."

Ocean Duke's tenacious operating philosophy has helped transform it from a small distributor into a valued SYSCO supplier responsible for nearly 150 SYSCO Brand items.

And the opportunities haven't stopped there: Last year, the company was elevated to SYSCO Brand vendor status in less than a month due in large part to the consistently superior quality of its products.

"We're very excited to have this opportunity," says Roger Lin, "and we're looking forward to a continued relationship with SYSCO."

Exhibit 206

**EXHIBIT M**