# OCEAN DUKE CORPORATION
www.oceanduke.com

Quality, consistency, value



Catfish

Shrimp

EXPLORE

SEAFOOD

Tilapia



Squid

Tuna



Snapper

Phone: 310-534-8878
Mobile: 310-897-8808
Fax: 310-530-8848
Email: gsmith@oceanduke.com

**EXHIBIT N**

# Ocean Duke Corporation
### Serving All Your Seafood Needs

**Ocean Duke is for:**

Seafood Buyers who demand only the highest standards with an interest in increasing seafood sales and profitability

# How is OCEAN DUKE Unique?

- 100 million pounds in annual sales
- Minority-owned
- Vertically-integrated supply chain with multinational sourcing
- Direct control from feed and production to import and distribution
- Production expertise and product innovation
- One-stop seafood shop with multiple product lines (over 3000 SKU's)
- Quality, consistency, value
- Private labeling and contract pricing











# Thank You!

**Ocean Duke Corporation**

**3450 Fujita Street**

**Torrance, California 90505 USA**

Phone (310)534-8878
Cell (310)897-8808
Fax (310)530-8848
E-mail: gsmith@oceanduke.com
www.oceanduke.com



OCEAN DUKE
THE PREMIER SEAFOOD
IMPORTER AND WHOLESALER

OUR SOURCING EXPERTISE ENABLES US TO PARTNER WITH OUR CUSTOMERS IN DEVELOPING AND PROCURING THE MOST SUITABLE PRODUCTS TO FULFILL THEIR NEEDS. WE DEDICATE OURSELVES TO BUILDING LONG-TERM RELATIONSHIPS AND CUSTOMER SATISFACTION. OUR GOAL IS TO GROW WITH OUR CUSTOMERS