```
                                                                          1

 1                    IN THE UNITED STATES DISTRICT COURT

 2                        FOR THE DISTRICT OF HAWAII

 3
     WILLIAM R. KOWALSKI and    ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL       )
     SEAFOOD, INC.,             ) Honolulu, Hawaii
 5                              ) December 7, 2007
                Plaintiff,      )
 6                              ) TESTIMONY OF WAYNE
          vs.                   ) IWAOKA, PH.D.
 7                              )
     OCEAN DUKE CORPORATION,    )
 8                              )
                Defendant.      )
 9   _____)

10
              PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 3)
11             BEFORE THE HONORABLE BARRY M. KURREN,
                 UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:      MILTON M. YASUNAGA
14                           ALLISON MIZUO LEE
                             Cades Schutte LLP
15                           1000 Bishop St., Ste. 1200
                             Honolulu, Hawaii  96813-4216
16
     For the Defendant:      LOUISE K.Y. ING
17                           Alston Hunt Floyd & Ing
                             1800 ASB Tower
18                           1001 Bishop Street
                             Honolulu, Hawaii  96813
19
                             PAUL MARKS
20                           Neufeld Law Group
                             360 East 2nd Street, Ste. 703
21                           Los Angeles, California 90012

22   Official Court          GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                United States District Court
23                           P.O. Box 50131
                             Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**EXHIBIT O**

1   would be maybe one that's also generated in the smoking
2   process. The active ingredient in vinegar is acetic acid, and
3   that's very soluble in water, as you can -- you can add
4   different amounts of acetic acid to vinegar.
5        So if there were acetic acid, which is one of the
6   components in smoke, if that were present at the same time with
7   a water droplet and the water droplet were to come in contact
8   with a cold finger, it might just be dissolved in the water as
9   it condenses on the surface.
10       However, if you have acetic acid molecule away from
11  that cold finger, it would not have any opportunity to come in
12  contact with a water molecule. So it might just go through to
13  the final bag -- be in the final product.
14  Q    Some water soluble things would be removed when you
15  condense down those vapors into liquid and remove the liquid,
16  right? That's what you told us.
17  A    Some things might -- yes. That's correct.
18  Q    And then also you said there might be some things that are
19  not water soluble such as particles?
20  A    Yes.
21  Q    Right. And you said that in the Shih process, it's
22  possible that some particles might be little bits of the
23  charcoal that get into that smoke.
24  A    It might.
25  Q    Right. And then you said that in this condensing process,

```
 1   turning the vapors into liquid and removing it, some particles
 2   that would be in that smoke would also be removed as you
 3   removed the liquid, right?
 4   A    It could.
 5   Q    All right.
 6   A    However, if you look at the burning of charcoal versus the
 7   burn of wood or saw dust, in this case, if you were to look at
 8   a Hibachi with charcoal in it, you don't see too many
 9   particulate matter or small particles being formed.  It's
10   mostly pure burning.  And so if there's anything -- if any
11   particulate matter -- and obviously I cannot say there won't be
12   any -- you would have a real minimum of any particulate matter
13   with the burning of charcoal.  So, you know, if it does come
14   through, if by chance it happens to occur, it could either get
15   trapped or it could either come through.  Okay.  But the amount
16   would be miniscule compared to smoke itself.
17   Q    And so that condensation process that we have been talking
18   about that can remove things in the smoke besides water, you
19   don't prefer to call that filter -- you don't prefer to use the
20   term "filtering," right?
21   A    No, I don't.
22   Q    But it does involve some or could involve some removing of
23   other stuff, right?
24   A    Yes, water in this case.
25   Q    Are you aware that some people have talked about
```