

# PRODUCTS

Product Category > **Fish** > **Mahi-Mahi**



**Mahi-Mahi**
Raw Cryo Fillet, Skin-On,
IQF, Vacuum Pack



**Mahi-Mahi**
Raw Cryo Steak, Skinless,
IQF, Vacuum Pack



**Mahi-Mahi**
Raw Fillet, Skin-On, Belly-Off,
IQF





**Mahi-Mahi**
Raw Portion, Skinless
Boneless, IQF



**Mahi-Mahi**
Raw Steak, Skinless Bonless,
IQF

Copyright © 2003 Ocean Duke Corporation. All Right Reserved.

**EXHIBIT Q**



# PRODUCTS

Product Category > **Fish** > **Scarlet Snapper**



HOME
ABOUT US
PRODUCTS
FEATURE ITEMS
CUSTOMER SERVICE
SEAFOOD LINKS
ORDER TRACKING
MY ACCOUNT
DOWNLOADS
CONTACT US
VIEW CART



Scarlet Snapper
Raw Cryo Fillet, Skin-On,
IQF, Vacuum Pack

Copyright © 2003 Ocean Duke Corporation. All Right Reserved.



# PRODUCTS

Product Category > **Fish** > **Swordfish**

HOME
ABOUT US
PRODUCTS
FEATURE ITEMS
CUSTOMER SERVICE
SEAFOOD LINKS
ORDER TRACKING
MY ACCOUNT
DOWNLOADS
CONTACT US
VIEW CART



Swordfish
Cryo Loin Skin-On, IQF, Vacuum Pack



Swordfish
Cryo Steak, Skin-On, IQF, Vacuum Pack





Swordfish
Raw Cryo Kabob, Block



Swordfish
Raw Sashimi Fillet, Skin-On, IQF, IWP



Swordfish
Raw Sashimi Steak, Skin-On, IQF, Vacuum Pack

Copyright © 2003 Ocean Duke Corporation. All Right Reserved.



# PRODUCTS

Product Category > **Fish** > **Tuna**


Tuna
Raw Cryo Loin, Skinless, IQF, Vacuum Pack


Tuna
Raw Cryo Portion, IQF, Vacuum Pack


Tuna
Raw Cryo Steak, Skinless, IQF, Vacuum Pack


HOME
ABOUT US
PRODUCTS
FEATURE ITEMS
CUSTOMER SERVICE
SEAFOOD LINKS
ORDER TRACKING
MY ACCOUNT
DOWNLOADS
CONTACT US
VIEW CART


Tuna
Raw Steak, Skinless, IQF, Vacuum Pack

Copyright © 2003 Ocean Duke Corporation. All Right Reserved.