1

1       IN THE UNITED STATES DISTRICT COURT.

2              FOR THE DISTRICT OF HAWAII

3

WILLIAM R. KOWALSKI and     ) CIVIL NO. 04-00055BMK
4   HAWAII INTERNATIONAL       )
    SEAFOOD, INC.,             ) Honolulu, Hawaii
5                              ) December 10, 2007
            Plaintiff,         )
6                              ) TESTIMONY OF
        vs.                    ) DAVID FRANCOM
7                              )
    OCEAN DUKE CORPORATION,    )
8                              )
            Defendant.         )
9   _____)

10

           PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 4)
11          BEFORE THE HONORABLE BARRY M. KURREN,
               UNITED STATES MAGISTRATE JUDGE
12

    APPEARANCES:
13
     For the Plaintiff:        MILTON M. YASUNAGA
14                             ALLISON MIZUO LEE
                               Cades Schutte LLP
15                             1000 Bishop St., Ste. 1200
                               Honolulu, Hawaii  96813-4216
16
     For the Defendant:        LOUISE K.Y. ING
17                             Alston Hunt Floyd & Ing
                               1800 ASB Tower
18                             1001 Bishop Street
                               Honolulu, Hawaii  96813
19
                               PAUL MARKS
20                             Neufeld Law Group
                               360 East 2nd Street, Ste. 703
21                             Los Angeles, California 90012

22   Official Court            GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                 United States District Court
23                             P.O. Box 50131
                               Honolulu, Hawaii 96850
24
    Proceedings recorded by machine shorthand, transcript produced
25  with computer-aided transcription (CAT).

**EXHIBIT R**

36

1    an hour and a half.  We'll take a 10 minute recess.

2    (Recess at 10:01 a.m.to 10:14 a.m. ).

3                THE COURT:  Mr. Yasunaga you may proceed.

4                MR. YASUNAGA:  Thank you, Your Honor.

5    Q    Mr. Francom, you were saying that Ocean Duke sold how many

6    million pounds of fish treated with tasteless smoke in your

7    calculations?

8    A    Over the entire period of time, I'm just referring to my

9    calculation, I have 10,945,048 pounds.  So nearly 11 million.

10   Q    And under the lost profit analysis, you are calculating

11   what additional profit Mr. Kowalski's company would have had,

12   had it had those 10.9 million pounds of fish sales?

13   A    Yes.  Essentially, the calculation is if Hawaii

14   International, Mr. Kowalski's company, had sold that 10.9

15   million pounds, what profit would they have made on those

16   sales?

17   Q    All right.  So then in order to determine that, what was

18   the next step or step you had to take?

19   A    I'm sorry, I'm not sure I understand your question.

20   Q    Okay.  After arriving at calculating how much fish --

21   tasteless smoked fish Ocean Duke sold, and then you said you

22   had to determine how much profit Hawaii International would

23   have had if it had had those 10.9 million in sales, so how did

24   you do that?

25   A    Okay.  If I may show a piece of my calculation on the

1    projector.

2              THE COURT:  You may do it that way, sure.

3              MR. YASUNAGA:  I'm going to move the board.

4              THE COURT:  Yes, right.

5              THE WITNESS:  I think I'm going to have to flip

6    through just a few of these.  Okay, here's the calculation for

7    the alleged infringing pounds.  This is just discussing or just

8    referring to tuna.  There are several other types of fish.

9    This particular chart lists out the tuna and the different cuts

10   of tuna.  It's not a very clear representation unfortunately,

11   but the first one on the list under Ocean Duke cut is kabob,

12   and then the next one is loin, and it looks like it's a certain

13   ounce, 10 ounce or whatever, then we've got steaks and saku.

14             So that's how specific and detailed we had the

15   information in terms of what the profit margins are and how we

16   were matching up the Ocean Duke sales, the infringing sales

17   with Hawaii International profit margin.  So it wasn't just

18   what was the company profit margin and let's apply that to all

19   of the sales.  It was more specific than that.

20   Q    What was the profit Hawaii International made on this type

21   of fish or this cut of fish for this year and on and on, that

22   kind of specificity?

23   A    Right.  Right.  So we did it by year in fact, so it was

24   even more specific.

25             The lost profit damage --  let me flip through to the

1    actual -- and you see the term "to supplier market."  What that

2    is referring to is that we have Hawaii International Seafood

3    that rightfully has the ability to apply the patented process

4    of tasteless smoke to the seafood, and then we have all others,

5    in this case Ocean Duke, which is also supplying that tasteless

6    smoke to seafood.

7             So, in this case, if Hawaii International is the only

8    other supplier and Ocean Duke is infringing, then in economic

9    terms, Hawaii International would have captured all of Ocean

10   Duke's sales.

11            And that's what this is going to.  Again, it's showing

12   the revenue, the gross profit, then the costs of this company.

13   And so the final calculation that I came up with on total lost

14   profits for this type of a to-supplier-market calculation is 6

15   million --  let me refer to the documents so I can see that

16   better -- 6,358,983.  I'll just write that up here.  That's for

17   the entire period of time, as you can see, from 1999 through

18   2007.

19   Q    And, again, can you add the words "lost profit" there so

20   --

21   A    Sure.  And it needs to be mentioned that Hawaii

22   International is also a company that has been making a fair

23   amount of sales as well.  Approximately the same size of

24   tasteless smoke sales as Ocean Duke.

25   Q    Could you also -- I think it would be useful lost profit

1    of six million, whatever that is, on 10.9 million pounds of

2    fish? I'm sorry your last statement was that --  okay, so this

3    is the amount, in your opinion, of profit that Hawaii

4    International would have received if Ocean Duke had not

5    infringed and Ocean Duke's 10.9 million pounds of sales had

6    been -- had gone to Hawaii International?

7    A    So, yes, in other words, every sale that Ocean Duke made

8    that infringed the patent would have been Hawaii

9    International's sales had that patent not been infringed.  And,

10   therefore, this would have been the profit number that they

11   would have -- Hawaii International would have earned on those

12   sales.

13   Q    And you said something about Hawaii International also had

14   its own other sales of fish besides this Ocean Duke sales,

15   right?

16   A    Yes.

17   Q    And from your research, you found that Hawaii

18   International also sold millions of pounds of fish?

19   A    Correct.  As I recall, and I can refer to my report, but

20   as I recall it was approximately the same number of pounds as

21   Ocean Duke.

22   Q    If Ocean Duke had not infringed then Hawaii International

23   would have had roughly double the amount of sales roughly?

24   A    Yes.

25   Q    Under the lost profits analysis, are there any kind of

1   other damages that go along with that, not only did they lose

2   the profit they would have made --  I'm sorry, not only did

3   they lose the profit on that fish that Ocean Duke allegedly

4   wrongfully took, are there any related damages -- consequential

5   damages?

6   A    Yes, actually there are.  There are a couple of different

7   other factors that I would like to mention on this $6,358,000

8   that Hawaii International would have had, but for the

9   infringement.  They would have also been able to have paid

10  lower interest fees.  As I did some research and found that the

11  company that was financing some of their operations actually

12  charged them a much higher interest rate than what they would

13  have charged, had this company, Hawaii International, had more

14  money, had nor financing, had been a larger company.  Which

15  this doubling in size certainly would have provided for them.

16       And that number that was calculated --  let's see.  I

17  call this the excess interest in bank fees is approximately two

18  million dollars.  It's $2,020,560.  So I'll just put excess

19  interest on here and bank fees.

20       And then if I may continue on that same question,

21  there is another calculation --

22  Q    Before we move on to the next one, maybe a little more

23  explanation on that two million dollar amount.  If Hawaii

24  International had had the 10.9 million pounds of additional

25  fish sales, it would have been stronger financially so it could

41

1    have borrowed at --

2    A    They would have borrowed at a lower rate.  It if it was

3    prime plus two percent that I calculated, they would have been

4    able to borrow at as opposed to their prime plus, and I'd have

5    to double check, but I think it was prime plus six percent.  So

6    it was significantly higher interest rates that Hawaii

7    International had to pay to finance their sales in order to get

8    the profits that they did have.

9    Q    And so if it was able to pay lower interest rate, it would

10   have made more money?

11   A    Certainly -- well, it would have paid less money.

12   Q    Paid less money and end up with more profit of that

13   amount?

14   A    That's correct.

15   Q    And then you were going on to it a third item?

16   A    Well --

17            THE COURT:  What?

18            THE WITNESS:  I thought you were going to say

19   something.

20            THE COURT:  No.  I'm always about to say something.

21            MR. YASUNAGA:  His eyes say yes, but the words say no.

22            THE WITNESS:  So the other piece is the interest rate

23   that --  I mean, this is -- the way we look at this in

24   calculating these damages is that because Hawaii International

25   and Mr. Kowalski in this case was deprived, they were deprived

1    of this profit that they would have received but for the

2    infringement.  They are also deprived of interest that they

3    could have earned on that.

4            So it's a fairly common concept that if you don't have

5    access to the money that you should have had access to that you

6    should also be entitled to some fair interest rate, which I did

7    calculate.  And the prejudgment interest that I calculated was

8    $2,782,716.  So that's the prejudgment interest.  And we call

9    it prejudgment because there has been no judgment made yet.  So

10   this is just up through the -- to date basically.

11   Q    The 10.9 million pounds of fish that would have been sold,

12   if Ocean Duke did not infringe, that would not have been sold

13   all on one day or one year?

14   A    Certainly.

15   Q    It would have been spread over what?

16   A    Actually the end of 1999 November through December of

17   2007.

18   Q    So that --

19   A    Approximately eight years.

20   Q    So the profits from that 10.9 million pounds of fish would

21   have been -- some would come in in '99, some would have come in

22   2000, 2001 on and on?

23   A    Certainly, and that's exactly how this interest is

24   calculated as well.  It's not just assuming that that six

25   million dollars was in place from 1999 forward.  It was taking

80

1    Q    Do you have page 8?

2    A    I do.

3    Q    In just a second I'm going to show the Ocean Duke document

4    that you talk about on page 8 of the report.  I don't know if

5    you can see that, Mr. Francom, but does that look familiar to

6    you?

7    A    Yes, it does.

8    Q    It's called Annual Sales of Treated Fish 1999 to 2005.  Is

9    it your understanding that this is a document that Ocean Duke

10   prepared in this litigation in order to summarize some of its

11   sales of treated fish during those years?

12   A    That's my understanding, yes.

13   Q    And what you did and what you talk about on page 8 of your

14   report is that you look at the year 2003; right?

15   A    Right.

16   Q    And notice that Ocean Duke says that it sold six hundred

17   pounds of grouper in the year 2003; right?

18   A    Yes.

19   Q    And that's what you say in your report?

20   A    Yes.

21   Q    Now, what you did is you went back to probably several

22   thousands of pages of invoices that were turned over by Ocean

23   Duke in this case; right?

24   A    What I received from Ocean Duke was invoices for only one

25   of those years which was 2003.  So that was the year that I was

81

1    able to go through and confirm the sales.

2    Q    And the number that you found from the invoices was

3    1,248,883 pounds of treated grouper; right?

4    A    According to the invoices, yes.

5    Q    Now, when you looked at those invoices -- actually, let me

6    just bring the circle around.  So based on those two numbers,

7    you concluded that Ocean Duke Corporation had underreported the

8    actual amount of its sales in this summary; is that right?

9    A    Actually, I just concluded that, based upon that

10   information, that grouper had been underreported --  you know

11   just comparing the invoices with the summary, but of course I

12   didn't project that out because I don't have any other

13   information.

14   Q    But you did increase the damages calculations that you

15   made based on your belief that there was underreporting,

16   correct?

17   A    I don't believe that is correct, except for the grouper

18   category I increased that by the invoice amount as opposed to

19   the six hundred that was shown in the summary.

20   Q    Now when you went and looked at the invoices --  by the

21   way, did you personally look at the invoices or did you have

22   someone on your staff do it?

23   A    Actually, somebody did do the calculations, typed in all

24   of the manual --  all of the manual numbers and then I went

25   back through and did an audit of those.