THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.
v.
OCEAN DUKE CORPORATION
Case No.: CV0400055 DAE BMK

*HIGHLY CONFIDENTIAL*

*ATTORNEYS EYES ONLY*

EXPERT REPORT

by

DAVID B. FRANCOM, MS, PHD (ABD)

July 16, 2007

SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EXHIBIT S**

CS HI OD
000139

*Hawaii International v. Ocean Duke*  
*Expert Report of David B. Francom*  
*July 16, 2007*

*Subject to a Protective Order*  
*Highly Confidential-Attorneys' Eyes Only*

**REDACTED**
**Highly Confidential**

Furthermore, I understand that Ocean Duke produced invoices for the year 2003, and did not provide invoices for any of the other accused years. I understand that Ocean Duke, however, did provide a summary including pounds, revenue, and profit for treated and non-treated fish. Nevertheless, according to my analysis of Ocean Duke's 2003 invoices the summary data Ocean Duke produced greatly under-reports pounds of treated fish compared to its 2003 invoices. Based on my calculations from its 2003 invoices, Ocean Duke sold **1,248,883** pounds of treated grouper – according to Ocean Duke's "Annual Sales of Treated Fish" summary, it sold only **600** pounds of treated grouper in 2003. Furthermore, according to its invoices Ocean Duke under accounted for pounds sold of treated mahi-mahi by more than 450,000 pounds.[20] Additionally, based on my calculations Ocean Duke under reported its revenue on grouper and mahi-mahi by more than **$3.9 million** on its "Annual Sales of Treated Fish" summary compared to its 2003 invoices.[21]

---

[20] 548,793 – 81,605 = 467,188.

[21] Ocean Duke's 2003 invoices show grouper and mahi-mahi revenue as $4,112,263 ($2,649,359 + $1,462,904). Ocean Duke's summary shows grouper and mahi-mahi revenue as $208,026 ($206,226 + $1,800).