FEB.11.2003  10:04AM    OCEAN DUKE                                NO.355   P.1



# Ocean Duke Corporation

3450 Fujita Street, Torrance, California 90505, USA
☏ (310) 328-3198     📠 (310) 539-0409

To:  Kelley Bauersfeld Lowry & Kelley, LLP
Attn: Mr. John Bauersfeld

Re:  Tasteless smoke patent

*RECEIVED FEB 11 2003 KELLY BAUERSFELD LOWRY & KELLEY*

February 11, 2003

Dear John,

Thank you for your help in responding to Bill Kowalski's tasteless smoke patent license letter last November. We have not heard back from him, but it appears he is still very actively pursuing other companies. Some of these companies happen to be our customers and have contacted us for directions.

I've drafted a letter that I intend to send out to customers who received Kowalski's demand letter. Please review and comment from a legal prospective. The intent is to assure customers to continue business as usual and not enter into any agreement with Kowalski, without exposing Ocean Duke to unnecessary risk or liability.

Please let me know if you have any questions. Thank you.

Sincerely,

Roger Lin
Ocean Duke Corporation

Exhibit 202

**EXHIBIT U**

ODC 165