

# Ocean Duke Corporation
3450 Fujita Street, Torrance, California 90505, USA
☎ (310) 326-3196  Sales 📠 (310) 530-8848  Others 📠 (310) 784-8848

To: National Marine Fisheries Services
Attn: Mr. Steven Wilson

Re: NOAA Seafood Inspection

February 1, 2000

Dear Steven,

We are formally requesting an USDC-NOAA verification inspection of the following overseas plant. Please check that the plant below complies with all guidelines.

>   Pt. Intisamudera Citra Perkasa
>   Jalan Ikan Tuna Blok III No.1
>   Pelabuhan Benoa, Denpasar-Bali
>   Indonesia

Thank you very much.

Regards,

Roger Lin
Ocean Duke Corporation

RL:jg

EXHIBIT
6
10-8-07 Rosalin

ATTORNEYS' EYES ONLY                    Exhibit 175           ODC 31088

EXHIBIT V