

EXHIBIT X    Exhibit 177    ODC 192