US005135770A

# United States Patent [19]

## Underwood

| [11] | Patent Number: | 5,135,770 |
|---|---|---|
| [45] | Date of Patent: | * Aug. 4, 1992 |

[54] HIGH BROWNING LIQUID SMOKE COMPOSITION AND METHOD OF MAKING A HIGH BROWNING LIQUID SMOKE COMPOSITION

[75] Inventor: Gary L. Underwood, Manitowoc, Wis.

[73] Assignee: Red Arrow Products Co. Inc., Manitowoc, Wis.

[*] Notice: The portion of the term of this patent subsequent to Sep. 25, 2007 has been disclaimed.

[21] Appl. No.: 711,180

[22] Filed: Jun. 6, 1991

### Related U.S. Application Data

[60] Continuation of Ser. No. 416,963, Oct. 4, 1989, Pat. No. 5,039,537, which is a continuation-in-part of Ser. No. 358,650, May 26, 1989, Pat. No. 4,959,232, and a continuation-in-part of Ser. No. 343,926, Apr. 26, 1989, Pat. No. 4,994,297, which is a division of Ser. No. 119,673, Nov. 12, 1987, Pat. No. 4,876,108.

[51] Int. Cl.⁵ ......................................... A23L 1/23
[52] U.S. Cl. .............................. 426/315; 426/314; 426/431; 426/655
[58] Field of Search ............ 426/271, 314, 490, 650, 426/431, 520, 524, 655, 534

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,106,473 | 10/1963 | Hollenbeck . |
| 3,330,669 | 7/1967 | Hollenbeck . |
| 3,531,463 | 9/1970 | Ozouohoa .................. 260/211.5 |
| 3,806,609 | 4/1974 | Gohlit et al. . |
| 4,234,419 | 9/1980 | Meltzner et al. ............ 521/38 |
| 4,297,230 | 10/1981 | Meltzner et al. ............ 210/690 |
| 4,399,481 | 11/1982 | Smits et al. . |
| 4,431,032 | 2/1984 | Nicholson . |
| 4,431,033 | 2/1984 | Nicholson . |
| 4,496,595 | 1/1985 | Nicholson . |
| 4,504,500 | 3/1985 | Schneck et al. . |
| 4,504,501 | 3/1985 | Nicholson . |
| 4,504,507 | 3/1985 | Nicholson . |
| 4,505,939 | 3/1985 | Chiu . |
| 4,525,397 | 6/1985 | Chiu . |
| 4,657,765 | 4/1987 | Nicholson et al. . |

| | | |
|---|---|---|
| 4,717,576 | 6/1988 | Nicholson et al. . |
| 4,876,108 | 10/1989 | Underwood .............. 426/315 |
| 4,883,676 | 11/1989 | Sophianopoulos et al. . |
| 4,959,232 | 9/1990 | Underwood .............. 426/314 |
| 4,994,297 | 2/1991 | Underwood .............. 426/314 |
| 5,039,537 | 8/1991 | Underwood . |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 932686 | 8/1973 | Canada . |
| 1121690 | 4/1982 | Canada . |
| 1193131 | 4/1985 | Canada . |
| WO86/00935 | 2/1986 | PCT Int'l Appl. . |
| 1137637 | 12/1968 | United Kingdom . |

#### OTHER PUBLICATIONS

Arsenae et al., "A study of Reaction Mechanisms by DSC and TG", Thermal Analysis, vol. 3, Proceedings Third ICTA Davos, 1971, pp. 319-326.

Beaumont et al., "Influence of Physical and Chemical Parameters on Wood Pyrolysis," Ind. Eng. Chem. Process Des. Dev., vol. 23, No. 4, 1984, pp. 637-641.

Berg et al., "Rapid Mixing Studies Between Transported Solids in an Ultra-Rapid Fluidized Reactor," Powder & Bulk Solids Conference, Rosemont, Ill., May 1985.

Berg et al., "Characterization of Solids Mixing in an Ultra-Rapid Fluidized Reactor," Paper presented in London, Ontario, Canada, May 12-15, 1986.

(List continued on next page.)

Primary Examiner—Carolyn Paden
Attorney, Agent, or Firm—Marshall, O'Toole, Gerstein, Murray & Bicknell

[57] ABSTRACT

This invention relates to a high browning liquid smoke composition made from the condensable liquids of pyrolyed wood or cellulose. The high browning liquid smoke composition has the capability to flavor and to impart characteristic smoke color to a foodstuff and has a brix less than about 50, a browning index greater than about 30, and a transmittance value of greater than about 50% at 590 nm. A method of making the high browning liquid smoke composition and the use of the composition with a food product is also disclosed.

11 Claims, 1 Drawing Sheet



5,135,770

Page 2

## OTHER PUBLICATIONS

Byrne et al., "The Pyrolysis of Cellulose and the Action of Flame Retardants," *J. Appl. Chem.*, vol. 16, Mar. 1966, pp. 81–88.

Evans et al., "New Approaches to the Study of Cellulose Pyrolysis," *American Chemical Society*, vol. 36, No. 2, 1991, pp. 714–724.

Glassner et al., "Gas Chromotographic Analysis of Products from Controlled Application of Heat to Paper and Levoglucosan," *Analytical Chemistry*, vol. 37, No. 4, Apr. 1965, pp. 525–527.

Graham et al., "Fast Pyrolysis of Biomass," *Journal of Analytical and Applied Pyrolysis* 6, (1984), pp. 95–135.

Kang et al., "Ketene Formation From the Pyrolysis of Carbohydrates," research paper, Philip Morris Research Center, Richmond, Va., pp. 261–273.

Maga et al., "Pyrazine Composition of Wood Smoke as Influenced by Wood Source and Smoke Generation Variables," *Flavour and Fragrance Journal*, vol. 1, pp. 37–42, (1985).

Menard et al., "Characterization of Pyrolytic Liquids from Different Wood Conversion Processes," Fifth Canadian Bioenergy R&D Seminar, undated, pp. 418–434.

Piskorz et al., "On the Mechanism of the Rapid Pyrolysis of Cellulose," *Journal of Analytical and Applied Pyrolysis*, 9 (1986) pp. 121–137.

Richards et al., "Influence of sodium chloride on volatile products formed by pyrolysis of cellulose: Identification of hydroxybenzes and 1-hydroxy-2-propanone as major products," Carbohydrate Research, 117 (1983) pp. 322–327.

Roy et al., "The Pyrolysis under Vacuum as Aspen Poplar," paper published in Fundamentals of Thermochemical Biomass Conversion, Edited by R. P. Overend, (1985) pp. 237–256.

Scott et al., Chemicals and Fuels from Biomass Flash Pyrolysis, Renewable Energy Branch, Energy Mines and Resource Canada, Ottawa, Canada, pp. 12–78 (1988).

Scott et al., "Sugars From Biomass Cellulose by a Thermal Conversion Process," paper published in Energy From Biomass and Wastes XIII Edited by Donald L. Klass, presented at conference in New Orleans Feb. 13–17, 1989, pp. 1349–1363.

Scott, D. S. et al. "Production of Liquids from Biomass by Continuous Fast Pyrolysis", *Bioenergy* vol. 3 *Biomass Conversion*, pp. 15–22.

Shafizadeh, "Industrial Pyrolysis of Cellulosic Materials," *Applied Polymer Symposium*, No. 28 (1975) pp. 153–174.

Shafizadeh et al., "Pyrolysis of Cellulose," *Carbohydrate Research*, 29 (1973) pp. 113–122.

Wodley, "Pyrolysis Products of Untreated and Flame Retardant-Treated α-Cellulose and Levoglucosan," Naval Radiological Defense Laboratory, pp. 835–851.

**U.S. Patent**                    Aug. 4, 1992                    **5,135,770**

FIGURE 1



5,135,770

1

# HIGH BROWNING LIQUID SMOKE COMPOSITION AND METHOD OF MAKING A HIGH BROWNING LIQUID SMOKE COMPOSITION

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 07/416,963 filed Oct. 4, 1989, U.S. Pat. No. 5,039,537, which is a continuation in part of U.S. application Ser. No. 358,650, filed May 26, 1989 U.S. Pat. No. 4,959,232 and U.S. application Ser. No. 343,928, filed Apr. 26, 1989 U.S. Pat. No. 4,994,297, which is a divisional application of U.S. application Ser. No. 119,673, filed Nov. 12, 1987, U.S. Pat. No. 4,876,108.

## BACKGROUND

The present invention generally relates to a method of making a liquid smoke composition from the condensable products resulting from the fast pyrolysis of wood or cellulose and, more particularly, to a method of making a high browning liquid smoke composition. The high browning liquid smoke composition of this invention may be used to color flavor edible foodstuffs.

Use of liquid smoke solutions as a replacement for smoking food by direct contact with wood smoke has become a standard industry practice. When applied to the surface of meats, proteinaceous foodstuffs and food casings, liquid smoke will give the food a characteristic smoke flavor and produce a dark smoked color. The achievement of a smokehouse-like product by application of a liquid smoke solution to food requires controlling and balancing many related variables such as the food composition, the temperature and humidity, the processing and contact time, and the amount and concentration of smoke solution applied.

For example, when applying a liquid smoke solution to a meat, the processor normally must compromise the smoke color or browning of the meat to keep the flavor at a desired level because the flavor imparting ability of known liquid smoke solutions is generally too intense at a desired smoked color. There is a need in the industry for a liquid smoke solution with good coloring or browning properties that has acceptable flavoring properties.

Liquid smoke is a complex and variable mixture of chemicals produced during pyrolysis and includes many compounds, some of which are normally liquid at room temperature. Pyrolysis is a general term for the thermal decomposition of any organic matter, such as wood, plants, or fossil fuels, which occurs either during combustion or in the absence of combustion. Combustion uses the oxidation or burning of a portion of the organic matter to provide the thermal energy required to vaporize and decompose the remainder of the matter. For pyrolysis without combustion, thermal energy must be supplied indirectly from an external source, such as radiation, solid, or gaseous heat carriers, or from thermal conduction through reactor walls. The externally supplied thermal energy vaporizes and decomposes the organic matter without directly oxidizing or burning it.

Either method of pyrolysis produces condensable liquids, non-condensable gases and solids in varying proportions depending upon reaction conditions. The condensable liquids from pyrolyzed wood can be further sub-divided into water soluble organics and water insoluble tars. It is known that the desirable active in-

2

gredients for flavoring foodstuffs found in smoke solutions are among the water soluble organics.

The production of commercially produced liquid smoke solutions typically begins with smoke made by pyrolysis and limited combustion of wood. After pyrolysis or combustion, the smoke is subsequently collected and fed through a column countercurrent to the flow of recirculating water. The resulting dilution of the condensable smoke components in water results in the removal of undesired tars and water insoluble components; however, further refinement of the liquid solution is needed for the food flavoring or coloring applications described above. A typical commercial liquid smoke preparation for surface applications to foodstuffs is the liquid smoke flavoring described in U.S. Pat. No. 3,106,473 to Hollenbeck.

Current conventional pyrolysis methods are characterized by relatively slow thermal reactions which occur at moderate temperatures. In a typical commercial process for example, wood feedstock, generally dried ground sawdust, is fed into a pyrolysis system at elevated temperatures. The sawdust is maintained at these temperatures for more than one minute. These conventional pyrolysis methods suffer from relatively poor yields of liquid smoke products and which have less than desired browning or flavoring properties.

Improved pyrolysis products may be obtained using fast or flash pyrolysis methods. Fast pyrolysis methods employ extremely fast heating rates and short material and vapor residence times to yield high quality liquid smoke compositions. The heating rate for fast or flash pyrolysis may be greater than 1000° C. per second and vapor residence times may be less than 2 seconds. The liquid smoke solutions produced by fast pyrolysis methods are generally preferred to liquid smoke solutions made using conventional pyrolysis methods. A method of making fast pyrolysis liquid smoke is described in U.S. Pat. No. 4,876,108 and the related divisional application Ser. No. 07/358,650 filed May 26, 1989. The entire contents of both applications are incorporated by reference herein.

The color and flavor chemistry of liquid smoke compositions is highly complex as evidenced by the over four hundred compounds identified as constituents of these compositions. A summary of the many constituents found in liquid smoke is listed by Maga in "Smoke in Food Processing" CRC Press, pp. 61–68 (1968).

Although there are hundreds of different chemical species present in liquid smoke, the species are generally divided into five classes based on chemicals having distinct functional groups. The five classes generally are acids, carbonyls, phenols, basics and neutrals. A majority of researchers skilled in the art of smoke solutions have concluded that phenols are primarily flavoring and aroma compounds, carbonyls are mainly responsible for surface coloration, and acids are principally preservatives and pH controlling agents. Acids and carbonyls also make a secondary contribution to flavor and many enhance the surface characteristics of smoked meat products.

A representative commercial liquid smoke product, for example, with a titratable acidity level of about 11% contains about 13% carbonyls, about 1.5% phenols, and at least 70% water. The remaining constituents, about 4.5% of the total mass balance of the smoke, include basic and neutral organic compounds.

5,135,770

3

Where surface coloring is important, measuring the amount of active carbonyls in a solution may determine the browning or coloring properties of a liquid smoke composition. The active carbonyls are believed to initially react with the available amino groups on surface proteins of a foodstuff. Subsequent reactions occurring under drying and heating conditions lead to the formation of the characteristic brown smoked color. The concentration of a specific carbonyl species, hydroxyacetaldehyde, is also a good indicator of the coloring or browning potential of a liquid smoke solution.

Another measurement that is used to characterize liquid smoke is the browning index defined according to procedures described below. The browning index is also used in the smoke flavoring industry to measure the browning or coloring performance of a liquid smoke solution.

Liquid smoke solutions may be used to color and flavor comestible food products by treating the food in a variety of ways. The application of liquid smoke may be done on individual items in batch or continuous modes by spraying or dipping. For large batches, the atomized cloud of liquid smoke may be used. In addition, sausages, bologna and hams may be processed in casings into which liquid smoke solutions have been incorporated.

## SUMMARY OF THE INVENTION

This invention encompasses a high browning liquid smoke composition having a brix less than about 50, a browning index greater than about 30 and a transmittance value of greater than about 50% at 590 nm. Preferably, the browning index is greater than about 35 for a liquid smoke composition having a brix less than about 45.

This invention also encompasses a method for making a very high browning liquid smoke composition comprising the steps of:

collecting the condensable liquids produced by the fast pyrolysis of wood or cellulose to give a raw liquid smoke composition;

diluting the raw liquid smoke with water to substantially separate water insoluble smoke components from water soluble components to give a diluted liquid smoke of less than about 40 brix;

contacting the diluted liquid smoke mixture with a nonionic polymeric resin to give a treated liquid smoke composition; and

concentrating the treated liquid smoke to give a high browning liquid smoke composition having a brix less than about 50, a browning index greater than about 30, and a transmittance value of greater than about 50% at 590 nm.

The pyrolysis products of cellulose may not need to be contacted with a nonionic polymeric resin but may simply be filtered in order to provide a concentrated liquid smoke having a transmittance value greater than 50% at 590 nm.

Thus, the present invention also provides for a method of making a high browning liquid smoke composition comprising the steps of:

collecting the condensable liquids produced by the fast pyrolysis of cellulose to give a raw cellulose liquid smoke composition;

diluting the raw cellulose liquid cellulose liquid smoke with water to substantially separate water insoluble smoke components from water soluble

4

components to give a diluted cellulose liquid smoke of less than 40 brix; and

concentrating the diluted cellulose liquid smoke to give a high browning liquid smoke composition having a brix less than about 50, a browning index greater than about 30, and a transmittance value of greater than about 50% at 590 nm.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 schematically illustrates the steps of a process of this invention to produce a high browning liquid smoke composition.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention provides a high browning liquid smoke composition having a brix less than about 50, a browning index greater than about 30 and a transmittance value greater than 50% at 590 nm. A preferred liquid smoke composition has a brix less than about 45, and a browning index greater than 35. A more preferred liquid smoke composition has a brix less than about 45 and a browning index between 30–65.

This invention also provides a method for making high browning liquid smoke compositions by collecting the raw condensable products obtained from the fast pyrolysis of wood or cellulose, diluting the raw condensable products with water to substantially separate the undesired tar components, contacting the water soluble components with a nonionic polymeric resin to give a treated liquid smoke solution, and concentrating the treated liquid smoke solution to give the desired high browning, liquid smoke composition. Alternatively, when cellulose is pyrolyzed, contact with the nonionic resin may not be required if the transmittance value is still greater than 50% at 590 nm after concentrating to a desired brix. Preferably, the diluted cellulose liquid smoke is filtered to remove unwanted particulates which may lower the transmittance value after concentrating to a desired brix.

The sequence of process steps is schematically illustrated in FIG. 1. The starting materials used to produce the compositions of this invention are prepared by pyrolyzing a feedstock 10 and collecting the pyrolysis products 20 to give the raw liquid smoke starting materials. The raw liquid smoke starting materials are further processed by diluting with water 30 to give a diluted liquid smoke and contacting the diluted liquid smoke with a nonionic polymeric resin 40, if needed, to give a treated liquid smoke. In a last step, concentrating the treated liquid smoke 50 gives a high browning liquid smoke composition.

## PREPARATION OF STARTING MATERIALS

The high browning liquid smoke composition of this invention is preferably made from the condensable products of the fast pyrolysis of wood or cellulose. In addition, other lignin-cellulose sources are also acceptable for use as pyrolysis feedstock. The pyrolysis feedstock may be any suitable wood product, but is preferably hardwoods such as maple, hickory, birch, oak, beech or poplar.

The fast pyrolysis process is designed to achieve a very high temperature in a minimum time and to have a relatively short residence time at the high temperature. The parameters that are preferably optimized in a fast pyrolysis method to produce suitable raw liquid smoke for use as starting materials include:

5,135,770

**5**

1) a high heating rate of the wood feedstock, prefera-
bly greater than 1000° C. per second;

2) a short vapor residence time, preferably an average
time such that the gas/vapor phase remains in the
reactor greater than about 0.15 second and less
than about one second and more preferably less
than about 0.6 second;

3) an isothermal reactor temperature between about
400°–800° C.; and

4) a quenching of the gas/vapor product to a temper-
ature of about less than 300° C., preferably in less
than about 0.6 seconds, in order to preserve the
high liquid yield.

A short residence time at a high temperature has been
achieved by a number of systems. One system is a vac-
uum pyrolysis process that is based on the principle that
primary products can be withdrawn from the reactor
under vacuum conditions before they have a chance to
react further and produce secondary pyrolysis prod-
ucts. This method is described by Roy, et al., "Pyrolysis
under Vacuum of Aspen Poplar," *Fundamentals of
Thermal-Chemical Biomass Conversion*, Elsevier Pub-
lishers, (1985). In this method, the wood feedstock re-
mains in the reactor until completely reacted. Total
liquid yields of between 68–74% by mass of the total
wood feedstock are reported at reaction temperatures
of 450° C. and a solid heating rate of 10° C. per minute,
and a residence time of up to 2 seconds. At a vapor
residence time of about 2 seconds the char yields were
between 16–20% by mass of the wood feed material.

When a vacuum pyrolysis apparatus is used, the heat-
ing rate of the wood or cellulose is much slower com-
pared with rapid thermal processing apparatus or with
a fluidized bed reactor. Secondary pyrolysis reactions,
however, are reduced by quickly removing and cooling
the primary pyrolysis vapors. Accordingly, the fast
heating rate is not essential as long as the secondary
reactions are limited.

A second system for obtaining fast pyrolysis is
"flash" pyrolysis, using a fluidized bed reactor system
operating at bed temperatures between 400°–650° C.
Total liquid yields of between 60–70% of the wood
feedstock have been obtained with an average vapor
residence time of 0.5 seconds. The char yield was typi-
cally between 10–20% of the wood mass. Residence
times of up to 3 seconds may be achieved. See for exam-
ple, Scott, et al., "Production of Liquids from Biomass
by Continuous Fast Pyrolysis," *Bioenergy* 84, Vol. 3,
*Biomass Conversion*.

A third system is a fast pyrolysis process which uses
hot particulate solids and/or inert gases tot rapidly
transfer heat to the wood feedstock in a reactor system.
This process results in very high gas or very high liquid
yields from biomass depending upon the reactor condi-
tions. Char yields are from 0–6% depending upon the
feedstock, reactor temperatures and residence time.
Maximum gas yields may be about 90% of the feedstock
mass at 900° C. and maximum liquid yields may be about
85% of the feedstock mass at 600°–650° C. This type of
apparatus can be operated at a temperature between
350°–1000° C. with a residence time between 0.03–3
seconds. A suitable apparatus for this process is de-
scribed in patent application Ser. No. 07/358,650 filed
May 26, 1989 and U.S. Pat. No. 4,876,108.

**DILUTION OF RAW LIQUID SMOKE**

After collection of the raw liquid smoke starting
materials, water is added to the raw liquid smoke to

**6**

cause a substantial phase separation and to allow separa-
tion of benzo(a)pyrene and undesired tars from the
desired liquids. The amount of water added beyond that
necessary to achieve effective phase separation is a
matter of choice. The more water added, the greater the
precipitation of higher molecular weight components.
Preferably, the level of undesired benzo(a)pyrene and
tars in the fast pyrolysis liquids after phase separation is
sufficiently lowered to allow a more concentrated high
browning product to be produced.

After dilution and phase separation, the ratio of car-
bonyls to phenols is relatively high, which is indicative
of the high browning potential relative to the amount of
flavor. The ratio of carbonyls to phenols is generally
higher than the ratio of carbonyls to phenols found in a
commercially available liquid smoke composition. For
example, an unconcentrated commercial liquid smoke
may have a total carbonyls concentration between
about 4–15% and a browning index between about
3–13. While methods are available for concentrating
commercial liquid smoke to achieve a browning index
of up to about 25, unconcentrated liquid smoke has a
practical upper limit for the browning index of about 13
because the benzo(a)pyrene levels become excessive if
the liquid smoke is concentrated above this level in the
water collection baths.

Through the use of fast pyrolysis methods, browning
indexes of up to about 50 may be achieved without
using any concentration steps and with acceptably low
levels of benzo(a)pyrenes, preferably below 0.5 ppb.

The presence of hydroxyacetaldehyde is useful as an
index to rate the value of the liquid for smoke coloring
applications. The yield of this compound by fast or flash
pyrolysis methods increases with a decrease in both
pyrolysis temperature and residence time. Yields of
hydroxyacetaldehyde in excess of 8% by total mass may
be obtained at reaction temperatures of about 550°–600°
C. and a vapor residence time of about 0.1 second.

The yield of hydroxyacetaldehyde is much greater
from fast pyrolysis methods than from conventional
methods. A comparison of yields of hydroxyacetalde-
hyde from two fast pyrolysis methods and a commercial
liquid smoke is set out in Table 1. As can be noted,
yields up to about 4 times higher are achieved using fast
pyrolysis. Hydroxyacetaldehyde is one of the predomi-
nant carbonyls in wood or cellulose pyrolysis liquids
and is therefore used as an index to assess a liquid's
browning potential.

**TABLE 1**

| CHEMICAL ANALYSIS OF PYROLYSIS LIQUIDS (Hydroxyacetaldehyde Yield) | |
|---|---|
| Sample Source | Hydroxyacetaldehyde Yield (% w/w) |
| 1. Fluidized Bed (450 to 550° C., 0.5 s) | 7.5–8.5 |
| 2. Rapid Thermal Processing (550 to 700° C., 0.2 s) | 7.0–8.0 |
| 3. Commercial Liquid Smoke | less than 1 |

**RESIN TREATMENT OF DILUTED LIQUID
SMOKE**

After dilution, the liquid smoke solutions which may
be treated with nonionic polymeric resin will generally

5,135,770

7

be in a range of about 4–40 brix, preferably in a range of about 5–30 brix and most preferably in a range of about 20–25 brix. Brix is an indication of the percentage of soluble organics in solution. While normally used in measuring sugar solutions, a brix value or number is an effective approximation of the non-water smoke components in a liquid smoke composition or solution. The usual limit of brix beyond which polycyclic aromatic hydrocarbons, harsh flavored phenols and tars become soluble in liquid solutions of smoke during production from vaporous smoke is about 30 brix.

It has been found that nonionic polymeric resins are effective in removing undesired components, such as phenols, from solutions up to about 40 brix. Above this limit, the solvating effect of the organics in solution begins to overcome the ability of the polymeric resins to remove these compounds.

One skilled in the art would readily recognize there are different ways to contact the nonionic polymeric resins with the diluted liquid smoke. Both batch and flow processes are acceptable methods.

The preferred method of treatment of liquid smoke solutions to produce the compositions of this invention is to pass a liquid smoke solution through a column of a suitable nonionic polymeric resins. In this way, the maximum amount of solution may be treated with a given amount of polymeric resin before regeneration, due to adsorption of undesired components, is required. A water rinse may be employed before regeneration in order to maximize product yield.

Treatment with the nonionic polymeric resins increases the transmittance values and decreases the brix of the treated solutions. Thus, a 25 brix diluted liquid smoke solution having a phenol range of about 14–20 mg/ml may yield a composition having about 18–23 brix, a transmittance value of about 50–90% at 590 nm, and a browning index substantially about the same as before polymeric resin treatment. Thus, treated compositions will have essentially the same capability of browning meats both before and after contact with the polymeric resin. Solutions of commercially available liquid smoke with brix values of about 25–30 generally have browning index values of about 10–12. The liquid smoke solutions of the present invention have brix values less than 50 and browning indexes greater than 30.

Polymeric resins suitable for practicing the present invention are known in the art. U.S. Pat. No. 3,531,463 to Gustafson, describes processes for preparing nonionic polymeric resins and using the polymeric resins to separate an organic component from an aqueous solution. U.S. Pat. Nos. 4,297,220, issued Oct. 27, 1981 and 4,224,415, issued Sep. 23, 1980 both to Meitzner, et al. describe water insoluble, macroreticulated polymeric resins. These patents generally describe polymeric resins useful for the process of the present invention.

The polymeric resins described in U.S. Pat. Nos. 3,531,463, 4,297,220, and 4,224,415 are suspension polymerized copolymers of a monoethylenically unsaturated monomer and a cross-linking polyvinylidene monomer. Suitable monoethylenically unsaturated monomers are alkyl acrylates and alkyl acrylate esters, cyclo-alkyl acrylates, substituted phenyl acrylates and benzyl acrylate.

Preferably the polymeric resin is made of lower alkyl esters of acrylic acid in which the alkyl group contains from one to five carbon atoms.

Copolymers of the above monomers with monovinylene compounds such as dialkyl maleates, dialkyl fumarates, dialkyl crotonates, dialkyl itaconates, and dialkyl glutaconates, are also possible.

8

Suitable polyvinylidene compounds include unsubstituted and substituted divinylbenzenes and divinylpyridines. Particularly preferred polyvinylidene monomers, commonly known as "cross-linkers", include polyvinylaromatic hydrocarbons, such as divinylbenzene and trivinylbenzene. Glycol dimethacrylates, such as ethylene glycol dimethacrylate, and polyvinyl ethers of polyhydric alcohols, such as divinyloxyethane and trivinyloxypropane are also useful cross-linkers.

If a monovinylaromatic hydrocarbon, such as the monovinylidene monomer, and a divinylaromatic hydrocarbon, such as a divinylbenzene, are used, a cross-linked polystyrene is formed by copolymerization in the presence of a precipitant.

The polymeric resins may be modified by attaching charged or polar groups to the polymer. The type of charged or polar group is selected to provide variable polymeric properties.

The polymeric adsorbents are typically hard, insoluble beads which have high porosity and high surface area. A bead will have a nominal mesh size of about 20–60 and the polymeric surface may be chemically modified to provide beads having varying polarities and surface characteristics. The polymeric resins may be available in other formats, such as gels.

Commercially available nonionic polymeric resins are useful to practice this invention. Resins sold by Rohm and Haas under the trade names XAD-2, XAD-4, XAD-7, XAD-8 and XAD-16 are all suitable polymeric resins which provide selective removal of undesired components from liquid smoke solution. The XAD-4 polymeric resin is a preferred polymeric resin.

## CONCENTRATION OF TREATED LIQUID SMOKE

After dilution or after contacting the polymeric resin, if needed or desired, the diluted or resin treated liquid smoke solution is concentrated until the browning index reaches a desired value, preferably until the browning index value is greater than 30. The browning index of a liquid smoke solution may be lowered by exposure to elevated temperatures for extended time periods, therefore, the diluted or resin treated liquid smoke is concentrated at reduced pressures in order to perform the concentration at reduced temperatures. Preferably, the concentration temperature is below 100° C. and most preferably below about 50° C. A preferred concentration of the liquid smoke composition occurs when using a reduced pressure of about 29 inches of mercury and a temperature of about 50° C.

After concentration, a preferred liquid smoke composition has a transmittance value greater than about 50% at 590 nm. The transmittance value is determined from a sample diluted 1:10 with water.

## APPLICATION TO FOODS CASINGS

Food casings that are suitable for use in the present invention are tubular casings, and preferably tubular cellulosic casings, that are prepared by any one of the methods well known in the art. Such casings are generally flexible, thin-walled seamless casings formed of regenerated cellulose or cellulose ethers, such as hydroxyethyl cellulose, in a variety of diameters. Also suitable are tubular cellulosic casings having a fibrous reinforcing web embedded in the wall of the casings, commonly called fibrous food casings. Cellulosic cas-

5,135,770

9

ings without the fibrous reinforcement are commonly called non-fibrous cellulosic casings.

The high browning liquid smoke may be applied to the outer surface of the food casing by passing the casing through a bath of the liquid smoke composition. The liquid smoke is generally allowed to soak into the casing before doctoring off any excess liquid smoke by passing the casing through squeeze rolls or wipers for an amount of time sufficient for the casing to incorporate the desired amount of smoke coloring and flavoring into the casing. The high browning liquid smoke composition may also be externally applied to the casing by methods other than dipping, such as spraying, brushing, or roll-coating.

One method of treating the casing with the liquid smoke of this invention involves passing a flattened, tubular, cellulose sausage casing over guide rolls through a dip tank which contains the liquid smoke composition. The casing passes over additional guide rolls after exiting the dip tank, and then passes between squeeze rolls which minimize any excess carryover of the liquid smoke composition. The total contact time of the casing with the liquid smoke composition in the dip tank, and with excess liquid smoke composition on the casing passing over the guide rolls before the casing passes through the squeeze rolls, typically determines the amount of smoke coloring and flavoring of the liquid smoke composition that the casing will incorporate. The casing is then sent on to conventional further processing, including conventional humidification, as may be required, and conventional shirring.

Alternatively, the high browning liquid smoke composition may be applied to the internal surface of the casing by any of several well-known procedures. These include slugging or bubble coating, spraying, and coating while shirring. The slugging method for coating the inside of a casing involves filling a portion of the casing with the coating material, so that the slug of coating material generally resides at the bottom of a "U" shape formed by the casing being draped over two parallel rollers, and then moving the continuous indefinite length of casing so that the slug of coating material remains confined within the casing, while the casing moves past the slug and is coated on its inside wall by the coating material contained within the slug.

It may be shirred by conventional methods or, prior to shirring, it may dried or humidified before shirring to a water content suitable for shirring or further processing. The need for conventional drying or humidification after the external liquid smoke treatment depends on the water content of the casing after treatment and the type of casing. If the casing is a non-fibrous casing, a water content within the range of from about 8-18 wt. % water immediately before shirring is typical, and for fibrous casing a water content within the range of from about 11-35 wt. % water immediately before shirring is typical, where percent is based on the total weight of casing including water.

It is to be noted that the liquid smoke which is coated on the casing surface, whether externally coated or internally coated, does not exist solely as a surface coating. Color and flavor components of the liquid smoke composition which are coated on the surface penetrate the cellulosic structure of the casing as the cellulose absorbs the moisture of the smoke solution.

10

The following examples are provided to further illustrate specific aspects and practices of this invention. These examples describe particular embodiments of the invention, but are not to be construed as limitations of the appended claims.

## EXAMPLE 1

### Fast Pyrolysis of Ground Wood

Example 1 shows a fast pyrolysis of a wood feedstock.

## FLUIDIZED BED OPERATION

### Operating Parameters

Poplar wood was ground to about 595 microns (30 mesh)

Wood moisture content was about 6% (wet basis)

Wood was fed at a rate of 1-2.5 kg/h

Reaction temperatures in the bed were in the range of 400°-650° C.

Vapor residence times were typically in the range of 500-700 milliseconds

The fluidized bed consisted of Ottawa silica sand with a mean particle size of about 720 microns

Recycled product gas (primarily CO, $CO_2$ and $CH_4$) was used to fluidize the sand and to transport the wood feedstock into the reactor.

### Equipment and Operating Procedure

Poplar wood, other wood species, straw, peat, or the like, is air dried, milled, and screened to about 595 micron particle size.

The prepared feedstock is conveyed from a hopper into a variable speed twin-screw feeder and discharged into a flow of recycled product gas. It is then conveyed into the fluidized bed reactor directly into the fluidized bed region.

The reactor bed contains highly spherical Ottawa silica sand with a mean particle size of about 720 um.

The fluidizing gas, primarily CO, $CO_2$ and $CH_4$ is preheated in the inlet line by electrical heaters and enters the bed through a porous stainless steel plate at a rate which is equivalent to 1.2-2 times the minimum fluidization velocity.

The reactor is wrapped with heating coils for supplemental heating.

Pyrolysis products and the recycle gases are swept from the top of the reactor into a cyclone where the dry char is removed from the gas/vapor phase. The gases and vapors are then directed to two condensers and finally to a series of filters.

The first condenser is normally maintained at 20° C. and the second condenser is maintained at about 0° C.

The filter train consists of an in-line 5 microns mesh screen followed by a filter vessel packed with glass wool.

The preferred operating temperature of the fluidized bed is between about 400°-600° C. with a relatively short residence time of about 0.030-0.06 second. However, good yields are achieved at higher temperatures and over a variety of residence times. The shorter the residence time, the higher the yield of the preferred liquid product.

A sample of the above liquid pyrolysate was diluted with water and the water soluble fraction was separated and analyzed. The results of the analysis are shown in Table 2.

5,135,770

11                                            12

## TABLE 2

### DILUTION OF FAST PYROLYSIS LIQUIDS

| Weight % Fast Pyrolysis Liquids in Total Solution | Acids % w/w | Phenols % w/w | Carbonyls % w/w | Browning Index Units | Specific Gravity @ 23° C. | Benzo(a) Pyrene ppb |
|---|---|---|---|---|---|---|
| 100 | 10.5 | 5.50 | 32.5 | 49.0 | 1.245 | 19.0 |
| 85 | 9.1 | 3.75 | 29.2 | 46.8 | 1.201 | 14.0 |
| 80 | 8.7 | 3.31 | 28.6 | 45.6 | 1.182 | 3.6 |
| 70 | 7.9 | 2.42 | 21.4 | 35.8 | 1.148 | 0.5 |
| 65 | 7.5 | 2.10 | 20.2 | 33.8 | 1.120 | 0.5 |
| 60 | 6.5 | 1.65 | 17.5 | 31.5 | 1.112 | 0.5 |
| 40 | 4.1 | 0.820 | 10.3 | 18.2 | 1.065 | 0.5 |
| 20 | 2.8 | 0.430 | 5.4 | 12.2 | 1.028 | 0.5 |
| 10 | 1.3 | 0.230 | 4.9 | 5.6 | 1.011 | 0.5 |

## EXAMPLE 2

Example 2 shows that no decrease in browning index results from treatment with nonionic polymeric resins over the entire range of phenol reduction which is possible. Also shows is the maximum amount of liquid smoke solution which can be processed with a given amount of a particular resin.

A 10.5" diameter column was packed to 45" height with Rohm and Haas XAD-4 polymeric resin. CharSol C-10 was passed down flow through the column at about 1400 ml/min. Samples were taken periodically and analyzed for phenols, carbonyls, browning index, and brix. Results are as follows:

## TABLE 3

### RESIN TREATMENT OF FAST PYROLYSIS LIQUIDS

| | Phenols mg/ml | Carbonyls % wt/vol | Browning Index | Brix |
|---|---|---|---|---|
| CharSol C-10 Feed | 17.0 | 12.4 | 9.9 | 25.9 |
| 10 gal. | 1.3 | 13.3 | 9.6 | 19.2 |
| 20 gal. | 2.4 | 11.1 | 10.1 | 21.0 |
| 30 gal. | 4.8 | 11.5 | 10.6 | 22.6 |
| 40 gal. | 6.3 | 11.5 | 10.4 | 23.2 |
| 50 gal. | 7.9 | 12.2 | 10.3 | 23.4 |
| 65 gal. | 12.5 | 11.8 | 9.5 | 24.4 |
| 75 gal. | 14.3 | NA | NA | 24.6 |
| 85 gal. | 15.3 | 11.3 | 9.5 | 24.6 |
| 95 gal. | 17.0 | NA | NA | 25.4 |
| 105 gal. | 16.8 | 12.6 | 9.3 | 26.0 |

NA = not analyzed

The results show that at about 95 gallons the polymeric resin is at maximum through-put capacity for the described column and that down to 1.3 mg/ml phenols no significant decrease in browning index is observed.

Alternatively, batch treatment of liquid smoke solutions with nonionic polymeric resins may be used. For example, 100 samples of CharSol C-10 were added to 10, 20, 30, and 40 gram portions of Rohm and Haas XAD-4. The samples were mixed on a magnetic stirrer for one hour and the desired liquids are separated from the polymeric resin by filtration.

## EXAMPLE 3

Example 3 shows a method of making fast pyrolysis liquids with sufficiently high browning index content to be of use as starting material for the present invention.

A circulating fluid bed reactor was operated at 525° C. with nitrogen as a carrier gas under appropriate conditions to provide a 1.3 second residence time for the vapors produced from the rapid pyrolysis of maple sawdust. The feed rate was about 30 pounds per hour of 5% moisture maple sawdust. The total liquid yield was about 70%.

The raw liquid smoke was then analyzed for water content prior to preparing a diluted liquid smoke. The water content was about 5% by weight. Subsequently, a water solution procedure was performed and the amounts of water soluble components were determined. Results reported below are the water soluble components as a weight to weight percent of the raw liquid smoke:

8.0% Organic acids
1.9% Phenols
22.7% Carbonyls

## EXAMPLE 4

This example shows the range of dilutions of raw liquid smoke which are useful in producing diluted liquid smoke. The diluted liquid smoke made in the manner described in this example provides intermediates in the production of the product of the present invention.

To fifty gram samples of the raw liquid smoke of Example 3 were added aliquots of water in amounts listed below. Addition of water with mixing was followed by settling of the undesired insoluble phase. The desired aqueous phase was decanted, filtered, and analyzed.

The results are as follows:

## TABLE 4

### DILUTIONS OF RAW LIQUIDS

| Water Add. g | Tit. Acid. (w/v %) | % T | Brix | Browning Index | Brix/ Browning Index |
|---|---|---|---|---|---|
| 20 | 7.2 | 0 | 34.0 | 19.5 | 1.74 |
| 40 | 5.1 | 2 | 25.0 | 14.6 | 1.71 |
| 50 | 4.6 | 15 | 21.9 | 11.2 | 1.96 |
| 100 | 2.9 | 77 | 14.0 | 7.5 | 1.87 |
| 150 | 2.1 | 85 | 10.8 | 6.0 | 1.80 |
| 200 | 1.8 | 89 | 9.9 | 5.7 | 1.74 |

The diluted fast pyrolysis liquids produced had a brix range of between 9.9–34.0. The average brix/browning index ratio for these samples was 1.8/1.0. This ratio is substantially below the typical 2.5/1.0 ratio for slow pyrolysis liquids.

## EXAMPLE 5

This example shows the method used to produce a resin treated liquid smoke which has greater than 50% transmittance when a 1:10 water dilution is measured spectrophotometrically at 590 nm.

The raw liquid smoke (6800 g) produced as in Example 3 was mixed with water (6000 g). After mixing, settling, and filtering as in Example 4, about 9.1 liters of 23.8 brix diluted liquid smoke were produced. The

5,135,770

13

transmittance was measured at a dilution of 1:10 at 590 nm and was about 6%.

An 8 cm diameter x 50 cm high column of Rohm and Haas XAD-4 polymeric resin was used to treat the diluted liquid smoke to produce a diluted liquid smoke having greater than 50% transmittance as defined above. The diluted liquid smoke was passed through a water filled polymeric resin column (XAD-4) at a flow rate of 250 ml/min. Desired product was collected beginning at about 10 brix. After the last portion of diluted liquid smoke was added to the column and so liquid head remained, water was added to maximize recovery and desired polymeric resin treated diluted liquid was collected down to about 10 brix. A total of 6.6 liters of 20 brix solution having about 91% transmittance was collected.

### EXAMPLE 6

This example shows using a high vacuum evaporative concentration to produce a high browning liquid smoke composition.

A one liter sample of the polymeric resin treated liquid smoke of Example 5 was placed on a rotary evaporator and a water aspirator was used to pull a 29 inches of mercury vacuum. The flask was placed in a 50° C. water bath and rotated until the brix of the sample was determined to be about 45.1. The concentration time was approximately two hours. The resulting high browning liquid smoke composition had the following analyses:

45.1 Brix
8.9 w/w % Acids
21.3 mg/ml Phenols
32.5 w/v % Carbonyls
52% Transmittance
38 Browning Index
5.7 cp. Viscosity

### EXAMPLE 7

This example shows the relationship between brix and other parameters for a high browning liquid smoke composition.

The polymeric resin treated diluted liquid smoke of Example 5 was concentrated under reduced pressure to various brix values and the resulting samples were analyzed for % transmittance, specific gravity, viscosity and browning index. The following results were obtained:

#### TABLE 5

| | | CONCENTRATION OF DILUTED LIQUIDS | | | |
|---|---|---|---|---|---|
| Brix | % T | Specific Gravity | Viscosity (cp) | Browning Index | Browning Index/Brix |
| 40.2 | 62 | 1.127 | 4.2 | 41 | 1.02 |
| 49.3 | 50 | 1.166 | 7.6 | 48 | .97 |
| 58.0 | 40 | 1.198 | 16.3 | 51 | .86 |
| 67.4 | 32 | 1.240 | 61.1 | 60 | .99 |
| 73.6 | 25 | 1.279 | 267.1 | 76 | 1.03 |

The maximum browning index for a liquid smoke solution may be obtained by optimizing the pyrolysis conditions. The longer vapor residence time in Example 3 of about 1.3 seconds produced an average browning index to acids ratio of about 2.8:1. This ratio is considerably smaller than the browning index to acids ratio obtained using the shorter vapor residence time specified in Example 1. In Example 1, the diluted samples having a benzo(a) pyrene content less than 0.5 ppb had an average browning index to acids ratio of about 4.5:1.

14

The yield of acids from a given wood feedstock is relatively constant. Thus, use of raw liquid smoke having a 4.5:1 browning index to acids ratio may produce a final liquid smoke solution having a higher browning index at a given brix value than the liquid smoke solutions of Examples 3 to 7.

Resin treatment of a raw liquid smoke solution having a browning index to acids ratio of 4.5:1 and a browning index of about 21 may be concentrated according to the procedures described in Example 6 to yield a final product having a browning index of about 62 and a brix of about 45.

### EXAMPLE 8

Cellulose in the form of Avicel (TM) pH101 was pyrolyzed in an entrained flow reactor as described in U.S. Pat. No. 4,876,108 and Example 1 above. A reactor temperature of 500° C. was maintained. The vapor residence time was 600 msec. A total liquid yield of 86% was realized, with the remainder being char and non-condensable gases.

A water soluble extract was prepared by adding water (125 ml) to the raw condensate (50 g). The preparation was heated to 175° F. and stirred on a magnetic stirrer for 10 minutes. After centrifugation, the water soluble extraction (171.1 g) was decanted. The extract was filtered through Gelman (TM) type A-E glass fiber filters. The latter will retain 95% of 1 micron particles. After filtration, the transmittance was 78%. The solution was concentrated by evaporation under vacuum at 50° C. to yield a solution with the following properties:

Brix 42
% Transmittance 52
Browning Index 35
Carbonyls (% w/v) 21.3
Acids (% w/v) 1.9
Phenols (mg/ml) 3.9

The results show the preparation of a high browning liquid smoke solution which has greater than 50% transmittance. The solution was be prepared from liquids condensed from the fast pyrolysis of cellulose without the need for solvent extraction or resin treatment.

The analyses on the water soluble extract are:

Acids (% w/v) 1.0
Phenols (mg/ml) 2.8
Carbonyls (% w/v) 9.8
Browning Index 16.3
Brix 23.0

### EXAMPLE 9

The external surfaces of 21 mm. diameter cellulose frankfurter casings are treated with the high browning liquid smoke composition prepared in the manner of Example 8 by applying the liquid smoke composition to the external surfaces of the casings and allowing the heated casings to dry at about 80° C. The casings are conventionally moisturized to about 14–18 wt. % water and are shirred. The casings are stuffed with either an emulsion of the beef meat formulation of Table 6 or the high collagen meat formulation of Table 7.

#### TABLE 6

| BEEF FORMULATION | |
|---|---|
| Ingredients | Weight (g) |
| Beef Chuck | 22.68 |
| Beef Plate | 22.68 |
| Salt | 1.13 |
| Water | 13.61 |

5,135,770

## 15

### TABLE 6-continued

| BEEF FORMULATION | |
|---|---|
| Ingredients | Weight (g) |
| Seasoning | 0.45 |
| Sodium Nitrite | 0.11 |

### TABLE 7

| HIGH COLLAGEN FORMULATION | |
|---|---|
| Ingredients | Weight (g) |
| Beef Chuck | 9.98 |
| Beef Tripe | 7.26 |
| Beef Shank | 7.26 |
| Beef Cheek | 7.26 |
| Regular Pork | 13.61 |
| Water | 9.98 |
| Salt | 1.13 |
| Seasoning | 0.45 |
| Sodium Nitrite | 0.11 |

The stuffed casings are processed under normal conditions of temperature and humidity as commercially practiced, but without the conventional step of smoke treatment. The meat product is cooked to an internal temperature of 68° C., cold water showered at 8° C. for 10 minutes and showered for 10 minutes with chilled water of 1.6° C. Processing conditions are sufficient to cause the transfer of smoke color and flavor from the casing to the frankfurters.

### EXAMPLE 10

#### Application to Wieners

About 2.5 lb. strands of skinless wieners obtained from Cher-Make Sausage Co. (Manitowoc, Wis.) are dipped for 60 seconds in the high browning liquid smoke composition of Example 7.

The wieners were cooked to an internal temperature of 70° C. according to the following schedule: 43.3° C. for 10 minutes; 60.0° C. for 45 minutes; 71.1° C. for 25 minutes; and 82.2° C. until the internal temperature is 70° C.

After cooking, the wieners are placed in a 4.4° C. cooler overnight for subsequent evaluation and testing.

The following day, the wieners are peeled and found to have an appealing brown color and a desirable smoked appearance.

### ANALYTICAL PROCEDURES

The techniques used to analyze liquid smoke compositions are well known to those of ordinary skill in the art. The acids in liquid smoke are measured as titratable acidity calculated as acetic acid. The procedure for determining phenols is a modified Gibbs method which measured phenols as 2,6-dimethoxyphenol and is described in Tucker, I. W. "Estimation of Phenols in Meat and Fat", *Journal of the Association of Official Analytical Chemists*, XXV, 779 (1942). The procedure for determining carbonyls is a modified Lappan-Clark method which measures carbonyls as 2-butanone and is described in "Colorimetric Method for Determination of Traces of Carbonyl Compounds", *Analytical Chemistry*, 23, 541–542 (1959). Both procedures for determining carbonyls and phenols are fully described in U.S. Pat. No. 4,431,032, the disclosure of which is herein incorporated by reference.

## 16

The procedures used to determine the browning index of a sample are described in U.S. Pat. No. 4,876,108 the relevant portions describing analytical techniques and procedures which are herein incorporated by reference. Briefly, the browning index is a relative measure of the ability of carbonyls to react with the amino acid, glycine. Tests have shown good correlation between the browning index values of a solution of smoke flavoring and the extent of brown color formation on meat surfaces.

What is claimed is:

1. A high browning liquid composition comprising a liquid solution having a ratio of browning index to percentage of carbonyls in the liquid solution of greater than 0.8.

2. A high browning liquid composition of claim 1 wherein the ratio of browning index to percentage of carbonyls in the liquid solution of greater than 1.0.

3. A high browning liquid composition of claim 1 wherein the ratio of browning index to percentage of carbonyls in the liquid solution is greater than 1.5.

4. A high browning liquid composition of claim 1 wherein the ratio of browning index to percentage of carbonyls in the liquid solution is between 0.8–1.6.

5. A method for making a high browning liquid composition comprising the steps of:
   a) collecting the condensable liquids produced by the fast pyrolysis of wood or cellulose to give a raw liquid;
   b) diluting the raw liquid with water to give a diluted liquid;
   c) contacting the diluted liquid with a sonionic polymeric resin to give a high browning liquid composition having a browning index to percentage of carbonyls in the liquid composition of between 0.8–1.6.

6. A method according to claim 5 wherein the liquid composition has a browning index to percentage of carbonyls in the treated liquid ratio between 1.0–1.6.

7. A method according to claim 5 wherein the liquid composition has a ratio of browning index to percentage of carbonyls in the liquid between 1.5–1.6.

8. A process for flavoring and coloring a food product comprising the steps of:
   a) collecting the condensable liquids produced by the fast pyrolysis of wood or cellulose to give a raw liquid;
   b) diluting the raw liquid with water to give a diluted liquid;
   c) contacting the diluted liquid with a sonionic polymeric resin to give a treated liquid having a ratio of browning index to percentage of carbonyls in the treated liquid of about 0.8–1.6;
   d) concentrating the treated liquid give a high browning liquid composition; and
   e) contacting the food product with the high browning liquid composition.

9. A process of claim 8 wherein the food product is a casing.

10. A process of claim 8 wherein the casing is a cellulose casing.

11. A process of claim 8 wherein the food product is an edible foodstuff selected from the group consisting of meat, poultry, and fish.

* * * * *

# United States Patent Office

3,462,282

Patented Aug. 19, 1969

1

3,462,282

**PROCESS AND APPARATUS FOR PREPARING A SMOKING FLUID AND SMOKING FOODSTUFFS THEREWITH**

Gerhard Fessmann, Mezartstrasse 16, 7012 Fellbach, near Stuttgart, Germany

Filed Dec. 28, 1965, Ser. No. 515,126

Claims priority, application Germany, Dec. 23, 1964, F 44,795; Feb. 18, 1965, F 45,276; June 16, 1965, F 46,346; Apr. 6, 1965, F 45,739; Dec. 16, 1965, F 47,888

Int. Cl. A23b 1/04

U.S. Cl. 99—229                                    46 Claims

---

## ABSTRACT OF THE DISCLOSURE

A process and apparatus for treating foodstuffs which includes a contacting finely divided wood chips or sawdust with superheated steam to effect thermal decomposition of at least a portion thereof and thereby create a smoking fluid. The smoking fluid is then brought into contact with the foodstuffs to be treated and imparts a smoke flavoring thereto in conjunction with the simultaneous cooking thereof when so desired.

---

This invention relates to a process of preparing and utilisation of a fluid for smoking foodstuffs, such as meat, sausage, fish, ham, cheese, and the like, which are to be subjected to the action of the smoking fluid produced with the aid of sawdust. This process serves to impart to foodstuffs a smoked flavor, which is the same as or similar to the flavor which is produced by smoking these foodstuffs with wood smoke.

It is known to use as a smoking fluid a liquid, which is obtained by introducing wood smoke into water. This has the disadvantage that saw chips or saw dust must be burnt, just as when the foodstuffs are directly treated with wood smoke. Such burning requires fireproof containers. The combustion process, particularly the combustion temperature, and the composition of the smoking fluid, which depends on said temperature, can be controlled only with difficulty. Soot and other tar-containing substances tend to deposit on the walls of the container and may give rise to undesired secondary combustion processes.

In another known process, wood is heated to produce wood gas, which is then condensed and subjected to fractional distillation. The resulting distillate is diluted with water. This process is so complicated that the production of the smoking fluid is expensive, and the process requires a combustion, which has the above-mentioned disadvantages.

In the known smoke gas process there must be a flue for discharging the flue gases. The soot and tar components deposit on the walls of the smoking chambers and on the sensing and heating means incorporated in said chambers so that they can no longer satisfactorily perform their function after some time. It has also been found that the apparatus for carrying out the known processes cannot be put into and out of operation as quickly as desired because the initiation of the combustion or heating of the sawdust takes considerable time and the combustion temperature varies continually. Owing to this fact, a constant quality of the smoking fluid as to the percentage composition of its components cannot be ensured.

Another disadvantage of the known processes resides in that the surplus gas or vapor which escapes from the boiling and/or smoking chamber is discharged through a relief valve so that there is an obnoxious smell and contamination of the surroundings of the smoking chamber, or flue connections are required.

2

It is an object of the invention to provide a simple process of producing a smoking fluid. More specifically, it is an object to provide a process of producing a smoking fluid which is free at least of most of the substances which are injurious to health, such as cancerogenic substances. It is another object to provide a process of the type set forth above which can be carried out independently of fixed connections, such as flue connections, and which permits of a storage of the produced smoking fluid.

It is desired to supply flavors or the like in a predetermined manner to the foodstuffs to be smoked. More specifically, it is desired to enable an exact predetermination of the intensity and concentration in which the flavors or the like are to be taken up by the foodstuffs.

It should be possible to smoke the foodstuffs within a short time. The surplus vapor escaping from the smoking chamber or a boiling cabinet or the like should be discharged in a simple manner so that the surplus vapor condenses quickly and can then be discarded, e.g., through a sewer system. An accurate control of the pressure in the smoking chamber should be possible and a reliable protection is required against a re-entrance of atmosphere from the sewer system.

It is another object of the invention to provide an apparatus for carrying out the process and for continuously or intermittently producing the smoking fluid in a uniform and predetermined or adjustable quality. The apparatus should be simple in structure and enable a direct use of the gaseous fluid after its production or a simple storage of the fluid.

In a process of producing a fluid for smoking foodstuffs such as meat, sausage, fish, ham, cheese and the like, in which process the foodstuff is subjected to the action of the smoking fluid produced from sawdust, superheated steam of at least 180° C., preferably 250° C. to 390° C. is used according to the invention for the thermal decomposition of sawdust. This has the advantage that the temperature at which flavors or the like are extracted from the sawdust can be exactly controlled so that only the desired substances are recovered from the sawdust. Owing to the use of water vapor, the sawdust cannot be inflamed so that the smoking chamber containing the foodstuffs to be smoked remain clean.

According to a further feature of the invention, the smoking fluid is saturated with moisture to about 100% at 70–100° C., preferably 80° C., so that the smoking fluid can condense on the foodstuffs to be smoked and a much faster and more intensive transfer of the substances contained in the smoking fluid and their uniform distribution on the surface of the foodstuffs is ensured.

According to a further proposal according to the invention, air or another neutral gas is admixed to the superheated steam before it passes through the sawdust in order to vary the moisture content and the flavor of the smoking fluid.

The steam which has been enriched with flavors, i.e., the smoking fluid, may have water vapor, air or another neutral gas admixed thereto before it contacts the foodstuffs so that the concentration, composition and intensity of action can be controlled. Depending on the amount and temperature of the neutral gas admixed to the smoking fluid, the latter will have a larger or smaller depth of penetration into the foodstuffs so that the taste and moisture content can be selectively changed.

The admixing of water vapor, air or another neutral gas is preferably effected before the liquefaction of the smoking fluid because this ensures a particularly good mixing.

A particularly fast and intense smoking of the foodstuffs will be enabled if the smoking fluid is transferred to the foodstuffs to be smoked by dewing or condensing.

3,462,282

**3**

This avoids an excessive loss of smoking fluid in a vapor state and ensures a uniform distribution of the smoking fluid on the foodstuffs.

If the smoking fluid is intermittently applied to the foodstuffs during periods of time which succeed in timed intervals, an optimum action of the smoking fluid on the foodstuffs to be smoked will be obtained. The foodstuffs are only slightly heated. This process can be carried out in a simple manner with the aid of a timer which controls the supply of the smoking fluid.

According to another proposal according to the invention, the surplus smoking fluid vapor escaping during the smoking of the foodstuffs is liquefied with water. For this purpose, the escaping fluid which is vaporus or entrained by a vapor is suitably passed into a vessel or the like which is filled with water and which communicates below the water level with an overflow. The water level and the water temperature in the vessel are sensed by a thermometer and are automatically controlled. This ensures a reliable condensation of the vaporous surplus fluid in a simple manner before said fluid is discharged. The selection of the water level at the overflow enables an exact determination of the pressure in the vessel and in the boiling cabinet connected to it.

In an advantageous development of the process according to the invention, the sawdust contained, e.g., in a hopper, is subjected to a continuous stream of the superheated stream passing therethrough, and the rate of the continuously flowing sawdust and of the superheated steam can be controlled. This ensures a constant quality of the resulting smoking fluid. The height of the stream of sawdust is preferably so large that the uppermost layer of the sawdust is not thermally decomposed by the superheated steam but acts as a filter layer for the smoking fluid evolved under this layer. This ensures a filtering of the smoking fluid and a removal of undesired substances therefrom so that the quality of the smoking fluid is improved.

Another important feature of the process according to the invention resides in that the vaporous smoking fluid is liquefied at temperatures above 0° C. The known processes enable a liquefaction of the smoking gas only at very low temperature. The gaseous smoking fluids must be cooled to at least −80° C., as a rule, for liquefaction. Another advantage will thus be obtained by the liquefaction of the vaporous smoking fluid at temperatures above 0° C. according to the invention, e.g., by an indirect cooling with water or air.

An apparatus for producing a fluid for smoking foodstuffs, such as meat, sausage, cheese or the like, with the aid of sawdust and superheated steam, is characterized according to the invention in that the apparatus comprises a feeder, which supplies the sawdust into the steam zone and automatically and continuously feeds fresh sawdust to the apparatus so that a constant quality of the resulting smoking fluid is ensured.

According to another feature of the invention, the feeder comprises a trough, which is disposed in the steam path and extends preferably transversely thereto. At the inlet end of said trough, a preferably funnel-shaped hopper for the sawdust is provided. This hopper is disposed outside the steam path and can be re-filled from time to time. From the hopper, the sawdust is continuously supplied to the steam.

In a further development of the invention, the trough is downwardly inclined from the hopper so that the velocity at which the sawdust flows in the trough can be predetermined in a simple manner. The angle of inclination of the trough and with it the velocity of flow of the sawdust is preferably adjustable, e.g., by adjusting the entire apparatus to a suitable inclination.

According to a further feature of the invention, the trough and/or the hopper are vibratably mounted and connected to a vibrator or the like. The vibration of the

**4**

trough and of the hopper causes the sawdust to flow from the hopper into the trough. The vibration causes also a conveyance of the sawdust in the trough.

In another desirable embodiment of the invention, a motor-driven conveyor screw is provided at the inlet end of the trough and this screw is preferably disposed in a duct, which conforms to the outside diameter of the screw and which communicates with the outlet of the hopper for the sawdust and with the inlet of the trough. This enables a supply of sawdust at a metered rate from the hopper into the trough. The sawdust provides for a perfect seal between the hopper and the trough so that no steam can enter the hopper.

According to another feature of the invention, the hopper is succeeded in the direction of flow of the sawdust by an adjustable height limiter, e.g., in the form of a plate, which is urged onto the surface of the sawdust conveyed in the trough and enables an exact adjustment of the height of the sawdust layer which is being conveyed in the trough.

A container for collecting the exhausted sawdust is preferably provided under the output end of the conveyor trough, and the exhausted sawdust drops at the outlet end of the trough into the collecting container. This arrangement enables a substantially uninterrupted operation of the apparatus because the sawdust is continuously supplied to the trough and leaves the same when it has been consumed.

The cross-section of the trough is suitably open at the top and the trough is formed in its bottom with apertures for the discharge of the steam. Under the bottom apertures of the trough, a controllable superheater for the steam is suitably provided and a controlled steam supply conduit opens into this superheater. The superheater may be preceded by an evaporator, e.g., a continuous evaporator, so that it is sufficient to supply water to the apparatus, which water is first evaporated, then superheated and thereafter supplied to the sawdust through the bottom apertures of the trough.

According to another proposal according to the invention, the trough, the superheater and the container for collecting the exhausted sawdust are disposed in an insulated housing, which has at the top an opening for discharging the smoking fluid.

It is particularly advantageous if the conveyor trough has lateral apertures for the passage of the steam because the sawdust conveyed in the trough is then prevented from falling down from the trough and a particularly uniform contact between the sawdust and the water vapor is ensured.

The opening for discharging the smoking fluid from the insulated housing is preferably connected to a cooling device for cooling the smoking fluid through its boiling point because the smoking fluid can easily be stored and handled in a liquid state. The cooling device contains suitably a pipe coil for the smoking fluid, which coil extends in a coolant container, and the latter is provided with a thermometer for controlling a solenoid valve, which is incorporated in the coolant supply conduit. This enables an exact control of the coolant contained in the coolant container, such as water, at a constant temperature.

The invention will now be explained more fully with reference to illustrative embodiments shown in the accompanying drawings, in which

FIG. 1 is a simplified sectional representation of an apparatus according to the invention,

FIG. 2 is a view similar to FIG. 1 and shows another embodiment of the invention.

FIGS. 3 to 5 are simplified fragmentary views illustrating further embodiments of the invention and

FIG. 6 shows a device according to the invention for cooling the smoking fluid.

Two further embodiments of the conveyor trough are shown in FIGS. 7 and 8.

FIG. 7 is a simplified transverse sectional view showing an apparatus according to the invention, and

3,462,282

5

FIG. 8 is a view similar to FIG. 7 and shows another embodiment of the invention.

As is shown in FIG. 1, an apparatus according to the invention for producing a smoking fluid comprises a conveyor trough 1, which communicates with a hopper 2 for the sawdust 3 and which further communicates through apertures 5 in the bottom 4 of the trough with a superheater 6. Preferably, the aperture 5 nearest the discharge end 14 of the trough 1 is positioned therefrom a distance greater than that of the vertical height of the sawdust 3. Such a placement of the aperture 5 with respect to the discharge end 14 insures that the entering steam will pass upwardly through the sawdust 3 since the pressure differential therebetween is less than that between the end 14 and the nearest aperture 5. The trough is accommodated in a housing 7, which has an outlet 8 for the smoking fluid.

The conveyor trough 1 communicates with the hopper 2 disposed outside the housing 7 and is connected by vibration-permitting mountings, e.g., in the form of spring elements 10, to the housing 7 or a control cabinet 9 associated with the apparatus. The trough 1 is mounted so as to be capable of vibration. A magnetic vibrator 11 is provided for producing the vibration. The velocity and rate of conveyance can be changed in a simple manner by adjusting the amplitude of vibration of this magnetic vibrator.

As is also shown in FIG. 1, that portion of the bottom 4 of the conveyor trough 1 which is provided with the apertures 5 is connected by a bellows 12 to the superheater 6. That end 14 of the conveyor trough 1 is accommodated in the housing 7 is disposed over a container 15 for collecting the exhausted sawdust. The housing 7 is provided with insulation 13.

When sawdust 3 is contained in the hopper 2 disposed outside the housing 7 and the vibrator is in operation, the sawdust 3 is fed into the trough 1. The trough 1 is inclined toward its end 14 disposed in the housing 7 so that the sawdust 3 is conveyed by the vibration in the trough in the direction of the arrow 16 past the bottom apertures and finally falls into the container 15. Superheated steam flows from the superheater 6 through the bottom apertures 5 in the direction of arrow 17 into the trough 1 and contacts the sawdust in the trough. As a result of this contact, the steam extracts flavors and the like from the sawdust so that a smoking fluid is obtained, which can then be removed through the outlet 8 provided on the housing 7.

To enable an exact adjustment of the height of the layer of sawdust which moves in the trough 1, a gate 19 extends into the opening 18 which is formed in the hopper 2 and connects the same to the trough 1. This gate determines the height of the layer of sawdust. The hopper 2 is tightly sealed by a cover 20. Thus the steam and the smoking fluid cannot enter the hopper 2 nor escape through the same.

The superheater 6 comprises a heater 21, which is contained in a housing 22. A steam conduit 23 opens into the housing 22. A temperature sensing element 24 is provided behind the heater 21 in the direction of flow of the steam (arrow 17). The rate of the steam flowing into the superheater is exactly controlled by a solenoid valve, not shown, and a rate control valve 25. This steam is heated by the heater 21 to an adjustable temperature and is then passed in the direction of the arrow 17 to the sawdust 3 moving in the trough 1. The temperature sensing element 24 is connected to a temperature controller 26, which is disposed in the control cabinet 9 and controls the temperature of the heater 21. This enables a maintenance of a constant temperature of the steam which is supplied to the sawdust 3.

As is also shown in FIG. 1, an evaporator 27 is disposed under the superheater 6 and communicates with the superheater 6 through an opening 28 in an insulated partition 29. This evaporator 27 is required if no steam supply is available at the location of the apparatus. The continuous evaporator 27 comprises a heater 30. A water conduit

6

31 incorporating the rate control valve 25 opens into the continuous evaporator 27. An overflow pipe 32 extends into the continuous evaporator. The water entering through conduit 31 into the continuous evaporator 27 is evaporated by the heater 30 and is then passed through the opening 28 to the superheater 6. The water level in the continuous evaporator 27 is maintained constant by the overflow pipe 32.

The control cabinet 9 contains a form 33 or a similar signalling device, which is controlled to a means for checking the level of the sawdust in the funnel-shaped hopper 2. A capacitive or photo-electric measuring method may be used to generate a signal when the sawdust level has dropped below a predetermined value and new sawdust must be charged.

In the embodiment of the invention shown in FIG. 2, a screw 35 is disposed in a duct 34, which connects the outlet of the funnel-shaped hopper 2a to the trough 1. The crest diameter of the conveyor screw 35 is about the same as the inside diameter of the duct 34.

The conveyor screw 35 is driven by an electric motor 37 and a change-speed transmission 36.

The height of the sawdust 3 in the conveyor trough 1 of FIG. 2 is determined by the plate 38, which is mounted on and adjustable by a screw 39 provided with a hand-wheel 40.

A particularly good seal between the hopper 2a and the conveyor trough 1 will be obtained if the pitch of the conveyor screw 35 decreases in the direction of conveyance (arrow 16) and/or its root diameter increases in the direction of conveyance (arrow 16) according to a cone. In this case, the sawdust will be forced against the surrounding wall of the duct 34 and will thus form a seal preventing steam losses. The rate at which sawdust is moved from the hopper 2a into the conveyor trough 1 can be exactly controlled by the speed of the conveyor screw 35.

A particularly desirable embodiment of the invention will be obtained if the conveyor trough 1 extends into the superheater 6, as is shown in FIG. 3. In this case, the side walls 1a of the conveyor trough are exposed to the steam which is produced in the superheater 6 so that the walls 1a are heated to the temperature of said steam. Owing to the comparatively high temperature of the side walls 1a of the conveyor trough 1, a condensation involving a deposition of exhausted sawdust on the walls of the conveyor trough 1 is avoided. By a natural, intensive scavenging with steam the trough is kept clean and does not require attention. A similar embodiment is shown in FIG. 5, where the conveyor trough 1 is not disposed over the heater 21 but laterally offset from the same to avoid a falling of sawdust particles into the superheater.

In the embodiment shown in FIG. 4, the side walls 1a of the conveyor trough 1 are disposed outside the superheater 6.

FIG. 6 shows an apparatus for cooling the vaporous smoking fluid below its boiling point. The cooling device 41 comprises a pipe coil 43 for the smoking fluid. This coil is disposed in the coolant container 42. A coolant supply conduit 44 incorporates a solenoid valve 45 and opens into the coolant container 42. An outlet 46 is provided in the upper portion of the coolant container 42. The temperature sensing element 47 of a temperature controller 48 for controlling the solenoid valve 45 extends into the coolant container 42. By the opening and closing of the solenoid valve, a temperature set at the temperature controller 48 is maintained constant. The pipe coil 43 may be connected, e.g., directly to the outlet 8 of the housing 7 of the apparatus described hereinbefore so that the smoking fluid is liquefied immediately after it has been made and can then be stored.

Instead of the conveyor trough 1 shown in the drawings and having a U-shaped cross-section, a conveyor trough may be used which has a closed rectangular, oval, cylindrical or similar cross-section, provided that it is formed with apertures for the discharge of the steam from the conveyor trough 1. Such apertures may be dis-

3,462,282

7

posed opposite to the bottom apertures 5. Other means for conveying the sawdust may be provided, such as a revolving grate or the like.

Another aspect of the invention is concerned with the use of a smoking fluid produced according to the process and/or by the apparatus described hereinbefore for smoking foodstuffs such as meat, sausage, ham or the like. This process is characterized according to the invention in that the material to be smoked is steam cooked during the smoking treatment. Contrary to the known processes, in which the material to be smoked is first smoked and then boiled, the need for an additional boiling treatment is entirely eliminated because of the steam cooking. The liquid or gaseous state of the smoking fluid enables the foodstuff to be both smoke flavored and steam cooked simultaneously, thereby combining the smoking treatment and the boiling treatment so that substantial time is saved.

According to FIG. 7 an apparatus according to the invention comprises a conveyor trough 101, which is rectangular in cross-section and has side walls 101a disposed in a sealed chamber 102, which communicates with a steam superheater 106, which is disposed under the conveyor trough 101. Water is evaporated in a continuous evaporator 127, which is disposed under the superheater 106. The resulting steam is fed to the superheater 106 through an opening 128 in a partition 129.

The conveyor trough 101 has openings for the entrance of steam from the superheater 106 into the conveyor trough 101 only in the lower portion of the side walls 101a of the trough. The sawdust moving through the conveyor trough 101 is thus uniformly supplied with steam from both sides and is completely utilized.

The junctures 103 from the side wall 101a to the bottom 104 of the conveyor trough 101 are rounded so that a particularly low sliding friction of the sawdust flowing through the conveyor trough 101 is obtained.

In the embodiment shown in FIG. 8, the upper portions of the side walls 101b of the conveyor trough diverge upwardly and the apertures 105 for the entrance of the steam are formed only in the parallel lower portions of the conveyor trough 101.

When reference is made herein to sawdust or wood solids, it is to be understood that finely divided wood chips or other equivalent materials may be readily substituted and remain within the scope of the invention.

What is claimed is:

1. A process of producing a smoking fluid for smoking foodstuffs, which comprises contacting particulate wood solids with superheated steam at a temperature of at least 180° C. to effect a thermal decomposition of said wood solids without inflammation sufficient to produce an open flame and form said smoking fluid, withdrawing said smoking fluid from said wood solids and contacting said foodstuffs therewith.

2. A process as set forth in claim 1, in which said wood solids are contacted with superheated steam at a temperature of 250–390° C.

3. A process as set forth in claim 1, in which the temperature of said smoking fluid is lowered after being withdrawn from said wood solids to a point wherein said smoking fluid is saturated to a moisture content of approximately 100%.

4. A process as set forth in claim 3, in which the temperature of said smoking fluid is lowered to about 70–100° C.

5. A process as set forth in claim 1, which comprises admixing a gas to said superheated steam before contacting the same with said wood solids.

6. A process as set forth in claim 5, in which said gas is air.

7. A process as set forth in claim 1, in which said smoking fluid is removed as a vapor from said wood solids and a neutral gas is admixed to said smoking fluid.

8. A process as set forth in claim 7, in which said neutral gas is water vapor.

9. A process as set forth in claim 1, in which said

8

smoking fluid is removed from said wood solids and air is subsequently admixed therewith.

10. A process as set forth in claim 1, in which said smoking fluid is liquified after being withdrawn from said wood solids.

11. A process as set forth in claim 10, in which said smoking fluid is liquified at a temperature above 0° C.

12. A process as set forth in claim 1, in which a continuous stream of said wood solids is contacted with said superheated steam.

13. A process as set forth in claim 12, in which said stream is supplied at a controlled rate.

14. A process as set forth in claim 1, in which said superheated steam is supplied to said wood solids at a controlled rate.

15. A process as set forth in claim 1, in which said superheated steam is supplied to said wood solids at a controlled temperature.

16. A process as set forth in claim 1 wherein only a portion of said particulate wood solids are thermally decomposed by the contacting thereof with said superheated steam, and said smoking fluid is guided through a portion of the remaining wood solids that were not thermally decomposed thereby causing a filtering of said smoking fluid.

17. A process according to claim 16 wherein said superheated steam is contacted with the bottom of the lower layer of said particulate wood solids and said smoking fluid is discharged and filtered through the upper layer of said wood solids.

18. A process according to claim 1, in which the temperature of said smoking fluid is lowered prior to contacting said foodstuffs, said temperature being lowered to a point which causes the deposit of liquid on said foodstuffs.

19. A process of smoking foodstuffs, which comprises contacting particulate wood solids with superheated steam at a temperature of at least 180° C. to effect a thermal decomposition of said wood solids without inflammation sufficient to produce an open flame and form said smoking fluid, withdrawing said smoking fluid from said wood solids, supplying said smoking fluid to said foodstuffs, withdrawing surplus smoking fluid spaced about said foodstuffs and liquifying said surplus.

20. A process of smoking foodstuffs, by means of a smoking fluid which comprises contacting particulate wood solids with superheated steam at a temperature of at least 180° C. to effect a thermal decomposition of said wood solids without inflammation sufficient to produce an open flame and form said smoking fluid, withdrawing said smoking fluid as a vapor from said wood solids, at least substantially saturating said vapor with moisture, and then contacting said foodstuffs with said at least substantially saturated vapor.

21. A process as set forth in claim 20, wherein said foodstuffs are contacted with said at least substantially saturated vapor until the atmosphere thereabout is established to be substantially saturated with liquid and said foodstuffs are thereby steam cooked.

22. Apparatus for producing a smoking fluid for smoking foodstuffs, which comprises means defining a steaming zone, a steam source for supplying superheated steam at a temperature of at least 180° C. to said steaming zone, and feeding means for feeding particulate wood solids to said steaming zone into contact with said steam whereby said superheated steam effects a thermal decomposition of said wood solids to form said smoking fluid.

23. Apparatus as set forth in claim 22, in which said means defining said steaming zone comprise a trough having an inlet end and said feeding means comprises a hopper connected to said inlet end, said trough having at least one inlet opening for said superheated steam and at least one outlet opening for said smoking fluid.

24. Apparatus as set forth in claim 23, in which said trough is mounted so as to permit of an adjustment of its inclination.

3,462,282

9 | 10

25. Apparatus as set forth in claim 23, in which said feeding means comprises a conveyor screw disposed between said hopper and said inlet end, and a driving means operable to drive said conveyor screw.

26. Apparatus as set forth in claim 25, which comprises a duct containing said conveyor screw and connecting said hopper to said inlet end and having an inside diameter corresponding substantially to the crest diameter of said screw.

27. Apparatus as set forth in claim 26, in which the pitch of said screw decreases in the direction from said hopper to said inlet end.

28. Apparatus as set forth in claim 26, in which the root diameter of said conveyor screw increases in the direction from said hopper to said inlet end.

29. Apparatus as set forth in claim 23, which comprises limiting means for limiting the height of the stream of said wood solids in said trough.

30. An apparatus according to claim 29, wherein said trough has the discharge end thereof spaced from the nearest steam inlet opening a distance greater than the vertical height of said stream of said wood solids being passed therethrough.

31. Apparatus as set forth in claim 23, in which said trough is at least partially open-topped and has a bottom formed with apertures through which said steam source communicates with the interior of said trough.

32. Apparatus as set forth in claim 23, in which said trough comprises side walls and a bottom wall, the outside surfaces of said side and bottom walls being directly exposed to said superheated steam and at least one of said walls having at least one inlet opening for said steam.

33. Apparatus as set forth in claim 23, in which said trough has lateral openings through which it communicates with said superheated steam.

34. Apparatus as set forth in claim 23, in which said trough has a side wall which is at least partially tapered upwardly and outwardly.

35. Apparatus as set forth in claim 23, in which said trough has a bottom and side walls and rounded junctures from said bottom to said side walls.

36. Apparatus as set forth in claim 23, which comprises means for limiting the height of the stream of said wood solids in said trough to a value which is less than the length of said trough.

37. An apparatus according to claim 23, wherein said trough is an enclosed conduit and said wood solids are passed in a longitudinal direction therethrough, said superheated steam is introduced into the interior of said conduit transverse to the feeding direction of said wood solids, and said smoking fluid is withdrawn from the interior of said conduit transverse to said feeding direction of said wood solids.

38. An apparatus according to claim 37, wherein said smoking fluid is withdrawn from the interior of said conduit through at least one outlet opening, said outlet opening being located on the wall opposite that wherein said superheated steam is introduced.

39. Apparatus as set forth in claim 22, in which said steam source comprises a superheater disposed close to said trough, said superheater having means for controlling the temperature of said steam.

40. Apparatus as set forth in claim 39, which includes a steam supply means to supply steam to said superheater.

41. Apparatus as set forth in claim 39, in which said trough has a discharge end opposite to said inlet end and in which a container for collecting exhausted wood solids is disposed under said discharge end, and an insulated housing containing said trough, superheater and container and formed with an outlet opening for the smoking fluid.

42. Apparatus as set forth in claim 22 in which said steam source comprises a superheater and an evaporator preceding said superheater.

43. Apparatus as set forth in claim 22, in which said means defining a steaming zone comprises a trough which is downwardly inclined from said feeding means.

44. Apparatus as set forth in claim 22, which comprises means vibratably mounting said means defining a steaming zone and a vibrator operable to vibrate said means defining a steaming zone.

45. Apparatus as set forth in claim 22, which comprises means vibratably mounting said feeding means and a vibrator operable to vibrate said feeding means.

46. Apparatus as set forth in claim 22, in which said means defining a steaming zone are formed with an outlet and which comprises a cooling device arranged to receive said smoking fluid through said outlet from said steaming zone and adapted to cool said smoking fluid through its boiling point.

References Cited

UNITED STATES PATENTS

| 110,627 | 1/1871 | Bruce | 99—260 X |
| 1,290,421 | 1/1919 | Ullin | 99—229 X |
| 1,811,191 | 6/1931 | Taylor | 99—259 X |
| 1,960,516 | 5/1934 | Taylor | 99—229 |
| 2,464,614 | 3/1949 | Sala | 99—229 |
| 2,558,307 | 6/1951 | McMullen. | |
| 2,677,038 | 4/1954 | Reynoldson | 99—259 X |

HYMAN LORD, Primary Examiner

U.S. Cl. X.R.

99—259

Aug. 19, 1969                    G. FESSMANN                    3,462,282
                PROCESS AND APPARATUS FOR PREPARING A SMOKING FLUID AND
                        SMOKING FOODSTUFFS THEREWITH
Filed Dec. 20, 1965
                                                          4 Sheets—Sheet 1



Fig.1

Aug. 19, 1969                    G. FESSMANN                    3,462,282
                    PROCESS AND APPARATUS FOR PREPARING A SMOKING FLUID AND
                                SMOKING FOODSTUFFS THEREWITH
Filed Dec. 20, 1965                                        4 Sheets-Sheet 2



Fig. 2

Aug. 19, 1969                    G. FESSMANN                    3,462,282
                    PROCESS AND APPARATUS FOR PREPARING A SMOKING FLUID AND
                          SMOKING FOODSTUFFS THEREWITH
Filed Dec. 20, 1965
                                                        4 Sheets-Sheet 3



Fig.3

Fig.4

Fig.5

Fig.6

Aug. 19, 1969                    G. FESSMANN                    3,462,282
                 PROCESS AND APPARATUS FOR PREPARING A SMOKING FLUID AND
Filed Dec. 20, 1965           SMOKING FOODSTUFFS THEREWITH

                                                        4 Sheets-Sheet 4

Fig. 7



Fig. 8

