CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058-0
MARTIN E. HSIA   2954-0
ALLISON MIZUO LEE   7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-0055 BMK<br><br>PLAINTIFF WILLIAM R. KOWALSKI'S MOTION FOR ATTORNEYS' FEES AND DISBURSEMENTS UNDER 35 U.S.C. § 285; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MILTON YASUNAGA; EXHIBIT "A" – "P"; CERTIFICATE OF SERVICE<br><br>TRIAL:  December 4 - 13, 2007 |
|---|---|

ImanageDB:817369.5

## PLAINTIFF WILLIAM R. KOWALSKI'S MOTION FOR ATTORNEYS' FEES AND DISBURSEMENTS UNDER 35 U.S.C. § 285

Plaintiff WILLIAM R. KOWALSKI ("*Plaintiff*") moves the Court for an award of attorneys fees, including necessary disbursements, incurred in this action commencing with the filing of the Complaint on January 27, 2004, until Final Judgment is entered (the "*Motion*").

The Motion is brought pursuant to Rules 7(b) and 54(d) of the Federal Rules of Civil Procedure, Rule 54.3 of the Local Rules of the United States District Court for the District of Hawaii, 35 U.S.C. § 285, the attached memorandum in support, declaration, exhibits and the records and files in this case.

DATED: Honolulu, Hawaii, January 24, 2008.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
ALLISON MIZUO LEE
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.