**[TO BE FILED UNDER SEAL]**

Compilation of billing invoices containing
attorneys' fees and fees of paralegals and non-legal/staff

Exhibit A