**[TO BE FILED UNDER SEAL]**

Compilation of fees appropriately categorized as
case development, background investigation and
case administration (including initial investigations,
file setup, preparation of budgets, and routine communications
with client, co-counsel, opposing counsel and the court)

Exhibit B