**[TO BE FILED UNDER SEAL]**

Compilation of fees appropriately categorized as "pleadings"

Exhibit C