**[TO BE FILED UNDER SEAL]**

Compilation of fees appropriate categorized as
"discovery," i.e., interrogatories, document production,
and other written discovery (not including fees for depositions)

Exhibit D