**[TO BE FILED UNDER SEAL]**

Compilation of fees appropriate categorized as "depositions"

Exhibit E