**[TO BE FILED UNDER SEAL]**

Compilation of fees appropriate categorized as
"motions practice"

Exhibit F