**[TO BE FILED UNDER SEAL]**

Compilation of fees appropriate categorized as
"trial preparation and attending trial"

Exhibit G