**[TO BE FILED UNDER SEAL]**

Compilation of fees appropriate categorized as "post-trial motions"

Exhibit H