**[TO BE FILED UNDER SEAL]**

Compilation of fees appropriate categorized as "settlement"

Exhibit I