WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION
Civil No. 04-00055 BMK

| Date | Costs Advanced | Amount |
|---|---|---|
| 06/10/2004 | Courier Service - Citiexpress Consolidators - 5/026353,06/10/04 - 5/14 (3) | 73.68 |
| 08/28/2007 | Sheriff's Fee - - VENDOR: Lowen Young Vendor=Lowen Young Balance= .00  Amount= 59.00 Paid:  42880  08/28/2007 | 59.00 |
| 09/28/2007 | Depo - VENDOR: Powers & Associates Wayne Iwaoka, PhD  9/11 Vendor=Powers & Associates  Balance= .00  Amount= 711.51 Paid: 43170  09/28/2007 | 711.51 |
| 10/18/2007 | Travel Expenses - - VENDOR: Milton M. Yasunaga MMY - 10/7-13 L.A. re deposition Vendor=Milton M. Yasunaga Balance= .00  Amount= 2288.25 Paid:  43318  10/18/2007 | 2,288.25 |
| 10/23/2007 | Telephone 3 (927) 384-1569 | 11.44 |
| 10/31/2007 | Telephone (970) 226-1544 | 4.08 |
| 10/31/2007 | Telephone (970) 226-1544 | 0.40 |
| 11/01/2007 | Telephone (949) 494-9568 | 0.24 |
| 11/01/2007 | Telephone (714) 323-2666 | 0.08 |
| 11/01/2007 | Telephone (949) 497-7147 | 0.88 |
| 11/01/2007 | Telephone 3 (927) 384-1569 | 5.50 |
| 11/02/2007 | VENDOR: Wayne T. Iwaoka Oral Deposition Vendor=ONE TIME VENDOR  Balance= .00  Amount= 1204.19 Paid:  43473  11/02/2007 | 1,204.19 |
| 11/02/2007 | VENDOR: Sarnoff Information Technologies, Inc. Roger Lin  10/8 Vendor=Sarnoff Information Technologies, Inc.  Balance= .00 Amount= 1372.95 Paid:  43474  11/02/2007 | 1,372.95 |
| 11/02/2007 | VENDOR: Sarnoff Information Technologies, Inc. David Francom 10/12 Vendor=Sarnoff Information Technologies, Inc.  Balance= .00 Amount= 486.95 Paid:  43474  11/02/2007 | 486.95 |

**EXHIBIT J**

ImanageDB:827762.1

| Date | Costs Advanced | Amount |
|---|---|---|
| 11/02/2007 | Photocopy 673 Pages | 80.76 |
| 11/06/2007 | Copying Charges - - VENDOR: Milton M. Yasunaga Copies of patents from U.S. PTO Vendor=Milton M. Yasunaga Balance= .00 Amount= 12.00 Paid: 43508 11/06/2007 | 12.00 |
| 11/06/2007 | Photocopy | 584.40 |
| 11/08/2007 | Photocopy 85 Pages | 10.20 |
| 11/08/2007 | Photocopy 1 Pages | 0.12 |
| 11/09/2007 | Air Fare - - VENDOR: John Stalker Airfare to attend Ocean Duke Trial in Dec. Vendor=John Stalker Balance= .00 Amount= 400.00 Paid: 43537 11/09/2007 | 400.00 |
| 11/09/2007 | Telephone (801) 808-5157 | 0.88 |
| 11/09/2007 | Telephone (970) 226-1544 | 0.32 |
| 11/09/2007 | Photocopy 4 Pages | 0.48 |
| 11/10/2007 | Telephone 3 (927) 384-1569 | 13.86 |
| 11/10/2007 | Telephone 3 (927) 384-1569 | 0.22 |
| 11/12/2007 | Telephone (516) 921-3140 | 0.08 |
| 11/12/2007 | Telephone (213) 625-2625 | 0.16 |
| 11/13/2007 | Postage | 7.50 |
| 11/13/2007 | Photocopy 427 Pages | 51.24 |
| 11/13/2007 | Photocopy 11 Pages | 1.32 |
| 11/13/2007 | Photocopy 6 Pages | 0.72 |
| 11/13/2007 | Photocopy 4 Pages | 0.48 |
| 11/13/2007 | Photocopy 67 Pages | 8.04 |
| 11/13/2007 | Photocopy 16 Pages | 1.92 |
| 11/13/2007 | Photocopy 5 Pages | 0.60 |

| Date | Costs Advanced | Amount |
|---|---|---|
| 11/13/2007 | Photocopy | 30.00 |
| 11/13/2007 | Photocopy | 3.84 |
| 11/14/2007 | Photocopy 162 Pages | 19.44 |
| 11/14/2007 | Photocopy 276 Pages | 33.12 |
| 11/14/2007 | Photocopy | 12.00 |
| 11/14/2007 | Photocopy | 1.32 |
| 11/14/2007 | Photocopy | 2.40 |
| 11/16/2007 | Fax - Interisland 3 PAGE(S) TO NO. 19499553854. | 4.50 |
| 11/16/2007 | Photocopy 193 Pages | 23.16 |
| 11/16/2007 | Photocopy 22 Pages | 2.64 |
| 11/16/2007 | Photocopy 197 Pages | 23.64 |
| 11/19/2007 | Color Photocopy | 66.25 |
| 11/19/2007 | Color Photocopy | 15.00 |
| 11/19/2007 | Color Photocopy | 10.00 |
| 11/19/2007 | Photocopy | 352.08 |
| 11/20/2007 | Non-Taxable Cost - - VENDOR: Certified Legal Video Services DVD copy - Depo of HIS & William Kowalski Vendor=Certified Legal Video Services  Balance= .00  Amount= 52.36 Paid:  43615 11/20/2007 | 52.36 |
| 11/20/2007 | Depo (Non-Taxable) - - VENDOR: Sarnoff Information Technologies, Inc. Duke Lin  10/9 Vendor=Sarnoff Information Technologies, Inc.  Balance= .00 Amount= 879.95 Paid:  43616 11/20/2007 | 879.95 |
| 11/20/2007 | Photocopy 54 Pages | 6.48 |
| 11/20/2007 | Photocopy 52 Pages | 6.24 |
| 11/21/2007 | Photocopy | 16.56 |

| Date | Costs Advanced | Amount |
|---|---|---|
| 11/27/2007 | Color Photocopy | 151.25 |
| 11/27/2007 | Color Photocopy | 153.75 |
| 11/27/2007 | Color Photocopy | 13.75 |
| 11/28/2007 | Office Supplies (In-House) - Manila File Folders | 27.20 |
| 11/28/2007 | Telephone 3 (927) 384-1569 | 5.94 |
| 11/28/2007 | Color Photocopy | 7.50 |
| 11/28/2007 | Photocopy | 2,284.56 |
| 11/28/2007 | Color Photocopy | 1,852.50 |
| 11/29/2007 | Copying Charges - - VENDOR: Clerk, U. S. District Court Juror Cards Vendor=Clerk, U. S. District Court  Balance= .00  Amount= 50.00 Paid:  43678  11/29/2007 | 50.00 |
| 11/29/2007 | Postage | 0.41 |
| 11/29/2007 | Photocopy | 3.84 |
| 11/29/2007 | Color Photocopy | 3.75 |
| 11/29/2007 | Photocopy 888 Pages | 106.56 |
| 11/29/2007 | Photocopy 281 Pages | 33.72 |
| 11/29/2007 | Photocopy 28 Pages | 3.36 |
| 11/29/2007 | Photocopy 44 Pages | 5.28 |
| 11/29/2007 | Photocopy 8 Pages | 0.96 |
| 11/30/2007 | Photocopy 350 Pages | 42.00 |
| 11/30/2007 | Photocopy 1332 Pages | 159.84 |
| 11/30/2007 | Photocopy 421 Pages | 50.52 |
| 11/30/2007 | Photocopy 112 Pages | 13.44 |
| 11/30/2007 | Photocopy 158 Pages | 18.96 |

ImanageDB:827762.1

| Date | Costs Advanced | Amount |
|---|---|---|
| 11/30/2007 | Photocopy 380 Pages | 45.60 |
| 11/30/2007 | Photocopy 56 Pages | 6.72 |
| 11/30/2007 | Photocopy 10 Pages | 1.20 |
| 11/30/2007 | Photocopy 41 Pages | 4.92 |
| 12/02/2007 | Photocopy 32 Pages | 3.84 |
| 12/02/2007 | Photocopy 16 Pages | 1.92 |
| 12/02/2007 | Photocopy 2 Pages | 0.24 |
| 12/03/2007 | Photocopy 24 Pages | 2.88 |
| 12/03/2007 | Photocopy 383 Pages | 45.96 |
| 12/03/2007 | Photocopy 533 Pages | 63.96 |
| 12/03/2007 | Photocopy 92 Pages | 11.04 |
| 12/03/2007 | Photocopy 1239 Pages | 148.68 |
| 12/03/2007 | Photocopy 16 Pages | 1.92 |
| 12/03/2007 | Photocopy | 2.76 |
| 12/06/2007 | Photocopy 132 Pages | 15.84 |
| 12/07/2007 | Telephone - - VENDOR: Milton M. Yasunaga MMY Vendor=Milton M. Yasunaga  Balance= .00  Amount= 24.52 Paid:  43729 12/07/2007 | 24.52 |
| 12/07/2007 | Color Photocopy | 8.75 |
| 12/07/2007 | Telephone (970) 226-1544 | 0.08 |
| 12/07/2007 | Photocopy 352 Pages | 42.24 |
| 12/07/2007 | Photocopy 46 Pages | 5.52 |
| 12/07/2007 | Photocopy 116 Pages | 13.92 |
| 12/09/2007 | Telephone (801) 808-5157 | 4.88 |

| Date | Costs Advanced | Amount |
|---|---|---|
| 12/10/2007 | Supplies - - VENDOR: Christine C. Wagner Supplies for trial exhibits Vendor=Christine C. Wagner  Balance= .00  Amount= 35.44 Paid:  43746  12/10/2007 | 35.44 |
| 12/12/2007 | Photocopy 91 Pages | 10.92 |
| 12/12/2007 | Photocopy 2 Pages | 0.24 |
| 12/12/2007 | Photocopy 40 Pages | 4.80 |
| 12/12/2007 | Photocopy 14 Pages | 1.68 |
| 12/12/2007 | Photocopy 21 Pages | 2.52 |
| 12/13/2007 | VENDOR: Milton M. Yasunaga Gloria Bediamol - 12/4 & 12/6 Transcript of Proceedings Vendor=Milton M. Yasunaga  Balance= .00  Amount= 183.77 Paid:  43780  12/13/2007 | 183.77 |
| 12/18/2007 | VENDOR: Certified Legal Video Services Camera Rental Vendor=Certified Legal Video Services  Balance= .00  Amount= 486.91 Paid:  43806  12/18/2007 | 486.91 |
| 12/21/2007 | Depo - VENDOR: Ralph Rosenberg Court Reporters Inc William Kowalski, Vol 2 11/2 Vendor=Ralph Rosenberg Court Reporters Inc  Balance= .00  Amount= 388.72 Paid:  43847  12/21/2007 | 388.72 |
| 12/21/2007 | Depo - - VENDOR: Ralph Rosenberg Court Reporters Inc William Kowalski Vol 1 11/1 Vendor=Ralph Rosenberg Court Reporters Inc  Balance= .00  Amount= 563.72 Paid:  43847  12/21/2007 | 563.72 |
| 01/08/2008 | Photocopy 2 Pages | 0.24 |
| 01/08/2008 | Photocopy 147 Pages | 17.64 |
| 01/08/2008 | Photocopy 165 Pages | 19.80 |
| 01/08/2008 | Photocopy 6 Pages | 0.72 |
| 01/08/2008 | Photocopy 129 Pages | 15.48 |
| 01/08/2008 | Photocopy 9 Pages | 1.08 |
| 01/08/2008 | Photocopy 37 Pages | 4.44 |
| 01/08/2008 | Photocopy 4 Pages | 0.48 |

ImanageDB:827762.1

| Date | Costs Advanced | Amount |
|---|---|---|
| 01/15/2008 | Travel Expenses - - VENDOR: Joseph A. Maga Joseph Maga - 12/7-12/07 Vendor=ONE TIME VENDOR  Balance= .00  Amount= 383.73 Paid:  43976  01/15/2008 | 383.73 |
| 01/15/2008 | Copying Charges - - VENDOR: HonBlue, Inc. 12/12 Vendor=HonBlue, Inc.  Balance= .00  Amount= 705.49 Paid:  43981  01/15/2008 | 705.49 |
| 01/15/2008 | Travel Expenses - - VENDOR: John Stalker John Stalker - Travel Expenses Vendor=John Stalker  Balance= .00  Amount= 527.01 Paid:  43993  01/15/2008 | 527.01 |
| 01/16/2008 | VENDOR: Gloria Bediamol Copy of Transcript of Roger Lin's Trial Testimony Vendor=Gloria Bediamol  Balance= .00  Amount= 90.47  Paid:  44006  01/16/2008 | 90.47 |
| 01/16/2008 | VENDOR: Gloria Bediamol Trial Transcript of Iwaoka, Francom & Maga Vendor=Gloria Bediamol  Balance= .00  Amount= 244.08  Paid:  44009  01/16/2008 | 244.08 |
| 01/16/2008 | Postage | 0.82 |
| 01/16/2008 | Photocopy 5 Pages | 0.60 |
| 01/16/2008 | Color Photocopy | 5.00 |
|  | **TOTAL** | 18,097.71 |

ImanageDB:827762.1