Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.,

    Plaintiffs,

vs.                    Case No. 04-00055 DAE-BMK

OCEAN DUKE CORPORATION,

    Defendant.

---

DEPOSITION OF DUKE LIN

Los Angeles, California

Tuesday, October 9, 2007

Reported by:
NADIA NEWHART
CSR No. 8714

Job No. 74508

**EXHIBIT N**

Page 76

1   A   Could be.

2   Q   That's what you think is --

3   A   Yeah.

4   Q   -- the cause, right?

5   A   Yes.

6   Q   Do you think that's widely known, that
7 carbon monoxide gas is dangerous?

8   A   Who? Excuse me? Who are you talking
9 about?

10   Q   Do you think it's widely known by the
11 public?

12   A   You mean wide -- can you explain?

13   Q   Known by a lot of people.

14   A   Oh, yeah.

15   Q   Did Mr. Shih tell you anything about this
16 lawsuit, or did he say anything in response to your
17 telling him about this lawsuit?

18   A   He never mentioned, but when I mentioned
19 to him, he was so worried and nervous, and I tell him,
20 "Don't worry. You have patent."

21   Q   You told Mr. Shih, "Don't worry about the
22 lawsuit because you have a patent"?

23   A   Yes.

24   Q   Did Mr. -- did you read the Shih patent?

25   A   No.

Page 77

1    Q    Did you read the Kowalski patent?
2    A    No.
3    Q    Did you ask Roger to read the Shih
4 patent?
5    A    I don't know.
6    Q    Did you ask Roger Lin to read the
7 Kowalski patent?
8    A    I only suggested him to pass to expert
9 people to analysis.
10   Q    And you don't know which expert that is?
11   A    I don't recall.
12   Q    Do you recall what that expert or those
13 expert people said?
14   A    They say, "We don't -- we don't against
15 your patent."
16   Q    Why?  Do you know why?
17   A    No.
18   Q    Did Mr. Shih say -- did Mr. Shih
19 volunteer to help with the lawsuit?
20   A    We don't mention that part.
21   Q    You and he never talked about it?
22   A    No.
23   Q    Do you think he's going to help with the
24 lawsuit?
25   A    I don't know.