1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF HAWAII
 3
 4   WILLIAM R. KOWALSKI and    )  CIVIL NO. 04-00055BMK
     HAWAII INTERNATIONAL       )
 5   SEAFOOD, INC.,             )  Honolulu, Hawaii
                                )  December 11, 2007
 6              Plaintiff,      )
                                )  TESTIMONY OF JOSEPH MAGA
 7        vs.                   )
                                )
 8   OCEAN DUKE CORPORATION,    )
                                )
 9              Defendant.      )
                                )
10
             PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 5)
11          BEFORE THE HONORABLE BARRY M. KURREN,
               UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:       MILTON M. YASUNAGA
14                            ALLISON MIZUO LEE
                              Cades Schutte LLP
15                            1000 Bishop St., Ste. 1200
                              Honolulu, Hawaii  96813-4216
16
     For the Defendant:       LOUISE K.Y. ING
17                            Alston Hunt Floyd & Ing
                              1800 ASB Tower
18                            1001 Bishop Street
                              Honolulu, Hawaii  96813
19
                              PAUL MARKS
20                            Neufeld Law Group
                              360 East 2nd Street, Ste. 703
21                            Los Angeles, California 90012

22   Official Court           GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                United States District Court
23                            P.O. Box 50131
                              Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**EXHIBIT P**

```
 1   case.
 2           Dr. Maga if a person heats charcoal at about 180
 3   degrees centigrade in a vacuum oven, in your professional
 4   opinion and your experience would smoke be produced?
 5   A    Definitely, yes.
 6   Q    And would that smoke contain smoke taste and smoke
 7   odor-causing components so that if that smoke was used --
 8   exposed to food, the food would have a smoke taste and smoke
 9   odor?
10   A    Yes.
11   Q    And if someone got that smoke that was produced by heating
12   charcoal at 180 degrees in a vacuum oven and condensed the
13   vapors in the smoke into liquid and then removed or separated
14   out that liquid, what would that do in terms of that smoke
15   taste and odor-causing components that were in the smoke?
16   A    It would dramatically reduce to very, very low levels the
17   amount of smoke and taste.
18   Q    And then Ocean Duke says that its product is made through
19   that kind of process.  And Ocean Duke says that its final
20   product, the fish that is treated with the remaining smoke
21   after the smoke taste and odor-causing things are --  after the
22   condensation and removal of the liquid, Ocean Duke says that
23   its final fish does not have a smoke taste and odor.
24           Would that be consistent with your understanding and
25   your explanation of that condensation process?
```

1   A   Yes.
2   Q   And can you explain how you know this or why you say that
3   heating smoke charcoal at 180 degrees in a vacuum oven would
4   produce smoke with smoke taste and odor-causing components and
5   when someone condenses the vapors and removes the liquid, the
6   smoke would then not give smoke taste and odor to the food?
7   A   Basically, I was doing research for several companies
8   using charcoal as a base for smoke generation.  And the product
9   or the two products that I did research with was sliced bacon
10  which eventually became -- sliced ham which eventually became
11  bacon.  That's how we processed the bacon.  Heating charcoal,
12  get your smoke generation, which would be the taste and odor
13  components, and those would be absorbed into the bacon.
14        And I also did that with hot dogs.  Instead of hanging
15  hot dogs to be heated and smoked, just using this technique,
16  smoke generation of charcoal, that would be a very, very
17  efficient way of having the hot dogs absorb the flavor -- taste
18  and flavor of smoke.  So that was the basis of those two
19  products that charcoal heating does produce smoke and taste and
20  flavor.
21  Q   In fact, this kind of process where you condensed those
22  vapors in smoke into a liquid and remove the liquid, is that a
23  common technique for gathering those smoke taste and
24  odor-causing components?
25  A   Well, this is in industry in general, condensation of

1  smoke into a liquid form is very, very standard.
2  Q   When you say and you say it's "very standard," are you
3  talking about standard or known in the smoking industry for
4  getting smoke flavor to foods?
5  A   Definitely.
6  Q   Why would they want to -- what did they do with this
7  liquid that has all these smoke taste and odor-causing things?
8  A   Well, there's numerous procedures where you can -- if you
9  want to remove that, there are many different ways. There can
10 be chemical reactions, there can be precipitations, there can
11 be separations, filtrations. There are literally many, many
12 ways of minimizing -- from a sensory standpoint, you minimize
13 it so you cannot smell or taste the smoke residue that
14 originally was in the product.
15 Q   Condensation is one of those ways?
16 A   Yes.
17 Q   Is condensation also used to create what I heard referred
18 to as liquid smoke?
19 A   Definitely, yes.
20 Q   Could you explain to the jury what liquid smoke is used
21 for?
22 A   It is used in various products. You just want to apply
23 some smoke, you can just generate smoke, condense it into
24 water, and then it's called liquid smoke. If you just use a
25 very small amount of water, it's liquid smoke concentrate.