ORIGINAL

LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  ling@ahfi.com
        agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:  (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 24 2008

at 10 o'clock and 53 min P M.
SUE BEITIA, CLERK

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>OCEAN DUKE CORPORATION,<br><br>        Defendant. | CIVIL NO. CV 04-00055 BMK<br><br>**DEFENDANT OCEAN DUKE CORPORATION'S MOTION FOR ATTORNEY'S FEES PURSUANT TO LANHAM ACT;** MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LOUISE K. Y. ING; EXHIBIT 1 [DECLARATION OF PAUL S. MARKS]; EXHIBITS A-D; CERTIFICATE OF SERVICE |

668,019 / 8827-1

## MOTION FOR ATTORNEY'S FEES PURSUANT TO LANHAM ACT

Defendant Ocean Duke Corporation ("Ocean Duke"), by and through its undersigned attorneys, hereby moves for an award of attorneys fees under the Lanham Act (15 U.S.C. § 1117.) An order is sought, based on this court's judgment dated December 21, 2007, on the grounds that (1) Ocean Duke prevailed on all claims brought by both plaintiffs under the Lanham Act, and (2) that the Lanham Act provides for an award of attorneys' fees where, as here, the claims were "groundless." The attorneys' fees requested, in the amount of $100,000.00, are as set forth in the Declaration of Paul S. Marks.

This motion is based upon this notice, the accompanying memorandum in support, the declaration of counsel, the exhibits attached thereto, and the files and records herein.

DATED: Honolulu, Hawaii, January 24, 2008.

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for defendant Ocean Duke Corp.

668,019 / 8827-1