IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | ) Civil No. CV04-00055 BMK <br> ) <br> ) **DECLARATION OF** <br> ) **LOUISE K. Y. ING** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, Hawai`i counsel for Defendant Ocean Duke Corporation.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. I am a founding shareholder and director of Alston Hunt Floyd & Ing. I have been admitted to practice in the courts of Hawaii since 1979. A significant amount of my practice has been devoted to commercial litigation matters since 1980. The other attorneys and paralegals from my firm who worked on this case had several years' experience in litigation and motions practice.

468,006 / 8827-1

4.      Attached as Exhibit 1 is a true and correct copy of the Declaration of Paul S. Marks.

5.      Attached as Exhibit C is a true and accurate account of the fees and costs incurred by our firm on behalf of Ocean Duke in serving as local counsel in the defense of this lawsuit. The attached invoices are derived from time records which are kept daily by timekeepers and billed to our clients on a monthly basis. Our invoices describe the work done by each attorney, legal assistant and document analyst, and break down by fractions of an hour the time expended each day. Fees and costs total $118,096.31.

6.      The rates charged by the attorneys and paralegals in this matter were our current rates as of 2007, the year we were retained. Having practiced in Honolulu since 1980, filed and opposed many fee motions in both state and federal court, and seen rates charged by other civil litigation firms in Honolulu through such fee applications and motions, I am of the opinion that the rates charged by my firm's attorneys and paralegals in this matter are reasonable and customary in this community. My opinion is confirmed by a list of law firm rankings compiled by Pacific Business News and printed in its January 19, 2007, issue, a true and correct copy of which is attached as Exhibit D. It includes an hourly fee range for partners and associates in Hawai`i's twenty-four largest law firms as of 2006. My

2007 hourly billable rate of $325.00 for a partner of 25+ years experience is within the range of partners' hourly rates even as of 2006.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed in Honolulu, Hawai‘i, January 24, 2008.

                /s/ Louise K. Y. Ing
                LOUISE K. Y. ING