# Alston Hunt Floyd & Ing

Attorneys at Law
A Law Corporation

18th Floor  ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813
**Tel: (808) 524-1800**
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

OCEAN DUKE CORPORATION
c/o TIMOTHY NEUFELD, ESQ.
NEUFELD LAW GROUP
360 EAST SECOND ST, #703
LOS ANGELES CA  90012

DATE 08/08/07

INVOICE NO. 235945

PAGE 1

---

FOR LEGAL SERVICES RENDERED THROUGH: JULY 2007

Federal I.D.# 99-0287757
Hawaii I.D.# 10438996

RE:  WILLIAM R KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.
(8827-1)

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
| 07/09/07 | 0.10 | LKYI | emails from and to P. Marks re signed retainer, preparing Withdrawal and Substitution of Counsel, scheduling teleconference |
| 07/18/07 | 0.10 | LKYI | review and revise Withdrawal & Substitution of counsel |
| 07/30/07 | 0.60 | AKG | teleconference with P. Marks re Kowalski case, case planning generally, and expert issues |
| 07/31/07 | 0.50 | AKG | review other Kowalski files re experts; email to L. Ing re same; email to P. Marks re experts and other Kowalski cases |

| BY | RATE | HOURS | AMOUNT |
|----|------|-------|--------|
| LKYI | 325.00 | 0.20 | $   65.00 |
| AKG | 140.00 | 1.10 | $  154.00 |
| TOTALS: | | 1.30 | $  219.00 |

EXHIBIT C

**Alston Hunt Floyd & Ing**

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 235945

August 8, 2007
Page -2-

| | | |
|---|---|---|
| LEGAL SERVICES | $ | 219.00 |
| STATE EXCISE TAX | | 10.32 |
| FEE SUBTOTAL | $ | 229.32 |

DATE    COST ADVANCED                                AMOUNT

COPIES                                               1.20
MESSENGER                                            3.00

TOTAL COST *                             $      4.20
* 4.20 TAXABLE + .00 NON-TAXABLE
STATE EXCISE TAX                                .20

COST SUBTOTAL                            $      4.40

INVOICE TOTAL                                  233.72

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*



**Alston Hunt Floyd & Ing**
Attorneys at Law
A Law Corporation

18th Floor ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
**Tel: (808) 524-1800**
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

OCEAN DUKE CORPORATION
c/o TIMOTHY NEUFELD, ESQ. &
  PAUL MARKS, ESQ.
NEUFELD LAW GROUP
360 EAST SECOND ST, #703
LOS ANGELES CA  90012

DATE 09/13/07

INVOICE NO. 237580

PAGE 1

---

FOR LEGAL SERVICES RENDERED THROUGH: AUGUST 2007

Federal I.D.# 99-0287757
Hawaii I.D.# 10438996

RE:     WILLIAM R KOWALSKI and HAWAII INTERNATIONAL
        SEAFOOD, INC.
        (8827-1)

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 08/01/07 | 0.30 | AKG | voicemail from P. Marks re experts; review disclosures and email from L. Ing re same; leave message for P. Marks re same |
| 08/03/07 | 0.10 | LKYI | emails from and to A. Griffiths re information given to P. Marks, upcoming deadlines; email to P. Marks re scheduling teleconference |
| 08/03/07 | 0.10 | AKG | emails to and from L. Ing re status and discussion with P. Marks |
| 08/05/07 | 0.10 | LKYI | review P. Marks' email and respond to schedule teleconference |
| 08/08/07 | 0.60 | LKYI | emails from and to P. Marks to schedule teleconference; telephone conference with P. Marks re strategy, experts, next steps |
| 08/08/07 | 0.20 | AKG | keep updated on emails from L. Ing and P. Marks re various case issues |
| 08/14/07 | 0.60 | LKYI | emails from and to P. Marks re expert witness disclosure procedures, revisions to Disclosure of Expert Witnesses; emails from and to P. Marks re deposition notices and scheduling, suggested topics for Rule 30b6 deposition |
| 08/14/07 | 0.20 | AKG | keep updated on various emails re depositions and filings |

### Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 237580

September 13, 2007
Page -2-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 08/15/07 | 0.10 | LKYI | emails from and to P. Marks re expert disclosure, topics for Rule 30b6 deposition |
| 08/17/07 | 0.10 | LKYI | review Yasunaga's deposition notice for 8/23 re Dr. Iwaoka and email to P. Marks re last-minute scheduling |
| 08/20/07 | 0.20 | LKYI | emails from and to P. Marks re strategy for ; review e-mail from court re scheduling of motion for summary judgment and calendar dates |
| 08/20/07 | 0.20 | AKG | keep updated on various emails re scheduling and depositions |
| 08/30/07 | 0.10 | LKYI | telephone call from and email to P. Marks re Prof. Iwaoka's deposition |
| 08/30/07 | 0.10 | AKG | keep updated on emails re depositions |
| 08/31/07 | 0.20 | LKYI | emails from and to P. Marks re Markman hearing update |
| 08/31/07 | 0.10 | AKG | keep updated on emails re depositions |

| BY | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| LKYI | 325.00 | 2.10 | $ 682.50 |
| AKG | 140.00 | 1.20 | $ 168.00 |
| TOTALS: | | 3.30 | $ 850.50 |

| | | |
|---|---|---|
| LEGAL SERVICES | $ | 850.50 |
| STATE EXCISE TAX | | 40.08 |
| FEE SUBTOTAL | $ | 890.58 |

### Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 237580

September 13, 2007
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| | COPIES | 22.40 |
| | MESSENGER | 9.00 |
| | POSTAGE | 0.58 |
| 08/08/07 | LONG DISTANCE TELEPHONE | 3.65 |

| | | |
|---|---|---|
| TOTAL COST * | $ | 35.63 |
| STATE EXCISE TAX | | 1.68 |
| COST SUBTOTAL | $ | 37.31 |
| INVOICE TOTAL | | 927.89 |

cc> pmarks@neufeldlawgroup.com ✓

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*



# Alston Hunt Floyd & Ing

Attorneys at Law
A Law Corporation

18th Floor  ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813
**Tel: (808) 524-1800**
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

OCEAN DUKE CORPORATION
c/o TIMOTHY NEUFELD, ESQ. &
   PAUL MARKS, ESQ.
NEUFELD LAW GROUP
360 EAST SECOND ST, #703
LOS ANGELES CA  90012

DATE 10/05/07

INVOICE NO. 238670

PAGE 1

---

FOR LEGAL SERVICES RENDERED THROUGH: SEPTEMBER 2007

Federal I.D # 99-0287757
Hawaii I.D # 10438996

RE:        WILLIAM R KOWALSKI and HAWAII INTERNATIONAL
           SEAFOOD, INC.
           (8827-1)

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 09/05/07 | 0.90 | LKYI | emails from and to P. Marks re motion to trifurcate; review and comment on motion; calendar trial and pretrial dates; email P. Marks HIS' reply supporting its claim construction motion in TPI case; email to P. Marks re Prof. Iwaoka deposition preparation and scheduling - |
| 09/05/07 | 0.10 | AKG | assist on deposition preparation |
| 09/07/07 | 1.20 | LKYI | emails from and to P. Marks, to Prof. Iwaoka re scheduling deposition preparation call; calls to W. Iwaoka re deposition preparation, scheduling; prepare for meeting with Prof. Iwaoka; email to P. Marks, W. Iwaoka deposition transcripts of Drs. Hagadone and Kumazawa for preparation purposes |
| 09/07/07 | 0.20 | AKG | review defendant's motion for trifurcation |
| 09/08/07 | 2.10 | LKYI | prepare for meeting with Prof. Iwaoka - review materials; meet with Prof. Iwaoka to prepare for his deposition; telephone call from Prof. Iwaoka re receipt of Yamaoka patent |
| 09/09/07 | 1.20 | LKYI | email Markman hearing briefings from TPI case to Prof. Iwaoka; email to P. Marks re meeting with Prof. Iwaoka |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 238670

October 5, 2007
Page -2-

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-----|
| 09/09/07 | 0.10 | AKG | keep updated on emails re expert witnesses (NO CHARGE) |
| 09/10/07 | 2.10 | LKYI | emails from and to P. Marks, W. Iwaoka re deposition preparation; email to W. Iwaoka re witness briefing sheet; telephone conference with P. Marks re expert deposition issues; telephone conference with P. Marks, W. Iwaoka for deposition preparation; email to M. Yasunaga re logistics for teleconferencing in P. Marks at deposition; prepare for Iwaoka deposition - review declaration, claim construction filings |
| 09/10/07 | 0.20 | AKG | keep updated on various emails regarding experts (NO CHARGE) |
| 09/11/07 | 6.70 | LKYI | prepare for Prof. Iwaoka deposition - review HIS' claim construction motion; meet with Prof. Iwaoka and telephone conference with P. Marks for deposition preparation; attend and defend deposition of Prof. Iwaoka; meet with Prof. Iwaoka and telephone conference with P. Marks to analyze deposition and next steps |
| 09/12/07 | 0.10 | LKYI | emails from and to P. Marks re patent challenge procedure |
| 09/14/07 | 0.40 | LKYI | e-mail from M. Yasunaga with expert's report (Prof. Maga) and coordinate calendaring rebuttal report date; email to P. Marks, E. Kvam re obtaining pleadings, case files; review Maga report and email to W. Iwaoka re reviewing for rebuttal purposes |
| 09/14/07 | 0.10 | AKG | review Maga report |
| 09/18/07 | 1.90 | LKYI | emails from and to P. Marks re Iwaoka transcript, expert witness deadlines, settlement offers; review Iwaoka transcript and work on transmittal to Prof. Iwaoka re review of transcript; review pleadings: HISI's response to document request, scheduling order; emails from and to P. Marks re HIS discovery responses, obtaining documents; review and calendar deadlines; monitor |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION                                                    October 5, 2007
Client: 8827-1                                                            Page -3-
Invoice No.: 238670

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | emails between M. Yasunaga, P. Marks re deposition scheduling, making offer; review scheduling order and confirm dates are calendared; email to M. Yasunaga to coordinate document production and review file to determine scope of production in prior Kowalski case |
| 09/18/07 | 0.10 | AKG | keep updated on emails re settlement conference and discovery |
| 09/19/07 | 0.20 | LKYI | emails from and to P. Marks re deposition scheduling issues |
| 09/19/07 | 0.10 | AKG | keep updated on emails re depositions scheduling and settlement conference |
| 09/21/07 | 0.50 | LKYI | e-mail from M. Yasunaga with settlement proposal; email to P. Marks with feedback on Kowalski proposal; review proposed settlement documents and email to P. Marks re critiquing Francom numbers; review Lin deposition notices and email to P. Marks re next steps |
| 09/23/07 | 1.30 | LKYI | compile settlement conference statement talking points and email to P. Marks; emails from and to P. Marks re settlement conference logistics; review HIS' proposed settlement documents |
| 09/23/07 | 0.10 | AKG | review settlement conference statements |
| 09/24/07 | 0.90 | LKYI | e-mail from M. Yasunaga re document production; e-mail from P. Marks re coordinating submission of settlement conference statement; review and comment on settlement conference statement; telephone call from P. Marks re settlement conference participation, depo. scheduling; email to P. Marks re |
| 09/24/07 | 0.10 | AKG | review settlement conference statement and discovery status |
| 09/25/07 | 1.40 | LKYI | e-mail from M. Yasunaga re previously produced HIS documents and assess procedure for separating out irrelevant documents; review and comment to P. Marks |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 238670

October 5, 2007
Page -4-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | on draft response to M. Yasunaga re deposition scheduling; emails from and to P. Marks re                              ; emails from M. Yasunaga re scheduling discovery teleconference; emails from and to P. Marks re responding to M. Yasunaga on scheduling; conference with N. Kanada re HIS' produced documents and separating out other defendants' confidential documents and email to P. Marks regarding same; review indices of HIS documents; telephone calls from and to P. Marks re scheduling strategy; review complaint |
| 09/25/07 | 0.10 | AKG | various emails re document production from HIS and Kowalski |
| 09/25/07 | 2.70 | NMK | begin reviewing and analyzing Kowalski & HIS's scanned documents on CD re culling and separating other clients' documents |
| 09/26/07 | 2.40 | LKYI | emails from and to and telephone calls from and to P. Marks re M. Yasunaga's request for discovery conference, talking points for response; emails from and to M. Yasunaga re his letter request for discovery conference; review and comment on his letter; emails from and to N. Kanada re culling from HIS documents those from other cases; coordinate with P. Marks preparing letter response; work on letter response; e-mails to and from M. Yasunaga re information needed; email draft to P. Marks |
| 09/26/07 | 0.10 | AKG | emails to and from L. Ing re discovery dispute |
| 09/26/07 | 3.50 | NMK | continue to review and analyze Kowalski & HIS's scanned documents on CD re culling and separating other clients' documents |
| 09/27/07 | 0.90 | LKYI | e-mail from P. Marks re revisions, finalize and coordinate submission of response letter; telephone call from courtroom deputy (USDC) and review order denying motion to compel; emails from and to P. Marks re denial of HIS' motion to compel, depo. scheduling update; emails from and to P. Marks re court's schedule |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 238670

October 5, 2007
Page -5-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | on 10/1; telephone call to and emails from and to R. Young (USDC) re court's Monday schedule; emails to and from P. Marks, T. Neufeld re Monday schedule; email to P. Marks re 10/1 schedule |
| 09/27/07 | 0.20 | AKG | keep updated on emails re depositions and settlement conference (NO CHARGE) |
| 09/28/07 | 0.10 | LKYI | email to M. Yasunaga re settlement conference scheduling |
| 09/30/07 | 2.90 | LKYI | emails from and to P. Marks re responding to M. Yasunaga's calls re deposition scheduling; prepare for settlement conference - review pleadings, Markman filings |

| BY | RATE | HOURS | AMOUNT |
|-----|------|-------|--------|
| LKYI | 325.00 | 27.20 | $ 8,840.00 |
| AKG | 140.00 | 1.50 | $ 210.00 |
| NMK | 140.00 | 6.20 | $ 868.00 |
| TOTALS: | | 34.90 | $ 9,918.00 |

| | | |
|---|---|---|
| FEES | $ | 9,918.00 |
| COURTESY DISCOUNT | ( | 70.00) |
| LEGAL SERVICES | $ | 9,848.00 |
| STATE EXCISE TAX | | 464.04 |
| FEE SUBTOTAL | $ | 10,312.04 |

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| | COPIES | 28.90 |
| | MESSENGER | 3.00 |
| | POSTAGE | 4.15 |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 238670

October 5, 2007
Page -6-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| 09/10/07 | LONG DISTANCE TELEPHONE | 7.67 |
| 09/25/07 | LONG DISTANCE TELEPHONE | 0.70 |

|  |  |  |
|--|--|--|
| TOTAL COST * | $ | 44.42 |
| * 44.42 TAXABLE + .00 NON-TAXABLE | | |
| STATE EXCISE TAX | | 2.09 |
| COST SUBTOTAL | $ | 46.51 |
| INVOICE TOTAL | | 10,358.55 |

email> pmarks@neufeldlawgroup.com ✓

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*



# Alston Hunt Floyd & Ing

Attorneys at Law
A Law Corporation

18th Floor  ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
**Tel: (808) 524-1800**
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

OCEAN DUKE CORPORATION
c/o TIMOTHY NEUFELD, ESQ. &
    PAUL MARKS, ESQ.
NEUFELD LAW GROUP
360 EAST SECOND ST, #703
LOS ANGELES CA  90012

DATE 11/07/07

INVOICE NO. 240302

PAGE 1

---

FOR LEGAL SERVICES RENDERED THROUGH: OCTOBER 2007

Federal I.D.# 99-0287757
Hawaii I.D.# 10438996

RE:        WILLIAM R KOWALSKI and HAWAII INTERNATIONAL
           SEAFOOD, INC.
           (8827-1)

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 10/01/07 | 3.80 | LKYI | prepare for settlement conference - review HIS' Markman filings; meet with R. Lin, T. Neufeld to prepare for for settlement conference, telephone conference with          partiicipate in settlement conference and post-conference discussions re scheduling; conference with and emails with T. Neufeld re next steps; telephone call to                                                    ; email to T. Neufeld re                              ; email to                              ; review articles from Roger Lin re                                              ; emails from and to P. Marks re                                                            ; email to T. Neufeld, P. Marks re |
| 10/01/07 | 0.20 | AKG | keep updated on various emails re settlement conference and investigation |
| 10/02/07 | 0.20 | LKYI | e-mail from C. Harper and to T. Neufeld, P. Marks, R. Lin re |
| 10/02/07 | 0.30 | CYH | |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 240302

November 7, 2007
Page -2-

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
| 10/03/07 | 0.10 | LKYI | telephone call from Prof. Iwaoka re receipt of deposition transcript for review; telephone calls from and to |
| 10/03/07 | 4.00 | NMK | review Kowalski/HIS documents produced on CD roms and work on culling and separating other clients' documents; prepare duplicate CDs to send to P. Marks |
| 10/04/07 | 0.40 | LKYI | e-mail from P. Marks re contacting M. McEnerney and email to M. McEnerney re ; email to M. Yasunaga re obtaining Francom's documents; telephone calls from and to |
| 10/04/07 | 6.00 | NMK | continue to review Kowalski/HIS documents produced on CD roms and complete culling and separating other clients' documents; prepare duplicate CDs to send to P. Marks |
| 10/05/07 | 1.90 | LKYI | coordinate compilation of HIS-produced documents onto cd-rom and email to P. Marks re documents; re-send to T Neufeld information on HIS' offices (NO CHARGE FOR .1 HR); re-work document indices from prior Kowalski case to send P. Marks; email to C. Crowell re ; leave message for ; telephone conference with Carl Crowell re ; email to T. Neufeld, P. Marks re potential retention of ; email document indices to T. Neufeld, P. Marks with commentary; review notice of filing of HIS' motion for claims construction, review rules on counter-motions and email to T. Neufeld, P. Marks re briefing procedure |
| 10/05/07 | 0.10 | AKG | keep updated on various emails re discovery, motions and depositions |
| 10/05/07 | 0.10 | NMK | prepare transmittal with DVD containing Kowalki's documents to P. Marks |

## Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 240302

November 7, 2007
Page -3-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 10/06/07 | 0.80 | LKYI | review e-filing notices and email to T. Neufeld, P. Marks re potential motion to strike HIS' opposition; emails from and to P. Marks re Lin deposition preparation, timeliness of HIS' cross-motion; e-mails to and from C. Crowell and to T. Neufeld with deposition preparation pointers re Yasunaga; email to T. Neufeld with additional information from |
| 10/07/07 | 0.70 | LKYI | forward undelivered messages to T. Neufeld (NO CHARGE FOR .2 HR); email to P. Marks with suggested deposition talking points |
| 10/09/07 | 0.90 | LKYI | emails from and to P. Marks re scheduling teleconference; telephone call from P. Marks, T. Neufeld re strategy for                    ; review cross motion for claim construction; email to T. Neufeld, P. Marks re              ; check on 10/23 hearing times and deadlines and email to T. Neufeld, P. Marks re |
| 10/10/07 | 0.80 | LKYI | emails from and to M. McEnerney confirming retention, work needed; review and approve pro hac vice motion; review pleadings: HIS' errata to opposition memorandum, opposition to trifurcation motion; telephone calls from and to Z. McNish re judge's decisions on scheduling; email to T. Neufeld, P. Marks with scheduling update; leave messages for P. Marks re scheduling; email to P. Marks re |
| 10/10/07 | 0.10 | AKG | keep updated on email re motions and hearings |
| 10/10/07 | 0.40 | DKA | work on pro hac vice application for Paul Marks |
| 10/11/07 | 1.70 | LKYI | coordinate completing pleadings file and obtaining Francom report; telephone call from Prof. Iwaoka re deposition transcript; email to P. Marks re sending materials to Prof. Iwaoka; emails from and to P. Marks re scheduling strategy; telephone calls from and to Prof. |

## Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION                                                November 7, 2007
Client: 8827-1                                                        Page -4-
Invoice No.: 240302

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|------------|
| | | | Iwaoka re corrections to deposition testimony, ; email to T. Neufeld, P. Marks, R. Lin re ; email to Prof. Iwaoka |
| | | | review court minutes re-setting claim construction dates and calendar them; review and comment on reply re trifurcation motion; review pleadings: HIS' motion for claim construction; email to W. Iwaoka with HIS' supporting memorandum for claim construction motion and related papers |
| 10/12/07 | 1.70 | LKYI | emails from and to P. Marks re finalizing reply memorandum re trifurcation; review revised reply re trifurcation; emails from and to and telephone call to P. Marks re strategy for ; compile articles on claim construction to send to P. Marks; review and revise statement re motion for summary judgment; telephone calls from and to W. Iwaoka re review Prof. Iwaoka's analysis of |
| 10/12/07 | 0.10 | AKG | emails re motions and responses |
| 10/13/07 | 0.10 | LKYI | email to P. Marks with |
| 10/15/07 | 0.20 | LKYI | emails from and to P. Marks re claim construction motion; review court minutes vacating hearing on motion for summary judgment until after claim construction hearing |
| 10/16/07 | 1.70 | LKYI | telephone calls from and to W. Iwaoka re ; emails from and to P. Marks regarding same; review and revise pretrial statement, witness list, exhibit list; telephone call from P. Marks re trial date and scope of discovery issues |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 240302

November 7, 2007
Page -5-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 10/16/07 | 0.10 | AKG | keep updated on emails re pre-trial statement |
| 10/17/07 | 0.30 | LKYI | emails from and to P. Marks re attendance at pretrial conference; email to P. Marks, T. Neufeld re Markman decision, attendance in person on 10/23 |
| 10/18/07 | 0.20 | LKYI | e-mail from P. Marks re attending pretrial conference; email to W. Iwaoka re Markman decision; review Markman decision |
| 10/19/07 | 0.20 | LKYI | emails from and to P. Marks, C. Crowell re Kowalski depo preparation |
| 10/22/07 | 0.20 | LKYI | e-mails to and from P. Marks re motion deadline; email to P. Marks re HIS' filing of supplement to Markman motion, directions to our office |
| 10/23/07 | 4.30 | LKYI | review HIS' supplemental Markman motion and memorandum; meet with P. Marks to prepare for pretrial conference and hearing; attend hearing and pretrial conference; attend settlement conference; conferences with P. Marks re strategy; telephone conference with P. Marks, R. Lin re settlement strategy, trial scheduling; telephone conference with P. Marks, M. Yasunaga to explore settlement options; work with P. Marks on email report to R. Lin |
| 10/23/07 | 0.10 | AKG | keep updated on emails re motions hearings and settlement |
| 10/24/07 | 0.50 | LKYI | coordinate anticipated trial attendance with A. Griffiths; e-mail from C. Crowell and to P. Marks re                             ; emails from and to M. McEnerney re approving engagement letter, trial dates; review engagement letter and summarize in email to P. Marks |
| 10/25/07 | 2.50 | LKYI | emails from and to P. Marks and telephone conference with P. Marks re scheduling teleconference, settlement issues, motion to continue planning; telephone call from and email to P. Marks re                             ; email to R. Young re |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 240302

November 7, 2007
Page -6-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | Ocean Duke's settlement position; emails from and to M. McEnerney re scheduling report, trial; emails from and to R. Young, M. Yasunaga re scheduling, settlement talk logistics; work on motion to continue; email to P. Marks re settlement strategy; work on motion to continue trial and email draft to P. Marks |
| 10/25/07 | 0.10 | AKG | keep updated on various emails re settlement conference and motion to continue trial |
| 10/26/07 | 0.40 | LKYI | emails from and to M. Yasunaga re scheduling of settlement conference; email to P. Marks re scheduling, trial staffing; telephone calls from and to P. Marks re settlement conference scheduling |
| 10/29/07 | 0.20 | LKYI | emails from and to P. Marks, R. Young (USDC) re settlement conference scheduling and attendees |
| 10/30/07 | 0.30 | LKYI | conference with R. Lin re ; email to T. Neufeld, P. Marks re HIS' motion to reconsider Markman; e-mail from C. Crowell re construction issues to consider and forward to T. ; review documents: ; email to C. Crowell re |
| 10/30/07 | 0.10 | AKG | keep updated on emails re settlement conference |
| 10/31/07 | 0.70 | LKYI | review and comment on draft opposition; emails from and to P. Marks re opposition strategy; email to C. Crowell re |
| 10/31/07 | 0.40 | NMK | review prior lawsuits involving Kowalski re have Kowalski and/or HIS' deposition transcripts to |

| BY | RATE | HOURS | AMOUNT |
|-----|------|-------|--------|
| LKYI | 325.00 | 24.80 | $ 8,060.00 |
| AKG | 140.00 | 0.90 | $   126.00 |
| CYH | 175.00 | 0.30 | $    52.50 |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 240302

November 7, 2007
Page -7-

| BY | RATE | HOURS | AMOUNT |
|----|------|-------|--------|
| NMK | 140.00 | 10.50 | $ 1,470.00 |
| DKA | 40.00 | 0.40 | $ 16.00 |
| TOTALS: | | 36.90 | $ 9,724.50 |

| | |
|---|---|
| FEES | $ 9,724.50 |
| COURTESY DISCOUNT | ( 65.00) |
| LEGAL SERVICES | $ 9,659.50 |
| STATE EXCISE TAX | 455.16 |
| FEE SUBTOTAL | $ 10,114.66 |

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| | COPIES | 42.20 |
| | MESSENGER | 6.00 |
| | POSTAGE | 1.74 |
| 10/12/07 | LONG DISTANCE TELEPHONE | 2.29 |
| 10/25/07 | LONG DISTANCE TELEPHONE | 0.98 |

| | |
|---|---|
| TOTAL COST * | $ 53.21 |
| * 53.21 TAXABLE + .00 NON-TAXABLE | |
| STATE EXCISE TAX | 2.51 |
| COST SUBTOTAL | $ 55.72 |
| INVOICE TOTAL | 10,170.38 |

# Alston
# Hunt
# Floyd
# & Ing
Attorneys at Law
A Law Corporation

18th Floor ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
**Tel: (808) 524-1800**
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

OCEAN DUKE CORPORATION
c/o TIMOTHY NEUFELD, ESQ. &
PAUL MARKS, ESQ.
email> pmarks@neufeldlawgroup.com
NEUFELD LAW GROUP
360 EAST SECOND ST, #703
LOS ANGELES CA  90012

DATE 12/08/07

INVOICE NO. 241841

PAGE 1

FOR LEGAL SERVICES RENDERED THROUGH: NOVEMBER 2007

Federal I.D # 99-0287757
Hawaii I.D # 10438996

RE:     WILLIAM R KOWALSKI and HAWAII INTERNATIONAL
        SEAFOOD, INC.
        (8827-1)

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
| 11/01/07 | 6.70 | LKYI | emails from and to P. Marks, C. Crowell re ; forward e-mail from C. Crowell on claim construction issues; meet with P. Marks, R. Lin re strategy, settlement status (NO CHARGE FOR 1.5 HR); telephone call to ; review and revise memo in opposition, add case citations, complete sections on flavor and odor thresholds, super-purifying; work on supporting declaration; conferences with P. Marks, R. Lin re ; email to C. Crowell re scheduling teleconference |
| 11/01/07 | 0.60 | NMK | research and prepare exhibits for deposition |
| 11/02/07 | 1.30 | LKYI | emails from and to C. Crowell re conferences with P. Marks, R. Lin re conferences with P. Marks, R. Lin re ; review statute of frauds and email to P. Marks, R. Lin re contracts required to be in writing; work on conflict waiver letter; emails from and to P. Marks and to C. Crowell re |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION                                                December 8, 2007
Client: 8827-1                                                        Page -2-
Invoice No.: 241841


| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 11/04/07 | 0.90 | LKYI | work on |
| 11/05/07 | 4.00 | LKYI | ; review and revise motion to continue; telephone call to P. Marks re |

research ; emails from and to P. Marks re contacting M. Yasunaga re exhibit list exchange, motions in limine; email to M. Yasunaga re exhibit lists, shortening time on motion to continue; coordinate rebuttal expert report on damages. compare Dr. Francom's report , leave message for M. McEnerney; review agreements, licenses, settlement agreements ; e-mail from M. Yasunaga re exhibit list, refusal to agree to shortening time and email to P. Marks

| 11/06/07 | 3.80 | LKYI | e-mails to and from P. Marks to coordinate motion to continue, exhibit list, exhibits relating to Frescomar; e-mails to and from C. Crowell re |

; email to P. Marks, R. Lin re ; review TPI stipulated protective order, motion for filing under seal to determine ability to use documents from that case in this case; emails from and to P. Marks re findings, HIS standing issue; respond to M. Yasunaga re exhibit list, motion to continue, subpoena power; identify witnesses for witness list; telephone call to M. McEnerney re scope of rebuttal report, documents needed; review and comment on exhibit list; email to P. Marks re format of McEnerney report; review emails between M. Yasunaga, P. Marks re exhibits, witnesses; review exhibits from M. Yasunaga and email to P. Marks re mode of providing copies; emails from and to P. Marks re transmission of exhibits

| 11/06/07 | 0.30 | AKG | keep updated on numerous emails re filings, exhibit |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION                                      December 8, 2007
Client: 8827-1                                                     Page -3-
Invoice No.: 241841

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
| | | | lists, etc. |
| 11/07/07 | 2.60 | LKYI | emails from and to P. Marks re revisions to motion to continue; coordinate with N. Kanada, P. Marks organizing plaintiffs' exhibits and formatting ours; emails from and to C. Crowell re meeting P. Marks, T. Neufeld; review and revise motion to continue (NO CHARGE FOR .7 HR DUE TO RE-SENDING); review and revise motion to shorten time |
| 11/07/07 | 3.50 | NMK | research database re and email/pdf to P. Marks re same; work on scanning Kowalski/HIS' trial exhibits into database; work on incorporating Ocean Duke trial exhibit list into the USDC trial exhibit form |
| 11/07/07 | 2.00 | GKTP | work on binders of Kowalski/HIS trial exhibits |
| 11/08/07 | 1.20 | LKYI | emails from and to M. Yasunaga re sending exhibit list; emails from and to P. Marks re coordinating exhibits for motion to continue, motion to seal, compiling exhibits for exhibit list; e-mails to and from C. Crowell re status review; review and revise motion to seal exhibits; coordinate compiling exhibits for motion |
| 11/08/07 | 4.00 | NMK | review, analyze and prepare exhibits for motion to continue trial; work on pulling hard copies of Ocean Duke's exhibits noted on our trial exhibit list; compare our trial exhibit list with HIS/Kowalski's list to determine which exhibits are duplicative; revise and note on trial exhibit list, the bates number references to our exhibits; emails to and from P. Marks' re exhibits in support of our motion to continue |
| 11/08/07 | 1.50 | GKTP | continue working on documents of Kowalski/HIS Trial Exhibits to folder |
| 11/09/07 | 0.30 | LKYI | emails from and to M. Yasunaga responding to his complaints about exhibit list and trial exhibits; email from M. Yasunaga and to P. Marks re eliminating duplicate exhibits; emails from and to and telephone call |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 241841

December 8, 2007
Page -4-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | from P. Marks re motion to continue |
| 11/09/07 | 2.50 | NMK | work on preparing and assembling Ocean Duke's trial exhibits; revise trial exhibit list; prepare transmittal to M. Yasunaga transmitting trial exhibit list and hard copies of exhibits; work on assembling HIS/Kowalski's hard copies of trial exhibits into trial binders |
| 11/10/07 | 0.30 | LKYI | follow up on M. Yasunaga's email re missing ODC exhibits - compare exhibit lists, email to P. Marks with comments on Yasunaga's list of missing documents |
| 11/11/07 | 0.10 | LKYI | emails from and to P. Marks re responding to M. Yasunaga's email re missing trial exhibits |
| 11/12/07 | 1.00 | LKYI | emails from and to C. Crowell and to/from P. Marks re status of                         ; emails from and to P. Marks re trial exhibit and exhibit objection issues; email to P. Marks with template for objections to exhibits; review and revise motion to continue draft and email to P. Marks re motion |
| 11/12/07 | 0.10 | AKG | keep updated on various emails re trial preparation and filings and motion to continue |
| 11/12/07 | 0.50 | NMK | review email from P. Marks re videos on HIS/Kowalski's trial exhibit list; review index of documents and things produced by HIS/Kowalski re whether any of the videos listed were produced; conference with D. Ahuna re same |
| 11/13/07 | 5.20 | LKYI | respond to P. Marks' email re format of objections to exhibits; emails with P. Marks re revisions to motion to continue, witness list; review and revise motion, witness list; e-mails to and from P. Marks re                         ; email to W. Iwaoka re trial dates; review and revise ex parte motions to seal, shorten time for hearing; e-mails to and from C. Crowell re Frescomar and TPI-related witnesses; emails with P. Marks re motion in limine; review motions in limine; emails with C. Crowell, P. Marks re                         ; review and chart upcoming deadlines |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 241841

December 8, 2007
Page -5-

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
| 11/13/07 | 0.30 | AKG | keep updated on various emails re filings; emails to and from L. Ing re trial preparation assistance |
| 11/13/07 | 2.50 | NMK | research and pdf HIS/Kowalski's exhibits to P. Marks; work on trial witness list; research re exhibits to motions in limine; assist D. Ahuna with scanning of exhibits and court filings of motions in limine, witness list, and other court filings due today |
| 11/14/07 | 1.90 | LKYI | emails with and telephone call to P. Marks to coordinate trial preparation; continue to chart upcoming deadlines; e-mails to and from W. Iwaoka re witness scheduling; telephone conference with P. Marks, M. McEnerney to coordinate rebuttal damages report; coordinate comparing Francom reports ; review comparison of Francom reports and emails to M. McEnerney, P. Marks re |
| 11/14/07 | 0.20 | AKG | keep updated on numerous emails re filings, scheduling and motion to continue |
| 11/15/07 | 3.70 | LKYI | emails from and to P. Marks re McEnerney report and opposition points for motion in limine; emails from and to M. McEnerney, P. Marks re talking points for rebuttal report; telephone call from P. Marks re strategy for rebuttal report and telephone call to M. McEnerney regarding same; redact document comparing Francom reports; review research results on procedure for withdrawing or recalling bench warrant; email to T. Neufeld, P. Marks, R. Lin re order in King Tuna, etc. reconsidering its claim ; review and analyze Plaintiffs' memo in opposition to motion to continue; e-mails to and from M. Yasunaga re correct due date of jury instructions, seeking location of allegedly produced inspection videos; emails from and to C. Crowell re ; track down history of production of facility inspection videos by M. Yasunaga (produced in other cases, not this one); research standing case cited in Yasunaga's |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 241841

December 8, 2007
Page -6-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | opposition; review pleadings: Plaintiffs' reply to claim construction motion; email to P. Marks re Francom's contention that ODC under-reported grouper and mahi sales |
| 11/16/07 | 4.40 | LKYI | emails from and to P. Marks re opposition to motion to continue, scheduling call with C. Crowell; emails with C. Crowell re scheduling conference call; status and strategy, background information; conferences with P. Marks; attend court with P. Marks for claim construction motion and motion to continue; telephone conference with P. Marks, T. Neufeld re status; emails from and to C. Crowell re                    ; telephone conference with P. Marks, C. Crowell re                                     ; email to M. Yasunaga re coordinating concise statement, declassifying parts of Francom report; review articles from R. Lin re                                     ; update to-do chart and email to team (A. Griffiths, N. Kanada, D. Ahuna) re work allocation |
| 11/16/07 | 0.10 | AKG | keep updated on emails re motions and trial preparation |
| 11/16/07 | 4.50 | NMK | research and locate DVDs and CDs listed as trial exhibits on Kowalski/HIS' exhibit list; update oral deposition chart and upload W. Kowaslki's deposition transcripts, vols. 1-2, into summation database; continue to scan exhibits into database |
| 11/17/07 | 2.60 | LKYI | review and analyze Plaintiffs' jury instructions; email to M. Yasunaga re complying with rule on showing modifications to form jury instructions; e-mail from M. Yasunaga requesting portions of Francom report we want declassified; review Francom report to designate sections to de-designate as attorneys' eyes only; email to T. Neufeld, P. Marks re                    ; work on voir dire questions; update trial preparation list; emails to C. Crowell |
| 11/18/07 | 5.90 | LKYI | emails from and to C. Crowell, P. Marks re witnesses, |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION                                                December 8, 2007
Client: 8827-1                                                        Page -7-
Invoice No.: 241841

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-----|
| | | | ; review plaintiffs' motions in limine; review and revise memo in opposition to motion in limine re Shih; emails from and to P. Marks re revisions to Shih opposition; e-mail from and telephone conference with P. Marks re witness strategy; work on memo in opposition to motion in limine #7 re infringement evidence; emails from and to C. Crowell re  ; work on jury instructions and special verdict form; emails from and to C. Crowell re  , review Seagate case; emails from and to C. Crowell re ; review and comment on memo in opposition to motion in limine to exclude Cardile |
| 11/19/07 | 9.30 | LKYI | numerous emails from and to P. Marks re  ; various emails from and to M. McEnerney re  various emails from and to C. Crowell re  ; e-mail from M. Yasunaga refusing to declassify Francom report and email to T. Neufeld, P. Marks regarding same; e-mails from and to C. Crowell re  work on memo in opposition to motion in limine #7; work on jury instructions and special verdict form; review claim construction order; emails with P. Marks, C. Crowell re impact of order; email to P. Marks re concise statement, special verdict form; emails from and to P. Marks re |
| 11/19/07 | 0.80 | NMK | review and analyze documents to send to McEnerney to assist him with his report; load Lin's deposition transcript into summation database |
| 11/20/07 | 12.40 | LKYI | emails with P. Marks to coordinate submission deadline, jury instructions, oppositions; emails from and to M. McEnerney re report; review and approve formatted concise statement, finalize memo in opposition to motion in limine #7; coordinate subpoena on Rock Garay and telephone call from C. Crowell re |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 241841

December 8, 2007
Page -8-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | ; review and revise McEnerney declaration, ex parte motion to seal reports as exhibits, declaration for memo in opposition to McEnerney motion in limine (#3), trial brief, oppositions, voir dire questions; work on declaration re document comparing Francom reports and email to P. Marks, M. McEnerney regarding same |
| 11/20/07 | 2.80 | NMK | prepare subpoena to R. Garay; prepare exhibits to memorandums in oppositions to motions in limine; compile and black out/redact and block off pertinent information from exhibits |
| 11/21/07 | 2.30 | LKYI | review pleadings - trial briefs, oppositions, orders, objections to exhibits; e-mails to and from P. Marks re l; revise order granting motion to seal to address sealed documents standards in Kamakana case; e-mails to and from P. Marks to plan for 11/26 hearing, settlement strategy; emails from and to P. Marks re settlement issues; e-mails to and from P. Marks re briefing material for C. Crowell; prepare for hearing and 11/23 meeting with C. Crowell; emails from and to C. Crowell and P. Marks re brefing information for C. Crowell |
| 11/23/07 | 1.40 | LKYI | review emails from Richard Friend, C. Crowell re witness testimony issues; emails from and to C. Crowell, P. Marks re scheduling teleconference; telephone conference with P. Marks, C. Crowell re trial preparation and strategy; review indefiniteness case, Datamize |
| 11/24/07 | 3.50 | LKYI | organize files and binders in preparation for trial (NO CHARGE FOR .9 HR); prepare for hearing - review motions, briefs, cases; emails from and to R. Friend re scheduling meeting with P. Marks, emails between C. Crowell, P. Marks re debriefing; review R. Friend deposition from Hilo Fish case and documents re prior art |
| 11/26/07 | 6.70 | LKYI | telephone call from J. Kurren's law clerk re settlement conference; emails from and to C. Crowell re |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 241841

December 8, 2007
Page -9-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | prepare for hearing and opposing motion in limine #7; meetings with P. Marks re hearing preparation; review pleadings-motions in limine, oppositions, supplemental jury instructions; attend hearing; attend settlement conference; conferences with P. Marks re next steps; emails from C. Crowell re                    ; telephone conference with P. Marks and C. Crowell re                    ; telephone conference with P. Marks, R. Lin re outcome of hearing and settlement conference |
| 11/26/07 | 0.20 | AKG | keep updated on various emails re court rulings and settlement conference |
| 11/26/07 | 2.50 | NMK | telephone conference with court clerk re obtaining jury information cards; review and analyze Kowalski's deposition exhibits and review of cd's identified in Kowalski's trial exhibits; review documents produced in TPI case for additional exhibits for Ocean Duke |
| 11/27/07 | 4.00 | LKYI | telephone conferences with P. Marks, T. Neufeld re Ocean Duke's settlement position; settlement conference with Judge Chang; telephone call to P. Marks reporting on settlement conference; emails to P. Marks re settlement strategy, trial preparation logistics; emails from and to C. Crowell re status, witness preparation; telephone call from Judge Chang re status and email to T. Neufeld, P. Marks re feedback from Judge Chang; work on recap to C. Crowell, P. Marks re motion in limine rulings (.1) (allocated time); emails from and to P. Marks re settlement strategy; email to M. McEnerney re exclusion as a witness; email to W. Iwaoka re time to testify |
| 11/27/07 | 0.20 | AKG | keep updated on emails re trial preparation and settlement |
| 11/28/07 | 6.90 | LKYI | review and revise email to M. Yasunaga re settlement; e-mail from M. McEnerney re consulting with us; telephone call from Sheri, Judge Chang's courtroom deputy, re settlement conference scheduling; e-mails to |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 241841

December 8, 2007
Page -10-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | and from P. Marks re reason for conference; telephone conference with P. Marks, T. Neufeld, R. Lin re settlement strategy; coordinate exhibit submission tomorrow with N. Kanada and P. Marks; coordinate Sunday meeting logistics; e-mails to and from C. Crowell re contacting W. Kowalski and email to R. Lin regarding same; view Frescomar inspection videos; email to M. Yasunaga clarifying contents of trial ex. 65; review and work on positions re plaintiffs' jury instructions; review documents: Garay declaration, court's orders on patent claims; email to P. Marks, T. Neufeld re |
| 11/28/07 | 3.80 | NMK | review and compare Ocean Duke's exhibits with Kowalski's exhibits re duplicates and/or whether certain exhibits were identified; work on preparing Ocean Duke's trial exhibits for submission to court; research re trial exhibits; revise trial exhibit list; telephone conference with C. Yasunaga re joint trial exhibits and plaintiffs' trial exhibits; conference with document analysts re preparation of exhibit number tabs |
| 11/29/07 | 7.80 | LKYI | work on talking points for settlement conference; attend settlement conference with Judge Chang; emails with and telephone conference with P. Marks, T. Neufeld re settlement update; emails from and to C. Crowell re

emails from and to M, Yasunaga rejecting his request for expedited hearing on motion in limine #8; review motion limine and motion to shorten time; work on memo in opposition to motion to shorten; review jury cards; emails from and to P. Marks re revisions to memo in opposition; work on opposition to motion in limine #8; emails from and to and telephone call to P. Marks re demonstrative exhibits; telephone conference with P. Marks, N. Kanada re trial graphics; coordinate technical needs with N. Kanada, D. Ahuna, IT manager; review and designate                         ; review article on                        and forward to P. Marks; organize trial binder; email to P. Marks re |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION                                                    December 8, 2007
Client: 8827-1                                                                       Page -11-
Invoice No.: 241841

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 11/29/07 | 0.30 | AKG | keep updated on numerous emails re settlement and trial preparation |
| 11/29/07 | 5.70 | NMK | prepare and assemble Ocean Duke's trial exhibit binders and clerk's set of exhibits for filing; telephone conference with court clerk re juror information cards; telephone conference with L. Ing and P. Marks re trial graphics and technical needs in court; conference with H. Chun re same; work on other trial preparation |
| 11/29/07 | 1.60 | JB | work on compiling binders of defendant's trial exhibits |
| 11/30/07 | 7.90 | LKYI | emails from and to C. Crowell re ____ ; emails from and to P. Marks, C. Crowell re ____ email to P. Marks with access logistics; work on memo in opposition to motion in limine #8 |
| 11/30/07 | 0.10 | AKG | keep updated on emails re trial preparation |
| 11/30/07 | 2.00 | NMK | conference with H. Chun re technical needs for court; work on scanning of exhibits into database; review and compare Kowalski's final trial exhibits to compare with earlier exhibits and work on scanning in additional and color copies of exhibits |

| BY | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| LKYI | 325.00 | 108.10 | $ 35,132.50 |
| AKG | 140.00 | 1.80 | $ 252.00 |
| NMK | 140.00 | 35.70 | $ 4,998.00 |
| GKTP | 50.00 | 3.50 | $ 175.00 |
| JB | 50.00 | 1.60 | $ 80.00 |
| TOTALS: | | 150.70 | $ 40,637.50 |

## Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 241841

December 8, 2007
Page -12-

| | | |
|---|---|---|
| FEES | $ | 40,637.50 |
| COURTESY DISCOUNT | ( | 1,007.50) |
| LEGAL SERVICES | $ | 39,630.00 |
| STATE EXCISE TAX | | 1,867.37 |
| FEE SUBTOTAL | $ | 41,497.37 |

| DATE | COST ADVANCED | AMOUNT |
|---|---|---|
| | COPIES | 651.00 |
| | MESSENGER | 39.00 |
| | POSTAGE | 7.50 |
| 10/05/07 | COURIER | 20.93 |
| 11/29/07 | FILING FEES U.S. District Court re Juror Cards | 50.00 |

| | | |
|---|---|---|
| TOTAL COST * | $ | 768.43 |
| * 718.43 TAXABLE + 50.00 NON-TAXABLE | | |
| STATE EXCISE TAX | | 33.86 |
| COST SUBTOTAL | $ | 802.29 |
| INVOICE TOTAL | | 42,299.66 |

email> pmarks@neufeldlawgroup.com

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

# Alston
# Hunt
# Floyd
# & Ing
Attorneys at Law
A Law Corporation

18th Floor  ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
**Tel: (808) 524-1800**
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

OCEAN DUKE CORPORATION
c/o TIMOTHY NEUFELD, ESQ. &
PAUL MARKS, ESQ.
email> pmarks@neufeldlawgroup.com
NEUFELD LAW GROUP
360 EAST SECOND ST, #703
LOS ANGELES CA  90012

DATE 12/17/07

INVOICE NO. 242184

PAGE 1

FOR LEGAL SERVICES RENDERED THROUGH: DECEMBER 2007

Federal I.D.# 99-0287757
Hawaii I.D.# 10438996

RE:       WILLIAM R KOWALSKI and HAWAII INTERNATIONAL
          SEAFOOD, INC.
          (8827-1)

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 12/01/07 | 3.70 | LKYI | e-mails to and from P. Marks, R. Lin re settlement strategy and terms; e-mails to and from P. Marks re mine ; coordinate work on jury instruction objections; review and revise opposition memorandum |
| 12/02/07 | 6.70 | LKYI | trial preparation and strategy meetings with R. Lin, T. Neufeld, P. Marks; review and revise memo in opposition to MIL #8; emails to M. Yasunaga re witness order, courtroom equipment, re-sending App. B to settlement documents; email to R. Young, courtroom deputy, re trial logistics, filing of opposition memorandum in Dec. 3; prepare for settlement conference - ; emails from M. Yasunaga re-sending settlement document drafts; prepare for voir dire |
| 12/02/07 | 3.50 | NMK | work on scanning all of Ocean Duke's trial exhibits into database; replace insert section pages to Ex. 141 received from M. Yasunaga; work on scanning colored copies of all trial exhibits submitted by Kowalski and replace computer version with same; conference with H. Chun re converting copies of trial exhibits from P Drive |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 242184

December 17, 2007
Page -2-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | into our summation database; work on updating condensed deposition and exhibit binder |
| 12/03/07 | 11.80 | LKYI | prepare for and attend settlement conference; prepare for conference on jury instructions, work on list of objections to jury instructions; conferences with T. Neufeld, P. Marks, R. Lin re settlement and trial strategy; give feedback on              ; work on voir dire; conference with P. Marks re                            ; email to R. Young (courtroom deputy) re courthouse workspace; e-mails to and from W. Iwaoka re scheduling testimony; emails from and to A. Lee re correction to Plaintiffs' jury inst. no. 15 re burden of proof |
| 12/03/07 | 2.80 | NMK | continue to work on scanning into database plaintiff's exhibit 141; conference with H. Chun and R. Patcho re arrangements to set up in the courtroom; assist with trial preparation and set up equipment in courtroom |
| 12/04/07 | 3.00 | HKC | technical assistance in trial |
| 12/04/07 | 12.00 | LKYI | prepare for voir dire; attend trial - Day 1; conferences with T. Neufeld, P. Marks, R. Lin re strategy; meet with C. Crowell, T. Neufeld, P. Marks, R. Lin to prepare for                            ; dinner meeting with team (NO CHARGE FOR 1.5 HR) |
| 12/04/07 | 0.10 | AKG | keep updated on emails re trial |
| 12/04/07 | 7.00 | NMK | box up and set up files in court for preparation of trial; attend court hearing (NO CHARGE FOR 4.0 HRS); work on printing out Kowalski's trial exhibits for trial preparation; review and analyze pleadings filed in TPI case relating to declarations submitted concerning temperature range of heating/burning; research re Kowalski's other patents |
| 12/05/07 | 2.00 | HKC | technical assistance in trial |
| 12/05/07 | 10.60 | LKYI | emails with P. Marks, C. Crowell re potential documents for impeachment of W. Kowalski; trial preparation - |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 242184

December 17, 2007
Page -3-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | conferences with T. Neufeld, P. Marks, R. Lin re review documents for potential impeachment of ; coordinate with A. Griffiths further research on/ ; e-mails to and from Zack, Judge Kurren's clerk, re procedure for examining expert witnesses; email to M. Yasunaga re witnesses; review and analyze order on motions in limine and emails with team re implications; email to and from A. Lee and to team re order of witnesses, preparing D. Lin for testimony; prepare for meet with Prof. Iwaoka; meet with Prof. Iwaoka, team; prepare for examination of Prof. Iwaoka; work on jury instructions; emails from and to P. Marks re research on suicide gas |
| 12/05/07 | 0.60 | AKG | emails to and from L. Ing re research for jury instructions; meet with L. Ing to discuss research assignment; review jury instructions |
| 12/05/07 | 3.00 | NMK | research and prepare documents for trial preparation of W. Iwaoka; research and compile documents for preparation of Kowalski's trial testimony; communicate with C. Crowell re ; research |
| 12/06/07 | 5.00 | HKC | technical assistance in trial |
| 12/06/07 | 10.50 | LKYI | attend trial; meet with Duke Lin, R. Lin, T. Neufeld, P. Marks; prepare for W. Iwaoka examination; emails with W. Iwaoka re potential exhibits, opinions; meet with W. Iwaoka, Lins, T. Neufeld, P. Marks to prepare for Dr. Iwaoka's testimony |
| 12/06/07 | 1.80 | AKG | legal research re infringement defenses and invalidity for jury instructions |
| 12/06/07 | 2.00 | NMK | compile/prepare documents for deposition preparation with Professor Iwaoka; work on printing out hard copies of exhibits 223 to end to incorporate into working binder of trial exhibits |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION                                December 17, 2007
Client: 8827-1                                         Page -4-
Invoice No.: 242184

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 12/07/07 | 4.50 | HKC | technical assistance in trial |
| 12/07/07 | 10.00 | LKYI | prepare for Prof. Iwaoka examination; meet with Prof. Iwaoka and team; attend trial (W. Iwaoka, D. Lin, R. Lin exams); post-trial conference to assess witnesses, prepare for Francom cross |
| 12/07/07 | 5.00 | AKG | legal research for Rule 50 motion re invalidity and obviousness; emails to and from L. Ing and P. Marks re same |
| 12/07/07 | 3.60 | NMK | prepare additional trial exhibits; update trial exhibit list re same; index and update trial binders; research and assist attorneys with trial preparation |
| 12/08/07 | 6.10 | LKYI | emails from and to P. Marks re                                     ; emails from and to R. Young (USDC) re deposition transcripts; telephone conference with P. Marks, R. Lin re witness interviews, trial preparation; e-mails to and from C. Crowell with       ; emails from and to P. Marks re          ; work on Stalker cross-examination; prepare for Garay/Friend meeting - review       ; email to P. Marks |
| 12/08/07 | 4.10 | AKG | legal research re Lanham Act claims and prior art/obviousness issues; discuss same with P. Marks |
| 12/09/07 | 4.10 | LKYI | work on Stalker cross exam questions; meet with Richard Friend, Rock Garay, P. Marks, R. Lin re     ; strategy conference with P. Marks, R. Lin re witnesses; emails from C. Crowell with     ; telephone call from and e-mail from M. McEnerney and emails with P. Marks re     ; emails from and to P. Marks re draft email to M. Yasunaga re stipulations re Ocean Duke financial documents; emails from and to R. Lin re     ; emails to check on prejudgment interest |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 242184

December 17, 2007
Page -5-

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
|  |  |  | rate |
| 12/09/07 | 0.60 | AKG | draft email to P. Marks analyzing Lanham Act and trademark issues |
| 12/10/07 | 5.00 | HKC | technical assistance in trial |
| 12/10/07 | 0.10 | BSN | emails from/to L. Ing re determining corporate status from DCCA website |
| 12/10/07 | 13.90 | LKYI | prepare for trial; attend trial (examinations of J. Stalker, D. Francom, Roger Lin); strategy meetings with P. Marks, R. Lin and with T. Neufeld by phone; calls with R. Friend re testifying; telephone conference with court. M. Yasunaga, P. Marks re M. Yasunaga's objection to R. Friend; email to C. Crowell re work on objections to Plaintiffs' jury instructions; telephone call from M. Yasunaga re order of witnesses, timing of closing argument; emails with C. Crowell, H. Chun re trial feedback; work on offers of proof; emails to P. Marks with testimony areas for R. Lin |
| 12/10/07 | 0.80 | ADS | research prejudgment interest awards allowable under Hawaii law, as adopted by federal court, and draft legal memo to L. Ing summarizing law |
| 12/10/07 | 2.50 | NMK | print out and prepare supplemental trial exhibits; revise trial exhibit list; research re various documents and assist attorneys with trial preparation for tomorrow's trial |
| 12/11/07 | 5.00 | HKC | technical assistance in trial |
| 12/11/07 | 0.70 | PA | conference with L. Ing and P. Marks on |
| 12/11/07 | 10.60 | LKYI | revise and finalize summary of objections to jury instructions; revise special verdict form; attend trial (Maga, Lin examinations; jury instructions); strategy meetings with P. Marks, R. Lin; emails from and to R. Young re meeting on exhibits, length of closing statements; emails with H. Chun, C. Crowell re feedback on trial; dinner meeting with P. Marks, R. Lin (NO |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 242184

December 17, 2007
Page -6-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | CHARGE FOR 1.0 HR); emails from and to A. Mizuo Lee commenting on Plaintiff's special verdict form, compare against ND Cal Model form |
| 12/11/07 | 0.20 | AKG | discuss trademark research issues with P. Marks |
| 12/11/07 | 2.60 | NMK | research re trial exhibit references to certain documents; work on preparing/assembling trial exhibit binders re exhibits admitted into evidence; work on trial preparation materials, jury instructions, verdict forms and assist attorneys re same |
| 12/12/07 | 0.20 | PA | conference with L. Ing and P. Marks |
| 12/12/07 | 11.80 | LKYI | emails from and to R. Young (courtroom deputy) re resetting exhibit meeting; meetings with R. Lin, P. Marks re jury instructions, verdict form, final exhibits, closing argument; court conference and hearing on jury instructions and verdict form, confirming final exhibits; research right to trial on trademark infringement injunctive relief, jury instructions and verdict form issues; emails from and to M. Yasunaga, Z. McNish re special verdict form issues; review exhibits M. Yasunaga requested admitting post-trial; work on talking points for P. Marks for closing argument |
| 12/12/07 | 4.00 | AKG | legal research re trademark and right to jury trial issues; prepare cases for P. Marks review; various emails to and from L. Ing re jury trial issues |
| 12/12/07 | 3.00 | NMK | research and compile documents and materials to assist attorneys with preparation of closing argument and special verdict forms; work on scanning in amended exhibits; work on updating admitted trial exhibit binder |
| 12/13/07 | 3.50 | HKC | technical assistance in trial |
| 12/13/07 | 7.80 | LKYI | meet with P. Marks, R. Lin for email to Z. McNish, M. Yasunaga, A. Lee re putting objection on record to special verdict form; trial day no. 6 (closing argument); post-trial meet with. R. Lin, P. Marks, with T. Neufeld by phone; telephone call from |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 242184

December 17, 2007
Page -7-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | court, with M. Yasunaga re jury question; meet with P. Marks, R. Lin, call with T. Neufeld re jury question and joint call to Judge Kurren regarding same; attend court for jury verdict |
| 12/13/07 | 0.90 | EAH | assist L. Ing with trial preparation |
| 12/13/07 | 3.10 | AKG | attend closing arguments; meet with L. Ing, P. Marks, and client to provide feedback on |
| 12/13/07 | 0.90 | DDP | observe and provide feedback on |
| 12/13/07 | 4.00 | NMK | attend closing arguments (NO CHARGE FOR 2.0 HR), box up trial materials, and prepare files for trial materials |
| 12/14/07 | 0.90 | LKYI | emails from and to T. Neufeld, P. Marks re( ; e-mails to and from P. Marks re updating C. Crowell and email update to C. Crowell; conferences with P. Alston, A. Griffiths re outcome, next steps |
| 12/14/07 | 0.50 | AKG | review various emails re verdict; emails re follow-up motions and research; review memo re |

| BY | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| BSN | 350.00 | 0.10 | $ 35.00 |
| LKYI | 325.00 | 120.50 | $ 39,162.50 |
| PA | 550.00 | 0.90 | $ 495.00 |
| ADS | 180.00 | 0.80 | $ 144.00 |
| AKG | 140.00 | 20.00 | $ 2,800.00 |
| DDP | 150.00 | 0.90 | $ 135.00 |
| EAH | 180.00 | 0.90 | $ 162.00 |
| NMK | 140.00 | 34.00 | $ 4,760.00 |
| HKC | 100.00 | 28.00 | $ 2,800.00 |

## Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 242184

December 17, 2007
Page -8-

| BY | RATE | HOURS | AMOUNT |
|----|------|-------|--------|
| TOTALS: | | 206.10 | $ 50,493.50 |

| | | |
|---|---|---|
| FEES | $ | 50,493.50 |
| COURTESY DISCOUNT | ( | 1,652.50) |
| LEGAL SERVICES | $ | 48,841.00 |
| STATE EXCISE TAX | | 2,301.39 |
| FEE SUBTOTAL | $ | 51,142.39 |

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| | COPIES | 123.80 |
| | POSTAGE | 4.60 |
| 11/05/07 | LONG DISTANCE TELEPHONE | 1.80 |
| 11/19/07 | WESTLAW RESEARCH | 89.42 |
| 11/27/07 | WESTLAW RESEARCH | 9.72 |
| 11/27/07 | LONG DISTANCE TELEPHONE | 2.11 |
| 12/12/07 | TRANSCRIPTS re: 12/04/07 Partial Transcript; Testimony of William Kowalski and 12/6/07 Transcript of Proceedings | 990.31 |

| | | |
|---|---|---|
| TOTAL COST * | $ | 1,221.76 |
| * 231.45 TAXABLE + 990.31 NON-TAXABLE | | |
| STATE EXCISE TAX | | 10.91 |
| COST SUBTOTAL | $ | 1,232.67 |
| INVOICE TOTAL | | 52,375.06 |

# Alston
# Hunt
# Floyd
# & Ing
Attorneys at Law
A Law Corporation

18th Floor  ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
**Tel: (808) 524-1800**
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

OCEAN DUKE CORPORATION
c/o TIMOTHY NEUFELD, ESQ. &
PAUL MARKS, ESQ.
email> pmarks@neufeldlawgroup.com
NEUFELD LAW GROUP
360 EAST SECOND ST, #703
LOS ANGELES CA  90012

DATE 01/09/08

INVOICE NO. 243206

PAGE 1

---

FOR LEGAL SERVICES RENDERED THROUGH: DECEMBER 2007

Federal I.D.# 99-0287757
Hawaii I.D.# 10438996

RE:        WILLIAM R KOWALSKI and HAWAII INTERNATIONAL
           SEAFOOD, INC.
           (8827-1)

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 12/03/07 | 0.90 | JYW | observe and provide feedback on |
| 12/10/07 | 0.20 | PA | multiple emails from and to L. Ing re( |
| 12/16/07 | 0.40 | LKYI | emails from and to W. Iwaoka re trial status |
| 12/17/07 | 0.10 | PA | email from and to L. Ing re supersedeas bond issues |
| 12/17/07 | 1.00 | LKYI | emails from and to W. Iwaoka re patent issue: review research memorandum on                         ; emails from and to P. Marks re supersedeas bond issues; research and email to P. Marks re |
| 12/17/07 | 0.10 | AKG | various emails re appeal and appeal bond |
| 12/18/07 | 1.60 | LKYI | respond to W. Iwaoka's email re(                    ; e-mail from C. Crowell and to P. Marks re post-trial planning; review special verdict form and email to P. Marks, T. Neufeld re potential post-trial motions deadline (12/28); review judgment and emails from and to P. Marks re |

# Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 243206

January 9, 2008
Page -2-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | correcting judgment; email to R. Young (USDC) re correcting judgment; emails with P. Marks re post-trial motions planning; work on list of potential post-trial motions; calendar deadlines |
| 12/18/07 | 0.20 | AKG | various emails re judgment, post-trial motions and scheduling |
| 12/19/07 | 0.70 | LKYI | review e-mail from M. Yasunaga re withdrawing judgment; emails from and to P. Marks re post-trial motions; e-mails to and from A. Griffiths re research on                                    and email to P. Marks re                   ; review Litigation magazine article on                   and email to ODC team re |
| 12/19/07 | 3.20 | AKG | legal research re requirements and procedures for email to P. Marks and L. Ing analyzing same; various emails re motions and appeal |
| 12/20/07 | 0.30 | LKYI | emails from and to P. Marks re post-trial motions; emails from and to M. Yasunaga re issues not addressed in judgment; |
| 12/20/07 | 0.20 | AKG | keep updated on various emails re changes to judgment and post trial motions |
| 12/21/07 | 0.40 | LKYI | review amended judgment; emails from and to P. Marks re motions deadline in light of amended judgment and observations re court's amendments; determine applicable deadlines |
| 12/21/07 | 0.10 | AKG | review court's amended order; emails re same and scheduling for motions |
| 12/26/07 | 0.20 | LKYI | telephone call from P. Marks to coordinate work on post-trial motions |
| 12/26/07 | 0.30 | NMK | revise chart re exhibits admitted into evidence; email to P. Marks re list of exhibits admitted at trial |

### Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 243206

January 9, 2008
Page -3-

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 12/27/07 | 2.20 | LKYI | coordinate ordering transcript and email to P. Marks re scope and timing of transcript order; emails from and to C. Crowell re splitting cost of transcript with TPI; email to P. Marks, R. Lin re splitting transcript cost with TPI; telephone call from P. Marks re , ; review and revise motion for judgment notwithstanding verdict (JNOV); emails from and to P. Marks, R. Lin, T. Neufeld re |
| 12/28/07 | 2.00 | LKYI | review and revise Rules 50 and 59 motions; emails with P. Marks re revisions, strategy |

| BY | RATE | HOURS | AMOUNT |
|------|------|------|------|
| LKYI | 325.00 | 8.80 | $ 2,860.00 |
| PA | 550.00 | 0.30 | $    165.00 |
| AKG | 140.00 | 3.80 | $    532.00 |
| JYW | 150.00 | 0.90 | $    135.00 |
| NMK | 140.00 | 0.30 | $     42.00 |
| TOTALS: | | 14.10 | $ 3,734.00 |

| | | |
|------|------|------|
| LEGAL SERVICES | $ | 3,734.00 |
| STATE EXCISE TAX | | 175.95 |
| FEE SUBTOTAL | $ | 3,909.95 |

| DATE | COST ADVANCED | AMOUNT |
|------|------|------|
| | COPIES | 33.20 |
| 11/09/07 | COURIER | 33.19 |
| 11/29/07 | LONG DISTANCE TELEPHONE | 2.93 |
| 12/02/07 | MISCELLANEOUS Air conditioning expense for trial prep | 251.31 |
| 12/03/07 | LONG DISTANCE TELEPHONE | 1.53 |
| 12/05/07 | LONG DISTANCE TELEPHONE | 1.31 |
| 12/06/07 | LONG DISTANCE TELEPHONE | 0.48 |

### Alston Hunt Floyd & Ing

OCEAN DUKE CORPORATION
Client: 8827-1
Invoice No.: 243206

January 9, 2008
Page -4-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| 12/06/07 | PARKING L. Ing - parking for court to attend trial | 9.00 |
| 12/07/07 | PARKING L. Ing - parking for court to attend trial | 16.50 |
| 12/08/07 | LONG DISTANCE TELEPHONE | 0.76 |
| 12/09/07 | PARKING L. Ing - parking at hotel to attend meeting with client | 8.00 |
| 12/10/07 | DOCUMENT PRODUCTION 24 Color Copies | 23.87 |
| 12/13/07 | LONG DISTANCE TELEPHONE | 0.32 |

TOTAL COST *             $     382.40
* 382.40 TAXABLE + .00 NON-TAXABLE
STATE EXCISE TAX                 18.02

COST SUBTOTAL            $     400.42

INVOICE TOTAL                 4,310.37

email> pmarks@neufeldlawgroup.com

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*