Case 1:04-cv-00055-BMK    Document 214-8    Filed 01/24/2008    Page 1 of 1

# THE LIST
# LAW FIRMS
Ranked by number of lawyers

| Rank (Prior rank) | Company name / Address / Web site | Year est. in Hawaii | Phone / Fax | Lawyers / Partners | Hourly fee range: Partners / Associates | Some specialty areas | Top executive / Title |
|---|---|---|---|---|---|---|---|
| 1 (1) | Goodsill Anderson Quinn & Stifel<br>1099 Alakea St., Suite 1800, Honolulu, HI 96813<br>www.goodsill.com | 1878 | (808) 547-5600<br>(808) 547-5880 | 70<br>48 | DND<br>DND | Full-service firm: litigation, real property, tax, banking, employment | Gary Slovin<br>Managing Partner |
| 2 (2) | Carlsmith Ball<br>1001 Bishop St., ASB Tower, Suite 2200, Honolulu, HI 96813<br>www.carlsmith.com | 1857 | (808) 523-2500<br>(808) 523-0842 | 67<br>44 | DND<br>DND | Real estate, litigation, corporate, finance, pension, trusts, estate planning, labor/employment, maritime, environmental | Karl Kobayashi<br>Chairman |
| 3 (3) | Cades Schutte<br>1000 Bishop St., 12th Floor, Honolulu, HI 96813<br>www.cades.com | 1922 | (808) 521-9200<br>(808) 521-9210 | 58<br>35 | DND<br>DND | Litigation, business, real estate, tax, finance, intellectual property, trusts and estates | Management Committee |
| 4 (4) | Alston Hunt Floyd & Ing<br>1001 Bishop St., ASB Tower, 18th Floor, Honolulu, HI 96813<br>www.ahfi.com | 1991 | (808) 524-1800<br>(808) 524-4591 | 48<br>16 | $260 and up<br>$140 – $300 | Business disputes, health care, construction, labor, government contracts and procurement, real estate, insurance law | Paul Alston<br>President |
| 5 (5) | McCorriston Miller Mukai MacKinnon<br>500 Ala Moana Blvd., 5 Waterfront Plaza, Honolulu, HI 96813<br>www.m4law.com | 1986 | (808) 529-7300<br>(808) 535-8052 | 40<br>31 | $225 – $450<br>$125 – $200 | Litigation, real estate, international business | D. Scott MacKinnon<br>Managing Partner |
| 6 (7) | Kobayashi Sugita & Goda<br>999 Bishop St., 26th Floor, Honolulu, HI 96813<br>www.ksglaw.com | 1971 | (808) 539-8700<br>(808) 539-8799 | 30<br>23 | $185 – $350<br>$125 – $185 | Complex litigation, commercial, construction, corporate, real estate, employment, labor, immigration, public utilities | Bert Kobayashi<br>Partner |
| 7 (8) | Watanabe Ing & Komeiji<br>999 Bishop St., 23rd Floor, Honolulu, HI 96813<br>www.wik.com | 1971 | (808) 544-8300<br>(808) 544-8399 | 28<br>15 | $260 – $450<br>$125 – $200 | Litigation, government, regulatory affairs, banking, real estate, construction, employment, foreclosure, bankruptcy | J. Douglas Ing<br>Managing Partner |
| 8 (6) | Torkildson Katz Fonseca Moore & Hetherington<br>700 Bishop St., 15th Floor, Honolulu, HI 96813<br>www.torkildson.com | 1947 | (808) 523-6000<br>(808) 523-6001 | 27<br>17 | $240 – $375<br>$170 – $260 | Employment and labor, litigation, corporate, health care, securities, tax, retirement plans, real estate, estate planning | J. George Hetherington<br>President |
| 9 (9) | Ashford & Wriston<br>1099 Alakea St., Suite 1400, Honolulu, HI 96813<br>www.ashfordwriston.com | 1955 | (808) 539-0400<br>(808) 533-4945 | 25<br>14 | $190 – $310<br>$135 – $195 | Real property, civil litigation, business, tax, bank and financial services, health care, family law | Cuyler Shaw<br>Managing Partner |
| 9 (10) | Ayabe Chong Nishimoto Sia & Nakamura<br>1001 Bishop St., Pauahi Tower, Suite 2500, Honolulu, HI 96813<br>NA | 1963 | (808) 537-6119<br>(808) 526-3491 | 25<br>DND | $150 – $300<br>$120 – $175 | Commercial and civil litigation, professional liability, workers' compensation, construction litigation | Sidney Ayabe<br>Managing Partner |
| 9 (10) | Damon Key Leong Kupchak Hastert<br>1001 Bishop St., Pauahi Tower, Ste. 1600, Honolulu, HI 96813<br>www.hawaiilawyer.com | 1963 | (808) 531-8031<br>(808) 533-2242 | 25<br>11 | $250 – $315<br>$140 – $220 | Business, real estate, land use, construction, litigation, estates, creditors' rights, financial services, insurance, international, immigration | Denis Leong<br>President |
| 12 (12) | Case Lombardi & Pettit<br>737 Bishop St., Suite 2600, Honolulu, HI 96813<br>www.caselombardi.com | 1988 | (808) 547-5400<br>(808) 523-1888 | 24<br>13 | $200 – $400<br>$140 – $180 | Real estate, business, land use, bankruptcy, collections, civil litigation, administrative, tax | Dennis Lombardi<br>Director & President |
| 13 (14) | Rush Moore<br>737 Bishop St., Suite 2400, Honolulu, HI 96813<br>www.rmhawaii.com | 1945 | (808) 521-0400<br>(808) 521-0597 | 21<br>12 | $185 – $310<br>$105 – $210 | Civil litigation, real estate, public utilities, corporate, estate planning, tax, creditors' rights, bankruptcy | David Shibata<br>Managing Partner |
| 14 (15) | Bays Deaver Lung Rose & Baba<br>1099 Alakea St., 16th Floor, Honolulu, HI 96813<br>www.legalhawaii.com | 1986 | (808) 523-9000<br>(808) 533-4184 | 19<br>7 | $260 – $350<br>$135 – $190 | Litigation, arbitration, real estate, construction, commercial, employment, trusts and estates | Harvey Lung<br>Managing Partner |
| 15 (16) | Reinwald O'Connor & Playdon<br>733 Bishop St., Suite 2400, Honolulu, HI 96813<br>www.roplaw.com | 1976 | (808) 524-8350<br>(808) 531-8628 | 18<br>13 | DND<br>DND | Insurance defense, commercial litigation, construction, trusts and estates, bankruptcy, employment | Michael McGuigan<br>Managing Partner |
| 16 (13) | Clay Chapman Crumpton Iwamura & Pulice<br>700 Bishop St., Suite 2100, Honolulu, HI 96813<br>www.paclawteam.com | 1977 | (808) 535-8400<br>(808) 535-8444 | 17<br>7 | $200 – $350<br>$150 – $225 | Litigation, financial services, real estate, personal injury, commercial transactions, construction, alternative dispute resolution | Robert Chapman<br>Director |
| 16 (16) | Cronin Fried Sekiya Kekina & Fairbanks<br>841 Bishop St., Suite 600, Honolulu, HI 96813<br>www.croninfried.com | 1973 | (808) 524-1433<br>(808) 536-2073 | 17<br>12 | NA<br>NA | Personal injury, litigation | L. Richard Fried<br>President |
| 16 (19) | Starn O'Toole Marcus & Fisher<br>733 Bishop St., Suite 1900, Honolulu, HI 96813<br>starnlaw.com | 1994 | (808) 537-6100<br>(808) 537-5434 | 17<br>7 | $300 – $450<br>$160 – $250 | Corporate finance, mergers and acquisitions, real estate transactions, hotels, condominiums, commercial litigation | Peter Starn<br>President |
| 19 (22) | Kessner Duca Umebayashi Bain & Matsunaga<br>220 S. King St., 19th Floor, Honolulu, HI 96813<br>NA | 1977 | (808) 536-1900<br>(808) 529-7177 | 16<br>9 | $125 – $275<br>NA | Insurance defense, auto accidents, medical malpractice, workers' compensation, construction, banking and commercial | John Bain<br>Managing Partner |
| 19 (19) | Paul Johnson Park & Niles<br>1001 Bishop St., ASB Tower, Suite 1300, Honolulu, HI 96813<br>www.pjpn.com | 1973 | (808) 524-1212<br>(808) 528-1654 | 16<br>9 | $225 – $375<br>$120 – $160 | Litigation, arbitration, mediation, commercial, real estate, construction, maritime | William McKeon<br>President |
| 21 (18) | Chun Kerr Dodd Beaman & Wong<br>745 Fort St. Mall, 9th Floor, Honolulu, HI 96813<br>chunkerr.com | 1976 | (808) 528-8200<br>(808) 536-5869 | 14<br>7 | $250 – $350<br>$175 – $215 | Real estate, corporate and tax, real estate and commercial litigation, estate planning | Ray Kamikawa<br>Managing Partner |
| 22 (19) | Imanaka Kudo & Fujimoto<br>745 Fort St. Mall, 17th Floor, Honolulu, HI 96813<br>www.imanakakudo.com | 2001 | (808) 521-9500<br>(808) 541-9050 | 13<br>6 | DND<br>DND | Real estate development and finance, labor and employment law, land use, environmental and administrative law | Management Committee |
| 22 (23) | Lyons Brandt Cook & Hiramatsu<br>841 Bishop St., Suite 1800, Honolulu, HI 96813<br>NA | 1977 | (808) 524-7030<br>(808) 533-3011 | 13<br>10 | $195 – $225<br>$150 – $175 | General civil and trial practice, insurance, construction, surety, personal injury, professional liability, real estate, estate planning | George Brandt<br>Managing Partner |
| 24 (NR) | Bendet Fidell Sakai & Lee<br>841 Bishop St., Suite 1500, Honolulu, HI 96813<br>www.sexpacific.com | 1974 | (808) 524-0944<br>(808) 521-7739 | 10<br>7 | $245 – $275<br>$175 – $195 | Business, commercial litigation, complex litigation, real estate, estate planning | Jay Fidell<br>President |
| 24 (24) | Burke McPheeters Bordner & Estes<br>737 Bishop St., Suite 3100, Honolulu, HI 96813<br>www.bmbe-law.com | 1980 | (808) 523-9833<br>(808) 528-1656 | 10<br>6 | $150 – $250<br>$125 – $175 | Professional liability, commercial and real estate litigation, personal injury litigation, family law | William Bordner<br>President |
| 24 (NR) | Char Sakamoto Ishii Lum & Ching<br>841 Bishop St., Suite 850, Honolulu, HI 96813<br>NA | 1987 | (808) 522-5133<br>(808) 522-5144 | 10<br>10 | $180 – $275<br>NA | Commercial litigation, tax, business transactions, real property transactions, estate planning and probate | Ronald Sakamoto<br>President |
| 24 (25) | Tom Petrus & Miller<br>1164 Bishop St., Suite 650, Honolulu, HI 96813<br>NA | 1994 | (808) 792-5800<br>(808) 792-5809 | 10<br>6 | $175 – $250<br>$125 – $135 | Construction law, product liability, Hawaii care providers, bad faith, insurance litigation and defense, real estate | Michael Tom<br>Managing Partner |

Notes: DND: did not disclose; NA: not applicable/available; NR: not previously ranked. Ranking includes lawyers on payroll who are "of counsel." Information on this list was supplied by individual firms through surveys and telephone interviews.

Researched by Cynthia Gibson
cgibson@bizjournals.com | 955-8037

EXHIBIT D