## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by hand delivery:

Milton M. Yasunaga      myasunaga@cades.com      January 25, 2008
Cades Schutte LLP
1000 Bishop Street, 12th Floor
Honolulu, HI 96813

Attorney for Plaintiffs

DATED:   Honolulu, Hawaii, January 24, 2008.

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION