ORIGINAL

LOUISE K. Y. ING 2394-0
ALLISON KIRK GRIFFITHS 8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
       agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 24 2008

at 10 o'clock and 54 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-00055 BMK <br><br> **DEFENDANT OCEAN DUKE CORPORATION'S MOTION FOR ENTRY OF JUDGMENT, BASED ON PATENT INVALIDITY ON GROUNDS OF INDEFINITENESS;** MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LOUISE K. Y. ING; EXHIBIT 1 [DECL. OF PAUL S. MARKS]; EXHIBITS A-C; CERTIFICATE OF SERVICE |

668,022 / 8827-1

## MOTION FOR ENTRY OF JUDGMENT, BASED ON PATENT INVALIDITY ON GROUNDS OF INDEFINITENESS

Defendant Ocean Duke Corporation ("Ocean Duke"), by and through its undersigned attorneys, hereby moves for entry of judgment in its favor on grounds that the Kowalski patent is indefinite as a matter of law, and hence is invalid. Virtually every claim of the Kowalski patent contains some formulation of the language that appears in Claim No. 1, which provides in relevant part that smoke is filtered "to reduce taste imparting components below thresholds for imparting smoke odor and taste . . . ." However, the evidence is undisputed that whether a product has a smoke odor or taste is subjective, and not objective, in that it depends on the particular palate and olfactory sensations of the person doing the smelling or tasting. Under established patent law, the Kowalski patent is therefore indefinite as a matter of law. Further, the law is clear that this determination is one for the court, and not for the jury.

This motion is based on this notice, the memorandum in support, the declaration of counsel, the attached exhibits, and the files and records herein.

DATED: Honolulu, Hawai`i, January 24, 2008.

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for defendant Ocean Duke Corp.

131508.1