IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>OCEAN DUKE CORPORATION, <br><br>Defendant. | Civil No. CV04-00055 BMK <br><br>**DECLARATION OF LOUISE K. Y. ING** |

**DECLARATION OF LOUISE K. Y. ING**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, Hawai`i counsel for Defendant Ocean Duke Corporation.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached as Exhibit 1 is a true and correct copy of the Declaration of Paul S. Marks.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawaii'i, January 24, 2008.

*/s/ Louise K. Y. Ing*
LOUISE K. Y. ING

468,006 / 8827-1