```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII


WILLIAM R. KOWALSKI and      ) CIVIL NO. 04-00055BMK
HAWAII INTERNATIONAL         )
SEAFOOD, INC.,               ) Honolulu, Hawaii
                             ) December 11, 2007
         Plaintiff,          )
                             ) TESTIMONY OF JOSEPH MAGA
    vs.                      )
                             )
OCEAN DUKE CORPORATION,      )
                             )
         Defendant.          )
                             )


        PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 5)
         BEFORE THE HONORABLE BARRY M. KURREN,
            UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:     MILTON M. YASUNAGA
                       ALLISON MIZUO LEE
                       Cades Schutte LLP
                       1000 Bishop St., Ste. 1200
                       Honolulu, Hawaii  96813-4216

For the Defendant:     LOUISE K.Y. ING
                       Alston Hunt Floyd & Ing
                       1800 ASB Tower
                       1001 Bishop Street
                       Honolulu, Hawaii  96813

                       PAUL MARKS
                       Neufeld Law Group
                       360 East 2nd Street, Ste. 703
                       Los Angeles, California 90012

Official Court         GLORIA T. BEDIAMOL, RPR, RMR
Reporter:              United States District Court
                       P.O. Box 50131
                       Honolulu, Hawaii 96850

Proceedings recorded by machine shorthand, transcript produced
with computer-aided transcription (CAT).
```

1   Certain food processors they can just apply that to numerous
2   foods, and that's the source of the reason that they require or
3   desire liquid smoke.
4   Q    The liquid smoke gives taste to the food or odor to the
5   food?
6   A    Both, definitely.
7   Q    Smoke taste and odor?
8   A    Yes. From a sensory standpoint, if you are presented with
9   a food in front of you, the first thing your nose should tell
10  you, Oh, I can smell this. It smells like, blah, blah, blah.
11  Smells like smoke. Then of course when you taste the product
12  your taste buds in your mouth, your tongue will be able to
13  taste liquid smoke. And then, of course, some of the volatile
14  compounds go up your nasal cavity internally, and so that's
15  taste smoke flavor. Flavor is taste plus odor combination. So
16  taste and odor and flavor, those are the three generic terms
17  that are used for sensory evaluation.
18       Again, we all like or dislike the smell or taste of
19  certain foods. That's our opinion, our bias.
20  Q    Now you talked about sensory standpoint. Have you heard
21  of the term sensory evaluation panel?
22  A    Definitely. Sensory evaluation panel could be a -- when
23  you say panel, it usually means more than person. It could be
24  several people, it may be 10 people.
25       But the key with the sensory evaluation panel is that

1  A   No. That was part of my requirement, as I said, just to
2  provide technical expertise to whoever, because Colorado State
3  University is a public university and so anybody could call,
4  knock on the door, whatever, whatever, and it was my obligation
5  to work with that individual or company.
6  Q   When people taste or smell food, and you may have touched
7  on this a little bit, would you agree with me that they have
8  individual palates and individual sensibilities to taste and
9  smell?
10 A   People?
11 Q   People, yes.
12 A   Oh, yeah.  There can be significant temperature ranges.
13 Part of it is man versus woman, another possibility is your
14 age.  Usually, as you get older, you have less taste and smell
15 perception.  But, again, what I do, when my taste panel --
16 again, I include equal amounts of men and women, and then I
17 also use temperature ranges from usually 18 years old to 60
18 years old.  So I cover that entire situation.
19 Q   And the reason you do that is precisely because people
20 have different sensibilities to taste and smell, right?
21 A   Yes, correct.
22 Q   Is there an objective or scientific, if you will, way of
23 determining whether a given food product has a smoke taste or a
24 smoke odor?
25 A   Well, again, you can present a very small piece, larger

1  piece, larger piece, larger piece.  And, again, if you are
2  going to smell it, potentially the larger it is, the more
3  potential smoke there would be there.  And then when you taste
4  it, the same aspect, the larger the amount you put in your
5  mouth, potentially the greater amount of that smoke taste.
6  　　　So that's something to consider, but I've done that --
7  when I was doing it, I did it at various amounts.  And the
8  other effect I told you about, our modified vacuum ovens, if
9  you have a much higher vacuum oven, there could be more
10 volatile aromas coming from that fish product.  And I also did
11 it at --  well, our altitude is 5,000 feet in Colorado.  But I
12 also did it in the chamber at sea level, 5,000 feet up to
13 10,000 feet.  And there was no --  there weren't any
14 significant statistical differences among the individuals who
15 said, Hey, I smell smoke.  No, they didn't smell smoke, they
16 didn't taste smoke among all those temperature altitude ranges.
17 　　　The other possibility would be temperature range.  If
18 I just -- if you just gently heated this product, again, it
19 could release some volatile residual smoke if it were there.
20 But that did not happen either.
21 Q   Really, what I was getting to was is there a machine that
22 exists out there where you can stick a piece of food in it and
23 do some readings and have it determine whether there's a taste
24 or food smell.  And I gather that the answer is no, you have to
25 rely on human beings?

41

1  A    Right, you have to rely on people.  Analytically,
2  theoretically there's a machine call the gas chromatograph. And
3  basically when you say, how many compounds are in smoke?
4  Literally, there could be several hundred compounds in smoke.
5        So, again, if you use this machine called the gas
6  chromatograph, you inject some vapor, and it's all the
7  individual compounds are separated based on their molecular
8  weight.  But that's not going to tell you which ones are the
9  most important, which ones -- what is the concentration.  It's
10 very, very difficult.  So the bottom line is, as you just
11 suggested or mentioned, people are the key.
12 Q    Let me turn to a different topic. Let me ask you to turn
13 to what is --  it's actually page 39 of your book, which is
14 down at the bottom.  It says page K 8218.  That's chapter 3
15 which is called Smoke Generation Technology.  Do you see that?
16 A    What was it 39?
17 Q    Page 39 of your book, yes.
18 A    All right.
19 Q    As you said a little while ago, your book is highly
20 technical, right?
21 A    That was the primary objective.
22 Q    To be highly technical?
23 A    Yes.
24 Q    What I want to ask you about page 39 is to determine if
25 this is --  if this corroborates something you said a little

1   that.
2   Q   Okay.  When you start talking about filtering, I think you
3   said that filtering is generic.  Is that what you said or a
4   generic term?
5   A   It can be generic.
6   Q   What about the term "tasteless smoke," which I'm going to
7   write on the board right here, and I'm going to ask you a
8   question about that.  If I put an equal generic, would you
9   agree with that or not agree with that?
10  A   I probably would not agree with it.  My definition of
11  tasteless smoke would be that humans cannot taste it.
12  Q   Okay.
13  A   But there could be some there.
14  Q   So Dr. Maga says tasteless smoke is not generic?
15  A   Correct.
16  Q   So if Mr. Kowalski testified that tasteless smoke is a
17  generic term you would not agree with Mr. Kowalski?
18  A   Well, my definition of tasteless, it depends on the people
19  who are evaluating the product.  They conclude yes or no.  In
20  Kowalski's process, his current process, it is tasteless.  They
21  do not taste anything.  Do not taste any smoke.
22  Q   Have you heard that Mr. Kowalski's patent is sometimes
23  referred to as the 401 patent?
24  A   I don't think so.
25  Q   Okay.  Well, you know each patent gets a long patent