# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by hand delivery:

| | | |
|---|---|---|
| Milton M. Yasunaga | myasunaga@cades.com | January 25, 2008 |
| Cades Schutte LLP | | |
| 1000 Bishop Street, 12th Floor | | |
| Honolulu, HI 96813 | | |

Attorney for Plaintiffs

        DATED:   Honolulu, Hawaii, January 24, 2008.

*/s/ Louise K. Y. Ing*
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION