IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>             Plaintiffs,<br><br>     v.<br><br>OCEAN DUKE CORPORATION,<br><br>             Defendant. | CIVIL NO. 04-00055 BMK<br><br>ORDER GRANTING PLAINTIFF WILLIAM R. KOWALSKI'S **EX PARTE** MOTION FOR ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBITS "B" to "E" OF PLAINTIFF WILLIAM R. KOWALSKI'S MOTION FOR PREJUDGMENT INTEREST, (NON-TAXABLE) COSTS UNDER 35 U.S.C. § 284 AND POST JUDGMENT INTEREST |

ORDER GRANTING PLAINTIFF
WILLIAM R. KOWALSKI'S **EX PARTE** MOTION FOR
ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBITS "B" to "E"
OF PLAINTIFF WILLIAM R. KOWALSKI'S MOTION FOR
PREJUDGMENT INTEREST, (NON-TAXABLE) COSTS
UNDER 35 U.S.C. § 284 AND POST JUDGMENT INTEREST

Upon consideration of Plaintiff William R. Kowalski's motion for an order,

pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, directing the

filing under seal of Exhibits "B" to "E" of Plaintiff's Motion For Prejudgment

Interest, (Non-Taxable) Costs Under 35 U.S.C. § 284 and Post-Judgment Interest;

ImanageDB:828226.1

IT APPEARING that the documents identified in the motion are Highly Confidential – Attorneys' Eyes Only information, as that term is defined in the Protective Order entered by this Court, and the Court having determined that the documents merit filing under seal under the requirements set forth by the Ninth Circuit of Appeals in <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1180 (9th Cir. 2006), and that it is necessary and appropriate that the documents be filed under seal (accessible only to counsel of record in this action) in order to prevent the disclosure of competitively sensitive information;

IT IS HEREBY ORDERED that Exhibits "B" to "E" of Plaintiff's Motion For Prejudgment Interest, (Non-Taxable) Costs Under 35 U.S.C. § 284 and Post-Judgment Interest; be filed under seal, accessible only to counsel of record in this action.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: January 29, 2008

---

<u>William R. Kowalski and Hawaii International Seafood, Inc. v. Ocean Duuke Corporation</u>; Civil No. 04-00055 BMK; United States District Court; District of Hawaii; Order Granting William R. Kowalski's Ex Parte Motion For Order Directing the Filing Under Seal of Exhibits "B" to "E" of Plaintiff's Motion For Prejudgment Interest, (Non-Taxable) Costs Under 35 U.S.C. § 284 and Post-Judgment Interest.