CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058-0
MARTIN E. HSIA           2954-0
ALLISON MIZUO LEE    7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK<br><br>SUBMISSION OF EXHIBITS "A" TO "I" TO WILLIAM R. KOWALSKI'S MOTION FOR ATTORNEYS' FEES AND DISBURSEMENTS UNDER 35 U.S.C. § 285 FILED JANUARY 24, 2008; EXHIBITS A" TO "I"; CERTIFICATE OF SERVICE |
|---|---|

## SUBMISSION OF EXHIBITS "A" TO "I" TO WILLIAM R. KOWALSKI'S MOTION FOR ATTORNEYS' FEES AND DISBURSEMENTS UNDER 35 U.S.C. § 285 FILED JANUARY 24, 2008

Plaintiff William R. Kowalski hereby submits Exhibits "A" to "I" to Plaintiff William R. Kowalski's Motion for Attorneys' Fees and Disbursements Under 35 U.S.C. § 285 Filed January 24, 2008.

DATED: Honolulu, Hawaii, January 31, 2008.

                CADES SCHUTTE LLP

                /s/ Milton M. Yasunaga
                MILTON M. YASUNAGA
                Attorney for Plaintiffs
                WILLIAM R. KOWALSKI and HAWAII
                INTERNATIONAL SEAFOOD, INC.