**WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION**
**Civil No. 04-00055 BMK  -- CONFIDENTIAL – UNDER PROTECTIVE ORDER**

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 01/08/2004 | MMY | Case development:  Info/picture from Bill Kowalski ("bk") re Ocean Duke's Blacktie product mentioning Cryo-Freeze; follow up e-mail re how we know this is Ocean Duke's product; communications from MEH re Ocean Duke's Cryo-Freeze product was recalled, and significance, and re Carquake case and note that this recall notice also proves Cryo-Freeze is Ocean Duke; make arrangements to store/save the recall document for later use; review Carquake case. | 1.75 | 437.50 |
| 01/09/2004 | MMY | Pleadings:  Complaint. | 1.25 | 312.50 |
| 01/12/2004 | MMY | Pleadings:  Complaint, including communications with MEH and bk and some research re issues related to complaint and claims. | 3.50 | 875.00 |
| 01/13/2004 | MMY | Pleadings:  Complaint; conf bk; communications with MEH re trademark. | 1.50 | 375.00 |
| 01/14/2004 | MMY | Pleadings:  Ocean Duke complaint and research re adding HIS and other issues such as notice; phone calls to bk re above; confs MEH re above. | 4.25 | 1,062.50 |
| 01/15/2004 | MMY | Pleadings:  MEH's comments and suggestions to complaint; explore possible other claims. | 1.75 | 437.50 |
| 01/17/2004 | MMY | Pleadings:  Amend Ocean Duke complaint; look for anything helpful on internet. | 0.75 | 187.50 |
| 01/20/2004 | MMY | Pleadings:  Modify complaint. | 0.25 | 62.50 |
| 01/23/2004 | MMY | Pleadings:  Final change to complaint and review civil cover sheet. | 0.25 | 62.50 |

**EXHIBIT  A**

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 01/27/2004 | MMY | Pleadings:  Instructions re filing complaint; have complaint filed and review message confirming it was filed. | 0.25 | 62.50 |
| 01/28/2004 | MMY | Pleadings:  Service arrangements. | 0.25 | 62.50 |
| 02/02/2004 | MMY | Case development and admin:  Receive news of service and review due date; discussion with client re Ocean Duke alleged use of charcoal. | 0.25 | 62.50 |
| 02/04/2004 | MMY | Case development and admin:  Review new due dates; communicate to client re possible motion to dismiss and intention to move quickly re setting schedule, discovery and settlement. | 0.25 | 62.50 |
| 02/09/2004 | MMY | Case development and admin: Communication with client re issues/developments. | 0.25 | 62.50 |
| 02/13/2004 | MMY | Case development and admin:  Phone call from Meyer requesting extension and ask him who Mainland counsel is and expressing desire that things move quickly; phone call bk re above; research re Ocean Duke's Mainland counsel; e mail re above. | 1.50 | 375.00 |
| 02/17/2004 | MMY | Case development and admin:  Letter from Meyer. | 0.25 | 62.50 |
| 03/01/2004 | MMY | Case development and admin:  Pro hac vice applications. | 0.25 | 62.50 |
| 03/04/2004 | MMY | Motions:  Answer and motion to change venue. | 1.00 | 250.00 |
| 03/08/2004 | MMY | Motions:  Communications with bk and AM and research re jurisdiction. | 1.75 | 437.50 |
| 03/09/2004 | AML | Motions:  Brief review of Ocean Duke's Motion for Change of Venue; discuss same with M. Yasunaga. | 0.50 | 70.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 03/09/2004 | MMY | Motions:  Communications with AM and bk re how to respond to motion and review motion and order and our memo from Phillips case; pro hac vice motions granted; review answer and discuss with bk. | 1.25 | 312.50 |
| 03/10/2004 | AML | Motions:  Review/analyze Ocean Duke's Motion for Change of Venue; research re venue statutes, federal circuit case law re venue and personal jurisdiction; email summary of findings/discuss same with M. Yasunaga. | 2.25 | 315.00 |
| 03/10/2004 | MMY | Motions:  Work on venue motion. | 1.00 | 250.00 |
| 03/11/2004 | AML | Motions:  Review recent federal circuit law re personal jurisdiction in patent cases. | 0.50 | 70.00 |
| 03/11/2004 | MMY | Motions:  Work on responding to venue motion. | 0.25 | 62.50 |
| 03/11/2004 | MMY | Pleadings:  Review answer and analyze charcoal patent and consider how to handle. | 1.00 | 250.00 |
| 03/15/2004 | AML | Motions:  Research re J. Ezra's decisions in Hawaii Longline Association case, standards for evaluating proper venue. | 1.00 | 140.00 |
| 03/15/2004 | MMY | Motions:  Internet research re motion. | 1.00 | 250.00 |
| 03/16/2004 | AML | Motions:  Continue research re Ocean Duke's change of venue motion; summary of research findings to M. Yasunaga. | 2.25 | 315.00 |
| 03/16/2004 | MMY | Motions:  Conf Mizuo and review her e-mail re motion to transfer; phone call from Meyer's assistant Kvam asking for stay and shortened time for hearing & e-mail client re that; product recall. | 0.75 | 187.50 |
| 03/17/2004 | MMY | Motions:  Phone call from Ocean Duke's counsel (Kvam) re stay of case and advancing hearing. | 0.25 | 62.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 03/18/2004 | MMY | Motions:  Phone call from Kvam re stay and advanced hearing and tell Kvam I want to schedule meeting of the parties re trial date and discovery Friday, Monday or Tuesday; review letter from Ocean Duke to judge re above and forward to bk. | 0.50 | 125.00 |
| 03/19/2004 | MMY | Motions:  Review e-mail from client with attached product offering and discuss that and other info we have with AM and consider how to handle motion and request for meeting with judge to stay case and advance hearing. | 1.00 | 250.00 |
| 03/22/2004 | MMY | Motions:  Letter from court denying Ocean Duke's request to stay litigation and advance hearing of motion; memo to Ocean Duke's counsel suggesting they withdraw motion and mentioning that falling within one patent doesn't mean you don't fall within ours. | 0.50 | 125.00 |
| 03/26/2004 | MMY | Motions:  Communications with bk re proof Ocean Duke is doing business in Hawaii. | 0.25 | 62.50 |
| 03/29/2004 | MMY | Motions:  Communications with bk re how to prove Hawaii sales. | 0.50 | 125.00 |
| 03/30/2004 | MMY | Motions:  Communications with bk re motion re jurisdiction. | 0.50 | 125.00 |
| 03/31/2004 | MMY | Motions:  Communications with bk re proof of jurisdiction; phone call from Meyer re phone call on 4/5 and e-mail client re same. | 0.50 | 125.00 |
| 04/05/2004 | MMY | Motions:  Phone call from Ocean Duke's counsel re meeting of the parties and their request to stay case pending motion to transfer; communication with client re same. | 0.75 | 187.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 04/06/2004 | MMY | Case development and admin: Review and respond to bk e-mail re scheduling and that Ocean Duke may have changed some wholesale labeling to CO but its customer is still calling the product smoked. | 0.25 | 62.50 |
| 04/15/2004 | MMY | Case development and admin: Review materials re proof of infringement from client and communication with client to ask questions re materials. | 0.25 | 62.50 |
| 04/16/2004 | MMY | Case development and admin: Phone call from Meyer re moving scheduling conf and other deadlines. | 0.25 | 62.50 |
| 04/19/2004 | MMY | Case development and admin: Communications with Meyer re moving sched conf date. | 0.25 | 62.50 |
| 04/21/2004 | MMY | Case development and admin: Phone call bk and review e-mail and proof re Ocean Duke's labeling and that of its customer. | 0.50 | 125.00 |
| 04/22/2004 | MMY | Case development and admin: Communications bk re labeling by Ocean Duke and its customer; review Ahold specification. | 0.25 | 62.50 |
| 04/27/2004 | MMY | Motions: Conf bk re motion re venue. | 0.25 | 62.50 |
| 04/28/2004 | MMY | Case development and admin: Communication bk re proof of Ocean Duke labeling and its customers labels; research re jurisdiction and send copy of case authority to bk and Mizuo with explanatory message. | 0.75 | 187.50 |
| 05/03/2004 | MMY | Motions: Communications re venue motion. | 0.50 | 125.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 05/05/2004 | AML | Motions:  Review/analyze Ocean Duke's motion for change of venue and previous motions/oppositions in related cases in preparation for drafting Kowalski's opposition to Ocean Duke's motion for change of venue. | 1.00 | 140.00 |
| 05/05/2004 | MMY | Motions:  Internet work and communications with bk to help with Ocean Duke motion; view photos from BK. | 1.75 | 437.50 |
| 05/06/2004 | AML | Motions:  Draft opposition to Ocean Duke's motion for change of venue; discuss same with M. Yasunaga. | 5.50 | 770.00 |
| 05/06/2004 | MMY | Motions:  Conf Mizuo and other work re motion re venue. | 1.50 | 375.00 |
| 05/07/2004 | AML | Motions:  Draft opposition to Ocean Duke's motion for change of venue; research re Hawaii's long-arm statute. | 5.00 | 700.00 |
| 05/07/2004 | MMY | Motions:  Communications with Mizuo re venue law. | 0.25 | 62.50 |
| 05/09/2004 | AML | Motions:  Draft opposition to Ocean Duke's motion for change of venue; research re inconsistency of requesting change of venue pursuant to Section 1404(a) prior to Section 1406(a). | 4.00 | 560.00 |
| 05/10/2004 | AML | Motions:  Complete first draft of plaintiffs' opposition to Ocean Duke's motion for change of venue. | 1.25 | 175.00 |
| 05/11/2004 | AML | Motions:  Final review and revisions of Draft 1 of plaintiffs' opposition to Ocean Duke's motion for change of venue; transmit same to M. Yasunaga for review and comment. | 0.75 | 105.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 05/11/2004 | AML | Motions:  Discuss/analyze revisions to Draft 1 of plaintiffs' opposition to Ocean Duke's motion for change of venue with M. Yasunaga. | 0.50 | 70.00 |
| 05/11/2004 | MMY | Motions:  Opposition to motion re venue (including adding in background sections re law and facts re patent and regulatory history). | 4.50 | 1,125.00 |
| 05/13/2004 | AML | Motions:  Review and revise Draft 2 of Opposition to Ocean Duke's change of venue motion based on M. Yasunaga's comments/suggestions; draft Kowalski Declaration and Yasunaga Declaration, organize exhibits, emails to W. Kowalski re Declaration. | 8.50 | 1,190.00 |
| 05/13/2004 | MMY | Motions:  Opposition to motion to change venue. | 2.75 | 687.50 |
| 05/14/2004 | AML | Motions:  Final review/revisions to opposition to Ocean Duke's motion for change of venue, Kowalski Declaration and Yasunaga Declaration; discuss Kowalski's Declaration with W. Kowalski and M. Yasunaga; final preparation for filing. | 5.00 | 700.00 |
| 05/14/2004 | MMY | Motions:  work on memo in opp to motion re venue. | 2.25 | 562.50 |
| 05/17/2004 | MMY | Case development and admin:  review Ocean Duke label and note that label's mention of Shih patent indicates this product was treated with smoke; discuss above with client; review filed opposition memo; phone call bk to tell him to send original signature for declaration. | 0.75 | 187.50 |
| 05/18/2004 | MMY | Motions:  Communications with bk re proof re Ocean Duke infringement. | 0.25 | 62.50 |
| 05/20/2004 | MMY | Motions:  Declaration of bk. | 0.25 | 62.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 05/24/2004 | AML | Motions: Review/analyze Ocean Duke's reply memorandum in support of its motion for change of venue; discuss same with M. Yasunaga; draft submission of W. Kowalski's original declaration. | 1.00 | 140.00 |
| 05/24/2004 | MMY | Motions: Review reply memo and confs bk and Mizuo. | 0.50 | 125.00 |
| 05/28/2004 | AML | Motions: Brief preparation for 6/1/04 hearing on defendants' motion for change of venue; discuss same with M. Yasunaga. | 0.50 | 70.00 |
| 06/01/2004 | AML | Motions: Review Ocean Duke's motion for change of venue, Kowalski's opposition and Ocean Duke's reply; discuss same with M. Yasunaga in preparation for hearing. | 0.50 | 70.00 |
| 06/01/2004 | MMY | Motions: Prep for and attend hearing. | 2.00 | 500.00 |
| 06/11/2004 | MMY | Motions: Order denying change of venue and conf Mizuo. | 0.50 | 125.00 |
| 06/14/2004 | MMY | Case development and admin: Status report to client; response from client. | 0.25 | 62.50 |
| 06/17/2004 | MMY | Case development and admin: Communication with OD's counsel re meeting. | 0.25 | 62.50 |
| 06/21/2004 | MMY | Case development and admin: Phone call from Meyer re scheduling conference and trial date; sched conf statement and report of meeting of the parties. | 1.00 | 250.00 |
| 06/28/2004 | MMY | Case development and admin: Prep for and attend scheduling conf and calendar new dates. | 1.00 | 250.00 |
| 08/03/2004 | MMY | Case development and admin: Prep for and status conf with court | 1.00 | 250.000 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 08/03/2004 | MMY | Settlement: Phone message to Meyer re settlement; phone call from Meyer re settlement; send Meyer settlement documents from Hilo and Phillips cases; modify settlement drafts for use with Ocean Duke. | 1.75 | 437.500 |
| 08/04/2004 | MMY | Settlement: E-mail to Matsui re serving as mediator. | 0.25 | 62.50 |
| 08/11/2004 | MMY | Settlement: Communications with mediator's office and client in setting up mediation and pre-mediation. | 0.50 | 125.00 |
| 08/13/2004 | MMY | Settlement: Letters from Matsui's office re mediation. | 0.25 | 62.50 |
| 08/19/2004 | MMY | Settlement: Further action to set up mediation; letter from mediator; review due dates. | 0.50 | 125.00 |
| 08/26/2004 | MMY | Settlement: Letter from mediator; calendar due date for documents to mediator; start preparation of protective order. | 0.50 | 125.00 |
| 08/30/2004 | MMY | Settlement: Update settlement documents. | 0.50 | 125.00 |
| 09/09/2004 | MMY | Settlement: Check what needs to be submitted to mediator. | 0.25 | 62.50 |
| 09/10/2004 | MMY | Settlement: Send updated settlement documents to Meyer with explanatory note; gather and send to mediator documents he requested and premediation conference letter; e-mail to Meyer re settlement also has to deal with trademark issue. | 2.00 | 500.00 |
| 09/14/2004 | MMY | Settlement: Meeting with mediator. | 2.00 | 500.00 |
| 09/14/2004 | MMY | Discovery: Phone calls from Meyer re what proof we have re Ocean Duke was using tasteless smoke and re what is TPI | .25 | 62.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|------|---------------------|------------------------------------------------------|-------|--------|
| 09/15/2004 | MMY | Case development and admin: Protective order. | 0.25 | 62.50 |
| 09/24/2004 | MMY | Discovery: Letters from Ocean Duke – want docs and want to talk to Ching. | 0.25 | 62.50 |
| 09/27/2004 | MMY | Discovery: Deal with Meyer letters seeking discovery. | 0.25 | 62.50 |
| 09/30/2004 | MMY | Settlement: Deal with letter from Meyer re settlement | 0.25 | 62.50 |
| 10/05/2004 | MMY | Settlement: Communications from Ocean Duke asking to put off mediation; e-mail from bk saying he doesn't want to put of mediation. | 0.25 | 62.50 |
| 10/06/2004 | MMY | Settlement: Respond to Meyer e-mail trying to postpone settlement; forward to Matsui recent communications re my settlement terms and documents. | 0.50 | 125.00 |
| 10/06/2004 | MMY | Discovery: Determine what docs to produce to Ocean Duke and give instructions to secretary re that | 0.50 | 125.00 |
| 10/15/2004 | MMY | Case development: review charcoal patent and talk to bk about that and Ocean Duke's volume. | 0.50 | 125.00 |
| 10/15/2004 | MMY | Settlement: Mediation statement; draft and send mediator brief memo re Ocean Duke's sales volume. | 0.75 | 187.50 |
| 10/15/2004 | MMY | Disco very: Request for documents; interrogatories | 2.00 | 500.00 |
| 10/18/2004 | MMY | Case development: gather evidence and law helpful re liability (law re infringement and proof) and damages (lost profit and reasonable royalty) | 2.00 | 500.00 |
| 10/18/2004 | MMY | Settlement: Prep for and attend mediation. | 4.00 | 1,000.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 10/25/2004 | MMY | Discovery: 2nd request for production of documents; consider possible supplemental interrogatories. | 1.75 | 437.50 |
| 11/18/2004 | MMY | Discovery: Communications with Ching re subpoena Ocean Duke sent him; consider how to handle above. | 0.50 | 125.00 |
| 11/19/2004 | MMY | Discovery: Ching letter to Ocean Duke re Ocean's subpoena of Hilo docs and discuss with client. | 0.25 | 62.50 |
| 11/22/2004 | MMY | Discovery: Review corresp between Ching and Meyer re Meyer's attempts to get documents from Ching. | 0.25 | 62.50 |
| 11/23/2004 | MMY | Discovery: Protective order; e-mail to Meyer re protective order and his subpoena of Hilo's attorneys; e-mail Ching re what I told Meyer re protective order needs to be in place before he can get documents covered by his subpoena; draft Rule 26 disclosure; modify protective order in light of special requirements Judge Kurren asks for (filing confidential documents under seal can only be done by application to court first) and e-mail to Meyer re same. | 2.00 | 500.00 |
| 11/24/2004 | MMY | Discovery: Finalize protective order and send to opposing counsel with message. | 0.50 | 125.00 |
| 11/30/2004 | MMY | Discovery: Review Ocean Duke's responses to second request for production of documents. | 0.25 | 62.50 |
| 12/21/2004 | MMY | Discovery: Review initial disclosures of Ocean Duke. | 0.25 | 62.50 |
| 04/29/2005 | MMY | Case development and admin: Phone call Ocean Duke's attorney re scheduling. | 0.25 | 65.00 |
| 05/02/2005 | MMY | Case development and admin: Phone call Ocean Duke attorney re scheduling. | 0.25 | 65.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 05/03/2005 | MMY | Case development and admin: Spoke to Neufeld re moving trial. | 0.25 | 65.00 |
| 05/05/2005 | MMY | Case development and admin: Communications with court and Neufeld to arrange and confirm continuance of trial. | 0.75 | 195.00 |
| 05/10/2005 | MMY | Case development and admin: Amended scheduling order. | 0.25 | 65.00 |
| 05/12/2005 | MMY | Case development and admin: Send copy of Jana order re msj to Ocean Duke counsel. | 0.25 | 65.00 |
| 07/08/2005 | MMY | Case development and admin: Check documents with the aim of seeing what is status and what needs to be done to meet deadlines and to prosecute case; work on modifying protective order to allow counsel to keep a copy of documents after settlement and letter to Ocean Duke's counsel re getting protective order entered. | 3.25 | 845.00 |
| 10/12/2005 | MMY | Case development and admin: Recusal order and notify bk; email from bk. | 0.25 | 65.00 |
| 10/26/2005 | MMY | Discovery: Email to Ocean Duke re protective order and discovery. | 0.50 | 130.00 |
| 10/27/2005 | MMY | Discovery: Phone call Neufeld (re protective order/discovery). | 0.25 | 65.00 |
| 10/28/2005 | MMY | Discovery: Review and respond to email from Neufeld and look over protective order language. | 0.50 | 130.00 |
| 11/01/2005 | MMY | Discovery: Email from Ocean Duke with draft changed protective order; work on protective order by identifying and incorporating suggestions from Ocean Duke; email ocean Duke re scheduling and protective order. | 1.25 | 325.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/02/2005 | MMY | Case development and admin: Email from Neufeld re protective order; email from Neufeld re scheduling. | 0.25 | 65.00 |
| 11/02/2005 | MMY | Case development: Research re doctrine of equivalents and infringement | 2.00 | 520.00 |
| 11/03/2005 | MMY | Case development and admin: Work on stip re new trial date and transmit to Ocean D with message. | 0.25 | 65.00 |
| 11/07/2005 | MMY | Case development and admin: Review and respond to email from Ocean D attorney; obtain and review signed stip by Ocean D and send to Court. | 0.25 | 65.00 |
| 11/10/2005 | MMY | Case development and admin: Review and respond to communication from court re new deadlines. | 0.25 | 65.00 |
| 11/16/2005 | MMY | Case development and admin: Stip to continue trial and other dates signed by court. | 0.25 | 65.00 |
| 11/17/2005 | MMY | Case development and admin: Communications with court re new dates and re court needs to change trial date from stipulated date. | 0.25 | 65.00 |
| 11/23/2005 | MMY | Case development and admin: Order from court re new deadlines. | 0.25 | 65.00 |
| 12/07/2005 | MMY | Discovery: Email OD re discovery. | 0.25 | 65.00 |
| 12/28/2005 | MMY | Discovery: Press OD's counsel re discovery and arrangements for meet and confer. | 0.25 | 65.00 |
| 12/29/2005 | MMY | Discovery: Review and respond to email from Neufeld re discovery. | 0.25 | 65.00 |
| 12/30/2005 | MMY | Discovery: Gather Ocean Duke materials re infringement, labeling, discovery responses, and trademark prep for phone call on Tuesday with Ocean Duke re discovery. | 1.50 | 390.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 01/03/2006 | MMY | Discovery:  Review discovery responses of Ocean Duke and press Ocean Duke re discovery; phone call bk re case matters. | 1.75 | 481.25 |
| 01/13/2006 | MMY | Case development and admin:  Phone call Hampton re when expert report is due and re comparison of methodology with report in 7 Seas case. | 0.25 | 68.75 |
| 02/08/2006 | MMY | Discovery:  Reminder letter to OD's attorney re he promised docs and info by 2/3. | 0.25 | 68.75 |
| 02/09/2006 | MMY | Discovery:  Various email Neufeld (re discovery). | 0.25 | 68.75 |
| 02/10/2006 | MMY | Discovery:  Phone call from Neufeld re discovery. | 0.25 | 68.75 |
| 03/09/2006 | MMY | Discovery:  Reminder email to Neufeld re discovery responses. | 0.25 | 68.75 |
| 03/10/2006 | MMY | Discovery:  Email from Neufeld. | 0.25 | 68.75 |
| 03/15/2006 | MMY | Case development and admin:  Notice that Ocean Duke has changed local counsel (Kvam changed law firms). | 0.25 | 68.75 |
| 03/29/2006 | MMY | Discovery:  Email to OD re its failure to respond to discovery. | 0.25 | 68.75 |
| 03/30/2006 | MMY | Discovery:  Communication with Neufeld re Ocean Duke's failure to respond to discovery. | 0.25 | 68.75 |
| 04/03/2006 | MMY | Case development and admin:  Order stating Kvam is substituting as local counsel and Meyer is out. | 0.25 | 68.75 |
| 04/04/2006 | MMY | Discovery:  Reminder to Neufeld re overdue discovery responses. | 0.25 | 68.75 |
| 04/11/2006 | MMY | Discovery:  Reminders re discovery. | 0.25 | 68.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 04/13/2006 | MMY | Discovery:  Communications with OD re their failure to respond to discovery. | 0.50 | 137.50 |
| 04/24/2006 | MMY | Discovery:  Email from OD's attorney re discovery.  * | 0.25 | 68.75 |
| 05/04/2006 | MMY | Discovery:  Check deadlines and consider how to deal with OD's stalling. | 0.25 | 68.75 |
| 05/05/2006 | MMY | Discovery:  Phone call and email Ocean Duke's attorney re discovery. | 0.75 | 206.25 |
| 05/15/2006 | MMY | Discovery:  Email and phone message Ocean Duke re discovery and stipulation re deadlines; email from client; phone call from Ocean Duke's counsel saying interrogatory answers should be received in two weeks and they will push client re document production and they agree to stipulation re extending deadlines. | 0.75 | 206.25 |
| 05/22/2006 | MMY | Discovery:  Gather proof re Ocean Duke's stalling. | 0.25 | 68.75 |
| 06/01/2006 | MMY | Discovery:  Phone call from Marks re interrogatory answers and documents should be available the middle of next week and to make sure they produce what we need. | 0.50 | 137.50 |
| 06/06/2006 | MMY | Case development and admin:  Arrange continuance. | 0.75 | 206.25 |
| 06/07/2006 | MMY | Case development and admin:  Work on getting trial continued, including memo to court. | 1.25 | 343.75 |
| 06/08/2006 | MMY | Case development and admin:  Two email from court re Judge rejected continuance request and possibility of opting for Magistrate; consider how to handle; communications with client and Ocean Duke re above; email pressing to receive discovery. | 1.00 | 275.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|------|---------------------|-----------------------------------------------------|-------|--------|
| 06/09/2006 | MMY | Case development and admin: Work on compelling production and getting trial continued and getting Ocean Duke to stipulate to Magistrate Chang or Kurren. | 1.50 | 412.50 |
| 06/12/2006 | MMY | Discovery: Email Marks; phone call Marks re discovery. | 0.25 | 68.75 |
| 06/13/2006 | MMY | Discovery: Work on motion to continue and motion to compel and possible alternative remedies of stipulated order compelling discovery and opting for trial by magistrate and communications with opposing counsel and client re above. | 3.75 | 1,031.25 |
| 06/15/2006 | MMY | Discovery: Phone call from Marks saying they received docs and info from Ocean Duke; email to Marks re opting for Magistrate and stipulated order. | 0.25 | 68.75 |
| 06/16/2006 | MMY | Case development and admin: Multiple communications with Ocean Duke's attorneys to push them to move on stipulation for Magistrate as trial judge and stipulated order compelling production; phone call from Neufeld saying they are willing to stipulate to J. Kurren as trial judge; phone call bk re above. | 0.75 | 206.25 |
| 06/19/2006 | MMY | Case development and admin: Work on getting Ocean Duke to stipulate to J. Kurren; also work with Ocean Duke re language of stipulated order to compel. | 1.00 | 275.00 |
| 06/21/2006 | MMY | Case development and admin: Multiple communications with court and Ocean Duke re trial setting; communications with Ocean Duke re discovery; receive confirmation from court that Kurren is trial judge. | 1.00 | 275.00 |
| 06/22/2006 | MMY | Case development and admin: Further communications re trial date and discovery. | 0.50 | 137.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 06/23/2006 | MMY | Case development and admin: Email to OD re new trial date and discovery. | 0.25 | 68.75 |
| 06/26/2006 | MMY | Case development and admin: Further email to OD re new trial date and discovery; email from OD agreeing to new trial dates in June 2007 and saying they will get back to me re stipulated order compelling discovery; email to court re above and specifying that all dates are to be reset, including expert witness and amendment of claims dates that already passed; phone call to court re above. | 0.50 | 137.50 |
| 06/27/2006 | MMY | Case development and admin: Email to Marks and Neufeld pressing them to sign stipulated order compelling discovery; phone call Neufeld after not being able to reach Marks; notice from Court re new trial date; calendar; conf client; get Urner Barry volume information. | 1.25 | 343.75 |
| 06/28/2006 | MMY | Discovery: Review and respond to Marks' email re stipulated order compelling discovery and forward to client; consider possible third req for production re Ocean Duke's problems with the government. | 0.50 | 137.50 |
| 07/05/2006 | MMY | Case development and admin: Review interrogatory answers by Ocean Duke and forward to client with detailed letter commenting on responses and comparing to other evidence we have and asking for correction of accounting report error; check for response re documents. | 1.75 | 481.25 |
| 07/13/2006 | MMY | Case development and admin: Analyze discovery produced by Ocean Duke and compare to what info we got on our own to spot false answers, write memo to client re same. | 2.75 | 756.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 07/20/2006 | MMY | Discovery:  Go thru docs produced by OD and draft letter to OD re their failure to produce documents (except for 151 pages) and re shortcomings of their response. | 0.75 | 206.25 |
| 07/21/2006 | MMY | Discovery:  Work on detailed letters pointing out deficiencies of Ocean Duke's interrogatory answers and production of documents. | 4.50 | 1,237.50 |
| 07/26/2006 | MMY | Discovery:  Email from Marks re discovery.* | 0.25 | 68.75 |
| 08/02/2006 | MMY | Discovery:  Email to Ocean Duke re discovery.  * | 0.25 | 68.75 |
| 08/04/2006 | MMY | Case development and admin:  Scheduling order from court; review deadlines. | 0.50 | 137.50 |
| 08/08/2006 | MMY | Discovery:  Review and respond to email from OD attorney re discovery. | 0.25 | 68.75 |
| 08/16/2006 | MMY | Discovery:  Email re their failure to produce documents. | 0.25 | 68.75 |
| 08/18/2006 | MMY | Discovery:  Further communications from and to OD's counsel re production of documents. | 0.25 | 68.75 |
| 08/31/2006 | MMY | Discovery:  Get Ocean Duke stipulated order compelling discovery ready for submission to court; work on memo to Ocean Duke demanding action and cataloguing their past failures and delays; phone call to ocean Duke's attorney – leave message; phone call from Ocean Duke's attorney (he promises to get us electronic accounting report(s) by next Friday). | 2.50 | 687.50 |
| 09/15/2006 | MMY | Discovery:  Review docs produced by Ocean Duke. | 0.25 | 68.75 |
| 09/19/2006 | MMY | Discovery:  Email Ocean Duke pressing them for documents. | 0.25 | 68.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 09/27/2006 | MMY | Discovery:  New docs from Ocean Duke (just copy of file history for K patent). | 0.25 | 68.75 |
| 09/29/2006 | MMY | Discovery:  Review docs from Ocean Duke; email to Ocean Duke complaining about their production; response from Ocean Duke saying more docs coming. | 0.25 | 68.75 |
| 10/04/2006 | MMY | Discovery:  review and respond to phone message from Marks re discovery. | 0.25 | 68.75 |
| 10/13/2006 | MMY | Discovery:  email to Ocean Duke's counsel re their continued failure to produce documents; 2nd email to Marks re docs since he didn't respond | 0.25 | 68.75 |
| 10/19/2006 | MMY | Discovery:  review and respond to Marks' email re discovery. | 0.25 | 68.75 |
| 10/23/2006 | MMY | Discovery:  communications with Marks re Ocean Duke's failure to produce discovery and re we will forbear from filing for sanctions if they produce by Oct. 31. | 0.50 | 137.50 |
| 10/25/2006 | MMY | Discovery:  order from court re compelling discovery. | 0.25 | 68.75 |
| 11/01/2006 | MMY | Discovery:  email to Marks re motion must be filed because discovery did not come as promised. | 0.25 | 68.75 |
| 11/03/2006 | MMY | Discovery:  phone message from Marks (re discovery). | 0.25 | 68.75 |
| 11/08/2006 | MMY | Discovery:  email to Marks saying documents he promised by now still have not been received. | 0.25 | 68.75 |
| 11/16/2006 | MMY | Discovery:  phone call and email Marks re Ocean Duke's failure to produce discovery; email Marks re same. | 0.25 | 68.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/17/2006 | MMY | Discovery: phone message from Marks re they will try to get the documents to me by next Wednesday. | 0.25 | 68.75 |
| 11/21/2006 | MMY | Discovery: email from Marks re what they propose to send us and response from me re his proposed response includes lots of unneeded docs but leaves out many needed documents, and asking him to call me; attempt to call Marks; follow up email to Marks asking him again to call me and saying we need accounting documents and sample invoices from various years. | 0.75 | 206.25 |
| 11/28/2006 | MMY | Discovery: follow up with Marks re their failure to produce documents. | 0.25 | 68.75 |
| 12/04/2006 | MMY | Discovery: review and respond to Marks' email re some documents are being sent on CD and re arranging to talk about production of other documents. | 0.25 | 68.75 |
| 12/05/2006 | MMY | Discovery: scan documents Ocean Duke sent us; call Marks and leave message re what they sent us and what they didn't send us. | 2.50 | 687.50 |
| 12/23/2006 | MMY | Case development and admin: look for documents helpful against Ocean Duke. | 1.00 | 275.00 |
| | | **Subtotal** | **180.25** | **$41,927.50** |
| | | **Hawaii General Excise Tax (4.166%)** | | **$1,746.70** |
| | | **Subtotal of Fees + 4.166% G.E. Tax** | | **$43,674.20** |

| Date | Attorney/<br>Paralegal | Professional Services<br>(Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------------|--------------------------------------------------------|-------|--------|
| 01/02/2007 | MMY | Discovery: 2 phone calls from Marks re deadlines and what docs we still need from Ocean Duke. | 0.50 | 147.50 |
| 01/03/2007 | MMY | Case development and admin: Communications with Marks re moving trial date. | 0.25 | 73.75 |
| 01/08/2007 | MMY | Case development and admin: Stip for continuing trial date and extending deadlines. | 0.25 | 73.75 |
| 01/09/2007 | MMY | Case development and admin: Finish drafting stip to continue and send to Marks; responsive email from Kvam. | 0.25 | 73.75 |
| 01/18/2007 | MMY | Case development and admin: Review and respond to email from Marks re scheduling. * | 0.25 | 73.75 |
| 02/21/2007 | MMY | Discovery: Review new due dates; consider what additional documents OD needs to produce; consider what depos to take. | 0.75 | 221.25 |
| 04/24/2007 | MMY | Case development: Conf damage expert Francom; work on getting information for Francom. | 0.50 | 147.50 |
| 04/26/2007 | MMY | Case development: Communications and information for Francom. | 0.50 | 147.50 |
| 05/01/2007 | MMY | Case development: Phone call Maga re Shih patent; phone call Francom re OD; review docs OD produced; get pertinent Ocean Duke docs to Francom; get protective order to Francom to sign. | 4.50 | 1,327.50 |
| 05/02/2007 | MMY | Case development: Gather info for damage expert. | 4.25 | 1,253.75 |
| 05/03/2007 | MMY | Case development: Get signed undertaking to follow protective order from expert and forward to Ocean Duke's counsel; get other info for damage expert. | 1.00 | 295.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|---------------------------------------------------|-------|--------|
| 05/04/2007 | MMY | Case development:  Phone call from Francom re Ocean Duke damages. | 0.25 | 73.75 |
| 05/05/2007 | MMY | Case development:  Instruction memo to staff re setting up spreadsheet for invoices of Ocean Duke for damage expert. | 0.25 | 73.75 |
| 05/07/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 0.25 | 12.50 |
| 05/18/2007 | MMY | Case development:  Check with staff re progress on Ocean Duke invoices. | 0.25 | 73.75 |
| 05/23/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 0.50 | 25.00 |
| 05/30/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 1.00 | 50.00 |
| 05/31/2007 | MMY | Case development and admin: Conf rk re OD damage docs; prepare stip for extension of time for expert report and send to Marks with explanation. | 0.50 | 147.50 |
| 06/01/2007 | MMY | Case development:  Get information re low temperatures – even boiling wood at 100 degrees C – forms phenols that cause smoke taste. | 0.25 | 73.75 |
| 06/04/2007 | MMY | Case development and admin:  Review and respond to Mark's 2 email re extension re experts and dispos motion date and calendar those dates. | 0.25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 06/05/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 4.75 | 237.50 |
| 06/06/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 3.00 | 150.00 |
| 06/12/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 6.00 | 300.00 |
| 06/13/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 3.25 | 162.50 |
| 06/14/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 6.25 | 312.50 |
| 06/15/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 7.25 | 362.50 |
| 06/18/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 6.00 | 300.00 |
| 06/19/2007 | MMY | Case development:  work on spreadsheet compiling info for damages. | 0.50 | 147.50 |
| 06/19/07 | RK | Case development:  Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 6.25 | 312.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 06/20/2007 | MMY | Case development: Analyze invoices and spreadsheet made from invoices; conferences client re prices to give me and expert information about relevant price ranges; conference Francom re above and re Ocean Duke pages 18 and 19 – copies of Ocean Duke's schedules of treated and non-treated sales; work on deciding which supporting documentation Francom needs and in what form to get it to him; work on getting those documents to Francom. | 2.75 | 811.25 |
| 06/27/2007 | MMY | Case development: Phone call from Francom re damages. | 0.25 | 73.75 |
| 07/09/2007 | MMY | Case development: Call from Francom; get documents of the type requested by Francom and send explanatory email. | 2.50 | 737.50 |
| 07/17/2007 | MMY | Case development: Docs from Francom. | 0.25 | 73.75 |
| 07/25/2007 | MMY | Case development and admin: Review invoice from Francom and make arrangements to pay. | 0.25 | 73.75 |
| 08/02/2007 | MMY | Case development and admin: Review and inform client of change of Ocean Duke's counsel. | 0.25 | 73.75 |
| 08/03/2007 | MMY | Case development and admin: Look at email from Francom and docs attached and consider how to handle; phone call from Marks; check due dates. | 0.50 | 147.50 |
| 08/07/2007 | MMY | Case development and admin: Arrangements to pay Francom bill; communications with client re status of case developments. | 0.25 | 73.75 |
| 08/13/2007 | MMY | Case development and admin: Trial scheduling. | 0.25 | 73.75 |

| Date | Attorney/<br>Paralegal | Professional Services<br>(Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 08/15/2007 | MMY | Discovery:  Review Ocean Duke's expert report of Iwaoka; interrogs and doc request and pass on to client and consider how to respond. | 1.00 | 295.00 |
| 08/15/2007 | MMY | Motions:  review motion for summary judgment and pass on to client and consider how to handle. | 0.50 | 147.50 |
| 08/16/2007 | MMY | Discovery: Look at interrogs and doc requests and depo notices for bk and Rule 30b6 depo notice and compare against schedule/deadlines and consider how to respond; prepare depo notice and subpoena for docs re Iwaoka; communications with client re discovery. | 1.50 | 442.50 |
| 08/16/2007 | MMY | Case development:  confer with client re experts; review documents to find things helpful for expert, contact experts. | 3.00 | 885.00 |
| 08/16/2007 | MMY | Motion:  Review documents to find things helpful for motion. | 1.00 | 295.00 |
| 08/20/2007 | MMY | Case development and admin:  Court notice re hearing of motion for summary judgment; review and respond to email from Marks asking that Iwaoka depo date be moved later; conf Maga. | 1.50 | 442.50 |
| 08/21/2007 | MMY | Case development and admin:  Proof of service; info from Maga re phenols formed even at low temperatures. | 0.50 | 147.50 |
| 08/28/2007 | MEH | Case development:  Conference with M. Yasunaga re: trial tactics. | 0.75 | 221.25 |
| 08/29/2007 | MMY | Depositions:  Email to Marks re resetting depo of Iwaoka. | 0.25 | 73.75 |
| 08/30/2007 | MMY | Depositions:  Multiple email exchange with Marks re Iwaoka depo. | 0.50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 08/31/2007 | MMY | Depositions:  Communications re Iwaoka depo. | 0.25 | 73.75 |
| 09/04/2007 | MMY | Depositions:  Review and respond to Mark's 3 email re Iwaoka wants to start his deposition later in the day; legalstandards for various issues; make arrangements for depo. | 1.00 | 295.00 |
| 09/05/2007 | MMY | Discovery:  look over discovery requests and consider how to handle; consider when to depose Roger and Duke Lin; email bk re when he needs to be available for depo; conf bk re discovery. | 1.25 | 368.75 |
| 09/05/2007 | MMY | Motions:  Conf bk re motion for bifurcation; Look over new motion for bifurcation, etc. and consider how to handle; email from client re bifurcation. | 1.25 | 368.75 |
| 09/06/2007 | MMY | Motions:  work on how to respond to motion for bifurcation; receive order from court setting hearing date for motion; respond to bk re bifurcation. | 0.50 | 147.50 |
| 09/06/2007 | MMY | Depositions:  Consider when to schedule depos of Duke and Roger Lin; email to bk re depos and see his response; depo notices. | 0.50 | 147.50 |
| 09/07/2007 | MMY | Case development:  Research re Ocean Duke's expert's opinions. | 3.75 | 1,106.25 |
| 09/10/2007 | MMY | Depositions: Depo arrangements, including communications with Ing; research re points made in Iwaoka report; Prep for Iwaoka depo; work with our expert. | 6.75 | 1,991.25 |
| 09/11/2007 | MMY | Depositons:  Work with our expert; prep for and take Iwaoka deposition. | 7.50 | 2,212.50 |
| 09/12/2007 | MMY | Case development: Work re experts, claim construction. | 7.25 | 2,138.75 |
| 09/13/2007 | MMY | Case development:  Work re experts; claim construction; jury instructions. | 5.75 | 1,696.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 09/13/2007 | MMY | Discovery: Work on responses to discovery requests. | 1.00 | 295.00 |
| 09/14/2007 | MMY | Case development: Work re experts; claim construction. | 4.75 | 1401.25 |
| 09/14/2007 | MMY | Discovery: Responses to discovery requests. | 0.75 | 221.25 |
| 09/17/2007 | MMY | Discovery: Respond to Ocean Duke discovery requests; email to Marks re depos of Roger and Duke Lin; email Marks re depo of Francom should not be scheduled for LA because he is not there. | 5.25 | 1,548.75 |
| 09/18/2007 | MMY | Depositions: Depo transcript of Iwaoka; email from Marks re depos; email from Ing. | 1.25 | 368.75 |
| 09/19/2007 | MMY | Motions: Work on opposing bifurcation motion. | 0.50 | 147.50 |
| 09/21/2007 | MMY | Case development: Conf bk and work on own definition of filter and various parts of patent that are helpful and how to show ODC is infringing; conf bk re doc production; check docs re production; email to Ing responding to hers re doc production; depo notices. | 4.75 | 1,401.25 |
| 09/21/2007 | MMY | Settlement: Work on settlement offer and settlement docs and get bk's approval; draft explanatory letters to Marks re settlement offer and docs and transmit with offer. | 2.50 | 737.50 |
| 09/21/2007 | MMY | Discovery: confs bk re doc production; check docs re production and what we would/should produce, and consider whether it is better to produce selected/pertinent documents anew or agree to Ing's proposal that all documents produced in earlier litigation be deemed produced for this case. | 2.25 | 663.75 |
| 09/22/2007 | MMY | Case development: Claim construction. | 2.25 | 663.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 09/24/2007 | MMY | Discovery:  Email Ing responding to her email re production of document, and cautioning her about materials in her possession from other cases that are confidential and should not be shown to ODC and mentioning supplemental docs and other issues; email to Marks re deposition notices were served and following up on whether the Lins will comply with notices. | 0.25 | 73.75 |
| 09/24/2007 | MMY | Settlement:   Settlement conf brief and gather proof of infringement for use in that and to oppose summary judgment motion. | 3.25 | 958.75 |
| 09/25/2007 | MMY | Depositons: Work with Marks to try to get Roger Lin's depo. | 0.50 | 147.50 |
| 09/25/2007 | MMY | Settlement:  Settlement conf brief; confs bk re settlement. | 3.75 | 1106.25 |
| 09/25/2007 | MMY | Motions:  Opp to motion for summary judgment. | 1.50 | 442.50 |
| 09/25/2007 | MMY | Case development:  confs bk re liability; review and respond to bk's request for photos and explanations of Shih's alleged machinery. | 1.00 | 295.00 |
| 09/26/2007 | MMY | Discovery: Letter to court asking that Roger Lin's deposition be held while he is here in Hawaii; numerous follow up communications with Ing and Marks to try to get them to agree to have Lin's deposition this weekend; conf bk re discovery. | 4.75 | 1,401.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 09/27/2007 | MMY | Depositions: Further work on trying to get Lin's deposition in Hawaii – phone call Ocean Duke's counsel and letter to court with supplemental information, Review letter from Ing; review Court's order refusing to order Lin's deposition in Hawaii; Talk to Marks and Francom and client re depos for Los Angeles; consider asking Marks to have Lin explain their system before the conf. | 1.50 | 442.50 |
| 09/27/2007 | MMY | Case development and admin: talk to bk re ODC's system and analyze photos and docs to try to understand; phone message from bk re Shih patent re burning the charcoal then removing the water; claim construction; take care of Francom bill issues. | 3.00 | 885.00 |
| 09/28/2007 | MMY | Depositions: Communications with Francom and Hampton and Marks to try to set up deposition and work around Francom's having to be in New York that week. | 1.00 | 295.00 |
| 09/28/2007 | MMY | Case development and admin: Deal with payments re Campos. | 0.25 | 73.75 |
| 09/28/2007 | MMY | Settlement: Review and respond to Ing's email asking us to be prepared to stay later on day of settlement conf. | 0.25 | 73.75 |
| 10/01/2007 | MMY | Settlement: conf bk; prep for and attend settlement conf (including prepare documents for use at conference and for possible handing to Ocean Duke). | 2.00 | 590.00 |
| 10/01/2007 | MMY | Depositions: email from Marks re deposition scheduling; conf bk re issues of the case; go over documents produced by ODC; deposition arrangement details and prep. | 3.50 | 1,032.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 10/02/2007 | MMY | Depositions: communication with Marks re depositions; Make arrangements for deposition trip for Ocean Duke; communications with Francom and his secretary re arrangements and prep for deposition trip; email Marks to confirm deposition details and ODC will pay for Francom's time and flight and hotel. | 1.75 | 516.25 |
| 10/02/2007 | MMY | Case development: Confs bk re various liability and technical issues; analyze patents for helpful things. | 1.50 | 442.50 |
| 10/02/2007 | MMY | Motions:  work on opposing bifurcation motion. | 1.50 | 442.50 |
| 10/02/2007 | MMY | Depositions:  check with bk re his availability for deposition; respond to Marks' email re Kowalski depo. | 0.25 | 73.75 |
| 10/03/2007 | MEH | Case development:  Conference with M. Yasunaga re: concerns about low temperature smoking without filter argument - review of chart of process showing filtering and aging and attorney opinion letter saying no filtering or aging - arguments for trial, etc. | 2.00 | 590.00 |
| 10/03/2007 | MMY | Case development: phone call from bk re liability issues/proof; conf Hsia re various issues, including attorney opinion letter and proof that opinion letter did not account for all proof, such as proof of filtering; look into who decides treble damages; research re liability theories. | 2.00 | 590.00 |
| 10/03/2007 | MMY | Motions:  work on motions for trifurcation, summary judgment and for claim construction. | 2.75 | 811.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 10/04/2007 | MMY | Discovery: communications with ODC's counsel's office to make and confirm arrangements for depositions – starting times, find out when on 10/9 Duke Lin can start, get and notify reporter, duration, confirm they will pay for our expert's expenses to attend, etc. | 1.25 | 368.75 |
| 10/04/2007 | MMY | Motions:  work on opposition to motion for trifurcation, opposition to motion for summary judgment, and work on claim construction. | 5.25 | 1,548.75 |
| 10/04/2007 | MMY | Depositions:  email from Ing re documents for Francom deposition; prep for depositions. | 4.50 | 1,327.50 |
| 10/05/2007 | MMY | Depositions: communications with Francom re deposition; other prep for depositions. | 2.50 | 737.50 |
| 10/05/2007 | MMY | Motions:  work on and file opposition to motion for trifurcation, opposition to motion for summary judgment, and claim construction cross motion, including gathering exhibits. | 9.25 | 2,728.75 |
| 10/06/2007 | MMY | Depositions:  Prep for Ocean Duke depos (including getting necessary documents and copies; review documents produced by Ocean Duke and look through our documents re what might be helpful at deposition). | 11.50 | 3,392.50 |
| 10/07/2007 | MMY | Depositions:  Travel to Ocean Duke depos; prep for depositions during trip and after arrival; communications with Francom's office re schedule and things he should bring with him. | 9.25 | 2,728.75 |
| 10/08/2007 | MMY | Depositions:  Prep for and take depo of Roger Lin; conf bk re deposition. | 9.75 | 2,876.25 |
| 10/09/2007 | MMY | Depositions:  Prep for and take depo of Duke Lin, conf bk re depo. | 8.25 | 2,433.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|------------------------------------------------------|-------|--------|
| 10/10/2007 | MMY | Case development: Conf bk re liability proof. | 0.25 | 73.75 |
| 10/10/2007 | MMY | Motions:  review opposition to motion for summary judgment and then draft and get filed errata correction; receive oral and documentary notice of hearing and briefing dates on motion for claim construction and calendar dates. | 0.75 | 221.25 |
| 10/10/2007 | MMY | Depositions: communications with Francom re arrangements for depo and depo prep. | 0.25 | 73.75 |
| 10/11/2007 | MMY | Depositions: communications with Francom and his office re his arrival; Francom depo prep; review documents from Francom. | 4.75 | 1,401.25 |
| 10/11/2007 | MMY | Case development: conf bk re liability proof and arguments. | 0.50 | 147.50 |
| 10/12/2007 | MMY | Depositions:  prep for and defend Francom depo; Conf bk; review Ocean Duke's reply re summary judgment. | 5.50 | 1,622.50 |
| 10/13/2007 | MMY | Depositions:  Return from Ocean Duke depo trip; organize deposition documents and review notes during return. | 8.50 | 2,507.50 |
| 10/15/2007 | AML | Trial prep:  Discuss with MMY issues regarding importer liability for importing product made with patented process; establishing process patent infringement by looking at process as a whole and avoiding intermediate steps; and counter arguments regarding avoiding infringement based on operation under a different patent; begin research regarding same. | 0.75 | 150.00 |
| 10/15/2007 | MMY | Depositions: communications from court reporter re transcript; check for Exhibit P22 of Francom report; communications with Francom re Exhibit P22 and re he needs to bill Ocean Duke for his time. | 0.50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 10/15/2007 | MMY | Motions: review Ocean Duke's "statement" in lieu of reply memo re summary judgment (asking for more briefing and continued hearing); review Ocean Duke's reply re trifurcation motion; discuss above with client; notice from court re hearing on motion for summary judgment vacated. | 0.50 | 147.50 |
| 10/15/2007 | MMY | Motions: review pro hac vice motion and order granting motion and minutes. | 0.25 | 73.75 |
| 10/15/2007 | MMY | Trial prep: conf bk re liability issues; look at Fed Cir. Digest and treatises to research liability and damage issues, including presumption of infringement, liability of importer of goods made with patented process, intermediates – combining or separating steps, whether claiming to operate under a different patent is a defense; doctrine of equivalents; failing to respond to notice of infringement, what makes attorney opinion letter defective, treble damages, lost profits; conf AML to explain issues to her and to have her follow up researching these issues in other sources. | 5.50 | 1,622.50 |
| 10/16/2007 | AML | Trial prep: Research regarding liability for importing product produced with patented process; presumptions under 35 U.S.C. Section 295; review/analyze case law interpreting same, and treatise material provided by M. Yasunaga regarding presumption created by importer's failure to respond to notice of infringement. | 5.50 | 1,100.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 10/16/2007 | MMY | Trial prep: check on when transcripts of depositions might be received; conf client and AML re pretrial statement; consider what exhibits we will need and list them in pretrial statement; phone call to court inquiring about how detailed/specific court wants pretrial statement exhibit list to be; email from court re above; consider what witnesses we will need for trial; communications with client re need to use John Stalker as a witness and get Stalker contact info from client; work on and file pretrial statement. | 3.25 | 958.75 |
| 10/16/2007 | MMY | Trial prep: review Ocean Duke's pretrial statement and discuss with client, and consider how to deal with newly raised defenses and witnesses. | 0.50 | 147.50 |
| 10/17/2007 | AML | Trial prep: Research regarding United States District Court cases filed by/against Ocean Duke or Citra Perkasa. | 0.50 | 100.00 |
| 10/17/2007 | AML | Trial prep: Continue research regarding infringement analysis for process patents; specifically combining or eliminating steps to avoid infringement. | 1.75 | 350.00 |
| 10/17/2007 | MMY | Trial prep: internet, phone, and email investigations re Ocean Duke's sales, corporate relationships, legal disputes and regulatory matters, and other subjects raised at depositions; ask AML to search for cases filed by or against Ocean Duke. | 2.50 | 737.50 |
| 10/17/2007 | MMY | Depositions: communications with Marks and attempt to contact bk re bk's deposition scheduling; notice of deposition for Kowalski. | 0.25 | 73.75 |
| 10/17/2007 | MMY | Depositions: check to make sure all Francom documents were produced to Ocean Duke (they were); review and pay Iwaoka bill. | 0.50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 10/17/2007 | MMY | Depositions: review transcript and exhibits of Roger Lin deposition and arrange payment. | 1.00 | 295.00 |
| 10/18/2007 | AML | Trial prep: Continue research regarding infringement analysis for process patents; specifically combining or eliminating steps to avoid infringement and possible applicability of doctrine of equivalents. | 3.75 | 750.00 |
| 10/18/2007 | MMY | Depositions: review and pay various bills for case and deposition trip; email Marks re bk out of state so I still need to reconfirm deposition time with him. | 0.50 | 147.50 |
| 10/18/2007 | MMY | Trial prep: consider how invalidity order in MGTR case will impact Ocean Duke case and what we can do about it; conf client re above. | 0.50 | 147.50 |
| 10/22/2007 | AML | Motions: Research regarding construction of "approximately" or "about" in patent; review/analyze relevant caselaw. | 1.00 | 200.00 |
| 10/22/2007 | AML | Motions: Discuss strategy regarding moving for claim construction regarding additional claims of Kowalski patent with M. Yasunaga. | 0.50 | 100.00 |
| 10/22/2007 | AML | Motions: Review supplemental motion for claim of construction; facilitate electronic filing of same. | 0.50 | 100.00 |
| 10/22/2007 | AML | Trial prep: Review/analyze Kowalski patent and various materials from patent file in support of argument that the written description requirement is satisfied. | 0.75 | 150.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 10/22/2007 | MMY | Motions: consider with MEH and AML whether and how to do supplemental motion for claim construction; research re Claim 33's use of the word "about" and similar terms such as "approximately"; review patent claims and consider possible other patent claims to add and reasons for not adding more claims; draft and file supplemental motion for claim construction. | 3.25 | 958.75 |
| 10/23/2007 | MMY | Motions: Prep for and attend pretrial conference and hearing on motion to trifurcate in Ocean Duke (also prepared for summary judgment motion in case that was discussed/argued); discuss motion for summary judgment at hearing to clarify what will happen to that; review minutes. | 1.50 | 442.50 |
| 10/23/2007 | MMY | Settlement: settlement discussions. | 1.00 | 295.00 |
| 10/23/2007 | MMY | Trial prep: confs client re pretrial conference and hearing and consequences thereof. | 0.25 | 73.75 |
| 10/23/2007 | MMY | Depositions: review transcript of Francom deposition. | 1.25 | 368.75 |
| 10/24/2007 | MMY | Trial prep: get jury instructions and special verdict form from two other law firms and review them. | 1.75 | 516.25 |
| 10/25/2007 | MMY | Depositions: email to Marks re details of upcoming Kowalski and HISI depositions; exhibits. | 0.25 | 73.75 |
| 10/25/2007 | MMY | Settlement: email from Ing and 12 follow up email exchange with Ing and Court re settlement scheduling, Duke Lin's attendance, Ing's suggestion that we have communications by phone rather than in person conference, etc. | 0.50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|---------------------------------------------------|-------|--------|
| 10/26/2007 | MMY | Trial Prep: research to find proof/exhibits that people with ordinary skill in the field knew that smoke can be made by using temperatures both above and below range of 204-510 C, such as Fessman, Underwood, Sophianopolis, Baker, patents, references in Maga's book, etc. | 3.25 | 958.75 |
| 10/26/2007 | MMY | Settlement:  8 email exchange with Ing and Court and Marks re settlement. | 0.25 | 73.75 |
| 10/26/2007 | MMY | Depositions:  look at Iwaoka deposition transcript (and note that it contains no corrections by Iwaoka); email from Ing re Iwaoka wants to make corrections to his deposition despite passing of deadline. | 0.25 | 73.75 |
| 10/29/2007 | MMY | Settlement:  6 email exchange re settlement conf scheduling initiated by Marks. | 0.25 | 73.75 |
| 10/30/2007 | MEH | Motions:  Conference with M. Yasunaga regarding motion in limine to exclude argument that within Shih patent - argue presumption of infringement goes to jury so can argue legislative history, etc. | 0.50 | 147.50 |
| 10/30/2007 | MMY | Settlement:  prep for and attend settlement conf. | 3.50 | 1,032.50 |
| 10/30/2007 | MMY | Case development: conf MEH re presumption of infringement and liability issues. | 0.50 | 147.50 |
| 10/30/2007 | MMY | Depositions: review corrections by Iwaoka of his deposition and discuss them with client. | 0.25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 10/30/2007 | MMY | Trial prep:  work on list of things that need to be done and deadlines given that settlement talks failed and it looks like the parties will go to trial (including possible motions in limine, witnesses that must be brought to Hawaii, possible demonstrative exhibits, instructions, deposition designations and original transcripts, etc.); email to staff re above; communications with client re things that must be done. | 3.25 | 958.75 |
| 10/31/2007 | AML | Trial prep:  Discuss trial preparation and deadlines with M. Yasunaga; outline tasks in deadlines. | 1.50 | 300.00 |
| 10/31/2007 | AML | Trial prep:  Research regarding various model patent jury instructions. | 2.50 | 500.00 |
| 10/31/2007 | AML | Trial prep:  Review/analyze caselaw regarding establishing presumption of infringement under 35 U.S.C. Section 295. | 1.75 | 350.00 |
| 10/31/2007 | MMY | Depositions:  prep Kowalski deposition. | 5.50 | 1,622.50 |
| 10/31/2007 | MMY | Trial prep: meetings with AML and staff re what things need to be done for trial and re exhibits; give thought to which witnesses will be needed on which days, especially for Mainland witnesses; check for Duke Lin's deposition transcript; email to Maga re we need his attendance at trial; get new bill from Francom paid; email to Francom re his attendance will be needed at trial due to failure of settlement talks and conjecture as to when he will be needed. | 1.50 | 442.50 |
| 11/01/2007 | AML | Trial prep:  Review/analyze Francom expert report, complaint, answer and Ocean Duke's answers to interrogatories, pretrial statements. | 1.75 | 350.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/01/2007 | AML | Motions:  Continue research regarding timing of and obtaining presumption of infringement under 35 U.S.C. Section 295; outline motion in limine regarding same. | 2.50 | 500.00 |
| 11/01/2007 | AML | Trial prep:  Begin review of model jury instructions to select possible instructions for use at trial. | 1.75 | 350.00 |
| 11/01/2007 | MMY | Depositions:  prep for and attend Kowalski depo; prep for next day's deposition of Kowalski. | 9.25 | 2,728.75 |
| 11/01/2007 | MMY | Trial prep:  communications with Stalker re his availability to testify at trial; email Mizuo Lee re checking into possible alternatives if Stalker's busy schedule prevents him from personally attending trial; email Mizuo Lee asking her to check with court re formatting of exhibits and number of copies needed. | .50 | 147.50 |
| 11/02/2007 | AML | Trial prep:  Phone call to J. Kurren's chambers regarding format and submission of exhibits (.25); email correspondence with  M. C. Yasunaga regarding same (.25). | 0.50 | 100.00 |
| 11/02/2007 | AML | Trial prep:  Prepare chart of trial deadlines and task assignments. | 1.25 | 250.00 |
| 11/02/2007 | AML | Trial prep:  Begin preparing chart summarizing proposed jury instructions; review/analyze USDC - N.D. Cal. model patent jury instructions and federal circuit bar association model patent jury instructions. | 2.75 | 550.00 |
| 11/02/2007 | AML | Motions:  Review/analyze Ocean Duke's opposition to cross motion for claim construction; discuss same with M. Yasunaga. | 1.25 | 250.00 |
| 11/02/2007 | AML | Motions:  Review/revise shell document for motions in limine. | 0.50 | 100.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/02/2007 | AML | Motions:  Research regarding exceptions to hearsay rule; email to M. Yasunaga regarding same. | 1.50 | 300.00 |
| 11/02/2007 | MMY | Motions:  communications re ODC saying they will file motion to continue and asking us to stipulate to shortened briefing schedule; consider how to deal with motion to continue and request for expedited briefing. | .25 | 73.75 |
| 11/02/2007 | MMY | Trial prep:  work on exhibits; email from Mizuo Lee re Court's instructions re how exhibits should be done. | 2.75 | 811.25 |
| 11/02/2007 | MMY | Depositions:  prep for and attend Kowalski depo; conf bk after re depo and further steps. | 6.5 | 1,917.50 |
| 11/02/2007 | MMY | Settlement:  conf bk re new settlement idea. | .25 | 73.75 |
| 11/02/2007 | MMY | Motions:  review ODC's memo in opposition to motion for claim construction and discuss with Mizuo Lee. | 1.00 | 295.00 |
| 11/03/2007 | MMY | Trial prep:  exhibits and exhibit list. | 6.75 | 1,991.25 |
| 11/03/2007 | MMY | Trial prep:  arrangements to get Stalker to trial. | .25 | 73.75 |
| 11/04/2007 | AML | Trial prep:  Continue preparing chart summarizing proposed jury instructions. | 1.50 | 300.00 |
| 11/04/2007 | MMY | Trial prep:  exhibits and exhibit list. | 4.75 | 1,401.25 |
| 11/04/2007 | MMY | Trial prep:  communications re getting Stalker to trial. | .25 | 73.75 |
| 11/04/2007 | MMY | Depositions:  scan Duke Lin's deposition transcript. | .50 | 147.50 |
| 11/05/2007 | AML | Motions:  Review/analyze Ocean Duke's motion for partial summary judgment; plaintiff's opposition to same and plaintiffs' cross-motion for claim construction. | 1.75 | 350.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|-----------------------------------------------------|-------|--------|
| 11/05/2007 | AML | Motions: Research regarding indefiniteness, ability of party to raise defenses not explained in response to contention interrogatory; unopposed claim construction motion; review/analyze relevant caselaw. | 3.25 | 650.00 |
| 11/05/2007 | AML | Motions: Begin drafting reply memo in support of claim construction. | 2.75 | 550.00 |
| 11/05/2007 | MMY | Trial prep: exhibits and exhibit list and consider how will use various exhibits; review and respond to email from Ing re ODC may not meet tomorrow's deadline for producing exhibits and witness list and responding that plaintiffs do intend to meet tomorrow's deadline; work with staff re getting legible copies with Bates numbers not cut off. | 8.25 | 2,433.75 |
| 11/05/2007 | MMY | Trial prep: further scheduling and arrangements to get Stalker and Maga to trial and draft and send them letters re when they will be needed. | 1.00 | 295.00 |
| 11/05/2007 | MMY | Trial prep: communications with Kowalski re arguments and evidence to use at trial. | .75 | 221.25 |
| 11/05/2007 | MMY | Trial prep: memo to Mizuo Lee and follow up communications re motions in limine, instructions, late defenses and presumptions. | .50 | 147.50 |
| 11/06/2007 | AML | Motions: Complete first draft of reply memorandum in support of cross motion for claim construction. | 6.75 | 1,350.00 |
| 11/06/2007 | AML | Motions: Research regarding FRCP Rule 37(c)(1); written description requirement/whether claim needs to mirror ranges given in specification; review/analyze relevant caselaw. | 2.75 | 550.00 |
| 11/06/2007 | MMY | Trial prep: further work on exhibits – which to select and how to use, and which documents to be careful of; work on | 7.75 | 2,286.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------|-----------------------------------------|-------|--------|
| | | descriptions of exhibits for accuracy and to show where each can be found (e.g., Bates number or pleading to which was attached); communications with client re what exhibits to use; work on and complete and transmit to ODC exhibit list and copy of proposed exhibits by today's deadline. | | |
| 11/06/2007 | MMY | Trial prep: multiple communications with Marks and Ing re whether the Lins will or will not attend trial and ODC's expressed intention to file motion for continuance and re ODC failing to provide exhibits and exhibit list by today's due date; check into whether Lins can be required to show up at trial to testify. | .50 | 147.50 |
| 11/07/2007 | AML | Motions: Review/revise first draft of reply memorandum in support of cross motion for claim construction; draft/prepare M. Yasunaga declaration in support of same and Exhibit "4" summarizing claim construction summary/chart; review/revise second draft of reply memorandum in support of cross motion for claim construction per M. Yasunaga's comments; prepare exhibits and revise M. Yasunaga's declaration. | 6.75 | 1,350.00 |
| 11/07/2007 | AML | Trial prep: Continue review/analysis/summary of selected proposed jury instructions (patents). | 3.50 | 700.00 |
| 11/07/2007 | MMY | Motions: Claim construction reply brief (because ODC did not dispute our proposed claim construction, reply brief actually deals with written description and definiteness defenses ODC improperly raised in their claim construction opposition memo) . | 4.75 | 1,401.25 |
| 11/07/2007 | MMY | Trial prep: work on updating and elaborating list of due dates and list of things to do, work on witness scheduling/timing for trial and when they should travel to and be in Hawaii; start working on witness examination | 3.50 | 1,032.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | outlines; email Marks and Ing re we still have not received ODC's exhibit list and exhibits and we object to late named witnesses (Cardile and McInerney) and documents or other exhibits that were not produced during discovery. | | |
| 11/07/2007 | MMY | Trial prep: communications with client re trial prep. | .50 | 147.50 |
| 11/07/2007 | MMY | Settlement: communication with client and email Marks and Neufeld re new settlement ideas. | .25 | 73.75 |
| 11/08/2007 | AML | Motions: Final revisions/preparation regarding reply memorandum in support of cross and supplemental motion for construction. | 2.50 | 500.00 |
| 11/08/2007 | AML | Trial prep: Review/analyze trademark jury instructions; discuss same with M. Yasunaga. | 3.25 | 650.00 |
| 11/08/2007 | AML | Trial prep: Discuss theory of the case, trial strategy and arguments/evidence supporting infringement with M. Yasunaga. | 1.50 | 300.00 |
| 11/08/2007 | MMY | Trial prep: email to Marks and Ing re we still have not received ODC's exhibits list and exhibits; review late exhibit list from ODC (contains no bates numbers or other means to find exhibits and contains listing of exhibits which have never been produced during discovery); 2nd email from Marks with second list; check to see if ODC produced its exhibits; email to Marks objecting to his listing exhibits that he has never produced during discovery (e.g., videotapes and photos, labeling, and ODC financial statements) and his failing to include Bates numbers so it is difficult to find the documents or to determine if he ever produced them, and asking him to produce the actual exhibits (which were due Nov 6) so we can know specifically what exhibits he is referring to | .75 | 221.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| | | and so we can better determine our objections. | | |
| 11/08/2007 | MMY | Motions: edit claim construction reply brief. | 1.00 | 295.00 |
| 11/08/2007 | MMY | Trial prep: communications with Francom re what he needs to do to prepare for trial testimony and arrangements for his attendance; communications with Maga re schedule of his attendance at trial. | .50 | 147.50 |
| 11/08/2007 | MMY | Trial prep: phone calls bk and discussion with AML and research and review/collection of evidence on theories of case and proof/arguments re infringement. | 2.25 | 663.75 |
| 11/08/2007 | MMY | Trial prep: presumption of validity; exclusion of evidence-motions in limine, update list of things to do and refine trial schedule and witness attendance schedule. | 2.75 | 811.25 |
| 11/08/2007 | MMY | Trial prep: discuss jury instructions with AML. | .25 | 73.75 |
| 11/08/2007 | MMY | Depositions: review Francom deposition transcript and send to him with message he must make any corrections by Nov 16. | 1.50 | 442.50 |
| 11/08/2007 | MMY | Depositions: receive copy of video of Kowalski depo and make arrangements for Kowalski to view samples in prep for trial. | .25 | 73.75 |
| 11/08/2007 | MMY | Settlement: phone call from Marks and Neufeld re settlement. | .25 | 73.75 |
| 11/08/2007 | WK | Trial prep: Legal Technology Services Rendered: DVD copies (total of 5 copies) | 0.50 | 60.00 |
| 11/09/2007 | AML | Trial prep: Complete chart summarizing proposed jury instructions and draft/prepare proposed jury instructions. | 5.75 | 1,150.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|---------------------------------------------------|-------|--------|
| 11/09/2007 | AML | Motions: Begin drafting motion in limine regarding presumption of infringement under 35 USC Section 295. | 3.25 | 650.00 |
| 11/09/2007 | MMY | Trial prep: work on jury instructions, exclusion of evidence-motions in limine, and other trial prep; research re doc of equiv & intermediates. | 5.75 | 1,696.25 |
| 11/09/2007 | MMY | Trial prep: further planning re scheduling of witnesses and arrangements for out of state witnesses to attend (when they should be in Hawaii and hotel and plane arrangements); get Stalker contact information from Kowalski for mailing of check for airfare and expenses; letter to Stalker re dates, reimbursement of expenses, etc.; communication from Maga re schedule of his attendance at trial; get contact information from Maga for period when he will be traveling on East Coast; order check for Stalker's expenses to come to trial; further outlining of possible testimony. | 2.25 | 663.75 |
| 11/09/2007 | MMY | Trial prep: 7 email exchange with ODC to try to get them to finally produce a copy of their proposed exhibits – which were due Nov 6 – and how their failure to produce exhibits and their deficient list makes it impossible for Plaintiffs to know what exhibits they are proposing and whether Plaintiffs can stipulate to authenticity or admissibility and also to relay court instructions re avoiding duplicates and how parties are to number the exhibits (no duplicate numbers, no use of "P" or "D" in exhibit numbers); review and respond to Ing's email re whether video we listed was produced (explain to her that our list and the copy of exhibit we gave them on 11/6 due date shows they were). | 1.25 | 368.75 |
| 11/09/2007 | MMY | Trial prep: receive news that a CD has been | 1.00 | 295.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | received from Alston Hunt – presumably with tardily produced copies of ODC's trial exhibits – and ask staff to have documents on that CD printed up; review exhibits produced by ODC and note that the ones produced consist entirely of Plaintiffs' own documents and that about ¼th of the exhibits on ODC's list were not produced so we still don't know what those exhibits are and they appear to be things that ODC never produced in discovery; draft email to ODC's counsel complaining of missing exhibits. | | |
| 11/09/2007 | MMY | Motions: review new entry from court re claim construction reply memo and get that misunderstanding by court corrected. | .25 | 73.75 |
| 11/10/2007 | AML | Motions: Continue drafting motion in limine regarding presumption of infringement under Section 295. | 8.75 | 1,750.00 |
| 11/10/2007 | AML | Motions: Review/analyze R. Lin and D. Lin depo transcripts (for use in motions in limine). | 2.25 | 450.00 |
| 11/10/2007 | MMY | Trial prep: jury instructions/law/claim construction chart. | 6.25 | 1,843.75 |
| 11/10/2007 | MMY | Trial prep: work with staff to get laptop loaded as needed for trial. | .25 | 73.75 |
| 11/11/2007 | AML | Motions: Complete first draft of motion in limine regarding presumption of infringement under Section 295; review M. Yasunaga's comments to same and respond to same. | 5.25 | 1,050.00 |
| 11/11/2007 | MMY | Trial prep: jury instructions/law. | 6.50 | 1,917.50 |
| 11/12/2007 | AML | Trial prep: Review/edit proposed jury instructions. | 0.75 | 150.00 |
| 11/12/2007 | AML | Motions: Research regarding exclusion of expert witness whose opinions were not disclosed prior to deadline. | 0.75 | 150.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|---------------------------------------------------|-------|--------|
| 11/12/2007 | AML | Motions:  Begin drafting Errata to Exhibit "A" attached with plaintiffs' reply memo in support of cross motion for claim construction and supplemental motion for claim construction. | 0.50 | 100.00 |
| 11/12/2007 | AML | Motions:  Review/revise motion in limine #1 regarding presumption of infringement under Section 295; draft/prepare M. Yasunaga and B. Kowalski declarations; gather/prepare exhibits. | 8.50 | 1,700.00 |
| 11/12/2007 | MMY | Trial prep:  jury instructions exclusion of evidence-motions in limine. | 4.25 | 1,253.75 |
| 11/12/2007 | MMY | Trial prep:  determine what parts of depositions to designate for trial (because Ocean Duke refuses to say which of its witnesses will attend trial) | 4.50 | 1,327.50 |
| 11/12/2007 | MMY | Motions:  check for errors in claim construction chart attached to reply memo re motion for claim construction and make corrections; discuss with AML. | 2.25 | 663.75 |
| 11/12/2007 | MMY | Trial prep:  gather and send Maga various things to review in preparation for trial. | 1.50 | 442.50 |
| 11/12/2007 | MMY | Trial prep:  phone call and email to Marks re meeting to try to reach stipulations as to exhibits. | .25 | 73.75 |
| 11/13/2007 | AML | Motions:  Draft motion in limine #2 regarding Ocean Duke's undisclosed defenses; M. Yasunaga declaration; review/revise same; prepare exhibits. | 3.25 | 650.00 |
| 11/13/2007 | AML | Motions:  Review/analyze caselaw regarding exclusion of expert witness testimony based on failure to disclose same; incorporate research info motion in limine #3 regarding damage expert McEnerney and other experts. | 1.25 | 250.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/13/2007 | AML | Motions:  Draft motion in limine #6 regarding evidence (exhibits and witness) untimely produced and identified and M. Yasunaga declaration; review and revise same and e-file same. | 1.75 | 350.00 |
| 11/13/2007 | AML | Motions:  Finalize Errata to Exhibit "A" attached with reply memorandum in support of cross and supplementary motions for claim construction. | 0.50 | 100.00 |
| 11/13/2007 | AML | Trial prep:  Final revisions to proposed jury instructions and email correspondence with P. Marks regarding deadline related to same. | 2.50 | 500.00 |
| 11/13/2007 | AML | Motions:  Review/revise motion in limine #1 regarding presumption of infringement under Section 295; review/revise M. Yasunaga declaration; prepare additional exhibits. | 4.25 | 850.00 |
| 11/13/2007 | AML | Motions:  Brief research regarding exclusion of witnesses and exhibits under FRCP 37(c); review/analyze caselaw. | 1.25 | 250.00 |
| 11/13/2007 | AML | Trial prep:  Review/analyze transcript of Kowalski deposition regarding burning charcoal at 180 degrees centigrade. | 0.75 | 150.00 |
| 11/13/2007 | MEH | Motions:  Telephone call from M. Yasunaga regarding argument of assignment of patent by L. Sands; Telephone call & conference w/ M. Yasunaga regarding motion to continue trial alleging assignment to L. Sandau - was UCC-1 Financing Statement; order certified copy of UCC-1 Financing Statement; voice mail to M. Yasunaga regarding need to present copy of actual unrecorded assignment of royalties to respond, etc. | 0.50 | 147.50 |
| 11/13/2007 | MMY | Motions:  Motions in limine – work on and file ours, scan Ocean Duke's motions. | 6.50 | 1,917.50 |
| 11/13/2007 | MMY | Trial prep:  prepare trial witness list; scan Ocean Duke's witness list and note Ocean | .75 | 221.25 |

| Date | Attorney/<br>Paralegal | Professional Services<br>(Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------------------------|--------------------------------------------------------|-------|--------|
|  |  | Duke has added even more late witnesses, and consider what we should do about that. |  |  |
| 11/13/2007 | MMY | Trial prep: work on jury instructions; review email from Marks saying he thought jury instructions were not due until next week and Mizuo Lee's reply explaining that LR 15.1(a) requires the parties to exchange proposed jury instructions 14 days before trial – which is today. | 2.25 | 663.75 |
| 11/13/2007 | MMY | Trial prep: conferences with MEH re how to get documents on file at patent office showing that Sandau's interest is only a security interest and not an ownership interest in patent; consider what Ocean Duke is trying to achieve with its exhibit re Sandau security interest. | .25 | 73.75 |
| 11/13/2007 | MMY | Motions: review ODC's motion to continue trial and to shorten time for hearing and to seal exhibits and discuss with AML and client; consider how to respond and note no hearing date. | .50 | 147.50 |
| 11/13/2007 | MMY | Trial prep: finish determining what parts of depositions to designate for trial and work on and check accuracy of pleadings listing our designations. | 2.75 | 811.25 |
| 11/14/2007 | AML | Motions: Research regarding pleading/notice requirement for vague "invalidity" defense; review/analyze relevant caselaw. | 0.75 | 150.00 |
| 11/14/2007 | AML | Motions: Work on written description issue. | 1.25 | 250.00 |
| 11/14/2007 | AML | Motions: Review/analyze Ocean Duke's motion to continue trial; discuss standing of HISI issue with T. Nagata and M. Yasunaga. | 1.00 | 200.00 |
| 11/14/2007 | MMY | Depositions: review Kowalski deposition transcript; corrections to Francom's deposition. | 2.25 | 663.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|----------------------------------------------------|-------|--------|
| 11/14/2007 | MMY | Motions:  notice from court of 11/16 hearing on ODC motion to continue trial; order granting motion to shorten time; order from court re sealing exhibits to motion to continue; communication with AML re we need to work on our opposition memorandum right away; further analysis/work of motion to continue trial and confs AML and TESN re research needed to respond. | 2.00 | 590.00 |
| 11/14/2007 | TESN | Motions:  Conferences with M. Yasunaga and A. Lee re motion to continue trial; conduct research re standing to sue and ability to seek lost profits. | 6.25 | 1,125.00 |
| 11/15/2007 | AML | Motions:  Draft opposition to motion to continue trial; review/revise same; draft M. Yasunaga declaration. | 6.50 | 1,300.00 |
| 11/15/2007 | AML | Motions:  Brief research regarding settlement negotiations not an excuse to fail to prepare diligently for trial and meet other deadlines (re Ocean Duke motion to continue trial). | 0.50 | 100.00 |
| 11/15/2007 | AML | Motions:  Review/analyze email from T. Nagata regarding B. Kowalski's standing to pursue lost profits of HISI as his damage for Ocean Duke's infringement and caselaw relevant to same; brief follow-up research regarding same. | 1.75 | 350.00 |
| 11/15/2007 | MMY | Motions:  review case law and work on opposition to motion to continue trial (which includes arguments re written description requirement and indefiniteness, and purported assignment to Sandau, and false claim that settlement negotiations are an excuse to continue trial); review and sign declaration; prep for tomorrow's hearings; effect on Ocean Duke case of court's recent reconsideration ruling re written description in MGTR case. | 5.75 | 1,696.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|----------------------------------------------------|-------|--------|
| 11/15/2007 | MMY | Trial prep: review and prepare response to Ing's email incorrectly claiming that jury instructions were not due Nov 13 (she did not read the LR requiring the parties to exchange proposed instructions 14 days before trial) and re videotapes named on our exhibit list; reply by Ing. | .25 | 73.75 |
| 11/15/2007 | MMY | Trial prep: 3 communications with Kowalski re rooms and air tickets for all mainland witnesses. | .25 | 73.75 |
| 11/15/2007 | MMY | Trial prep: Gather and analyze evidence re damage issues. | .50 | 147.50 |
| 11/15/2007 | TESN | Motions: Review research in response to question from A. Lee re motion to continue issue of standing; draft e-mail re same. | 0.50 | 90.00 |
| 11/16/2007 | AML | Trial prep: Draft proposed special verdict form. | 2.50 | 500.00 |
| 11/16/2007 | AML | Trial prep: Email correspondence with M. Yasunaga regarding upcoming deadlines and L. Ing inquiry regarding Francom report. | 0.50 | 100.00 |
| 11/16/2007 | AML | Motions: Brief research regarding Rule 801(d)(2) and admissions of party opponents. | 0.75 | 150.00 |
| 11/16/2007 | AML | Trial prep: Review email from L. Ing regarding due date for jury instructions forwarded by M. Yasunaga, review Am. Rule 16 Scheduling Order; relay comments to M. Yasunaga regarding same. | 0.25 | 50.00 |
| 11/16/2007 | AML | Motions: Prepare for and attend hearing on motion to continue trial and cross motion for claim construction. | 1.50 | 300.00 |
| 11/16/2007 | MMY | Motions: prep for and attend hearing on motion to continue and for claim construction and for summary judgment; review minute order from court re above. | 2.75 | 811.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 11/16/2007 | MMY | Motions:  phone calls to Kowalski and Taylor re above and significance/effects thereof. | .50 | 147.50 |
| 11/16/2007 | MMY | Trial prep:  brief conf with Marks re numbering of exhibits; conf with paralegal re same. | .25 | 73.75 |
| 11/16/2007 | MMY | Trial prep:  email from Ing re concise statement of case and requesting we declassify Fracom report as highly confidential; draft possible response and communicate with AML re that. | .50 | 147.50 |
| 11/16/2007 | MMY | Trial prep:  review and suggest changes/additions to draft special verdict form; response from AML. | .50 | 147.50 |
| 11/17/2007 | AML | Motions:  Review/revise defendant's motion in limine to exclude reference to HISI as a plaintiff for lack of standing. | 0.50 | 100.00 |
| 11/17/2007 | AML | Motions:  Research regarding Kowalski's entitlement to seek HISI's lost profit damages as his own damages. | 2.00 | 400.00 |
| 11/17/2007 | AML | Motions:  Draft plaintiffs' opposition to defendant's motion in limine to exclude reference to Hawaii International Seafood as plaintiff for lack of standing. | 1.00 | 200.00 |
| 11/17/2007 | AML | Motions:  Continue research regarding admission of party opponent under FRE 801(d)(2); review/analyze relevant caselaw. | 0.50 | 100.00 |
| 11/17/2007 | AML | Motions:  Draft plaintiffs' opposition to defendant's motion in limine to exclude Chris Ragone statements as hearsay; prepare M. Yasunaga declaration in support of same. | 1.25 | 250.00 |
| 11/17/2007 | AML | Trial prep:  Review/revise draft of proposed special verdict form. | 0.50 | 100.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/17/2007 | AML | Motions: Review/analyze Ocean Duke's motion in limine to exclude Chris Ragone statements as hearsay. | 0.75 | 150.00 |
| 11/17/2007 | AML | Motions: Research regarding impropriety of motion in limine in lieu of a motion for summary judgment; review/analyze relevant caselaw. | 1.50 | 300.00 |
| 11/17/2007 | MMY | Trial prep: objections to exhibits. | 1.50 | 442.50 |
| 11/17/2007 | MMY | Motions: work on opposing Ocean Duke's motions in limine. | 2.75 | 811.25 |
| 11/17/2007 | MMY | Trial prep: work on special verdict form. | .50 | 147.50 |
| 11/17/2007 | MMY | Trial prep: communications with Kowalski re trial scheduling and when he needs to be available and must delay his out of state trip; communications with Kowalski re various issues for trial such as what kind of late exhibits and testimony from only recently named witnesses Ocean Duke might come up with but has not yet produced or revealed and what we can/should do in response. | 1.25 | 368.75 |
| 11/17/2007 | MMY | Trial prep: review and consider response to email from Ing complaining about our proposed jury instructions even though ODC has still failed to present its proposed instructions, which were due Nov 13 under LR51.1.a. | .25 | 73.75 |
| 11/17/2007 | MMY | Trial prep: update list of things to do and trial schedule. | 1.00 | 295.00 |
| 11/18/2007 | AML | Trial prep: Review L. Ing email regarding LR 51.1 and request for redline against model rule instructions; review/analyze LR 51.1; email to M. Yasunaga regarding proposed response to L. Ing's request for redline. | 0.75 | 150.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/18/2007 | AML | Trial prep:  Review/analyze M. Yasunaga's notes regarding objections to exhibits and various emails. | 0.50 | 100.00 |
| 11/18/2007 | AML | Trial prep:  Draft/prepare plaintiff's objections to exhibits. | 4.75 | 950.00 |
| 11/18/2007 | AML | Trial prep:  Research regarding exclusion of attorney opinion letter; review/analyze relevant caselaw. | 2.50 | 500.00 |
| 11/18/2007 | AML | Trial prep:  Brief research regarding escaping Rule 37(c) sanction on grounds that evidence did not exist or not in possession until eve of trial. | 0.75 | 150.00 |
| 11/18/2007 | AML | Motions:  Complete first draft of opposition to defendant's motion in limine to exclude reference to HISI as a plaintiff for lack of standing; email to M. Yasunaga discussing same. | 1.25 | 250.00 |
| 11/18/2007 | AML | Trial prep:  Research regarding power of United States District Court to subpoena or compel discovery in Indonesia of non-party; review/analyze relevant caselaw. | 0.50 | 100.00 |
| 11/18/2007 | MMY | Trial prep:  communications with Kowalski re specific details of arrangements to transport and house witnesses. | .25 | 73.75 |
| 11/18/2007 | MMY | Trial prep:  Objections to exhibs. | 2.00 | 590.00 |
| 11/18/2007 | MMY | Trial prep:  special verdict form. | .25 | 73.75 |
| 11/18/2007 | MMY | Trial prep:  review and respond to email from Ing re her proposed sections of Francom's report to declassify. | .25 | 73.75 |
| 11/18/2007 | MMY | Motions:  opp to motion in re Ragone. | .75 | 221.25 |
| 11/18/2007 | MMY | Motions:  scan our filed motions in limine and find error in exhibit to one and give instructions for correcting it. | 1.75 | 516.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 11/18/2007 | MMY | Trial prep: work on trial brief and objections/defects of attorney opinion letter. | 1.50 | 442.50 |
| 11/18/2007 | MMY | Trial prep: look into fact that ODC plans to use as exhibits Cryofreeze trademark registrations by other companies; research that this is no defense to ODC because those registrations are for industries entirely different from the one that Ocean Duke and Plaintiffs are in. | .50 | 147.50 |
| 11/18/2007 | MMY | Trial prep: multiple communications with AML re research re whether we can force Duke Lin's attendance at trial and re Ocean Duke's wanting to use exhibits it has not yet produced and research re willful infringement. | .50 | 147.50 |
| 11/19/2007 | AML | Trial prep: Review M. Yasunaga email correspondence regarding meeting various trial deadlines; coordinate effort to submit proposed jury instructions. | 0.50 | 100.00 |
| 11/19/2007 | AML | Trial prep: Research regarding whether allowing surprise evidence and defense theory constitutes reversible error and/or warrants a new trial. | 1.25 | 250.00 |
| 11/19/2007 | AML | Trial prep: Additional drafting of objections to exhibits. | 0.50 | 100.00 |
| 11/19/2007 | AML | Trial prep: Begin drafting trial brief. | 4.00 | 800.00 |
| 11/19/2007 | AML | Trial prep: Continue research regarding subpoena power of USDC over Indonesian company/citizen. | 0.75 | 150.00 |
| 11/19/2007 | AML | Motions: Final review/revisions to plaintiff's opposition to Ocean Duke's motion in limine to exclude alleged statements by Chris Ragone as inadmissible hearsay. | 0.50 | 100.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/19/2007 | AML | Trial prep:  Review/revise special verdict form per M. Yasunaga's suggestions. | 0.75 | 150.00 |
| 11/19/2007 | KKS | Trial prep:  Research on Rule 37© case law and the Hague Convention. | 4.75 | 688.75 |
| 11/19/2007 | MMY | Trial prep:  update list of things to do and schedule and give instructions to team re exhibits, trial equip, itinerary/arrangements for witnesses; suggestions to updating trial binder. | .75 | 221.25 |
| 11/19/2007 | MMY | Trial prep:  email to Ing re Francom's report confidentiality; email responding to Ing's re her request we do more work re instructions; email to Ing responding to her's requesting Lins be allowed to come up with new, previously undisclosed opinions re damages in violation of order compelling discovery and discovery and expert opinion deadlines. | 1.00 | 295.00 |
| 11/19/2007 | MMY | Trial prep:  email from Marks proposing a draft concise statement of the case and work on how to respond. | .25 | 73.75 |
| 11/19/2007 | MMY | Motions:  review order granting motion for claim construction and forward to client with comments/instructions. | .25 | 73.75 |
| 11/19/2007 | MMY | Trial prep:  trial brief. | .75 | 221.25 |
| 11/19/2007 | MMY | Settlement – draft amended settlement offer and appendices and explanatory letter to Ocean Duke's counsel; conf bk re settlement; phone call from Neufeld and Marks re settlement. | 2.00 | 590.00 |
| 11/19/2007 | MMY | Trial prep:  conf bk re issues of case, conf bk re claims of K patent. | .25 | 73.75 |
| 11/19/2007 | MMY | Trial prep:  phone call from Francom re trial prep and arrange call for Wednesday. | .25 | 73.75 |
| 11/19/2007 | MMY | Trial prep:  special verdict form. | .50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 11/19/2007 | MMY | Trial prep: objections to exhibits. | 2.75 | 811.25 |
| 11/19/2007 | MMY | Motions: opposition to motion in limine re Ragone. | .25 | 73.75 |
| 11/19/2007 | MMY | Motions: opposition to other motions in limine. | 1.25 | 368.75 |
| 11/19/2007 | MMY | Trial prep: give instructions to get color copies of all colored exhibits and compile and transmit to staff list of which exhibits those would be. | 1.00 | 295.00 |
| 11/19/2007 | MMY | Trial prep: determine what we need in binders for trial and give direction to staff re assembling those binders. | .25 | 73.75 |
| 11/20/2007 | AML | Motions: Review/analyze opposition to Ocean Duke's motion in limine to preclude evidence and comment relating to alleged regulatory and/or administrative investigations involving Ocean Duke; draft opposition regarding same; review/revise. | 1.75 | 350.00 |
| 11/20/2007 | AML | Trial prep: Prepare submission of supplemental jury instructions. | 0.50 | 100.00 |
| 11/20/2007 | AML | Trial prep: Research regarding whether failure to exclude untimely evidence or defenses constitutes reversible error or warrants a new trial; review/analyze relevant caselaw. | 1.25 | 250.00 |
| 11/20/2007 | AML | Trial prep: Draft proposed concise statement of the case. | 0.50 | 100.00 |
| 11/20/2007 | AML | Trial prep: Revise/finalize proposed special verdict form. | 2.25 | 450.00 |
| 11/20/2007 | AML | Trial prep: Draft special voir dire questions; review/revise same. | 0.75 | 150.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/20/2007 | AML | Trial prep: Research regarding whether lack of standing to pursue damages/real party in interest defenses are waivable; review/analyze relevant caselaw. | 1.25 | 250.00 |
| 11/20/2007 | AML | Trial prep: Research regarding whether increased damages under Section 284 is issue for judge or jury; review/analyze relevant caselaw; discuss same with M. Yasunaga. | 1.50 | 300.00 |
| 11/20/2007 | AML | Trial prep: Review/revise objections to exhibits. | 0.75 | 150.00 |
| 11/20/2007 | AML | Trial prep: Continue drafting trial brief; review/revise same and finalize for filing. | 3.25 | 650.00 |
| 11/20/2007 | AML | Motions: Review/edit opposition to defendant's motion in limine to exclude reference to HISI as a plaintiff for lack of standing. | 1.25 | 250.00 |
| 11/20/2007 | MEH | Trial prep: Review certified copy of financing statement; Telephone call & conference with M. Yasunaga regarding same – trademark claims - settlement status; Review claims construction order. | 0.50 | 147.50 |
| 11/20/2007 | MMY | Trial prep: concise statement of the case and special verdict form and supplemental jury instructions; special voir dire questions; review ODC's proposed voir dire questions. | 1.50 | 442.50 |
| 11/20/2007 | MMY | Motions: opp to motion in limine re HISI's lack of standing. | 1.75 | 516.25 |
| 11/20/2007 | MMY | Trial prep: trial brief. | 1.75 | 516.25 |
| 11/20/2007 | MMY | Trial prep: objections to exhibits. | 2.75 | 811.25 |
| 11/20/2007 | MMY | Trial prep: communications with AML re waiver by ODC of various defenses/objections. | .25 | 73.75 |
| 11/20/2007 | MMY | Trial prep: communications with AML re | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|---------------------------------------------------|-------|--------|
| | | increased damages law. | | |
| 11/20/2007 | MMY | Motions: opposition to motion in limine re Ragone. | .50 | 147.50 |
| 11/20/2007 | MMY | Motions: opposition to motion in limine re regulatory matters. | 1.00 | 295.00 |
| 11/20/2007 | MMY | Trial prep: review order denying motion for summary judgment and order denying motion to continue trial; review and compare with transcripts ODC's objections to Plaintiffs' designations of depositions and ODC's counterdesignations; review ODC's objections to exhibits; inform/discuss with client the above. | 1.50 | 442.50 |
| 11/20/2007 | MMY | Trial prep: communications with AML/check law re whether failure to exclude late evidence/defenses constitutes reversible error. | .25 | 73.75 |
| 11/20/2007 | MMY | Trial prep: research re treble damages and discuss with AML. | .75 | 221.25 |
| 11/20/2007 | MMY | Trial prep: communications with client re trial arrangements and payment for travel and hotel expenses. | .25 | 73.75 |
| 11/20/2007 | MMY | Motions: ex parte motion to seal exhibits; draft order granting motion. | .50 | 147.50 |
| 11/20/2007 | MMY | Trial prep: conf MEH re trademark issues. | .25 | 73.75 |
| 11/20/2007 | MMY | Trial prep: communications with MEH re and review document received from USPTO re patent lien exhibit proposed by ODC. | .25 | 73.75 |
| 11/21/2007 | AML | Trial prep: Prepare/review jury instructions binder with authorities and redline showing changes from Model/Pattern jury instructions; email to M. Yasunaga regarding same. | 4.75 | 950.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 11/21/2007 | AML | Motions:  Email to B. Kowalski attaching and discussing (1) plaintiffs' motion in limine #1 regarding presumption of infringement; (2) proposed supplemental jury instructions and (3) claim construction. | 0.25 | 50.00 |
| 11/21/2007 | AML | Trial prep:  Prepare/edit/arrange for delivery of diskette containing jury instructions to J. Kurren's chambers per Local Rule 51.1 | 1.50 | 300.00 |
| 11/21/2007 | MMY | Motions:  review motion oppositions filed by ODC and work on how to handle; prep to oppose Marks' new assertion that the stipulated extension of time for producing experts' reports should be construed as relieving Ocean Duke from having to produce any expert reports at all, review language of stipulated order compelling discovery to be produced by ODC and stipulation extending time for expert reports; find email from Marks in which he acknowledges that the purpose for the extension he agreed to was so that all expert report deadlines would be continued); review order granting motion to file exhibits under seal; submission of exhibits under seal pursuant to court order. | 3.50 | 1,032.50 |
| 11/21/2007 | MMY | Trial prep:  review non-motion things filed by Ocean Duke on 11/20 and work on how to handle (i.e., trial brief [which tries to raise new, late witnesses and defenses], instructions [which also try to raise new, late defenses], special verdict form, statement of the case, etc.). | 1.25 | 368.75 |
| 11/21/2007 | MMY | Trial prep:  go through Plaintiffs' damage expert's documents to label/tab the numerous exhibits to his report and make sure they are all their in our exhibit set and in proper order. | 1.75 | 516.25 |
| 11/21/2007 | MMY | Trial prep:  select particular recently filed documents for Kowalski to read in preparation for trial and ask AML to send to him and ask secretary to make hard copies of | .75 | 221.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | various earlier pleadings for Kowalski; contact Kowalski about picking up the box of earlier pleadings and what documents we are providing to him and significance of those documents in helping him prepare for his trial testimony. | | |
| 11/21/2007 | MMY | Trial prep:  review McInerney's very late expert report (just delivered today) and work on how to handle if court allows these opinions despite lateness; compare to see what modifications he made from his report in other cases. | 1.50 | 442.50 |
| 11/24/2007 | AML | Motions:  Review/analyze Ocean Duke's opposition memo to plaintiffs' motion in limine #1, 2, 3, 4, 5, 6, and 7; trial brief, proposed voir dire questions; proposed statement of the case. | 1.50 | 300.00 |
| 11/24/2007 | MMY | Trial prep:  prep for Kowalski's examination at trial and opening statement. | 2.75 | 811.25 |
| 11/24/2007 | MMY | Trial prep: send McInerney's late report to our expert with copy of his earlier report for comparison; communicate with our expert about those reports and re we will try to exclude this expert's late opinions. | .50 | 147.50 |
| 11/24/2007 | MMY | Trial prep:  further work re instructions and verdict form. | .50 | 147.50 |
| 11/25/2007 | AML | Trial prep:  Review/analyze Ocean Duke's proposed jury instructions and compare against plaintiffs' proposed jury instructions. | 2.00 | 400.00 |
| 11/25/2007 | AML | Trial prep:  Draft proposed alternative special verdict form (no presumption of infringement). | 0.50 | 100.00 |
| 11/25/2007 | MMY | Trial prep:  prep for Kowalski direct/cross examination; communications with Kowalski re confirming Stalker's attendance at trial and recent developments and upcoming matters; | 4.25 | 1,253.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | work on exhibits; communications with AML re instructions and special verdict form. | | |
| 11/25/2007 | MMY | Motions:  prep for tomorrow's hearing. | .50 | 147.50 |
| 11/26/2007 | AML | Settlement:  Discuss settlement position with M. Yasunaga and analyze probability of achieving various results. | 1.75 | 350.00 |
| 11/26/2007 | AML | Trial prep:  Prepare plaintiff's joint and supplemental jury instructions. | 1.25 | 250.00 |
| 11/26/2007 | AML | Motions:  Attend hearing on motions in limine. | 1.00 | 200.00 |
| 11/26/2007 | AML | Settlement:  Attend settlement conference. | 1.75 | 350.00 |
| 11/26/2007 | CSY | Trial prep:  Work on trial exhibits. | 8.00 | 960.00 |
| 11/26/2007 | MMY | Trial prep:  phone calls Francom. | .25 | 73.75 |
| 11/26/2007 | MMY | Motions:  prep for (including searching for helpful case authority and email and devising arguments to use to make up for fact no reply memos were allowed) and argue at hearing of motions in limine; review court's minute order re rulings on motions; conf client re above. | 2.25 | 663.75 |
| 11/26/2007 | MMY | Trial prep:  consider affect on trial prep of various rulings and work on dealing with. | 2.50 | 737.50 |
| 11/26/2007 | MMY | Settlement:  prep for and attend settlement conference; review settlement orders from court; prep for tomorrow's settlement conf. | 2.25 | 663.75 |
| 11/26/2007 | MMY | Trial prep:  help paralegal with problems/questions re damage expert's report and exhibits; deal with inquiry from expert's office. | .25 | 73.75 |
| 11/26/2007 | MMY | Trial prep:  work on how to deal with ODC argument that Shih Patent was issued "over" (after) Kowalski patent. | 1.75 | 516.25 |

| Date | Attorney/<br>Paralegal | Professional Services<br>(Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------------------------|--------------------------------------------------------|-------|--------|
| 11/26/2007 | MMY | Trial prep:  deal with infringer's argument that it doesn't infringe because it uses allegedly infringing trademark together with infringer's own name – get case authority showing that is no defense because it may lead public to falsely think there is a joint venture or other affiliation between the two companies. | .50 | 147.50 |
| 11/27/2007 | AML | Trial prep:  Review caselaw regarding 35 USC Section 282 disclosure of prior art references. | 1.75 | 350.00 |
| 11/27/2007 | AML | Trial prep:  Review/analyze/compare closely Ocean Duke's trial brief, proposed jury instructions, plaintiff's proposed jury instructions and relevant model/pattern instructions. | 3.00 | 600.00 |
| 11/27/2007 | AML | Trial prep:  Draft objections to Ocean Duke's proposed jury instructions. | 6.50 | 1,300.00 |
| 11/27/2007 | AML | Trial prep:  Brief research regarding misuse of defense legal standards to prepare appropriate jury instructions. | 1.25 | 250.00 |
| 11/27/2007 | CSY | Trial prep:  Work on trial exhibits | 9.00 | 1,080.00 |
| 11/27/2007 | MMY | Settlement:  prep for and attend settlement conf. | 1.75 | 516.25 |
| 11/27/2007 | MMY | Trial prep:  objections to instructions and drafts of supplemental instructions (many needed because of new/late defenses ODC raised via its trial brief and its proposed instructions). | 3.75 | 1,106.25 |
| 11/27/2007 | MMY | Trial prep:  confs client re issues for trial. | .50 | 147.50 |
| 11/27/2007 | MMY | Trial prep:  work on trial exhibits (better copies, color copies, supplementation, what exhibits to use with which witnesses, loading on computer with bar codes to be able to call up and project at trial, etc.); work on dealing | 2.75 | 811.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | with new/late patent defenses raised by ODC in its trial brief. | | |
| 11/27/2007 | MMY | Trial prep: receive from client and analyze and add to exhibit list Ocean Duke marketing materials Ocean Duke failed to produce in discovery, which shows that ODC is part of a large empire of companies and that the Lins lied in their depositions to hide affiliations with other companies; discuss this document with client and how it was obtained; consider how to use this at trial; locate and copy deposition testimony relevant to this exhibit; make sure this exhibit is loaded onto computer. | 1.50 | 442.50 |
| 11/27/2007 | MMY | Trial prep: check on juror cards; check on equipment for trial. | .50 | 147.50 |
| 11/27/2007 | MMY | Trial Prep: conf AML and look at law re prior art to be raised at trial must be disclosed at least 30 days before trial pursuant to USC section 282, and consider how to raise this objection. | .75 | 221.25 |
| 11/28/2007 | AML | Trial prep: Revise objections to Ocean Duke's proposed jury instructions; draft/prepare alternative instructions/plaintiffs' proposed instructions 60 - 63. | 4.25 | 850.00 |
| 11/28/2007 | AML | Motions: Draft motion in limine #8 regarding defenses raised by Ocean Duke on or after November 13, 2007; review/revise same; prepare M. Yasunaga declaration regarding same; e-file. | 8.25 | 1,650.00 |
| 11/28/2007 | CSY | Trial prep: Work on trial binders. | 10.00 | 1,200.00 |
| 11/28/2007 | MMY | Trial prep: check deposition testimony of Roger and Duke Lin re various issues useful for trial. | 1.25 | 368.75 |
| 11/28/2007 | MMY | Trial prep: continued work on substantive | 3.50 | 1,032.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|----------------------------------------------------|-------|--------|
| | | counters to late defenses raised by ODC (e.g., gathering law and evidence and Judge Ezra's ruling granting summary judgment to Kowalski re best mode, lack of enablement, and inequitable conduct defenses and Judge Kurren's summary judgment order re fraud on the patent office defense, prior art defenses did not comply with Section 282's requirement that prior art be identified at least 30 days before trial and Judge Kurren's and PTO's determinations that Yamaoka Patent does not defeat Kowalski patent; lack of novelty and public use – e.g., PTO's rulings to contrary, Judge Kurren's claim construction to contrary, Gore v. Garlock re secret use without disclosure of how to practice, etc.; misuse and unclean hands – fact that patent is long and has many claims does not constitute misuse, accusation that Plaintiffs brought meritless claims fails because successful resolution of those claims showed they were not meritless – gather judgments and injunctions and settlement agreements showing claims were recognized by other defendants as having merit, accusation that Plaintiffs got one time settlement payments from small distributors is not misuse as a matter of law, evidence supporting fraud on the patent office defense also applies to misuse argument since ODC argues the fraud on the patent office constitutes misuse, etc.). | | |
| 11/28/2007 | MMY | Motions: work on motion in limine. | 3.25 | 958.75 |
| 11/28/2007 | MMY | Trial prep: work with staff re getting exhibits ready to be loaded onto computer with barcodes. | .50 | 147.50 |
| 11/28/2007 | MMY | Trial prep: update list of things to do/projected trial schedule and witness testimony times and subjects and discuss with rest of team and client; work further on | 1.50 | 442.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | witness testimony outlines. | | |
| 11/28/2007 | MMY | Settlement: notice from court re further settlement conf; email from Marks saying ODC offered $ payment and x cents a pound future royalty but now withdraws that offer and will not ever pay a settlement in the range recommended by the Court; prep for tomorrow's settlement conference and discuss with client. | .75 | 221.25 |
| 11/28/2007 | MMY | Trial prep: review and respond to email from Ing naming and attaching late exhibits (review late exhibits which are irrelevant, hearsay expert report materials of Alvarado [who TPI later admitted was not an expert] tendered in TPI case by TPI in effort to avoid summary judgment re infringement of Yamaoka Patent); inform client and staff re above – add to exhibit list and exhibit binders; consider how to exclude this new, improper exhibit from trial. | .75 | 221.25 |
| 11/28/2007 | WK | Trial prep: Legal Technology Services Rendered: | 2.50 | 300.00 |
| 11/29/2007 | AML | Motions: Draft ex parte motion shortening time on motion in limine #8 and M. Yasunaga declaration in support of same; e-file same. | 1.25 | 250.00 |
| 11/29/2007 | AML | Trial prep: Coordinate assembling of trial binder. | 0.50 | 100.00 |
| 11/29/2007 | AML | Trial prep: Prepare memo to R. Young regarding contact information and personnel; email to R. Young regarding same. | 0.50 | 100.00 |
| 11/29/2007 | AML | Trial prep: Begin review/revise objections to Ocean Duke's proposed jury instructions and alternative instructions. | 0.75 | 150.00 |
| 11/29/2007 | CSY | Trial prep: Work on trial exhibits. | 8.00 | 960.00 |

| Date | Attorney/<br>Paralegal | Professional Services<br>(Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/29/2007 | MEH | Trial prep: Telephone call from M. Yasunaga regarding settlement status - W. Kowalski testimony to present at trial, etc. | 0.25 | 73.75 |
| 11/29/2007 | MMY | Motions: declaration to shorten time; ask ODC if they will stipulate to expediting hearing on motion in limine; review Ing's negative response; review memorandum of ODC in opposition to motion to shorten time. | .25 | 73.75 |
| 11/29/2007 | MMY | Settlement: prep for and attend settlement conf; review and calendar notice of further settlement conf. | 1.50 | 442.50 |
| 11/29/2007 | MMY | Trial prep: instruct AML and staff that we must prepare fully for trial given failure of settlement talks and ODC's insistence that no further settlement talks can take place until the day before trial; update list of things to do; go over with staff what needs to be done; work with staff re getting exhibits barcoded and ready for use at trial and check on materials for trial such as various trial binders; instructions to staff re to whom exhibits for court should be delivered and need to provide names of staff that will set up equipment before trial; instructions to inform court we will use laptop and would like access to email; email from court acknowledging that names of our staff have been received by court and that personnel must bring ID to court and call to give specific time for equipment setup Monday; review binder of exhibits sent by ODC's counsel and compare with exhibits submitted earlier; compare new trial exhibit list (containing new numbers assigned for trial) to earlier ODC exhibit list; scan juror cards and discuss juror cards with AML and staff for putting information re jurors in more usable format; consider which jurors might be better and not as good; conf client re jurors. | 2.25 | 663.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/29/2007 | MMY | Trial prep:  conf MEH re testimony for trial; work on opening statement and examination of witnesses. | 3.50 | 1,032.50 |
| 11/29/2007 | MMY | Trial prep:  objections to Ocean Duke's instructions; supplemental instruction. | .75 | 221.25 |
| 11/29/2007 | MMY | Trial prep:  prep for Francom examination, including communications with Francom, review law and damage report and exhibits and consider what parts to use and what testimony we will need, review sample examination questions and demonstrative exhibits and start drafting own questions and consider what demonstrative exhibits we might use; send Francom check for payment of recent expenses. | 2.00 | 590.00 |
| 11/29/2007 | RT | Trial prep:  Created Kowalski case in Trial Director.  Copied trial exhibits over and setup bar code scanning for use in trial. | 4.00 | 480.00 |
| 11/30/2007 | AML | Trial prep:  Research regarding lost profit damages and non infringing substitutes; review/analyze relevant caselaw. | 1.50 | 300.00 |
| 11/30/2007 | AML | Trial prep:  Draft jury instructions regarding lost profit damages, willful infringement, comparison of patents and written description; review/revise same. | 2.75 | 550.00 |
| 11/30/2007 | AML | Trial prep:  Research regarding impropriety of comparing or assuming that subsequently issued patent calls for method or device that does not infringe prior patent; review/analyze relevant caselaw. | 1.25 | 250.00 |
| 11/30/2007 | AML | Trial prep:  Complete/final review/revisions to Plaintiffs' objections to Ocean Duke's proposed jury instructions and supplemental instruction Nos. 60-67; prepare exhibits for e-filing; e-file same. | 6.25 | 1,250.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 11/30/2007 | CSY | Trial prep:  Work on trial binders. | 6.00 | 720.00 |
| 11/30/2007 | MEH | Trial prep:  Telephone call from M. Yasunaga regarding evaluation of model jury instructions from Federal Circuit and Northern District of California; Telephone call from M. Yasunaga regarding field of invention is smoke, not color retention. | 0.50 | 147.50 |
| 11/30/2007 | MMY | Trial prep:  objections to ODC's proposed instructions; our supplemental instructions and research re those and related legal issues. | 4.25 | 1,253.75 |
| 11/30/2007 | MMY | Trial prep:  conf MEH re relevant field of art and objection to ODC's instruction as being wrong in that regard and propose proper field; conf MEH re comparison of jury instructions from Federal Circuit and Northern District of Calif and related specifics. | .50 | 147.50 |
| 11/30/2007 | MMY | Trial prep:  communications with damage expert; review power point presentation proposed by expert and comment; work on opening statement and witness examination. | 4.50 | 1,327.50 |
| 11/30/2007 | MMY | Trial prep:  2 email from Ing re equipment for trial and re ODC will file a response re defenses and evidence at trial. | .25 | 73.75 |
| 11/30/2007 | MMY | Trial prep:  work with staff on entry of exhibits into computer and barcoding; other work re exhibits. | 1.25 | 368.75 |
| 11/30/2007 | RT | Trial prep:  Setup case in Trial Director for Milton trial on Monday. | 4.00 | 480.00 |
| 12/01/2007 | AML | Trial prep:  Prepare summary of proposed jury instructions and objections to same. | 2.75 | 550.00 |
| 12/01/2007 | AML | Trial prep:  Begin review/analysis of Francom report. | 1.25 | 250.00 |
| 12/01/2007 | MMY | Trial prep:  work on preparing opening | 11.75 | 3,466.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | statement and examination of Kowalski (including meet with Kowalski) and other witnesses, and exhibits (including use with computer, bar codes, and projector). | | |
| 12/01/2007 | RT | Trial prep:  Make requested exhibit changes in Trial Director for Milton. Copied live case over from PC to laptop. OCR Kowalski summation DB. | 5.00 | 600.00 |
| 12/02/2007 | AML | Trial prep:  Gather/review all pleadings regarding affirmative defenses asserted by Ocean Duke in Nov. 2007. | 1.50 | 300.00 |
| 12/02/2007 | AML | Trial prep:  Review/meet with M. Yasunaga and B. Kowalski regarding trial exhibits and discuss testimony to be given with each exhibit. | 6.25 | 1,250.00 |
| 12/02/2007 | MMY | Trial prep:  work on preparing opening statement and examination of Kowalski (including meet with Kowalski) and other witnesses, and exhibits (including use with computer, bar codes, and projector); confirm witness travel-trial attendance; communications with Kowalski and Taylor re damage information. | 11.50 | 3,392.50 |
| 12/02/2007 | MMY | Trial prep:  email from Ing re taking Iwaoka out of order; email from Ing re equipment at trial; email from Ing to court re equipment and time limit on opening statement and ODC will be filing memo re motion; email to Ing responding re Iwaoka and giving info re Stalker not available until 12/10. | .50 | 147.50 |
| 12/02/2007 | MMY | Settlement :  review and respond to email from Ing requesting information/documents re settlement. | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 12/02/2007 | RT | Trial prep:  Begin finalizing case in Trial Director for Milton.  Setup dry run for Milton and Allison so they could test for use court.  Complete bar code printouts with optimized color for trial.  Change ☐erox scans to originals for optimized viewing on projector. | 7.00 | 840.00 |
| 12/03/2007 | AML | Trial prep:  Discuss and prepare for putting objection to preliminary jury instructions on the record. | 0.50 | 100.00 |
| 12/03/2007 | AML | Trial prep:  Email to R. Young (cc to Ocean Duke's counsel) regarding error in plaintiff's proposed preliminary jury instructions No. 15; discuss same with MMY. | 0.50 | 100.00 |
| 12/03/2007 | AML | Trial prep:  Discuss various issues regarding opening statement and trial themes with M. Yasunaga. | 1.00 | 200.00 |
| 12/03/2007 | AML | Trial prep:  Settle/discuss preliminary jury instructions with Judge Kurren, Zach, L. Ing, P. Marks and M. Yasunaga. | 0.75 | 150.00 |
| 12/03/2007 | AML | Trial prep:  Research regarding non-admissible evidence relied upon by expert to form opinions under FRE 702; review/analyze relevant caselaw and Advisory Committee notes. | 1.00 | 200.00 |
| 12/03/2007 | AML | Trial prep:  Research regarding exclusionary witness rule and applicability to D. Francom's attendance at trial; review/analyze relevant caselaw, Rules 615 and 702 and Advisory Committee notes. | 1.25 | 250.00 |
| 12/03/2007 | AML | Settlement (No Charge): Attend settlement conference with M. Yasunaga and B. Kowalski. | 4.25 | 0.00 |
| 12/03/2007 | CSY | Trial prep:  Prepare exhibits for trial; set up court room. | 6.00 | 720.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 12/03/2007 | MMY | Settlement: prep for and participate in settlement conferences. | 4.00 | 1,180.00 |
| 12/03/2007 | MMY | Trial prep: prep for and participate in pretrial meeting with Judge Kurren and Ocean Duke. | 1.25 | 368.75 |
| 12/03/2007 | MMY | Trial prep: deal with email from court staff in response to question posed by Ing, email from Marks re Iwaoka and exhibits for opening statement, email from court staff re court will hold conference today. | .25 | 73.75 |
| 12/03/2007 | MMY | Trial prep: prep for jury selection and opening statement and examination of Kowalski (including conferences Kowalski) and other witnesses, including also getting making sure video equipment/computer are ready to go and selecting exhibits to use. | 8.25 | 2,433.75 |
| 12/03/2007 | MMY | Trial prep: further work re instructions, including objection to Ocean Duke's instruction 17 and communications with AML and court and Ing re error in instruction 15 that needs to be corrected; review latest filings by Ocean Duke and court orders (re motions in limine) and consider how to deal with them. | .75 | 221.25 |
| 12/03/2007 | MMY | Trial prep: communications with Kowalski and Taylor re damage information and relay information for their review. | .25 | 73.75 |
| 12/03/2007 | RT | Trial prep: Setup Trial director laptop, projector, Elmo and audio. | 1.00 | 120.00 |
| 12/03/2007 | RT | Trial prep: Prepare trial director case for Milton's use in court. | 2.00 | 240.00 |
| 12/03/2007 | WK | Trial prep: Legal Technology Services Rendered: Set up of IT equipment in court room. | 1.00 | 120.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 12/04/2007 | AML | Trial prep:  Various trial preparation with B. Kowalski, D. Francom and discuss same with M. Yasunaga. | 2.50 | 500.00 |
| 12/04/2007 | AML | Trial prep:  Email to T. Nagata and K. Shigemura framing/explaining Shih patent comparison and combining steps theories/issues; review responses summarizing their research findings. | 0.75 | 150.00 |
| 12/04/2007 | AML | Trial prep and trial:  Day 1 of jury trial - assist with jury selection, opening statement and B. Kowalski testimony. | 8.00 | 1,600.00 |
| 12/04/2007 | CSY | Trial prep and trial:  Take binders to court; work on trial exhibits. | 5.00 | 600.00 |
| 12/04/2007 | KKS | Trial prep:  Read email from AML; Research Doctrine of Equivalents issue; Email to AML regarding the same. | 5.75 | 833.75 |
| 12/04/2007 | MEH | Trial prep:  conference with K. Shigemura regarding argument that using result of combined steps avoids infringement; research regarding same; conference with K. Shigemura regarding same; conference with TESN regarding improvement and basic patents. | 0.75 | 221.25 |
| 12/04/2007 | MEH | Trial prep:  Telephone call from W. Kowalski & conference with W. Kowalski, M. Yasunaga and AML regarding Examiner's amendment to add [redacted] - bring ribbon original to court, etc. | 0.50 | 147.50 |
| 12/04/2007 | MMY | Trial prep:  communication from Maga re his trial attendance; email from court staff re instruction error; email from court staff re use of rooms to meet during trial; prep for trial (jury selection, opening statement, and beginning examination of Kowalski). | 2.50 | 737.50 |
| 12/04/2007 | MMY | Trial prep and trial:  Trial (choosing jury, various objections, preliminary instructions, | 8.00 | 2,360.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | deal with objection to Francom's attendance at trial; opening statements, start examination of Kowalski). | | |
| 12/04/2007 | MMY | Trial prep:  prep for next day of trial – communications with Francom re when he might testify and what he should do in the meantime to prepare; prep for continued examination of Kowalski tomorrow; review and respond to Marks' inquiry re next witnesses; communications with associates re further research that would be helpful (re other patent as a defense and re infringer combining or separating steps and doc of equiv); email from Ing re exhibit 140. | 5.25 | 1,548.75 |
| 12/04/2007 | RT | Trial prep and trial:  Technical assistance for trial | 7.00 | 840.00 |
| 12/04/2007 | TESN | Trial prep:  Conduct research and draft explanation re defense of separate patent; conference with M. Hsia re same. | 6.50 | 1,170.00 |
| 12/04/2007 | WK | Trial prep and trial:  Legal Technology Services Rendered: Set up of IT equipment in court room. | 1.00 | 120.00 |
| 12/05/2007 | AML | Trial prep:  Discuss claim construction chart with B. Kowalski. | 0.25 | 50.00 |
| 12/05/2007 | AML | Trial prep:  Prepare B. Kowalski exam notes/points for direct. | 1.75 | 350.00 |
| 12/05/2007 | AML | Trial prep:  Prepare R Lin exam notes/points for direct/cross-exam with depo transcript citations. | 2.50 | 500.00 |
| 12/05/2007 | AML | Trial prep:  Discuss trial strategy with M. Yasunaga. | 0.75 | 150.00 |
| 12/05/2007 | AML | Trial prep:  Discuss scheduling of witnesses testimony with M. Yasunaga and prepare email response to L. Ing regarding scheduling of witnesses (Iwaoka and D. Lin). | 0.50 | 100.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|-----------------------------------------------------|-------|--------|
| 12/05/2007 | MMY | Trial prep:  receive phone and email notice from court that trial is rained out today; inform client and staff and Francom that trial is rained out; email from Ing re same; communications with Stalker re his attendance at trial. | .50 | 147.50 |
| 12/05/2007 | MMY | Trial prep:  review email from Ing and Marks re Duke Lin's availability for trial Friday and Iwaoka must leave Friday so confirming his testimony that day; respond that Iwaoka may testify Friday and he should go before Duke Lin; email from Ing and email from Marks confirming arrangements for Duke Lin and Iwaoka. | .25 | 73.75 |
| 12/05/2007 | MMY | Trial prep:  communications with Francom re his upcoming testimony and get Fancom's corrected power point slides loaded on computer. | .50 | 147.50 |
| 12/05/2007 | MMY | Trial prep:  prep for examination of Kowalski (including meet with Kowalski and work with various exhibits); prep for examination of Roger Lin. | 9.75 | 2,876.25 |
| 12/05/2007 | MMY | Trial prep:  communications with Kowalski re Maga should come to Hawaii a day earlier in case that is needed. | .25 | 73.75 |
| 12/05/2007 | RT | Trial prep and trial:  Technical Assistance for trial | 5.00 | 600.00 |
| 12/06/2007 | AML | Trial prep:  Collect materials for preparation of Prof. Maga exam/cross-exam. | 0.50 | 100.00 |
| 12/06/2007 | AML | Trial prep:  Prepare W. Iwaoka exam annotated outline/notes (depo citations). | 1.75 | 350.00 |
| 12/06/2007 | AML | Trial prep:  Prepare D. Lin exam annotated (depo citations) outline/notes. | 1.25 | 250.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 12/06/2007 | AML | Trial prep and trial: Attend trial (2nd day-direct and cross-examination of W. Kowalski. | 5.00 | 1,000.00 |
| 12/06/2007 | MMY | Trial prep: prep for examination of Kowalski. | 1.75 | 516.25 |
| 12/06/2007 | MMY | Trial prep and trial: Kowalski examination at trial. | 5.50 | 1,622.50 |
| 12/06/2007 | MMY | Trial prep: communications with Francom; communication from me and Kowalski with Maga re his coming to Hawaii earlier, and logistics and prep; email from Ing re Ocean Duke adding new exhibit (Iwaoka's report). | 1.00 | 295.00 |
| 12/06/2007 | MMY | Trial prep: prep for examination tomorrow of Iwaoka, Duke Lin, Roger Lin; work on jury instructions. | 7.50 | 2,212.50 |
| 12/06/2007 | RT | Trial prep and trial: Technical assistance for trial | 5.00 | 600.00 |
| 12/07/2007 | AML | Trial prep and trial: Attend trial (third day) - direct and cross-examination of W. Iwaoka and D. Lin; begin direct of R. Lin. | 5.50 | 1,100.00 |
| 12/07/2007 | AML | Trial prep and trial: Communicate with staff and assist re: preparing work binders of admitted exhibits. | 0.50 | 100.00 |
| 12/07/2007 | AML | Trial prep: Review Dr. Maga report, declaration, and materials relevant to his testimony; outline topics to go over with Dr. Maga. | 1.00 | 200.00 |
| 12/07/2007 | MMY | Trial prep: Further prep for examination of Iwaoka, Duke Lin, and Roger Lin. | 2.25 | 663.75 |
| 12/07/2007 | MMY | Trial prep and trial: participate at trial in examination of Iwaoka, Duke Lin, and Roger Lin. | 5.50 | 1,622.50 |
| 12/07/2007 | MMY | Trial prep and trial: email from Marks re his | 6.25 | 1,843.75 |

| Date | Attorney/Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|-------------------|---------------------------------------------------|-------|--------|
| | | next witnesses will be Roger Lin and Chris Ragone; work on preparation for Maga and Francom; check admitted exhibits. | | |
| 12/07/2007 | RT | Trial prep and trial:  Technical assistance for trial | 5.00 | 600.00 |
| 12/08/2007 | AML | Trial prep:  Meet with and preparation for Dr. Maga testimony. | 5.50 | 1,100.00 |
| 12/08/2007 | MMY | Trial prep:  Prep for examination of Joseph Maga; communications with Francom and work on prep for his testimony; conferences client re above witnesses and written description; arrangements re picking up Stalker and meeting him. | 8.25 | 2,433.75 |
| 12/09/2007 | AML | Trial prep:  Research admissibility of expert report regarding damage calculations; review/analyze relevant caselaw. | 0.75 | 150.00 |
| 12/09/2007 | AML | Trial prep:  Research regarding whether invalidity affirmative defenses are mooted by finding of non-infringement; review/analyze relevant caselaw. | 1.50 | 300.00 |
| 12/09/2007 | AML | Trial prep:  Preparation for settlement of closing jury instructions. | 2.25 | 450.00 |
| 12/09/2007 | AML | Trial prep:  Revise special verdict form (switch burden of proof, add invalidity). | 1.25 | 250.00 |
| 12/09/2007 | MMY | Trial prep:  Prep for examination of John Stalker, David Francom, Roger Lin, Maga and Ragone; work on instructions and verdict form and closing. | 11.25 | 3,318.75 |
| 12/09/2007 | MMY | Trial prep:  review and consider how to respond to Marks' email proposing various stipulations re damage expert testimony/records; communications with Francom and client re Marks' proposal; confs client re his discussions with Maga; make arrangements for Dr. Maga to meet me on | .50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | Monday afternoon after trial. | | |
| 12/10/2007 | AML | Trial prep and trial:  Attend trial (4th day – testimony of J. Stalker, D. Francom and R. Lin). | 5.50 | 1,100.00 |
| 12/10/2007 | AML | Trial prep:  Maga preparation – discuss infringement issues, temperature limitation/written description defense and potential cross-exam. | 2.75 | 550.00 |
| 12/10/2007 | AML | Trial prep:  Revise special verdict form. | 0.75 | 150.00 |
| 12/10/2007 | AML | Trial prep:  Review jury instructions in preparation for settlement of same. | 1.25 | 250.00 |
| 12/10/2007 | MMY | Trial prep:  Prep for trial re examination of John Stalker and David Francom. | 1.50 | 442.50 |
| 12/10/2007 | MMY | Trial prep and trial:  Participate at trial in examination of John Stalker and David Francom. | 5.50 | 1,622.50 |
| 12/10/2007 | MMY | Trial prep and trial:  Prep for next day's examination of Maga, Roger Lin, Ragone; respond to inquiry re trial equipment; email from Marks saying his next witnesses will be Roger Lin and Richard Friend; responsive email objecting to Friend; follow up email from Marks re Friend; argue in phone conference with Court and Marks that Ocean Duke should not be able to use Richard Friend as a witness; email to Marks confirming Ocean Duke's only remaining witness is Roger Lin; responsive email from Marks re Lin is only witness; prep for anticipated motions of Ocean Duke; consider what other exhibits need to get into evidence and how to accomplish that (other patents, rest of provisional patent, proof that products were marked with patent number); communications with Kowalski re remaining necessary exhibits and how to get them in (e.g., patents through Maga, labels already in | 8.50 | 2,507.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|------------------------------------------------------|-------|--------|
| | | evidence have patent number); work on instructions and closing. | | |
| 12/10/2007 | RT | Trial prep and trial:  Technical assistance for trial | 5.00 | 600.00 |
| 12/11/2007 | AML | Trial prep:  Review caselaw/additional search regarding indefiniteness; prepare Dr. Maga declaration regarding same. | 1.50 | 300.00 |
| 12/11/2007 | AML | Trial prep:  Phone conferences with Z. McNish and G. Biedamol regarding various trial issues. | 0.25 | 50.00 |
| 12/11/2007 | AML | Trial prep:  Review/analyze draft jury instructions forwarded by Z. McNish. | 1.25 | 250.00 |
| 12/11/2007 | AML | Trial prep and trial:  Attend trial (5th day – testimony of J. Maga and R Lin). | 5.50 | 1,100.00 |
| 12/11/2007 | AML | Trial prep:  Meet with Judge Kurren, Z. McNish, P. Marks, L. Ing and M. Yasunaga regarding settlement of jury instructions. | 1.25 | 250.00 |
| 12/11/2007 | AML | Trial prep:  Review Ocean Dukes special verdict form; draft revised special verdict form from working off Ocean Dukes's version; e-file same. | 1.75 | 350.00 |
| 12/11/2007 | MMY | Trial prep:  response from Kowalski re patent numbers on labels; Prep for examination of Joseph Maga and Roger Lin. | 1.75 | 516.25 |
| 12/11/2007 | MMY | Trial prep and trial:  participate at trial in examination of Joseph Maga and Roger Lin. | 5.25 | 1,548.75 |
| 12/11/2007 | MMY | Trial prep:  special verdict form filed by Ocean Duke; objections to instructions filed by Ocean Duke; deal with motions for judgment as matter of law filed by Ocean Duke; work on instructions; meetings with Court re motions and instructions; deal with email from Court re parties should meet before hearing to check exhibits; email from | 4.50 | 1,327.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| | | Ing re length of closing argument; email from Marks re special verdict form and response thereto; email from court clerk McNish attaching instructions; work on and file special verdict form; list of things to do for tomorrow's meeting with court; email from Ing arguing that special verdict form should have jury decide invalidity even if it does not find infringement —consider how to respond to Ing's argument; work on instructions; work on closing. | | |
| 12/11/2007 | RT | Trial prep and trial:  Technical assistance for trial | 5.00 | 600.00 |
| 12/12/2007 | AML | Trial prep:  Continue review of jury instructions against notes from conference with J. Kurren and counsel. | 1.75 | 350.00 |
| 12/12/2007 | AML | Trial prep:  Review Ocean Duke's proposed special verdict form. | 0.50 | 100.00 |
| 12/12/2007 | AML | Trial prep:  Revise special verdict from and email same to J. Kurren and all counsel; review/revise same. | 0.50 | 100.00 |
| 12/12/2007 | AML | Trial prep:  Review jury instructions and email to J. Kurren and counsel regarding error in instruction No. 29. | 0.75 | 150.00 |
| 12/12/2007 | AML | Trial prep:  Email to P. Marks, L. Ing and Z. McNish regarding willful infringement injury instructions. | 0.50 | 100.00 |
| 12/12/2007 | AML | Trial prep:  Discuss redaction of A. Borrowman letter with M. Yasunaga; email to P. Marks and L. Ing regarding same; prepare exhibit 509 in redacted form. | 0.75 | 150.00 |
| 12/12/2007 | AML | Trial prep:  Attend conference with J. Kurren, Z. McNish, P. Marks, L. Ing and M. Yasunaga regarding finalizing jury instructions, special verdict form, outstanding issues regarding exhibits. | 1.75 | 350.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 12/12/2007 | AML | Trial prep:  Outline closing argument regarding infringement and other. | 3.25 | 650.00 |
| 12/12/2007 | CSY | Trial prep:  Work on trial boards. | 1.00 | 120.00 |
| 12/12/2007 | MMY | Trial prep:  work on jury instructions. | 1.50 | 442.50 |
| 12/12/2007 | MMY | Trial prep:  communication with Stalker re reimbursement of his airfare and hotel; email from court staff re scheduling time to check exhibits; order from court re ODC's motions as a matter of law and other matters. | .25 | 73.75 |
| 12/12/2007 | MMY | Trial prep:  work on suggested redactions to ODC's attorney opinion letter, including discussions with AML and weighing various alternatives for redactions and check law re willful infringement and criteria for effective attorney opinion letter; communication from Marks re redaction of attorney opinion letter. | .75 | 221.25 |
| 12/12/2007 | MMY | Trial prep:  communication with Mizuo Lee re willful infringement instruction; email to court re willful infringement instruction. | .25 | 73.75 |
| 12/12/2007 | MMY | Trial prep:  review and respond to ODC's email re proposed special verdict form and another email from Marks attaching proposed revised special verdict form and proposing meeting to discuss it and attorney opinion letter; consider Marks' verdict form and discuss with AM. | .75 | 221.25 |
| 12/12/2007 | MMY | Trial prep:  communication with AML re claim construction chart for closing, and review chart. | .25 | 73.75 |
| 12/12/2007 | MMY | Trial prep: prep for and attend conference at court re jury instructions, special verdict form, exhibits, and issues re what Ocean Duke can raise in closing. | 2.00 | 590.00 |
| 12/12/2007 | MMY | Trial prep:  work on incorporating agreements/rulings into special verdict form | .50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|------------------------------------------------------|-------|--------|
| | | review and work on response to email from Ing requesting case authority re verdict form should not get to invalidity if there is no finding of infringement, response thereto. | | |
| 12/12/2007 | MMY | Trial prep: check court's admitted exhibits list against our notes; email to Marks requesting stipulation to admission of references in Maga book to articles; receive Marks' negative response. | .50 | 147.50 |
| 12/12/2007 | MMY | Trial prep: order from court re today's actions by court re instructions, motions, and exhibits; email from court clerk McNish transmitting jury instructions; email from McNish transmitting special verdict form; review verdict form and instructions sent by McNish; communications with AML and communications with McNish re format problems in verdict form; email from McNish with final version of verdict form; communications with AML re error in instruction 29; email McNish and ODC re error in instruction 29 and Ing's response and AML's response to response. | 1.00 | 295.00 |
| 12/12/2007 | MMY | Trial prep: work on closing argument; communications with Kowalski re his suggestions for closing argument; email from reporter transmitting transcript of Kowalski testimony; respond to reporter confirming receipt of Kowalski transcript and mentioning payment to be provided; request check for payment of transcript; transmit transcript to Kowalski and ask him to look at it; review Kowalski testimony; comments from Kowalski re transcript; get final jury instructions and special verdict form scanned into computer with barcodes and ready to project onto screen for closing argument; format and make arrangements to get blow ups of the construed claims and special verdict form for tomorrow's closing. | 6.75 | 1,991.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 12/12/2007 | RT | Trial prep and trial:  Technical assistance for trial | 5.00 | 600.00 |
| 12/12/2007 | RT | Trial prep:  Finish newly added exhibits to Trial Director and insert bar coded copies into Milton's trial binder. | 1.00 | 120.00 |
| 12/13/2007 | AML | Trial prep and trial:  Attend trial (6th day – jury instructions and closing argument). | 4.00 | 800.00 |
| 12/13/2007 | AML | Trial prep:  Assist M. Yasunaga prepare for closing argument. | 1.00 | 200.00 |
| 12/13/2007 | AML | Trial prep and trial:  Attend reading of verdict. | 0.50 | 100.00 |
| 12/13/2007 | CSY | Trial prep:  Work on boards for closing arguments. | 3.50 | 420.00 |
| 12/13/2007 | MEH | Post trial motions:  conference with M. Yasunaga regarding results of jury verdict – future actions, etc. | 0.75 | 221.25 |
| 12/13/2007 | MMY | Trial prep:  email from Ing re ODC wants to put objection on record tomorrow re special verdict form not getting to invalidity if no infringement found; email from court re ODC's objection will be placed on record and re error in instruction was corrected; suggestions by Mizuo Lee re closing; further prep for closing argument and make sure blowups were done and will be in court. | 2.25 | 663.75 |
| 12/13/2007 | MMY | Trial prep and trial:  participate at trial re objections, jury instructions, giving closing argument; instructions to staff re removing things from courtroom and instructions to client about what happens next and what he should do; notices from court re filing of transcript of Kowalski testimony; deal with phone call from Court re questions from jurors; phone call client re question from jury and he might need to return to court soon; phone call from court re jury has returned a | 6.50 | 1,917.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|------------------------------------------------------|-------|--------|
| | | verdict; phone call client instructing him to return to court immediately; return to court for jury verdict; instructions to client re what happens next; review fax from court. | | |
| 12/13/2007 | RT | Trial prep and trial: Technical assistance for trial | 3.50 | 420.00 |
| 12/14/2007 | AML | Post trial motions: Research regarding enhanced damages and prejudgment interest under 35 USC Section 284; review/analyze relevant caselaw and procedural rules. | 2.50 | 500.00 |
| 12/14/2007 | CSY | Trial prep and trial: Take boards and binders down to courtroom for closing. | 2.00 | 240.00 |
| 12/14/2007 | MEH | Post trial motions: Review special verdict; research regarding treble damages; Telephone call to M. Yasunaga regarding In regarding Seagate concurring opinion, etc. | 0.50 | 147.50 |
| 12/14/2007 | MMY | Post trial motions: Request copy of special verdict form and review it and transmit to client; phone call Francom re results and follow up required; scan filed copies of instructions and jury question and response to jury question and Court's order re conclusion of trial emailed by Court's electronic filing system; begin work/consideration re post-trial motions and research needed (enhanced damages, prejudgment interest, attorneys fees and costs, injunction). | 2.75 | 811.25 |
| 12/14/2007 | WK | Trial prep and trial: Legal Technology Services Rendered: Take down of IT equipment after Trial in court room. | 1.00 | 120.00 |
| 12/17/2007 | AML | Post trial motions: Continue research regarding standards and procedure for seeking enhanced damages and prejudgment interest under 35 USC Section 284 and attorneys' fees under 35 USC Section 285; review/analyze relevant caselaw. | 3.50 | 700.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 12/17/2007 | MMY | Case development and administration: review and make arrangements for payment of bill from damage expert Francom. | .25 | 73.75 |
| 12/17/2007 | MMY | Post trial motions:  work on post trial motions. | 2.25 | 663.75 |
| 12/18/2007 | AML | Post trial motions:  Continue research regarding enhanced damages under 35 USC Section 284, attorneys' fees under 35 USC Section 285 and prejudgment interest under 35 USC Section 284; draft email to M. Yasunaga summarizing research findings. | 2.25 | 450.00 |
| 12/18/2007 | MMY | Post trial motions:  research and look at forms of other motions and conf AML for motions re attorneys' fees, enhanced damages, prejudgment interest. | 3.25 | 958.75 |
| 12/18/2007 | MMY | Post trial motions:  open and review judgment and special verdict form sent by Court's electronic filing system; review Ing's email complaining about form of judgment; consider response to Ing's points and also problem of judgment ending trial court's jurisdiction before enhanced damages, attorneys fees, injunction, and prejudgment interest can be handled; look for authority re how above problem should be handled; communication with AML re this problem; phone message from court re above. | 1.50 | 442.50 |
| 12/19/2007 | MMY | Post trial motions:  email from court in response to Ing's email re judgment needs to be amended; email to court re enhanced damages, attorneys fees, injunction, and prejudgment interest need to be handled via motion before trial court loses jurisdiction so final judgment should not enter. | .75 | 221.25 |
| 12/19/2007 | MMY | Case development and administration: communications with Francom re his bill for trial. | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 12/20/2007 | MMY | Post trial motions: 2 email to Court responding to points made by Ing re modification of judgment; responsive email from Ing. | .25 | 73.75 |
| 12/20/2007 | MMY | Post trial motions: research/review case law re motions. | 1.50 | 442.50 |
| 12/26/2007 | MMY | Post trial motions: communications with AML re amended judgment and things to do and new deadline; review amended judgment and calendar deadline therein. | .25 | 73.75 |
| 12/26/2007 | MMY | Case development and administration: correspondence from Maga re reimbursement of his costs; get those costs paid and consider recoverability via post-trial motion. | .25 | 73.75 |
| 12/27/2007 | MMY | Post trial motions: communications Kowalski re ODC is continuing to sell infringing product despite jury verdict, and talk to him and consider what might be done about it, such as injunction, and affect continued sales may have on motions for injunction and enhanced damages. | .50 | 147.50 |
| 12/28/2007 | AML | Post trial motions: Continue research regarding appropriate manner and standards for calculating prejudgment interest under 35 USC Section 284; review/analyze relevant caselaw regarding same. | 2.75 | 550.00 |
| 12/28/2007 | MMY | Post trial motions: further communication Kowalski re ODC is continuing to sell infringing product despite jury verdict and re injunction. | .25 | 73.75 |
| 12/28/2007 | MMY | Post trial motions: review ODC's motion for new trial and consider how to respond; forward to client; communications AML re above. | 1.75 | 516.25 |
| 12/31/2007 | MMY | Post trial motions: review motion for judgment notwithstanding the verdict and | .50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | consider how to respond; communication with AML re above. | | |
| 01/02/2008 | AML | Post trial motions:  Review/analyze Ocean Duke's motion for new trial. | 1.25 | 262.50 |
| 01/02/2008 | MMY | Post trial motions:  order from court re motions for new trial and judgment notwithstanding the verdict will be nonhearing motions; communication from AML re due date for responses. | .25 | 76.25 |
| 01/03/2008 | AML | Post trial motions:  Analyze counter argument and outline opposition to Ocean Duke's motion for new trial; discuss same with M. Yasunaga; research regarding standards for obtaining new trial under FRCP 59 based on arguments that verdict is contrary to weight of evidence, excessive damage award, attorney and juror misconduct; review/analyze relevant caselaw. | 5.25 | 1,102.50 |
| 01/04/2008 | AML | Post trial motions:  Continue research regarding attorney misconduct and excessive damages bases for new trial under FRCP 59 (2.25); begin drafting memorandum in opposition to Ocean Duke's motion for new trial (5.00). | 7.25 | 1,522.50 |
| 01/05/2008 | AML | Post trial motions:  Complete first draft of opposition to Ocean Duke's motion for new trial and review/revise same. | 8.25 | 1,732.50 |
| 01/06/2008 | AML | Post trial motions:  Review M. Yasunaga's email discussing suggested revisions to draft 1 of opposition to Ocean Duke's motion for new trial (.50); review /analyze  Ocean Duke's motion for judgment notwithstanding the verdict (.50). | 1.00 | 210.00 |
| 01/06/2008 | MMY | Post trial motions:  work on opposition to motion for new trial. | 2.75 | 838.75 |
| 01/07/2008 | AML | Post trial motions:  Revise opposition to | 5.75 | 1,207.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | Ocean Duke's motion for new trial per M. Yasunaga's comments. | | |
| 01/07/2008 | AML | Post trial motions:  Review/analyze transcript of days 1 and 2 of trial. | 1.00 | 210.00 |
| 01/07/2008 | AML | Post trial motions:  Email to M. Yasunaga transmitting and discussing aspects of draft 1 of opposition to Ocean Duke's motion for judgment of law notwithstanding the verdict ("JMOL/JNOV"). | 0.25 | 52.50 |
| 01/07/2008 | AML | Post trial motions:  Research regarding Rule 50 standards of review and caselaw by Ocean Duke in support of Ocean Duke's JMOL/JNOV. | 0.75 | 157.50 |
| 01/07/2008 | AML | Post trial motions:  Draft opposition to Ocean Duke's motion for JMOL/JNOV. | 2.75 | 577.50 |
| 01/07/2008 | AML | Post trial motions:  Research regarding whether JMOL/JNOV requires Rule 50(a) motion at the close of all evidence; review/analyze relevant treatise and caselaw. | 0.50 | 105.00 |
| 01/07/2008 | MMY | Post trial motions – oppositions to motion for new trial and motion for judgment as a matter of law. | 5.25 | 1,601.25 |
| 01/08/2008 | AML | Post trial motions:  Review/revise opposition to Ocean Duke's motion for JMOL/JNOV to incorporate Gentry Gallery analysis. | 5.50 | 1,155.00 |
| 01/08/2008 | AML | Post trial motions:  Research regarding use of dictionary definitions, pioneering inventions, and specification includes originally filed claims for purposes of written description analysis; review/analyze relevant caselaw and incorporate same into opposition to JMOL/JNOV motion. | 3.75 | 787.50 |
| 01/08/2008 | AML | Post trial motions:  Review trial transcript regarding above 500 degree centigrade, Kowalski testimony and Marks' overbreadth | 0.50 | 105.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|----------------------------------------------------|-------|--------|
| | | cross-examination. | | |
| 01/08/2008 | AML | Post trial motions:  Draft M. Yasunaga declarations in support of oppositions to new trial and JMOL/JNOV motions; assemble/prepare exhibits supporting same. | 1.50 | 315.00 |
| 01/08/2008 | AML | Post trial motions:  Final review/revisions to new trial opposition and supporting documents; e-file same. | 1.75 | 367.50 |
| 01/08/2008 | AML | Post trial motions:  Final review/revisions to JMOL/JNOV opposition and supporting documents; e-file same. | 1.25 | 262.50 |
| 01/08/2008 | MMY | Post trial motions – oppositions to motion for new trial and motion for judgment as a matter of law. | 12.25 | 3,736.25 |
| 01/08/2008 | MMY | Settlement:  order from Court re further settlement conference on 1/10; discuss above with client and calendar date. | .25 | 76.25 |
| 01/09/2008 | AML | Post trial motions:  Additional research regarding standards and issues related to recovery of attorneys' fees under 35 USC Section 285 (items compensable, Hensley analysis, etc.). | 2.50 | 525.00 |
| 01/09/2008 | AML | Post trial motions:  Review /analyze Local Rule 54.3 and requirements for establishing reasonableness of attorneys' fee. | 0.50 | 105.00 |
| 01/09/2008 | MMY | Post trial motions:  work on motions for attorneys fees and costs and enhanced damages and injunction. | 6.25 | 1,906.25 |
| 01/10/2008 | AML | Post trial motions:  Continue research regarding attorneys' fee under 35 USC Section 285 (what constitutes unjustified litigation "prevailing party" status and purposes of the statute), review/analyze relevant caselaw. | 3.50 | 735.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 01/10/2008 | AML | Post trial motions: Begin drafting motion for attorneys' fees and memo in support. | 2.25 | 472.50 |
| 01/10/2008 | AML | Post trial motions: Phone call to G. Bediamol regarding trial transcripts. | 0.25 | 52.50 |
| 01/10/2008 | AML | Post trial motions: Review/analyze summary of attorneys' fees and expenses. | 0.25 | 52.50 |
| 01/10/2008 | MMY | Settlement: discuss settlement with Court and opposing counsel and client. | .50 | 152.50 |
| 01/10/2008 | MMY | Post trial motions: motions for attorneys fees and costs and interest. | 2.25 | 686.25 |
| 01/11/2008 | AML | Post trial motions: Email to L. Ing regarding post trial motion deadline; review and respond to L. Ing's email regarding same. | 0.25 | 52.50 |
| 01/11/2008 | AML | Post trial motions: Review/analyze caselaw regarding enhanced damages analysis and reliance on incompetent attorney opinion letter; additional research regarding district court caselaw assessment of Read factors in determining amount to enhance damages; review/analyze relevant caselaw. | 3.75 | 787.50 |
| 01/11/2008 | AML | Post trial motions: Outline arguments regarding enhanced damages and satisfaction of Read factors. | 1.50 | 315.00 |
| 01/11/2008 | MMY | Post trial motions: clarify with court deadline for post trial motions and notify others and calendar date; review Ing's response and AML's response to Ing; work on motions. | 3.25 | 991.25 |
| 01/13/2008 | AML | Post trial motions: Begin drafting motion for enhanced damages under 35 USC Section 284 and memo in support of same. | 2.75 | 577.50 |
| 01/13/2008 | AML | Post trial motions: Review/analyze jury instruction regarding willful infringement; application and issue dates of Kowalski and Shih patents. | 0.50 | 105.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 01/13/2008 | MMY | Post trial motions:  phone call from client with suggestions re motion for enhanced damages. | .25 | 76.25 |
| 01/14/2008 | AML | Post trial motions:  Continue drafting Motion for Enhanced Damages. | 7.75 | 1,627.50 |
| 01/14/2008 | AML | Post trial motions:  Review notes of opening statement; analyze and calculate total pounds of infringing product sold by Ocean Duke annually in years 1999-2005. | 0.50 | 105.00 |
| 01/14/2008 | MMY | Settlement:  communications with Ing's office and client and court re dates for settlement conference, and calendar/notify staff (2/13 at 10, 2/19 at 10 or 11, 2/20 at 11, or 2/21 at 10 or 11.). | .25 | 76.25 |
| 01/15/2008 | AML | Post trial motions:  Complete first draft of Motion for Enhancement of Damage Award; review/revise same. | 6.50 | 1,365.00 |
| 01/15/2008 | MMY | Post trial motions:  work on motion for enhanced damages. | 2.25 | 686.25 |
| 01/15/2008 | MMY | Post Trial motions:  work on motion for injunction. | .25 | 76.25 |
| 01/15/2008 | MMY | Post trial motions:  work on motion for prejudgment interest, including looking into law and considering what evidence we can use, conf AML, and communications with Francom. | 2.25 | 686.25 |
| 01/16/2008 | AML | Post trial motions:  Calculation of prejudgment interest figure; locate history of prime rate; analyze D. Francom's calculations of prejudgment interest using state rate; discuss strategy for prejudgment interest motion with M. Yasunaga. | 2.75 | 577.50 |
| 01/16/2008 | AML | Post trial motions:  Review/email from L. Ing regarding post-trial motion deadline; discuss same with M. Yasunaga and consult L.R. 7.4 | 0.75 | 157.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|-----------------------------------------------------|-------|--------|
| | | regarding Ocean Duke's deadline to file reply memos in support of non-hearing post-trial memos; discuss potential effect of TPI appeal on Ocean Duke judgment with M. Yasunaga. | | |
| 01/16/2008 | AML | Post trial motions:  Research regarding permanent injunction standards; review/analyze relevant caselaw; outline motion for permanent injunction. | 4.25 | 892.50 |
| 01/16/2008 | AML | Post trial motions:  Review Ocean Duke's website regarding continued offering of infringing product for sale; coordinate with IT regarding color printing of same. | 0.50 | 105.00 |
| 01/16/2008 | MMY | Post trial motions:  motion for costs. | .25 | 76.25 |
| 01/16/2008 | MMY | Post trial motions:  motion for attorneys fees. | 2.25 | 686.25 |
| 01/16/2008 | MMY | Post trial motions:  work on prejudgment interest calculation and motion; further work re what evidence will be helpful re applicable interest rate; communication with client re above. | 2.50 | 762.50 |
| 01/16/2008 | MMY | Post trial motions:  work on motion for injunction. | 1.25 | 381.25 |
| 01/16/2008 | MMY | Post trial motions:  work on getting trial transcripts for use on motions. | .25 | 76.25 |
| 01/16/2008 | MMY | Post trial motions:  review and consider how to respond to Ing's email re extending due dates; draft response to Ing. | .50 | 152.50 |
| 01/16/2008 | MMY | Post trial motions:  listen to message from court reporter re Roger Lin transcript available and cost thereof; make arrangements for payment  for Roger Lin transcript; communications with AML re checking to find out status of other transcripts and what reporter's response was. | .25 | 76.25 |
| 01/17/2008 | AML | Post trial motions:  Draft motion for | 4.25 | 892.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | prejudgment interest. | | |
| 01/17/2008 | AML | Post trial motions: Discuss/email correspondence regarding appropriate rate and method for calculating prejudgment interest with M. Yasunaga. | 0.50 | 105.00 |
| 01/17/2008 | AML | Post trial motions: Additional research regarding use of state statutory rate, prime rate, and why T-bill rate is unfair/improper; review/analyze relevant caselaw. | 1.50 | 315.00 |
| 01/17/2008 | AML | Post trial motions: Recalculate prejudgment interest figure using prime rate plus 2 percent. | 0.25 | 52.50 |
| 01/17/2008 | AML | Post trial motions: Discuss appropriate rate-rate at which B. Kowalski personally borrowed at during period of infringement – with M. Yasunaga and B. Kowalski. | 0.50 | 105.00 |
| 01/17/2008 | MMY | Post trial motions: consider indefiniteness defense and whether waived. | .25 | 76.25 |
| 01/17/2008 | MMY | Post trial motions: motion for attorneys fees. | 3.50 | 1,067.50 |
| 01/17/2008 | MMY | Post trial motions: communications with AML and Kowalski re prejudgment interest motion and evidence showing Kowalski's borrowing costs were higher than prime rate and re Ocean Duke's borrowing costs being higher than prime rate; see Kowalski's borrowing document and HISI's borrowing documents; phone call Kowalski re above. | 2.75 | 838.75 |
| 01/17/2008 | MMY | Post trial motions: enhanced damages motion; phone call Kowalski re what would be helpful re this motion. | 1.00 | 305.00 |
| 01/18/2008 | AML | Post trial motions: Review D. Francom's trial testimony and report regarding prejudgment interest and industry standard borrowing rate. | 0.75 | 157.50 |
| 01/18/2008 | AML | Post trial motions: Review/revise motion for | 2.75 | 577.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | prejudgment interest. | | |
| 01/18/2008 | AML | Post trial motions:  Research "costs" recoverable under 24 USC Section 284; review/analyze relevant caselaw and incorporate into motion for prejudgment interest. | 2.25 | 472.50 |
| 01/18/2008 | AML | Post trial motions:  Email to M. Yasunaga transmitting first draft of motion for prejudgment interest and non-taxable cost under 35 USC Section 284 and discussing same. | 0.25 | 52.50 |
| 01/18/2008 | AML | Post trial motions:  Research regarding timing/filing deadline for Bill of Costs and items compensable, proofs necessary for recovering same. | 0.50 | 105.00 |
| 01/18/2008 | MMY | Post trial motions: motion for attorneys fees; review and respond to AML's inquiry re bill of cost due date. | 3.50 | 1,067.50 |
| 01/18/2008 | MMY | Post trial motions: work on prejudgment interest motion including communications with AML and further work re Kowalski's information/suggestion re his borrowing costs; communication with AML re Francom's testimony re K's borrowing rate and his mention at trial of prime plus 2 is explained by his report which says that is industry standard so report should be cited too. | 1.00 | 305.00 |
| 01/18/2008 | MMY | Settlement:  phone call from client re settlement. | 0.25 | 76.25 |
| 01/19/2008 | AML | Post trial motions:  Review/analyze Ocean Duke's reply memo in support of JNOV/JMOL motion. | 0.50 | 105.00 |
| 01/19/2008 | AML | Post trial motions:  Revisions to draft 1 of motion for prejudgment interest and non-payable costs and additional request for post- | 1.75 | 367.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
|  |  | judgment interest. |  |  |
| 01/19/2008 | AML | Post trial motions:  Additional research regarding injunctive relief and alternative of forced royalty agreement; review/analyze relevant caselaw. | 2.25 | 472.50 |
| 01/19/2008 | AML | Post trial motions:  Begin drafting motion for permanent injunction. | 1.00 | 210.00 |
| 01/19/2008 | AML | Post trial motions:  Review/analyze Roger Lin trial testimony transcripts. | 1.25 | 262.50 |
| 01/19/2008 | MMY | Post trial motions: work on motion for attorneys fees. | 2.25 | 686.25 |
| 01/19/2008 | MMY | Post trial motions: motion for enhancement of damages. | 1.50 | 457.50 |
| 01/20/2008 | AML | Post trial motions:  Continue drafting motion for permanent injunction, or alternatively, for compulsory license/ongoing royalty; review/revise same; email to M. Yasunaga transmitting and discussing same. | 5.50 | 1,155.00 |
| 01/20/2008 | AML | Post trial motions:  Research regarding compulsory license in lieu of permanent injunction; review/revise relevant cases and secondary sources, outline argument. | 2.25 | 472.50 |
| 01/20/2008 | AML | Post trial motions:  Review and respond to M. Yasunaga's email regarding attorneys' fees and costs summaries. | 0.25 | 52.50 |
| 01/20/2008 | MMY | Post trial motions: work on motion for attorneys fees. | 2.50 | 762.50 |
| 01/21/2008 | AML | Post trial motions:  Update/review/revise motion for Enhancement of Damages to include citations from trial transcripts and additional exhibits. | 1.75 | 367.50 |
| 01/21/2008 | AML | Post trial motions:  Review/analyze trial transcript of Iwaoka testimony. | 1.25 | 262.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 01/21/2008 | AML | Post trial motions:  Discuss bill of costs deadline and motion for permanent injunction and prejudgment interest with M. Yasunaga. | 0.50 | 105.00 |
| 01/21/2008 | AML | Post trial motions:  Continue drafting motion for attorneys' fees under Section 285, review/revise draft 1 of same. | 5.25 | 1,102.50 |
| 01/21/2008 | AML | Post trial motions:  Draft declaration of M. Yasunaga in support of fee motion. | 1.25 | 262.50 |
| 01/21/2008 | AML | Post trial motions:  Begin organization/identification of exhibits in support of fee motion, prejudgment interest motion and injunction motions. | 0.50 | 105.00 |
| 01/21/2008 | AML | Post trial motions:  Detailed email to team regarding information and tasks needed to complete attorney fee motion. | 0.50 | 105.00 |
| 01/21/2008 | MMY | Post trial motions: review reply memorandum of Ocean Duke re Motion for judgment notwithstanding the verdict and compare certain points with what we said in our opposition memo. | 0.25 | 76.25 |
| 01/21/2008 | MMY | Post trial motions: motion for attorneys' fees. | 2.75 | 838.75 |
| 01/21/2008 | MMY | Post trial motions: review reply memorandum of Ocean Duke re Motion for New Trial. | 0.25 | 76.25 |
| 01/22/2008 | AML | Post Trial: Continue identifying and assembling exhibits in support of Motion for Prejudgment Interest (Exhibits A-N); Motion for Permanent Injunction (Exhibits A-G); Motion for Enhancement of Damages (Exhibits A-V); and Motion for Attorneys' Fees (Exhibits A-P); coordinate with team regarding tasks to complete assembly of exhibits. | 3.00 | 630.00 |
| 01/22/2008 | AML | Post Trial: Draft declaration of A. Mizuo Lee regarding calculation of prejudgment interest at prime plus 2% and prime rate compounded | 0.75 | 157.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| | | annually. | | |
| 01/22/2008 | AML | Post Trial: Draft declarations of M. Yasunaga in support of Motion for Prejudgment Interest, Motion for Enhanced Damages and Motion for Permanent Injunction. | 1.75 | 367.50 |
| 01/22/2008 | MMY | Post trial motions: motion for enhanced damages. | 0.50 | 152.50 |
| 01/22/2008 | MMY | Post trial motions: explain and get client's input re prejudgment interest motion; make further edits to motion and declarations; review of final draft. | 1.75 | 533.75 |
| 01/22/2008 | MMY | Post trial motions: Motion for injunction. | 1.50 | 457.50 |
| 01/23/2008 | AML | Post Trial: Review/revise Motion for Enhanced Damages; finalize same. | 2.75 | 577.50 |
| 01/23/2008 | AML | Post Trial: Review/revise Motion for Prejudgment Interest; finalize same. | 0.75 | 157.50 |
| 01/23/2008 | AML | Post Trial: Review/revise Motion for Attorneys' Fees; finalize same. | 1.75 | 367.50 |
| 01/23/2008 | AML | Post Trial: Review/revise Motion for Permanent Injunction; finalize same. | 0.75 | 157.50 |
| 01/23/2008 | AML | Post Trial: Prepare/work on attorneys' fees exhibits. | 0.75 | 157.50 |
| 01/23/2008 | MMY | Post trial motions: motion for enhanced damages. | 4.50 | 1,372.50 |
| 01/23/2008 | MMY | Post trial motions: motion for injunction. | 2.50 | 762.50 |
| | | | 1457.25 | $348,005.00 |
| | | Hawaii General Excise Tax (4.712%) | | $16,398.00 |
| | | SUBTOTAL OF FEES + 4.712% G.E. Tax (1/1/2007 – 1/23/2008) | | $364,403.00 |
| | | SUBTOTAL OF FEES + 4.166% G.E. Tax (1/2004 – 12/2006) | | $43,674.20 |
| | | TOTAL FEES AND TAX | | $408,077.20 |