WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION
Civil No. 04-00055 BMK -- CONFIDENTIAL – UNDER PROTECTIVE ORDER

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/08/2004 | MMY | Case development: Info/picture from Bill Kowalski ("bk") re Ocean Duke's Blacktie product mentioning Cryo-Freeze; follow up e-mail re how we know this is Ocean Duke's product; communications from MEH re Ocean Duke's Cryo-Freeze product was recalled, and significance, and re Carquake case and note that this recall notice also proves Cryo-Freeze is Ocean Duke; make arrangements to store/save the recall document for later use; review Carquake case. | 1.75 | 437.50 |
| 02/02/2004 | MMY | Case development and admin: Receive news of service and review due date; discussion with client re Ocean Duke alleged use of charcoal. | 0.25 | 62.50 |
| 02/04/2004 | MMY | Case development and admin: Review new due dates; communicate to client re possible motion to dismiss and intention to move quickly re setting schedule, discovery and settlement. | 0.25 | 62.50 |
| 02/09/2004 | MMY | Case development and admin: Communication with client re issues/developments. | 0.25 | 62.50 |
| 02/13/2004 | MMY | Case development and admin: Phone call from Meyer requesting extension and ask him who Mainland counsel is and expressing desire that things move quickly; phone call bk re above; research re Ocean Duke's Mainland counsel; e mail re above. | 1.50 | 375.00 |
| 02/17/2004 | MMY | Case development and admin: Letter from Meyer. | 0.25 | 62.50 |
| 03/01/2004 | MMY | Case development and admin: Pro hac vice applications. | 0.25 | 62.50 |

**EXHIBIT B**

ImanageDB:827308.1

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 04/06/2004 | MMY | Case development and admin: Review and respond to bk e-mail re scheduling and that Ocean Duke may have changed some wholesale labeling to CO but its customer is still calling the product smoked. | 0.25 | 62.50 |
| 04/15/2004 | MMY | Case development and admin: Review materials re proof of infringement from client and communication with client to ask questions re materials. | 0.25 | 62.50 |
| 04/16/2004 | MMY | Case development and admin: Phone call from Meyer re moving scheduling conf and other deadlines. | 0.25 | 62.50 |
| 04/19/2004 | MMY | Case development and admin: Communications with Meyer re moving sched conf date. | 0.25 | 62.50 |
| 04/21/2004 | MMY | Case development and admin: Phone call bk and review e-mail and proof re Ocean Duke's labeling and that of its customer. | 0.50 | 125.00 |
| 04/22/2004 | MMY | Case development and admin: Communications bk re labeling by Ocean Duke and its customer; review Ahold specification. | 0.25 | 62.50 |
| 04/28/2004 | MMY | Case development and admin: Communication bk re proof of Ocean Duke labeling and its customers labels; research re jurisdiction and send copy of case authority to bk and Mizuo with explanatory message. | 0.75 | 187.50 |
| 05/17/2004 | MMY | Case development and admin: review Ocean Duke label and note that label's mention of Shih patent indicates this product was treated with smoke; discuss above with client; review filed opposition memo; phone call bk to tell him to send original signature for declaration. | 0.75 | 187.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 06/14/2004 | MMY | Case development and admin: Status report to client; response from client. | 0.25 | 62.50 |
| 06/17/2004 | MMY | Case development and admin: Communication with OD's counsel re meeting. | 0.25 | 62.50 |
| 06/21/2004 | MMY | Case development and admin: Phone call from Meyer re scheduling conference and trial date; sched conf statement and report of meeting of the parties. | 1.00 | 250.00 |
| 06/28/2004 | MMY | Case development and admin: Prep for and attend scheduling conf and calendar new dates. | 1.00 | 250.00 |
| 08/03/2004 | MMY | Case development and admin: Prep for and status conf with court | 1.00 | 250.000 |
| 09/15/2004 | MMY | Case development and admin: Protective order. | 0.25 | 62.50 |
| 10/15/2004 | MMY | Case development: review charcoal patent and talk to bk about that and Ocean Duke's volume. | 0.50 | 125.00 |
| 10/18/2004 | MMY | Case development: gather evidence and law helpful re liability (law re infringement and proof) and damages (lost profit and reasonable royalty) | 2.00 | 500.00 |
| 04/29/2005 | MMY | Case development and admin: Phone call Ocean Duke's attorney re scheduling. | 0.25 | 65.00 |
| 05/02/2005 | MMY | Case development and admin: Phone call Ocean Duke attorney re scheduling. | 0.25 | 65.00 |
| 05/03/2005 | MMY | Case development and admin: Spoke to Neufeld re moving trial. | 0.25 | 65.00 |
| 05/05/2005 | MMY | Case development and admin: Communications with court and Neufeld to arrange and confirm continuance of trial. | 0.75 | 195.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 05/10/2005 | MMY | Case development and admin: Amended scheduling order. | 0.25 | 65.00 |
| 05/12/2005 | MMY | Case development and admin: Send copy of Jana order re msj to Ocean Duke counsel. | 0.25 | 65.00 |
| 07/08/2005 | MMY | Case development and admin: Check documents with the aim of seeing what is status and what needs to be done to meet deadlines and to prosecute case; work on modifying protective order to allow counsel to keep a copy of documents after settlement and letter to Ocean Duke's counsel re getting protective order entered. | 3.25 | 845.00 |
| 10/12/2005 | MMY | Case development and admin: Recusal order and notify bk; email from bk. | 0.25 | 65.00 |
| 11/02/2005 | MMY | Case development and admin: Email from Neufeld re protective order; email from Neufeld re scheduling. | 0.25 | 65.00 |
| 11/02/2005 | MMY | Case development: Research re doctrine of equivalents and infringement | 2.00 | 520.00 |
| 11/03/2005 | MMY | Case development and admin: Work on stip re new trial date and transmit to Ocean D with message. | 0.25 | 65.00 |
| 11/07/2005 | MMY | Case development and admin: Review and respond to email from Ocean D attorney; obtain and review signed stip by Ocean D and send to Court. | 0.25 | 65.00 |
| 11/10/2005 | MMY | Case development and admin: Review and respond to communication from court re new deadlines. | 0.25 | 65.00 |
| 11/16/2005 | MMY | Case development and admin: Stip to continue trial and other dates signed by court. | 0.25 | 65.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/17/2005 | MMY | Case development and admin: Communications with court re new dates and re court needs to change trial date from stipulated date. | 0.25 | 65.00 |
| 11/23/2005 | MMY | Case development and admin: Order from court re new deadlines. | 0.25 | 65.00 |
| 01/13/2006 | MMY | Case development and admin: Phone call Hampton re when expert report is due and re comparison of methodology with report in 7 Seas case. | 0.25 | 68.75 |
| 03/15/2006 | MMY | Case development and admin: Notice that Ocean Duke has changed local counsel (Kvam changed law firms). | 0.25 | 68.75 |
| 04/03/2006 | MMY | Case development and admin: Order stating Kvam is substituting as local counsel and Meyer is out. | 0.25 | 68.75 |
| 06/06/2006 | MMY | Case development and admin: Arrange continuance. | 0.75 | 206.25 |
| 06/07/2006 | MMY | Case development and admin: Work on getting trial continued, including memo to court. | 1.25 | 343.75 |
| 06/08/2006 | MMY | Case development and admin: Two email from court re Judge rejected continuance request and possibility of opting for Magistrate; consider how to handle; communications with client and Ocean Duke re above; email pressing to receive discovery. | 1.00 | 275.00 |
| 06/09/2006 | MMY | Case development and admin: Work on compelling production and getting trial continued and getting Ocean Duke to stipulate to Magistrate Chang or Kurren. | 1.50 | 412.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 06/16/2006 | MMY | Case development and admin: Multiple communications with Ocean Duke's attorneys to push them to move on stipulation for Magistrate as trial judge and stipulated order compelling production; phone call from Neufeld saying they are willing to stipulate to J. Kurren as trial judge; phone call bk re above. | 0.75 | 206.25 |
| 06/19/2006 | MMY | Case development and admin: Work on getting Ocean Duke to stipulate to J. Kurren; also work with Ocean Duke re language of stipulated order to compel. | 1.00 | 275.00 |
| 06/21/2006 | MMY | Case development and admin: Multiple communications with court and Ocean Duke re trial setting; communications with Ocean Duke re discovery; receive confirmation from court that Kurren is trial judge. | 1.00 | 275.00 |
| 06/22/2006 | MMY | Case development and admin: Further communications re trial date and discovery. | 0.50 | 137.50 |
| 06/23/2006 | MMY | Case development and admin: Email to OD re new trial date and discovery. | 0.25 | 68.75 |
| 06/26/2006 | MMY | Case development and admin: Further email to OD re new trial date and discovery; email from OD agreeing to new trial dates in June 2007 and saying they will get back to me re stipulated order compelling discovery; email to court re above and specifying that all dates are to be reset, including expert witness and amendment of claims dates that already passed; phone call to court re above. | 0.50 | 137.50 |
| 06/27/2006 | MMY | Case development and admin: Email to Marks and Neufeld pressing them to sign stipulated order compelling discovery; phone call Neufeld after not being able to reach Marks; notice from Court re new trial date; calendar; conf client; get Urner Barry volume information. | 1.25 | 343.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 07/05/2006 | MMY | Case development and admin: Review interrogatory answers by Ocean Duke and forward to client with detailed letter commenting on responses and comparing to other evidence we have and asking for correction of accounting report error; check for response re documents. | 1.75 | 481.25 |
| 07/13/2006 | MMY | Case development and admin: Analyze discovery produced by Ocean Duke and compare to what info we got on our own to spot false answers, write memo to client re same. | 2.75 | 756.25 |
| 08/04/2006 | MMY | Case development and admin: Scheduling order from court; review deadlines. | 0.50 | 137.50 |
| 12/23/2006 | MMY | Case development and admin: look for documents helpful against Ocean Duke. | 1.00 | 275.00 |
| 01/03/2007 | MMY | Case development and admin: Communications with Marks re moving trial date. | 0.25 | 73.75 |
| 01/08/2007 | MMY | Case development and admin: Stip for continuing trial date and extending deadlines. | 0.25 | 73.75 |
| 01/09/2007 | MMY | Case development and admin: Finish drafting stip to continue and send to Marks; responsive email from Kvam. | 0.25 | 73.75 |
| 01/18/2007 | MMY | Case development and admin: Review and respond to email from Marks re scheduling. * | 0.25 | 73.75 |
| 04/24/2007 | MMY | Case development: Conf damage expert Francom; work on getting information for Francom. | 0.50 | 147.50 |
| 04/26/2007 | MMY | Case development: Communications and information for Francom. | 0.50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 05/01/2007 | MMY | Case development: Phone call Maga re Shih patent; phone call Francom re OD; review docs OD produced; get pertinent Ocean Duke docs to Francom; get protective order to Francom to sign. | 4.50 | 1,327.50 |
| 05/02/2007 | MMY | Case development: Gather info for damage expert. | 4.25 | 1,253.75 |
| 05/03/2007 | MMY | Case development: Get signed undertaking to follow protective order from expert and forward to Ocean Duke's counsel; get other info for damage expert. | 1.00 | 295.00 |
| 05/04/2007 | MMY | Case development: Phone call from Francom re Ocean Duke damages. | 0.25 | 73.75 |
| 05/05/2007 | MMY | Case development: Instruction memo to staff re setting up spreadsheet for invoices of Ocean Duke for damage expert. | 0.25 | 73.75 |
| 05/07/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 0.25 | 12.50 |
| 05/18/2007 | MMY | Case development: Check with staff re progress on Ocean Duke invoices. | 0.25 | 73.75 |
| 05/23/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 0.50 | 25.00 |
| 05/30/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 1.00 | 50.00 |
| 05/31/2007 | MMY | Case development and admin: Conf rk re OD damage docs; prepare stip for extension of time for expert report and send to Marks with explanation. | 0.50 | 147.50 |

| Date | Attorney/Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 06/01/2007 | MMY | Case development: Get information re low temperatures – even boiling wood at 100 degrees C – forms phenols that cause smoke taste. | 0.25 | 73.75 |
| 06/04/2007 | MMY | Case development and admin: Review and respond to Mark's 2 email re extension re experts and dispos motion date and calendar those dates. | 0.25 | 73.75 |
| 06/05/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 4.75 | 237.50 |
| 06/06/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 3.00 | 150.00 |
| 06/12/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 6.00 | 300.00 |
| 06/13/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 3.25 | 162.50 |
| 06/14/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 6.25 | 312.50 |
| 06/15/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 7.25 | 362.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 06/18/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 6.00 | 300.00 |
| 06/19/07 | RK | Case development: Input information from Ocean Duke's sales invoices into Excel spreadsheets for use by Plaintiffs' damage expert. | 6.25 | 312.50 |
| 06/19/2007 | MMY | Case development: work on spreadsheet compiling info for damages. | 0.50 | 147.50 |
| 06/20/2007 | MMY | Case development: Analyze invoices and spreadsheet made from invoices; conferences client re prices to give me and expert information about relevant price ranges; conference Francom re above and re Ocean Duke pages 18 and 19 – copies of Ocean Duke's schedules of treated and non-treated sales; work on deciding which supporting documentation Francom needs and in what form to get it to him; work on getting those documents to Francom. | 2.75 | 811.25 |
| 06/27/2007 | MMY | Case development: Phone call from Francom re damages. | 0.25 | 73.75 |
| 07/09/2007 | MMY | Case development: Call from Francom; get documents of the type requested by Francom and send explanatory email. | 2.50 | 737.50 |
| 07/17/2007 | MMY | Case development: Docs from Francom. | 0.25 | 73.75 |
| 07/25/2007 | MMY | Case development and admin: Review invoice from Francom and make arrangements to pay. | 0.25 | 73.75 |
| 08/02/2007 | MMY | Case development and admin: Review and inform client of change of Ocean Duke's counsel. | 0.25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 08/03/2007 | MMY | Case development and admin: Look at email from Francom and docs attached and consider how to handle; phone call from Marks; check due dates. | 0.50 | 147.50 |
| 08/07/2007 | MMY | Case development and admin: Arrangements to pay Francom bill; communications with client re status of case developments. | 0.25 | 73.75 |
| 08/13/2007 | MMY | Case development and admin: Trial scheduling. | 0.25 | 73.75 |
| 08/16/2007 | MMY | Case development: confer with client re experts; review documents to find things helpful for expert, contact experts. | 3.00 | 885.00 |
| 08/20/2007 | MMY | Case development and admin: Court notice re hearing of motion for summary judgment; review and respond to email from Marks asking that Iwaoka depo date be moved later; conf Maga. | 1.50 | 442.50 |
| 08/21/2007 | MMY | Case development and admin: Proof of service; info from Maga re phenols formed even at low temperatures. | 0.50 | 147.50 |
| 08/28/2007 | MEH | Case development: Conference with M. Yasunaga re: trial tactics. | 0.75 | 221.25 |
| 09/07/2007 | MMY | Case development: Research re Ocean Duke's expert's opinions. | 3.75 | 1,106.25 |
| 09/12/2007 | MMY | Case development: Work re experts, claim construction. | 7.25 | 2,138.75 |
| 09/13/2007 | MMY | Case development: Work re experts; claim construction; jury instructions. | 5.75 | 1,696.25 |
| 09/14/2007 | MMY | Case development: Work re experts; claim construction. | 4.75 | 1401.25 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 09/21/2007 | MMY | Case development: Conf bk and work on own definition of filter and various parts of patent that are helpful and how to show ODC is infringing; conf bk re doc production; check docs re production; email to Ing responding to hers re doc production; depo notices. | 4.75 | 1,401.25 |
| 09/22/2007 | MMY | Case development: Claim construction. | 2.25 | 663.75 |
| 09/25/2007 | MMY | Case development: confs bk re liability; review and respond to bk's request for photos and explanations of Shih's alleged machinery. | 1.00 | 295.00 |
| 09/27/2007 | MMY | Case development and admin: talk to bk re ODC's system and analyze photos and docs to try to understand; phone message from bk re Shih patent re burning the charcoal then removing the water; claim construction; take care of Francom bill issues. | 3.00 | 885.00 |
| 09/28/2007 | MMY | Case development and admin: Deal with payments re Campos. | 0.25 | 73.75 |
| 10/02/2007 | MMY | Case development: Confs bk re various liability and technical issues; analyze patents for helpful things. | 1.50 | 442.50 |
| 10/03/2007 | MEH | Case development: Conference with M. Yasunaga re: concerns about low temperature smoking without filter argument - review of chart of process showing filtering and aging and attorney opinion letter saying no filtering or aging - arguments for trial, etc. | 2.00 | 590.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 10/03/2007 | MMY | Case development: phone call from bk re liability issues/proof; conf Hsia re various issues, including attorney opinion letter and proof that opinion letter did not account for all proof, such as proof of filtering; look into who decides treble damages; research re liability theories. | 2.00 | 590.00 |
| 10/10/2007 | MMY | Case development: Conf bk re liability proof. | 0.25 | 73.75 |
| 10/11/2007 | MMY | Case development: conf bk re liability proof and arguments. | 0.50 | 147.50 |
| 10/30/2007 | MMY | Case development: conf MEH re presumption of infringement and liability issues. | 0.50 | 147.50 |
| 12/17/2007 | MMY | Case development and administration: review and make arrangements for payment of bill from damage expert Francom. | .25 | 73.75 |
| 12/19/2007 | MMY | Case development and administration: communications with Francom re his bill for trial. | .25 | 73.75 |
| 12/26/2007 | MMY | Case development and administration: correspondence from Maga re reimbursement of his costs; get those costs paid and consider recoverability via post-trial motion. | .25 | 73.75 |
| | | TOTAL | 151.50 | 32,506.25 |