WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION
Civil No. 04-00055 BMK  -- CONFIDENTIAL – UNDER PROTECTIVE ORDER

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/09/2004 | MMY | Pleadings: Complaint. | 1.25 | 312.50 |
| 01/12/2004 | MMY | Pleadings: Complaint, including communications with MEH and bk and some research re issues related to complaint and claims. | 3.50 | 875.00 |
| 01/13/2004 | MMY | Pleadings: Complaint; conf bk; communications with MEH re trademark. | 1.50 | 375.00 |
| 01/14/2004 | MMY | Pleadings: Ocean Duke complaint and research re adding HIS and other issues such as notice; phone calls to bk re above; confs MEH re above. | 4.25 | 1,062.50 |
| 01/15/2004 | MMY | Pleadings: MEH's comments and suggestions to complaint; explore possible other claims. | 1.75 | 437.50 |
| 01/17/2004 | MMY | Pleadings: Amend Ocean Duke complaint; look for anything helpful on internet. | 0.75 | 187.50 |
| 01/20/2004 | MMY | Pleadings: Modify complaint. | 0.25 | 62.50 |
| 01/23/2004 | MMY | Pleadings: Final change to complaint and review civil cover sheet. | 0.25 | 62.50 |
| 01/27/2004 | MMY | Pleadings: Instructions re filing complaint; have complaint filed and review message confirming it was filed. | 0.25 | 62.50 |
| 01/28/2004 | MMY | Pleadings: Service arrangements. | 0.25 | 62.50 |
| 03/11/2004 | MMY | Pleadings: Review answer and analyze charcoal patent and consider how to handle. | 1.00 | 250.00 |
| | | **TOTAL** | **15.00** | **3,750.00** |

**EXHIBIT C**

ImanageDB:827308.1