WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION
Civil No. 04-00055 BMK -- CONFIDENTIAL – UNDER PROTECTIVE ORDER

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 09/14/2004 | MMY | Discovery: Phone calls from Meyer re what proof we have re Ocean Duke was using tasteless smoke and re what is TPI | .25 | 62.50 |
| 09/24/2004 | MMY | Discovery: Letters from Ocean Duke – want docs and want to talk to Ching. | 0.25 | 62.50 |
| 09/27/2004 | MMY | Discovery: Deal with Meyer letters seeking discovery. | 0.25 | 62.50 |
| 10/06/2004 | MMY | Discovery: Determine what docs to produce to Ocean Duke and give instructions to secretary re that | 0.50 | 125.00 |
| 10/15/2004 | MMY | Discovery: Request for documents; interrogatories | 2.00 | 500.00 |
| 10/25/2004 | MMY | Discovery: 2nd request for production of documents; consider possible supplemental interrogatories. | 1.75 | 437.50 |
| 11/18/2004 | MMY | Discovery: Communications with Ching re subpoena Ocean Duke sent him; consider how to handle above. | 0.50 | 125.00 |
| 11/19/2004 | MMY | Discovery: Ching letter to Ocean Duke re Ocean's subpoena of Hilo docs and discuss with client. | 0.25 | 62.50 |
| 11/22/2004 | MMY | Discovery: Review corresp between Ching and Meyer re Meyer's attempts to get documents from Ching. | 0.25 | 62.50 |

**EXHIBIT D**

ImanageDB:827308.1

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/23/2004 | MMY | Discovery: Protective order; e-mail to Meyer re protective order and his subpoena of Hilo's attorneys; e-mail Ching re what I told Meyer re protective order needs to be in place before he can get documents covered by his subpoena; draft Rule 26 disclosure; modify protective order in light of special requirements Judge Kurren asks for (filing confidential documents under seal can only be done by application to court first) and e-mail to Meyer re same. | 2.00 | 500.00 |
| 11/24/2004 | MMY | Discovery: Finalize protective order and send to opposing counsel with message. | 0.50 | 125.00 |
| 11/30/2004 | MMY | Discovery: Review Ocean Duke's responses to second request for production of documents. | 0.25 | 62.50 |
| 12/21/2004 | MMY | Discovery: Review initial disclosures of Ocean Duke. | 0.25 | 62.50 |
| 10/26/2005 | MMY | Discovery: Email to Ocean Duke re protective order and discovery. | 0.50 | 130.00 |
| 10/27/2005 | MMY | Discovery: Phone call Neufeld (re protective order/discovery). | 0.25 | 65.00 |
| 10/28/2005 | MMY | Discovery: Review and respond to email from Neufeld and look over protective order language. | 0.50 | 130.00 |
| 11/01/2005 | MMY | Discovery: Email from Ocean Duke with draft changed protective order; work on protective order by identifying and incorporating suggestions from Ocean Duke; email ocean Duke re scheduling and protective order. | 1.25 | 325.00 |
| 12/07/2005 | MMY | Discovery: Email OD re discovery. | 0.25 | 65.00 |
| 12/28/2005 | MMY | Discovery: Press OD's counsel re discovery and arrangements for meet and confer. | 0.25 | 65.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/29/2005 | MMY | Discovery: Review and respond to email from Neufeld re discovery. | 0.25 | 65.00 |
| 12/30/2005 | MMY | Discovery: Gather Ocean Duke materials re infringement, labeling, discovery responses, and trademark prep for phone call on Tuesday with Ocean Duke re discovery. | 1.50 | 390.00 |
| 01/03/2006 | MMY | Discovery: Review discovery responses of Ocean Duke and press Ocean Duke re discovery; phone call bk re case matters. | 1.75 | 481.25 |
| 02/08/2006 | MMY | Discovery: Reminder letter to OD's attorney re he promised docs and info by 2/3. | 0.25 | 68.75 |
| 02/09/2006 | MMY | Discovery: Various email Neufeld (re discovery). | 0.25 | 68.75 |
| 02/10/2006 | MMY | Discovery: Phone call from Neufeld re discovery. | 0.25 | 68.75 |
| 03/09/2006 | MMY | Discovery: Reminder email to Neufeld re discovery responses. | 0.25 | 68.75 |
| 03/10/2006 | MMY | Discovery: Email from Neufeld. | 0.25 | 68.75 |
| 03/29/2006 | MMY | Discovery: Email to OD re its failure to respond to discovery. | 0.25 | 68.75 |
| 03/30/2006 | MMY | Discovery: Communication with Neufeld re Ocean Duke's failure to respond to discovery. | 0.25 | 68.75 |
| 04/04/2006 | MMY | Discovery: Reminder to Neufeld re overdue discovery responses. | 0.25 | 68.75 |
| 04/11/2006 | MMY | Discovery: Reminders re discovery. | 0.25 | 68.75 |
| 04/13/2006 | MMY | Discovery: Communications with OD re their failure to respond to discovery. | 0.50 | 137.50 |
| 04/24/2006 | MMY | Discovery: Email from OD's attorney re discovery. * | 0.25 | 68.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 05/04/2006 | MMY | Discovery: Check deadlines and consider how to deal with OD's stalling. | 0.25 | 68.75 |
| 05/05/2006 | MMY | Discovery: Phone call and email Ocean Duke's attorney re discovery. | 0.75 | 206.25 |
| 05/15/2006 | MMY | Discovery: Email and phone message Ocean Duke re discovery and stipulation re deadlines; email from client; phone call from Ocean Duke's counsel saying interrogatory answers should be received in two weeks and they will push client re document production and they agree to stipulation re extending deadlines. | 0.75 | 206.25 |
| 05/22/2006 | MMY | Discovery: Gather proof re Ocean Duke's stalling. | 0.25 | 68.75 |
| 06/01/2006 | MMY | Discovery: Phone call from Marks re interrogatory answers and documents should be available the middle of next week and to make sure they produce what we need. | 0.50 | 137.50 |
| 06/12/2006 | MMY | Discovery: Email Marks; phone call Marks re discovery. | 0.25 | 68.75 |
| 06/13/2006 | MMY | Discovery: Work on motion to continue and motion to compel and possible alternative remedies of stipulated order compelling discovery and opting for trial by magistrate and communications with opposing counsel and client re above. | 3.75 | 1,031.25 |
| 06/15/2006 | MMY | Discovery: Phone call from Marks saying they received docs and info from Ocean Duke; email to Marks re opting for Magistrate and stipulated order. | 0.25 | 68.75 |
| 06/28/2006 | MMY | Discovery: Review and respond to Marks' email re stipulated order compelling discovery and forward to client; consider possible third req for production re Ocean Duke's problems with the government. | 0.50 | 137.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 07/20/2006 | MMY | Discovery: Go thru docs produced by OD and draft letter to OD re their failure to produce documents (except for 151 pages) and re shortcomings of their response. | 0.75 | 206.25 |
| 07/21/2006 | MMY | Discovery: Work on detailed letters pointing out deficiencies of Ocean Duke's interrogatory answers and production of documents. | 4.50 | 1,237.50 |
| 07/26/2006 | MMY | Discovery: Email from Marks re discovery.* | 0.25 | 68.75 |
| 08/02/2006 | MMY | Discovery: Email to Ocean Duke re discovery. * | 0.25 | 68.75 |
| 08/08/2006 | MMY | Discovery: Review and respond to email from OD attorney re discovery. | 0.25 | 68.75 |
| 08/16/2006 | MMY | Discovery: Email re their failure to produce documents. | 0.25 | 68.75 |
| 08/18/2006 | MMY | Discovery: Further communications from and to OD's counsel re production of documents. | 0.25 | 68.75 |
| 08/31/2006 | MMY | Discovery: Get Ocean Duke stipulated order compelling discovery ready for submission to court; work on memo to Ocean Duke demanding action and cataloguing their past failures and delays; phone call to ocean Duke's attorney – leave message; phone call from Ocean Duke's attorney (he promises to get us electronic accounting report(s) by next Friday). | 2.50 | 687.50 |
| 09/15/2006 | MMY | Discovery: Review docs produced by Ocean Duke. | 0.25 | 68.75 |
| 09/19/2006 | MMY | Discovery: Email Ocean Duke pressing them for documents. | 0.25 | 68.75 |
| 09/27/2006 | MMY | Discovery: New docs from Ocean Duke (just copy of file history for K patent). | 0.25 | 68.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 09/29/2006 | MMY | Discovery: Review docs from Ocean Duke; email to Ocean Duke complaining about their production; response from Ocean Duke saying more docs coming. | 0.25 | 68.75 |
| 10/04/2006 | MMY | Discovery: review and respond to phone message from Marks re discovery. | 0.25 | 68.75 |
| 10/13/2006 | MMY | Discovery: email to Ocean Duke's counsel re their continued failure to produce documents; 2nd email to Marks re docs since he didn't respond | 0.25 | 68.75 |
| 10/19/2006 | MMY | Discovery: review and respond to Marks' email re discovery. | 0.25 | 68.75 |
| 10/23/2006 | MMY | Discovery: communications with Marks re Ocean Duke's failure to produce discovery and re we will forbear from filing for sanctions if they produce by Oct. 31. | 0.50 | 137.50 |
| 10/25/2006 | MMY | Discovery: order from court re compelling discovery. | 0.25 | 68.75 |
| 11/01/2006 | MMY | Discovery: email to Marks re motion must be filed because discovery did not come as promised. | 0.25 | 68.75 |
| 11/03/2006 | MMY | Discovery: phone message from Marks (re discovery). | 0.25 | 68.75 |
| 11/08/2006 | MMY | Discovery: email to Marks saying documents he promised by now still have not been received. | 0.25 | 68.75 |
| 11/16/2006 | MMY | Discovery: phone call and email Marks re Ocean Duke's failure to produce discovery; email Marks re same. | 0.25 | 68.75 |
| 11/17/2006 | MMY | Discovery: phone message from Marks re they will try to get the documents to me by next Wednesday. | 0.25 | 68.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/21/2006 | MMY | Discovery: email from Marks re what they propose to send us and response from me re his proposed response includes lots of unneeded docs but leaves out many needed documents, and asking him to call me; attempt to call Marks; follow up email to Marks asking him again to call me and saying we need accounting documents and sample invoices from various years. | 0.75 | 206.25 |
| 11/28/2006 | MMY | Discovery: follow up with Marks re their failure to produce documents. | 0.25 | 68.75 |
| 12/04/2006 | MMY | Discovery: review and respond to Marks' email re some documents are being sent on CD and re arranging to talk about production of other documents. | 0.25 | 68.75 |
| 12/05/2006 | MMY | Discovery: scan documents Ocean Duke sent us; call Marks and leave message re what they sent us and what they didn't send us. | 2.50 | 687.50 |
| 01/02/2007 | MMY | Discovery: 2 phone calls from Marks re deadlines and what docs we still need from Ocean Duke. | 0.50 | 147.50 |
| 02/21/2007 | MMY | Discovery: Review new due dates; consider what additional documents OD needs to produce; consider what depos to take. | 0.75 | 221.25 |
| 08/15/2007 | MMY | Discovery: Review Ocean Duke's expert report of Iwaoka; interrogs and doc request and pass on to client and consider how to respond. | 1.00 | 295.00 |
| 08/16/2007 | MMY | Discovery: Look at interrogs and doc requests and depo notices for bk and Rule 30b6 depo notice and compare against schedule/deadlines and consider how to respond; prepare depo notice and subpoena for docs re Iwaoka; communications with client re discovery. | 1.50 | 442.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 09/05/2007 | MMY | Discovery: look over discovery requests and consider how to handle; consider when to depose Roger and Duke Lin; email bk re when he needs to be available for depo; conf bk re discovery. | 1.25 | 368.75 |
| 09/13/2007 | MMY | Discovery: Work on responses to discovery requests. | 1.00 | 295.00 |
| 09/14/2007 | MMY | Discovery: Responses to discovery requests. | 0.75 | 221.25 |
| 09/17/2007 | MMY | Discovery: Respond to Ocean Duke discovery requests; email to Marks re depos of Roger and Duke Lin; email Marks re depo of Francom should not be scheduled for LA because he is not there. | 5.25 | 1,548.75 |
| 09/21/2007 | MMY | Discovery: confs bk re doc production; check docs re production and what we would/should produce, and consider whether it is better to produce selected/pertinent documents anew or agree to Ing's proposal that all documents produced in earlier litigation be deemed produced for this case. | 2.25 | 663.75 |
| 09/24/2007 | MMY | Discovery: Email Ing responding to her email re production of document, and cautioning her about materials in her possession from other cases that are confidential and should not be shown to ODC and mentioning supplemental docs and other issues; email to Marks re deposition notices were served and following up on whether the Lins will comply with notices. | 0.25 | 73.75 |
| 09/26/2007 | MMY | Discovery: Letter to court asking that Roger Lin's deposition be held while he is here in Hawaii; numerous follow up communications with Ing and Marks to try to get them to agree to have Lin's deposition this weekend; conf bk re discovery. | 4.75 | 1,401.25 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 10/04/2007 | MMY | Discovery: communications with ODC's counsel's office to make and confirm arrangements for depositions – starting times, find out when on 10/9 Duke Lin can start, get and notify reporter, duration, confirm they will pay for our expert's expenses to attend, etc. | 1.25 | 368.75 |
| | | **TOTAL** | 62.75 | 17,370.00 |