WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION
Civil No. 04-00055 BMK -- CONFIDENTIAL – UNDER PROTECTIVE ORDER

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 08/29/2007 | MMY | Depositions: Email to Marks re resetting depo of Iwaoka. | 0.25 | 73.75 |
| 08/30/2007 | MMY | Depositions: Multiple email exchange with Marks re Iwaoka depo. | 0.50 | 147.50 |
| 08/31/2007 | MMY | Depositions: Communications re Iwaoka depo. | 0.25 | 73.75 |
| 09/04/2007 | MMY | Depositions: Review and respond to Mark's 3 email re Iwaoka wants to start his deposition later in the day; legalstandards for various issues; make arrangements for depo. | 1.00 | 295.00 |
| 09/06/2007 | MMY | Depositions: Consider when to schedule depos of Duke and Roger Lin; email to bk re depos and see his response; depo notices. | 0.50 | 147.50 |
| 09/10/2007 | MMY | Depositions: Depo arrangements, including communications with Ing; research re points made in Iwaoka report; Prep for Iwaoka depo; work with our expert. | 6.75 | 1,991.25 |
| 09/11/2007 | MMY | Depositons: Work with our expert; prep for and take Iwaoka deposition. | 7.50 | 2,212.50 |
| 09/18/2007 | MMY | Depositions: Depo transcript of Iwaoka; email from Marks re depos; email from Ing. | 1.25 | 368.75 |
| 09/25/2007 | MMY | Depositons: Work with Marks to try to get Roger Lin's depo. | 0.50 | 147.50 |

**EXHIBIT E**

ImanageDB:827308.1

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 09/27/2007 | MMY | Depositions: Further work on trying to get Lin's deposition in Hawaii – phone call Ocean Duke's counsel and letter to court with supplemental information, Review letter from Ing; review Court's order refusing to order Lin's deposition in Hawaii; Talk to Marks and Francom and client re depos for Los Angeles; consider asking Marks to have Lin explain their system before the conf. | 1.50 | 442.50 |
| 09/28/2007 | MMY | Depositions: Communications with Francom and Hampton and Marks to try to set up deposition and work around Francom's having to be in New York that week. | 1.00 | 295.00 |
| 10/01/2007 | MMY | Depositions: email from Marks re deposition scheduling; conf bk re issues of the case; go over documents produced by ODC; deposition arrangement details and prep. | 3.50 | 1,032.50 |
| 10/02/2007 | MMY | Depositions: check with bk re his availability for deposition; respond to Marks' email re Kowalski depo. | 0.25 | 73.75 |
| 10/02/2007 | MMY | Depositions: communication with Marks re depositions; Make arrangements for deposition trip for Ocean Duke; communications with Francom and his secretary re arrangements and prep for deposition trip; email Marks to confirm deposition details and ODC will pay for Francom's time and flight and hotel. | 1.75 | 516.25 |
| 10/04/2007 | MMY | Depositions: email from Ing re documents for Francom deposition; prep for depositions. | 4.50 | 1,327.50 |
| 10/05/2007 | MMY | Depositions: communications with Francom re deposition; other prep for depositions. | 2.50 | 737.50 |

| Date | Attorney/Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 10/06/2007 | MMY | Depositions: Prep for Ocean Duke depos (including getting necessary documents and copies; review documents produced by Ocean Duke and look through our documents re what might be helpful at deposition). | 11.50 | 3,392.50 |
| 10/07/2007 | MMY | Depositions: Travel to Ocean Duke depos; prep for depositions during trip and after arrival; communications with Francom's office re schedule and things he should bring with him. | 9.25 | 2,728.75 |
| 10/08/2007 | MMY | Depositions: Prep for and take depo of Roger Lin; conf bk re deposition. | 9.75 | 2,876.25 |
| 10/09/2007 | MMY | Depositions: Prep for and take depo of Duke Lin, conf bk re depo. | 8.25 | 2,433.75 |
| 10/10/2007 | MMY | Depositions: communications with Francom re arrangements for depo and depo prep. | 0.25 | 73.75 |
| 10/11/2007 | MMY | Depositions: communications with Francom and his office re his arrival; Francom depo prep; review documents from Francom. | 4.75 | 1,401.25 |
| 10/12/2007 | MMY | Depositions: prep for and defend Francom depo; Conf bk; review Ocean Duke's reply re summary judgment. | 5.50 | 1,622.50 |
| 10/13/2007 | MMY | Depositions: Return from Ocean Duke depo trip; organize deposition documents and review notes during return. | 8.50 | 2,507.50 |
| 10/15/2007 | MMY | Depositions: communications from court reporter re transcript; check for Exhibit P22 of Francom report; communications with Francom re Exhibit P22 and re he needs to bill Ocean Duke for his time. | 0.50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 10/17/2007 | MMY | Depositions: check to make sure all Francom documents were produced to Ocean Duke (they were); review and pay Iwaoka bill. | 0.50 | 147.50 |
| 10/17/2007 | MMY | Depositions: review transcript and exhibits of Roger Lin deposition and arrange payment. | 1.00 | 295.00 |
| 10/17/2007 | MMY | Depositions: communications with Marks and attempt to contact bk re bk's deposition scheduling; notice of deposition for Kowalski. | 0.25 | 73.75 |
| 10/18/2007 | MMY | Depositions: review and pay various bills for case and deposition trip; email Marks re bk out of state so I still need to reconfirm deposition time with him. | 0.50 | 147.50 |
| 10/23/2007 | MMY | Depositions: review transcript of Francom deposition. | 1.25 | 368.75 |
| 10/25/2007 | MMY | Depositions: email to Marks re details of upcoming Kowalski and HISI depositions; exhibits. | 0.25 | 73.75 |
| 10/26/2007 | MMY | Depositions: look at Iwaoka deposition transcript (and note that it contains no corrections by Iwaoka); email from Ing re Iwaoka wants to make corrections to his deposition despite passing of deadline. | 0.25 | 73.75 |
| 10/30/2007 | MMY | Depositions: review corrections by Iwaoka of his deposition and discuss them with client. | 0.25 | 73.75 |
| 10/31/2007 | MMY | Depositions: prep Kowalski deposition. | 5.50 | 1,622.50 |
| 11/01/2007 | MMY | Depositions: prep for and attend Kowalski depo; prep for next day's deposition of Kowalski. | 9.25 | 2,728.75 |
| 11/02/2007 | MMY | Depositions: prep for and attend Kowalski depo; conf bk after re depo and further steps. | 6.5 | 1,917.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/04/2007 | MMY | Depositions: scan Duke Lin's deposition transcript. | .50 | 147.50 |
| 11/08/2007 | MMY | Depositions: receive copy of video of Kowalski depo and make arrangements for Kowalski to view samples in prep for trial. | .25 | 73.75 |
| 11/08/2007 | MMY | Depositions: review Francom deposition transcript and send to him with message he must make any corrections by Nov 16. | 1.50 | 442.50 |
| 11/14/2007 | MMY | Depositions: review Kowalski deposition transcript; corrections to Francom's deposition. | 2.25 | 663.75 |
| | | TOTAL | 121.75 | 35,916.25 |