WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION
Civil No. 04-00055 BMK -- CONFIDENTIAL – UNDER PROTECTIVE ORDER

| Date | Attorney/Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 03/04/2004 | MMY | Motions: Answer and motion to change venue. | 1.00 | 250.00 |
| 03/08/2004 | MMY | Motions: Communications with bk and AM and research re jurisdiction. | 1.75 | 437.50 |
| 03/09/2004 | AML | Motions: Brief review of Ocean Duke's Motion for Change of Venue; discuss same with M. Yasunaga. | 0.50 | 70.00 |
| 03/09/2004 | MMY | Motions: Communications with AM and bk re how to respond to motion and review motion and order and our memo from Phillips case; pro hac vice motions granted; review answer and discuss with bk. | 1.25 | 312.50 |
| 03/10/2004 | AML | Motions: Review/analyze Ocean Duke's Motion for Change of Venue; research re venue statutes, federal circuit case law re venue and personal jurisdiction; email summary of findings/discuss same with M. Yasunaga. | 2.25 | 315.00 |
| 03/10/2004 | MMY | Motions: Work on venue motion. | 1.00 | 250.00 |
| 03/11/2004 | AML | Motions: Review recent federal circuit law re personal jurisdiction in patent cases. | 0.50 | 70.00 |
| 03/11/2004 | MMY | Motions: Work on responding to venue motion. | 0.25 | 62.50 |
| 03/15/2004 | MMY | Motions: Internet research re motion. | 1.00 | 250.00 |
| 03/15/2004 | AML | Motions: Research re J. Ezra's decisions in Hawaii Longline Association case, standards for evaluating proper venue. | 1.00 | 140.00 |

**EXHIBIT F**

ImanageDB:827308.1

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 03/16/2004 | MMY | Motions: Conf Mizuo and review her e-mail re motion to transfer; phone call from Meyer's assistant Kvam asking for stay and shortened time for hearing & e-mail client re that; product recall. | 0.75 | 187.50 |
| 03/16/2004 | AML | Motions: Continue research re Ocean Duke's change of venue motion; summary of research findings to M. Yasunaga. | 2.25 | 315.00 |
| 03/17/2004 | MMY | Motions: Phone call from Ocean Duke's counsel (Kvam) re stay of case and advancing hearing. | 0.25 | 62.50 |
| 03/18/2004 | MMY | Motions: Phone call from Kvam re stay and advanced hearing and tell Kvam I want to schedule meeting of the parties re trial date and discovery Friday, Monday or Tuesday; review letter from Ocean Duke to judge re above and forward to bk. | 0.50 | 125.00 |
| 03/19/2004 | MMY | Motions: Review e-mail from client with attached product offering and discuss that and other info we have with AM and consider how to handle motion and request for meeting with judge to stay case and advance hearing. | 1.00 | 250.00 |
| 03/22/2004 | MMY | Motions: Letter from court denying Ocean Duke's request to stay litigation and advance hearing of motion; memo to Ocean Duke's counsel suggesting they withdraw motion and mentioning that falling within one patent doesn't mean you don't fall within ours. | 0.50 | 125.00 |
| 03/26/2004 | MMY | Motions: Communications with bk re proof Ocean Duke is doing business in Hawaii. | 0.25 | 62.50 |
| 03/29/2004 | MMY | Motions: Communications with bk re how to prove Hawaii sales. | 0.50 | 125.00 |
| 03/30/2004 | MMY | Motions: Communications with bk re motion re jurisdiction. | 0.50 | 125.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 03/31/2004 | MMY | Motions: Communications with bk re proof of jurisdiction; phone call from Meyer re phone call on 4/5 and e-mail client re same. | 0.50 | 125.00 |
| 04/05/2004 | MMY | Motions: Phone call from Ocean Duke's counsel re meeting of the parties and their request to stay case pending motion to transfer; communication with client re same. | 0.75 | 187.50 |
| 04/27/2004 | MMY | Motions: Conf bk re motion re venue. | 0.25 | 62.50 |
| 05/03/2004 | MMY | Motions: Communications re venue motion. | 0.50 | 125.00 |
| 05/05/2004 | MMY | Motions: Internet work and communications with bk to help with Ocean Duke motion; view photos from BK. | 1.75 | 437.50 |
| 05/05/2004 | AML | Motions: Review/analyze Ocean Duke's motion for change of venue and previous motions/oppositions in related cases in preparation for drafting Kowalski's opposition to Ocean Duke's motion for change of venue. | 1.00 | 140.00 |
| 05/06/2004 | MMY | Motions: Conf Mizuo and other work re motion re venue. | 1.50 | 375.00 |
| 05/06/2004 | AML | Motions: Draft opposition to Ocean Duke's motion for change of venue; discuss same with M. Yasunaga. | 5.50 | 770.00 |
| 05/07/2004 | MMY | Motions: Communications with Mizuo re venue law. | 0.25 | 62.50 |
| 05/07/2004 | AML | Motions: Draft opposition to Ocean Duke's motion for change of venue; research re Hawaii's long-arm statute. | 5.00 | 700.00 |
| 05/09/2004 | AML | Motions: Draft opposition to Ocean Duke's motion for change of venue; research re inconsistency of requesting change of venue pursuant to Section 1404(a) prior to Section 1406(a). | 4.00 | 560.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 05/10/2004 | AML | Motions: Complete first draft of plaintiffs' opposition to Ocean Duke's motion for change of venue. | 1.25 | 175.00 |
| 05/11/2004 | AML | Motions: Discuss/analyze revisions to Draft 1 of plaintiffs' opposition to Ocean Duke's motion for change of venue with M. Yasunaga. | 0.50 | 70.00 |
| 05/11/2004 | AML | Motions: Final review and revisions of Draft 1 of plaintiffs' opposition to Ocean Duke's motion for change of venue; transmit same to M. Yasunaga for review and comment. | 0.75 | 105.00 |
| 05/11/2004 | MMY | Motions: Opposition to motion re venue (including adding in background sections re law and facts re patent and regulatory history). | 4.50 | 1,125.00 |
| 05/13/2004 | MMY | Motions: Opposition to motion to change venue. | 2.75 | 687.50 |
| 05/13/2004 | AML | Motions: Review and revise Draft 2 of Opposition to Ocean Duke's change of venue motion based on M. Yasunaga's comments/suggestions; draft Kowalski Declaration and Yasunaga Declaration, organize exhibits, emails to W. Kowalski re Declaration. | 8.50 | 1,190.00 |
| 05/14/2004 | AML | Motions: Final review/revisions to opposition to Ocean Duke's motion for change of venue, Kowalski Declaration and Yasunaga Declaration; discuss Kowalski's Declaration with W. Kowalski and M. Yasunaga; final preparation for filing. | 5.00 | 700.00 |
| 05/14/2004 | MMY | Motions: work on memo in opp to motion re venue. | 2.25 | 562.50 |
| 05/18/2004 | MMY | Motions: Communications with bk re proof re Ocean Duke infringement. | 0.25 | 62.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 05/20/2004 | MMY | Motions: Declaration of bk. | 0.25 | 62.50 |
| 05/24/2004 | MMY | Motions: Review reply memo and confs bk and Mizuo. | 0.50 | 125.00 |
| 05/24/2004 | AML | Motions: Review/analyze Ocean Duke's reply memorandum in support of its motion for change of venue; discuss same with M. Yasunaga; draft submission of W. Kowalski's original declaration. | 1.00 | 140.00 |
| 05/28/2004 | AML | Motions: Brief preparation for 6/1/04 hearing on defendants' motion for change of venue; discuss same with M. Yasunaga. | 0.50 | 70.00 |
| 06/01/2004 | MMY | Motions: Prep for and attend hearing. | 2.00 | 500.00 |
| 06/01/2004 | AML | Motions: Review Ocean Duke's motion for change of venue, Kowalski's opposition and Ocean Duke's reply; discuss same with M. Yasunaga in preparation for hearing. | 0.50 | 70.00 |
| 06/11/2004 | MMY | Motions: Order denying change of venue and conf Mizuo. | 0.50 | 125.00 |
| 08/15/2007 | MMY | Motions: review motion for summary judgment and pass on to client and consider how to handle. | 0.50 | 147.50 |
| 08/16/2007 | MMY | Motion: Review documents to find things helpful for motion. | 1.00 | 295.00 |
| 09/05/2007 | MMY | Motions: Conf bk re motion for bifurcation; Look over new motion for bifurcation, etc. and consider how to handle; email from client re bifurcation. | 1.25 | 368.75 |
| 09/06/2007 | MMY | Motions: work on how to respond to motion for bifurcation; receive order from court setting hearing date for motion; respond to bk re bifurcation. | 0.50 | 147.50 |
| 09/19/2007 | MMY | Motions: Work on opposing bifurcation motion. | 0.50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 09/25/2007 | MMY | Motions: Opp to motion for summary judgment. | 1.50 | 442.50 |
| 10/02/2007 | MMY | Motions: work on opposing bifurcation motion. | 1.50 | 442.50 |
| 10/03/2007 | MMY | Motions: work on motions for trifurcation, summary judgment and for claim construction. | 2.75 | 811.25 |
| 10/04/2007 | MMY | Motions: work on opposition to motion for trifurcation, opposition to motion for summary judgment, and work on claim construction. | 5.25 | 1,548.75 |
| 10/05/2007 | MMY | Motions: work on and file opposition to motion for trifurcation, opposition to motion for summary judgment, and claim construction cross motion, including gathering exhibits. | 9.25 | 2,728.75 |
| 10/10/2007 | MMY | Motions: review opposition to motion for summary judgment and then draft and get filed errata correction; receive oral and documentary notice of hearing and briefing dates on motion for claim construction and calendar dates. | 0.75 | 221.25 |
| 10/15/2007 | MMY | Motions: review Ocean Duke's "statement" in lieu of reply memo re summary judgment (asking for more briefing and continued hearing); review Ocean Duke's reply re trifurcation motion; discuss above with client; notice from court re hearing on motion for summary judgment vacated. | 0.50 | 147.50 |
| 10/15/2007 | MMY | Motions: review pro hac vice motion and order granting motion and minutes. | 0.25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 10/22/2007 | MMY | Motions: consider with MEH and AML whether and how to do supplemental motion for claim construction; research re Claim 33's use of the word "about" and similar terms such as "approximately"; review patent claims and consider possible other patent claims to add and reasons for not adding more claims; draft and file supplemental motion for claim construction. | 3.25 | 958.75 |
| 10/22/2007 | AML | Motions: Discuss strategy regarding moving for claim construction regarding additional claims of Kowalski patent with M. Yasunaga. | 0.50 | 100.00 |
| 10/22/2007 | AML | Motions: Research regarding construction of "approximately" or "about" in patent; review/analyze relevant caselaw. | 1.00 | 200.00 |
| 10/22/2007 | AML | Motions: Review supplemental motion for claim of construction; facilitate electronic filing of same. | 0.50 | 100.00 |
| 10/23/2007 | MMY | Motions: Prep for and attend pretrial conference and hearing on motion to trifurcate in Ocean Duke (also prepared for summary judgment motion in case that was discussed/argued); discuss motion for summary judgment at hearing to clarify what will happen to that; review minutes. | 1.50 | 442.50 |
| 10/30/2007 | MEH | Motions: Conference with M. Yasunaga regarding motion in limine to exclude argument that within Shih patent - argue presumption of infringement goes to jury so can argue legislative history, etc. | 0.50 | 147.50 |
| 11/01/2007 | AML | Motions: Continue research regarding timing of and obtaining presumption of infringement under 35 U.S.C. Section 295; outline motion in limine regarding same. | 2.50 | 500.00 |
| 11/02/2007 | MMY | Motions: communications re ODC saying they will file motion to continue and asking | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | us to stipulate to shortened briefing schedule; consider how to deal with motion to continue and request for expedited briefing. | | |
| 11/02/2007 | AML | Motions: Research regarding exceptions to hearsay rule; email to M. Yasunaga regarding same. | 1.50 | 300.00 |
| 11/02/2007 | MMY | Motions: review ODC's memo in opposition to motion for claim construction and discuss with Mizuo Lee. | 1.00 | 295.00 |
| 11/02/2007 | AML | Motions: Review/analyze Ocean Duke's opposition to cross motion for claim construction; discuss same with M. Yasunaga. | 1.25 | 250.00 |
| 11/02/2007 | AML | Motions: Review/revise shell document for motions in limine. | 0.50 | 100.00 |
| 11/05/2007 | AML | Motions: Begin drafting reply memo in support of claim construction. | 2.75 | 550.00 |
| 11/05/2007 | AML | Motions: Research regarding indefiniteness, ability of party to raise defenses not explained in response to contention interrogatory; unopposed claim construction motion; review/analyze relevant caselaw. | 3.25 | 650.00 |
| 11/05/2007 | AML | Motions: Review/analyze Ocean Duke's motion for partial summary judgment; plaintiff's opposition to same and plaintiffs' cross-motion for claim construction. | 1.75 | 350.00 |
| 11/06/2007 | AML | Motions: Complete first draft of reply memorandum in support of cross motion for claim construction. | 6.75 | 1,350.00 |
| 11/06/2007 | AML | Motions: Research regarding FRCP Rule 37(c)(1); written description requirement/whether claim needs to mirror ranges given in specification; review/analyze relevant caselaw. | 2.75 | 550.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/07/2007 | MMY | Motions: Claim construction reply brief (because ODC did not dispute our proposed claim construction, reply brief actually deals with written description and definiteness defenses ODC improperly raised in their claim construction opposition memo) . | 4.75 | 1,401.25 |
| 11/07/2007 | AML | Motions: Review/revise first draft of reply memorandum in support of cross motion for claim construction; draft/prepare M. Yasunaga declaration in support of same and Exhibit "4" summarizing claim construction summary/chart; review/revise second draft of reply memorandum in support of cross motion for claim construction per M. Yasunaga's comments; prepare exhibits and revise M. Yasunaga's declaration. | 6.75 | 1,350.00 |
| 11/08/2007 | MMY | Motions: edit claim construction reply brief. | 1.00 | 295.00 |
| 11/08/2007 | AML | Motions: Final revisions/preparation regarding reply memorandum in support of cross and supplemental motion for construction. | 2.50 | 500.00 |
| 11/09/2007 | AML | Motions: Begin drafting motion in limine regarding presumption of infringement under 35 USC Section 295. | 3.25 | 650.00 |
| 11/09/2007 | MMY | Motions: review new entry from court re claim construction reply memo and get that misunderstanding by court corrected. | .25 | 73.75 |
| 11/10/2007 | AML | Motions: Continue drafting motion in limine regarding presumption of infringement under Section 295. | 8.75 | 1,750.00 |
| 11/10/2007 | AML | Motions: Review/analyze R. Lin and D. Lin depo transcripts (for use in motions in limine). | 2.25 | 450.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/11/2007 | AML | Motions: Complete first draft of motion in limine regarding presumption of infringement under Section 295; review M. Yasunaga's comments to same and respond to same. | 5.25 | 1,050.00 |
| 11/12/2007 | AML | Motions: Begin drafting Errata to Exhibit "A" attached with plaintiffs' reply memo in support of cross motion for claim construction and supplemental motion for claim construction. | 0.50 | 100.00 |
| 11/12/2007 | MMY | Motions: check for errors in claim construction chart attached to reply memo re motion for claim construction and make corrections; discuss with AML. | 2.25 | 663.75 |
| 11/12/2007 | AML | Motions: Research regarding exclusion of expert witness whose opinions were not disclosed prior to deadline. | 0.75 | 150.00 |
| 11/12/2007 | AML | Motions: Review/revise motion in limine #1 regarding presumption of infringement under Section 295; draft/prepare M. Yasunaga and B. Kowalski declarations; gather/prepare exhibits. | 8.50 | 1,700.00 |
| 11/13/2007 | AML | Motions: Brief research regarding exclusion of witnesses and exhibits under FRCP 37(c); review/analyze caselaw. | 1.25 | 250.00 |
| 11/13/2007 | AML | Motions: Draft motion in limine #2 regarding Ocean Duke's undisclosed defenses; M. Yasunaga declaration; review/revise same; prepare exhibits. | 3.25 | 650.00 |
| 11/13/2007 | AML | Motions: Draft motion in limine #6 regarding evidence (exhibits and witness) untimely produced and identified and M. Yasunaga declaration; review and revise same and e-file same. | 1.75 | 350.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/13/2007 | AML | Motions: Finalize Errata to Exhibit "A" attached with reply memorandum in support of cross and supplementary motions for claim construction. | 0.50 | 100.00 |
| 11/13/2007 | MMY | Motions: Motions in limine – work on and file ours, scan Ocean Duke's motions. | 6.50 | 1,917.50 |
| 11/13/2007 | MMY | Motions: review ODC's motion to continue trial and to shorten time for hearing and to seal exhibits and discuss with AML and client; consider how to respond and note no hearing date. | .50 | 147.50 |
| 11/13/2007 | AML | Motions: Review/analyze caselaw regarding exclusion of expert witness testimony based on failure to disclose same; incorporate research info motion in limine #3 regarding damage expert McEnerney and other experts. | 1.25 | 250.00 |
| 11/13/2007 | AML | Motions: Review/revise motion in limine #1 regarding presumption of infringement under Section 295; review/revise M. Yasunaga declaration; prepare additional exhibits. | 4.25 | 850.00 |
| 11/13/2007 | MEH | Motions: Telephone call from M. Yasunaga regarding argument of assignment of patent by L. Sands; Telephone call & conference w/ M. Yasunaga regarding motion to continue trial alleging assignment to L. Sandau - was UCC-1 Financing Statement; order certified copy of UCC-1 Financing Statement; voice mail to M. Yasunaga regarding need to present copy of actual unrecorded assignment of royalties to respond, etc. | 0.50 | 147.50 |
| 11/14/2007 | TESN | Motions: Conferences with M. Yasunaga and A. Lee re motion to continue trial; conduct research re standing to sue and ability to seek lost profits. | 6.25 | 1,125.00 |
| 11/14/2007 | MMY | Motions: notice from court of 11/16 hearing on ODC motion to continue trial; order granting motion to shorten time; order from | 2.00 | 590.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | court re sealing exhibits to motion to continue; communication with AML re we need to work on our opposition memorandum right away; further analysis/work of motion to continue trial and confs AML and TESN re research needed to respond. | | |
| 11/14/2007 | AML | Motions: Research regarding pleading/notice requirement for vague "invalidity" defense; review/analyze relevant caselaw. | 0.75 | 150.00 |
| 11/14/2007 | AML | Motions: Review/analyze Ocean Duke's motion to continue trial; discuss standing of HISI issue with T. Nagata and M. Yasunaga. | 1.00 | 200.00 |
| 11/14/2007 | AML | Motions: Work on written description issue. | 1.25 | 250.00 |
| 11/15/2007 | AML | Motions: Brief research regarding settlement negotiations not an excuse to fail to prepare diligently for trial and meet other deadlines (re Ocean Duke motion to continue trial). | 0.50 | 100.00 |
| 11/15/2007 | AML | Motions: Draft opposition to motion to continue trial; review/revise same; draft M. Yasunaga declaration. | 6.50 | 1,300.00 |
| 11/15/2007 | MMY | Motions: review case law and work on opposition to motion to continue trial (which includes arguments re written description requirement and indefiniteness, and purported assignment to Sandau, and false claim that settlement negotiations are an excuse to continue trial); review and sign declaration; prep for tomorrow's hearings; effect on Ocean Duke case of court's recent reconsideration ruling re written description in MGTR case. | 5.75 | 1,696.25 |
| 11/15/2007 | TESN | Motions: Review research in response to question from A. Lee re motion to continue issue of standing; draft e-mail re same. | 0.50 | 90.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/15/2007 | AML | Motions: Review/analyze email from T. Nagata regarding B. Kowalski's standing to pursue lost profits of HISI as his damage for Ocean Duke's infringement and caselaw relevant to same; brief follow-up research regarding same. | 1.75 | 350.00 |
| 11/16/2007 | AML | Motions: Brief research regarding Rule 801(d)(2) and admissions of party opponents. | 0.75 | 150.00 |
| 11/16/2007 | MMY | Motions: phone calls to Kowalski and Taylor re above and significance/effects thereof. | .50 | 147.50 |
| 11/16/2007 | MMY | Motions: prep for and attend hearing on motion to continue and for claim construction and for summary judgment; review minute order from court re above. | 2.75 | 811.25 |
| 11/16/2007 | AML | Motions: Prepare for and attend hearing on motion to continue trial and cross motion for claim construction. | 1.50 | 300.00 |
| 11/17/2007 | AML | Motions: Continue research regarding admission of party opponent under FRE 801(d)(2); review/analyze relevant caselaw. | 0.50 | 100.00 |
| 11/17/2007 | AML | Motions: Draft plaintiffs' opposition to defendant's motion in limine to exclude reference to Hawaii International Seafood as plaintiff for lack of standing. | 1.00 | 200.00 |
| 11/17/2007 | AML | Motions: Draft plaintiffs' opposition to defendant's motion in limine to exclude Chris Ragone statements as hearsay; prepare M. Yasunaga declaration in support of same. | 1.25 | 250.00 |
| 11/17/2007 | AML | Motions: Research regarding impropriety of motion in limine in lieu of a motion for summary judgment; review/analyze relevant caselaw. | 1.50 | 300.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/17/2007 | AML | Motions: Research regarding Kowalski's entitlement to seek HISI's lost profit damages as his own damages. | 2.00 | 400.00 |
| 11/17/2007 | AML | Motions: Review/analyze Ocean Duke's motion in limine to exclude Chris Ragone statements as hearsay. | 0.75 | 150.00 |
| 11/17/2007 | AML | Motions: Review/revise defendant's motion in limine to exclude reference to HISI as a plaintiff for lack of standing. | 0.50 | 100.00 |
| 11/17/2007 | MMY | Motions: work on opposing Ocean Duke's motions in limine. | 2.75 | 811.25 |
| 11/18/2007 | AML | Motions: Complete first draft of opposition to defendant's motion in limine to exclude reference to HISI as a plaintiff for lack of standing; email to M. Yasunaga discussing same. | 1.25 | 250.00 |
| 11/18/2007 | MMY | Motions: opp to motion in re Ragone. | .75 | 221.25 |
| 11/18/2007 | MMY | Motions: scan our filed motions in limine and find error in exhibit to one and give instructions for correcting it. | 1.75 | 516.25 |
| 11/19/2007 | AML | Motions: Final review/revisions to plaintiff's opposition to Ocean Duke's motion in limine to exclude alleged statements by Chris Ragone as inadmissible hearsay. | 0.50 | 100.00 |
| 11/19/2007 | MMY | Motions: opposition to motion in limine re Ragone. | .25 | 73.75 |
| 11/19/2007 | MMY | Motions: opposition to other motions in limine. | 1.25 | 368.75 |
| 11/19/2007 | MMY | Motions: review order granting motion for claim construction and forward to client with comments/instructions. | .25 | 73.75 |
| 11/20/2007 | MMY | Motions: ex parte motion to seal exhibits; draft order granting motion. | .50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
| --- | --- | --- | --- | --- |
| 11/20/2007 | MMY | Motions: opp to motion in limine re HISI's lack of standing. | 1.75 | 516.25 |
| 11/20/2007 | MMY | Motions: opposition to motion in limine re Ragone. | .50 | 147.50 |
| 11/20/2007 | MMY | Motions: opposition to motion in limine re regulatory matters. | 1.00 | 295.00 |
| 11/20/2007 | AML | Motions: Review/analyze opposition to Ocean Duke's motion in limine to preclude evidence and comment relating to alleged regulatory and/or administrative investigations involving Ocean Duke; draft opposition regarding same; review/revise. | 1.75 | 350.00 |
| 11/20/2007 | AML | Motions: Review/edit opposition to defendant's motion in limine to exclude reference to HISI as a plaintiff for lack of standing. | 1.25 | 250.00 |
| 11/21/2007 | AML | Motions: Email to B. Kowalski attaching and discussing (1) plaintiffs' motion in limine #1 regarding presumption of infringement; (2) proposed supplemental jury instructions and (3) claim construction. | 0.25 | 50.00 |
| 11/21/2007 | MMY | Motions: review motion oppositions filed by ODC and work on how to handle; prep to oppose Marks' new assertion that the stipulated extension of time for producing experts' reports should be construed as relieving Ocean Duke from having to produce any expert reports at all, review language of stipulated order compelling discovery to be produced by ODC and stipulation extending time for expert reports; find email from Marks in which he acknowledges that the purpose for the extension he agreed to was so that all expert report deadlines would be continued); review order granting motion to file exhibits under seal; submission of exhibits under seal | 3.50 | 1,032.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | pursuant to court order. | | |
| 11/24/2007 | AML | Motions: Review/analyze Ocean Duke's opposition memo to plaintiffs' motion in limine #1, 2, 3, 4, 5, 6, and 7; trial brief, proposed voir dire questions; proposed statement of the case. | 1.50 | 300.00 |
| 11/25/2007 | MMY | Motions: prep for tomorrow's hearing. | .50 | 147.50 |
| 11/26/2007 | AML | Motions: Attend hearing on motions in limine. | 1.00 | 200.00 |
| 11/26/2007 | MMY | Motions: prep for (including searching for helpful case authority and email and devising arguments to use to make up for fact no reply memos were allowed) and argue at hearing of motions in limine; review court's minute order re rulings on motions; conf client re above. | 2.25 | 663.75 |
| 11/28/2007 | AML | Motions: Draft motion in limine #8 regarding defenses raised by Ocean Duke on or after November 13, 2007; review/revise same; prepare M. Yasunaga declaration regarding same; e-file. | 8.25 | 1,650.00 |
| 11/28/2007 | MMY | Motions: work on motion in limine. | 3.25 | 958.75 |
| 11/29/2007 | MMY | Motions: declaration to shorten time; ask ODC if they will stipulate to expediting hearing on motion in limine; review Ing's negative response; review memorandum of ODC in opposition to motion to shorten time. | .25 | 73.75 |
| 11/29/2007 | AML | Motions: Draft ex parte motion shortening time on motion in limine #8 and M. Yasunaga declaration in support of same; e-file same. | 1.25 | 250.00 |
| | | **TOTAL** | **269.25** | **60,293.75** |