**WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION**
**Civil No. 04-00055 BMK  -- CONFIDENTIAL – UNDER PROTECTIVE ORDER**

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 10/15/2007 | AML | Trial prep:  Discuss with MMY issues regarding importer liability for importing product made with patented process; establishing process patent infringement by looking at process as a whole and avoiding intermediate steps; and counter arguments regarding avoiding infringement based on operation under a different patent; begin research regarding same. | 0.75 | 150.00 |
| 10/15/2007 | MMY | Trial prep: conf bk re liability issues; look at Fed Cir. Digest and treatises to research liability and damage issues, including presumption of infringement, liability of importer of goods made with patented process, intermediates – combining or separating steps, whether claiming to operate under a different patent is a defense; doctrine of equivalents; failing to respond to notice of infringement, what makes attorney opinion letter defective, treble damages, lost profits; conf AML to explain issues to her and to have her follow up researching these issues in other sources. | 5.50 | 1,622.50 |
| 10/16/2007 | MMY | Trial prep:  check on when transcripts of depositions might be received; conf client and AML re pretrial statement; consider what exhibits we will need and list them in pretrial statement; phone call to court inquiring about how detailed/specific court wants pretrial statement exhibit list to be; email from court re above; consider what witnesses we will need for trial; communications with client re need to use John Stalker as a witness and get Stalker contact info from client; work on and file pretrial statement. | 3.25 | 958.75 |

**EXHIBIT G**

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| 10/16/2007 | AML | Trial prep:  Research regarding liability for importing product produced with patented process; presumptions under 35 U.S.C. Section 295; review/analyze case law interpreting same, and treatise material provided by M. Yasunaga regarding presumption created by importer's failure to respond to notice of infringement. | 5.50 | 1,100.00 |
| 10/16/2007 | MMY | Trial prep:  review Ocean Duke's pretrial statement and discuss with client, and consider how to deal with newly raised defenses and witnesses. | 0.50 | 147.50 |
| 10/17/2007 | AML | Trial prep:  Continue research regarding infringement analysis for process patents; specifically combining or eliminating steps to avoid infringement. | 1.75 | 350.00 |
| 10/17/2007 | AML | Trial prep:  Research regarding United States District Court cases filed by/against Ocean Duke or Citra Perkasa. | 0.50 | 100.00 |
| 10/17/2007 | MMY | Trial prep: internet, phone, and email investigations re Ocean Duke's sales, corporate relationships, legal disputes and regulatory matters, and other subjects raised at depositions; ask AML to search for cases filed by or against Ocean Duke. | 2.50 | 737.50 |
| 10/18/2007 | AML | Trial prep:  Continue research regarding infringement analysis for process patents; specifically combining or eliminating steps to avoid infringement and possible applicability of doctrine of equivalents. | 3.75 | 750.00 |
| 10/18/2007 | MMY | Trial prep: consider how invalidity order in MGTR case will impact Ocean Duke case and what we can do about it; conf client re above. | 0.50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 10/22/2007 | AML | Trial prep:  Review/analyze Kowalski patent and various materials from patent file in support of argument that the written description requirement is satisfied. | 0.75 | 150.00 |
| 10/23/2007 | MMY | Trial prep:  confs client re pretrial conference and hearing and consequences thereof. | 0.25 | 73.75 |
| 10/24/2007 | MMY | Trial prep:  get jury instructions and special verdict form from two other law firms and review them. | 1.75 | 516.25 |
| 10/26/2007 | MMY | Trial Prep: research to find proof/exhibits that people with ordinary skill in the field knew that smoke can be made by using temperatures both above and below range of 204-510 C, such as Fessman, Underwood, Sophianopolis, Baker, patents, references in Maga's book, etc. | 3.25 | 958.75 |
| 10/30/2007 | MMY | Trial prep:  work on list of things that need to be done and deadlines given that settlement talks failed and it looks like the parties will go to trial (including possible motions in limine, witnesses that must be brought to Hawaii, possible demonstrative exhibits, instructions, deposition designations and original transcripts, etc.); email to staff re above; communications with client re things that must be done. | 3.25 | 958.75 |
| 10/31/2007 | AML | Trial prep:  Discuss trial preparation and deadlines with M. Yasunaga; outline tasks in deadlines. | 1.50 | 300.00 |
| 10/31/2007 | AML | Trial prep:  Research regarding various model patent jury instructions. | 2.50 | 500.00 |
| 10/31/2007 | AML | Trial prep:  Review/analyze caselaw regarding establishing presumption of infringement under 35 U.S.C. Section 295. | 1.75 | 350.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 10/31/2007 | MMY | Trial prep: meetings with AML and staff re what things need to be done for trial and re exhibits; give thought to which witnesses will be needed on which days, especially for Mainland witnesses; check for Duke Lin's deposition transcript; email to Maga re we need his attendance at trial; get new bill from Francom paid; email to Francom re his attendance will be needed at trial due to failure of settlement talks and conjecture as to when he will be needed. | 1.50 | 442.50 |
| 11/01/2007 | AML | Trial prep: Begin review of model jury instructions to select possible instructions for use at trial. | 1.75 | 350.00 |
| 11/01/2007 | MMY | Trial prep: communications with Stalker re his availability to testify at trial; email Mizuo Lee re checking into possible alternatives if Stalker's busy schedule prevents him from personally attending trial; email Mizuo Lee asking her to check with court re formatting of exhibits and number of copies needed. | .50 | 147.50 |
| 11/01/2007 | AML | Trial prep: Review/analyze Francom expert report, complaint, answer and Ocean Duke's answers to interrogatories, pretrial statements. | 1.75 | 350.00 |
| 11/02/2007 | AML | Trial prep: Begin preparing chart summarizing proposed jury instructions; review/analyze USDC - N.D. Cal. model patent jury instructions and federal circuit bar association model patent jury instructions. | 2.75 | 550.00 |
| 11/02/2007 | AML | Trial prep: Phone call to J. Kurren's chambers regarding format and submission of exhibits (.25); email correspondence with M. C. Yasunaga regarding same (.25). | 0.50 | 100.00 |
| 11/02/2007 | AML | Trial prep: Prepare chart of trial deadlines and task assignments. | 1.25 | 250.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/02/2007 | MMY | Trial prep: work on exhibits; email from Mizuo Lee re Court's instructions re how exhibits should be done. | 2.75 | 811.25 |
| 11/03/2007 | MMY | Trial prep: arrangements to get Stalker to trial. | .25 | 73.75 |
| 11/03/2007 | MMY | Trial prep: exhibits and exhibit list. | 6.75 | 1,991.25 |
| 11/04/2007 | MMY | Trial prep: communications re getting Stalker to trial. | .25 | 73.75 |
| 11/04/2007 | AML | Trial prep: Continue preparing chart summarizing proposed jury instructions. | 1.50 | 300.00 |
| 11/04/2007 | MMY | Trial prep: exhibits and exhibit list. | 4.75 | 1,401.25 |
| 11/05/2007 | MMY | Trial prep: communications with Kowalski re arguments and evidence to use at trial. | .75 | 221.25 |
| 11/05/2007 | MMY | Trial prep: exhibits and exhibit list and consider how will use various exhibits; review and respond to email from Ing re ODC may not meet tomorrow's deadline for producing exhibits and witness list and responding that plaintiffs do intend to meet tomorrow's deadline; work with staff re getting legible copies with Bates numbers not cut off. | 8.25 | 2,433.75 |
| 11/05/2007 | MMY | Trial prep: further scheduling and arrangements to get Stalker and Maga to trial and draft and send them letters re when they will be needed. | 1.00 | 295.00 |
| 11/05/2007 | MMY | Trial prep: memo to Mizuo Lee and follow up communications re motions in limine, instructions, late defenses and presumptions. | .50 | 147.50 |
| 11/06/2007 | MMY | Trial prep: further work on exhibits – which to select and how to use, and which documents to be careful of; work on descriptions of exhibits for accuracy and to show where each can be found (e.g., Bates | 7.75 | 2,286.25 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | number or pleading to which was attached); communications with client re what exhibits to use; work on and complete and transmit to ODC exhibit list and copy of proposed exhibits by today's deadline. | | |
| 11/06/2007 | MMY | Trial prep: multiple communications with Marks and Ing re whether the Lins will or will not attend trial and ODC's expressed intention to file motion for continuance and re ODC failing to provide exhibits and exhibit list by today's due date; check into whether Lins can be required to show up at trial to testify. | .50 | 147.50 |
| 11/07/2007 | MMY | Trial prep: communications with client re trial prep. | .50 | 147.50 |
| 11/07/2007 | AML | Trial prep: Continue review/analysis/summary of selected proposed jury instructions (patents). | 3.50 | 700.00 |
| 11/07/2007 | MMY | Trial prep: work on updating and elaborating list of due dates and list of things to do, work on witness scheduling/timing for trial and when they should travel to and be in Hawaii; start working on witness examination outlines; email Marks and Ing re we still have not received ODC's exhibit list and exhibits and we object to late named witnesses (Cardile and McInerney) and documents or other exhibits that were not produced during discovery. | 3.50 | 1,032.50 |
| 11/08/2007 | MMY | Trial prep: communications with Francom re what he needs to do to prepare for trial testimony and arrangements for his attendance; communications with Maga re schedule of his attendance at trial. | .50 | 147.50 |
| 11/08/2007 | MMY | Trial prep: discuss jury instructions with AML. | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/08/2007 | AML | Trial prep: Discuss theory of the case, trial strategy and arguments/evidence supporting infringement with M. Yasunaga. | 1.50 | 300.00 |
| 11/08/2007 | MMY | Trial prep: email to Marks and Ing re we still have not received ODC's exhibits list and exhibits; review late exhibit list from ODC (contains no bates numbers or other means to find exhibits and contains listing of exhibits which have never been produced during discovery); 2nd email from Marks with second list; check to see if ODC produced its exhibits; email to Marks objecting to his listing exhibits that he has never produced during discovery (e.g., videotapes and photos, labeling, and ODC financial statements) and his failing to include Bates numbers so it is difficult to find the documents or to determine if he ever produced them, and asking him to produce the actual exhibits (which were due Nov 6) so we can know specifically what exhibits he is referring to and so we can better determine our objections. | .75 | 221.25 |
| 11/08/2007 | WK | Trial prep: Legal Technology Services Rendered: DVD copies (total of 5 copies) | 0.50 | 60.00 |
| 11/08/2007 | MMY | Trial prep: phone calls bk and discussion with AML and research and review/collection of evidence on theories of case and proof/arguments re infringement. | 2.25 | 663.75 |
| 11/08/2007 | MMY | Trial prep: presumption of validity; exclusion of evidence-motions in limine, update list of things to do and refine trial schedule and witness attendance schedule. | 2.75 | 811.25 |
| 11/08/2007 | AML | Trial prep: Review/analyze trademark jury instructions; discuss same with M. Yasunaga. | 3.25 | 650.00 |
| 11/09/2007 | MMY | Trial prep: 7 email exchange with ODC to try to get them to finally produce a copy of | 1.25 | 368.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| | | their proposed exhibits – which were due Nov 6 – and how their failure to produce exhibits and their deficient list makes it impossible for Plaintiffs to know what exhibits they are proposing and whether Plaintiffs can stipulate to authenticity or admissibility and also to relay court instructions re avoiding duplicates and how parties are to number the exhibits (no duplicate numbers, no use of "P" or "D" in exhibit numbers); review and respond to Ing's email re whether video we listed was produced (explain to her that our list and the copy of exhibit we gave them on 11/6 due date shows they were). | | |
| 11/09/2007 | AML | Trial prep:  Complete chart summarizing proposed jury instructions and draft/prepare proposed jury instructions. | 5.75 | 1,150.00 |
| 11/09/2007 | MMY | Trial prep:  further planning re scheduling of witnesses and arrangements for out of state witnesses to attend (when they should be in Hawaii and hotel and plane arrangements); get Stalker contact information from Kowalski for mailing of check for airfare and expenses; letter to Stalker re dates, reimbursement of expenses, etc.; communication from Maga re schedule of his attendance at trial; get contact information from Maga for period when he will be traveling on East Coast; order check for Stalker's expenses to come to trial; further outlining of possible testimony. | 2.25 | 663.75 |
| 11/09/2007 | MMY | Trial prep:  receive news that a CD has been received from Alston Hunt – presumably with tardily produced copies of ODC's trial exhibits – and ask staff to have documents on that CD printed up; review exhibits produced by ODC and note that the ones produced consist entirely of Plaintiffs' own documents and that about ¼th of the exhibits on ODC's list were not produced so we still don't know | 1.00 | 295.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| | | what those exhibits are and they appear to be things that ODC never produced in discovery; draft email to ODC's counsel complaining of missing exhibits. | | |
| 11/09/2007 | MMY | Trial prep: work on jury instructions, exclusion of evidence-motions in limine, and other trial prep; research re doc of equiv & intermediates. | 5.75 | 1,696.25 |
| 11/10/2007 | MMY | Trial prep: jury instructions/law/claim construction chart. | 6.25 | 1,843.75 |
| 11/10/2007 | MMY | Trial prep: work with staff to get laptop loaded as needed for trial. | .25 | 73.75 |
| 11/11/2007 | MMY | Trial prep: jury instructions/law. | 6.50 | 1,917.50 |
| 11/12/2007 | MMY | Trial prep: determine what parts of depositions to designate for trial (because Ocean Duke refuses to say which of its witnesses will attend trial) | 4.50 | 1,327.50 |
| 11/12/2007 | MMY | Trial prep: gather and send Maga various things to review in preparation for trial. | 1.50 | 442.50 |
| 11/12/2007 | MMY | Trial prep: jury instructions exclusion of evidence-motions in limine. | 4.25 | 1,253.75 |
| 11/12/2007 | MMY | Trial prep: phone call and email to Marks re meeting to try to reach stipulations as to exhibits. | .25 | 73.75 |
| 11/12/2007 | AML | Trial prep: Review/edit proposed jury instructions. | 0.75 | 150.00 |
| 11/13/2007 | MMY | Trial prep: conferences with MEH re how to get documents on file at patent office showing that Sandau's interest is only a security interest and not an ownership interest in patent; consider what Ocean Duke is trying to achieve with its exhibit re Sandau security interest. | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/13/2007 | AML | Trial prep:  Final revisions to proposed jury instructions and email correspondence with P. Marks regarding deadline related to same. | 2.50 | 500.00 |
| 11/13/2007 | MMY | Trial prep:  finish determining what parts of depositions to designate for trial and work on and check accuracy of pleadings listing our designations. | 2.75 | 811.25 |
| 11/13/2007 | MMY | Trial prep:  prepare trial witness list; scan Ocean Duke's witness list and note Ocean Duke has added even more late witnesses, and consider what we should do about that. | .75 | 221.25 |
| 11/13/2007 | AML | Trial prep:  Review/analyze transcript of Kowalski deposition regarding burning charcoal at 180 degrees centigrade. | 0.75 | 150.00 |
| 11/13/2007 | MMY | Trial prep:  work on jury instructions; review email from Marks saying he thought jury instructions were not due until next week and Mizuo Lee's reply explaining that LR 15.1(a) requires the parties to exchange proposed jury instructions 14 days before trial – which is today. | 2.25 | 663.75 |
| 11/15/2007 | MMY | Trial prep:  3 communications with Kowalski re rooms and air tickets for all mainland witnesses. | .25 | 73.75 |
| 11/15/2007 | MMY | Trial prep:  Gather and analyze evidence re damage issues. | .50 | 147.50 |
| 11/15/2007 | MMY | Trial prep:  review and prepare response to Ing's email incorrectly claiming that jury instructions were not due Nov 13 (she did not read the LR requiring the parties to exchange proposed instructions 14 days before trial) and re videotapes named on our exhibit list; reply by Ing. | .25 | 73.75 |
| 11/16/2007 | MMY | Trial prep:  brief conf with Marks re numbering of exhibits; conf with paralegal re | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | same. | | |
| 11/16/2007 | AML | Trial prep:  Draft proposed special verdict form. | 2.50 | 500.00 |
| 11/16/2007 | AML | Trial prep:  Email correspondence with M. Yasunaga regarding upcoming deadlines and L. Ing inquiry regarding Francom report. | 0.50 | 100.00 |
| 11/16/2007 | MMY | Trial prep:  email from Ing re concise statement of case and requesting we declassify Fracom report as highly confidential; draft possible response and communicate with AML re that. | .50 | 147.50 |
| 11/16/2007 | MMY | Trial prep:  review and suggest changes/additions to draft special verdict form; response from AML. | .50 | 147.50 |
| 11/16/2007 | AML | Trial prep:  Review email from L. Ing regarding due date for jury instructions forwarded by M. Yasunaga, review Am. Rule 16 Scheduling Order; relay comments to M. Yasunaga regarding same. | 0.25 | 50.00 |
| 11/17/2007 | MMY | Trial prep:  communications with Kowalski re trial scheduling and when he needs to be available and must delay his out of state trip; communications with Kowalski re various issues for trial such as what kind of late exhibits and testimony from only recently named witnesses  Ocean Duke might come up with but has not yet produced or revealed and what we can/should do in response. | 1.25 | 368.75 |
| 11/17/2007 | MMY | Trial prep:  objections to exhibits. | 1.50 | 442.50 |
| 11/17/2007 | MMY | Trial prep:  review and consider response to email from Ing complaining about our proposed jury instructions even though ODC has still failed to present its proposed instructions, which were due Nov 13 under LR51.1.a. | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| 11/17/2007 | AML | Trial prep:  Review/revise draft of proposed special verdict form. | 0.50 | 100.00 |
| 11/17/2007 | MMY | Trial prep:  update list of things to do and trial schedule. | 1.00 | 295.00 |
| 11/17/2007 | MMY | Trial prep:  work on special verdict form. | .50 | 147.50 |
| 11/18/2007 | AML | Trial prep:  Brief research regarding escaping Rule 37(c) sanction on grounds that evidence did not exist or not in possession until eve of trial. | 0.75 | 150.00 |
| 11/18/2007 | MMY | Trial prep:  communications with Kowalski re specific details of arrangements to transport and house witnesses. | .25 | 73.75 |
| 11/18/2007 | AML | Trial prep:  Draft/prepare plaintiff's objections to exhibits. | 4.75 | 950.00 |
| 11/18/2007 | MMY | Trial prep:  look into fact that ODC plans to use as exhibits Cryofreeze trademark registrations by other companies; research that this is no defense to ODC because those registrations are for industries entirely different from the one that Ocean Duke and Plaintiffs are in. | .50 | 147.50 |
| 11/18/2007 | MMY | Trial prep:  multiple communications with AML re research re whether we can force Duke Lin's attendance at trial and re Ocean Duke's wanting to use exhibits it has not yet produced and research re willful infringement. | .50 | 147.50 |
| 11/18/2007 | MMY | Trial prep:  Objections to exhibs. | 2.00 | 590.00 |
| 11/18/2007 | AML | Trial prep:  Research regarding exclusion of attorney opinion letter; review/analyze relevant caselaw. | 2.50 | 500.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|------|------|------|------|
| 11/18/2007 | AML | Trial prep: Research regarding power of United States District Court to subpoena or compel discovery in Indonesia of non-party; review/analyze relevant caselaw. | 0.50 | 100.00 |
| 11/18/2007 | MMY | Trial prep: review and respond to email from Ing re her proposed sections of Francom's report to declassify. | .25 | 73.75 |
| 11/18/2007 | AML | Trial prep: Review L. Ing email regarding LR 51.1 and request for redline against model rule instructions; review/analyze LR 51.1; email to M. Yasunaga regarding proposed response to L. Ing's request for redline. | 0.75 | 150.00 |
| 11/18/2007 | AML | Trial prep: Review/analyze M. Yasunaga's notes regarding objections to exhibits and various emails. | 0.50 | 100.00 |
| 11/18/2007 | MMY | Trial prep: special verdict form. | .25 | 73.75 |
| 11/18/2007 | MMY | Trial prep: work on trial brief and objections/defects of attorney opinion letter. | 1.50 | 442.50 |
| 11/19/2007 | AML | Trial prep: Additional drafting of objections to exhibits. | 0.50 | 100.00 |
| 11/19/2007 | AML | Trial prep: Begin drafting trial brief. | 4.00 | 800.00 |
| 11/19/2007 | MMY | Trial prep: conf bk re issues of case, conf bk re claims of K patent. | .25 | 73.75 |
| 11/19/2007 | AML | Trial prep: Continue research regarding subpoena power of USDC over Indonesian company/citizen. | 0.75 | 150.00 |
| 11/19/2007 | MMY | Trial prep: determine what we need in binders for trial and give direction to staff re assembling those binders. | .25 | 73.75 |
| 11/19/2007 | MMY | Trial prep: email from Marks proposing a draft concise statement of the case and work on how to respond. | .25 | 73.75 |

| Date | Attorney/Paralegal | Professional Services | Hours | Amount |
|------|--------------------|-----------------------|-------|--------|
| 11/19/2007 | MMY | Trial prep:  email to Ing re Francom's report confidentiality; email responding to Ing's re her request we do more work re instructions; email to Ing responding to her's requesting Lins be allowed to come up with new, previously undisclosed opinions re damages in violation of order compelling discovery and discovery and expert opinion deadlines. | 1.00 | 295.00 |
| 11/19/2007 | MMY | Trial prep:  give instructions to get color copies of all colored exhibits and compile and transmit to staff list of which exhibits those would be. | 1.00 | 295.00 |
| 11/19/2007 | MMY | Trial prep: objections to exhibits. | 2.75 | 811.25 |
| 11/19/2007 | MMY | Trial prep:  phone call from Francom re trial prep and arrange call for Wednesday. | .25 | 73.75 |
| 11/19/2007 | KKS | Trial prep:  Research on Rule 37© case law and the Hague Convention. | 4.75 | 688.75 |
| 11/19/2007 | AML | Trial prep:  Research regarding whether allowing surprise evidence and defense theory constitutes reversible error and/or warrants a new trial. | 1.25 | 250.00 |
| 11/19/2007 | AML | Trial prep:  Review M. Yasunaga email correspondence regarding meeting various trial deadlines; coordinate effort to submit proposed jury instructions. | 0.50 | 100.00 |
| 11/19/2007 | AML | Trial prep:  Review/revise special verdict form per M. Yasunaga's suggestions. | 0.75 | 150.00 |
| 11/19/2007 | MMY | Trial prep:  special verdict form. | .50 | 147.50 |
| 11/19/2007 | MMY | Trial prep:  trial brief. | .75 | 221.25 |
| 11/19/2007 | MMY | Trial prep:  update list of things to do and schedule and give instructions to team re exhibits, trial equip, itinerary/arrangements for witnesses; suggestions to updating trial binder. | .75 | 221.25 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| 11/20/2007 | MMY | Trial prep:  communications with AML re waiver by ODC of various defenses/objections. | .25 | 73.75 |
| 11/20/2007 | MMY | Trial prep:  communications with AML/check law re whether failure to exclude late evidence/defenses constitutes reversible error. | .25 | 73.75 |
| 11/20/2007 | MMY | Trial prep:  communications with client re trial arrangements and payment for travel and hotel expenses. | .25 | 73.75 |
| 11/20/2007 | MMY | Trial prep:  communications with MEH re and review document received from USPTO re patent lien exhibit proposed by ODC. | .25 | 73.75 |
| 11/20/2007 | MMY | Trial prep:  concise statement of the case and special verdict form and supplemental jury instructions; special voir dire questions; review ODC's proposed voir dire questions. | 1.50 | 442.50 |
| 11/20/2007 | MMY | Trial prep: conf MEH re trademark issues. | .25 | 73.75 |
| 11/20/2007 | AML | Trial prep:  Continue drafting trial brief; review/revise same and finalize for filing. | 3.25 | 650.00 |
| 11/20/2007 | AML | Trial prep:  Draft proposed concise statement of the case. | 0.50 | 100.00 |
| 11/20/2007 | AML | Trial prep:  Draft special voir dire questions; review/revise same. | 0.75 | 150.00 |
| 11/20/2007 | MMY | Trial prep:  objections to exhibits. | 2.75 | 811.25 |
| 11/20/2007 | AML | Trial prep:  Prepare submission of supplemental jury instructions. | 0.50 | 100.00 |
| 11/20/2007 | MMY | Trial prep:  research re treble damages and discuss with AML. | .75 | 221.25 |

| Date | Attorney/Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/20/2007 | AML | Trial prep: Research regarding whether failure to exclude untimely evidence or defenses constitutes reversible error or warrants a new trial; review/analyze relevant caselaw. | 1.25 | 250.00 |
| 11/20/2007 | AML | Trial prep: Research regarding whether increased damages under Section 284 is issue for judge or jury; review/analyze relevant caselaw; discuss same with M. Yasunaga. | 1.50 | 300.00 |
| 11/20/2007 | AML | Trial prep: Research regarding whether lack of standing to pursue damages/real party in interest defenses are waivable; review/analyze relevant caselaw. | 1.25 | 250.00 |
| 11/20/2007 | MEH | Trial prep: Review certified copy of financing statement; Telephone call & conference with M. Yasunaga regarding same – trademark claims - settlement status; Review claims construction order. | 0.50 | 147.50 |
| 11/20/2007 | MMY | Trial prep: review order denying motion for summary judgment and order denying motion to continue trial; review and compare with transcripts ODC's objections to Plaintiffs' designations of depositions and ODC's counterdesignations; review ODC's objections to exhibits; inform/discuss with client the above. | 1.50 | 442.50 |
| 11/20/2007 | AML | Trial prep: Review/revise objections to exhibits. | 0.75 | 150.00 |
| 11/20/2007 | AML | Trial prep: Revise/finalize proposed special verdict form. | 2.25 | 450.00 |
| 11/20/2007 | MMY | Trial prep: trial brief. | 1.75 | 516.25 |
| 11/20/2007 | MMY | Trial prep: communications with AML re increased damages law. | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|------|------|------|------|
| 11/21/2007 | MMY | Trial prep: go through Plaintiffs' damage expert's documents to label/tab the numerous exhibits to his report and make sure they are all their in our exhibit set and in proper order. | 1.75 | 516.25 |
| 11/21/2007 | AML | Trial prep: Prepare/edit/arrange for delivery of diskette containing jury instructions to J. Kurren's chambers per Local Rule 51.1 | 1.50 | 300.00 |
| 11/21/2007 | AML | Trial prep: Prepare/review jury instructions binder with authorities and redline showing changes from Model/Pattern jury instructions; email to M. Yasunaga regarding same. | 4.75 | 950.00 |
| 11/21/2007 | MMY | Trial prep: review McInerney's very late expert report (just delivered today) and work on how to handle if court allows these opinions despite lateness; compare to see what modifications he made from his report in other cases. | 1.50 | 442.50 |
| 11/21/2007 | MMY | Trial prep: review non-motion things filed by Ocean Duke on 11/20 and work on how to handle (i.e., trial brief [which tries to raise new, late witnesses and defenses], instructions [which also try to raise new, late defenses], special verdict form, statement of the case, etc.). | 1.25 | 368.75 |
| 11/21/2007 | MMY | Trial prep: select particular recently filed documents for Kowalski to read in preparation for trial and ask AML to send to him and ask secretary to make hard copies of various earlier pleadings for Kowalski; contact Kowalski about picking up the box of earlier pleadings and what documents we are providing to him and significance of those documents in helping him prepare for his trial testimony. | .75 | 221.25 |
| 11/24/2007 | MMY | Trial prep: further work re instructions and | .50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|------|------|------|------|
| | | verdict form. | | |
| 11/24/2007 | MMY | Trial prep:  prep for Kowalski's examination at trial and opening statement. | 2.75 | 811.25 |
| 11/24/2007 | MMY | Trial prep: send McInerney's late report to our expert with copy of his earlier report for comparison; communicate with our expert about those reports and re we will try to exclude this expert's late opinions. | .50 | 147.50 |
| 11/25/2007 | AML | Trial prep:  Draft proposed alternative special verdict form (no presumption of infringement). | 0.50 | 100.00 |
| 11/25/2007 | MMY | Trial prep:  prep for Kowalski direct/cross examination; communications with Kowalski re confirming Stalker's attendance at trial and recent developments and upcoming matters; work on exhibits; communications with AML re instructions and special verdict form. | 4.25 | 1,253.75 |
| 11/25/2007 | AML | Trial prep:  Review/analyze Ocean Duke's proposed jury instructions and compare against plaintiffs' proposed jury instructions. | 2.00 | 400.00 |
| 11/26/2007 | MMY | Trial prep:  consider affect on trial prep of various rulings and work on dealing with. | 2.50 | 737.50 |
| 11/26/2007 | MMY | Trial prep:  deal with infringer's argument that it doesn't infringe because it uses allegedly infringing trademark together with infringer's own name – get case authority showing that is no defense because it may lead public to falsely think there is a joint venture or other affiliation between the two companies. | .50 | 147.50 |
| 11/26/2007 | MMY | Trial prep:  help paralegal with problems/questions re damage expert's report and exhibits; deal with inquiry from expert's office. | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/26/2007 | MMY | Trial prep:  phone calls Francom. | .25 | 73.75 |
| 11/26/2007 | AML | Trial prep:  Prepare plaintiff's joint and supplemental jury instructions. | 1.25 | 250.00 |
| 11/26/2007 | MMY | Trial prep:  work on how to deal with ODC argument that Shih Patent was issued "over" (after) Kowalski patent. | 1.75 | 516.25 |
| 11/26/2007 | CSY | Trial prep:  Work on trial exhibits. | 8.00 | 960.00 |
| 11/27/2007 | AML | Trial prep:  Brief research regarding misuse of defense legal standards to prepare appropriate jury instructions. | 1.25 | 250.00 |
| 11/27/2007 | MMY | Trial prep:  check on juror cards; check on equipment for trial. | .50 | 147.50 |
| 11/27/2007 | MMY | Trial Prep:  conf AML and look at law re prior art to be raised at trial must be disclosed at least 30 days before trial pursuant to USC section 282, and consider how to raise this objection. | .75 | 221.25 |
| 11/27/2007 | MMY | Trial prep:  confs client re issues for trial. | .50 | 147.50 |
| 11/27/2007 | AML | Trial prep:  Draft objections to Ocean Duke's proposed jury instructions. | 6.50 | 1,300.00 |
| 11/27/2007 | MMY | Trial prep:  objections to instructions and drafts of supplemental instructions (many needed because of new/late defenses ODC raised via its trial brief and its proposed instructions). | 3.75 | 1,106.25 |
| 11/27/2007 | MMY | Trial prep:  receive from client and analyze and add to exhibit list Ocean Duke marketing materials Ocean Duke failed to produce in discovery, which shows that ODC is part of a large empire of companies and that the Lins lied in their depositions to hide affiliations with other companies; discuss this document with client and how it was obtained; consider how to use this at trial; locate and copy | 1.50 | 442.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| | | deposition testimony relevant to this exhibit; make sure this exhibit is loaded onto computer. | | |
| 11/27/2007 | AML | Trial prep:  Review caselaw regarding 35 USC Section 282 disclosure of prior art references. | 1.75 | 350.00 |
| 11/27/2007 | AML | Trial prep:  Review/analyze/compare closely Ocean Duke's trial brief, proposed jury instructions, plaintiff's proposed jury instructions and relevant model/pattern instructions. | 3.00 | 600.00 |
| 11/27/2007 | CSY | Trial prep:  Work on trial exhibits | 9.00 | 1,080.00 |
| 11/27/2007 | MMY | Trial prep:  work on trial exhibits (better copies, color copies, supplementation, what exhibits to use with which witnesses, loading on computer with bar codes to be able to call up and project at trial, etc.); work on dealing with new/late patent defenses raised by ODC in its trial brief. | 2.75 | 811.25 |
| 11/28/2007 | MMY | Trial prep:  check deposition testimony of Roger and Duke Lin re various issues useful for trial. | 1.25 | 368.75 |
| 11/28/2007 | MMY | Trial prep:  continued work on substantive counters to late defenses raised by ODC (e.g., gathering law and evidence and Judge Ezra's ruling granting summary judgment to Kowalski re best mode, lack of enablement, and inequitable conduct defenses and Judge Kurren's summary judgment order re fraud on the patent office defense, prior art defenses did not comply with Section 282's requirement that prior art be identified at least 30 days before trial and Judge Kurren's and PTO's determinations that Yamaoka Patent does not defeat Kowalski patent; lack of novelty and public use – e.g., PTO's rulings to contrary, Judge Kurren's claim construction to contrary, Gore v. Garlock re | 3.50 | 1,032.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | secret use without disclosure of how to practice, etc.; misuse and unclean hands – fact that patent is long and has many claims does not constitute misuse, accusation that Plaintiffs brought meritless claims fails because successful resolution of those claims showed they were not meritless – gather judgments and injunctions and settlement agreements showing claims were recognized by other defendants as having merit, accusation that Plaintiffs got one time settlement payments from small distributors is not misuse as a matter of law, evidence supporting fraud on the patent office defense also applies to misuse argument since ODC argues the fraud on the patent office constitutes misuse, etc.). | | |
| 11/28/2007 | WK | Trial prep:  Legal Technology Services Rendered: | 2.50 | 300.00 |
| 11/28/2007 | MMY | Trial prep:  review and respond to email from Ing naming and attaching late exhibits (review late exhibits which are irrelevant, hearsay expert report materials of Alvarado [who TPI later admitted was not an expert] tendered in TPI case by TPI in effort to avoid summary judgment re infringement of Yamaoka Patent); inform client and staff re above – add to exhibit list and exhibit binders; consider how to exclude this new, improper exhibit from trial. | .75 | 221.25 |
| 11/28/2007 | AML | Trial prep:  Revise objections to Ocean Duke's proposed jury instructions; draft/prepare alternative instructions/plaintiffs' proposed instructions 60 - 63. | 4.25 | 850.00 |
| 11/28/2007 | MMY | Trial prep:  update list of things to do/projected trial schedule and witness testimony times and subjects and discuss with rest of team and client; work further on | 1.50 | 442.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | witness testimony outlines. | | |
| 11/28/2007 | CSY | Trial prep:  Work on trial binders. | 10.00 | 1,200.00 |
| 11/28/2007 | MMY | Trial prep:  work with staff re getting exhibits ready to be loaded onto computer with barcodes. | .50 | 147.50 |
| 11/29/2007 | AML | Trial prep:  Begin review/revise objections to Ocean Duke's proposed jury instructions and alternative instructions. | 0.75 | 150.00 |
| 11/29/2007 | MMY | Trial prep:  conf MEH re testimony for trial; work on opening statement and examination of witnesses. | 3.50 | 1,032.50 |
| 11/29/2007 | AML | Trial prep:  Coordinate assembling of trial binder. | 0.50 | 100.00 |
| 11/29/2007 | RT | Trial prep:  Created Kowalski case in Trial Director.  Copied trial exhibits over and setup bar code scanning for use in trial. | 4.00 | 480.00 |
| 11/29/2007 | MMY | Trial prep:  instruct AML and staff that we must prepare fully for trial given failure of settlement talks and ODC's insistence that no further settlement talks can take place until the day before trial; update list of things to do; go over with staff what needs to be done; work with staff re getting exhibits barcoded and ready for use at trial and check on materials for trial such as various trial binders; instructions to staff re to whom exhibits for court should be delivered and need to provide names of staff that will set up equipment before trial; instructions to inform court we will use laptop and would like access to email; email from court acknowledging that names of our staff have been received by court and that personnel must bring ID to court and call to give specific time for equipment setup Monday; review binder of exhibits sent by ODC's counsel and compare with exhibits submitted | 2.25 | 663.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | earlier; compare new trial exhibit list (containing new numbers assigned for trial) to earlier ODC exhibit list; scan juror cards and discuss juror cards with AML and staff for putting information re jurors in more usable format; consider which jurors might be better and not as good; conf client re jurors. | | |
| 11/29/2007 | MMY | Trial prep:  objections to Ocean Duke's instructions; supplemental instruction. | .75 | 221.25 |
| 11/29/2007 | MMY | Trial prep:  prep for Francom examination, including communications with Francom, review law and damage report and exhibits and consider what parts to use and what testimony we will need, review sample examination questions and demonstrative exhibits and start drafting own questions and consider what demonstrative exhibits we might use; send Francom check for payment of recent expenses. | 2.00 | 590.00 |
| 11/29/2007 | AML | Trial prep:  Prepare memo to R. Young regarding contact information and personnel; email to R. Young regarding same. | 0.50 | 100.00 |
| 11/29/2007 | MEH | Trial prep:  Telephone call from M. Yasunaga regarding settlement status - W. Kowalski testimony to present at trial, etc. | 0.25 | 73.75 |
| 11/29/2007 | CSY | Trial prep:  Work on trial exhibits. | 8.00 | 960.00 |
| 11/30/2007 | MMY | Trial prep:  2 email from Ing re equipment for trial and re ODC will file a response re defenses and evidence at trial. | .25 | 73.75 |
| 11/30/2007 | MMY | Trial prep:  communications with damage expert; review power point presentation proposed by expert and comment; work on opening statement and witness examination. | 4.50 | 1,327.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/30/2007 | AML | Trial prep:  Complete/final review/revisions to Plaintiffs' objections to Ocean Duke's proposed jury instructions and supplemental instruction Nos. 60-67; prepare exhibits for e-filing; e-file same. | 6.25 | 1,250.00 |
| 11/30/2007 | MMY | Trial prep:  conf MEH re relevant field of art and objection to ODC's instruction as being wrong in that regard and propose proper field; conf MEH re comparison of jury instructions from Federal Circuit and Northern District of Calif and related specifics. | .50 | 147.50 |
| 11/30/2007 | AML | Trial prep:  Draft jury instructions regarding lost profit damages, willful infringement, comparison of patents and written description; review/revise same. | 2.75 | 550.00 |
| 11/30/2007 | MMY | Trial prep:  objections to ODC's proposed instructions; our supplemental instructions and research re those and related legal issues. | 4.25 | 1,253.75 |
| 11/30/2007 | AML | Trial prep:  Research regarding impropriety of comparing or assuming that subsequently issued patent calls for method or device that does not infringe prior patent; review/analyze relevant caselaw. | 1.25 | 250.00 |
| 11/30/2007 | AML | Trial prep:  Research regarding lost profit damages and non infringing substitutes; review/analyze relevant caselaw. | 1.50 | 300.00 |
| 11/30/2007 | RT | Trial prep:  Setup case in Trial Director for Milton trial on Monday. | 4.00 | 480.00 |
| 11/30/2007 | MEH | Trial prep:  Telephone call from M. Yasunaga regarding evaluation of model jury instructions from Federal Circuit and Northern District of California; Telephone call from M. Yasunaga regarding field of invention is smoke, not color retention. | 0.50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|------|------|------|------|
| 11/30/2007 | CSY | Trial prep:  Work on trial binders. | 6.00 | 720.00 |
| 11/30/2007 | MMY | Trial prep:  work with staff on entry of exhibits into computer and barcoding; other work re exhibits. | 1.25 | 368.75 |
| 12/01/2007 | AML | Trial prep:  Begin review/analysis of Francom report. | 1.25 | 250.00 |
| 12/01/2007 | RT | Trial prep:  Make requested exhibit changes in Trial Director for Milton. Copied live case over from PC to laptop. OCR Kowalski summation DB. | 5.00 | 600.00 |
| 12/01/2007 | AML | Trial prep:  Prepare summary of proposed jury instructions and objections to same. | 2.75 | 550.00 |
| 12/01/2007 | MMY | Trial prep:  work on preparing opening statement and examination of Kowalski (including meet with Kowalski) and other witnesses, and exhibits (including use with computer, bar codes, and projector). | 11.75 | 3,466.25 |
| 12/02/2007 | RT | Trial prep:  Begin finalizing case in Trial Director for Milton.  Setup dry run for Milton and Allison so they could test for use court.  Complete bar code printouts with optimized color for trial.  Change □erox scans to originals for optimized viewing on projector. | 7.00 | 840.00 |
| 12/02/2007 | MMY | Trial prep:  email from Ing re taking Iwaoka out of order; email from Ing re equipment at trial; email from Ing to court re equipment and time limit on opening statement and ODC will be filing memo re motion; email to Ing responding re Iwaoka and giving info re Stalker not available until 12/10. | .50 | 147.50 |
| 12/02/2007 | AML | Trial prep:  Gather/review all pleadings regarding affirmative defenses asserted by Ocean Duke in Nov. 2007. | 1.50 | 300.00 |

| Date | Attorney/<br>Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/02/2007 | AML | Trial prep:  Review/meet with M. Yasunaga and B. Kowalski regarding trial exhibits and discuss testimony to be given with each exhibit. | 6.25 | 1,250.00 |
| 12/02/2007 | MMY | Trial prep:  work on preparing opening statement and examination of Kowalski (including meet with Kowalski) and other witnesses, and exhibits (including use with computer, bar codes, and projector); confirm witness travel-trial attendance; communications with Kowalski and Taylor re damage information. | 11.50 | 3,392.50 |
| 12/03/2007 | MMY | Trial prep:  communications with Kowalski and Taylor re damage information and relay information for their review. | .25 | 73.75 |
| 12/03/2007 | MMY | Trial prep:  deal with email from court staff in response to question posed by Ing, email from Marks re Iwaoka and exhibits for opening statement, email from court staff re court will hold conference today. | .25 | 73.75 |
| 12/03/2007 | AML | Trial prep:  Discuss and prepare for putting objection to preliminary jury instructions on the record. | 0.50 | 100.00 |
| 12/03/2007 | AML | Trial prep:  Discuss various issues regarding opening statement and trial themes with M. Yasunaga. | 1.00 | 200.00 |
| 12/03/2007 | AML | Trial prep:  Email to R. Young (cc to Ocean Duke's counsel) regarding error in plaintiff's proposed preliminary jury instructions No. 15; discuss same with MMY. | 0.50 | 100.00 |
| 12/03/2007 | MMY | Trial prep:  further work re instructions, including objection to Ocean Duke's instruction 17 and communications with AML and court and Ing re error in instruction 15 that needs to be corrected; review latest filings by Ocean Duke and court orders (re motions in limine) and | .75 | 221.25 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | consider how to deal with them. | | |
| 12/03/2007 | WK | Trial prep:  Legal Technology Services Rendered: Set up of IT equipment in court room. | 1.00 | 120.00 |
| 12/03/2007 | MMY | Trial prep:  prep for and participate in pretrial meeting with Judge Kurren and Ocean Duke. | 1.25 | 368.75 |
| 12/03/2007 | MMY | Trial prep:  prep for jury selection and opening statement and examination of Kowalski (including conferences Kowalski) and other witnesses, including also getting making sure video equipment/computer are ready to go and selecting exhibits to use. | 8.25 | 2,433.75 |
| 12/03/2007 | CSY | Trial prep:  Prepare exhibits for trial; set up court room. | 6.00 | 720.00 |
| 12/03/2007 | RT | Trial prep:  Prepare trial director case for Milton's use in court. | 2.00 | 240.00 |
| 12/03/2007 | AML | Trial prep:  Research regarding exclusionary witness rule and applicability to D. Francom's attendance at trial; review/analyze relevant caselaw, Rules 615 and 702 and Advisory Committee notes. | 1.25 | 250.00 |
| 12/03/2007 | AML | Trial prep:  Research regarding non-admissible evidence relied upon by expert to form opinions under FRE 702; review/analyze relevant caselaw and Advisory Committee notes. | 1.00 | 200.00 |
| 12/03/2007 | AML | Trial prep:  Settle/discuss preliminary jury instructions with Judge Kurren, Zach, L. Ing, P. Marks and M. Yasunaga. | 0.75 | 150.00 |
| 12/03/2007 | RT | Trial prep:  Setup Trial director laptop, projector, Elmo and audio. | 1.00 | 120.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|------|------|------|------|
| 12/04/2007 | AML | Trial prep and trial: Day 1 of jury trial - assist with jury selection, opening statement and B. Kowalski testimony. | 8.00 | 1,600.00 |
| 12/04/2007 | WK | Trial prep and trial: Legal Technology Services Rendered: Set up of IT equipment in court room. | 1.00 | 120.00 |
| 12/04/2007 | CSY | Trial prep and trial: Take binders to court; work on trial exhibits. | 5.00 | 600.00 |
| 12/04/2007 | RT | Trial prep and trial: Technical assistance for trial | 7.00 | 840.00 |
| 12/04/2007 | MMY | Trial prep and trial: Trial (choosing jury, various objections, preliminary instructions, deal with objection to Francom's attendance at trial; opening statements, start examination of Kowalski). | 8.00 | 2,360.00 |
| 12/04/2007 | MMY | Trial prep: communication from Maga re his trial attendance; email from court staff re instruction error; email from court staff re use of rooms to meet during trial; prep for trial (jury selection, opening statement, and beginning examination of Kowalski). | 2.50 | 737.50 |
| 12/04/2007 | TESN | Trial prep: Conduct research and draft explanation re defense of separate patent; conference with M. Hsia re same. | 6.50 | 1,170.00 |
| 12/04/2007 | MEH | Trial prep: conference with K. Shigemura regarding argument that using result of combined steps avoids infringement; research regarding same; conference with K. Shigemura regarding same; conference with TESN regarding improvement and basic patents. | 0.75 | 221.25 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/04/2007 | AML | Trial prep:  Email to T. Nagata and K. Shigemura framing/explaining Shih patent comparison and combining steps theories/issues; review responses summarizing their research findings. | 0.75 | 150.00 |
| 12/04/2007 | MMY | Trial prep:  prep for next day of trial – communications with Francom re when he might testify and what he should do in the meantime to prepare; prep for continued examination of Kowalski tomorrow; review and respond to Marks' inquiry re next witnesses; communications with associates re further research that would be helpful (re other patent as a defense and re infringer combining or separating steps and doc of equiv); email from Ing re exhibit 140. | 5.25 | 1,548.75 |
| 12/04/2007 | KKS | Trial prep:  Read email from AML; Research Doctrine of Equivalents issue; Email to AML regarding the same. | 5.75 | 833.75 |
| 12/04/2007 | MEH | Trial prep:  Telephone call from W. Kowalski & conference with W. Kowalski, M. Yasunaga and AML regarding Examiner's amendment to add [redacted] - bring ribbon original to court, etc. | 0.50 | 147.50 |
| 12/04/2007 | AML | Trial prep:  Various trial preparation with B. Kowalski, D. Francom and discuss same with M. Yasunaga. | 2.50 | 500.00 |
| 12/05/2007 | RT | Trial prep and trial:  Technical Assistance for trial | 5.00 | 600.00 |
| 12/05/2007 | MMY | Trial prep:  communications with Francom re his upcoming testimony and get Fancom's corrected power point slides loaded on computer. | .50 | 147.50 |
| 12/05/2007 | MMY | Trial prep:  communications with Kowalski re Maga should come to Hawaii a day earlier in case that is needed. | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| 12/05/2007 | AML | Trial prep: Discuss claim construction chart with B. Kowalski. | 0.25 | 50.00 |
| 12/05/2007 | AML | Trial prep: Discuss scheduling of witnesses testimony with M. Yasunaga and prepare email response to L. Ing regarding scheduling of witnesses (Iwaoka and D. Lin). | 0.50 | 100.00 |
| 12/05/2007 | AML | Trial prep: Discuss trial strategy with M. Yasunaga. | 0.75 | 150.00 |
| 12/05/2007 | MMY | Trial prep: prep for examination of Kowalski (including meet with Kowalski and work with various exhibits); prep for examination of Roger Lin. | 9.75 | 2,876.25 |
| 12/05/2007 | AML | Trial prep: Prepare B. Kowalski exam notes/points for direct. | 1.75 | 350.00 |
| 12/05/2007 | AML | Trial prep: Prepare R Lin exam notes/points for direct/cross-exam with depo transcript citations. | 2.50 | 500.00 |
| 12/05/2007 | MMY | Trial prep: receive phone and email notice from court that trial is rained out today; inform client and staff and Francom that trial is rained out; email from Ing re same; communications with Stalker re his attendance at trial. | .50 | 147.50 |
| 12/05/2007 | MMY | Trial prep: review email from Ing and Marks re Duke Lin's availability for trial Friday and Iwaoka must leave Friday so confirming his testimony that day; respond that Iwaoka may testify Friday and he should go before Duke Lin; email from Ing and email from Marks confirming arrangements for Duke Lin and Iwaoka. | .25 | 73.75 |
| 12/06/2007 | AML | Trial prep and trial: Attend trial (2nd day-direct and cross-examination of W. Kowalski. | 5.00 | 1,000.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/06/2007 | MMY | Trial prep and trial: Kowalski examination at trial. | 5.50 | 1,622.50 |
| 12/06/2007 | RT | Trial prep and trial: Technical assistance for trial | 5.00 | 600.00 |
| 12/06/2007 | AML | Trial prep: Collect materials for preparation of Prof. Maga exam/cross-exam. | 0.50 | 100.00 |
| 12/06/2007 | MMY | Trial prep: communications with Francom; communication from me and Kowalski with Maga re his coming to Hawaii earlier, and logistics and prep; email from Ing re Ocean Duke adding new exhibit (Iwaoka's report). | 1.00 | 295.00 |
| 12/06/2007 | MMY | Trial prep: prep for examination of Kowalski. | 1.75 | 516.25 |
| 12/06/2007 | MMY | Trial prep: prep for examination tomorrow of Iwaoka, Duke Lin, Roger Lin; work on jury instructions. | 7.50 | 2,212.50 |
| 12/06/2007 | AML | Trial prep: Prepare D. Lin exam annotated (depo citations) outline/notes. | 1.25 | 250.00 |
| 12/06/2007 | AML | Trial prep: Prepare W. Iwaoka exam annotated outline/notes (depo citations). | 1.75 | 350.00 |
| 12/07/2007 | AML | Trial prep and trial: Attend trial (third day) - direct and cross-examination of W. Iwaoka and D. Lin; begin direct of R. Lin. | 5.50 | 1,100.00 |
| 12/07/2007 | AML | Trial prep and trial: Communicate with staff and assist re: preparing work binders of admitted exhibits. | 0.50 | 100.00 |
| 12/07/2007 | MMY | Trial prep and trial: email from Marks re his next witnesses will be Roger Lin and Chris Ragone; work on preparation for Maga and Francom; check admitted exhibits. | 6.25 | 1,843.75 |
| 12/07/2007 | MMY | Trial prep and trial: participate at trial in examination of Iwaoka, Duke Lin, and Roger Lin. | 5.50 | 1,622.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/07/2007 | RT | Trial prep and trial: Technical assistance for trial | 5.00 | 600.00 |
| 12/07/2007 | MMY | Trial prep: Further prep for examination of Iwaoka, Duke Lin, and Roger Lin. | 2.25 | 663.75 |
| 12/07/2007 | AML | Trial prep: Review Dr. Maga report, declaration, and materials relevant to his testimony; outline topics to go over with Dr. Maga. | 1.00 | 200.00 |
| 12/08/2007 | AML | Trial prep: Meet with and preparation for Dr. Maga testimony. | 5.50 | 1,100.00 |
| 12/08/2007 | MMY | Trial prep: Prep for examination of Joseph Maga; communications with Francom and work on prep for his testimony; conferences client re above witnesses and written description; arrangements re picking up Stalker and meeting him. | 8.25 | 2,433.75 |
| 12/09/2007 | MMY | Trial prep: Prep for examination of John Stalker, David Francom, Roger Lin, Maga and Ragone; work on instructions and verdict form and closing. | 11.25 | 3,318.75 |
| 12/09/2007 | AML | Trial prep: Preparation for settlement of closing jury instructions. | 2.25 | 450.00 |
| 12/09/2007 | AML | Trial prep: Research admissibility of expert report regarding damage calculations; review/analyze relevant caselaw. | 0.75 | 150.00 |
| 12/09/2007 | AML | Trial prep: Research regarding whether invalidity affirmative defenses are mooted by finding of non-infringement; review/analyze relevant caselaw. | 1.50 | 300.00 |
| 12/09/2007 | MMY | Trial prep: review and consider how to respond to Marks' email proposing various stipulations re damage expert testimony/records; communications with Francom and client re Marks' proposal; confs client re his discussions with Maga; | .50 | 147.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|------|------|------|------|
| | | make arrangements for Dr. Maga to meet me on Monday afternoon after trial. | | |
| 12/09/2007 | AML | Trial prep:  Revise special verdict form (switch burden of proof, add invalidity). | 1.25 | 250.00 |
| 12/10/2007 | AML | Trial prep and trial:  Attend trial (4th day – testimony of J. Stalker, D. Francom and R. Lin). | 5.50 | 1,100.00 |
| 12/10/2007 | MMY | Trial prep and trial:  Participate at trial in examination of John Stalker and David Francom. | 5.50 | 1,622.50 |
| 12/10/2007 | MMY | Trial prep and trial:  Prep for next day's examination of Maga, Roger Lin, Ragone; respond to inquiry re trial equipment; email from Marks saying his next witnesses will be Roger Lin and Richard Friend; responsive email objecting to Friend; follow up email from Marks re Friend; argue in phone conference with Court and Marks that Ocean Duke should not be able to use Richard Friend as a witness; email to Marks confirming Ocean Duke's only remaining witness is Roger Lin; responsive email from Marks re Lin is only witness; prep for anticipated motions of Ocean Duke; consider what other exhibits need to get into evidence and how to accomplish that (other patents, rest of provisional patent, proof that products were marked with patent number); communications with Kowalski re remaining necessary exhibits and how to get them in (e.g., patents through Maga, labels already in evidence have patent number); work on instructions and closing. | 8.50 | 2,507.50 |
| 12/10/2007 | RT | Trial prep and trial:  Technical assistance for trial | 5.00 | 600.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| 12/10/2007 | AML | Trial prep:  Maga preparation – discuss infringement issues, temperature limitation/written description defense and potential cross-exam. | 2.75 | 550.00 |
| 12/10/2007 | MMY | Trial prep:  Prep for trial re examination of John Stalker and David Francom. | 1.50 | 442.50 |
| 12/10/2007 | AML | Trial prep:  Review jury instructions in preparation for settlement of same. | 1.25 | 250.00 |
| 12/10/2007 | AML | Trial prep:  Revise special verdict form. | 0.75 | 150.00 |
| 12/11/2007 | AML | Trial prep and trial:  Attend trial (5th day – testimony of J. Maga and R Lin). | 5.50 | 1,100.00 |
| 12/11/2007 | MMY | Trial prep and trial:  participate at trial in examination of Joseph Maga and Roger Lin. | 5.25 | 1,548.75 |
| 12/11/2007 | RT | Trial prep and trial:  Technical assistance for trial | 5.00 | 600.00 |
| 12/11/2007 | AML | Trial prep:  Meet with Judge Kurren, Z. McNish, P. Marks, L. Ing and M. Yasunaga regarding settlement of jury instructions. | 1.25 | 250.00 |
| 12/11/2007 | AML | Trial prep:  Phone conferences with Z. McNish and G. Biedamol regarding various trial issues. | 0.25 | 50.00 |
| 12/11/2007 | MMY | Trial prep:  response from Kowalski re patent numbers on labels; Prep for examination of Joseph Maga and Roger Lin. | 1.75 | 516.25 |
| 12/11/2007 | AML | Trial prep:  Review caselaw/additional search regarding indefiniteness; prepare Dr. Maga declaration regarding same. | 1.50 | 300.00 |
| 12/11/2007 | AML | Trial prep:  Review Ocean Dukes special verdict form; draft revised special verdict form from working off Ocean Dukes's version; e-file same. | 1.75 | 350.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/11/2007 | AML | Trial prep:  Review/analyze draft jury instructions forwarded by Z. McNish. | 1.25 | 250.00 |
| 12/11/2007 | MMY | Trial prep:  special verdict form filed by Ocean Duke; objections to instructions filed by Ocean Duke; deal with motions for judgment as matter of law filed by Ocean Duke; work on instructions; meetings with Court re motions and instructions; deal with email from Court re parties should meet before hearing to check exhibits; email from Ing re length of closing argument; email from Marks re special verdict form and response thereto; email from court clerk McNish attaching instructions; work on and file special verdict form; list of things to do for tomorrow's meeting with court; email from Ing arguing that special verdict form should have jury decide invalidity even if it does not find infringement —consider how to respond to Ing's argument; work on instructions; work on closing. | 4.50 | 1,327.50 |
| 12/12/2007 | RT | Trial prep and trial:  Technical assistance for trial | 5.00 | 600.00 |
| 12/12/2007 | AML | Trial prep:  Attend conference with J. Kurren, Z. McNish, P. Marks, L. Ing and M. Yasunaga regarding finalizing jury instructions, special verdict form, outstanding issues regarding exhibits. | 1.75 | 350.00 |
| 12/12/2007 | MMY | Trial prep:  check court's admitted exhibits list against our notes; email to Marks requesting stipulation to admission of references in Maga book to articles; receive Marks' negative response. | .50 | 147.50 |
| 12/12/2007 | MMY | Trial prep:  communication with AML re claim construction chart for closing, and review chart. | .25 | 73.75 |
| 12/12/2007 | MMY | Trial prep:  communication with Mizuo Lee re willful infringement instruction; email to | .25 | 73.75 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | court re willful infringement instruction. | | |
| 12/12/2007 | MMY | Trial prep: communication with Stalker re reimbursement of his airfare and hotel; email from court staff re scheduling time to check exhibits; order from court re ODC's motions as a matter of law and other matters. | .25 | 73.75 |
| 12/12/2007 | AML | Trial prep: Continue review of jury instructions against notes from conference with J. Kurren and counsel. | 1.75 | 350.00 |
| 12/12/2007 | AML | Trial prep: Discuss redaction of A. Borrowman letter with M. Yasunaga; email to P. Marks and L. Ing regarding same; prepare exhibit 509 in redacted form. | 0.75 | 150.00 |
| 12/12/2007 | AML | Trial prep: Email to P. Marks, L. Ing and Z. McNish regarding willful infringement injury instructions. | 0.50 | 100.00 |
| 12/12/2007 | RT | Trial prep: Finish newly added exhibits to Trial Director and insert bar coded copies into Milton's trial binder. | 1.00 | 120.00 |
| 12/12/2007 | MMY | Trial prep: order from court re today's actions by court re instructions, motions, and exhibits; email from court clerk McNish transmitting jury instructions; email from McNish transmitting special verdict form; review verdict form and instructions sent by McNish; communications with AML and communications with McNish re format problems in verdict form; email from McNish with final version of verdict form; communications with AML re error in instruction 29; email McNish and ODC re error in instruction 29 and Ing's response and AML's response to response. | 1.00 | 295.00 |
| 12/12/2007 | AML | Trial prep: Outline closing argument regarding infringement and other. | 3.25 | 650.00 |
| 12/12/2007 | MMY | Trial prep: review and respond to ODC's | .75 | 221.25 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | email re proposed special verdict form and another email from Marks attaching proposed revised special verdict form and proposing meeting to discuss it and attorney opinion letter; consider Marks' verdict form and discuss with AM. | | |
| 12/12/2007 | AML | Trial prep:  Review jury instructions and email to J. Kurren and counsel regarding error in instruction No. 29. | 0.75 | 150.00 |
| 12/12/2007 | AML | Trial prep:  Review Ocean Duke's proposed special verdict form. | 0.50 | 100.00 |
| 12/12/2007 | AML | Trial prep:  Revise special verdict from and email same to J. Kurren and all counsel; review/revise same. | 0.50 | 100.00 |
| 12/12/2007 | MMY | Trial prep:  work on closing argument; communications with Kowalski re his suggestions for closing argument; email from reporter transmitting transcript of Kowalski testimony; respond to reporter confirming receipt of Kowalski transcript and mentioning payment to be provided; request check for payment of transcript; transmit transcript to Kowalski and ask him to look at it; review Kowalski testimony; comments from Kowalski re transcript; get final jury instructions and special verdict form scanned into computer with barcodes and ready to project onto screen for closing argument; format and make arrangements to get blow ups of the construed claims and special verdict form for tomorrow's closing. | 6.75 | 1,991.25 |
| 12/12/2007 | MMY | Trial prep:  work on incorporating agreements/rulings into special verdict form review and work on response to email from Ing requesting case authority re verdict form should not get to invalidity if there is no finding of infringement, response thereto. | .50 | 147.50 |
| 12/12/2007 | MMY | Trial prep:  work on jury instructions. | 1.50 | 442.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/12/2007 | MMY | Trial prep:  work on suggested redactions to ODC's attorney opinion letter, including discussions with AML and weighing various alternatives for redactions and check law re willful infringement and criteria for effective attorney opinion letter; communication from Marks re redaction of attorney opinion letter. | .75 | 221.25 |
| 12/12/2007 | CSY | Trial prep:  Work on trial boards. | 1.00 | 120.00 |
| 12/12/2007 | MMY | Trial prep: prep for and attend conference at court re jury instructions, special verdict form, exhibits, and issues re what Ocean Duke can raise in closing. | 2.00 | 590.00 |
| 12/13/2007 | AML | Trial prep and trial:  Attend reading of verdict. | 0.50 | 100.00 |
| 12/13/2007 | AML | Trial prep and trial:  Attend trial (6th day – jury instructions and closing argument). | 4.00 | 800.00 |
| 12/13/2007 | MMY | Trial prep and trial:  participate at trial re objections, jury instructions, giving closing argument; instructions to staff re removing things from courtroom and instructions to client about what happens next and what he should do; notices from court re filing of transcript of Kowalski testimony; deal with phone call from Court re questions from jurors; phone call client re question from jury and he might need to return to court soon; phone call from court re jury has returned a verdict; phone call client instructing him to return to court immediately; return to court for jury verdict; instructions to client re what happens next; review fax from court. | 6.50 | 1,917.50 |
| 12/13/2007 | RT | Trial prep and trial:  Technical assistance for trial | 3.50 | 420.00 |
| 12/13/2007 | AML | Trial prep:  Assist M. Yasunaga prepare for closing argument. | 1.00 | 200.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/13/2007 | MMY | Trial prep:  email from Ing re ODC wants to put objection on record tomorrow re special verdict form not getting to invalidity if no infringement found; email from court re ODC's objection will be placed on record and re error in instruction was corrected; suggestions by Mizuo Lee re closing; further prep for closing argument and make sure blowups were done and will be in court. | 2.25 | 663.75 |
| 12/13/2007 | CSY | Trial prep:  Work on boards for closing arguments. | 3.50 | 420.00 |
| 12/14/2007 | WK | Trial prep and trial:  Legal Technology Services Rendered: Take down of IT equipment after Trial in court room. | 1.00 | 120.00 |
| 12/14/2007 | CSY | Trial prep and trial:  Take boards and binders down to courtroom for closing. | 2.00 | 240.00 |
| | | **TOTAL** | **718.25** | **166,347.50** |