WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION
Civil No. 04-00055 BMK -- CONFIDENTIAL – UNDER PROTECTIVE ORDER

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/13/2007 | MEH | Post trial motions: conference with M. Yasunaga regarding results of jury verdict – future actions, etc. | 0.75 | 221.25 |
| 12/14/2007 | MMY | Post trial motions: Request copy of special verdict form and review it and transmit to client; phone call Francom re results and follow up required; scan filed copies of instructions and jury question and response to jury question and Court's order re conclusion of trial emailed by Court's electronic filing system; begin work/consideration re post-trial motions and research needed (enhanced damages, prejudgment interest, attorneys fees and costs, injunction). | 2.75 | 811.25 |
| 12/14/2007 | AML | Post trial motions: Research regarding enhanced damages and prejudgment interest under 35 USC Section 284; review/analyze relevant caselaw and procedural rules. | 2.50 | 500.00 |
| 12/14/2007 | MEH | Post trial motions: Review special verdict; research regarding treble damages; Telephone call to M. Yasunaga regarding In regarding Seagate concurring opinion, etc. | 0.50 | 147.50 |
| 12/17/2007 | AML | Post trial motions: Continue research regarding standards and procedure for seeking enhanced damages and prejudgment interest under 35 USC Section 284 and attorneys' fees under 35 USC Section 285; review/analyze relevant caselaw. | 3.50 | 700.00 |
| 12/17/2007 | MMY | Post trial motions: work on post trial motions. | 2.25 | 663.75 |

**EXHIBIT H**

ImanageDB:827308.1

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/18/2007 | AML | Post trial motions: Continue research regarding enhanced damages under 35 USC Section 284, attorneys' fees under 35 USC Section 285 and prejudgment interest under 35 USC Section 284; draft email to M. Yasunaga summarizing research findings. | 2.25 | 450.00 |
| 12/18/2007 | MMY | Post trial motions: open and review judgment and special verdict form sent by Court's electronic filing system; review Ing's email complaining about form of judgment; consider response to Ing's points and also problem of judgment ending trial court's jurisdiction before enhanced damages, attorneys fees, injunction, and prejudgment interest can be handled; look for authority re how above problem should be handled; communication with AML re this problem; phone message from court re above. | 1.50 | 442.50 |
| 12/18/2007 | MMY | Post trial motions: research and look at forms of other motions and conf AML for motions re attorneys' fees, enhanced damages, prejudgment interest. | 3.25 | 958.75 |
| 12/19/2007 | MMY | Post trial motions: email from court in response to Ing's email re judgment needs to be amended; email to court re enhanced damages, attorneys fees, injunction, and prejudgment interest need to be handled via motion before trial court loses jurisdiction so final judgment should not enter. | .75 | 221.25 |
| 12/20/2007 | MMY | Post trial motions: 2 email to Court responding to points made by Ing re modification of judgment; responsive email from Ing. | .25 | 73.75 |
| 12/20/2007 | MMY | Post trial motions: research/review case law re motions. | 1.50 | 442.50 |
| 12/26/2007 | MMY | Post trial motions: communications with AML re amended judgment and things to do and new deadline; review amended judgment | .25 | 73.75 |

ImanageDB:827308.1                                         2

| Date | Attorney/Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | and calendar deadline therein. | | |
| 12/27/2007 | MMY | Post trial motions: communications Kowalski re ODC is continuing to sell infringing product despite jury verdict, and talk to him and consider what might be done about it, such as injunction, and affect continued sales may have on motions for injunction and enhanced damages. | .50 | 147.50 |
| 12/28/2007 | AML | Post trial motions: Continue research regarding appropriate manner and standards for calculating prejudgment interest under 35 USC Section 284; review/analyze relevant caselaw regarding same. | 2.75 | 550.00 |
| 12/28/2007 | MMY | Post trial motions: further communication Kowalski re ODC is continuing to sell infringing product despite jury verdict and re injunction. | .25 | 73.75 |
| 12/28/2007 | MMY | Post trial motions: review ODC's motion for new trial and consider how to respond; forward to client; communications AML re above. | 1.75 | 516.25 |
| 12/31/2007 | MMY | Post trial motions: review motion for judgment notwithstanding the verdict and consider how to respond; communication with AML re above. | .50 | 147.50 |
| 01/02/2008 | MMY | Post trial motions: order from court re motions for new trial and judgment notwithstanding the verdict will be nonhearing motions; communication from AML re due date for responses. | .25 | 76.25 |
| 01/02/2008 | AML | Post trial motions: Review/analyze Ocean Duke's motion for new trial. | 1.25 | 262.50 |
| 01/03/2008 | AML | Post trial motions: Analyze counter argument and outline opposition to Ocean Duke's motion for new trial; discuss same with M. Yasunaga; research regarding | 5.25 | 1,102.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | standards for obtaining new trial under FRCP 59 based on arguments that verdict is contrary to weight of evidence, excessive damage award, attorney and juror misconduct; review/analyze relevant caselaw. | | |
| 01/04/2008 | AML | Post trial motions: Continue research regarding attorney misconduct and excessive damages bases for new trial under FRCP 59 (2.25); begin drafting memorandum in opposition to Ocean Duke's motion for new trial (5.00). | 7.25 | 1,522.50 |
| 01/05/2008 | AML | Post trial motions: Complete first draft of opposition to Ocean Duke's motion for new trial and review/revise same. | 8.25 | 1,732.50 |
| 01/06/2008 | AML | Post trial motions: Review M. Yasunaga's email discussing suggested revisions to draft 1 of opposition to Ocean Duke's motion for new trial (.50); review /analyze Ocean Duke's motion for judgment notwithstanding the verdict (.50). | 1.00 | 210.00 |
| 01/06/2008 | MMY | Post trial motions: work on opposition to motion for new trial. | 2.75 | 838.75 |
| 01/07/2008 | MMY | Post trial motions – oppositions to motion for new trial and motion for judgment as a matter of law. | 5.25 | 1,601.25 |
| 01/07/2008 | AML | Post trial motions: Draft opposition to Ocean Duke's motion for JMOL/JNOV. | 2.75 | 577.50 |
| 01/07/2008 | AML | Post trial motions: Email to M. Yasunaga transmitting and discussing aspects of draft 1 of opposition to Ocean Duke's motion for judgment of law notwithstanding the verdict ("JMOL/JNOV"). | 0.25 | 52.50 |
| 01/07/2008 | AML | Post trial motions: Research regarding Rule 50 standards of review and caselaw by Ocean Duke in support of Ocean Duke's | 0.75 | 157.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | JMOL/JNOV. | | |
| 01/07/2008 | AML | Post trial motions: Research regarding whether JMOL/JNOV requires Rule 50(a) motion at the close of all evidence; review/analyze relevant treatise and caselaw. | 0.50 | 105.00 |
| 01/07/2008 | AML | Post trial motions: Review/analyze transcript of days 1 and 2 of trial. | 1.00 | 210.00 |
| 01/07/2008 | AML | Post trial motions: Revise opposition to Ocean Duke's motion for new trial per M. Yasunaga's comments. | 5.75 | 1,207.50 |
| 01/08/2008 | MMY | Post trial motions – oppositions to motion for new trial and motion for judgment as a matter of law. | 12.25 | 3,736.25 |
| 01/08/2008 | AML | Post trial motions: Draft M. Yasunaga declarations in support of oppositions to new trial and JMOL/JNOV motions; assemble/prepare exhibits supporting same. | 1.50 | 315.00 |
| 01/08/2008 | AML | Post trial motions: Final review/revisions to JMOL/JNOV opposition and supporting documents; e-file same. | 1.25 | 262.50 |
| 01/08/2008 | AML | Post trial motions: Final review/revisions to new trial opposition and supporting documents; e-file same. | 1.75 | 367.50 |
| 01/08/2008 | AML | Post trial motions: Research regarding use of dictionary definitions, pioneering inventions, and specification includes originally filed claims for purposes of written description analysis; review/analyze relevant caselaw and incorporate same into opposition to JMOL/JNOV motion. | 3.75 | 787.50 |
| 01/08/2008 | AML | Post trial motions: Review trial transcript regarding above 500 degree centigrade, Kowalski testimony and Marks' overbreadth cross-examination. | 0.50 | 105.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/08/2008 | AML | Post trial motions: Review/revise opposition to Ocean Duke's motion for JMOL/JNOV to incorporate Gentry Gallery analysis. | 5.50 | 1,155.00 |
| 01/09/2008 | AML | Post trial motions: Additional research regarding standards and issues related to recovery of attorneys' fees under 35 USC Section 285 (items compensable, Hensley analysis, etc.). | 2.50 | 525.00 |
| 01/09/2008 | AML | Post trial motions: Review /analyze Local Rule 54.3 and requirements for establishing reasonableness of attorneys' fee. | 0.50 | 105.00 |
| 01/09/2008 | MMY | Post trial motions: work on motions for attorneys fees and costs and enhanced damages and injunction. | 6.25 | 1,906.25 |
| 01/10/2008 | AML | Post trial motions: Begin drafting motion for attorneys' fees and memo in support. | 2.25 | 472.50 |
| 01/10/2008 | AML | Post trial motions: Continue research regarding attorneys' fee under 35 USC Section 285 (what constitutes unjustified litigation "prevailing party" status and purposes of the statute), review/analyze relevant caselaw. | 3.50 | 735.00 |
| 01/10/2008 | MMY | Post trial motions: motions for attorneys fees and costs and interest. | 2.25 | 686.25 |
| 01/10/2008 | AML | Post trial motions: Phone call to G. Bediamol regarding trial transcripts. | 0.25 | 52.50 |
| 01/10/2008 | AML | Post trial motions: Review/analyze summary of attorneys' fees and expenses. | 0.25 | 52.50 |
| 01/11/2008 | MMY | Post trial motions: clarify with court deadline for post trial motions and notify others and calendar date; review Ing's response and AML's response to Ing ; work on motions. | 3.25 | 991.25 |
| 01/11/2008 | AML | Post trial dotions: Email to L. Ing regarding | 0.25 | 52.50 |

ImanageDB:827308.1                                6

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | post trial motion deadline; review and respond to L. Ing's email regarding same. | | |
| 01/11/2008 | AML | Post trial motions: Outline arguments regarding enhanced damages and satisfaction of Read factors. | 1.50 | 315.00 |
| 01/11/2008 | AML | Post trial motions: Review/analyze caselaw regarding enhanced damages analysis and reliance on incompetent attorney opinion letter; additional research regarding district court caselaw assessment of Read factors in determining amount to enhance damages; review/analyze relevant caselaw. | 3.75 | 787.50 |
| 01/13/2008 | AML | Post trial motions: Begin drafting motion for enhanced damages under 35 USC Section 284 and memo in support of same. | 2.75 | 577.50 |
| 01/13/2008 | MMY | Post trial motions: phone call from client with suggestions re motion for enhanced damages. | .25 | 76.25 |
| 01/13/2008 | AML | Post trial motions: Review/analyze jury instruction regarding willful infringement; application and issue dates of Kowalski and Shih patents. | 0.50 | 105.00 |
| 01/14/2008 | AML | Post trial motions: Continue drafting Motion for Enhanced Damages. | 7.75 | 1,627.50 |
| 01/14/2008 | AML | Post trial motions: Review notes of opening statement; analyze and calculate total pounds of infringing product sold by Ocean Duke annually in years 1999-2005. | 0.50 | 105.00 |
| 01/15/2008 | AML | Post trial motions: Complete first draft of Motion for Enhancement of Damage Award; review/revise same. | 6.50 | 1,365.00 |
| 01/15/2008 | MMY | Post trial motions: work on motion for enhanced damages. | 2.25 | 686.25 |
| 01/15/2008 | MMY | Post Trial motions: work on motion for | .25 | 76.25 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
|  |  | injunction. |  |  |
| 01/15/2008 | MMY | Post trial motions: work on motion for prejudgment interest, including looking into law and considering what evidence we can use, conf AML, and communications with Francom. | 2.25 | 686.25 |
| 01/16/2008 | AML | Post trial motions: Calculation of prejudgment interest figure; locate history of prime rate; analyze D. Francom's calculations of prejudgment interest using state rate; discuss strategy for prejudgment interest motion with M. Yasunaga. | 2.75 | 577.50 |
| 01/16/2008 | MMY | Post trial motions: listen to message from court reporter re Roger Lin transcript available and cost thereof; make arrangements for payment for Roger Lin transcript; communications with AML re checking to find out status of other transcripts and what reporter's response was. | .25 | 76.25 |
| 01/16/2008 | MMY | Post trial motions: motion for attorneys fees. | 2.25 | 686.25 |
| 01/16/2008 | MMY | Post trial motions: motion for costs. | .25 | 76.25 |
| 01/16/2008 | AML | Post trial motions: Research regarding permanent injunction standards; review/analyze relevant caselaw; outline motion for permanent injunction. | 4.25 | 892.50 |
| 01/16/2008 | MMY | Post trial motions: review and consider how to respond to Ing's email re extending due dates; draft response to Ing. | .50 | 152.50 |
| 01/16/2008 | AML | Post trial motions: Review Ocean Duke's website regarding continued offering of infringing product for sale; coordinate with IT regarding color printing of same. | 0.50 | 105.00 |
| 01/16/2008 | AML | Post trial motions: Review/email from L. Ing regarding post-trial motion deadline; discuss same with M. Yasunaga and consult | 0.75 | 157.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | L.R. 7.4 regarding Ocean Duke's deadline to file reply memos in support of non-hearing post-trial memos; discuss potential effect of TPI appeal on Ocean Duke judgment with M. Yasunaga. | | |
| 01/16/2008 | MMY | Post trial motions: work on getting trial transcripts for use on motions. | .25 | 76.25 |
| 01/16/2008 | MMY | Post trial motions: work on motion for injunction. | 1.25 | 381.25 |
| 01/16/2008 | MMY | Post trial motions: work on prejudgment interest calculation and motion; further work re what evidence will be helpful re applicable interest rate; communication with client re above. | 2.50 | 762.50 |
| 01/17/2008 | AML | Post trial motions: Additional research regarding use of state statutory rate, prime rate, and why T-bill rate is unfair/improper; review/analyze relevant caselaw. | 1.50 | 315.00 |
| 01/17/2008 | MMY | Post trial motions: communications with AML and Kowalski re prejudgment interest motion and evidence showing Kowalski's borrowing costs were higher than prime rate and re Ocean Duke's borrowing costs being higher than prime rate; see Kowalski's borrowing document and HISI's borrowing documents; phone call Kowalski re above. | 2.75 | 838.75 |
| 01/17/2008 | MMY | Post trial motions: consider indefiniteness defense and whether waived. | .25 | 76.25 |
| 01/17/2008 | AML | Post trial motions: Discuss appropriate rate-rate at which B. Kowalski personally borrowed at during period of infringement – with M. Yasunaga and B. Kowalski. | 0.50 | 105.00 |
| 01/17/2008 | AML | Post trial motions: Discuss/email correspondence regarding appropriate rate and method for calculating prejudgment interest with M. Yasunaga. | 0.50 | 105.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/17/2008 | AML | Post trial motions: Draft motion for prejudgment interest. | 4.25 | 892.50 |
| 01/17/2008 | MMY | Post trial motions: enhanced damages motion; phone call Kowalski re what would be helpful re this motion. | 1.00 | 305.00 |
| 01/17/2008 | MMY | Post trial motions: motion for attorneys fees. | 3.50 | 1,067.50 |
| 01/17/2008 | AML | Post trial motions: Recalculate prejudgment interest figure using prime rate plus 2 percent. | 0.25 | 52.50 |
| 01/18/2008 | AML | Post trial motions: Email to M. Yasunaga transmitting first draft of motion for prejudgment interest and non-taxable cost under 35 USC Section 284 and discussing same. | 0.25 | 52.50 |
| 01/18/2008 | AML | Post trial motions: Research "costs" recoverable under 24 USC Section 284; review/analyze relevant caselaw and incorporate into motion for prejudgment interest. | 2.25 | 472.50 |
| 01/18/2008 | AML | Post trial motions: Research regarding timing/filing deadline for Bill of Costs and items compensable, proofs necessary for recovering same. | 0.50 | 105.00 |
| 01/18/2008 | AML | Post trial motions: Review D. Francom's trial testimony and report regarding prejudgment interest and industry standard borrowing rate. | 0.75 | 157.50 |
| 01/18/2008 | AML | Post trial motions: Review/revise motion for prejudgment interest. | 2.75 | 577.50 |
| 01/18/2008 | MMY | Post trial motions: motion for attorneys fees; review and respond to AML's inquiry re bill of cost due date. | 3.50 | 1,067.50 |
| 01/18/2008 | MMY | Post trial motions: work on prejudgment interest motion including communications | 1.00 | 305.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | with AML and further work re Kowalski's information/suggestion re his borrowing costs; communication with AML re Francom's testimony re K's borrowing rate and his mention at trial of prime plus 2 is explained by his report which says that is industry standard so report should be cited too. | | |
| 01/19/2008 | AML | Post trial motions: Additional research regarding injunctive relief and alternative of forced royalty agreement; review/analyze relevant caselaw. | 2.25 | 472.50 |
| 01/19/2008 | AML | Post trial motions: Begin drafting motion for permanent injunction. | 1.00 | 210.00 |
| 01/19/2008 | AML | Post trial motions: Review/analyze Ocean Duke's reply memo in support of JNOV/JMOL motion. | 0.50 | 105.00 |
| 01/19/2008 | AML | Post trial motions: Review/analyze Roger Lin trial testimony transcripts. | 1.25 | 262.50 |
| 01/19/2008 | AML | Post trial motions: Revisions to draft 1 of motion for prejudgment interest and non-payable costs and additional request for post-judgment interest. | 1.75 | 367.50 |
| 01/19/2008 | MMY | Post trial motions: motion for enhancement of damages. | 1.50 | 457.50 |
| 01/19/2008 | MMY | Post trial motions: work on motion for attorneys fees. | 2.25 | 686.25 |
| 01/20/2008 | AML | Post trial motions: Continue drafting motion for permanent injunction, or alternatively, for compulsory license/ongoing royalty; review/revise same; email to M. Yasunaga transmitting and discussing same. | 5.50 | 1,155.00 |
| 01/20/2008 | AML | Post trial motions: Research regarding compulsory license in lieu of permanent injunction; review/revise relevant cases and | 2.25 | 472.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | secondary sources, outline argument. | | |
| 01/20/2008 | AML | Post trial motions: Review and respond to M. Yasunaga's email regarding attorneys' fees and costs summaries. | 0.25 | 52.50 |
| 01/20/2008 | MMY | Post trial motions: work on motion for attorneys fees. | 2.50 | 762.50 |
| 01/21/2008 | AML | Post trial motions: Begin organization/identification of exhibits in support of fee motion, prejudgment interest motion and injunction motions. | 0.50 | 105.00 |
| 01/21/2008 | AML | Post trial motions: Continue drafting motion for attorneys' fees under Section 285, review/revise draft 1 of same. | 5.25 | 1,102.50 |
| 01/21/2008 | AML | Post trial motions: Detailed email to team regarding information and tasks needed to complete attorney fee motion. | 0.50 | 105.00 |
| 01/21/2008 | AML | Post trial motions: Discuss bill of costs deadline and motion for permanent injunction and prejudgment interest with M. Yasunaga. | 0.50 | 105.00 |
| 01/21/2008 | AML | Post trial motions: Draft declaration of M. Yasunaga in support of fee motion. | 1.25 | 262.50 |
| 01/21/2008 | AML | Post trial motions: Review/analyze trial transcript of Iwaoka testimony. | 1.25 | 262.50 |
| 01/21/2008 | AML | Post trial motions: Update/review/revise motion for Enhancement of Damages to include citations from trial transcripts and additional exhibits. | 1.75 | 367.50 |
| 01/21/2008 | MMY | Post trial motions: motion for attorneys' fees. | 2.75 | 838.75 |
| 01/21/2008 | MMY | Post trial motions: review reply memorandum of Ocean Duke re Motion for judgment notwithstanding the verdict and compare certain points with what we said in | 0.25 | 76.25 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| | | our opposition memo. | | |
| 01/21/2008 | MMY | Post trial motions: review reply memorandum of Ocean Duke re Motion for New Trial. | 0.25 | 76.25 |
| 01/22/2008 | MMY | Post trial motions: explain and get client's input re prejudgment interest motion; make further edits to motion and declarations; review of final draft. | 1.75 | 533.75 |
| 01/22/2008 | MMY | Post trial motions: motion for enhanced damages. | 0.50 | 152.50 |
| 01/22/2008 | MMY | Post trial motions: Motion for injunction. | 1.50 | 457.50 |
| 01/22/2008 | AML | Post Trial: Continue identifying and assembling exhibits in support of Motion for Prejudgment Interest (Exhibits A-N); Motion for Permanent Injunction (Exhibits A-G); Motion for Enhancement of Damages (Exhibits A-V); and Motion for Attorneys' Fees (Exhibits A-P); coordinate with team regarding tasks to complete assembly of exhibits. | 3.00 | 630.00 |
| 01/22/2008 | AML | Post Trial: Draft declaration of A. Mizuo Lee regarding calculation of prejudgment interest at prime plus 2% and prime rate compounded annually. | 0.75 | 157.50 |
| 01/22/2008 | AML | Post Trial: Draft declarations of M. Yasunaga in support of Motion for Prejudgment Interest, Motion for Enhanced Damages and Motion for Permanent Injunction. | 1.75 | 367.50 |
| 01/23/2008 | MMY | Post trial motions: motion for enhanced damages. | 4.50 | 1,372.50 |
| 01/23/2008 | MMY | Post trial motions: motion for injunction. | 2.50 | 762.50 |
| 01/23/2008 | AML | Post Trial: Prepare/work on attorneys' fees exhibits. | 0.75 | 157.50 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/23/2008 | AML | Post Trial: Review/revise Motion for Attorneys' Fees; finalize same. | 1.75 | 367.50 |
| 01/23/2008 | AML | Post Trial: Review/revise Motion for Enhanced Damages; finalize same. | 2.75 | 577.50 |
| 01/23/2008 | AML | Post Trial: Review/revise Motion for Permanent Injunction; finalize same. | 0.75 | 157.50 |
| 01/23/2008 | AML | Post Trial: Review/revise Motion for Prejudgment Interest; finalize same. | 0.75 | 157.50 |
| | | **TOTAL** | **245.25** | **60,107.50** |