WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION
Civil No. 04-00055 BMK -- CONFIDENTIAL – UNDER PROTECTIVE ORDER

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 08/03/2004 | MMY | Settlement: Phone message to Meyer re settlement; phone call from Meyer re settlement; send Meyer settlement documents from Hilo and Phillips cases; modify settlement drafts for use with Ocean Duke. | 1.75 | 437.500 |
| 08/04/2004 | MMY | Settlement: E-mail to Matsui re serving as mediator. | 0.25 | 62.50 |
| 08/11/2004 | MMY | Settlement: Communications with mediator's office and client in setting up mediation and pre-mediation. | 0.50 | 125.00 |
| 08/13/2004 | MMY | Settlement: Letters from Matsui's office re mediation. | 0.25 | 62.50 |
| 08/19/2004 | MMY | Settlement: Further action to set up mediation; letter from mediator; review due dates. | 0.50 | 125.00 |
| 08/26/2004 | MMY | Settlement: Letter from mediator; calendar due date for documents to mediator; start preparation of protective order. | 0.50 | 125.00 |
| 08/30/2004 | MMY | Settlement: Update settlement documents. | 0.50 | 125.00 |
| 09/09/2004 | MMY | Settlement: Check what needs to be submitted to mediator. | 0.25 | 62.50 |
| 09/10/2004 | MMY | Settlement: Send updated settlement documents to Meyer with explanatory note; gather and send to mediator documents he requested and premediation conference letter; e-mail to Meyer re settlement also has to deal with trademark issue. | 2.00 | 500.00 |
| 09/14/2004 | MMY | Settlement: Meeting with mediator. | 2.00 | 500.00 |

**EXHIBIT I**

ImanageDB:827308.1

| Date | Attorney/Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 09/30/2004 | MMY | Settlement: Deal with letter from Meyer re settlement | 0.25 | 62.50 |
| 10/05/2004 | MMY | Settlement: Communications from Ocean Duke asking to put off mediation; e-mail from bk saying he doesn't want to put of mediation. | 0.25 | 62.50 |
| 10/06/2004 | MMY | Settlement: Respond to Meyer e-mail trying to postpone settlement; forward to Matsui recent communications re my settlement terms and documents. | 0.50 | 125.00 |
| 10/15/2004 | MMY | Settlement: Mediation statement; draft and send mediator brief memo re Ocean Duke's sales volume. | 0.75 | 187.50 |
| 10/18/2004 | MMY | Settlement: Prep for and attend mediation. | 4.00 | 1,000.00 |
| 09/21/2007 | MMY | Settlement: Work on settlement offer and settlement docs and get bk's approval; draft explanatory letters to Marks re settlement offer and docs and transmit with offer. | 2.50 | 737.50 |
| 09/24/2007 | MMY | Settlement: Settlement conf brief and gather proof of infringement for use in that and to oppose summary judgment motion. | 3.25 | 958.75 |
| 09/25/2007 | MMY | Settlement: Settlement conf brief; confs bk re settlement. | 3.75 | 1106.25 |
| 09/28/2007 | MMY | Settlement: Review and respond to Ing's email asking us to be prepared to stay later on day of settlement conf. | 0.25 | 73.75 |
| 10/01/2007 | MMY | Settlement: conf bk; prep for and attend settlement conf (including prepare documents for use at conference and for possible handing to Ocean Duke). | 2.00 | 590.00 |
| 10/23/2007 | MMY | Settlement: settlement discussions. | 1.00 | 295.00 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 10/25/2007 | MMY | Settlement: email from Ing and 12 follow up email exchange with Ing and Court re settlement scheduling, Duke Lin's attendance, Ing's suggestion that we have communications by phone rather than in person conference, etc. | 0.50 | 147.50 |
| 10/26/2007 | MMY | Settlement: 8 email exchange with Ing and Court and Marks re settlement. | 0.25 | 73.75 |
| 10/29/2007 | MMY | Settlement: 6 email exchange re settlement conf scheduling initiated by Marks. | 0.25 | 73.75 |
| 10/30/2007 | MMY | Settlement: prep for and attend settlement conf. | 3.50 | 1,032.50 |
| 11/02/2007 | MMY | Settlement: conf bk re new settlement idea. | .25 | 73.75 |
| 11/07/2007 | MMY | Settlement: communication with client and email Marks and Neufeld re new settlement ideas. | .25 | 73.75 |
| 11/08/2007 | MMY | Settlement: phone call from Marks and Neufeld re settlement. | .25 | 73.75 |
| 11/19/2007 | MMY | Settlement – draft amended settlement offer and appendices and explanatory letter to Ocean Duke's counsel; conf bk re settlement; phone call from Neufeld and Marks re settlement. | 2.00 | 590.00 |
| 11/26/2007 | AML | Settlement: Attend settlement conference. | 1.75 | 350.00 |
| 11/26/2007 | AML | Settlement: Discuss settlement position with M. Yasunaga and analyze probability of achieving various results. | 1.75 | 350.00 |
| 11/26/2007 | MMY | Settlement: prep for and attend settlement conference; review settlement orders from court; prep for tomorrow's settlement conf. | 2.25 | 663.75 |
| 11/27/2007 | MMY | Settlement: prep for and attend settlement conf. | 1.75 | 516.25 |

| Date | Attorney/ Paralegal | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 11/28/2007 | MMY | Settlement: notice from court re further settlement conf; email from Marks saying ODC offered $ payment and x cents a pound future royalty but now withdraws that offer and will not ever pay a settlement in the range recommended by the Court; prep for tomorrow's settlement conference and discuss with client. | .75 | 221.25 |
| 11/29/2007 | MMY | Settlement: prep for and attend settlement conf; review and calendar notice of further settlement conf. | 1.50 | 442.50 |
| 12/02/2007 | MMY | Settlement : review and respond to email from Ing requesting information/documents re settlement. | .25 | 73.75 |
| 12/03/2007 | AML | Settlement (No Charge): Attend settlement conference with M. Yasunaga and B. Kowalski. | 4.25 | 0.00 |
| 12/03/2007 | MMY | Settlement: prep for and participate in settlement conferences. | 4.00 | 1,180.00 |
| 01/08/2008 | MMY | Settlement: order from Court re further settlement conference on 1/10; discuss above with client and calendar date. | .25 | 76.25 |
| 01/10/2008 | MMY | Settlement: discuss settlement with Court and opposing counsel and client. | .50 | 152.50 |
| 01/14/2008 | MMY | Settlement: communications with Ing's office and client and court re dates for settlement conference, and calendar/notify staff (2/13 at 10, 2/19 at 10 or 11, 2/20 at 11, or 2/21 at 10 or 11.). | .25 | 76.25 |
| 01/18/2008 | MMY | Settlement: phone call from client re settlement. | 0.25 | 76.25 |
| | | TOTAL | 53.75 | 13,641.25 |