CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
MARTIN E. HSIA              2954-0
ALLISON MIZUO LEE       7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Plaintiffs, v. OCEAN DUKE CORPORATION, Defendant. | CIVIL NO. 04-00055 BMK<br><br>ERRATA TO MEMORANDUM IN SUPPORT OF WILLIAM R. KOWALSKI'S MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND DISBURSEMENTS UNDER 35 U.S.C. § 285 AND SUBMISSION OF MEMORANDUM IN SUPPORT; DECLARATION OF MILTON M. YASUNAGA; EXHIBITS "A" AND "B"; CERTIFICATE OF SERVICE<br><br>(Non-Hearing Motion) |

ERRATA TO MEMORANDUM IN SUPPORT OF WILLIAM R.
KOWALSKI'S MEMORANDUM IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES AND DISBURSEMENTS UNDER 35 U.S.C.
§ 285 AND SUBMISSION OF MEMORANDUM IN SUPPORT

ImanageDB:830716.1

Plaintiff William R. Kowalski files this errata to correct certain errors reflected on pages 18 to 21 of the memorandum in support of his Motion For Attorneys' Fees and Disbursements Under 35 U.S.C. § 285, which was filed on January 24, 2008 ("***Memorandum in Support of Plaintiff's Attorneys' Fees Motion***").

In calculating the number of hours expended by Plaintiff's counsel and his non-legal personnel/staff and the amount of fees accrued in prosecution of Plaintiff's patent infringement claim against Defendant Ocean Duke Corporation, certain computational and other errors were inadvertently made. A redline version of the affected pages (pages 18 to 21) showing these errors is attached hereto as Exhibit "A". A complete copy of Plaintiff's Memorandum In Support of Plaintiff's Attorneys' Fees Motion, which contains the corrected pages 18 to 21 and accurate computations, is attached hereto as Exhibit "B."

DATED: Honolulu, Hawaii, January 31. 2008.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.