IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

MILTON M. YASUNAGA, hereby declares:

1. I am a member of Cades Schutte, LLP, counsel for William R. Kowalski in the above-entitled action. I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Exhibit "A" submitted herewith is true and correct copy of a red-line comparison showing the corrections to pages 18 to 21 of the memorandum in support of Plaintiff's Motion for Attorneys' Fees and Disbursements Under 35 U.S.C. § 285 ("*Plaintiff's Motion for Attorneys' Fees*") necessary to accurately reflect the amount of attorneys' fees accrued and hours expended by Plaintiff's

counsel and legal team in prosecution of this case against Defendant Ocean Duke Corporation. The errors were primarily due to inadvertent and minor computational errors and the incorrect assignment of certain sums regarding "number of hours" and "billable amount" to various litigation phases.

3.  Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's entire memorandum in support of Plaintiff's Motion for Attorneys' Fees, which contains the corrected version of pages 18 to 21 and the accurate computation of the attorneys' fees and number of hours expended by Plaintiff's legal team.

4.  I hereby amend paragraph 3 of my January 24, 2008 declaration, which was submitted in support of Plaintiff's Motion for Attorneys' Fees, to read as follows:

> Attached hereto as Exhibit "A" is a true and correct compilation of the billing invoices containing the attorneys' fees and fees of paralegals and non-legal/staff regarding prosecution of this lawsuit. This compilation reflects attorneys' and paralegal fees in the amount of $379,247.50 (plus Hawaii General Excise Tax in the amount of $17,641.22 for a total fees plus tax in the amount of $396,888.72) and $10,685.00 in fees for Plaintiff's non-legal personnel (plus Hawaii General Excise Tax in the amount of $503.48 for a total fees plus tax in the amount of $11,188.48). These fees were incurred during the period commencing with the preparation for the filing of this lawsuit in January 2004 and ending as of the day preceding the filing of this Motion (i.e. January 23, 2008). These fees were and are reasonable for the prosecution of Plaintiff's claim for infringement of his patent throughout the action. Additional fees and costs will accrue before entry of final

judgment. Plaintiff intends to submit an updated request for additional fees in connection with the filing of his Reply memorandum in support of this Motion.

I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, January 31, 2008.

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA