The following chart summarizes the number of hours expended by Plaintiff's counsel in the prosecution of this lawsuit per year beginning January 1, 2004 through the filing of this Motion (i.e. January ~~24,~~23, 2008):

| Attorney | Date | # of Hours | Rate | Lodestar |
|---|---|---|---|---|
| Milton M. Yasunaga (partner) | 2004<br>2005<br>2006<br>2007<br>2008 | 81.25<br>14.00<br>45.00<br>683.50<br>~~98.75~~78.00 | $250<br>$260<br>$275<br>$295<br>$305 | $20,312.50<br>$3,640.00<br>$12,375.00<br>$201,632.50<br>~~$30,118.75~~$23,790.00 |
| Martin E. Hsia (partner) | 2007 | 7.50 | $295 | $2,212.50 |
| Allison Mizuo Lee (junior associate) (senior associate) | 2004<br>2007<br>2008 | 40.00<br>350.25<br>140.75 | $140<br>$200<br>$210 | $5,600.00<br>~~$69,700.00*~~<br>~~$69,200.00*~~<br>$29,557.50 |
| Teri-Ann Nagata (junior associate) | 2007 | 13.25 | $180 | $2,385.00 |
| Keri-Ann Shigemura (junior associate) | 2007 | 10.50 | $145 | $1,522.50 |
| Cheryl Yasunaga (paralegal) | 2007 | 58.50 | $120 | $7,020.00 |
| | | | SUB-TOTAL | $~~385,076.25~~379,247.50 |
| | | | General Excise Tax (4.166%) | $1,746.70 |
| | | | General Excise Tax (~~4.172~~4.712%) | $~~16,672.65~~15,894.52 |

| | | |
|---|---|---|
| * amount is less than lodestar due to time designated "no charge." See, e.g., AML's time entry for 12/03/07 re settlement conf. | TOTAL | $~~403,495.60~~396,888.72 |

Exhibit "A" attached hereto is a breakdown of the number of hours expended by Plaintiff's legal team and a detailed description of the tasks performed organized chronologically.

The total time and billable amounts attributed to each phase of litigation identified in Local Rule 54.3(d)(1) is summarized below (includes time and charges by non-legal/staff personnel discussed below), with back-up documentation attached as Exhibits "B" to "I":

| Litigation Phase | Exhibit | # of Hours | Billable Amount |
|---|---|---|---|
| Case development, background setup, preparation of budgets, and routine communications with client, co-counsel, opposing counsel and the court | B | 151.50 | $32,506.25 |
| Pleadings | C | ~~121.75~~15.00 | ~~$35,916.25~~3,750.00 |
| Interrogatories, document production, and other written discovery | D | 62.75 | $17,370.00 |
| Depositions | E | ~~269.25~~121.75 | ~~$60,293.75~~35,916.25 |
| Motions practice | F | ~~15.00~~269.25 | ~~$3,750.00~~60,293.75 |
| Trial preparation, attending trial | G | ~~266.00~~718.25 | ~~$65,936.25~~166,347.50 |
| Post-trial motions | H | ~~53.75~~245.25 | ~~$13,641.25~~60,107.50 |
| Settlement | I | ~~718.25~~53.75 | ~~$16,634~~7.50~~~~13,641.25 |
| TOTAL | | ~~1658.25~~1637.50 | ~~$395,761.25~~$389,932.50 |

Non-legal personnel fees are also recoverable under Section 285. See Central Soya Co., Inc., 723 F.2d at 1578. The following charges, which total $10,685.00, were incurred by Plaintiff in the preparation for and performance of

legal services related to this suit:

| Non-Legal/Staff | Date | # of Hours | Rate | Lodestar |
|---|---|---|---|---|
| Rian Tatsutani (Tech. Support) | 2007 | 64.50 | $120 | $7,740.00 |
| Walea Kalama (Tech. Support) | 2007 | 6.00 | $120 | $720.00 |
| Rose Kuniyoshi (Accounting) | 2007 | 44.50 | $50 | $2,225.00 |
| | | | SUBTOTAL | $10,685.00 |
| | | | General excise tax (4.1724.712%) | $445.78503.48 |
| | | | TOTAL | $11,130.7811,188.48 |

A detailed description of the tasks performed and hours expended for the above individuals are included in the chronological summary attached hereto as Exhibit "A."

Finally, Section 285 provides for recovery of "disbursements that were necessary for the case." Lam, Inc., 718 F.2d at 1069. In this case, Plaintiff's counsel disbursed funds in the amount of $18,097.71 for items and expenses, including without limitation telephone, fax, postage, photocopies, transcripts, travel, supplies, equipment rental and other miscellaneous items (not including the fees of Plaintiff's damage expert David Francom, which are sought pursuant to 35 U.S.C. § 284 in Plaintiff's Motion for Prejudgment Interest, Non-Taxable Costs, and Post Judgment Interest, filed on January 24, 2008). See Yasunaga Decl. ¶ 14.

The chart below summarizes these disbursements by category with back-up documentation attached hereto as Exhibit "J":

| Category | Amount |
|---|---|
| Telephone, Fax and Postage | $86.79 |
| Photocopies | $7,551.03 |
| Transcripts | $4,922.12 |
| Travel Expenses | $3,598.99 |
| Supplies & Equipment Rental | $549.55 |
| Other miscellaneous | $1,389.23 |
| TOTAL DISBURSEMENTS | $18,097.71 |

To summarize, Plaintiff requests $~~403,495.60~~ 396,888.72, in attorneys' fees (including general excise tax at the applicable rates), $~~11,130.78~~ 11,188.48 for non-legal/staff personnel fees (including general excise tax at the applicable rate), and $18,097.71 in disbursements, for a total of $~~432,724.09~~ 426,174.91.

III. **CONCLUSION**

For the foregoing reasons, the Motion should be granted. The Court should award Plaintiff a total of $~~432,724.09~~ 426,174.91 in attorneys' fees and other litigation expenses compensable under Section 285. Plaintiff acknowledges that many of the disbursements awardable under Section 285 are independently recoverable as taxable costs under 28 U.S.C. § 1920. Plaintiff intends to submit a