IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

MILTON M. YASUNAGA, hereby declares:

1. I am a partner of Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. (HISI) and William R. Kowalski (Kowalski) (jointly, Plaintiffs). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Attached hereto as Exhibit "A" is a true and correct copy of the cover page and pages 8 and 9 of the transcript of trial testimony given by Roger Lin on December 10, 2007.

3. Attached hereto as Exhibit "B" is a true and correct copy of a document signed by John Stalker regarding Defendant Ocean Duke Corporation's Tasteless

Smoke Processed Ahi Saku product, which was introduced into evidence as Trial Exhibit 70.

4. Attached hereto as Exhibit "C" is a true and correct copy of a document purporting to represent Ocean Duke's Annual Sales of the infringing product from 1999 to 2005, which was introduced into evidence as Trial Exhibit 193.

5. Attached hereto as Exhibit "D" is a true and correct copy of the cover page and pages 17-20 of the transcript of the trial testimony given by Joseph Maga on December 11, 2007.

6. Attached hereto as Exhibit "E" is a true and correct copy of an article entitled "Sensory Research" dated November 2004 that I recently obtained from the website http://www.fabresearch.com/docs/sensory.pdf on the internet.

I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, February 4, 2008.

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA