```
                                                                    1

 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3
     WILLIAM R. KOWALSKI and     ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL        )
     SEAFOOD, INC.,              ) Honolulu, Hawaii
 5                               ) December 10, 2007
                 Plaintiff,      )
 6                               ) TESTIMONY OF ROGER LIN
           vs.                   ) (CONTINUED)
 7                               )
     OCEAN DUKE CORPORATION,     )
 8                               )
                 Defendant.      )
 9   _____)

10
              PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 4)
11             BEFORE THE HONORABLE BARRY M. KURREN,
                 UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:       MILTON M. YASUNAGA
14                            ALLISON MIZUO LEE
                              Cades Schutte LLP
15                            1000 Bishop St., Ste. 1200
                              Honolulu, Hawaii  96813-4216
16
     For the Defendant:       LOUISE K.Y. ING
17                            Alston Hunt Floyd & Ing
                              1800 ASB Tower
18                            1001 Bishop Street
                              Honolulu, Hawaii  96813
19
                              PAUL MARKS
20                            Neufeld Law Group
                              360 East 2nd Street, Ste. 703
21                            Los Angeles, California 90012

22   Official Court           GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                United States District Court
23                            P.O. Box 50131
                              Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**EXHIBIT A**

8

```
 1   they ask for that, they mean no smoke taste, no smoke odor,
 2   right?
 3   A    Possibly.
 4   Q    Possibly?
 5   A    They don't tell us, This is what I'm looking for.  They're
 6   saying red tuna.  So if they choose to accept the product, then
 7   I guess they're saying that's acceptable.
 8   Q    You mean, you tell some people, Gee, it might be smoky
 9   tasting?
10   A    We don't say one way or the other.  We tell them it's
11   treated for color retention.  But, again, we let the customer
12   make a judgment whether there is in fact odor or taste
13   remaining in the product.
14   Q    Has anyone come back and complained that, gee, the
15   consumer said the fish had a smoke flavor?
16   A    Not that we know of.
17   Q    Now, why does Ocean Duke use the term "treated for color
18   retention"?
19   A    Are you referring to on the label or when we're talking --
20   Q    Well, whenever you've used it.  You've used it -- I think
21   we saw a box labelled that said --
22   A    Well, because to our understanding, that's what the FDA
23   requires to be put on the label.  You are to disclose the
24   ingredient and then put a parenthesis that it's added to
25   preserve -- to promote color retention or preserve color
```

```
 1   retention.  I don't remember the exact wording.
 2   Q    Well, you put it on because you believe that to be -- not
 3   just because the FDA requires it, but because you believe that
 4   to be a true description, right?
 5   A    That's correct.
 6   Q    And you don't put on "smoked fish with good smoke taste"
 7   or anything like that, right?
 8   A    No, we do not.
 9   Q    Because that fish is not supposed to have a smoke taste,
10   right?
11   A    I suppose, the way you ask it, yeah.
12   Q    Is the fish that Ocean Duke has been buying from PT
13   Intisamudera supposed to have a smoked taste?
14   A    No, I don't believe so.
15   Q    Thank you.  And I asked you at your deposition if Ocean
16   Duke sold fish treated for color retention to supermarkets that
17   were part of the Ahold group, right?
18   A    Yes.
19   Q    And I asked you if the name Giant rang a bell with you.
20   Do you remember that?
21   A    Yes.
22   Q    And you said, yes, it did?
23   A    Okay.
24   Q    And then you said -- I asked you if you recall that the
25   supermarket chain Giant was a member of Ahold, and you said you
```