Attn: Gene



# Hawaii International Seafood, Inc.

| Company Name | Address | Contact Name | Date |
|---|---|---|---|
| OCEAN DUKE CORP. DBA DUKE INTERNATIONAL | TORRANCE, CA | CHRIS REGONE | 01/20/00 |

**Product Offered for Sale:** TASTELESS SMOKE PROCESSED AHI SAKU

The representative of the named company above represents the following:

| | |
|---|---|
| 1. They sell frozen seafood treated with tasteless smoke. | YES |
| 2. Smoke flavor components have been removed from the smoke to make tasteless smoke. | YES |
| 3. The tasteless smoke treated seafood does not retain a smoke flavor after smoke treatment. | YES |
| 4. The tasteless smoke treated tuna they sell maintains its red color at –10f. | YES |
| 5. Supplemental carbon monoxide has been added to the tasteless smoke. | No CO |

"Yes" indicates the party admits to the representative as stated above.
"No" indicates that the party denies the representation as stated above.
"Undetermined" indicates that the party is uncertain about the representation as stated above.
Other text indicates the party's comments.

Signed _____     Date 01/20/00
John L. Stalker

JS30                            EXHIBIT B                    Exhibit P-70