```
                                                                        1

 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3
     WILLIAM R. KOWALSKI and      ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL         )
     SEAFOOD, INC.,               ) Honolulu, Hawaii
 5                                ) December 11, 2007
               Plaintiff,         )
 6                                ) TESTIMONY OF JOSEPH MAGA
          vs.                     )
 7                                )
     OCEAN DUKE CORPORATION,      )
 8                                )
               Defendant.         )
 9   _____)

10
            PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 5)
11           BEFORE THE HONORABLE BARRY M. KURREN,
                UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:        MILTON M. YASUNAGA
14                             ALLISON MIZUO LEE
                               Cades Schutte LLP
15                             1000 Bishop St., Ste. 1200
                               Honolulu, Hawaii  96813-4216
16
     For the Defendant:        LOUISE K.Y. ING
17                             Alston Hunt Floyd & Ing
                               1800 ASB Tower
18                             1001 Bishop Street
                               Honolulu, Hawaii  96813
19
                               PAUL MARKS
20                             Neufeld Law Group
                               360 East 2nd Street, Ste. 703
21                             Los Angeles, California 90012

22   Official Court            GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                 United States District Court
23                             P.O. Box 50131
                               Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**EXHIBIT D**

1    Certain food processors they can just apply that to numerous
2    foods, and that's the source of the reason that they require or
3    desire liquid smoke.
4    Q    The liquid smoke gives taste to the food or odor to the
5    food?
6    A    Both, definitely.
7    Q    Smoke taste and odor?
8    A    Yes.  From a sensory standpoint, if you are presented with
9    a food in front of you, the first thing your nose should tell
10   you, Oh, I can smell this.  It smells like, blah, blah, blah.
11   Smells like smoke.  Then of course when you taste the product
12   your taste buds in your mouth, your tongue will be able to
13   taste liquid smoke.  And then, of course, some of the volatile
14   compounds go up your nasal cavity internally, and so that's
15   taste smoke flavor.  Flavor is taste plus odor combination.  So
16   taste and odor and flavor, those are the three generic terms
17   that are used for sensory evaluation.
18        Again, we all like or dislike the smell or taste of
19   certain foods.  That's our opinion, our bias.
20   Q    Now you talked about sensory standpoint.  Have you heard
21   of the term sensory evaluation panel?
22   A    Definitely.  Sensory evaluation panel could be a --  when
23   you say panel, it usually means more than person.  It could be
24   several people, it may be 10 people.
25        But the key with the sensory evaluation panel is that

1  these people are trained.  So a flavor chemist will work with
2  these people initially, and as I just explained to the jury,
3  first you've got to smell.  And basically when you smell, you
4  just don't do a major inhalation.  You do three short sniffs,
5  and that is a very good way of doing that and then tasting it.
6        So this panel is trained routinely, and they are
7  people in the industry.  I also do -- when I'm developing new
8  food items that have not been introduced, I have a taste panel
9  and say, What do you think of this product?  Do you think it is
10 acceptable?  Do you think it's fantastic?  Whatever you think.
11 So, again, a panel is very, very important.
12 Q    The panel doesn't rely on numbers or doing chemical
13 analysis of parts per million; is that right?  They just smell
14 and taste?
15 A    That's it.  When I'm a -- flavor chemistry, I eventually
16 or either primarily or after the people decide that they like
17 this product, it has a good taste, good smell, good flavor, and
18 then I will analyze it to see actually what is there.  And,
19 again, I want it to be a safe product.  And there are some
20 federal restrictions on certain ingredients that potentially
21 are added.
22 Q    Would companies that do food smoking and sell smoked
23 products, whether with a smoke taste or, as in Mr. Kowalski's
24 inventions case, without a smoke taste, would companies like
25 that operate by having people at the factory smell and taste

1   the food before it's shipped out to the customers?
2   A   Definitely.  I mean, product uniformity is a very, very
3   important issue in commercial food operations.  You have to
4   have a consistently uniform product.  Just applying the
5   purified smoke and then having the panel decide, yes, it's
6   acceptable, then the product can be distributed.
7           And, of course, the final evaluation is the consumer.
8   If you were going to consume this product in two hours or
9   whatever, tomorrow, you decide, boy, that's what I'm looking
10  for.  It's good.  There is no smoke taste, no smoke odor in
11  that product.
12  Q   I think you mentioned earlier --  is this -- the factories
13  rely on some people to taste and smell before they ship the
14  product out, and you said the final test is the consumers eat
15  it, and they don't complain that it's not supposed to have
16  smoke taste and it has a smoke taste, or something like that,
17  is that related to what I think you mentioned as rely on
18  people?
19  A   Definitely.
20  Q   And that's common in the industry and usual practice?
21  A   Yes.  We are the final consumers of all these food items,
22  and we decide if we like it or we don't like it.  That's the
23  final decision.
24          So, again, if you have a company, hopefully you want
25  your company to continue manufacturing a certain product,

1   producing a certain product, and that's the basis for the food
2   industry.
3   Q   So if someone with ordinary or average skill in the field
4   of food smoking saw Mr. Kowalski's patent and saw a step in the
5   process that said something like, reduce the taste imparting
6   parts of the smoke at least enough so that the resulting or
7   remaining smoke would not give smoke odor and taste to meat,
8   when brought into contact with the meat, that person, in your
9   opinion, would they understand that step and be able to do it?
10  A   Oh, definitely.  If they are in any phase of the smoking
11  industry.
12  Q   They wouldn't need to have a step that mentions specific
13  numbers and requires chemically analyzing the food for how many
14  parts per million of this chemical or that chemical?
15  A   Correct, yes.
16  Q   Also, is it carbon-containing materials or organic
17  material; is that correct?
18  A   Definitely.
19  Q   And carbon-containing materials would include wood?
20  A   Yes.
21  Q   Would carbon-containing materials or organic materials
22  also include charcoal?
23  A   Yes, you can produce charcoal.  Charcoal is a derivative
24  of initially various types of woods.  I have done quite a bit
25  of research, when I was doing wood flavor chemistry.  What I