IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:

> Louise K. Y. Ing          ling@ahfi.com
> Allison K. Griffiths     akirk@ahfi.com
> Paul S. Marks            pmarks@neufeldlawgroup.com

DATED: Honolulu, Hawaii, February 4, 2008.

> CADES SCHUTTE LLP
>
> /s/ Milton M. Yasunaga
> MILTON M. YASUNAGA
> Attorney for Plaintiffs
> WILLIAM R. KOWALSKI and HAWAII
> INTERNATIONAL SEAFOOD, INC.

ImanageDB:830292.2