**TABLE OF CONTENTS**

TABLE OF AUTHORITIES.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

I.     INTRODUCTION.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.    ENHANCED DAMAGES WERE NOT PROPERLY PLED AND
       ARE THEREFORE NOT IN ISSUE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

III.   STANDARDS GOVERNING ENHANCED DAMAGES. . . . . . . . . . . . . 4

IV.    THE *READ* FACTORS DO NOT SUPPORT AN AWARD OF
       ENHANCED DAMAGES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

       A.    *Deliberate Copying.*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

       B.    *Ocean Duke's Good Faith Belief based on Investigation.* . . . . . . . . 9

       C.    *Litigation Behavior.*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

       D.    *Ocean Duke's Size and Financial Condition.* . . . . . . . . . . . . . . . . 14

       E.    *Closeness of the Case.*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

       F.    *Duration of Conduct.*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

       G.    *Remedial Action by the Infringer.* . . . . . . . . . . . . . . . . . . . . . . . . 16

       H.    *Ocean Duke's Motivation for Harm.* . . . . . . . . . . . . . . . . . . . . . . 16

       I.    *Attempted Concealment.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

V.     CONCLUSION.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18