## TABLE OF AUTHORITIES

### FEDERAL CASES

*Amazon.com, Inc. v. Barnesandnoble.com, Inc.*, 239 F.3d 1343 (Fed. Cir. 2001). 12

*Avitia v. Metropolitan Club of Chicago, Inc.*, 49 F.3d 1219 (7th Cir.1995). . . . . . 3

*Consolidated Aluminum Corp. v. Foseco International Ltd.*, 910 F.2d 804 (Fed. Cir. 1990). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Cybos Corp. v. FAS Technologies, Inc.*, 138 F.3d 1448 (Fed. Cir. 1998). . . . . . . . 4

*Electro Sci. Industrial Inc. v. General Scanning Inc.*, 247 F.3d 1341 (Fed. Cir. 2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Maidmore Realty Co., Inc. v. Maidmore Realty Co., Inc.*, 474 F.2d 840 (3d Cir.1973). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*National Liberty Corp. v. Wal-Mart Stores, Inc.*, 120 F.3d 913 (8th Cir. 1997). . . 4

*Read Corp. v. Portec, Inc.*, 970 F.2d 816 (Fed. Cir. 1992). . . . . . . . . . . . . . . . . 5, 6

*In Re Seagate Technology, LLC*, 497 F.3d 1360 (Fed. Cir. 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 2, 5, 9, 10, 11, 13

*Underwater Devices Inc. v. Morrison-Knudsen Co.*, 717 F.2d 1380 (Fed. Cir. 1983). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

### OTHER AUTHORITIES

35 U.S.C. § 283. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

5 Wright & Miller, Federal Practice & Procedure, § 1310. . . . . . . . . . . . . . . . . . 3

Federal Rules of Civil Procedure, Rule 8. . . . . . . . . . . . . . . . . . . . . . . . . . 11, 12

iii

Federal Rules of Civil Procedure, Rule 9(g).. . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Federal Rules of Civil Procedure, Rule 11. . . . . . . . . . . . . . . . . . . . . . . . . . 11, 12