LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
       agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile:;: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-00055 BMK <br><br> **DECLARATION OF PAUL S. MARKS IN OPPOSITION TO MOTION FOR ENHANCED DAMAGES** |

131633.1

# DECLARATION OF PAUL S. MARKS

I, Paul S. Marks, declare as follows:

1. I am a lawyer with Neufeld Law Group, counsel to defendant Ocean Duke Corporation. I make this declaration in opposition to plaintiff's motion for enhanced damages. I have personal knowledge of the facts described in this declaration, and if called upon to testify in court under oath, I could and would so testify.

2. Attached hereto as Exhibit A is a true and correct copy of plaintiffs' complaint in this case.

3. Attached hereto as Exhibit B is a true and correct copy of relevant deposition testimony of Duke Lin, in response to deposition testimony submitted by plaintiff in his motion, discussing how the Shih process pre-dated the Kowalski patent.

4. Attached hereto as Exhibit C is a true and correct copy of relevant trial testimony of Roger Lin, discussing his trips to Bali to investigate and the retention of patent counsel.

5. Attached hereto as Exhibit D is a true and correct copy of relevant trial testimony of Roger Lin, discussing his trips to Bali to investigate and the retention of patent counsel.

131633.1

6. Attached hereto as Exhibit E is a true and correct copy of relevant trial testimony of Roger Lin, discussing his trips to Bali to investigate and the retention of patent counsel, as well as the draft letter responding to the notice of infringement.

7. Attached hereto as Exhibit F is a true and correct copy of Trial Exhibit 509, the opinion letter from patent counsel.

8. Attached hereto as Exhibit G is a true and correct copy of relevant trial testimony of John Stalker.

9. I was involved in most if not all aspects of pre-trial litigation in this case. I personally oversaw the production of in excess of 30,000 pages of Ocean Duke documents in discovery, including many documents covered by the attorney-client privilege, which were required by case law on willfulness to be disclosed in order to further Ocean Duke's defense of the case. The financial documents plaintiff complains of not having relate to lost profits damages, which were rejected by the court. Finally, to my knowledge, plaintiffs made only one discovery motion in this case, relating to depositions, and that motion was denied.

10. Attached hereto as Exhibit H is a true and correct copy of relevant trial testimony of David Francom, plaintiff's damages expert, in which he agreed with Ocean Duke's counsel that Hawaii International Seafood, Inc. was larger than Ocean Duke in the processed seafood industry.

11. I have been advised that Ocean Duke has now phased out importation and sale of seafood processed under the Shih process, and is now importing and selling seafood processed for color retention only with pure carbon monoxide. Ocean Duke is in process of obtaining independent verification of the changeover to CO processing.

I declare under penalty of perjury under the laws of the United States of America and the State of Hawaii that the foregoing is true and correct.

Executed in Los Angeles, California, on February 4, 2008.

_____
PAUL S. MARKS

131633.1                                3