IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.,

    Plaintiffs,

vs.                    Case No. 04-00055 DAE-BMK

OCEAN DUKE CORPORATION,

    Defendant.

DEPOSITION OF DUKE LIN

Los Angeles, California

Tuesday, October 9, 2007

Reported by:
NADIA NEWHART
CSR No. 8714

Job No. 74508

**EXHIBIT B**

Page 18

```
 1    A    Based on my knowledge, no.
 2    Q    Does your father have any ownership
 3  interest in Ocean Duke?
 4    A    Based on my knowledge, no.
 5    Q    Who owns the trademark for the name Ocean
 6  Duke?
 7    A    I don't remember.
 8    Q    Isn't it Yelin?
 9    A    I don't remember.
10    Q    Do any of your brothers have any
11  ownership interest in Ocean Duke?
12    A    Based on my knowledge, no.
13    Q    What other connections are there between
14  Ocean Duke and Yelin?
15    A    Can you explain what connection you want
16  to know?
17    Q    Any connection. You talked about Ocean
18  Duke buying products from Yelin. Are there any other
19  connections between Ocean Duke and --
20    A    That's the only connection -- only
21  connection we have.
22    Q    Ocean Duke buys shrimp and mahi-mahi from
23  Yelin?
24    A    Sometime.
25    Q    So Ocean Duke buys shrimp and mahi-mahi
```

Page 19

```
 1  from other companies as well?
 2    A    Yes.
 3    Q    Who owns Ocean Duke?
 4    A    Roger Lin.
 5    Q    Anybody else?
 6    A    Duke Lin.
 7    Q    Anybody else?
 8    A    Alice Lin.
 9    Q    Alice?
10    A    Yeah.
11    Q    Your wife?
12    A    Yes.
13    Q    Anybody else?
14    A    No.
15    Q    What are the percentages of ownership
16  interest?
17    A    I don't remember.
18    Q    Ocean Duke is a U.S. corporation?
19    A    Yes.
20    Q    When did you first hear about fish being
21  treated for color retention?
22    A    I remember before coming United States,
23  they already have colored CO treatment fish in Asia.
24  From Taiwan, from anywhere, they have it. I don't
25  know what year.
```

Page 20

```
 1    Q    1990s?
 2    A    Maybe older than that.
 3    Q    What companies -- do you remember what
 4  companies were selling that product?
 5    A    No, I don't remember. I know the market
 6  people talking about it.
 7    Q    People in Taiwan?
 8    A    Yes.
 9    Q    Back when you were working for Yelin, did
10  you deal with anybody in the Philippines?
11    A    No.
12    Q    Where did Yelin buy its fish from, or --
13    A    What time? You're talking about when?
14    Q    Before you came to the United States.
15    A    It was in Taiwan.
16    Q    Does Yelin own any fishing boats?
17    A    No.
18    Q    It's a trading company?
19    A    Yes.
20    Q    When did you -- you know a Mr. Steven
21  Shih, S-h-i-h, right?
22    A    Yeah.
23    Q    When did you first get to know him about?
24    A    1996, about that time, 1996 or 1997.
25    Q    And how did you get to meet him?
```

Page 21

```
 1    A    Introduced by his father.
 2    Q    What is Mr. Shih's father's name?
 3    A    I only know Mr. Shih, senior one.
 4    Q    You don't know Mr. Shih's father's actual
 5  name?
 6    A    No.
 7    Q    You just know that's the father?
 8    A    Yeah.
 9    Q    When did you first meet Mr. Steven Shih's
10  father?
11    A    I don't remember exactly.
12    Q    Did Mr. Steven Shih's father have
13  business dealings with Yelin Enterprise?
14    A    No.
15    Q    How did you get to know Mr. Steven Shih's
16  father then?
17    A    Through a lot of fresh fish market from
18  auction. His daughter is one of the broker to sell in
19  the fresh fish.
20    Q    From Taiwan?
21    A    Yes, Ton Kong.
22    Q    What was that last name?
23    A    Ton Kong, run a fish import T-o-n,
24  K-o-n-g.
25    Q    Can you tell us the name of that company?
```

Page 22

1  A  No. We know the person. I don't know
2  the company.
3  Q  After you were introduced to Mr. Steven
4  Shih, did you -- you or your company -- any of your
5  companies begin to have dealings with him?
6  A  No.
7  Q  Was there any business reason for
8  Mr. Steven Shih to be introduced to you?
9  A  I think his father tried to send his
10 product to me.
11 Q  And that was fresh fish?
12 A  No, processing fish.
13 Q  Processed fish?
14 A  Yeah. To me, processed, not raw. We're
15 talking about fresh fish being whole fish by the
16 fishing boat by selling by the Japan market.
17 Q  Okay. When you say "processed fish," do
18 you mean just headed -- head cut off and gutted, or do
19 you mean cut into small pieces like steaks and saku,
20 s-a-k-u, or loins?
21 A  I think steak style.
22 Q  And was that fresh fish -- when I say
23 "fresh," I mean fresh as opposed to frozen.
24 A  Frozen.
25 Q  It was frozen fish cut into pieces like

Page 23

1  steaks. Okay. And Mr. Shih's father was involved in
2  selling that?
3  A  I remember in 1996, I have one shrimp in
4  Bali for vacation, and his father called me and said
5  his son coming Bali, to invite me to his plant in
6  Bali.
7  MR. MARKS: Just so you know, the question was,
8  was Mr. Shih's father involved in selling that? Maybe
9  you didn't hear the question.
10 THE WITNESS: No. I'm sorry.
11 BY MR. YASUNAGA:
12 Q  All right. When you went to Bali on a
13 vacation, Mr. Steven Shih's father called you and sent
14 his son Steven to see you at the hotel in Bali to
15 invite you to see their plant in Bali, right?
16 A  Yes.
17 Q  And did you go to see the plant?
18 A  Yes.
19 Q  And this was 1996, right?
20 A  Around that time. I don't know exactly.
21 It goes up and down in the years or something.
22 Q  And did Mr. Steven Shih's father tell you
23 anything more about why he wanted you to go see the
24 plant?
25 A  Yes.

Page 24

1  Q  What did he tell you?
2  A  He mentioned about he have a plant in
3  Bali, tried to ask me help his son to develop in USA
4  market for him.
5  Q  And anything else he told you?
6  A  That's it.
7  Q  And you went to see the plant, right?
8  A  Yes.
9  Q  And what was the plant making?
10 A  They were packing some CO treatment loin
11 to Japan.
12 Q  They were packing CO treatment fish loins
13 to --
14 A  To Japan.
15 Q  For Japan?
16 A  Yes.
17 Q  Anything that Mr. Steven Shih told you or
18 explained to you when you went to see the plant?
19 A  He was keeping -- introduced his products
20 and check whether you have market on this kind of
21 item.
22 Q  And was he talking about possible sales
23 of the product in the United States?
24 A  No. He don't know. He don't. He only
25 say.

Page 25

1  Q  Well, was he asking -- was he talking to
2  you because he thought that you may have customers in
3  the United States and so you might want to buy the
4  product?
5  A  Yes.
6  Q  And what did you tell him?
7  A  That the -- I say, "I don't have market
8  by that moment."
9  Q  Did you see how -- on that trip to the
10 plant of Mr. Shih and his son, did you see how they
11 were processing the fish?
12 A  Yes.
13 Q  Okay. Can you describe that to me,
14 please?
15 A  I remember he gave me the plant tour. I
16 saw one of the machine in the individual room. Then I
17 asked him, "What is that?" He would show me -- he
18 says, "Oh, this is what we developing for. That is a
19 CO producing machine." Then I told him, "That's good
20 idea. Machine is very functional. I saw" -- I
21 couldn't have the interest at that time to go over
22 that machine and go tour. And I see that he processed
23 fish loin. Pretty nice. I said, "That impress me.
24 I'm so impressed. That's first time I saw that."
25 MR. MARKS: I think you've answered the

Page 26

1  question.
2      THE WITNESS: Okay.
3      MR. YASUNAGA: I know you don't want him to
4  volunteer, but, you know, we'll get out of here
5  faster. I just want to know, you know, how he met Mr.
6  Shih and how he came to be dealing with Mr. Shih's
7  product. So I do want some explanation, and the
8  faster it rolls out, the faster we're out of here.
9      MR. MARKS: That's fine, but he was going into
10 how impressed he was with the color.
11     MR. YASUNAGA: That's important.
12     MR. MARKS: Okay. If you think it's important,
13 you can ask him the question.
14 BY MR. YASUNAGA:
15     Q  All right. You said that it was -- when
16 you say "CO," you mean carbon monoxide, right?
17     A  Yes.
18     Q  And you said it was a CO producing
19 machine, right?
20     A  Yes.
21     Q  Tell me about what you remember about
22 that machine.
23     A  I remember they use a charcoal to isolate
24 the air to burn.
25     Q  I'm sorry?

Page 27

1      MR. MARKS: Charcoal.
2  BY MR. YASUNAGA:
3      Q  Charcoal? They burned charcoal?
4      A  Yes, without oxygen.
5      Q  What does that mean?
6      A  That means they seal the burn.
7      MR. MARKS: Without oxygen, sealed burn.
8  BY MR. YASUNAGA:
9      Q  They burned charcoal in some kind of
10 sealed container so that they would not have -- so
11 they would not have oxygen?
12     A  Yeah, that kind of seal.
13     Q  Anything else you remember about the
14 machinery or the process being used?
15     A  I don't really interest with that kind of
16 detail, but after that -- I only took about -- no, no
17 more image at that time, because I don't interest at
18 that time.
19     Q  Why weren't you interested in that kind
20 of product?
21     A  No, because I don't have market. I don't
22 know how to make the market.
23     Q  Were you selling any frozen fish to the
24 United States around 1996?
25     A  I don't remember. Maybe I have. I don't

Page 28

1  remember.
2      Q  What species?
3      A  I don't remember.
4      Q  Mahi-mahi?
5      A  Mahi-mahi, maybe they have it.
6      Q  Were you selling frozen tuna?
7      A  I don't remember.
8      Q  Well, I'm trying to get the details of
9  why you felt there was no market for Mr. Shih's
10 product in the United States.
11     A  First of all, at that time, I was
12 vacationing. I only -- I don't planning to visit his
13 plant.
14     Q  Was Roger Lin on vacation with you on
15 that trip?
16     A  No.
17     Q  Did you see how they were treating the
18 fish on that trip?
19     A  Yeah, I saw that.
20     Q  Can you tell me about what you saw.
21     A  They put a loin on the -- inside the poly
22 bag.
23     Q  Poly bag? P-o-l-y plastic bag?
24     A  Yeah. Beyond that, they have one that
25 form on the bottom and then holding the loin on that,

Page 29

1  and then push all the air out and put seal -- sealed
2  gas into the bag and seal the bag.
3      Q  And with your hands, you're gesturing
4  like a hose or something being put into the open end
5  of the bag?
6      A  Yeah, a hose.
7      Q  And what did you say was under the fish?
8  A form or something?
9      A  Yeah, form. They put some form.
10     Q  Is it inside the bag?
11     A  Yeah, inside the bag.
12     Q  What was the form made out of?
13     A  On my case, I don't ask him. Maybe air
14 circulation.
15     Q  Oh, that's the purpose?
16     A  Yes.
17     Q  No, but what was the form made out of it?
18     A  I think plastic.
19     Q  So there was some kind of thing that
20 looked like plastic that lifted the fish up off the
21 bottom of the bag?
22     A  Like air form or something.
23     Q  Did you see an air filter?
24     A  Yeah, holes, so air go through like form
25 or plastic. I don't know you know that or not.

Page 30

1  Q   So it looked like they had a plastic bag,
2  and they put in some kind of holes in it for air or
3  gas circulation?
4  A   Yes.
5  Q   And on top of that plastic form, they put
6  the fish loin?
7  A   Yes.
8  Q   And then they gathered up the open end of
9  the bag and stuck the tube or pipe in and then put the
10 gas into the bag with the fish?
11 A   Yes.
12 Q   And that plastic form was to lift the
13 fish up so that the gas could get to the bottom side
14 of the fish?
15 A   Could be.
16 Q   And that hose or pipe that was being put
17 into the plastic bag with the fish, what was the other
18 end of the hose or pipe connected to?
19 A   Under is CO procedure machine.
20 Q   Directly to that machine as opposed to --
21 A   No. They have some component that
22 connect it.
23 Q   Some other component?
24 A   Yeah.
25 Q   Do you remember what the other components

Page 31

1  were?
2  A   By that time, I don't.
3  Q   You've seen some pictures later, but on
4  that first 1996 trip, you don't know exactly what you
5  saw?
6  A   Yeah, yeah.
7  Q   And you said they were burning charcoal?
8  A   Yeah, I saw charcoal.
9  Q   Did you see any -- what color was the
10 charcoal? I mean, was it glowing? Was the charcoal
11 glowing yellow or orange or red?
12 A   I think black.
13 Q   The charcoal was black?
14 A   Yeah.
15 Q   And when you went there in 1996, did you
16 hear any company name for that plant in Bali?
17 A   I beg your pardon?
18 Q   Yesterday, your son talked about a
19 company for Mr. Steven Shih called PT Inti Samudera
20 Citra Perkasa, right?
21 A   Yes.
22 Q   When you went to visit Mr. Shih's plant
23 in 1996 in Bali, was that company name being used at
24 that time?
25 A   I don't remember, but I all the time call

Page 32

1  it Mr. Shih's plant.
2  Q   You all the time called it Mr. Shih's
3  plant?
4  A   Yeah.
5  Q   When did you first -- well, at some
6  point, Ocean Duke started buying fish from Mr. Shih's
7  plant, right?
8  A   Yes.
9  Q   About when did that begin?
10 A   About after one year when I first meet
11 him.
12 Q   So about 1997?
13 A   Yes.
14 Q   And why is it that you started buying
15 this -- oh, and that fish from Mr. Shih's plant that
16 you started buying, that was treated with this smoke
17 that was treated from burning the charcoal?
18 A   Yes.
19 Q   And why did you start buying that fish
20 from Mr. Shih around 19 -- in 1997?
21 A   First one, after I check with him about
22 "That idea is so good. Do you have any patent
23 applied?" He said he is in process at that time.
24     So after that, I talk with my
25 salespeople. He said, "We have some customer that

Page 33

1  could use that kind of products. They have market."
2  Q   Who are those marketing people?
3  A   At that time, I have one sales.
4  Q   Who was that?
5  A   Chris Ragone.
6  Q   Chris?
7  A   Ragone.
8  Q   Can you spell that last name?
9  A   R-a-g-o-n-e.
10 MR. MARKS: L-a-g-o-n-e.
11 THE WITNESS: Ragone.
12 MR. MARKS: Sorry, R-a-g-o-n-e.
13 BY MR. YASUNAGA:
14 Q   And by that time, had you visited the --
15 Mr. Shih's plant again?
16 A   Yeah, I've been there several times. I
17 don't remember -- I don't remember how many times.
18 Yes.
19 Q   You've been to Mr. Shih's plant several
20 times?
21 A   Yes.
22 Q   And what did you see regarding the
23 equipment and process for treating fish for color
24 retention?
25 A   Same thing. They have processing area.

Page 34

1  They're processing the fish from the incoming material.
2     Q   That means cutting up the fish?
3     A   Yeah.
4     Q   I'm talking more about the creation of
5  the smoke and using the smoke. What did you --
6     A   Exactly.
7     Q   -- see about creating the smoke?
8     A   I see that room still there --
9     Q   Okay.
10    A   -- so it still operate.
11    Q   Now, you said the first time you went,
12 you didn't notice too many things.
13    A   Yeah.
14    Q   But then when you went later, you
15 remember more details?
16    A   Yes.
17    Q   Can you tell me about those other
18 details? What did you -- what machinery did you see,
19 and how were they using the smoke?
20    A   Can you show me the picture and I'll show
21 you? It's easier. We can save some time.
22    Q   I'm going to show you the -- are you
23 talking about the photos in Exhibit 1 which we marked
24 yesterday in Mr. Roger Lin's deposition? Exhibit 1
25 shows some photos, right, includes some photos, right?

Page 35

1     A   Yes.
2     Q   And did you see any of this machinery on
3  the first trip that you went to Mr. Shih's plant back
4  in 1996?
5     A   I remember first trip roughly have the
6  machine there. I don't recall looking one by one.
7     MR. MARKS: We're about to go into a new
8  subject matter with the photos. We've been going a
9  little more than an hour as I understand it.
10       Is now a good time for a break, or do you
11 want to do this?
12    MR. YASUNAGA: That's fine.
13       (Recess.)
14 BY MR. YASUNAGA:
15    Q   I was asking you to describe what you saw
16 about Mr. Shih's smoke-making equipment and how they
17 were using the smoke, and you said the first visit you
18 weren't paying too much attention, right?
19    A   Yes.
20    Q   Well, when was the first time you
21 started -- you went there and noticed more?
22    A   I think early part of 1997, I go back --
23 in 1997, I go back again, because I really seriously
24 considered his products.
25    Q   You seriously considered his products?

Page 36

1     A   Yeah.
2     Q   And when you went back in the early part
3  of 1997, what did you see?
4     A   I saw they have one chamber putting into
5  charcoal.
6     Q   They had a chamber in which they put
7  charcoal?
8     A   Yeah, which they put charcoal in.
9     Q   And?
10    A   Based on my memory, that Mr. Chiu was
11 explain to me what purpose on this, what purpose on
12 that. He give me all the explanation where to come
13 out from the CO.
14    Q   Mr. who?
15    A   Chiu, C-h-i-u. That's partner for Mr. --
16 both together were at that time.
17    Q   Mr. C-h-i-u was working with Mr. Shih?
18    A   They're partners.
19    Q   Partners?
20    A   Yeah.
21    Q   What did Mr. Chiu explain?
22    A   This is a -- this produced all the CO
23 from this machine.
24    Q   You're pointing to the second page of
25 Exhibit 1?

Page 37

1     A   Yeah, A2, A2.
2     Q   That page is marked A2. When you visited
3  in 1996, was it the same chamber in which they put
4  charcoal as what's shown on the second page of Exhibit 1?
5     A   Yes.
6     Q   And when you visited in the early part of
7  1997, was it the same chamber that is shown in the
8  second page of Exhibit 1?
9     A   I don't cross the looking. My image
10 is -- yes.
11    Q   Is that the same chamber that you --
12 Mr. Shih's company uses today?
13    A   I have no recall.
14    Q   All right. What did Mr. Chiu explain to
15 you?
16    A   Can you explain what statement you want
17 to know? Because he explained whole area.
18    Q   I want to know what he explained about --
19    A   Machine only?
20    Q   -- the smoke, machinery and how they use
21 the smoke and what you saw.
22    A   Okay. This look like machine I saw. The
23 step here, they produce CO.
24    Q   Okay. Exhibit 1 looks like the machinery
25 you saw, right?

Page 38

```
1     A    Yeah.
2     Q    Okay. And then you pointed to the second
3  page of Exhibit 1, and you said that looks like what?
4  The chamber in which they put charcoal?
5     A    Yes.
6     Q    Okay.
7     A    And then second step, go down to the
8  cooler.
9     Q    Cooler?
10    A    Yes.
11    Q    And you're pointing to the third page of
12 Exhibit 1, right?
13    A    Yes.
14    Q    Okay. And how does that cool?
15    A    They use water, filled up water here.
16    Q    From that picture, it looks like it's
17 just plain water.
18    A    Yeah.
19    Q    Not ice?
20    A    No.
21    Q    Not refrigerated water?
22    A    No.
23    Q    Okay. And did you see any steam coming
24 off of that water when the hot smoke ran through that
25 coiled -- coiled tube?
```

Page 39

```
1     A    I don't remember the water is flowing any
2  way.
3     Q    Water is what? Flowing?
4     A    Flowing from here to down to outside,
5  keeping the cool water in the tank.
6     Q    And what's the purpose of that? Is this
7  where the water -- is that like a rectangular plastic
8  bucket?
9     A    Fiberglass.
10    Q    Fiberglass bucket?
11    A    Yeah.
12    Q    And what's the purpose of that?
13    A    It cool down the hot air from here.
14    Q    Hot air coming from the chamber that had
15 the charcoal?
16    A    Yes.
17    Q    Okay. And then what happened? What
18 machinery did you see next?
19    A    Then it goes through. The air connected
20 to one like this.
21    Q    And you're pointing to the object on the
22 left side of the photo on the fourth page of
23 Exhibit 1, the page marked A4, right?
24    A    Yes.
25    Q    And it's kind of a cylindrical-shaped
```

Page 40

```
1  object, right.
2     A    There is on the same, yes.
3     Q    And what is that?
4     A    They point out to me that was the filter.
5     Q    The filter?
6     A    Yes.
7     Q    Okay. Can you describe the filter as
8  best you can? And by the way, when you said they
9  pointed it out to you, was that back in this visit in
10 early part of 1997?
11    A    Yes.
12    Q    And you talked about this coil that's
13 running through the water in that fiberglass bucket,
14 right?
15    A    Yes.
16    Q    Is Mr. Shih's company still using that
17 kind of water-filled bucket to cool down the smoke?
18    A    Based on the last trip I've been there,
19 yes.
20    Q    Okay. And then you saw this filter,
21 right?
22    A    They showed me that is a filter.
23    Q    You saw it in 1997?
24    A    Yes.
25    Q    And when was your last trip to Mr. Shih's
```

Page 41

```
1  plant?
2     A    That would be a long time.
3     Q    About when?
4     A    That was three, four years ago.
5     Q    And were they using the same filter?
6     A    Yeah.
7     Q    All right. And what was that -- that
8  cylindrical-shaped object, what was it made out of?
9     A    I don't pay attention, because I did use
10 in RCA many, many sets like this in our production
11 line in RCA, so I know that is filter.
12    Q    So you were using a filter like that in
13 your production line at RCA?
14    A    Yeah. All pipe needed that.
15    Q    What needed that?
16    A    All pipe going to compressor, it all need
17 it, so I don't pay attention. I just say, "Oh, is
18 that the filter?" That's the filter. That's it.
19    Q    Well, was it the same kind of filter that
20 you used at RCA?
21    A    I don't open. I cannot answer this
22 question.
23    Q    Okay. I see. You weren't able -- you
24 were not able to see inside that filter device?
25    A    They have a clear plastic here. I can
```

Page 42

1  see it have filter inside. Was the material inside
2  concerned about the filter inside? I don't know.
3      Q   Okay. That cylindrical-shaped object has
4  a clear plastic wall?
5      A   Yes.
6      Q   And so you can see through that clear
7  plastic --
8      A   Yes.
9      Q   -- but -- and there was some material
10 inside it, but you couldn't tell what kind of material
11 it was?
12     A   Yes.
13     Q   Did you ever ask Mr. Shih what kind of --
14     A   No, I don't have interest.
15     Q   -- material?
16     MR. MARKS: Let him ask the full question,
17 because she will have difficulty if you talk over each
18 other.
19     THE WITNESS: Sorry.
20 BY MR. YASUNAGA:
21     Q   I know that in normal conversation, we
22 very often understand what the other person is saying
23 and you'll answer before they even finish the
24 question, and that's good, because we can communicate
25 quicker, but because she has to type it down, she can

Page 43

1  only type what one person says. Everybody does it. I
2  sometimes do it, but we should both try very hard to
3  speak one at a time, all right?
4          Okay. So you saw some kind of filtering
5  material inside that filtered device, but you
6  didn't -- you couldn't tell what kind of material it
7  was, right?
8      A   Yes.
9      Q   Did you ever -- did Mr. Shih ever tell
10 you what kind of filtering material was inside that
11 filtering device?
12     A   Based on my knowledge, no.
13     Q   Can you describe as best you can what
14 that filtering material looked like?
15     A   I don't know exactly, but I imagine at
16 that time is thinking same thing like water filter in
17 my home with water-filled machine, that kind of
18 filter.
19     Q   It looked like the kind of water filter
20 people have in their homes?
21     A   I think at that time, yes.
22     Q   Well, what color was the material, or was
23 it more than one type of material?
24     A   I don't remember.
25     Q   And did the material fill up that filter

Page 44

1  container?
2      A   I don't remember.
3      Q   Did you ask Mr. Shih what kind of
4  material the filter was made out of or --
5      A   I don't ask him.
6      Q   Why not?
7      A   Because I don't have interest.
8      Q   And Mr. Shih never volunteered to tell
9  you what kind of filtering material or materials was
10 in that filtering container, right?
11     A   Yes.
12     Q   He didn't tell you?
13     A   No.
14     Q   No, he didn't tell you?
15     A   He didn't tell me.
16     Q   Okay. It's -- maybe it's a difficulty
17 and maybe asking my question like that, but actually,
18 your son was very good and very careful to make it
19 clear what he was actually answering, and I think you
20 just did, so thank you.
21         And after the -- can you continue your
22 explanation of -- by the way, what you just explained
23 in the last several minutes, was that all from your
24 visit in 19 -- early part of 1997?
25     A   No, more of that, talking about business,

Page 45

1  how to do it.
2      Q   No. I meant the information that you've
3  been telling me about, what you saw of the equipment.
4  Did you see all that in 1997, or did you see -- or did
5  you see some of that only later -- on a later visit?
6      A   Can you specifically say it's only
7  machine side or all the business?
8      Q   Just the machine. All right. Let me
9  break it down, okay? That chamber with the charcoal
10 in it, you saw that in 1996?
11     A   Yes.
12     Q   And you saw that in 1997?
13     A   Yes.
14     Q   And did it look like the same chamber in
15 '96 as in '97?
16     A   Yes.
17     Q   And that fiberglass bucket that had the
18 coil running through the water, did you see that in
19 1997?
20     A   Yeah.
21     Q   Do you remember seeing it in 1996?
22     A   I don't remember.
23     Q   Okay. And then you talked about this
24 cylindrical-shaped filtering device. You recall
25 seeing that in 1997, correct?

Page 46

1  A   Yes.
2  Q   And I'm saying cylindrical, but it looks
3  like it's tapered a little narrower at the bottom and
4  a little wider at the top, kind of like a -- like a
5  soft drink cup or something, right?
6  A   No. That's standard.
7  Q   I'm sorry?
8  A   That's a normal standard one, yes.
9  Q   Right, but it's not a perfect cylinder?
10 It's tapered a little?
11 A   For me, it's the same we used in RCA.
12 Q   Same things you used in RCA?
13 A   Yeah, same thing. That's why I do not --
14 Q   You don't want to get too specific about
15 the exact dimensions?
16 A   No. I don't care, because we use that at
17 RCA for many, many years, so I see it. Okay. That's
18 it.
19 Q   What did RCA use cylinders for?
20 A   Compression. Before air pipe go into
21 compression machine, all air needs separate water and
22 air.
23 Q   Do you know what kind of filtering
24 materials RCA used?
25 A   I don't remember. You can go in the

Page 47

1  Internet and see all the information there, water
2  filter, the standard equipment.
3  Q   Did -- do you know if Mr. Shih's filter
4  was something that he just bought from some other
5  company standard equipment, or was it something that
6  Mr. Shih and Mr. Chiu developed themselves?
7  A   Based on my knowledge, I don't know.
8  Q   Okay. But you said from what you saw, it
9  looked like the kind of water filter people might have
10 at their house, right?
11 A   Looked like that.
12 Q   Okay. You mean the type that people
13 would attach to their faucet?
14 A   Idea like that.
15 Q   Right.
16 A   Shaped not the same.
17 Q   The shape is not the same?
18 A   Yeah.
19 Q   Okay. But the filtering material looked
20 sort of like that?
21 A   Yes.
22 Q   Okay. And then what else did you see in
23 19 -- on your visit to Mr. Shih's plant in 1996?
24 A   Products.
25 Q   No, of this machinery. Was there more

Page 48

1  machinery connected?
2  A   That's it.
3  Q   You're pointing to -- are you pointing to
4  some kind of pump -- electric pump?
5  A   Yeah, compression.
6  Q   Compressor?
7  A   Yeah.
8  Q   And what was the purpose of the compressor?
9  A   To collect all the CO.
10 Q   To collect it?
11 A   Yeah.
12 Q   Was it sucking or was it compressing
13 or --
14 A   Sucking from the CO pipe and sucking
15 through this compression, this tank there.
16 Q   The compressor has a tank in it?
17 A   Right here. This is it.
18 Q   Okay. You're pointing to a tank at
19 the -- it's kind of a cylindrical-shaped thing at the
20 top of the object on the right side of the fourth page
21 of Exhibit 1, that page marked A4, right?
22 A   Yeah.
23 Q   And in that photograph on page A4, on the
24 left side is that filtering unit, and on the right
25 side is the compressor, right?

Page 49

1  A   Yes.
2  Q   And you said that the cylindrical object
3  that is running horizontally is the tank where the gas
4  was going into?
5  A   Can you explain more about your question,
6  please?
7  Q   You said that this -- and I'm pointing to
8  a part of the photo -- is the tank where the gas was
9  being pumped into by the compressor, right?
10 A   The compressor supports the suck --
11 collect CO air, get into here, press into the collection
12 tank, press --
13 Q   It presses into the collection tank?
14 A   Yes.
15 Q   And what I want to just try to identify
16 for the record is which part of this device are you
17 saying is the collection tank? It's this
18 cylindrical-shaped thing at the top of the machine on
19 the right of the photo, right?
20 A   This one is the -- I don't know the --
21 this one is the collection tank.
22 Q   Okay. You're pointing to a different --
23 A   No. This is motor.
24 Q   The cylindrical thing at the top of the
25 compressor is the motor?

**Page 50**

1    A    Yeah.
2    Q    And you're saying that the tank in which
3    it was compressing the material is at the bottom?
4    A    Yeah, bottom tank, yeah.
5    Q    And then what other machinery or devices
6    did you see on your trip in the early part of 1997?
7    A    This is all I saw.
8    Q    But did you see -- okay. But did you see
9    them using this smoke or carbon monoxide?
10   A    Yeah.
11   Q    How were they using it?
12   A    I think they have a pipe going into
13   another room. They continue to processing the treated
14   fish.
15   Q    Where was the tank coming from that went
16   into the other room?
17   A    The pipe from here, going in other room,
18   the pipe over here -- they connected this pipe to
19   other room.
20   Q    Okay. You're pointing to something like
21   a wound up hose or --
22   A    No. This hose is supposed to be going --
23   Q    Right.
24   A    -- to the other room. This is not a
25   wind-up here. It's not supposed to wind up here.

**Page 51**

1    Q    In the photo is a wound up --
2    A    Yeah.
3    Q    But you're saying in actual operation, it
4    was not wound up?
5    A    No. They are connected to the other
6    room.
7    Q    Okay. But I just want to identify what
8    thing in the picture you're talking about, and you're
9    talking about this black-looking hose that's twisted
10   around several times, right?
11   A    Yeah, that's right.
12   Q    In picture A4, right?
13   A    Yes.
14   Q    And you said when you saw that in
15   operation, that hose was unwound and connecting into
16   another room?
17   A    Yes.
18   Q    And the room that this machinery was in
19   that you just described, what else was in that room,
20   if anything?
21   A    Maybe some working table.
22   Q    Working tables?
23   A    Yeah.
24   Q    For what kind of activity?
25   A    I don't know. It's probably for some

**Page 52**

1    materials or -- I don't know. I don't remember.
2    Q    About how big was this room?
3    MR. MARKS: I'm sorry. Is this the room with
4    the machinery or --
5    MR. YASUNAGA: Yes.
6    MR. MARKS: Okay.
7    MR. YASUNAGA: The one with that chamber that
8    had the charcoal and this --
9    MR. MARKS: Right.
10   MR. YASUNAGA: -- coil in the bucket and the
11   filter and the compressor.
12   THE WITNESS: Yeah, somewhere around half room
13   of this.
14   BY MR. YASUNAGA:
15   Q    Half the size of this conference room?
16   A    Yeah.
17   Q    So actually, would it be about the size
18   of maybe a small bedroom in a house?
19   A    Yeah, somewhere around there.
20   Q    Maybe 12 by 10 or --
21   A    I don't guess but about -- my image is
22   that. I don't measure.
23   Q    And then there was this hose or pipe that
24   was connected to another room you said, right?
25   A    Yes.

**Page 53**

1    Q    And what were they doing with the other
2    end of that hose or pipe that was in the other room?
3    A    They put into products, put a gas --
4    that's CO into the products bag.
5    Q    That's where you were talking about this
6    poly bag --
7    A    Yes.
8    Q    -- in which the fish was put, and then
9    the end of this hose was put into the opening of the
10   bag to fill the bag up?
11   A    (No audible response.)
12   THE REPORTER: Yes?
13   THE WITNESS: Yes. Sorry.
14   BY MR. YASUNAGA:
15   Q    And does -- and you said that the --
16   you've seen those plastic bags used for steaks. Have
17   you seen it used for other cuts of fish?
18   A    That time, I remember it was steak.
19   Q    And you're talking about in 1997?
20   A    Yeah.
21   Q    And on one other -- how many other times
22   did you go and visit Mr. Shih's plant after this 19 --
23   early 1997 visit?
24   A    I don't remember exactly.
25   Q    One? Two? Three? Ten? Just give an

Page 54

1  estimate.
2     A   No. Maybe one, two -- one or two.
3     Q   And on those other one or two times you
4  went -- the last time you went was about three or four
5  years ago, you said, right?
6     A   Yeah.
7     Q   Okay. And on those one or two other
8  times, did you see the same equipment?
9     A   Yeah.
10    Q   Okay. And on those other one or two
11 visits, did you -- oh, by way, in that -- in all your
12 visits to Mr. Shih's plant, did you see any other cuts
13 or shapes of fish being treated in -- with the smoke
14 or carbon monoxide besides steaks?
15    A   Yeah, all the treatment I saw.
16    Q   Loins?
17    A   Saku.
18    Q   Okay. You saw them treating loins and
19 saku and steak by the same method?
20    A   Yeah.
21    Q   Did you see any different machines than
22 what you just described to me that were involved with
23 smoke besides what you described?
24    A   No.
25    Q   And you said the machine looked to be the

Page 55

1  same machine every time you went?
2     A   By my knowledge, yes.
3     Q   Did you hear Mr. Shih say, "Oh, the old
4  machine wore out so we bought a new one"? No?
5     A   I don't have recall.
6     Q   You don't recall him saying anything like
7  that?
8     A   I didn't ask him.
9     Q   And he never told you anything like that?
10    A   Yeah, never.
11    Q   Okay. On the second page of Exhibit 1,
12 underneath the chamber that had the charcoal in it,
13 there seems to be some kind of control panel or
14 something. Do you see that in the photo?
15    A   Yeah, I saw that.
16    Q   Did you see that when you visited
17 Mr. Shih's plant?
18    A   I don't research it at that time. I just
19 see the operation. That's it.
20    Q   Okay. You never noticed this kind of
21 control panel when you were at the plant because you
22 weren't looking for much detail; is that correct?
23    A   No, I don't operate, because they have
24 the workers working there. I just watch what is he
25 doing.

Page 56

1     Q   Okay. Did you see that control panel on
2  any of your visits to Mr. Shih's plant?
3     A   I saw they have a panel there.
4     Q   Okay. Did you look at it closely?
5     A   No.
6     Q   Did you see any numbers on any of the
7  read-outs or settings when you were there? Did you
8  actually see the numbers or the settings when you were
9  there?
10    A   I was watch -- watch the temperature on
11 there.
12    Q   Okay. And what temperature did you see?
13    A   I don't remember exactly. It look like
14 180 or something. I don't remember exactly, but it's
15 pretty high temperature.
16    Q   This chamber that contained the charcoal
17 when you were there, did you see only one?
18    A   Can you explain more clear what you're
19 asking for?
20    Q   The chamber that had the charcoal in it
21 when you were visiting Mr. Shih's plant, did you ever
22 see -- did you only see one chamber, or did you see
23 more than one charcoal-containing chamber at the same
24 time?
25    A   By my memory, there was only one.

Page 57

1     Q   Okay. And this coil that went through
2  the water, you only saw one every time you went to
3  Mr. Shih's plant, right?
4     A   One set, yes.
5     Q   And the filter, you only saw one each
6  time -- whenever you saw the filter, you only saw one
7  filter device, right?
8     A   I don't really remember that one.
9     Q   But you don't remember more than one
10 filter being used at the same time?
11    A   I don't remember how many filter there,
12 but I remember machine is big. Only one I saw it.
13 Detail part, I don't check or remember that.
14    Q   When you say "big," you're talking about
15 the machine that has the charcoal in it?
16    A   Yeah.
17    Q   About how big was that machine? Like a
18 microwave oven size?
19    A   Much bigger than that.
20    Q   Like a big TV, not flat screen?
21    A   I don't remember exactly measurement, but
22 anyway, it's big operation, the fish, I know that.
23    Q   Well, we can tell how big the chamber
24 that controls the charcoal is by looking at some of
25 the photos in Exhibit 1, right? Like the page that

Page 58

1  says ODC 5 that has the letter B on it, it has a
2  picture of the chamber that contains the charcoal and
3  a man standing next to it, right?
4       A    That's about that size, yes.
5       Q    That's what you saw?
6       A    Yeah, that size.
7       Q    And the bottom of the chamber is at about
8  the man's waist, and the top is about at his chest,
9  right?
10      A    I don't know the man is close or far
11 away. That's big difference.
12      Q    Well, it looks like he's standing --
13      A    I cannot look at the picture and see how
14 far across. You can see from here and there how big
15 they are or you can't say like this, no.
16      Q    Well, assuming that this man looks like
17 he's standing --
18      A    I don't want to guess. If you want to
19 guess, you guess. I don't remember exactly.
20      Q    You don't remember exactly what --
21      A    I don't remember exactly. You can guess
22 from the picture.
23      Q    Slow down so we talk one at a time.
24           Okay. But you say the size kind of looks
25 like the picture on ODC 5, but you don't want to be --

Page 59

1  give the exact dimensions?
2       A    I cannot give exactly the measurement,
3  because I don't remember all that.
4       Q    Okay. But it kind of looked like as
5  shown in the picture on ODC 5?
6       A    The shape look like the same --
7       Q    Right.
8       A    -- but the size, I don't remember what
9  size they are.
10      Q    You don't remember what size?
11      A    Yes.
12      Q    Well, was it higher than a man?
13      A    I don't remember if they standing up. I
14 don't remember.
15      Q    You don't remember if the top of the
16 machine was taller than a man's head?
17      A    I don't remember that. Too far away.
18 Sorry.
19      Q    Well, how far away were you when you
20 looked at it?
21      A    We're talking about three years or four
22 years I've never been there.
23      Q    But you said you saw it more than one
24 time.
25      A    Yeah.

Page 60

1       Q    And you don't remember how --
2       A    I don't remember. I don't remember the
3  size. You want me to verify size with you. Sorry, I
4  cannot verify size with you.
5       Q    I'm sorry?
6       A    You want I can verify the size?
7       Q    Verify?
8       A    Yeah. I don't know.
9       Q    I just want an estimate.
10      A    I don't want to give estimate. If I
11 know, I tell you. If I don't know, I don't know.
12 Sorry.
13      Q    Do you know how much charcoal was put
14 into this chamber?
15      A    I don't ask him.
16      Q    Well, did you see how much charcoal was
17 put into the chamber?
18      A    They fill up all the -- all the tray.
19      Q    There's two trays, right?
20      A    Yeah.
21      Q    And they put charcoal on -- some on one
22 tray and some on the other, right?
23      A    Yes.
24      Q    And these photos seem to look like they're
25 photos of that chamber filled with the charcoal on it,

Page 61

1  right?
2       A    Yes.
3       Q    Do you know about how big each of the
4  individual pieces of charcoal were?
5       A    Same like this. They were --
6       Q    You're holding your hands in front of
7  your chest --
8       A    Like that, yeah.
9       Q    What is that? About 10 inches long for
10 each piece of charcoal?
11      A    This 10-inch? Can you measure for me,
12 please? No.
13      Q    No.
14      A    Okay. Please, you can measure for me.
15 Sorry. I don't have measure.
16      Q    Well, let's try to give some approximation.
17 would you say about 8 inches across? 6 inches across?
18      A    Maybe 5-inch.
19      Q    5 inches across?
20      A    Yeah.
21      Q    And about how wide?
22      A    Somewhere like this size.
23      Q    Less than four?
24      A    Yeah.
25      Q    Three?

**Page 62**

1   A   Maybe four --
2   Q   Four --
3   A   -- by five.
4   Q   Four by five?
5   A   Not a bigger shape, no.
6   Q   Not a big piece?
7   A   Not a standard shape.
8   Q   Not a standard shape?
9   A   I cannot describe them. They all
10  different shape.
11      Q   Okay. But your best estimate or
12  recollection is about 4 inches by 5 inches?
13      A   Somewhere around there.
14      Q   But charcoal is three dimensions, right?
15  So we have to give it, say, 3 -- 5 inches long, 4
16  inches wide and about how thick? 4 inches?
17      A   I don't remember. I only know about what
18  size.
19      Q   What was the -- on each of these visits,
20  about how long did you look at the machine?
21      A   Just by plant tour.
22      Q   Just during the plant tour?
23      A   Yeah.
24      Q   It was just part of an overall plant
25  tour --

**Page 63**

1   A   Yes.
2   Q   -- so you didn't stand in front of the
3   machine and watch it for a long time?
4   A   Yes.
5   Q   Did you actually see it in operation?
6   A   Yes.
7   Q   And how many people were working on
8   operating the machinery, the smoke machinery?
9   A   I don't remember exactly at that time. I
10  remember one or two people there.
11      Q   And what were those one or two people
12  actually doing when the machine was operating?
13      A   I think one was controlling -- one
14  touching the valve. Another one opening the door or
15  something. I don't remember exactly.
16      Q   Now, did they only open the valve before
17  they started the machine -- I mean, did they only open
18  the door of that charcoal chamber before they started
19  the machine up, or did they open it to refill the
20  charcoal as the machine -- as the whole system was
21  operating?
22      A   I'm sorry. I don't remember.
23      Q   Do you have any information about the
24  percentage of carbon monoxide in the gas that was
25  coming out of this machine?

**Page 64**

1   A   I don't ask.
2   Q   So you don't know?
3   A   I don't know.
4   Q   You don't know if it's pure carbon
5   monoxide or just 40 percent carbon monoxide? You
6   don't know the percentage?
7   A   I don't ask any.
8   Q   You didn't ask Mr. Shih?
9   A   No.
10  Q   And he didn't tell -- he did not tell
11  you?
12  A   He didn't.
13  Q   By the way, I've been talking about
14  Mr. Shih, but you mentioned Mr. Chiu. Are they both
15  listed as inventors on that patent?
16  A   No.
17  Q   Only Mr. Shih?
18  A   Yes.
19  Q   Well, who invented this system?
20  A   Mr. Shih.
21  Q   Steven Shih?
22  A   Yes.
23  Q   Was there any co-inventor?
24  A   Best of my knowledge, I don't know.
25  Q   What is Mr. Chiu's -- Chiu is his family

**Page 65**

1   name, right?
2   A   Yes.
3   Q   What is his other name?
4   A   I don't know.
5   Q   Is Mr. Steven Shih's father still working
6   in the business -- well, I shouldn't ask that.
7       Did Mr. Shih's father work for this
8   business that owned the plant in Bali?
9   A   I don't have recall.
10  Q   Aside from the times you went to the
11  plant in Bali, have you ever seen Mr. Shih at any
12  other times?
13  A   Can you clear up this question, what you
14  want to know?
15  Q   How many times have you seen Mr. Steven
16  Shih?
17  A   On my life? From my life?
18  Q   In person.
19  A   In person? When I've been to Bali.
20  Q   You've seen Mr. Steven Shih only when
21  you've visited his Bali plant?
22  A   Yes.
23  Q   And that would be maybe the time in '96
24  and the time in early '97, and you said maybe you went
25  there one or two times after that?

Page 66

1   A   Yes.
2   Q   So you only saw Mr. Steven Shih three or
3   four times, right?
4   A   Yes.
5   Q   And you said you suggested to him that he
6   should apply for a patent?
7   A   I didn't say that.
8   Q   Okay. I'm sorry. You mentioned -- you
9   asked him about whether he applied for a patent?
10  A   Yes.
11  Q   And he said he already was --
12  A   In the applying --
13  Q   -- in the process of applying?
14  A   Yes.
15  Q   And he said that when you visited the
16  plant in 1996, right?
17  A   Yes.
18  Q   When did Ocean Duke first buy fish from
19  Mr. Shih's company that was treated with filtered
20  smoke so that it would retain its fresh color even
21  after being frozen?
22  A   I don't remember exactly time.
23  Q   Well, you said you went back to his plant
24  in early 1997 because your salesperson said, "Gee,
25  there is a market for that kind of product," right?

Page 67

1   A   Yeah.
2   Q   And about how soon after that visit in
3   early 1997 did Ocean Duke buy this kind of fish from
4   Mr. Shih's plant?
5   A   Maybe six -- six or seven months later.
6   Q   Okay. So later part of 1997, right?
7   A   Yes.
8   Q   When Ocean Duke started buying this fish
9   treated for color retention in the later part of 1997,
10  where did Ocean Duke sell that fish? United States?
11  A   Yes.
12  Q   Okay. And did the labels for that fish
13  say anything such as "smoke" or "carbon monoxide" or
14  "CO" at that time in the later part of 1997?
15  A   I don't remember, but it's supposed to.
16  Q   You don't remember, but --
17  A   It's supposed to, has to.
18  Q   The fish was supposed to have some --
19  something on the label?
20  A   Yeah.
21  Q   And what was the fish supposed to have on
22  the label?
23  A   This have to go along with the FDA
24  regulation. If the FDA put a regulation on that, then
25  we will put it on that, but I don't remember at that

Page 68

1   time what we do at that time.
2   Q   So you're saying, in other words, that
3   Ocean Duke always tries to follow the FDA regulations,
4   but what the regulations were back in 1997 and what
5   you actually put on your labels you don't remember?
6   A   Yes.
7   Q   Well, in the later part of 1997, didn't
8   the FDA ban carbon monoxide treated products from the
9   United States?
10  A   Based on my knowledge, no.
11  Q   By the way, did Japan ever ban carbon
12  monoxide treated products?
13  A   I don't remember.
14  Q   Today, does Japan allow carbon monoxide
15  treated fish?
16  A   I don't remember.
17  Q   Have you ever sold fish to Japan?
18  A   I never touched that market.
19  Q   Does Yelin Enterprise sell fish to Japan?
20  A   Yes.
21  Q   Does Yelin Enterprise sell fish treated
22  for color retention to Japan?
23  A   Based on my knowledge, no.
24  Q   Did Mr. Shih tell you anything else about
25  his smoke-generating and filtering and processing

Page 69

1   system?
2   A   No.
3   MR. YASUNAGA: Let's take a break now.
4        (Recess.)
5   BY MR. YASUNAGA:
6   Q   Okay. Mr. Lin, when did you first see
7   Exhibit 1, about?
8   A   I remember --
9   Q   I'm talking about the photos and the
10  words printed on Exhibit 1.
11  A   Until yesterday.
12  Q   Yesterday was the first time you saw
13  Exhibit 1?
14  A   Yeah, yeah.
15  Q   So Mr. Shih prepared this, but he
16  didn't --
17  A   No. Roger taking care.
18  Q   Oh, I see. Your son dealt with it?
19  A   Yeah.
20  Q   Exhibit 2 seems to be some written
21  explanations of a lot of the photos in Exhibit 1, and
22  I take it you did not see this until yesterday or
23  maybe just now?
24  A   Just now.
25  Q   Okay. At the top of Exhibit 2, it says