1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF HAWAII

 3
     WILLIAM R. KOWALSKI and      ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL         )
     SEAFOOD, INC.,               ) Honolulu, Hawaii
 5                                ) December 10, 2007
                  Plaintiff,      )
 6                                ) TESTIMONY OF ROGER LIN
          vs.                     ) (CONTINUED)
 7                                )
     OCEAN DUKE CORPORATION,      )
 8                                )
                  Defendant.      )
 9   _____)

10
          PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 4)
11          BEFORE THE HONORABLE BARRY M. KURREN,
              UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:      MILTON M. YASUNAGA
14                           ALLISON MIZUO LEE
                             Cades Schutte LLP
15                           1000 Bishop St., Ste. 1200
                             Honolulu, Hawaii 96813-4216
16
     For the Defendant:      LOUISE K.Y. ING
17                           Alston Hunt Floyd & Ing
                             1800 ASB Tower
18                           1001 Bishop Street
                             Honolulu, Hawaii  96813
19
                             PAUL MARKS
20                           Neufeld Law Group
                             360 East 2nd Street, Ste. 703
21                           Los Angeles, California 90012

22   Official Court          GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                United States District Court
23                           P.O. Box 50131
                             Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**EXHIBIT D**

1  Q    And when you got this letter, isn't it true that you don't
2  remember doing anything in response to receiving that letter in
3  January 2000?
4  A    That's not true. I think last week I had said we took
5  actions, and I gave you certain actions that we took.
6  Q    Yeah, you said something about you went to talk to a
7  lawyer or something, right?
8  A    Yeah. Eventually, yes.
9  Q    In fact, isn't it true that when you went to take action,
10 it wasn't in regards to this January 2000 letter? It was years
11 later in regards to another letter that came in 2002; isn't
12 that correct?
13 A    No, Mr. Yasunaga, I believe I said Friday that when we
14 first received a letter -- the first letter in 2000, the action
15 we immediately took was a discussion between my dad and myself
16 on what are we going to do? And immediately my dad recalled
17 that he had, in 1997, discussions with Steven in Indonesia that
18 he was already using a process for many, many years selling to
19 Japan.
20      In fact, Steven represented to my dad that he already
21 had a patent in process. So my dad decided that it's time to
22 find out what Steven had done with the patent. So what we did,
23 first thing, was to find out from Steven what his status of his
24 patent is. And we learned that Mr. Shih's patent was in fact
25 in process and that we eventually got a copy of that.

1      Number two, as we discussed earlier, we had made
2 trips, subsequent to your first letter, to go to Bali and
3 inspect the process ourselves. So to answer your question, we
4 did, in fact, take action immediately after your initial
5 letter.
6  Q   The January 2000 letter?
7  A   That's correct.
8  Q   Can you turn to your deposition which is up there, page
9 175, line 20?
10 A   Okay.
11 Q   On line 20 I asked you, and this is a transcript of the
12 question-and-answer session and you were under oath back in
13 October in Mr. Mark's office, right?
14 A   Yes.
15 Q   And there was a court reporter there, much like the court
16 reporter here, right?
17 A   Yes.
18 Q   And that court reporter was typing up all of your answers,
19 right?
20 A   That's correct.
21 Q   And you were placed under oath before you started
22 answering these questions, right?
23 A   Yes.
24 Q   Okay. And on line 20, page 175 I asked you, "Okay, what
25 did Ocean Duke do, if anything, in response to receiving or as

```
 1   a result of receiving the notice of infringement letter from
 2   Mr. Kowalski?" And then you answered -- you want to read your
 3   answer there?
 4   A    Sure.  I answered, "We obtained a copy of the Shih patent
 5   and retained counsel to give us an opinion on whether the Shih
 6   patent infringes on the Kowalski patent."
 7   Q    Then on line 1, at the next page 176, I asked you, "But
 8   the letter from Mr. Kowalski came in January 24, 2000, and the
 9   Shih patent was not issued until quite a bit after that,
10   right?"  And you answered?
11   A    "There were two demand letters."
12   Q    Two demand letters.  And I said, Question: "So you're
13   talking about the second demand letter from Mr. Kowalski?" And
14   you answered?
15   A    "Yes."
16   Q    And then I asked you, "So in regards to the first demand
17   letter, what if anything did Ocean Duke do?"  And now please
18   read your answer.
19   A    Sure.  I said, "I do not recall."
20   Q    Now, at the time you said you don't recall doing anything
21   in regards to that first January 2000 letter, right?
22   A    Sure.  Since the deposition, we've had many opportunities
23   to look at all the exhibits that your firm and our firm has put
24   -- my counsel put together.  So my memory is clearer in terms
25   of the chain of events.
```

1  Q    I would agree that on Ocean Duke's side there's many
2  changes since the time you and your father answered these
3  questions under oath.
4         MR. MARKS:  Objection.
5         THE COURT:  Mr. Yasunaga, just ask the question.
6  Q    You don't have any documents that indicate that in the
7  year 2000, or even the year 2001, Ocean Duke did anything in
8  response to the January 2000 notice of infringement letter,
9  right?
10        Do you have any documents from 2000 or 2001 indicating
11 that Ocean Duke did anything in response to that letter?
12 A    If you are saying, would I have any documents of the
13 conversation between my dad and I, the answer is no.  If you
14 are saying that --  I don't have documents showing that we went
15 to Bali.
16 Q    Yeah, do you --
17 A    As part of the actions and responses we took, that would
18 be incorrect because I'm sure in my passport I have stamps
19 saying that I was physically in Indonesia.
20 Q    Yeah, but you didn't go to Bali until 2001.  You told me
21 that you don't even remember looking at the machine in 2001.
22 The first time you remember looking at the PT smoke machine was
23 in 2002, right?
24 A    That's not exactly correct, Mr. Yasunaga.  I believe I
25 said in my first visit I remember seeing the walk-in freezer

1  which contained products that were treated with smoke.

2  Q    That's a refrigerator --

3       THE COURT:  Mr. Yasunaga, you've covered a lot of this

4  on Friday.  We're not going to backtrack are we?  Why don't we

5  -- why don't you finish up on this and let's move on.

6       MR. YASUNAGA:  I understand, Your Honor.

7       THE COURT:  Okay.

8  Q    I don't recall you saying that you saw a refrigerator with

9  smoked fish.  You just saw a chiller with fish in it?

10 A    I'm sure you can find the right phrase in the deposition.

11 I recall stating that.

12 Q    Do you have any e-mail about from 2000 or 2001 talking to

13 Mr. Shih or anybody about the January 2000 letter?

14 A    No.

15 Q    You didn't produce any either, did you, to us?

16 A    Because there was none.

17 Q    You know that list, USDC list of verified tasteless smoke

18 facilities?  You saw that right?

19 A    Yes, I did.

20 Q    And your Ocean Duke supplier PT Intisamudera got on that

21 list in 1999, right?

22 A    I believe so.

23 Q    And didn't Ocean Duke Corporation help PT Intisamudera get

24 onto that USDC verified tasteless smoke facilities list?

25 A    Sure, we did.  It was a long-term supplier of ours --  I'm

1  Q    And throughout all those comments, he is describing the
2  product from heating the charcoal as smoke, smoke, smoke,
3  right? Do you recall that? Called it smoke throughout?
4  A    I believe so.
5  Q    You want to see it?
6  A    No, but I'll take your word for it.
7  Q    Now, when you went to the PT Intisamudera factory, and
8  forgive me if I've covered this with you, but I'm somewhat
9  mixed up between your father and you. You saw some machinery,
10 right, which was in that exhibit we showed, that small oven
11 with the door with the two trays of charcoal?
12 A    Yes, I did.
13 Q    You told me that -- then there was a coil and then there
14 was a filter and a compressor. You said you saw only that
15 assembly, right? I mean, there wasn't a different kind of
16 smoke generator or multiple ones? That's the one you saw?
17 A    Yes, I believe that's what I saw.
18 Q    And that's the only smoke generator you saw, right?
19 A    That's correct.
20 Q    And PT Intisamudera has referred to what it uses to treat
21 fish with as filtered smoke, right?
22 A    Yes.
23 Q    Now, when you went to the factory, you told me that you
24 did not actually see them put charcoal into that oven?
25 A    That's correct, I did not.

1   Q    In fact, you did not even check closely enough to see
2   whether or not there was charcoal in that oven, right?
3   A    Possibly. I believe I could see something, but I did not
4   stand next to the oven, if that's what you're talking about.
5   Q    Well, you did not stand close enough or look close enough
6   to determine that there was charcoal in there, right?
7   A    That's correct.
8   Q    And was someone escorting you through the factory?
9   A    Sure, it was Mr. Shih.
10  Q    Did Mr. Shih describe all that smoke machinery?
11  A    He left it at, you know, that's the machine we use to
12  generate smoke.
13  Q    That's all he said?
14  A    Yes.
15  Q    And you did not follow up with more detailed questions to
16  get details about it?
17  A    No.
18  Q    And this was, even though Mr. Kowalski had sent you this
19  notice of infringement letter in January of 2000 and then a
20  follow-up one in 2002, right?
21  A    That's correct, because I think, during my visit,
22  Mr. Shih's patent had not been officially approved. So there
23  was no basis of comparison for me to discuss about anything.
24  Q    Is it your position that if, as long as Ocean Duke's
25  supplier has a patent, then they don't need to worry about

1    infringing Mr. Kowalski's patent?  One patent is a defense to
2    another, is that your position or what --
3    A    I'll leave it up to the attorneys to determine that.
4    Q    But in terms of how you conducted yourself, or Ocean Duke
5    conducted itself, from when it got the January 2000 letters of
6    infringement, is one of the reasons that Ocean Duke felt it was
7    okay to keep importing and selling this product, in fact, to
8    increase the rate at which it brought in this product, as we
9    saw from that exhibit, is one of the reasons that Ocean Duke
10   felt that well, because our supplier has a patent, then we
11   don't need to worry about infringing Mr. Kowalski's patent.  Is
12   that the impression you had?
13   A    Well, logically from any layman, when you talk about two
14   different patent processes and one party following a different
15   one than the others, again, I'm not an attorney, but from a
16   layman's standpoint, I'm not using the patent process,
17   therefore, how could I be infringing?  But on top of that, we
18   did have an attorney to look at and compare the two patents,
19   and they concluded there's no infringement.
20   Q    Did the attorney tell you that, oh, if you have your own
21   patent, that's a defense to infringing another patent?
22   A    Well, the attorney said that --
23   Q    Answer my question.
24            THE COURT:  I think he's answering the question.  Let
25   him answer it.  Go ahead.

1    THE WITNESS: I believe the attorney compared the two
2 patents and made an opinion that the Shih patent does not
3 infringe on the Kowalski patent. And since Mr. Shih follows
4 his own patent to produce the product, I can only conclude that
5 the products that Shih produces is not infringing.
6 Q    Is infringement, in your mind, measured by comparing two
7 patents?
8 A    Again, I'm not the attorney. You should ask Mr. Marks
9 that.
10 Q    What was your understanding, as you continued to increase
11 the amount of smoked product for color retention, that your
12 company was bringing in and selling?
13 A    Mr. Yasunaga, I believe I've already answered that. First
14 of all, from a layman's perspective, I do not believe that we
15 are infringing. And I have an attorney who is an expert in
16 this who tells me that the patents are not infringing each
17 other.
18 Q    But isn't there evidence that what PT Intisamudera is
19 actually doing involves certain things that are not mentioned
20 in the Shih patent?
21 A    What do you mean?
22 Q    Such as by adding air into the vacuum oven, the Shih
23 patent doesn't mention that, right?
24 A    I don't recall exactly what it says in the Shih patent. I
25 don't know.

1  Q    Did you read it?
2  A    Yes.
3  Q    Did you see anything about -- well, you saw the power
4  point presentation that said "Add air into the oven here." You
5  saw that, right?
6  A    Yes.
7  Q    And you don't recall seeing anything in the Shih patent
8  saying "Add air into the vacuum oven," right?
9  A    Again, I'm not the person who wrote the patent. I'm not
10 the attorney who rendered an opinion on the comparison. I can
11 only go by the expert's opinions on what's right and what's
12 wrong.
13 Q    Do you recall telling anybody about PT actually adding air
14 into the vacuum oven, even though the Shih patent doesn't
15 mention anything about that?
16 A    Not that I recall.
17 Q    Do you recall anything in the Shih patent talking about
18 using a filter?
19 A    I don't believe so, I think the words they used was device
20 separating water vapor from gas.
21 Q    Yeah, it doesn't mention the word "filter," right?
22 A    I don't believe so.
23 Q    And yet isn't there indication that PT Intisamudera uses a
24 filter, right?
25 A    Sure. I think it was used as a condensation unit like