02/02/2004 15:46 FAX 8183402859          KBLK                                    ☒002/010

## LAW OFFICES
## KELLY BAUERSFELD LOWRY & KELLEY, LLP
6220 CANOGA AVENUE, SUITE 1650
WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-7900
FAX (818) 340-2859

JOHN E. KELLY
STUART O. LOWRY
JOHN D. BAUERSFELD
SCOTT W. KELLEY
KAMRAN FATTAHI
AARON T. BORROWMAN

PATENT, TRADEMARK
AND COPYRIGHT CAUSES

RALPH B. PASTORIZA (1923-1988)

April 24, 2002

Roger Lin
Ocean Duke Corporation
3450 Fujita Street
Torrance, CA 90505

**COPY**

Re:  Infringement Study on
     U.S. Patent No. 6,331,322
     Our Docket No. OCEAN-40975

Dear Mr. Lin:

This letter is in response to your request that we analyze U.S. Patent No. 6,331,322 to Shih et al. and determine if the method for processing marine products disclosed in this patent infringes upon either U.S. Patent No. 5,484,619 to Yamaoka et al., or U.S. Patent No. 5,972,401 to Kowalski. As will be explained more fully herein, after analyzing the aforementioned patents and discussing the Shih et al. method in greater detail with your company, we have determined that the Shih et al. method does not infringe upon either the Yamaoka et al. nor the Kowalski patents. The following is our analysis.

Shih et al. disclose a method for processing marine products including placing natural charcoal in a vacuum oven and heating the oven to produce carbon monoxide and water vapor. The carbon monoxide and water vapor are cooled to room temperature and the carbon monoxide gas is separated from the water vapor. The carbon monoxide gas is drawn into an air bag and subsequently used to treat marine food such that the carbon monoxide functions to settle iron contained in the marine food to keep the red color and freshness of the marine food.

<u>Yamaoka et al. (U.S. Patent No. 5,484,619)</u>

## REDACTED

CIVIL NO. __04-00055 BMK__
PLAINTIFFS / **DEFENDANTS** EXHIBIT __509__
IN EVIDENCE – FOR IDENTIFICATION
REC'D _____ 20 ___

**EXHIBIT F**                                                                   CLERK

02/02/2004 16:46 FAX 3183402859     KBLK                                    ☒003/010

Roger Lin
April 24, 2002
Page 2

**REDACTED**

Roger Lin
April 24, 2002
Page 3

Kowalski (U.S. Patent No. 5,972,401)

**REDACTED**

It is our understanding from discussions with your company that the Shih et al. method uses a charcoal in a vacuum oven that produces a tasteless, odorless, carbon monoxide gas as well as water vapor.

**REDACTED**

, the Shih et al. method does not include the step of filtering or super purifying the smoke to reduce the components to below limits for imparting smoke flavoring to the food as this step is unnecessary in the Shih et al. method.

**REDACTED**

Roger Lin
April 24, 2002

## REDACTED

not infringe upon the Kowalski patent.                    , the Shih et al. method does

        Very truly yours,

        KELLY BAUERSFELD LOWRY & KELLEY, LLP

        Aaron T. Borrowman

ATB/kr
Enclosure

## APPENDIX A

**REDACTED**

02/02/2004 16:47 FAX 8183402859    KBLK    ⌀007/010

**REDACTED**

02/02/2004 16:47 FAX 8183402859   KBLK   @008/010

**REDACTED**