# STALKER TRIAL TESTIMONY TO BE PROVIDED

EXHIBIT G