1

```
 1                IN THE UNITED STATES DISTRICT COURT.
 2                     FOR THE DISTRICT OF HAWAII
 3
    WILLIAM R. KOWALSKI and    ) CIVIL NO. 04-00055BMK
 4  HAWAII INTERNATIONAL       )
    SEAFOOD, INC.,             ) Honolulu, Hawaii
 5                             ) December 10, 2007
            Plaintiff,         )
 6                             ) TESTIMONY OF
         vs.                   ) DAVID FRANCOM
 7                             )
    OCEAN DUKE CORPORATION,    )
 8                             )
            Defendant.         )
 9  _____)

10          PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 4)
11           BEFORE THE HONORABLE BARRY M. KURREN,
                UNITED STATES MAGISTRATE JUDGE
12
    APPEARANCES:
13
      For the Plaintiff:     MILTON M. YASUNAGA
14                           ALLISON MIZUO LEE
                             Cades Schutte LLP
15                           1000 Bishop St., Ste. 1200
                             Honolulu, Hawaii  96813-4216
16
      For the Defendant:     LOUISE K.Y. ING
17                           Alston Hunt Floyd & Ing
                             1800 ASB Tower
18                           1001 Bishop Street
                             Honolulu, Hawaii  96813
19
                             PAUL MARKS
20                           Neufeld Law Group
                             360 East 2nd Street, Ste. 703
21                           Los Angeles, California 90012

22    Official Court         GLORIA T. BEDIAMOL, RPR, RMR
      Reporter:              United States District Court
23                           P.O. Box 50131
                             Honolulu, Hawaii 96850
24
    Proceedings recorded by machine shorthand, transcript produced
25  with computer-aided transcription (CAT).
```

EXHIBIT H

```
1   Q    Yes.
2   A    Yes.
3   Q    And if you did, would you agree that in each year
4   Mr. Kowalski's company, Hawaii International Seafood, is
5   actually selling more treated product than Ocean Duke
6   Corporation?
7   A    I would have to go back and refresh my memory on that; but
8   as I recall, I think I recall them being fairly comparable and,
9   of course, in this year HIS had significantly higher sales.
10  Yeah, it is what it is.
11  Q    But there's been testimony and discussion about how large
12  Ocean Duke is in terms of it's annual revenues.  But in reality
13  for what we're talking about in this lawsuit, which is the
14  treated fish product, would you agree that Hawaii International
15  Seafood is actually a bigger company than Ocean Duke?
16  A    In terms of the number of pounds of sales, again, I would
17  need to refresh my memory on the number of sells.  But if you
18  represent that, I don't see there's any reason that it's not
19  true.
20  Q    Fair enough, thank you.  Now, you keep referring to the
21  tasteless smoke product and the tasteless smoke invention.
22  You've said at that many times today, haven't you?
23  A    Uh-hm.
24  Q    Is that a "yes"?
25  A    Yes.
```