LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  ling@ahfi.com
        agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:;: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. CV 04-00055 BMK<br><br>**DECLARATION OF PAUL S. MARKS IN OPPOSITION TO MOTION FOR PRE-JUDGMENT INTEREST, ETC.** |

131635.1

## DECLARATION OF PAUL S. MARKS

I, Paul S. Marks, declare as follows:

1. I am a lawyer with Neufeld Law Group, counsel to defendant Ocean Duke Corporation. I make this declaration in opposition to plaintiff's motion for enhanced damages. I have personal knowledge of the facts described in this declaration, and if called upon to testify in court under oath, I could and would so testify.

2. Attached hereto as Exhibit A is a true and correct copy of a chart showing the one-year constant treasury bill rate from 1998 through the present, per the Federal Reserve Board.

3. Attached hereto as Exhibit B is a true and correct copy of the trial testimony of David Francom.

I declare under penalty of perjury under the laws of the United States of America and the State of Hawaii that the foregoing is true and correct.

Executed in Los Angeles, California, on February 4, 2008.

_____
PAUL S. MARKS

131635.1