

**Historical Chart**

| 1 Year Constant Maturity Treasury Rate | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
| Jan | 5.24% | 4.51% | 6.12% | 4.81% | 2.16% | 1.36% | 1.24% | 2.86% | 4.45% | 5.06% | 2.71% |
| Feb | 5.31% | 4.70% | 6.22% | 4.68% | 2.23% | 1.30% | 1.24% | 3.03% | 4.68% | 5.05% | |
| Mar | 5.39% | 4.78% | 6.22% | 4.30% | 2.57% | 1.24% | 1.19% | 3.30% | 4.77% | 4.92% | |
| Apr | 5.38% | 4.69% | 6.15% | 3.98% | 2.48% | 1.27% | 1.43% | 3.32% | 4.90% | 4.93% | |
| May | 5.44% | 4.85% | 6.33% | 3.78% | 2.35% | 1.18% | 1.78% | 3.33% | 5.00% | 4.91% | |
| Jun | 5.41% | 5.10% | 6.17% | 3.58% | 2.20% | 1.01% | 2.12% | 3.36% | 5.16% | 4.96% | |
| Jul | 5.36% | 5.03% | 6.08% | 3.62% | 1.96% | 1.12% | 2.10% | 3.64% | 5.22% | 4.96% | |
| Aug | 5.21% | 5.20% | 6.18% | 3.47% | 1.76% | 1.31% | 2.02% | 3.87% | 5.08% | 4.47% | |
| Sep | 4.71% | 5.25% | 6.13% | 2.82% | 1.72% | 1.24% | 2.12% | 3.85% | 4.97% | 4.14% | |
| Oct | 4.12% | 5.43% | 6.01% | 2.33% | 1.65% | 1.25% | 2.23% | 4.18% | 5.01% | 4.10% | |
| Nov | 4.53% | 5.55% | 6.09% | 2.18% | 1.49% | 1.34% | 2.50% | 4.33% | 5.01% | 3.50% | |
| Dec | 4.52% | 5.84% | 5.60% | 2.22% | 1.45% | 1.31% | 2.67% | 4.35% | 4.94% | 3.26% | |
| | | | | | | | | Copyright 2008 MoneyCafe.com | | | |

Source: Federal Reserve Board

Reasonable efforts are made to maintain accurate information. However, information could contain errors or inaccuracies and is presented without warranty. No liability is assumed for errors or omissions.

© 1995-2008 MoneyCafe.com ®
All Rights Reserved.

**EXHIBIT A**