CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058-0
ALLISON MIZUO LEE   7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs, <br><br>v. <br><br>OCEAN DUKE CORPORATION, <br><br>Defendant. | CIVIL NO. 04-00055 BMK <br><br>PLAINTIFF WILLIAM R. KOWALSKI'S STATEMENT OF CONSULTATION IN SUPPORT OF HIS MOTION FOR ATTORNEYS' FEES AND DISBURSEMENTS UNDER 35 U.S.C. § 285; CERTIFICATE OF SERVICE <br><br>(Non-Hearing Motion) |
|---|---|

PLAINTIFF WILLIAM R. KOWALSKI'S STATEMENT OF
CONSULTATION IN SUPPORT OF HIS MOTION FOR ATTORNEYS'
FEES AND DISBURSEMENTS UNDER 35 U.S.C. § 285

Plaintiff William R. Kowalski ("Plaintiff"), pursuant to Rule 54.3(b) of the

Local Rules for the United States District Court for the District of Hawaii, submits

his statement of consultation in support of the Motion for Attorneys' Fees and

ImanageDB:833409.1

Disbursements Under 35 U.S.C. § 285, filed on January 24, 2008 (*"Plaintiff's Motion for Attorneys' Fees"*).

On February 7, 2008, Plaintiff's counsel, Milton M. Yasunaga, conferred with Paul Marks, counsel for Defendant OCEAN DUKE CORPORATION ("Ocean Duke"). Ocean Duke disputes that Plaintiff is entitled to attorneys fees, and no agreement was reached with regard to the amount of the award sought in Plaintiff's Motion for Attorneys' Fees. Ocean Duke suggested a bifurcation of the fee dispute, handling first by separate briefing and hearing the issue of entitlement, with the parties moving on to further briefing and hearing on quantum if the Court finds entitlement. Plaintiff's counsel indicated he does not believe such bifurcation is more efficient or warranted (especially given that the jury has already found Ocean Duke's infringement to be willful), so that proposal was rejected.

DATED: Honolulu, Hawaii, February 7, 2008.

        CADES SCHUTTE LLP

        /s/ Milton M. Yasunaga
        MILTON M. YASUNAGA
        Attorney for Plaintiffs
        WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.