IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | CIVIL NO. 04-00055 BMK |
| | CERTIFICATE OF SERVICE |
| Plaintiffs, | |
| v. | |
| OCEAN DUKE CORPORATION, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:

Louise K. Y. Ing       ling@ahfi.com
Allison K. Griffiths    akirk@ahfi.com
Paul S. Marks       pmarks@neufeldlawgroup.com

DATED: Honolulu, Hawaii, February 7, 2008.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.