LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  ling@ahfi.com
            agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:  (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
           pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-00055 BMK <br><br> **DECLARATION OF PAUL S. MARKS RE STATEMENT OF CONSULTATION;** CERTIFICATE OF SERVICE <br><br> **(LOCAL RULE 54.3(b))** |

131666.1

## DECLARATION OF PAUL S. MARKS
## RE STATEMENT OF CONSULTATION

I, Paul S. Marks, declare as follows:

1.     I am a lawyer with Neufeld Law Group, counsel to defendant Ocean Duke Corporation. I make this declaration in compliance with Local Rule 54.3(b) regarding the motions for attorneys' fees filed by the parties in this case.

2.     The conference required by local rules took place on February 7, 2008. Participating were Paul Marks, Milton Yasunaga, and Louise Ing.

3.     Both sides discussed the issue of entitlement to fees under the "exceptional circumstances" standards, yet neither side conceded the other was entitled to a recovery of fees. Each side suggested that the apportionment of fees by the other side, as set forth in their respective motions, was not appropriate. Given the lack of agreement, Counsel for Ocean Duke suggested that it might be economical and efficient to have a bifurcated briefing schedule to resolve these issues, first on entitlement to fees, and then (if either side was deemed entitled to fees), a second briefing could occur, to address reasonable fee rates, specific work billed, apportionment between the various claims in issue, and other related issues. Counsel for plaintiffs suggested, in turn, that such a proposal might increase, rather than decrease, the amount of work to be done by the court and counsel. Hence, no agreement was reached on that proposal.

131666.1

4.  The parties concluded the call by discussing the future briefing schedule on these respective motions.  The parties also discussed the upcoming settlement conference, as well as other issues surrounding potential settlement of the case.

I declare under penalty of perjury under the laws of the United States of America and the State of Hawaii that the foregoing is true and correct.

Executed in Los Angeles, California, on February 7, 2008.


/s/ Paul S. Marks_____
PAUL S. MARKS