## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Milton M. Yasunaga | myasunaga@cades.com | February 7, 2008 |
| Attorney for Plaintiffs | | |

DATED:   Los Angeles, California, February 7, 2008.

/s/ Paul S. Marks
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION