# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. vs. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton Yasunaga |
| ATTYS FOR DEFT: | Timothy Neufeld |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 2/13/2008 | TIME: | 10:00-12:15pm<br>1:00pm-6:10pm |

COURT ACTION: EP: Settlement Conference. Settlement Conference held. Counsel to inform the court by Friday, 2/15/08, Hawaii time, as to whether this case will settle.

Submitted by: Shari Afuso, Courtroom Manager