# MINUTES

CASE NUMBER:       CV04-00055BMK

CASE NAME:         William R. Kowalski, et al. vs. Ocean Duke Corporation

ATTYS FOR PLA:     Milton Yasunaga

ATTYS FOR DEFT:    Louise Ing, by phone

INTERPRETER:

| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
|---|---|---|---|
| DATE: | 3/3/2008 | TIME: | 10:10-10:20am |

COURT ACTION:  EP:  Status Conference.  Discussion held.

Counsel have until 4:00pm today to inform the court if the essential terms of a settlement have been achieved.  If so, settlement to be placed on the record at 4:00pm today.

Submitted by: Shari Afuso, Courtroom Manager