# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. vs. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton Yasunaga, by phone |
| ATTYS FOR DEFT: | Timothy Neufeld, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 3/4/2008 | TIME: | 10:00-10:15am |

COURT ACTION:  EP:  Status Conference.  Discussion held.

Court will contact counsel on 3/7/08 at 10:15am to confirm whether the essential terms of a settlement can be placed on the record.

Submitted by: Shari Afuso, Courtroom Manager