IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF WILLIAM R. KOWALSKI |

## DECLARATION OF WILLIAM R. KOWALSKI

I, William R. Kowalski, hereby declare:

1. I am the Plaintiff in the above referenced lawsuit. I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Attached hereto as Exhibit "1" is a true and correct copy of the Loan Agreement dated May 10, 2000 ("**Loan Agreement**") that I entered into with Leo Sandau ("**Mr. Sandau**").

3. I did not assign my patent, in whole or in part, to Mr. Sandau. As part of the Loan Agreement, I agreed to pledge as collateral to secure the loan a 25% ownership interest in my Patent. Exhibit "A" to Ocean Duke's Motion to Dismiss

ImanageDB:845388.1

For Failure To Join Leo Sandau As An Indispensable Party is a copy of the financing statement that was filed in the Bureau of Conveyances, State of Hawaii, and with the United States Patent Office, to give notice to third parties of the security interest that I gave to Mr. Sandau in 25% of my patent in connection with the Loan Agreement – that 25% of my patent is merely pledged as collateral to secure the loan, and 25% ownership (or any percentage of ownership) of my patent has never been transferred to Mr. Sandau.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 5, 2008.

_____
WILLIAM R. KOWALSKI