IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

DECLARATION OF MILTON M. YASUNAGA

MILTON M. YASUNAGA, hereby declares:

1. I am a partner in Cades Schutte, LLP, counsel for Hawaii International Seafood, Inc. (HISI) and William R. Kowalski (Kowalski) (jointly, Non-Movants or Kowalski/HISI). I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Exhibit 2 is a true and correct copy of My March 3, 2008 email to counsel for Ocean Duke, forwarding a copy of the Court's notice of ruling issued on March 3, 2008 at 9:24 AM HST in CV6-182 and related cases.

3. Exhibit 3 is a true and correct highlighted copy of the cover page and

ImanageDB:845388.1

the page containing Section 313 of the Patent Office Rules and Practice, Manual of Patent Examining Procedure.

4.   Exhibit 4 is a true and correct copy of the declaration of Leo Sandau filed in the litigation between Kowalski on the one hand and Mr. Jake Lu and his other companies, such as Mommy Gina Tuna Resources, concerning a motion that is identical in substance to and to which were attached the same exhibits as the present motion.

I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, March 5, 2008.

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA