**[TO BE FILED UNDER SEAL]**

Loan Agreement dated May 10, 2000

Exhibit 1