## Milton Yasunaga

**From:** Milton Yasunaga
**Sent:** Monday, March 03, 2008 11:05 AM
**To:** Timothy Neufeld; 'LOUISE ING'; 'Paul S. Marks'
**Subject:** Given Judge Kurren's denial of MGTR/Lu/Friend's motion re Sandau, will you agree to drop your similar motion in the Ocean Duke case?

Given Judge Kurren's denial of MGTR/Lu/Friend's motion re Sandau (see notice below), will you agree to drop your similar motion in the Ocean Duke case?

-----Original Message-----
**From:** hid_resp@hid.uscourts.gov [mailto:hid_resp@hid.uscourts.gov]
**Sent:** Monday, March 03, 2008 9:25 AM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00182-BMK Kowalski et al v. Integral Seafood et al Motion Hearing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Hawaii - CM/ECF V3.1.2 (12/07)

**Notice of Electronic Filing**

The following transaction was entered on 3/3/2008 at 9:24 AM HST and filed on 2/29/2008
**Case Name:** Kowalski et al v. Integral Seafood et al
**Case Number:** 1:06-cv-182
**Filer:**
**Document Number:** 172

**Docket Text:**
**EP: Motion Hearing held on 2/29/2008 re [130] Defendants Mommy Gina Tuna Resources, King Tuna, Inc., and Joaquin T. Lu's Motion to Dismiss for Failure to Join Leo Sandau as a Indispensable Party - DENIED. Court to prepare order. ... Further Status Conference 3/3/2008 @ 2:30 p.m. before Magistrate Judge Barry M. Kurren. (FTR C6; 3:00-3:37.) (Judge BARRY M. KURREN)(rwy)**

**1:06-cv-182 Notice has been electronically mailed to:**

Paul Alston palston@ahfi.com, gp@ahfi.com

Exhibit 2

3/4/2008

Louise K.Y. Ing ling@ahfi.com, dka@ahfi.com

Milton M. Yasunaga myasunaga@cades.com, rkuniyoshi@cades.com

Allison M. Mizuo amizuo@cades.com, thunt@cades.com

Carl D. Crowell carl@kite.com, alaina@kite.com, carl_crowell@yahoo.com, ming@kite.com, shauna@kite.com

**1:06-cv-182 Notice will not be electronically mailed to:**

Martin E. Hsia
Cades Schutte
1000 Bishop St 12th Flr
Honolulu, HI 96813-4216

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/3/2008] [FileNumber=446870-0]
[58de5ae58bcc5c70fab05271e87a7652cd9a2d7458e5479c76c51b54d9674d26b9a09
8c98ffced470ccd3a95a73941c398da06bdf9161e8ca4316c5f7b58217b]]

3/4/2008