# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI et al., <br> v. <br> MOMMY GINA TUNA RESOURCES, et al. | CIVIL NO. 05-00679 BMK <br> CIVIL NO. 06-00182 BMK <br> CIVIL NO. 05-00787 BMK <br><br> DECLARATION OF <br> LEO SANDAU |
| WILLIAM R. KOWALSKI, et al., <br> v. <br> INTEGRAL SEAFOOD LLC et al. | |
| WILLIAM R. KOWALSKI, et al., <br> v. <br> RICHARD FRIEND et al. | |

## DECLARATION OF LEO SANDAU

I, Leo Sandau, hereby declare:

1. I am a party to the Loan Agreement which is attached hereto as Exhibit "1". I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. As a part of the Loan Agreement, Mr. Kowalski agreed to pledge as collateral to secure repayment of the monies that I loaned to him a 25% ownership interest in his patents. A financing statement was filed in the State of Hawaii, Bureau of Conveyance, and with the United States Patent and Trademark Office to perfect my security interest. I do not claim that Mr. Kowalski assigned to me outright a 25% ownership interest in his patents or that I presently have or in the past ever had a right to sue for infringement of any of Mr. Kowalski's patents.

3. I have never attempted to sue for infringement of any of Mr. Kowalski's patents, either independently or with Mr. Kowalski.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, February 11, 2008.

_____
**LEO SANDAU**