CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
ALLISON MIZUO LEE      7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-0055 BMK<br><br>WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S **EX PARTE** MOTION FOR ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBIT "1" OF WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN LEO SANDAU AS AN INDISPENSABLE PARTY; DECLARATION OF MILTON M. YASUNAGA; PROPOSED ORDER GRANTING MOTION; CERTIFICATE OF SERVICE<br><br>Hearing<br>Date:   March 14, 2008<br>Time:  10:00 a.m.<br>Judge: The Hon. Barry M. Kurren<br><br>TRIAL: December 4 - 13, 2007 |

ImanageDB:845569.1

WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL
SEAFOOD, INC.'S **EX PARTE** MOTION FOR ORDER
DIRECTING THE FILING UNDER SEAL OF EXHIBIT "1" OF
WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL
SEAFOOD, INC.'S MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN
LEO SANDAU AS AN INDISPENSABLE PARTY

WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC. ("*Movant*") respectfully moves this Court for an order, pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure and to the Protective Order entered by this Court (the "Protective Order"), directing the Clerk of the Court to file under seal (Attorneys' Eyes Only) Exhibit "1" of William R. Kowalski and Hawaii International Seafood, Inc.'s Memorandum in Opposition to Defendants' Motion to Dismiss For Failure to Join Leo Sandau as an Indispensable Party. (The exhibit is being submitted to the Court for in camera review.)

Exhibit "1" is a copy of Plaintiffs' highly confidential Loan Agreement with Leo Sandau ("Sandau Loan Agreement"). This has been designated Highly Confidential – Attorneys' Eyes Only under the protective order. Filing under seal (Attorneys' Eyes Only) is necessary and appropriate in order to prevent disclosure to competitors (including the non-movant party in this case) or the public of highly competitively sensitive information.

Thus, the exhibit is highly confidential business information that merits filing under seal under the requirements set forth by the Ninth Circuit of Appeals

ImanageDB:845569.1

in Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006).

Notably, the **Court has already** reviewed the Sandau Loan Agreement[1] in connection with Plaintiff William R. Kowalski's Ex Parte Motion For Order Directing The Filing Under Seal Of Exhibits "B" to "E" Of Plaintiff William R. Kowalski's Motion for Prejudgment Interest, (Non-Taxable) Costs Under 35 U.S.C. § 284 and Post Judgment Interest (*"Plaintiff's Ex Parte Motion"*) filed in Kowalski v. Ocean Duke Corp., Civ. No. 04-**00055 BMK (*"Ocean Duke case"*), and** determined that it merits filing under seal under the requirements set forth by the Ninth Circuit of Appeals in Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006). **See Order Granting Plaintiff's Ex Parte Motion, filed 1/29/08 (Civ. No. 04-0055 BMK), at 2.**

DATED: Honolulu, Hawaii, March 5, 2008.

                              CADES SCHUTTE LLP

                              /s/ Milton M. Yasunaga
                              MILTON M. YASUNAGA
                              MARTIN E. HSIA
                              ALLISON MIZUO LEE
                              Attorneys for
                              WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.

---

[1] The Sandau Loan Agreement is Exhibit "B" to Plaintiff William R. Kowalski's Motion for Prejudgment Interest, (Non-Taxable) Costs Under 35 U.S.C. § 284 and Post Judgment Interest, filed under seal in this case pursuant to this Court's 1/29/08 order.

       2