IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-0055 BMK<br><br>DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

MILTON M. YASUNAGA, hereby declares:

1. I am counsel for William R. Kowalski and Hawaii International Seafood, Inc. ("HISI"), and make this declaration based on personal knowledge and am competent to testify to the facts herein regarding the motion seeking an order directing the Clerk of the Court to file under seal (Attorneys' Eyes Only) Exhibit "1" of William R. Kowalski and Hawaii International Seafood, Inc.'s Memorandum in Opposition to Defendants' Motion to Dismiss For Failure to Join Leo Sandau as an Indispensable Party.

2. Exhibit "1" is a copy of Plaintiffs' highly confidential Loan Agreement with Leo Sandau ("Sandau Loan Agreement"). This has been designated Highly

ImanageDB:845569.1

Confidential – Attorneys' Eyes Only under the protective order in this case. Filing under seal (Attorneys' Eyes Only) is necessary and appropriate in order to prevent disclosure to competitors (including the non-movant party in this case) or the public of highly competitively sensitive information.

3. Thus, this exhibit is highly confidential business information that merits filing under seal under the requirements set forth by the Ninth Circuit of Appeals in Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006).

I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 5, 2008.

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA