IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Louise K. Y. Ing | ling@ahfi.com |
| Allison K. Griffiths | akirk@ahfi.com |
| Paul Marks | pmarks@neufeldlawgroup.com |

DATED: Honolulu, Hawaii, March 5, 2008.

                                       CADES SCHUTTE LLP

                                       /s/ Milton M. Yasunaga
                                       MILTON M. YASUNAGA
                                       MARTIN E. HSIA
                                       ALLISON MIZUO LEE
                                       Attorneys for Plaintiffs
                                       WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.

ImanageDB:845569.1