

TM 111479

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**June 16, 1999**

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,064,754* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *May 27, 1997*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the

**COMMISSIONER OF PATENTS AND TRADEMARKS**

P. SWAIN

Certifying Officer

Exhibit 62

EXHIBIT062-001 / 1

EXHIBIT "A"

Int. Cl.: **29**

Prior U.S. Cl.: **46**

## United States Patent and Trademark Office

Reg. No. **2,064,754**

Registered May 27, 1997

### TRADEMARK
#### PRINCIPAL REGISTER

## CRYOFRESH

KOWALSKI, WILLIAM R. (UNITED STATES CITIZEN)
P. O. BOX 30486
HONOLULU, HI 96820

FOR: FROZEN FISH, IN CLASS 29 (U.S. CL. 46).

FIRST USE 1-7-1996; IN COMMERCE 1-7-1996.

SER. NO. 75-061,770, FILED 1-31-1996.

ANGELA BISHOP WILSON, EXAMINING AT-TORNEY

EXHIBIT062-001 / 2