# Paradise® CRYO-FREEZE TUNA STEAK

π6




2 06870 81 0477

GIANT
GIANT FOOD STORES, LLC
P.O. BOX 249
CARLISLE, PA 17013

## PACIFIC YELLOWFIN TUNA TH

THAWED TUNA AND PROCESSED WITH TASTELESS SMOKE (ADDED AS A PRESERVATIVE TO PROMOTE COLOR RETENTION).

| PACK DATE | STORE | | SELL BY |
|---|---|---|---|
| 03.02.04 | #108-23 | 04:48PM | 03.06.04 |
| NET WT/CT | UNIT PRICE | | REGULAR PRICE |
| 1.31 lb | $7.99/lb | | $10.47 |

WITH BONUSCARD — SAVE $1.31

$6.99/lb    $9.16

Exhibit 103

CS HI OD
000008

EXHIBIT "C"

EXHIBIT103