IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:
    Louise K. Y. Ing    ling@ahfi.com
    Allison K. Griffiths    akirk@ahfi.com
    Paul Marks    pmarks@neufeldlawgroup.com

DATED: Honolulu, Hawaii, March 5, 2008.

        CADES SCHUTTE LLP

        /s/ Milton M. Yasunaga
        MILTON M. YASUNAGA
        MARTIN E. HSIA
        ALLISON MIZUO LEE
        Attorneys for Plaintiffs
        WILLIAM R. KOWALSKI and HAWAII
        INTERNATIONAL SEAFOOD, INC.