IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

## <u>DECLARATION OF MILTON M. YASUNAGA</u>

I, Milton M. Yasunaga, hereby declare:

1. I am a member of Cades Schutte, LLP, counsel for Plaintiff William R. Kowalski ("*Plaintiff*").

2. I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

3. Attached hereto as Exhibit "P" is a true and correct copy of the cover page and pages 271 and 272 of the transcript of deposition testimony of William Kowalski given on November 2, 2007.

4. Attached hereto as Exhibit "Q" is a true and correct copy of the cover page and page 13 of the trial testimony of Roger Lin given on December 7, 2007

and the cover page and page 4 of the trial testimony of Roger Lin given on December 10, 2007.

5. Attached hereto as Exhibit "R" is a true and correct copy of the cover page and page 19 (with confidential financial information redacted) of the July 16, 2007 damage report of David Francom.

6. Attached hereto as Exhibit "S" is a true and correct copy of the cover page and pages 9 and 10 of the transcript of trial testimony of Roger Lin given on December 7, 2007.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, March 5, 2008.


/s/ Milton M. Yasunaga
**MILTON M. YASUNAGA**