IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs, <br><br>v. <br><br>OCEAN DUKE CORPORATION, <br><br>Defendant. | CIVIL NO. 04-00055 BMK <br><br>DECLARATION OF WILLIAM R. KOWALSKI |
|---|---|

## **DECLARATION OF WILIAM R. KOWALSKI**

I, William R. Kowalski, hereby declare:

1. I am the Plaintiff in the above referenced lawsuit. I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein. I submit this declaration in support of my Motion for Prejudgment Interest, (Non-Taxable) Costs Under 35 U.S.C. § 284, and Post-Judgment Interest Under 28 U.S.C. § 1961 (the "*Motion*").

2. As of December 21, 2000, I obligated myself to pay Hawaii International Seafood, Inc. ("*HISI*") the patent royalties that I received net of any advances made by HISI by entering into a Management Services Agreement, a true and correct copy of which is attached hereto as Exhibit "O". The Management

ImanageDB:843187.2

Services Agreement contained an Automatic Renewal provision which caused the agreement between myself and HISI to be renewed through April 2007.

3. Infringement of my patent by Ocean Duke, among others, financially weakened me and HISI. As explained in my declaration dated January 24, 2008, in 2000, I was forced to borrow money in my personal capacity and give a mortgage on my residence and a lien on my patent at an aggregate effective rate of interest that greatly exceeded prime plus 2 percent. I borrowed money at a high rate because HISI could not obtain a conventional loan on its own behalf, but needed funds to avoid collapse. I did not have any spare cash at the time and my efforts to obtain a conventional loan at market rates were unsuccessful.

4. If Ocean Duke had made reasonable royalty payments, I would have put those funds toward HISI's business operations and reduced or avoided a portion of my personal indebtedness, either by borrowing less or paying down the principal amount owed under the Loan Agreement or the principal amount owed under HISI's loan from Moon Marine, for which I gave a personal guaranty.

5. At the time I performed the calculations reflected in the chart attached as Exhibit "C" to the Motion, I mistakenly believed that those amounts included my obligation under the Loan Agreement to pay 5% of royalties and patent lawsuit recoveries. The effective annual rate of interest on my personal loan is much

higher than 14% because the 14% interest rate does not include my obligation to pay 5% of the royalty payments made to me.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 5, 2008.

*[signature]*

WILLIAM R. KOWALSKI