**[TO BE FILED UNDER SEAL]**
Attorneys' Eyes Only

**Management Services Agreement**
dated December 21, 2000

Exhibit O