**CONFIDENTIAL**                                                    174

```
           IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII
     ------------------------------------------
     WILLIAM R. KOWALSKI and HAWAII

     INTERNATIONAL SEAFOOD, INC.,

               Plaintiff,

          vs.          Civil No. CV 04-00055 BMK

     OCEAN DUKE CORPORATION,

               Defendants.
     ------------------------------------------




               DEPOSITION OF WILLIAM KOWALSKI

                        (VOLUME II)



     Taken on behalf of the Defendant at Alston, Hunt, Floyd,

     & Ing, 1001 Bishop St., 18th Floor, Honolulu, Hawaii

     96813, commencing at 9:40 a.m., Friday, November 2,

     2007, pursuant to Notice.



     BEFORE:   BARBARA ACOBA, CSR No. 412, RPR
               Notary Public, State of Hawaii
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii  (808) 524-2090

**EXHIBIT P**

*HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY* 271

```
 1
 2
 3
 4
 5            REDACTED
              Highly Confidential
 6
 7
 8
 9
10       In the year 2005, did the business receive
11  royalty income as it had in the years '03, '04, and '05?
12       A.   Yes.
13       Q.   I'm sorry, '03 and '04.  Okay.  So do you
14  remember what the figure was for the year '05, for
15  royalty income?
16       A.   No.
17       Q.   In the year '06, did the business receive
18  royalty income?
19       A.   Yes, it did.
20       Q.   In the year '07, has the business received
21  royalty income?
22       A.   Yes.
23       Q.   If memory serves, you told me that there was
24  some point in the year 2007 that your assignment of the
25  royalty payments to the company had stopped; am I
```

*HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY* 272

```
 1  correct about that?
 2      A.  Yes.
 3      Q.  Okay.  And what point in the year 2007 was
 4  that?
 5      A.  I think it was around April.
 6
 7
 8
 9
10
11
12
13
14              REDACTED
15          Highly Confidential
16
17
18
19
20
21
22
23
24
25
```