```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3
     WILLIAM R. KOWALSKI and      ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL         )
     SEAFOOD, INC.,               ) Honolulu, Hawaii
 5                                ) December 7, 2007
                  Plaintiff,      )
 6                                ) TESTIMONY OF ROGER LIN
          vs.                     )
 7                                )
     OCEAN DUKE CORPORATION,      )
 8                                )
                  Defendant.      )
 9   _____)

10
              PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 3)
11             BEFORE THE HONORABLE BARRY M. KURREN,
                 UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     For the Plaintiff:       MILTON M. YASUNAGA
14                            ALLISON MIZUO LEE
                              Cades Schutte LLP
15                            1000 Bishop St., Ste. 1200
                              Honolulu, Hawaii  96813-4216
16
     For the Defendant:       LOUISE K.Y. ING
17                            Alston Hunt Floyd & Ing
                              1800 ASB Tower
18                            1001 Bishop Street
                              Honolulu, Hawaii  96813
19
                              PAUL MARKS
20                            Neufeld Law Group
                              360 East 2nd Street, Ste. 703
21                            Los Angeles, California 90012

22   Official Court           GLORIA T. BEDIAMOL, RPR, RMR
     Reporter:                United States District Court
23                            P.O. Box 50131
                              Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

**EXHIBIT Q**

```
 1              (Exhibit 206 was received in evidence.)
 2          MR. YASUNAGA:  I would like to show exhibit 206
 3    briefly.
 4          THE COURT:  Sure.
 5    Q    That's your picture on the left, right?
 6    A    Yes.
 7    Q    I just wanted to note that in this document Ocean Duke has
 8    told -- represents that its volume is actually, the fourth
 9    line, 125 million pounds per year.  That was an accurate number
10    when you gave it?
11    A    Sounds about right, yes.
12    Q    The earlier thing I talked about one hundred million
13    pounds, and I certainly did not want to slight you.  Who is
14    Cisco?
15    A    Cisco is the largest food service distributor in the
16    United States.  They have over 60 different branches that buys
17    throughout the United States.
18    Q    Are they sort of like Ahold?
19    A    Actually, they are a completely different type.  Cisco
20    would be a company that buys products and then sells to
21    restaurant chains.  So if you go to the restaurants you see in
22    Waikiki, those probably would be supplied by a Cisco type of
23    company.  Where Ahold is a retailer, so they would be like the
24    Safeways that you would see on the streets.
25    Q    Now, it was mentioned that Ocean Duke did not start
```

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3
     WILLIAM R. KOWALSKI and     ) CIVIL NO. 04-00055BMK
 4   HAWAII INTERNATIONAL        )
     SEAFOOD, INC.,              ) Honolulu, Hawaii
 5                               ) December 10, 2007
                  Plaintiff,     )
 6                               ) TESTIMONY OF ROGER LIN
          vs.                    ) (CONTINUED)
 7                               )
     OCEAN DUKE CORPORATION,     )
 8                               )
                  Defendant.     )
 9   _____)

10
              PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 4)
11              BEFORE THE HONORABLE BARRY M. KURREN,
                   UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
       For the Plaintiff:        MILTON M. YASUNAGA
14                               ALLISON MIZUO LEE
                                 Cades Schutte LLP
15                               1000 Bishop St., Ste. 1200
                                 Honolulu, Hawaii  96813-4216
16
       For the Defendant:        LOUISE K.Y. ING
17                               Alston Hunt Floyd & Ing
                                 1800 ASB Tower
18                               1001 Bishop Street
                                 Honolulu, Hawaii  96813
19
                                 PAUL MARKS
20                               Neufeld Law Group
                                 360 East 2nd Street, Ste. 703
21                               Los Angeles, California 90012

22     Official Court            GLORIA T. BEDIAMOL, RPR, RMR
       Reporter:                 United States District Court
23                               P.O. Box 50131
                                 Honolulu, Hawaii 96850
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

```
 1            (Exhibit 206 was received in evidence.)
 2            MR. YASUNAGA:  I would like to show exhibit 206
 3   briefly.
 4            THE COURT:  Sure.
 5   Q    That's your picture on the left, right?
 6   A    Yes.
 7   Q    I just wanted to note that in this document Ocean Duke has
 8   told -- represents that its volume is actually, the fourth
 9   line, 125 million pounds per year.  That was an accurate number
10   when you gave it?
11   A    Sounds about right, yes.
12   Q    The earlier thing I talked about one hundred million
13   pounds, and I certainly did not want to slight you.  Who is
14   Cisco?
15   A    Cisco is the largest food service distributor in the
16   United States.  They have over 60 different branches that buys
17   throughout the United States.
18   Q    Are they sort of like Ahold?
19   A    Actually, they are a completely different type.  Cisco
20   would be a company that buys products and then sells to
21   restaurant chains.  So if you go to the restaurants you see in
22   Waikiki, those probably would be supplied by a Cisco type of
23   company.  Where Ahold is a retailer, so they would be like the
24   Safeways that you would see on the streets.
25   Q    Now, it was mentioned that Ocean Duke did not start
```