1

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3

 4   WILLIAM R. KOWALSKI and      ) CIVIL NO. 04-00055BMK
     HAWAII INTERNATIONAL         )
 5   SEAFOOD, INC.,               ) Honolulu, Hawaii
                                  ) December 7, 2007
 6                  Plaintiff,    )
                                  ) TESTIMONY OF ROGER LIN
 7            vs.                 )
                                  )
 8   OCEAN DUKE CORPORATION,      )
                                  )
 9                  Defendant.    )
     _____)

10

11           PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 3)
              BEFORE THE HONORABLE BARRY M. KURREN,
12                 UNITED STATES MAGISTRATE JUDGE

13       APPEARANCES:

14       For the Plaintiff:       MILTON M. YASUNAGA
                                  ALLISON MIZUO LEE
15                                Cades Schutte LLP
                                  1000 Bishop St., Ste. 1200
16                                Honolulu, Hawaii  96813-4216

17       For the Defendant:       LOUISE K.Y. ING
                                  Alston Hunt Floyd & Ing
18                                1800 ASB Tower
                                  1001 Bishop Street
19                                Honolulu, Hawaii  96813

20                                PAUL MARKS
                                  Neufeld Law Group
21                                360 East 2nd Street, Ste. 703
                                  Los Angeles, California 90012

22       Official Court           GLORIA T. BEDIAMOL, RPR, RMR
         Reporter:                United States District Court
23                                P.O. Box 50131
                                  Honolulu, Hawaii 96850
24

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).
```

**EXHIBIT S**

1  A   That's correct.
2  Q   And the fish indicated on this would all come from Ocean
3  Duke's supplier PT Intisamudera?
4  A   That's correct.
5  Q   And this chart only starts up from 1999 is the earliest
6  date, right?
7  A   Yes.
8  Q   And it goes -- I guess it's categorized by species of
9  fish.  Let's take the first one.  I'll try to make it bigger in
10 the hope that that's easier to read.  So this indicates that
11 for the species of grouper, Ocean Duke didn't sell any until
12 2003, right?
13 A   That's correct.
14 Q   And the columns are type of fish, year, quantity and
15 pounds.  Revenue would be sales revenue?
16 A   Yes.
17 Q   And then cost of goods?
18 A   Would be the amount that we would pay for the product.
19 Q   That's the cost of buying the fish, right?
20 A   Yes.
21 Q   Then there's a column overhead and expenses?
22 A   That's correct.
23 Q   And then there's a profit, right?
24 A   Yes.
25 Q   In the overhead and expenses, exactly what expenses are

1   being thrown in there are not broken out in this sheet of
2   paper, right?
3   A    No, they are not.
4   Q    Do you know what all the expenses are that go into that
5   overhead and expenses category?
6   A    I know some of the expenses.
7   Q    In other words, you don't know all of them?
8   A    No.
9   Q    Let me go down to somewhat more pertinent one.  Tuna shows
10  that treated tuna was being brought in in 1999, right?
11  A    Been sold, yes.
12  Q    Well, you also import the product, that's what I meant by
13  imported -- brought in?
14  A    Yes, but the chart shows what's been sold in 1999.
15  Q    Right.  But all this product was fish treated for color
16  retention with smoke that did not give a smoke taste and odor,
17  right?
18  A    That's correct.
19  Q    And all this fish was imported by Ocean Duke Corporation
20  into the United States and then sold in the United States,
21  right?
22  A    Yes.
23  Q    And it was all imported from PT Intisamudera, right?
24  A    Yes.
25  Q    And the bottom line is the totals for all of the species,