CADES SCHUTTE LLP

MILTON M. YASUNAGA     3058
MARTIN E. HSIA         2954
ALLISON MIZUO LEE      7619
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Movants
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>PLAINTIFF WILLIAM R. KOWALSKI'S *EX PARTE* MOTION FOR ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBIT "O" OF PLAINTIFF WILLIAM R. KOWALSKI'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION FOR PREJUDGMENT INTEREST UNDER 35 U.S.C. § 284, (NON-TAXABLE) COSTS UNDER 35 U.S.C. § 284, AND POST-JUDGMENT INTEREST UNDER 28 U.S.C. § 1961; PROPOSED ORDER GRANTING MOTION; DECLARATION OF MILTON M. YASUNAGA; CERTIFICATE OF SERVICE |
|---|---|

ImanageDB:845932.1

PLAINTIFF WILLIAM R. KOWALSKI'S
*EX PARTE* MOTION FOR ORDER DIRECTING
THE FILING UNDER SEAL OF EXHIBIT "O" OF PLAINTIFF
WILLIAM R. KOWALSKI'S REPLY MEMORANDUM IN SUPPORT OF
HIS MOTION FOR PREJUDGMENT INTEREST UNDER 35 U.S.C. §
284, (NON-TAXABLE) COSTS UNDER 35 U.S.C. § 284;
AND POST-JUDGMENT INTEREST UNDER 28 U.S.C. § 1961

Plaintiff WILLIAM R. KOWALSKI (*"Plaintiff"*) respectfully moves this Court for an order, pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure and to the Protective Order entered by this Court (the "Protective Order"), directing the Clerk of the Court to file under seal (Highly Confidential -- Attorneys' Eyes Only) Exhibit "O" to Plaintiff's Reply Memorandum in Support of His Motion For Prejudgment Interest Under 35 U.S.C. § 284, (Non Taxable) Costs Under 35 U.S.C. § 284, and Post –Judgment Interest Under 28 U.S.C. § 1961. (This exhibit will be submitted to the Court for in camera review.)

Exhibit "O" is a true and correct copy of the Management Services Agreement executed by Mr. Kowalski and his company Hawaii International Seafood, Inc., dated as of December 21, 2000. This document has been designated Highly Confidential – Attorneys' Eyes Only under the protective order. Filing under seal (Attorneys' Eyes Only) is necessary and appropriate in order to prevent disclosure to competitors (including the non-moving party in this case) or the public of highly competitively sensitive information.

Thus, this exhibit constitutes highly confidential business information that merits filing under seal under the requirements set forth by the Ninth Circuit of Appeals in Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006).

DATED:  Honolulu, Hawaii, March 5, 2008.

CADES SCHUTTE LLP


/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
ALLISON MIZUO LEE
Attorneys for
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.