IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF WILLIAM R. KOWALSKI'S *EX PARTE* MOTION FOR ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBIT "O" OF PLAINTIFF WILLIAM R. KOWALSKI'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION FOR PREJUDGMENT INTEREST UNDER 35 U.S.C. § 284, (NON-TAXABLE) COSTS UNDER 35 U.S.C. § 284; AND POST-JUDGMENT INTEREST UNDER 28 U.S.C. § 1961 |

[PROPOSED] ORDER GRANTING PLAINTIFF WILLIAM R.
KOWALSKI'S *EX PARTE* MOTION FOR ORDER DIRECTING THE
FILING UNDER SEAL OF EXHIBIT "O" OF PLAINTIFF WILLIAM R.
KOWALSKI'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION
FOR PREJUDGMENT INTEREST UNDER 35 U.S.C. § 284,
(NON-TAXABLE) COSTS UNDER 35 U.S.C. § 284;
AND POST-JUDGMENT INTEREST UNDER 28 U.S.C. § 1961

Upon consideration of Plaintiff William R. Kowalski's motion for an order, pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, directing the filing under seal of Exhibit "O" to Plaintiff's Reply Memorandum in Support of His Motion For Prejudgment Interest Under 35 U.S.C. § 284, (Non Taxable) Costs

ImanageDB:845932.1

Under 35 U.S.C. § 284, and Post –Judgment Interest Under 28 U.S.C. § 1961;

IT APPEARING that the documents identified in the motion are Highly Confidential – Attorneys' Eyes Only information, as that term is defined in the Protective Order entered by this Court, and the Court having determined that the documents merit filing under seal under the requirements set forth by the Ninth Circuit of Appeals in Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006), and that it is necessary and appropriate that the documents be filed under seal (accessible only to counsel of record in this action) in order to prevent the disclosure of competitively sensitive information;

IT IS HEREBY ORDERED that Exhibit "O" to Plaintiff's Reply Memorandum in Support of His Motion For Prejudgment Interest Under 35 U.S.C. § 284, (Non Taxable) Costs Under 35 U.S.C. § 284, and Post –Judgment Interest Under 28 U.S.C. § 1961 shall be filed under seal, accessible only to counsel of record in this action.

DATED: Honolulu, Hawaii, _____.

_____
UNITED STATES DISTRICT JUDGE

---

William R. Kowalski and Hawaii International Seafood, Inc. v. Ocean Duke Corporation; Civil No. 04-00055 BMK; United States District Court; District of Hawaii; Order Granting William R. Kowalski's Ex Parte Motion For Order Directing the Filing Under Seal of Exhibit "O" to Plaintiff's Reply Memorandum In Support of His Motion For Prejudgment Interest Under 35 U.S.C. § 284, (Non Taxable) Costs Under 35 U.S.C. § 284, and Post –Judgment Interest Under 28 U.S.C. § 1961.