IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-00055 BMK<br><br>DECLARATION OF MILTON M. YASUNAGA |

DECLARATION OF MILTON M. YASUNAGA

MILTON M. YASUNAGA, hereby declares:

1. I am counsel for William R. Kowalski and Hawaii International Seafood, Inc. ("HISI"), and make this declaration based on personal knowledge and am competent to testify to the facts herein regarding the motion seeking an order directing the Clerk of the Court to file under seal (Attorneys' Eyes Only) Exhibit "O" to Plaintiff's Motion For Prejudgment Interest Under 35 U.S.C. § 284, (Non Taxable) Costs Under 35 U.S.C. § 284, and Post –Judgment Interest Under 28 U.S.C. § 1961.

2. Exhibit "O" is a true and correct copy of the Management Services Agreement executed by Mr. Kowalski and Hawaii International Seafood, Inc.,

dated as of December 21, 2000. This exhibit will be submitted to the Court for in camera review.

3. Filing under seal (Attorneys' Eyes Only) is necessary and appropriate in order to prevent disclosure to competitors (including the non-moving party in this case) or the public of highly competitively sensitive information. This exhibit constitutes highly confidential business information that merits filing under seal under the requirements set forth by the Ninth Circuit of Appeals in <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1180 (9th Cir. 2006).

I, MILTON M. YASUNAGA, declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 5, 2008.

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA