```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3
    WILLIAM R. KOWALSKI and      ) CIVIL NO. 04-00055BMK
 4  HAWAII INTERNATIONAL         )
    SEAFOOD, INC.,               ) Honolulu, Hawaii
 5                               ) December 7, 2007
              Plaintiff,         )
 6                               )
         vs.                     ) PARTIAL TRANSCRIPT
 7                               ) TESTIMONY OF DUKE LIN
    OCEAN DUKE CORPORATION,      )
 8                               )
              Defendant.         )
 9  _____)

10
           PARTIAL TRANSCRIPT OF JURY TRIAL (DAY 3)
11          BEFORE THE HONORABLE BARRY M. KURREN,
              UNITED STATES MAGISTRATE JUDGE
12
    APPEARANCES:
13
    For the Plaintiff:        MILTON M. YASUNAGA
14                            ALLISON MIZUO LEE
                              Cades Schutte LLP
15                            1000 Bishop St., Ste. 1200
                              Honolulu, Hawaii  96813-4216
16
    For the Defendant:        LOUISE K.Y. ING
17                            Alston Hunt Floyd & Ing
                              1800 ASB Tower
18                            1001 Bishop Street
                              Honolulu, Hawaii  96813
19
                              PAUL MARKS
20                            Neufeld Law Group
                              360 East 2nd Street, Ste. 703
21                            Los Angeles, California 90012

22  Official Court            GLORIA T. BEDIAMOL, RPR, RMR
    Reporter:                 United States District Court
23                            P.O. Box 50131
                              Honolulu, Hawaii 96850
24
    Proceedings recorded by machine shorthand, transcript produced
25  with computer-aided transcription (CAT).
```

**EXHIBIT Z**

```
 1   A     But we don't know for this kind of field, we don't touch
 2   it.  Better lawyer take care.
 3   Q     But Ocean Duke has some patents of its own, right?
 4   A     We have a lot of patents.
 5   Q     You have a lot of patents?
 6   A     Yes.
 7   Q     The -- did you tell Mr. Shih don't worry about the lawsuit
 8   because he has a patent?
 9   A     After receiving letter, second letter, and I do tell him
10   don't worry, you have a patent.  We're going to let lawyer to
11   make analysis.
12   Q     You yourself never read the Kowalski patent or the Shih
13   patent, right?
14   A     I never.
15   Q     Ocean Duke uses, as we saw from that box label, the name
16   Cryofreeze for its fish treated for color retention, right?
17   A     We call the fresh fish, we call it Cryofreezer fish.
18   Q     And do you know when Ocean Duke started using the name
19   Cryofreeze?
20   A     I don't remember exactly date.
21   Q     Well, do you have an approximation?
22   A     Somewhere around 1998 or something.
23   Q     And Ocean Duke does not have a trademark for the name
24   Cryofreeze, right?
25   A     No.
```