## Los Angeles Business Journal
### Book of Lists 2004 Online

**Download a Sample List**
Click Here
List: Talent Agencies

**Download ALL of the Lists Today** $139.00

**Leads Data Store**

Get more Private Companies - Largest

Category > General Interest >> Private Companies - Largest     MAIN

| Record | |
|---|---|
| Rank:* | 62 |
| RANK (2001): | 62 |
| Company:* | Ocean Duke Corp. |
| ADDRESS LINE 1: | 3450 Fujita St. |
| ADDRESS LINE 2: | |
| City:* | Torrance |
| State:* | CA |
| Zip Code:* | 90505 |
| Phone:* | 3103263198 |
| 2001 REVENUE (MILLIONS): | $191 |
| 2000 REVENUE (MILLIONS): | $197 |
| 2002 REVENUE (2 QTRS): | NA |
| COUNTY EMPLOYEES: | 18 |
| CW EMPLOYEES: | same |
| YEAR ESTABLISHED: | 1986 |
| DESCRIPTION: | seafood importer and wholesaler |
| CONTROLLING STAKEHOLDERS: | WND |
| PERCENTAGE OWNED: | WND |
| MARKETING CONTACT: | WND |
| Salutation:* | Mr. |
| FIRST NAME: | Duke |
| MI:* | |
| LAST NAME: | Lin |
| SUFFIX: | |
| Title:* | President |
| OTHER CONTACTS: | |

← BACK

NOTE:* fields are all included if they appear in the The Lists 2004 researched by Los Angeles Business Journal.

TopList is a registed trademark of ClickData.com Inc. ClickData.com, Inc. Copyright© 2004. All Rights Reserved.

EXHIBIT AA                                                                           Exhibit 105