## CERTIFICATE OF SERVICE

I certify that on the dates and methods of service noted below, a true and correct copy of the foregoing documents was served on the following at their last known address:

Served electronically through CM/ECF

Milton M. Yasunaga		myasunaga@cades.com		March 5, 2008


DATED:  Los Angeles, California, March 5, 2008.


				  /s/ Paul S. Marks_____
				PAUL S. MARKS
				LOUISE K. Y. ING
				Attorneys for defendant
				  OCEAN DUKE CORPORATION

131989.1