LOUISE K. Y. ING          2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
       akirk@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>OCEAN DUKE CORPORATION,<br><br>          Defendant. | CIVIL NO. CV 04-0055 BMK<br><br>**DECLARATION OF PAUL S. MARKS IN SUPPORT OF DEFENDANT OCEAN DUKE CORPORATION'S MEMORANDUM IN OPPOSITION TO MOTION FOR AN INJUNCTION** |

131990.1

## DECLARATION OF PAUL S. MARKS

I, Paul S. Marks, declare:

1. I am an attorney with Neufeld Law Group, outside general counsel to Ocean Duke Corporation.

2. Following the jury verdict in this lawsuit, Ocean Duke Corporation determined that its best interest lay in discontinuing its importation of products treated with the Shih process, and it implemented that decision by requesting that its supplier in Bali treat seafood for sale to Ocean Duke solely with carbon monoxide not derived from smoke. Ocean Duke Corporation also retained a consultant to verify that this request had been implemented, and the consultant's report is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I signed this declaration on March 5, 2008, in Los Angeles.

PAUL S. MARKS

131990.1