# MINUTES

CASE NUMBER:     CV04-00055BMK

CASE NAME:       William R. Kowalski, et al. vs. Ocean Duke Corporation

ATTYS FOR PLA:   Milton Yasunaga, by phone

ATTYS FOR DEFT:  Timothy Neufeld, by phone

INTERPRETER:

JUDGE:  Kevin S. C. Chang          REPORTER:  C5 - no record

DATE:   3/7/2008                   TIME:      10:15-10:25am

COURT ACTION: EP: Status Conference. Discussion held. Counsel to speak further. If no agreement, court directs Timothy Neufeld, Roger Lin, Milton Yasunaga and William Kowalski to be present on 3/18/08 at 9:30am and on 3/19/08 at 9:30am before Judge Chang for a Settlement Conference.

Court to issue Order Requiring Attendance at Settlement Conference.

Submitted by: Shari Afuso, Courtroom Manager