IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-0055 BMK<br><br>ORDER GRANTING WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S **EX PARTE** MOTION FOR ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBIT "1" OF WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN LEO SANDAU AS AN INDISPENSABLE PARTY |

ORDER GRANTING WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S **EX PARTE** MOTION FOR ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBIT "1" OF WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN LEO SANDAU AS AN INDISPENSABLE PARTY

Upon consideration of William R. Kowalski and Hawaii International Seafood, Inc.'s motion for an order, pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, directing the filing under seal of Exhibit "1" of William R. Kowalski and Hawaii International Seafood, Inc.'s Memorandum in Opposition to Defendants' Motion to Dismiss For Failure to Join Leo Sandau as an Indispensable Party;

IT APPEARING that the document identified in the motion is Highly Confidential – Attorneys' Eyes Only information, as that term is defined in the Protective Order entered by this Court, and the Court having determined that the documents merit filing under seal under the requirements set forth by the Ninth Circuit of Appeals in Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006), and that it is necessary and appropriate that the document be filed under seal (accessible only to counsel of record in this action) in order to prevent the disclosure of competitively sensitive information;

IT IS HEREBY ORDERED that Exhibit "1" of William R. Kowalski and Hawaii International Seafood, Inc.'s Memorandum in Opposition to Defendants' Motion to Dismiss For Failure to Join Leo Sandau as an Indispensable Party be filed under seal, accessible only to counsel of record in this action.




/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 7, 2008

---

William R. Kowalski, et al. v. Ocean Duke Corporation; CV04-0055 BMK; United States District Court; District of Hawaii; ORDER GRANTING WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S EX PARTE MOTION FOR ORDER DIRECTING THE FILING UNDER SEAL OF EXHIBIT "1" OF WILLIAM R. KOWALSKI AND HAWAII INTERNATIONAL SEAFOOD, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN LEO SANDAU AS AN INDISPENSABLE PARTY