LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  ling@ahfi.com
            akirk@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:  (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
           pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OCEAN DUKE CORPORATION,<br><br>　　　　　Defendant. | CIVIL NO. CV 04-0055 BMK<br><br>**SUBMISSION OF EXHIBIT A TO DEFENDANT OCEAN DUKE CORPORATION'S MEMORANDUM IN OPPOSITION TO MOTION FOR AN INJUNCTION;** EXHIBIT A; CERTIFICATE OF SERVICE |

672,038 / 8827-1

## SUBMISSION OF EXHIBIT A TO DEFENDANT OCEAN DUKE CORPORATION'S MEMORANDUM IN OPPOSITION TO MOTION FOR AN INJUNCTION

Defendant Ocean Duke Corporation submits Exhibit A in support of its Memorandum in Opposition to Motion for an Injunction filed on March 5, 2008. Exhibit A was inadvertently omitted from the court filing.

DATED: Los Angeles, California, March 7, 2008.

/s/ Paul S. Marks_____
PAUL S. MARKS
LOUISE K. Y. ING
Attorneys for defendant
   OCEAN DUKE CORPORATION