# C & S LABORATORY CONSULTANTS INC.
175-01 ROCKAWAY BOULEVARD
JAMAICA, NEW YORK 11434

(718) 995-3448
FAX (718) 995-3441

E-mail: charles@cslabsconsult.com

URL: www.fdawatchdog.com

CHARLES J. CARDILE
SUSAN LEE
LISA C. CARDILE

January 22, 2008

Ocean Duke Corporation
3450 Feyeta Street
Torrance CA 90505

Attention: Roger Lin
      Re: PT. Inti Samudera Citra Perkasa

Dear Mr. Lin:

      As you are aware, C&S Laboratory Consultants Inc. (C&S) of 175-01 Rockaway Blvd. Jamaica New York 11434 is recognized by both the US Food and Drug Administration (FDA) and the US Department of Commerce, National Oceanic & Atmospheric Administration, National Marine Fisheries Service (NMFS) as a competent third party in concert with 21 CFR 123. We have represented our clients during inspections from both federal agencies since our incorporation in 1983. We are expert in the FD&C Act, including all allied regulations and guidance documents. In addition, we are completely familiar with the Agricultural Marketing Act which governs the NMFS.

      I "Charles J. Cardile" (president of C&S) was employed by the US FDA and prior to leaving the agency 1983 was the Director of Investigations of the FDA's New York Import District. I am a Chemist by profession and have performed quantitative and qualitative food analyses. I was also considered an organoleptic seafood expert during my tenure with the agency. In this capacity I testified as to the results of my organoleptic findings.

      C&S has been retained by Perkasa since 1997 as a competent third party as well as other FDA matters. During our retention of Perkasa we became very familiar with their operation of processing tuna from receiving through processing, packaging and freezing. We composed Perkasa's initial and present HACCP Plan including monitoring

EXHIBIT A

records. These documents have been critiqued, audited and approved by NMFS since their admission into the Seafood Inspection Program in 1998.

On January 20, 2008 I was present during the administering of commercially prepared Carbon Monoxide (CO) from canisters to fresh tuna loins. Due to the proprietary nature of the operation it was not recorded. However, during their semi annual NMFS inspection on January 21, 2008 the operational room where commercially prepared CO is stored and administered was video recorded.

I hereby verify and confirm that the color retention mechanism used by Perkasa is one of **commercially prepared Carbon Monoxide (CO) stored and dispensed from canisters. This was observed on January 20 & 21, 2008.** The use of commercially prepared CO is permitted by regulation, 21 CFR 173.350 except on meat products. The FDA requires that it be used in accordance with said regulation and in concentration specified.

In addition, FDA requires that the use of Carbon Monoxide be labeled as an additive for color retention. Review of all labels revealed that they are in compliance with FDA's labeling requirements.

If further information is needed, please feel free to contact us.

Very truly yours,
C&S Laboratory Consultants Inc.


Charles J. Cardile