## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Milton M. Yasunaga<br>Attorney for Plaintiffs | myasunaga@cades.com | March 7, 2008 |

DATED:    Los Angeles, California, March 7, 2008.

/s/ Paul S. Marks_____
LOUISE K. Y. ING
PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION

672,038 / 8827-1