```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII


WILLIAM R. KOWALSKI, HAWAII ) CIVIL NO. 04-00055 BMK
INTERNATIONAL SEAFOOD,      )
INC.,                       ) ORDER REQUIRING ATTENDANCE
                            ) AT SETTLEMENT CONFERENCE
            Plaintiffs,     )
                            )
      vs.                   )
                            )
OCEAN DUKE CORPORATION,     )
                            )
            Defendant.      )
_____)
```

ORDER REQUIRING ATTENDANCE AT SETTLEMENT CONFERENCE

A further settlement conference is scheduled to take place on March 18, 2008 at 9:30 a.m., and on March 19, 2008 at 9:30 a.m. with United States Magistrate Judge Kevin S.C. Chang. The Court ORDERS Timothy Neufeld, Roger Lin, Milton Yasunaga and William Kowalski to attend this settlement conference.

      IT IS SO ORDERED.

      Dated:  Honolulu, Hawaii, March 7, 2008.





                                  Kevin S.C. Chang
                                  United States Magistrate Judge

CIVIL NO. 04-00055 BMK; WILLIAM R. KOWALSKI, et.al. vs. OCEAN DUKE CORPORATION; ORDER REQUIRING ATTENDANCE AT SETTLEMENT CONFERENCE