IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> **DECLARATION OF MILTON M. YASUNAGA** |

## DECLARATION OF MILTON M. YASUNAGA

I, Milton M. Yasunaga, hereby declare:

1. I am a member of Cades Schutte, LLP, counsel for Plaintiff William R. Kowalski. I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Attached hereto as Exhibit "K" is a true and correct copy of the Declaration of Charles Cardile dated November 19, 2007, that Ocean Duke submitted in support of its Opposition to Plaintiff's Motion in Limine #4, which was filed on November 20, 2007.

3. Attached hereto as Exhibit "L" is a true and correct copy of the request for proposal and product specification from A-Hold U.S.A. Inc., which was introduced into evidence as Trial Exhibit 80.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 10, 2008.

/s/ Milton M. Yasunaga
**MILTON M. YASUNAGA**