## CERTIFICATE OF SERVICE

I certify that on the dates and methods of service noted below, a true and correct copy of the foregoing documents was served on the following at their last known address:

Served electronically through CM/ECF

Milton M. Yasunaga     myasunaga@cades.com     March 10, 2008


DATED:  Los Angeles, California, March 10, 2008.


    /s/ Paul S. Marks_____
PAUL S. MARKS
LOUISE K. Y. ING
Attorneys for defendant
  OCEAN DUKE CORPORATION

131989.1