# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055BMK |
| CASE NAME: | William R. Kowalski v. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton M. Yasunaga by phone |
| ATTYS FOR DEFT: | Louise K.Y. Ing, Paul S. Marks by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 03/14/2008 | TIME: | 10:04 - 10:11 |

COURT ACTION:  EP:  [209] Plaintiff William R. Kowalski's Motion for Permanent Injunction, or Alternatively, for Compulsory License/Ongoing Royalty - taken on advisement.

[210] Defendant Ocean Duke Corporation's Motion to Dismiss for Failure to Join Leo Sandau as an Indispensable Party - taken on advisement.

Submitted by Richlyn Young, Courtroom Manager