IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00055 BMK <br><br> DECLARATION OF MILTON M. YASUNAGA |

## DECLARATION OF MILTON M. YASUNAGA

I, Milton M. Yasunaga, hereby declare:

1. I am a member of Cades Schutte, LLP, counsel for Plaintiff William R. Kowalski in the above-entitled action. I make this declaration based upon my personal knowledge, unless otherwise stated, and am competent to testify to the facts related herein.

2. Ocean Duke offered nothing in mediation, nothing before the October 1, 2007 settlement conference, and then only $10,000 and $50,000 at the settlement conference. When the Court suggested additional attempts to settle, Ocean Duke insisted that further settlement talks take place only on the day before trial (forcing Plaintiff to expend significant resources to prepare for trial). Well before the last settlement conference held on the eve of trial, Plaintiff made it clear

ImanageDB:848362.2

to the Court and to Ocean Duke that Plaintiff was willing to accept considerably less than $2 million with a license at 8 cents a pound going forward, as Magistrate Chang recommended. To Plaintiff's knowledge, Ocean Duke's final offer prior to trial was $350,000, with a one year license at 2 cents per pound with no promise to refrain from infringement after the one-year term expired.

3. Attached hereto as Exhibit "Q" for the Court's convenience is a true and accurate copy of the Special Verdict Form filed on December 13, 2007.

4. Attached hereto as Exhibit "R" for the Court's convenience is a true and accurate copy of the Declaration of Paul Marks, filed by Ocean Duke in support of Ocean Duke Corporation's Motion for Attorneys' Fees Pursuant to Lanham Act, on January 24, 2008.

5. Attached hereto as Exhibit "S" is a true and accurate copy of the cover page and pages 5 and 6 of the Partial Transcript of Defendant's Motions heard on December 11, 2007 and December 12, 2007.

6. Attached hereto as Exhibit "T" is a true and accurate un-redacted copy of Aaron Borrowman's letter dated April 24, 2002 to Roger Lin which was admitted as Trial Exhibit 509 in redacted form.

7. Attached hereto as Exhibit "U" is a true and correct copy of a compilation of the billing invoices containing the attorneys' fees accrued in this case from January 24, 2008 to the present. The additional fees in the amount of

$77,325,89 (including general excise tax) are reasonable for the additional work done by Plaintiff's counsel on post-trial motions and settlement. Plaintiff's initial fee request covered fees and expenses incurred through January 23, 2008.

8. Attached hereto as Exhibit "V" is a true and correct copy of the additional disbursements in the amount of $692.29 reasonably made by Plaintiff's counsel after January 23, 2008 through current in connection with the services provided.

9. Attached hereto as Exhibit "W" is a true and correct copy of the Order Granting Motion for Leave To Amend Pleadings, filed on October 26, 2004, in the lawsuit styled Kowalski v. Jana Brands, Inc., Civ. No. 03-0015 DAE-KSC.

10. Attached hereto as Exhibit "X" is a true and correct copy of a summary of the attorneys' fees of Plaintiff's counsel attributable to the non-patent claims.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 14, 2008.

/s/ Milton M. Yasunaga
**MILTON M. YASUNAGA**