**WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION**
**Civil No. 04-00055 BMK  -- CONFIDENTIAL – UNDER PROTECTIVE ORDER**

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|-----------------------------------------------------|-------|--------|
| 01/24/2008 | MMY | Post Trial:  Ex parte motion to file under seal some exhibits for prejudgment interest motion. | 0.25 | 76.25 |
| 01/24/2008 | MMY | Post Trial:  Motion for attorneys fees; and ex parte motion to file exhibits A-I of that motion under seal; and confs re above with AML and staff. | 3.25 | 991.25 |
| 01/24/2008 | MMY | Post Trial:  Motion for enhanced damages and confs re above with AML. | 5.75 | 1,753.75 |
| 01/24/2008 | MMY | Post Trial:  Motion for injunction. | 0.25 | 76.25 |
| 01/24/2008 | AML | Post-Trial:  Additional review/revisions to motion for attorneys' fees; discuss same with M. Yasunaga. | 2.75 | 577.50 |
| 01/24/2008 | AML | Post-Trial:  Draft/prepare ex parte motion to file exhibits "A-E" attached with motion for prejudgment interest under seal; finalize same. | 0.50 | 105.00 |
| 01/24/2008 | AML | Post-Trial:  Review/edit chronological list of time entries for attorneys' fees motion and other attorneys' fees exhibits. | 1.25 | 262.50 |
| 01/24/2008 | AML | Post-Trial:  Troubleshoot and facilitate efiling of motion for prejudgment interest' motion for permanent injunction; motion for enhancement of damages; motion for attorneys' fees; ex parte motions to seal exhibits. | 3.00 | 630.00 |
| 01/25/2008 | MMY | Post Trial:  Look into issue of bond to stay judgment on appeal. | 0.25 | 76.25 |
| 01/25/2008 | MMY | Post Trial:  Motion re Sandau. | 0.25 | 76.25 |

**EXHIBIT U**

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 01/25/2008 | MMY | Post Trial:  Research and communications with client re how use of tasting panels is common in food industry and patents (relevant to oppose indefiniteness motion). | 2.50 | 762.50 |
| 01/25/2008 | MMY | Post Trial:  Review Ocean Duke's motion re indefiniteness and re attorneys fees and consider how to handle; analyze time records of ODC's counsel; communication to client re ODC's motion for fees – noting that their billing rates and total bill were greater than ours and that they had almost no entries for trademark yet bogusly claimed 25% of their total time was spent on trademark; communications with client re indefiniteness motion and helpful trial testimony of Dr. Maga; communications with AML re how to respond to ODC's attorneys fees motion and re ODC's motions were filed late; check filed motions; orders for granting ex parte motions. | 3.25 | 991.25 |
| 01/25/2008 | MMY | Post Trial:  Scan notices from court re filings of substantive motions and ex parte motions. | 0.25 | 76.25 |
| 01/25/2008 | AML | Post-Trial:   Review and troubleshoot regarding courtesy copies of motion for enhanced damages, motion for prejudgment injunction, motion for attorneys' fees, and ex parte motions to seal exhibits; draft cover letter to Judge Kurren regarding sealed exhibits and email to Judge Kurren regarding proposed orders granting ex parte motions to seal exhibits. | 1.25 | 262.50 |
| 01/27/2008 | MMY | Post Trial:  Further work with client re getting and analyzing proof (e.g., finding and reviewing patents) that patents and industries commonly rely on taste (relevant for indefiniteness motions). | 1.50 | 457.50 |
| 01/28/2008 | MMY | Post Trial:  Communications with AML and court re when opp to ODC's mot for fees due. | 0.25 | 76.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 01/28/2008 | MMY | Post Trial: Indefiniteness motion – research to find case finding valid and not indefinite claim that used the words without "excessive manual force" and communicate (including drafting up) with client and AML how to use in opposition to indefiniteness motion; further communications with Kowalski re what we need to oppose this motion and review and discuss with him patents and other things he has found. | 3.50 | 1,067.50 |
| 01/28/2008 | MMY | Post Trial: Notices from court re what motions will be non-haring motions; check due dates in light of that. | 0.25 | 76.25 |
| 01/28/2008 | AML | Post-Trial: Review/analyze Ocean Duke's motions for attorneys' fees; judgment based on patent invalidity (indefiniteness), and dismissal for failure to join indispensable parties; discuss indefiniteness motion with M. Yasunaga. | 1.50 | 315.00 |
| 01/29/2008 | MMY | Post Trial: Notices form court re hearing; order granting motion to file under seal. | 0.25 | 76.25 |
| 01/29/2008 | MMY | Post Trial: Work on indefiniteness motion – evidence that reliance on people's senses does not make a patent claim indefinite. | 5.75 | 1,753.75 |
| 01/29/2008 | AML | Post-Trial: Review Eos from court regarding hearings onPost Trial and Order Granting Ex Parte Motion to File Under Seal Exhibits "B" to "E" regarding Motion for Prejudgment Interest; discuss same with M. Yasunaga; review and execute submissions of exhibits "B" to "E"; phone call from McNish regarding briefing schedule for Plaintiff and Defendants' Attorneys' Fees Motions. | 0.50 | 105.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 01/30/2008 | MMY | Post Trial: Notice form court about request to seal attorneys' fee entries will be denied; see that they are submitted – not under seal; amended notice from court re hearings and non-hearing motions. | 0.25 | 76.25 |
| 01/30/2008 | MMY | Post Trial: Opposition to indefiniteness motion and communications with AML re that. | 0.75 | 228.75 |
| 01/30/2008 | AML | Post-Trial: Outline opposition to Ocean Duke's Motion for Entry of Judgment Based on Patent Invalidity on Grounds of Indefiniteness; begin drafting same. | 1.75 | 367.50 |
| 01/30/2008 | AML | Post-Trial: Research regarding indefiniteness requirement or analogous caselaw in context of sensory perception; review/analyze relevant caselaw including cases cited by Ocean Duke. | 3.75 | 787.50 |
| 01/30/2008 | AML | Post-Trial: Phone call from Z. McNish regarding denial of Kowalski's ex parte motion to file exhibits under seal; email to M. Yasunaga regarding drafting of opposition to Ocean Duke's indefiniteness motion, phone call form Z. McNish, and other. | 0.50 | 105.00 |
| 01/30/2008 | AML | Post-Trial: Review multiple email correspondence from M. Yasunaga/B. Kowalski regarding analogous patents for opposition to Ocean Duke's invalidity based on indefiniteness motion. | 0.50 | 105.00 |
| 01/31/2008 | MMY | Post Trial: Amended scheduling order; update list of things to do and calendar due dates. | 0.25 | 76.25 |
| 01/31/2008 | MMY | Post Trial: Opposition to motion re indefiniteness. | 2.25 | 686.25 |
| 01/31/2008 | MMY | Post Trial: Work on correcting errors to motion for attorneys' fees. | 0.50 | 152.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------|------|------|------|
| 01/31/2008 | AML | Post-Trial:  Continue drafting opposition to Ocean Duke's Indefiniteness Motion; discuss same with M. Yasunaga. | 2.75 | 577.50 |
| 01/31/2008 | AML | Post-Trial:  Review Submission of Exhibits A to I to Attorneys' Fee Motion; note/recognize computational error and discrepancy between exhibit and memo in support; troubleshoot regarding finding errors and reconciling discrepancy; prepare errata to correct errors in memorandum in support of attorneys' fee motion and declaration of M. Yasunaga; Exhibits "A" and "B"; discuss same with M. Yasunaga; facilitate e-filing of errata document. | 3.25 | 682.50 |
| 01/31/2008 | AML | Post-Trial:  Review transcripts of trial testimony of Maga, R. Lin and Kowalski regarding testimony relevant to issue of indefiniteness. | 1.00 | 210.00 |
| 02/01/2008 | MMY | Post Trial:  Indefiniteness motion opposition. | 2.25 | 686.25 |
| 02/01/2008 | MMY | Post Trial:  Review and calendar AML's list of due dates. | 0.25 | 76.25 |
| 02/01/2008 | AML | Post-Trial:  Complete first draft of Opposition to Ocean Duke's Motion regarding Indefiniteness; review/revise same. | 3.75 | 787.50 |
| 02/01/2008 | AML | Post-Trial:  Email correspondence to team regarding various upcoming filing deadlines and support needed. | 0.25 | 52.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 02/04/2008 | MMY | Post Trial:  Opposition to indefiniteness motion (including research re sensory panels and re proof that "aesthetically pleasing" is fundamentally different from "no smoke taste" because, e.g., the former is incapable of being determined commercially or in terms of a patent while the latter is a simple determination successfully made every day for years concerning millions of pounds of fish and by millions of consumers and Ocean Duke and other companies, and finding useful trial and deposition testimony and other details, and writing these into memorandum). | 5.50 | 1,677.50 |
| 02/04/2008 | AML | Post-Trial:  Draft M. Yasunaga Declaration in Support of Memo in Opposition to ODC's Indefiniteness Motion; final review of memo and exhibits; facilitate efiling of same. | 1.50 | 315.00 |
| 02/05/2008 | MMY | Post Trial:  Conferences with AML re defenses to ODC's claim for fees and re requirement that the parties confer by Thursday. | 0.25 | 76.25 |
| 02/05/2008 | MMY | Post Trial:  Review and draft suggested responses (and exhibits) to ODC's opposition re enhanced damages motion, and communications AML re same. | 3.75 | 1,143.75 |
| 02/05/2008 | MMY | Post Trial:  Review and draft suggested responses to ODC's opposition re prejudgment interest. | 0.75 | 228.75 |
| 02/05/2008 | AML | Post-Trial:  Review/analyze ODC's oppositions to Motion for Enhanced Damages and Motion for Prejudgment Interest; review M. Yasunaga's comments regarding same. | 1.50 | 315.00 |
| 02/06/2008 | MMY | Post Trial:  Opposition to ODC's motion papers re attorneys' fees. | 0.75 | 228.75 |
| 02/06/2008 | MMY | Post Trial:  Opposition to ODC's motion papers re Sandau. | 0.50 | 152.50 |

| Date | Attorney/<br>Paralegal | Professional Services<br>(Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|------------|-----------------------------|-------|--------|
| 02/06/2008 | MMY | Post Trial:  Reply to ODC's motion papers re enhanced damages. | 0.50 | 152.50 |
| 02/06/2008 | MMY | Post Trial:  Reply to ODC's motion papers re prejudgment interest. | 4.50 | 1,372.50 |
| 02/06/2008 | AML | Post-Trial:  Research regarding Ocean Duke's claim to entitlement to attorneys' fees; i.e., whether prevailing party status can be conferred for success on Lanham Act claim only, apportioning for non-Lanham Act claims; what constitutes an "exceptional case" (3.75); review/analyze relevant case law; review billing entries submitted by ODC's counsel to determine that 20% - 25% estimate for Lanham Act claims grossly inflated actual effort devoted to Lanham Act claims (.50); email to M. Yasunaga summarizing same (.25). | 4.50 | 945.00 |
| 02/07/2008 | MMY | Post Trial:  Final arrangements for conference with Ocean Duke's counsel regarding Plaintiffs motion for attorneys' fees; prep for and conduct such consultation required by the rules in the hope of agreement; prepare statement of consultation and review ODC's. | 0.75 | 228.75 |
| 02/07/2008 | MMY | Post Trial:  Note and keep newly found helpful authority re indefiniteness motion. | 0.25 | 76.25 |
| 02/07/2008 | MMY | Post Trial:  Reorganize/store research, notes, drafts, briefs, and original exhibits re Post Trial and get hard copies of all briefs; update list of due dates. | 1.00 | 305.00 |
| 02/07/2008 | MMY | Post Trial:  Reply to ODC's motion papers re Sandau. | 0.50 | 152.50 |
| 02/07/2008 | AML | Post-Trial:  Draft/prepare statement of consultation. | 0.50 | 105.00 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|-----------------------------------------------------|-------|--------|
| 02/08/2008 | AML | Post-Trial:  Begin outline of reply memoranda regarding enhanced damages and prejudgment interest. | 1.25 | 262.50 |
| 02/11/2008 | AML | Post-Trial:  Research regarding whether In Re Seagate Tech altered enhanced damage Read Factor Analysis; review/analyze relevant caselaw; outline arguments for Reply Memo in Support of Motion for Enhanced Damages. | 3.25 | 682.50 |
| 02/12/2008 | MMY | Post Trial:  Work on opposition to ODC's attorneys' fee motion and our replies re enhanced damages and prejudgment interest; check due dates and multiple communications with Ing and Marks and court to extend deadlines for memos due 2/15 because of President's Day holiday. | 1.75 | 533.75 |
| 02/12/2008 | AML | Post-Trial:  Draft reply memo in support of motion for enhanced damages. | 3.25 | 682.50 |
| 02/13/2008 | AML | Post-Trial:  Continue drafting reply memo regarding enhanced damages. | 3.75 | 787.50 |
| 02/14/2008 | AML | Post-Trial:  Continue drafting reply memorandum in support of motion for enhanced damages; discuss potential settlement terms with M. Yasunaga and strategy/impact of same on related cases. | 4.75 | 997.50 |
| 02/15/2008 | MMY | Post Trial:  Communications with Neufeld and Lin and client and court re scheduling changes for all remaining motion briefs and re hearing, and draft memo to court requesting same and get Neufeld's approval and incorporate his suggested changes. | 1.00 | 305.00 |
| 02/15/2008 | AML | Post-Trial:  Complete first draft of reply memorandum in support of motion for enhanced damages; review/revise same. | 4.75 | 997.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------|-----------------------------------------------------|-------|--------|
| 02/15/2008 | AML | Post-Trial: Discuss various deadlines regardingPost Trial with M. Yasunaga; review email from M. Yasunaga to T. Neufeld regarding same; phone call from Z. McNish regarding status of settlement talks; follow-up same. | 0.75 | 157.50 |
| 02/20/2008 | MMY | Post Trial: Open and review multiple electronic notices from court re trial transcripts and determine if there are any we need. | 0.25 | 76.25 |
| 02/28/2008 | MMY | Post Trial: Work on Post Trial given that settlement has stalled. | 0.50 | 152.50 |
| 02/28/2008 | AML | Post-Trial: Discuss status of settlement talks and upcoming deadlines forPost Trial with M. Yasunaga. | 0.25 | 52.50 |
| 02/28/2008 | AML | Post-Trial: Review/analyze Ocean Duke's opposition to Kowalski's Prejudgment Interest Motion and M. Yasunaga's comments to same. | 0.75 | 157.50 |
| 02/29/2008 | AML | Post-Trial: Review/analyze cases cited by Ocean Duke in its opposition to Kowalski's Motion for Prejudgment Interest; email to M. Yasunaga discussing connection between Sandau loan and Ocean Duke's infringement. | 0.75 | 157.50 |
| 02/29/2008 | AML | Post-Trial: Complete review/revisions to Enhanced Damages Reply Memo;; draft declaration of M. Yasunaga in support of same; email to M. Yasunaga transmitting and discussing draft of same. | 4.75 | 997.50 |
| 02/29/2008 | AML | Post-Trial: Outline reply memo in support of Kowalski's Motion for Prejudgment Interest; begin drafting same. | 2.25 | 472.50 |
| 02/29/2008 | AML | Post-Trial: Review/analyze Management Services Agreement between Kowalski and HISI. | 0.25 | 52.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 03/01/2008 | MMY | Post Trial: Work on opposition to ODC's motion for attorneys' fees – e.g., proof that ODC knew early on that Plainitffs were not seeking damages for trademark and that little if any time was spent by ODC on non-patent claims; check and communicate with AML re whether ODC's opp memo is correct in stating that trademark claim was dismissed via a rule 50 motion as opposed to being dismissed sua sponte. | 0.50 | 152.50 |
| 03/01/2008 | AML | Post-Trial: Continue drafting reply memo in support of motion for prejudgment interest. | 2.25 | 472.50 |
| 03/01/2008 | AML | Post-Trial: Review/analyze Ocean Duke's motion for attorneys' fees (.75); research re "prevailing party" status under 35 USC Section 1117 (1.50); review/analyze caselaw re "exceptional cases" under 35 USC Section 1117 and caselaw cited by Ocean Duke re same (1.25); review/analyze time entries and descriptions submitted by Ocean Duke's counsel in support of fee request – note many deficiencies in descriptions and failure to comply with Local Rule 54.3 (1.25); email correspondence with M. Yasunaga re circumstances surrounding dismissal of trademark claim and pretrial representations that plaintiff seeking injunctive relief only as to trademark claim (.25); review/analyze Kowalski's trial transcript re testimony on consumer confusion (.50). | 5.50 | 1,155.00 |
| 03/02/2008 | AML | Post-Trial: Outline opposition to Ocean Duke's motion for attorneys' fees under Lanham Act; begin drafting same. | 3.25 | 682.50 |
| 03/02/2008 | AML | Post-Trial: Research whether consumer survey necessary to maintain trademark infringement claim. | 0.50 | 105.00 |

| Date | Attorney/<br>Paralegal | Professional Services<br>(Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 03/02/2008 | AML | Post-Trial: Review/revise draft 1 of reply memo in support of motion for prejudgment interest. | 0.75 | 157.50 |
| 03/03/08 | MMY | Post Trial: Email from AML re what's needed for prejudgment interest reply; go over/edit Kowalski declaration for that memo | .25 | 76.25 |
| 03/03/08 | MMY | Post Trial: Email from AML suggesting I ask ODC to withdraw Sandau motion in light of Court's denial of same motion in MGTR case; email to ODC re same | .25 | 76.25 |
| 03/03/08 | MMY | Post Trial: For inclusion in our responsive memo (e.g., bad faith litigation conduct warranting enhanced damages), get proof that ODC failed to produce many relevant documents; review and suggest changes to draft reply re enhanced damages motion | 1.25 | 381.25 |
| 03/03/08 | MMY | Post Trial: Phone call from J. Chang re no more continuances | .25 | 76.25 |
| 03/03/08 | MMY | Post Trial: Scan newly obtained transcripts of Duke Lin and ruling on ODC's motions filed during trial for possible use in our variousPost-Trial   motion briefs | .50 | 152.50 |
| 03/03/08 | MMY | Post Trial: Work on prejudgment interest motion reply | .75 | 228.75 |
| 03/03/2008 | AML | Post-Trial: Additional research/review cases re recovery of expert witness fees under 35 USC Section 284. | 0.75 | 157.50 |
| 03/03/2008 | AML | Post-Trial: Complete first draft of reply memo in support of motion for prejudgment interest; draft Kowalski declaration in support of same; review/revise same and circulate draft with M. Yasunaga. | 2.75 | 577.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 03/03/2008 | AML | Post-Trial:  Continue drafting opposition to Ocean Duke's motion for attorneys' fees under the Lanham Act. | 3.75 | 787.50 |
| 03/03/2008 | AML | Post-Trial:  Discuss Ocean Duke's failure to produce financial documents with M. Yasunaga and review potential exhibits re same. | 0.25 | 52.50 |
| 03/03/2008 | AML | Post-Trial:  Discuss with M. Yasunaga results of status conference with Judge Chang and need to meet March 5 deadline because no settlement imminent; review email from M. Yasunaga to T. Neufeld re no imminent settlement and B. Kowalski's meeting with Roger in L.A. | 0.25 | 52.50 |
| 03/03/2008 | AML | Post-Trial:  Email to M. Yasunaga re requesting withdrawal of Ocean Duke's motion to dismiss for failure to join Leo Sandau in light of court's related ruling; review email from M. Yasunaga re prejudgment interest arguments. | 0.25 | 52.50 |
| 03/03/2008 | AML | Post-Trial:  Research re no actual damages need be proven to obtain injunctive relief because injury is presumed once a likelihood of confusion has been established; review/analyze relevant caselaw. | 0.75 | 157.50 |
| 03/03/2008 | AML | Post-Trial:  Review and respond to M. Yasunaga's email/questions re enhanced damages reply memo. | 0.25 | 52.50 |
| 03/03/2008 | AML | Post-Trial:  Review transcript of court's ruling on defendant's Rule 50 motions. | 0.25 | 52.50 |
| 03/03/2008 | AML | Post-Trial:  Review/analyze Duke Lin's trial testimony transcript. | 0.50 | 105.00 |
| 03/04/08 | MMY | Post Trial:  Opposition re Sandau motion and ex parte motion for filing under seal | 1.50 | 457.5 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 03/04/08 | MMY | Post Trial:  Opposition to ODC's motion for attorneys' fees | 1.25 | 381.25 |
| 03/04/08 | MMY | Post Trial:  Reply memorandum regarding motion for enhanced damages | .50 | 152.50 |
| 03/04/08 | MMY | Post Trial:  Reply memorandum regarding prejudgment interest | .50 | 152.50 |
| 03/04/2008 | AML | Post-Trial:  Complete first draft of opposition to Ocean Duke's motion for attorneys' fees under Lanham Act and M. Yasunaga declaration in support of same; review/revise same; circulate same with M. Yasunaga; organize/assemble exhibits to be attached with opposition memo. | 6.25 | 1,312.50 |
| 03/04/2008 | AML | Post-Trial:  Revisions/additions to opposition to Ocean Duke's motion for attorneys' fees re additional proof trademark claim not used improperly to leverage settlement. | 0.50 | 105.00 |
| 03/04/2008 | AML | Post-Trial:  Revisions/additions to reply memorandum in support of motion for enhanced damages. | 0.50 | 105.00 |
| 03/05/08 | MMY | Post Trial:  Open and review ODC's opposition to motion for injunction | .25 | 76.25 |
| 03/05/08 | MMY | Post Trial:  Reply re motion for enhanced damages | 1.25 | 381.25 |
| 03/05/08 | MMY | Post Trial:  Reply re motion for injunction | .50 | 152.50 |
| 03/05/08 | MMY | Post Trial:  Work on memo in opposition to ODC's motion for attorneys' fees | 2.25 | 686.25 |
| 03/05/08 | MMY | Post Trial:  Work on reply memo re motion for prejudgment interest; ex parte motion to seal, get declaration | 1.25 | 381.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 03/05/2008 | AML | Post-Trial: Draft/prepare/finalize ex parte motion to seal exhibit "O" to reply memo in support of motion for prejudgment interest; proposed order granting same; Yasunaga declaration; facilitate efiling of same. | 1.00 | 210.00 |
| 03/05/2008 | AML | Post-Trial: Final review/revisions to opposition to Ocean Duke's motion for attorneys' fees under Lanham Act, declaration and exhibits; facilitate e-filing of same. | 2.25 | 472.50 |
| 03/05/2008 | AML | Post-Trial: Final review/revisions to reply memorandum in support of motion for prejudgment interest, declarations and exhibits; facilitate e-filing of same. | 2.25 | 472.50 |
| 03/05/2008 | AML | Post-Trial: Final review/revisions to reply memorandum in support of motion for enhanced damages, declaration and exhibits; facilitate efiling of same. | 2.00 | 420.00 |
| 03/06/08 | MMY | Post Trial: Review ODC opp to motion for injunction and deal with fact exhibit that is consultant's statement is missing | .25 | 76.25 |
| 03/06/08 | MMY | Post Trial: Review ODC's opposition to our motion for attorneys' fees and come up with things to rebut those arguments in our reply; memo AML re same | .75 | 228.75 |
| 03/06/2008 | AML | Post-Trial: Email to P. Marks and L. Ing re exhibit "A" to opposition to permanent injunction missing. | 0.25 | 52.50 |
| 03/06/2008 | AML | Post-Trial: Research re voluntary cessation as mooting request for injunction; review/analyze relevant caselaw. | 3.25 | 682.50 |
| 03/06/2008 | AML | Post-Trial: Review/analyze Ocean Duke's opposition to plaintiffs' motion for permanent injunction. | 0.25 | 52.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 03/06/2008 | AML | Post-Trial:  Review/analyze Ocean Duke's opposition to plaintiffs' motion for attorneys' fees; review email from M. Yasunaga re comments to same. | 1.25 | 262.50 |
| 03/07/08 | MMY | Post Trial:  Review and act upon 2 orders granting ex parte motions to file under seal; email from Marks re missing exhibit to ODC's injuction opposition. | .25 | 76.25 |
| 03/07/2008 | AML | Post-Trial:  Draft reply memo in support of motion for permanent injunction; review/revise same; email to M. Yasunaga re same. | 5.75 | 1,207.50 |
| 03/07/2008 | AML | Post-Trial:  Review email from L. Ing and P. Marks re Exhibit "A" consultant's report; review/analyze consultant's report. | 0.50 | 105.00 |
| 03/10/2008 | MMY | Post Trial:  Reply re injunction motion. | 1.00 | 305.00 |
| 03/10/2008 | MMY | Post Trial:  Review reply re indefiniteness motion | .25 | 76.25 |
| 03/10/2008 | AML | Post-Trial:   Review/revise reply memo in support of motion for permanent injunction per M. Yasunaga's comments/suggestions; draft M. Yasunaga declaration; prepare/gather exhibits; facilitate efiling of same. | 2.00 | 420.00 |
| 03/10/2008 | AML | Post-Trial:  Research re whether failure to obtain lost profits cuts against "prevailing party" status. | 1.25 | 262.50 |
| 03/10/2008 | AML | Post-Trial:  Review Ocean Duke's opposition to plaintiff's motion for attorneys' fees; review/analyze caselaw cited by Ocean Duke in support of same; research re apportionment between successful/non-successful claims. | 2.75 | 577.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 03/11/08 | MMY | Post Trial: Review Ocean Dukes reply memo re indefiniteness and check due dates to confirm it was filed late and consider what to do about that, as well as fact that Ocean Duke's reply re Sandau motion is also late; work on reply memo re motion for attorneys' fees. | 0.50 | 152.50 |
| 03/11/2008 | AML | Post-Trial: Continue reviewing caselaw cited by Ocean Duke in support of opposition to plaintiff's motion for attorneys' fees; prepare/outline counter arguments to same. | 1.75 | 367.50 |
| 03/11/2008 | AML | Post-Trial: Review/analyze motion for attorneys' fees; begin drafting reply memo in support of same. | 4.50 | 945.00 |
| 03/11/2008 | AML | Post-Trial: Review/analyze Ocean Duke's late reply memorandum in support of indefiniteness motion; discuss with M. Yasunaga re motion to strike same due to 5 days late; review email correspondence with Judge Chang's chambers and Neufeld re stipulation to extend deadline to March 5, 2008 and untimeliness of Ocean Duke's reply memo in support of Sandau's motion due on March 10, 2008. | 0.50 | 105.00 |
| 03/12/2008 | MMY | Post Trial: Reply memo re attorneys' fees; email from marks and court re his participation at hearing by phone. | 2.25 | 686.25 |
| 03/12/2008 | AML | Post-Trial: Continue drafting reply memo in support of motion for attorneys' fees. | 2.75 | 577.50 |
| 03/12/2008 | AML | Post-Trial: Research re apportioning fees between successful and non-successful claims; review/analyze relevant caselaw. | 1.75 | 367.50 |
| 03/13/08 | MMY | Post Trial: Review email from Marks suggesting stipulated injunction; draft stipulated injunction order and send to Marks with message; email from Marks | 1.75 | 533.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 03/13/08 | MMY | Post Trial:  Work on reply memo re motion for attorneys' fees. | 2.00 | 610.00 |
| 03/13/2008 | AML | Post-Trial:  Complete first draft of reply memo in support of motion for attorneys' fees. | 6.50 | 1,365.00 |
| 03/13/2008 | AML | Post-Trial:  Review time entries for descriptions including non-patent issues. | 0.50 | 105.00 |
| 03/14/2008 | MMY | Post-Trial:  Reply memo re motion for attorneys' fees. | 3.50 | 1067.50 |
| 03/14/2008 | MMY | Post-Trial:  Review and respond to Marks' email re stipulating to injunction and dispensing of hearing re Sandau motion; hearing re Sandau motion; hearing re injunction motion; minute order from court re above motions; ework on incorporating Mark's suggested changes into stipulation for injunction | 3.25 | 991.25 |
| 03/14/2008 | AML | Post-Trial:  Review/revise Reply Memo in Support of Motion for Attorneys' Fees, draft declaration of M. Yasunaga in support of same, gather and work on exhibits, and final preparation for e-filing. | 7.25 | 1,522.50 |
| | | | | |
| | | | 231.75 | $56,766.25 |
| | | Hawaii General Excise Tax (4.712%) | | 2,674.83 |
| | | Subtotal of Fees + 4.712% G.E. Tax | | $59,441.08 |
| | | TOTAL FEES AND TAX | | |

**WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION**
**Civil No. 04-00055 BMK  -- CONFIDENTIAL – UNDER PROTECTIVE ORDER**

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|-----------------------------------------------------|-------|--------|
| 02/05/2008 | MMY | Settlement:  Work on settlement conference brief. | 2.25 | 686.25 |
| 02/06/2008 | MMY | Settlement:  Settlement conf brief; find and incorporate into new memo parts of our pre-trial settlement offer to show how we re very reasonable in settlement before trial (which is a factor in favor of enhancing damages after trial); communications with client and AML re above and settlement position. | 2.75 | 838.75 |
| 02/07/2008 | MMY | Settlement:  Communications from client re suggested changes to settlement conference brief; incorporate client's suggestions and finalize settlement conference brief and send to court. | 1.50 | 457.50 |
| 02/11/2008 | MMY | Settlement:  Conferences with Kowalski re possible settlement proposals; consider appeal issues; supplemental settlement conference brief and work on version that can be given to ODC. | 3.00 | 915.00 |
| 02/12/2008 | MMY | Settlement:  Update to settlement conference brief; conf client re settlement. | 3.25 | 991.25 |
| 02/13/2008 | MMY | Settlement:  Draft two supplemental settlement conference memos to Court  to prepare Court for conference at 10 a.m., prep for and attend settlement conference with Court and Ocean Duke; conference with Kowalski after conference. | 9.50 | 2,897.50 |
| 02/14/2008 | MMY | Settlement:  Conferences with Kowalski and Taylor. | 1.50 | 457.50 |
| 02/15/2008 | MMY | Settlement:  Communications with Kowalski re latest settlement; communications with Neufeld; communications with Neufeld; communications with court. | 2.75 | 838.75 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|------|---------------------|-----------------------------------------------------|-------|--------|
| 02/20/2008 | MMY | Settlement:  Communications with client re settlement, including review and discuss draft proposal by Taylor. | 0.75 | 228.75 |
| 02/21/2008 | MMY | Settlement : communications with Kowalski and Taylor and Dreher. | 0.50 | 152.50 |
| 02/22/2008 | MMY | Settlement:  Communications with bk re settlement; review Neufeld's draft settlement agreement and business agreement and discuss with client; communications with Nuefeld re confidentiality of business terms. | 1.50 | 457.50 |
| 02/24/2008 | MMY | Settlement:  Talk to bk briefly re ODC settlement. | 0.25 | 76.25 |
| 02/25/2008 | MMY | Settlement:   Conference bk re settlement agreement; work on our counter offer. | 1.50 | 457.50 |
| 02/26/2008 | MMY | Settlement: Communications with bk and ct re settlement and review drafts of our agreement. | 1.25 | 381.25 |
| 02/27/2008 | MMY | Settlement:  Communications with bk and CT re settlement; confirm that meeting of Lin and Kowalski will not include attorneys; receive confirmation re no attorneys from ODC's counsel; phone call client re how meeting with Lin went. | 1.00 | 305.00 |
| 02/28/2008 | MMY | Settlement:  Communications with bk re settlement. | 0.25 | 76.25 |
| 02/29/2008 | MMY | Settlement:  Phone call from Court re status of settlement; phone call from Court setting up telephone conference for 10 a.m. Monday (3/3). | 0.25 | 76.25 |
| 03/01/2008 | MMY | Settlement:  Multiple communications with Kowalski re settlement. | 0.50 | 152.50 |
| 03/02/2008 | MMY | Settlement:  Talk to Taylor re settlement. | 0.50 | 152.50 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 03/03/08 | MMY | Settlement:  Communication from Taylor re specifics of business arrangement as part of settlement; prep for, travel to, and participate in conference with Judge Chang re settlement; communications with client; email to ODC's counsel making clear we do not agree with their proposed settlement – as was made clear to their client when he went to California last week, but are still willing to keep talking; communication with client re Lin telephoned him after the court's conference; phone message from Neufeld re settlement; email from Ing to court re settlement; phone call from Court re further conference tomorrow; communications with client re further conference and what we should do to try to move settlement along. | 2.25 | 686.25 |
| 03/04/08 | MMY | Settlement:  Communications with client re settlement and look over and comment on client's draft; phone call with court setting 3/7 new deadline/conf; attempt to call Neufeld; phone call from Marks; long phone call client and Taylor re settlement; email with ODC's draft in Word version so we can edit. | 1.75 | 533.75 |
| 03/05/08 | MMY | Settlement:  Communications with client re settlement. | .75 | 228.75 |
| 03/06/08 | MMY | Settlement:  Communications with client re settlement (including business portion) and work on draft counteroffer(non-business portion); email from Ing to court re her non-participation for 3/7 session. | 4.25 | 1,296.25 |
| 03/07/08 | MMY | Settlement:  Worked on ODC settlement in morning including advice to client and draft of terms to propose and accept, confs with Court re settlement and calendaring settlement conf dates and review order setting those dates; then further work on redraft from 1:45 until 5 pm. | 5.25 | 1,601.25 |

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.712% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 03/10/2008 | MMY | Settlement:  Communications with bk and Taylor re settlement. | 1.25 | 381.25 |
| 03/11/2008 | MMY | Settlement: Multiple communications with client re settlement; review and work with client on how to deal with Lin's email of today re settlement. | 1.25 | 381.25 |
| 03/12/2008 | MMY | Settlement:  Communications with client re settlement and alternatives to pursue and that Ocean Duke is going back on things it indicated it would do on March 5. | 1.50 | 457.50 |
| 03/13/08 | MMY | Settlement:  prepare settlement documents for all cash settlement in light of disagreements between parties re earlier proposed settlement that involved business arrangement between parties; communications with client re settlement; email from Marks re settlement. | 2.25 | 686.25 |
| 03/14/2008 | MMY | Settlement:  Communications with client re settlement. | .75 | 228.75 |
|  |  |  |  |  |
|  |  |  | 56.00 | $17,080.00 |
|  |  | Hawaii General Excise Tax (4.712%) |  | $804.81 |
|  |  | Subtotal of Fees + 4.712% G.E. Tax |  | $17,884.81 |
|  |  | TOTAL FEES AND TAX |  |  |

**WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION**
**Civil No. 04-00055 BMK**

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 01/28/2008 | Filing Fee (Non-Taxable) - - VENDOR: First Hawaiian Bank- Bankcard Center 11/13 USTOP Vendor=First Hawaiian Bank- Bankcard Center  Balance= .00 Amount= 2305.00 Paid:  44074 01/28/2008 | 25.00 |
| 02/05/2008 | Photocopy 20 Pages | 2.40 |
| 02/05/2008 | Photocopy 40 Pages | 4.80 |
| 02/05/2008 | Photocopy | 4.80 |
| 02/15/2008 | Non-Taxable Cost - - VENDOR: Allison Mizuo Lee Ocean Duke: Comprehensive Insight Plus Report Vendor=Allison Mizuo Lee Balance= .00  Amount= 166.16 Paid:  44266 02/15/2008 | 166.16 |
| 02/15/2008 | Telephone (213) 229-2461 | 0.24 |
| 02/15/2008 | Telephone (213) 229-2461 | 0.08 |
| 02/26/2008 | Telephone 3 (927) 384-1569 | 15.40 |
| 03/03/2008 | Non-Taxable Cost - - VENDOR: Gloria Bediamol 12/12/07 Trial Transcript Vendor=Gloria Bediamol  Balance= .00  Amount= 286.65 Paid:  44343  03/03/2008 | 286.65 |
| 03/04/2008 | Telephone (213) 625-2625 | 0.08 |
| 03/05/2008 | Photocopy | 1.32 |
| 03/06/2008 | Telephone 3 (927) 384-1569 | 32.78 |
| 03/06/2008 | Telephone 3 (927) 384-1569 | 0.66 |
| 03/06/2008 | Photocopy 658 Pages | 78.96 |
| 03/06/2008 | Photocopy 66 Pages | 7.92 |
| 03/06/2008 | Photocopy 43 Pages | 5.16 |
| 03/06/2008 | Photocopy 406 Pages | 48.72 |
| 03/06/2008 | Photocopy 21 Pages | 2.52 |

| Date | Costs Advanced | Amount |
|---|---|---|
| 03/06/2008 | Photocopy 40 Pages | 4.80 |
| 03/10/2008 | Photocopy 20 Pages | 2.40 |
| 03/10/2008 | Photocopy 12 Pages | 1.44 |
| | **TOTAL** | **$ 692.29** |