WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION
Civil No. 04-00055 BMK

| Date | Costs Advanced | Amount |
|---|---|---|
| 01/28/2008 | Filing Fee (Non-Taxable) - - VENDOR: First Hawaiian Bank-Bankcard Center 11/13 USTOP Vendor=First Hawaiian Bank-Bankcard Center  Balance= .00 Amount= 2305.00 Paid:  44074  01/28/2008 | 25.00 |
| 02/05/2008 | Photocopy 20 Pages | 2.40 |
| 02/05/2008 | Photocopy 40 Pages | 4.80 |
| 02/05/2008 | Photocopy | 4.80 |
| 02/15/2008 | Non-Taxable Cost - - VENDOR: Allison Mizuo Lee Ocean Duke: Comprehensive Insight Plus Report Vendor=Allison Mizuo Lee  Balance= .00  Amount= 166.16 Paid:  44266  02/15/2008 | 166.16 |
| 02/15/2008 | Telephone (213) 229-2461 | 0.24 |
| 02/15/2008 | Telephone (213) 229-2461 | 0.08 |
| 02/26/2008 | Telephone 3 (927) 384-1569 | 15.40 |
| 03/03/2008 | Non-Taxable Cost - - VENDOR: Gloria Bediamol 12/12/07 Trial Transcript Vendor=Gloria Bediamol  Balance= .00  Amount= 286.65 Paid:  44343  03/03/2008 | 286.65 |
| 03/04/2008 | Telephone (213) 625-2625 | 0.08 |
| 03/05/2008 | Photocopy | 1.32 |
| 03/06/2008 | Telephone 3 (927) 384-1569 | 32.78 |
| 03/06/2008 | Telephone 3 (927) 384-1569 | 0.66 |
| 03/06/2008 | Photocopy 658 Pages | 78.96 |
| 03/06/2008 | Photocopy 66 Pages | 7.92 |
| 03/06/2008 | Photocopy 43 Pages | 5.16 |
| 03/06/2008 | Photocopy 406 Pages | 48.72 |
| 03/06/2008 | Photocopy 21 Pages | 2.52 |

ImanageDB:850662.1                                **EXHIBIT V**

| Date | Costs Advanced | Amount |
|---|---|---|
| 03/06/2008 | Photocopy 40 Pages | 4.80 |
| 03/10/2008 | Photocopy 20 Pages | 2.40 |
| 03/10/2008 | Photocopy 12 Pages | 1.44 |
|  | TOTAL | $ 692.29 |