WILLIAM R. KOWALSKI, ET AL., V. OCEAN DUKE CORPORATION
Civil No. 04-00055 BMK -- CONFIDENTIAL – UNDER PROTECTIVE ORDER

| Date | Attorney/ Paralegal | Professional Services (Subject to 4.166% G. E. Tax) | Hours | Amount |
|---|---|---|---|---|
| 01/13/2004 | MMY | Pleadings: Complaint; conf bk; communications with MEH re trademark. | 1.50 | 375.00 |
| 09/10/2004 | MMY | Settlement: Send updated settlement documents to Meyer with explanatory note; gather and send to mediator documents he requested and premediation conference letter; e-mail to Meyer re settlement also has to deal with trademark issue. | 2.00 | 500.00 |
| 12/30/2005 | MMY | Discovery: Gather Ocean Duke materials re infringement, labeling, discovery responses, and trademark prep for phone call on Tuesday with Ocean Duke re discovery. | 1.50 | 390.00 |
| 11/08/2007 | AML | Trial prep: Review/analyze trademark jury instructions; discuss same with M. Yasunaga. | 3.25 | 650.00 |
| 11/18/2007 | MMY | Trial prep: look into fact that ODC plans to use as exhibits Cryofreeze trademark registrations by other companies; research that this is no defense to ODC because those registrations are for industries entirely different from the one that Ocean Duke and Plaintiffs are in. | .50 | 147.50 |
| 11/20/2007 | MEH | Trial prep: Review certified copy of financing statement; Telephone call & conference with M. Yasunaga regarding same – trademark claims - settlement status; Review claims construction order. | 0.50 | 147.50 |
| 11/20/2007 | MMY | Trial prep: conf MEH re trademark issues. | .25 | 73.75 |
| 11/26/2007 | MMY | Trial prep: deal with infringer's argument that it doesn't infringe because it uses allegedly infringing trademark together with infringer's own name – get case authority showing that is no defense because it may lead public to falsely think there is a joint venture or other affiliation between the two companies. | .50 | 147.50 |
| | | TOTAL | 10 | $2,431.25 |

EXHIBIT "X"

ImanageDB:850772.1