# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00055BMK |
| CASE NAME: | William R. Kowalski, et al. vs. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton Yasunaga<br>Plaintiff William Kowalski |
| ATTYS FOR DEFT: | Timothy Neufeld<br>Roger Lin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 3/18/2008 | TIME: | 9:30-11:30am<br>1:00-3:15pm |

COURT ACTION:  EP:  Settlement Conference (Day 1). Settlement Conference held. No settlement. Settlement Conference (Day 2) set 3/19/08 is hereby vacated.

Submitted by: Shari Afuso, Courtroom Manager