A683

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt    243335

Trans    150804

Received From:    **ALSTON HUNT FLOYD**
Case Number:
Reference Number:    CV 04-55BMK

Cash    5.00   *paid by Kim*
Check    450.00
Total    455.00

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |

**Total**    455.00
Tend    455.00
Due    0.00

04/24/2008 03:45:06 PM    Deputy Clerk: lg/LG