UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 1, 2008

To All Counsel of Record as Appellees:

   IN RE:   WILLIAM R. KOWALSKI, ET AL., vs. OCEAN DUKE CORPORATION

            CIVIL NO. O4-0055BMK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on April 24, 2008.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
       docket sheet, dfnf
   OCEAN DUKE CORPORATION (attorney for appellant)
       w/copy of instructions for civil appeals
       Transcript Desig. & Ordering Form
       with instructions and a copy of the
       docket sheet; CADS