ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-1364   U.S. District Court Case No. 04-00055 BMK

Short Case Title: Kowalski v. Ocean Duke Corporation

Date Notice of Appeal Filed by Clerk of District Court: April 24, 2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 23 2008
at 3 o'clock and ___ min ___ P __
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| PLEASE TRANSCRIBE ALL TRIAL PROCEEDINGS. TRIAL DATES WERE DECEMBER 4,5,6,7,10,11,12,13,14 | Gloria Bediamol | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: May 22, 2008   Estimated date for completion of transcript ___

Print Name of Attorney: Paul S. Marks   Phone Number: 213-625-2625

Signature of Attorney: ___

Address: 360 East Second Street, Suite 703, Los Angeles, CA 90012

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on ___
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

___ Approximate Number of Pages in Transcript--Due Date ___

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed ___   Court Reporter's Signature ___

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____   BY: ___
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by mail, postage prepaid:

Milton M. Yasunaga     myasunaga@cades.com
Cades Schutte LLP
1000 Bishop Street, 12th Floor
Honolulu, HI 96813

Attorney for Plaintiffs

       DATED:   Honolulu, Hawai`i, May 23, 2008.

                                          /s/ Allison Griffiths
                                          LOUISE K. Y. ING
                                          ALLISON KIRK GRIFFITHS
                                          Attorneys for Defendant
                                          OCEAN DUKE CORPORATION