

**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**HOWARD T. MARKEY NATIONAL COURTS BUILDING**
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAY 27 2008
DISTRICT OF HAWAII

U.S. District Court
District of Hawaii
C-338 Prince Kuhio Federal Bldg.
300 Ala Moana Blvd.
Honolulu, HI 96813