ORIGINAL

CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058-0
ALLISON MIZUO LEE   7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-0055 BMK <br><br> **NOTICE OF CROSS APPEAL; CERTIFICATE OF SERVICE** |

ImanageDB:889844.2

## NOTICE OF CROSS APPEAL

Notice is hereby given that William R. Kowalski in the above named case hereby cross appeals to the United States Court of Appeals for the Federal Circuit from the following orders entered in this action:

1. Order Re Motions in Limine (Docket #169, 12/03/07);

2. Order granting in part Defendant's Motion For Judgment As A Matter of Law Based on Plaintiff William Kowalski's Inability to Claim Damages (Docket #184, Transcript of Day 5 of Trial, 12/11/07);

3. Order granting Defendant's Motion for Judgment as a Matter of Law Based on Hawaii International Seafoods Lack of Standing to Sue for Patent Infringement (Docket #184, Transcript of Day 5 of Trial, 12/11/07);

4. Order granting in part and denying in part Motion for Prejudgment Interest and denying Motion for Enhanced Damages (Docket #274, filed 5/02/08);

5. Final Judgment In A Civil Case (Docket #275, filed 5/08/08); and

6. All oral and written rulings, decisions, orders, etc. related to or underlying the foregoing.

DATED: Honolulu, Hawaii, June 4, 2008.

                CADES SCHUTTE LLP

                */s/ Milton M. Yasunaga*

                MILTON M. YASUNAGA
                ALLISON MIZUO LEE

                Attorneys for Plaintiffs
                WILLIAM R. KOWALSKI and HAWAII
                INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-0055 BMK <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses via US Mail:

**Louise K.Y. Ing, Esq.**
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop St., Fl. 18
Honolulu, Hawaii 96813

**Paul Marks, Esq.**
NEUFELD LAW GROUP
360 E. Second Street
Suite 703
Los Angeles, CA 90012

Attorneys for Defendant
OCEAN DUKE CORPORATION

ImanageDB:889844.2

DATED: Honolulu, Hawaii, June 4, 2008.

          CADES SCHUTTE LLP

          _____
          MILTON M. YASUNAGA
          ALLISON MIZUO LEE

          Attorneys for Plaintiffs
          WILLIAM R. KOWALSKI and HAWAII
          INTERNATIONAL SEAFOOD, INC