ORIGINAL

LOUISE K. Y. ING 2394-0
ALLISON KIRK GRIFFITHS 8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
       agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:;: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant Ocean Duke Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO.: CV 04-00055 BMK <br><br> APPEAL COURT DOCKET NO.: 2008-1364 <br><br> **SUPPLEMENTAL/AMENDED NOTICE OF APPEAL;** EXHIBITS A AND B; CERTIFICATE OF SERVICE |

132793.2

## SUPPLEMENTAL/AMENDED NOTICE OF APPEAL

Notice is hereby given that Ocean Duke Corporation ("Ocean Duke"), the defendant in the above named case, having previously filed a Notice of Appeal on April 24, 2008 (a copy of which is attached as Exhibit A); and an intervening Final Judgment in a Civil Case having been filed after the filing of the Notice of Appeal (a copy of which is attached hereto as Exhibit B); and the trial court having indicated in said Final Judgment that "[t]his is the final judgment in this case, from which an appeal may be taken";

NOW THEREFORE, although Ocean Duke asserts that it has preserved its right to appeal all issues in the trial court by way of its earlier Notice of Appeal filed on April 24, 2008, in an abundance of caution Ocean Duke hereby supplements/amends the earlier-filed Notice of Appeal as follows:

Ocean Duke hereby appeals to the United States Court of Appeals for the Federal Circuit from the following judgments and orders entered in this action, and each of them:

1. Judgment in a Civil Case (December 18, 2007).

2. Amended Judgment in a Civil Case (December 21, 2007).

3. Order Denying Defendant's Motion for Judgment Notwithstanding the Verdict (March 25, 2008).

4. Order Denying Defendant's Motion for a New Trial (March 31, 2008).

132793.2

5. Order Denying Defendant's Motion for Entry of Judgment of Patent Invalidity on Ground of Indefiniteness (March 31, 2008).

6. Order Denying Defendant's Motion for Attorneys' Fees (April 2, 2008).

7. Final Judgment in a Civil Case (May 8, 2008).

8. Any and all rulings, orders, and judgments underlying any of the foregoing.

DATED:   Honolulu, Hawai`i, June 9, 2008

*/s/ Allison Griffiths*
PAUL S. MARKS
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for OCEAN DUKE CORP.