LOUISE K. Y. ING  2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
       agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 24 2008

at 3 o'clock and 43 min. __ M
SUE BEITIA, CLERK

Attorneys for defendant Ocean Duke Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br>    Defendant. | CIVIL NO. CV 04-00055 BMK <br><br> **NOTICE OF APPEAL;** <br> CERTIFICATE OF SERVICE |

**EXHIBIT A**

132793.1

## NOTICE OF APPEAL

Notice is hereby given that Ocean Duke Corporation, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the following judgments and orders entered in this action, and each of them:

1. Judgment in a Civil Case (December 18, 2007).

2. Amended Judgment in a Civil Case (December 21, 2007).[1]

3. Order Denying Defendant's Motion for Judgment Notwithstanding the Verdict (March 25, 2008).

4. Order Denying Defendant's Motion for a New Trial (March 31, 2008).

5. Order Denying Defendant's Motion for Entry of Judgment of Patent Invalidity on Ground of Indefiniteness (March 31, 2008).

6. Order Denying Defendant's Motion for Attorneys' Fees (April 2, 2008).

7. Any and all rulings, orders, and judgments underlying any of the foregoing.

---

[1] The Amended Judgment in a Civil Case dated December 21, 2007 indicates that a later final, appealable judgment will be entered, after all post-trial motions are decided. However, Ocean Duke Corporation is filing this Notice of Appeal at this point in order to meet the deadline of Fed. R. App. P. 4(a)(4)(A)(i). Such a Notice of Appeal will be deemed filed on and after entry of a subsequent judgment in this case. (Fed. R. App. P. 4(a)(2).)

132793.1

DATED: Honolulu, Hawai'i, April 24, 2008.

*[signature]* (for)

LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendant
OCEAN DUKE CORP.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by mail, postage prepaid:

| | | |
|---|---|---|
| Milton M. Yasunaga | myasunaga@cades.com | April 24, 2008 |
| Cades Schutte LLP | | |
| 1000 Bishop Street, 12th Floor | | |
| Honolulu, HI 96813 | | |

Attorney for Plaintiffs

DATED:   Honolulu, Hawai`i, April 24, 2008.

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendant
OCEAN DUKE CORPORATION