## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by mail, postage prepaid:

Milton M. Yasunaga       myasunaga@cades.com
Cades Schutte LLP
1000 Bishop Street, 12th Floor
Honolulu, HI 96813

Attorney for Plaintiffs

DATED:   Honolulu, Hawai`i, June 9, 2008.

*Allison Griffiths*
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Defendant
OCEAN DUKE CORPORATION