CADES SCHUTTE LLP

MILTON M. YASUNAGA     3058-0
ALLISON MIZUO LEE         7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-0055 BMK<br><br>**PLAINTIFF WILLIAM R. KOWALSKI'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF ALLISON MIZUO LEE; EXHIBIT "A"; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS; GARNISHEE SUMMONS AND ORDER**<br><br>(Final Judgment entered on May 8, 2008)<br><br>[Phillips Sales Company, Incorporated] |

ImanageDB:893240.1

## PLAINTIFF WILLIAM R. KOWALSKI'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT

Plaintiff/Judgment Creditor WILLIAM R. KOWALSKI moves ex parte for issuance of a garnishee summons to be issued and directed to Phillips Sales Company, Incorporated ("Garnishee") for moneys, funds, wages, goods, and effects of and/or debts owed to Defendant Ocean Duke Corporation, a California corporation, and directing Garnishee to appear and disclose under oath as required by law whether, at the time the garnishee summons was served, Garnishee (1) had any goods or effects of Ocean Duke Corporation in its hands and, if so, the nature, amount and value thereof; (2) was indebted to Ocean Duke Corporation, including the amount of all payments due and coming due at any time in the future for repayment of said debt, and/or (3) had any monies or funds of Ocean Duke Corporation and/or any salary, stipend, commission, wages, annuity, income or portions of net income under trust, which, directly or indirectly, belong to Ocean Duke Corporation and, if so, the nature and amount or rate thereof.

The Motion is based on Fed. R. Civ. P. 69, Hawaii Revised Statutes ("HRS") §652-1, the attached declaration of Allison Mizuo Lee, and the files and records herein.

DATED: Honolulu, Hawaii, June 5, 2008.

                              CADES SCHUTTE LLP

                              /s/ Allison M. Lee
                              MILTON M. YASUNAGA
                              ALLISON MIZUO LEE

                              Attorneys for Plaintiffs
                              WILLIAM R. KOWALSKI and HAWAII
                              INTERNATIONAL SEAFOOD, INC.