ORIGINAL

AO 450 (Rev 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.,

    Plaintiff(s),

    V.

OCEAN DUKE CORPORATION

    Defendant(s).

**FINAL JUDGMENT IN A CIVIL CASE**

Case: CV 04-00055 BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 8, 2008

At 10 o'clock and 00 min p.m.
SUE BEITIA, CLERK

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered as follows:

1. Pursuant to the jury's verdict in this case, William R. Kowalski is awarded judgment against Defendant Ocean Duke Corporation for patent infringement in the amount of $2,200,000.00.



2. In addition, pursuant to the Court's order of May 2, 2008, William R. Kowalski is awarded judgment against Defendant Ocean Duke Corporation for attorney's fees in the amount of $451,494.39, and judgment against Ocean Duke Corporation for pre-judgment interest in the amount of $369,111.13.



3. Furthermore, a permanent injunction in favor of William R. Kowalski, against Ocean Duke Corporation, was filed by the Court on April 30, 2008.

This is the final judgment in this case, from which an appeal may be taken.

_____
Date    May 8, 2008

SUE BEITIA

By Deputy Clerk

## Exhibit A