IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>                 Plaintiffs,<br>        v.<br><br>OCEAN DUKE CORPORATION,<br><br>                 Defendant. | CIVIL NO. 04-0055 BMK<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT** |

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT

Plaintiff William R. Kowalski having filed his ex parte Motion for Issuance of Garnishee Summons After Judgment (the "Motion"), and the Court having considered the Motion, the declaration in support of the Motion, and the files and records herein, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion shall be and hereby GRANTED and that the Garnishee Summons be issued according to law as to Garnishee U. Okada & Company, Ltd.

DATED: Honolulu, Hawaii, _6. 4. 2008_.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Kowalski v. Ocean Duke Corp., Civ. No. 04-0055 BMK; Order Granting Plaintiff's Ex Parte Motion For Issuance Of Garnishee Summons After Judgment.

ImanageDB:892562.1