ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | **FINAL JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | Case: CV 04-00055 BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| OCEAN DUKE CORPORATION | May 8, 2008 |
| Defendant(s). | At 10 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered as follows:

1. Pursuant to the jury's verdict in this case, William R. Kowalski is awarded judgment against Defendant Ocean Duke Corporation for patent infringement in the amount of $2,200,000.00.



2. In addition, pursuant to the Court's order of May 2, 2008, William R. Kowalski is awarded judgment against Defendant Ocean Duke Corporation for attorney's fees in the amount of $451,494.39, and judgment against Ocean Duke Corporation for pre-judgment interest in the amount of $369,111.13.

3. Furthermore, a permanent injunction in favor of William R. Kowalski, against Ocean Duke Corporation, was filed by the Court on April 30, 2008.



This is the final judgment in this case, from which an appeal may be taken.

_____  May 8, 2008              SUE BEITIA
Date                                           Clerk
                                               By Deputy Clerk

# Exhibit A