ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 10 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

LODGED

JUN 05 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-0055 BMK <br><br> **PLAINTIFF WILLIAM R. KOWALSKI'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF ALLISON MIZUO LEE; EXHIBIT "A"; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS; GARNISHEE SUMMONS AND ORDER** <br><br> (Final Judgment entered on May 8, 2008) <br><br> [Ham Produce & Seafood, Inc.] |

ImanageDB:892413.1

## PLAINTIFF WILLIAM R. KOWALSKI'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT

Plaintiff/Judgment Creditor WILLIAM R. KOWALSKI moves ex parte for issuance of a garnishee summons to be issued and directed to Ham Produce & Seafood, Inc. ("Garnishee") for moneys, funds, wages, goods, and effects of and/or debts owed to Defendant Ocean Duke Corporation, a California corporation, and directing Garnishee to appear and disclose under oath as required by law whether, at the time the garnishee summons was served, Garnishee (1) had any goods or effects of Ocean Duke Corporation in its hands and, if so, the nature, amount and value thereof; (2) was indebted to Ocean Duke Corporation, including the amount of all payments due and coming due at any time in the future for repayment of said debt, and/or (3) had any monies or funds of Ocean Duke Corporation and/or any salary, stipend, commission, wages, annuity, income or portions of net income under trust, which, directly or indirectly, belong to Ocean Duke Corporation and, if so, the nature and amount or rate thereof.

The Motion is based on Fed. R. Civ. P. 69, Hawaii Revised Statutes ("HRS") §652-1, the attached declaration of Allison Mizuo Lee, and the files and records herein.

ImanageDB:892413.1

DATED: Honolulu, Hawaii, June 5, 2008.

           CADES SCHUTTE LLP

           /s/ Allison M. Lee
           _____
           MILTON M. YASUNAGA
           ALLISON MIZUO LEE

           Attorneys for Plaintiffs
           WILLIAM R. KOWALSKI and HAWAII
           INTERNATIONAL SEAFOOD, INC.