LOUISE K. Y. ING           2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower, 1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
        agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
        pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. CV 04-00055 BMK<br><br>*EX PARTE* APPLICATION FOR STAY OF ENFORCEMENT OF JUDGMENT BASED ON:<br><br>1. IMMEDIATE FILING OF APPEAL BOND IN THE AMOUNT OF $3,100,000; AND<br><br>2. RESOLUTION OF NOTICED MOTION TO APPROVE SIZE OF APPEAL BOND |

133895.1

## *EX PARTE* APPLICATION FOR STAY OF ENFORCEMENT AND RELATED RELIEF

Defendant Ocean Duke Corporation ("Ocean Duke") will be filing an appeal bond in the amount of $3,100,000 on June 18, 2008 (on a Final Judgment dated May 8, 2008, totaling $3,020,605.52). Plaintiff had earlier agreed to stay enforcement of the judgment until June 18, 2008, but now has stated he will NOT agree to a further stay of enforcement, because he does not agree with the size of the bond to be filed by Ocean Duke. HOWEVER, plaintiff has NEVER stated what size of appeal bond he WOULD agree to, despite repeated requests for that number from Ocean Duke's counsel. Further, plaintiff refused to agree to Ocean Duke's reasonable suggestion to allow the $3,100,000 bond to be filed, and have the matter of any higher bond amount be determined later, either by agreement or by this Court.

Accordingly, by this *ex parte* application Ocean Duke seeks:

1.  An order staying enforcement of judgment until further order of this Court, based on the June 18, 2008 filing of an appeal bond in the amount of $3,100,000;

2.  An order provisionally approving the bond amount of $3,100,000, subject to final approval of the bond amount based on Ocean Duke's noticed motion; and

3.  An order setting Ocean Duke's noticed motion hearing date for the final week of July 2008.

133895.1

This motion is based on this notice, on the memorandum in support, on the declaration of counsel, on the attached exhibits, and on the files and records herein.

DATED: Los Angeles, California, June 17, 2008.

_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for defendant Ocean Duke Corp.

2