**EXHIBIT A**

**Paul S. Marks**

**From:** Paul S. Marks
**Sent:** Friday, May 16, 2008 4:38 PM
**To:** 'Milton Yasunaga'; Allison Mizuo Lee
**Subject:** ODC/Kowalski

Dear Counsel:

Ocean Duke is in the process of arranging a bond in favor of Mr. Kowalski with a Hawaii-admitted surety, in the full outstanding amount of the judgment. It is our understanding that the rules require that the court approve the surety. We will be forwarding the relevant information to you early next week and are asking for your stipulation to the following:

1. That the ten-day automatic stay of enforcement of judgment be extended an additional thirty days in order to permit Ocean Duke to obtain and file the bond with the court; and

2. That you work with us to reach a stipulation that the court approve the bond (which we expect to be available for your review within the next two weeks).

Please let us know of any questions or comments, and we thank you in advance for your anticipated cooperation.

Paul Marks

**Paul S. Marks, Esq.**
**Neufeld Law Group**
360 East Second Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
pmarks@neufeldlawgroup.com
www.neufeldlawgroup.com