**EXHIBIT B**

**Paul S. Marks**

**From:** Paul S. Marks
**Sent:** Tuesday, June 10, 2008 3:01 PM
**To:** 'Milton Yasunaga'; 'Allison Mizuo Lee'
**Subject:** RE: Agreement

To be clear, "no further steps" includes that you will not be serving the garnishees until June 18 (although that will not be necessary, as we will have a bond in place by then).

Thanks,
Paul

---

**From:** Paul S. Marks
**Sent:** Tuesday, June 10, 2008 2:37 PM
**To:** 'Milton Yasunaga'; Allison Mizuo Lee
**Subject:** Agreement

Thanks for responding to me so quickly.

We agreed you would take no further enforcement steps until next Wednesday (June 18) and we would submit a stipulation to you for bond approval. You indicated you would agree to a bond amount higher than the judgment in consideration of interest and attorneys' fees.

I will have Tim call Judge Chang.

Thanks,

Paul

# Paul S. Marks, Esq.
**Neufeld Law Group**
360 East Second Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
pmarks@neufeldlawgroup.com
www.neufeldlawgroup.com