**EXHIBIT C**

## Paul S. Marks

**From:** Paul S. Marks
**Sent:** Monday, June 16, 2008 7:49 AM
**To:** 'Milton Yasunaga'; 'Allison Mizuo Lee'
**Subject:** RE: Appeal papers

Milton and Allison:

Not having heard a proposed bond amount in response to my e-mail (below), we have arranged a bond in the amount of $3,100,000, which we expect to be filing today.

Recognizing that you may not agree to that amount, I will be sending along a stipulation to achieve the following:

1. Permit the filing of the bond in the amount of $3,100,000 in court;
2. Stay enforcement of the judgment pending a motion to approve the bond or alternatively to require the filing of a supplemental bond in a greater amount.

We expect to be filing the motion to approve the bond today as well.

Please advise, and thank you.

Paul

---

**From:** Paul S. Marks
**Sent:** Wednesday, June 11, 2008 8:54 AM
**To:** 'Milton Yasunaga'; 'Allison Mizuo Lee'
**Subject:** Appeal papers

Milton and Allison:

Although I understand there is a dialog under way with Judge Chang, we still need to move forward with the appeal process. So here are some filings we made in the appeal court.

Also, please get back to me today with the bond amount you would propose. We will need to get the bond ASAP to file it promptly if we do not reach agreement.

Thanks.

**Paul S. Marks, Esq.**
**Neufeld Law Group**

6/17/2008