**EXHIBIT D**

**Paul S. Marks**

| | |
|---|---|
| From: | Paul S. Marks |
| Sent: | Monday, June 16, 2008 5:32 PM |
| To: | 'Milton Yasunaga'; 'Allison Mizuo Lee' |
| Subject: | Proposed Stipulation for Bond/Stay |
| Attachments: | 133871_1.pdf |

Milton/Allison:

Please review and comment. I should be getting the bond later today or in the morning, and I will e-mail it to you for review. I'd like to get this filed tomorrow.

Thank you.

Paul

# Paul S. Marks, Esq.
**Neufeld Law Group**
**360 East Second Street, Suite 703**
**Los Angeles, California  90012**
**Telephone: (213) 625-2625**
**Facsimile: (213) 625-2650**
**pmarks@neufeldlawgroup.com**
**www.neufeldlawgroup.com**

LOUISE K. Y. ING           2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
        agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:;: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
        pmarks@neufeldlawgroup.com

Attorneys for defendant Ocean Duke Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>          Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br>          Defendant. | CIVIL NO.: CV 04-00055 BMK <br><br> APPEAL COURT DOCKET NO.: 2008-1364 <br><br> **STIPULATED ORDER RE FILING OF UNDERTAKING AND STAY OF ENFORCEMENT OF JUDGMENT** |

133871.1

## STIPULATED ORDER RE FILING OF UNDERTAKING AND STAY OF ENFORCEMENT OF JUDGMENT

The undersigned parties, through counsel, hereby stipulate as follows, and respectfully request that the Court enter an order thereon:

WHEREAS, this Court entered its Final Judgment on May 8, 2008, in favor of plaintiff William Kowalski and against defendant Ocean Duke Corporation, in the amount of $3,020,605.52 (three million, twenty-thousand, six hundred five dollars and fifty-two cents);

WHEREAS, defendant Ocean Duke Corporation has obtained an appeal bond in favor of plaintiff William Kowalski, in the amount of $3,100,000.00 (three million, one hundred thousand dollars), a true and correct copy of which is attached hereto as Exhibit A;

WHEREAS, plaintiff William Kowalski has reserved his right to challenge the amount of the appeal bond;

WHEREAS, defendant Ocean Duke Corporation will bring a motion to approve the bond, to be set for hearing in the last week of July 2008, pursuant to Local Rules;

NOW THEREFORE, this Court hereby orders as follows:

1. The original undertaking referred to in this Stipulation (a copy of which is attached to this Stipulation) shall be filed in this action forthwith;

133871.1

2. Enforcement of the judgment in this case shall be and hereby is STAYED, pending the decision on Ocean Duke's motion for approval of the bond, or upon further order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____.

_____
HON. BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:

_____
ALSTON HUNT FLOYD & ING
LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0

NEUFELD LAW GROUP
TIMOTHY L. NEUFELD (Admitted Pro Hac Vice)
PAUL S. MARKS (Admitted Pro Hac Vice)
Attorneys for defendant OCEAN DUKE CORPORATION

_____
CADES SCHUTTE LLP
MILTON M. YASUNAGA     3058-0
ALLISON MIZUO LEE           7619-0
Attorneys for plaintiffs WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.