**EXHIBIT E**

**Paul S. Marks**

| | |
|---|---|
| **From:** | Paul S. Marks |
| **Sent:** | Tuesday, June 17, 2008 6:17 PM |
| **To:** | 'Milton Yasunaga'; 'Allison Mizuo Lee' |
| **Cc:** | Timothy L. Neufeld; Erin Elizabeth Brady |
| **Subject:** | Confirmation |

This confirms our discussion of today:

1.   I told you that our appeal bond in the amount of $3.1M would be available to be filed in court tomorrow (Wednesday).

2.   I asked you for a further stay of enforcement until the parties agreed on a bond amount.

3.   You refused to grant an additional stay of enforcement, because you did not agree to our bond amount.

4.   I reminded you that I had asked you on more than one occasion for a proposed bond amount, but you have never given one.

5.   You mentioned you had a Hawaii state court case suggesting a reasonable amount would be 120% of the judgment amount.

6.   Whereupon, I asked you if you would agree to a bond in the amount of $3.6M.

7.   You did not respond to my question, which I re-asked at another point in our discussion, again to no avail.

8.   I asked you again to refrain from enforcement until the bond amount could be decided.

9.   I also told you I had never had an opposing lawyer refuse to refrain from enforcement, pending appeal bond arrangements.

10.   You again refused to do so.

11.   I advised you that you left me with no choice but to file an emergency ex parte application.

BY THIS E-MAIL:

1.   WE ARE CONFIRMING THAT WE WILL BE FILING AN EX PARTE

APPLICATION THIS EVENING, SEEKING A FURTHER STAY OF ENFORCEMENT, PERMITTING THE FILING OF OUR BOND IN THE AMOUNT OF $3.1M, AND ASKING THE COURT TO DETERMINE THE AMOUNT OF THE BOND.

2.    WE ARE DEMANDING THAT YOU REFRAIN FROM ENFORCEMENT OF THE JUDGMENT UNTIL THE COURT RULES ON OUR EX PARTE APPLICATION.

We welcome your agreement to the relief set forth above, without the need for court intervention.

**Paul S. Marks, Esq.**
**Neufeld Law Group**
**360 East Second Street, Suite 703**
**Los Angeles, California  90012**
**Telephone: (213) 625-2625**
**Facsimile: (213) 625-2650**
**pmarks@neufeldlawgroup.com**
**www.neufeldlawgroup.com**