LOUISE K. Y. ING          2394-0
ALLISON KIRK GRIFFITHS    8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
       akirk@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. CV 04-0055 BMK<br><br>[PROPOSED] ORDER GRANTING *EX-PARTE* APPLICATION FOR STAY OF ENFORCEMENT OF JUDGMENT BASED ON:<br><br>1. IMMEDIATE FILING OF APPEAL BOND IN THE AMOUNT OF $3,100,000; AND<br><br>2. RESOLUTION OF NOTICED MOTION TO APPROVE SIZE OF THE APPEAL BOND |

133897.1

# [PROPOSED] ORDER

Having considered the *ex parte* application of defendant Ocean Duke Corporation ("Ocean Duke") for an order granting stay of enforcement of the judgment in this action, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. Enforcement of the judgment in this action is stayed until further order of this Court.

2. Ocean Duke's appeal bond in the amount of $3,100,000.00 is provisionally approved, subject to this Court's final approval of the bond amount based on noticed motion.

3. Defendant Ocean Duke shall notice its motion to set the final amount of the appeal bond for hearing during the final week of July 2008.


DATED: June ___, 2008


**UNITED STATES MAGISTRATE JUDGE**

133897.1