LOUISE K. Y. ING          2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower, 1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  ling@ahfi.com
          agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625 -2625
Facsimile:  (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
          pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-00055 BMK <br><br> **CERTIFICATE OF SERVICE** |

133899.1

## CERTIFICATE OF SERVICE

I hereby certify that on the dates and methods of service noted below, a true and correct copy of 1) Defendant's *Ex-Parte* Application for Stay of Enforcement of Judgment; 2) Memorandum in Support of *Ex Parte* Application for Stay Of Enforcement of Judgment and Related Relief; 3) Declaration of Paul S. Marks in Support of *Ex-Parte* Application for Stay of Enforcement of Judgment and 4) Proposed Order Granting *Ex-Parte* Application for Stay of Enforcement of Judgment was served on the following at their last known address:

Served electronically through CM/ECF

Milton M. Yasunaga        myasunaga@cades.com         June 17, 2008


DATED:  Los Angeles, California, June 17, 2008.


_____/s/ Paul S. Marks_____
PAUL S. MARKS
LOUISE K. Y. ING
Attorneys for defendant
    OCEAN DUKE CORPORATION

133899.1