CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-0055 BMK <br><br> **CROSS APPELLANTS' STATEMENT OF ISSUES PRESENTED IN CROSS APPEAL; TRANSCRIPT DESIGNATION AND ORDERING FORM; CERTIFICATE OF SERVICE** |
|---|---|

## CROSS APPELLANTS' STATEMENT OF ISSUES PRESENTED IN CROSS APPEAL

Pursuant to Rule 10(b)(3)(A) of the Federal Rules of Appellate Procedure, Cross-Appellants William R. Kowalski ("Kowalski") and Hawaii International Seafood, Inc. ("HISI") (collectively "Cross-Appellants") provide this statement of the issues they intend to present on cross-appeal.

Cross-Appellants intend to challenge the court's ruling permitting Appellant/Cross-Appellee Ocean Duke Corporation ("Ocean Duke") to raise previously undisclosed defenses shortly before trial and after the close of discovery which deprived Cross-Appellants a reasonable opportunity to prepare to meet these defenses at trial. Particularly, Cross-Appellants will appeal the propriety of allowing Ocean Duke to challenge HISI's standing to sue and Kowalski's entitlement to seek the lost profits of HISI as a component of his own damages.

Cross-Appellants will also appeal the court's decision, rendered shortly before the case was submitted to the jury, that Kowalski did not come forth with enough evidence at trial to support that he would have realized the profits of his wholly owned company HISI and therefore was not entitled to recover HISI's lost profits as a component of the damages that he suffered personally. Cross-Appellants may also challenge the court's decision that HISI lacked standing.

ImanageDB:897967.1

Cross-Appellants may also challenge the court's denial of its motion for enhancement of damages and the court's decision to utilize the US Treasury Bill rate in calculating the amount of pre-judgment interest owed by Ocean Duke.

Accompanying this Statement is the Transcript Designation and Ordering Form.

DATED: Honolulu, Hawaii, June 18, 2008.

CADES SCHUTTE LLP

MILTON M. YASUNAGA
ALLISON MIZUO LEE

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.

ImanageDB:897967.1