IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-0055 BMK <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of Cross Appellants' Statement Of Issues Presented In Cross Appeal and Transcript Designation and Ordering Form were duly served on the following at their last known addresses via US Mail:

> **Paul Marks, Esq.**
> **Timothy Neufeld, Esq.**
> NEUFELD LAW GROUP
> 360 E. Second Street
> Suite 703
> Los Angeles, CA 90012
>
> Attorneys for Defendant
> OCEAN DUKE CORPORATION

ImanageDB:897967.1

DATED: Honolulu, Hawaii, June 18, 2008.

        CADES SCHUTTE LLP

        _/s/ Milton M. Yasunaga_
        MILTON M. YASUNAGA
        ALLISON MIZUO LEE

        Attorneys for Plaintiffs
        WILLIAM R. KOWALSKI and HAWAII
        INTERNATIONAL SEAFOOD, INC.