CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
ALLISON MIZUO LEE      7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | CIVIL NO. 04-0055 BMK |
|---|---|
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | **(Re Amended Transcript Designation and Ordering Form)** |
| OCEAN DUKE CORPORATION, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the Amended Transcript Designation and Ordering Form filed by Cross-Appellants William R. Kowalski and Hawaii International Seafood, Inc. on June 18, 2008 was duly served on the following at their last known addresses via US Mail:

**Paul Marks, Esq.**
**Timothy Neufeld, Esq.**
NEUFELD LAW GROUP
360 E. Second Street
Suite 703
Los Angeles, CA 90012

Attorneys for Defendant
OCEAN DUKE CORPORATION

DATED:  Honolulu, Hawaii, June 18, 2008.

                        CADES SCHUTTE LLP


                        \s\ Allison Mizuo Lee
                        MILTON M. YASUNAGA
                        ALLISON MIZUO LEE

                        Attorneys for Plaintiffs
                        WILLIAM R. KOWALSKI and HAWAII
                        INTERNATIONAL SEAFOOD, INC.