


LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  ling@ahfi.com
        agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OCEAN DUKE CORPORATION,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00055 BMK<br><br>1.  **NOTICE OF FILING OF APPEAL BOND IN THE AMOUNT OF $3.1 MILLION DOLLARS;**<br><br>2.  **SUPPLEMENTAL DECLARATION OF PAUL S. MARKS IN SUPPORT OF *EX PARTE* APPLICATION FOR STAY OF ENFORCEMENT AND RELATED RELIEF;** CERTIFICATE OF SERVICE |

133919.1

## DECLARATION OF PAUL S. MARKS

I, Paul S. Marks, declare as follows:

1.   I am a lawyer with Neufeld Law Group, counsel to defendant Ocean Duke Corporation ("Ocean Duke"). I have personal knowledge of the facts described in this declaration, and if called upon to testify in court under oath, I could and would so testify.

2.   On June 17, 2008, Ocean Duke filed its *Ex Parte* Application for Stay of Enforcement of the Judgment, based on the filing of an appeal bond in the amount of $3,100,000.00.

3.   Ocean Duke has now obtained its appeal bond in the amount of $3,100,000.00. Attached hereto as Exhibit A is a true and correct copy of the appeal bond that was obtained from Bond Services of California for $3,100,000.00.

4.   The *original* bond will be filed in Court on the morning of June 19, 2008.

5.   Whereupon, Ocean Duke prays for issuance of the *Ex Parte* Order lodged in this action on June 17, 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of Hawai'i that the foregoing is true and correct.

133919.1

Executed in Los Angeles, California, on June 18, 2008.

_____
PAUL S. MARKS

133919.1

2