IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-0055 BMK<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was duly served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Louise K. Y. Ing | ling@ahfi.com |
| Allison K. Griffiths | akirk@ahfi.com |
| Paul Marks | pmarks@neufeldlawgroup.com |

ImanageDB:898498.2

DATED: Honolulu, Hawaii, June 19, 2008.

>CADES SCHUTTE LLP
>
>\s\ Milton M. Yasunaga
>MILTON M. YASUNAGA
>ALLISON MIZUO LEE
>
>Attorneys for Plaintiffs
>WILLIAM R. KOWALSKI and HAWAII
>INTERNATIONAL SEAFOOD, INC.

ImanageDB:898498.2