CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 19 2008
at 11 o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. 04-0055 BMK<br><br>**RETURN AND ACKNOWLEDGMENT OF SERVICE**<br><br>(re: Garnishee Summons and Order filed June 10, 2008)<br><br>[P&E Foods, Inc.] |

## RETURN AND ACKNOWLEDGMENT OF SERVICE

I declare under penalty of perjury that I served the document listed below by delivering a certified copy of said document to the person at the time, date and place shown. Receipt of the documents has been acknowledged by the person's signature.

**Plaintiff William R. Kowalski's Ex Parte Motion for Issuance of Garnishee Summons After Judgment; Declaration of Allison Mizuo Lee; Exhibit "A"; Order for Issuance of Garnishee Summons;** *Garnishee Summons and Order*

| | |
|---|---|
| Party Served: | P&E FOODS, INC. |
| Time Served: | 10:51 AM |
| Date Served: | 6/18/2008 |
| Place Served: | 3077 KOAPAKA ST. #202, HONOLULU HI. 96819 |
| Acknowledgment of Person Served: | /s/ Jennifer Lee Mgr 6/18/08 10:51 |

DATED: Honolulu, Hawaii, JUNE 19, 2008

Sheriff   AGENT A. SHANNON