CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058-0
ALLISON MIZUO LEE      7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 19 2008

at 11 o'clock and 06 min A .M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-0055 BMK <br><br> **RETURN AND ACKNOWLEDGMENT OF SERVICE** <br><br><br> (re: Garnishee Summons and Order filed June 10, 2008) <br><br> [U. Okada & Company, Ltd.] |

## RETURN AND ACKNOWLEDGMENT OF SERVICE

I declare under penalty of perjury that I served the document listed below by delivering a certified copy of said document to the person at the time, date and place shown. Receipt of the documents has been acknowledged by the person's signature.

**Plaintiff William R. Kowalski's Ex Parte Motion for Issuance of Garnishee Summons After Judgment; Declaration of Allison Mizuo Lee; Exhibit "A"; Order for Issuance of Garnishee Summons;** *Garnishee Summons and Order*

| | |
|---|---|
| Party Served: | U. OKADA & COMPANY, LTD |
| Time Served: | 09:35 AM |
| Date Served: | 6/18/2008 |
| Place Served: | 1000 QUEEN STREET, HONOLULU HI. 96813 |
| Acknowledgment of Person Served: | *JoAnn Okada* JoAnn Okada Office Clerk 6/18/08 0935 |

DATED: Honolulu, Hawaii, JUNE 19, 2008

Sheriff    AGENT A. SHANNON