CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
ALLISON MIZUO LEE     7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com



Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-0055 BMK <br><br> **RETURN AND ACKNOWLEDGMENT OF SERVICE** <br><br><br> (re: Garnishee Summons and Order filed June 10, 2008) <br><br> [Phillips Sales Company, Incorporated] |

## RETURN AND ACKNOWLEDGMENT OF SERVICE

I declare under penalty of perjury that I served the document listed below by delivering a certified copy of said document to the person at the time, date and place shown. Receipt of the documents has been acknowledged by the person's signature.

**Plaintiff William R. Kowalski's Ex Parte Motion for Issuance of Garnishee Summons After Judgment; Declaration of Allison Mizuo Lee; Exhibit "A"; Order for Issuance of Garnishee Summons;** *Garnishee Summons and Order*

Party Served: PHILLIP SALES COMPANY, INCORPORATED

Time Served: 09:26 AM

Date Served: 6/18/2008

Place Served: 875 WAIMANU STREET S-535
HONOLULU, HI. 96813

Acknowledgment of Person Served: _[signature]_ MARTHA E VERA VICE PRESIDENT  6/18/08 09%

DATED: Honolulu, Hawaii, JUNE 19, 2008

_[signature]_
Sheriff   AGENT A. SHANNON