LOUISE K. Y. ING                 2394-0
ALLISON KIRK GRIFFITHS   8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  ling@ahfi.com
            agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
            pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>OCEAN DUKE CORPORATION,<br><br>            Defendant. | CIVIL NO. CV 04-00055 BMK<br><br>**NOTICE OF FILING OF ADDITIONAL SURETY RIDER, INCREASING APPEAL BOND TOTAL TO $3,650,000;**<br><br>**SUPPLEMENTAL DECLARATION OF PAUL S. MARKS IN SUPPORT OF EX PARTE APPLICATION TO STAY OF ENFORCEMENT OF JUDGMENT; EXHIBITS A AND B; CERTIFICATE OF** |

133928.1

SERVICE

**NOTICE OF FILING OF ADDITIONAL SURETY RIDER, INCREASING APPEAL BOND AMOUNT TO $3,650,000**

Please take notice that defendant Ocean Duke Corporation ("Ocean Duke") is herewith filing its additional surety rider, increasing the amount of the surety bond on file from $3,100,000.00 to $3,650,000.00. The original will be filed in court by no later than June 26, 2008.

DATED:   Los Angeles, California, June 19, 2008.

/s/ Paul S. Marks_____
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
TIMOTHY L. NEUFELD
PAUL S. MARKS
Attorneys for Defendant
OCEAN DUKE CORPORATION