IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>         Plaintiffs,<br><br>    v.<br><br>OCEAN DUKE CORPORATION,<br><br>         Defendant. | CIVIL NO. CV 04-00055 BMK<br><br>**SUPPLEMENTAL DECLARATION OF PAUL S. MARKS IN SUPPORT OF EX PARTE APPLICATION TO STAY OF ENFORCEMENT OF JUDGMENT** |

**SUPPLEMENTAL DECLARATION OF PAUL S. MARKS IN SUPPORT OF EX PARTE APPLICATION TO STAY OF ENFORCEMENT OF JUDGMENT**

I, Paul S. Marks, declare as follows:

1.     I am a lawyer with Neufeld Law Group, counsel to defendant Ocean Duke Corporation ("Ocean Duke"). I have personal knowledge of the facts described in this declaration, and if called upon to testify in court under oath, I could and would so testify.

2.     On June 17, 2008, Ocean Duke filed its *Ex Parte* Application for Stay of Enforcement of the Judgment, based on the filing of an appeal bond in the amount of $3,100,000.00. The next day, June 18, 2008, Ocean Duke obtained an appeal bond in the amount of $3,100,000.00 and filed it with this Court.

133928.1

3. As stated in the *Ex Parte* Application, Mr. Yasunaga has never specified a bond amount that would be agreeable to him. That is still true as of a few hours before the hearing on the *Ex Parte* Application.

4. Mr. Yasunaga has spoken of a reported case, in which it was stated that an amount equaling 120% of the judgment would be reasonable. In an effort to avoid a hearing on the motion, Ocean Duke has now obtained an additional rider for the amount of $550,000.00, which increases the appeal bond total to $3,650,000.00. This amount **exceeds** the 120% of the judgment that Mr. Yasunaga has previously mentioned. A true and correct copy of the surety rider is attached hereto as Exhibit A.

5. Additionally, Ocean Duke has requested that Mr. Yasunaga stipulate to this increased bond amount, since it is an amount *higher* than the only number he has ever hinted at. Specifically, I sent Mr. Yasunaga the attached Exhibit B letter, enclosing a proposed stipulation and a proposed Court Order, as of 10:08 a.m. today, Hawai'i time. At the time of filing this declaration, Mr. Yasunaga has not yet responded to the letter, and indeed has not communicated with me at all since before the filing of the *Ex Parte* Application.

I declare under penalty of perjury under the laws of the United States of America and the State of Hawai'i that the foregoing is true and correct.

Executed in Los Angeles, California, on June 19, 2008.

_____/s/ Paul S. Marks_____

PAUL S. MARKS

133928.1                                    3