## AMERICAN CONTRACTORS INDEMINTY COMPANY
### LOS ANGELES, CALIFORNIA

WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,

    Plaintiff,

v.

OCEAN DUKE CORPORATION,

    Defendants.

Case No. **CV 04-00055 BMK**

AMERICAN CONTRACTORS INDEMNITY COMPANY
9841 AIRPORT BLVD., 9TH FLOOR
LOS ANGELES, CA 90045

## SURETY RIDER

To be attached to and form a part of Bond No. **443860** for (**CASE NO. CV04-00055 BMK**) in the amount **THREE MILLION ONE HUNDRED THOUSAND AND 00/100 ($3,100,00.00)** on behalf of **OCEAN DUKE CORPORATION** as principal and executed by **AMERICAN CONTRACTORS INDEMNITY COMPANY**, as Surety.
Effective date of change: **19 JUNE 2008**

In consideration of the mutual agreements herein contained the Principal and the Surety hereby consent to the following changes: **BOND AMOUNT INCREASED.**

### BOND AMOUNT INCREASED

From: **THREE MILLION ONE HUNDRED THOUSAND AND 00/100 ($3,100,000.00)**

To: **THREE MILLION SIX HUNDRED FIFTY THOUSAND AND 00/100 ($3,650,000.00)**

Nothing herein contained shall vary, alter or extend any provision or condition of this bond except as herein expressly stated.

SIGNED, SEALED AND DATED THIS 19th DAY OF **JUNE**, **2008**.

By _____
    WILL MINGRAM  Attorney in-Fact

**EXHIBIT A**

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA

County of __Los Angeles__ }

On __19 June 2008__ before me, __Jennifer Wayne, a notary public__,
   Date                                    Here Insert Name and Title of the Officer

personally appeared __Will Mingram__
                                Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____
                Signature of Notary Public

JENNIFER WAYNE
COMM. #1539308
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Jan. 26, 2009

Place Notary Seal Above

——————————— OPTIONAL ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

Description of Attached Document

Title or Type of Document: _____

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

Capacity(ies) Claimed by Signer(s)

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

# American Contractors Indemnity Company 

9841 Airport Blvd., 9th Floor Los Angeles, California 90045

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That American Contractors Indemnity Company of the State of California, a California corporation, does hereby appoint,
**Jennifer Wayne, Kevin J. Phillips, Christopher M. Haenel, Alfonso Lujan, Will Mingram, Jeff Aase, John G. Slater, Sylvia Diane Caneva, or John D. Strong of Los Angeles, California**

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business and to bind the Company thereby, in an amount not to exceed $ ***3,000,000.00***. This Power of Attorney shall expire without further action on November 3, 2011.

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following resolutions adopted by the Board of Directors of AMERICAN CONTRACTORS INDEMNITY COMPANY at a meeting duly called and held on the 6th day of December, 1990.

*"RESOLVED that the Chief Executive Officer, President or any Vice President, Executive Vice President, Secretary or Assistant Secretary, shall have the power and authority*

1. *To appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and,*

2. *To remove, at any time, any such Attorney-in-Fact and revoke the authority given.*

*RESOLVED FURTHER, that the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney or certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached."*

IN WITNESS WHEREOF, American Contractors Indemnity Company has caused its seal to be affixed hereto and executed by its authorized officer on the 17th day of June, 2008.

AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _____
Name: Leon B. Back, Jr.   its Senior Vice President

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On June 17, 2008 before me, Sabina Morgenstein, a notary public personally appeared Leon B. Back Jr. who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____ (Seal)

SABINA MORGENSTEIN
Commission # 1777668
Notary Public - California
Los Angeles County
My Comm. Expires Nov 3, 2011

I, Frank M. Lanak, Assistant Corporate Secretary of American Contractors Indemnity Company, do hereby certify that the Power of Attorney and the resolutions adopted by the Board of Directors of said Company as set forth above, are true and correct transcripts thereof and that neither the said Power of Attorney nor the resolutions have been revoked and they are now in full force and effect.

IN WITNESS HEREOF, I have hereunto set my hand this 19th day of June, 2008.

Bond No. 443860

Agency No. 2505

_____
Frank M. Lanak, Assistant Corporate Secretary

POA01/08