# NEUFELD LAW GROUP
A PROFESSIONAL CORPORATION

360 East Second Street • Suite 703 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650 • Website: www.neufeldlawgroup.com

ERIN E. BRADY
GAELLE H. GRALNEK
JOHN M. KENNEDY
PAUL S. MARKS
TIMOTHY L. NEUFELD
YURIKO MARY SHIKAI
KELLY N. STONE
EVA WONG

ALLEN E. RENNETT, Of Counsel

GABRIELA MOLINA, Legal Assistant

PAUL S. MARKS
Direct Dial: (213) 229-2466
Email: pmarks@neufeldlawgroup.com

June 19, 2008

**VIA E-MAIL**

Milton Yasunaga, Esq.
Cades Schutte LLP
1000 Bishop Street
Suite 1200
Honolulu, Hawaii 96813

Re:  *Kowalski v. Ocean Duke*

Dear Mr. Yasunaga:

As you know, Ocean Duke filed its appeal bond in the amount of $3,100,000 yesterday. This bond amount was selected to fully secure your client's judgment for the foreseeable future, pending a noticed motion to approve that amount, or set a different amount in the Court's discretion.

This amount was selected in the absence of any response from you as to a bond amount that would be acceptable. Although you did cite us to case law suggesting 120% was a reasonable amount, you did not respond to my two requests asking you whether you would agree to that amount.

Now, as you also know, the Court has set a hearing for today on our ex parte application for a stay of enforcement. In order to avoid the need for a hearing, we are sending you the enclosed stipulation, which provides for entry of a court order for: (1) a stay of enforcement; (2) approval of a bond in the amount of $3,650,000; and (3) an order withdrawing any garnishments or other enforcements you may have attempted.

121815.2

**EXHIBIT B**

Milton Yasunaga
June 19, 2008
Page 2

We selected this higher bond amount to be slightly above the 120% figure cited in the case law you provided us. This amended bond amount should fully protect your client for at least two years of interest and reasonable attorneys' fees. Further, since the 120% number represents the only response you have given to my several requests for an agreed-to bond amount, we believe you should agree to the bond we are filing, which is higher than that amount.

We hereby request your immediate execution of the attached stipulation and proposed order, in order to avoid the need for a hearing today.

***PLEASE BE FURTHER ADVISED THAT WE WILL BE FILING A SUPPLEMENTAL DECLARATION IN SUPPORT OF OUR EX PARTE APPLICATION, INDICATING THAT WE ARE IN PROCESS OF INCREASING THE BOND AMOUNT, AND ATTACHING THIS LETTER AND ITS ENCLOSURES.***

Sincerely,

Paul S. Marks

121815.2

LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS      8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
       akirk@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. CV 04-0055 BMK<br><br>**STIPULATION TO STAY OF ENFORCEMENT OF JUDGMENT BASED ON:**<br><br>**1. PREVIOUS FILING OF APPEAL BOND IN THE AMOUNT OF $3,100,000; AND**<br><br>**2. FILING OF ADDITIONAL SURETY RIDER INCREASING APPEAL BOND TOTAL TO $3,650,000.** |

133926.1

## **STIPULATION**

Plaintiffs William R. Kowalski and Hawaii International Seafood, Inc., on the one hand, and with Defendant Ocean Duke Corporation on the other hand, respectfully submit this stipulation, requesting that the Court enter the attached order for a stay of enforcement of the judgment in this action, and related relief.


DATED: June 19, 2008      NEUFELD LAW GROUP
                                                     A Professional Corporation
                                                Timothy L. Neufeld
                                                Paul S. Marks

By: _____
     Paul S. Marks
     Counsel for Ocean Duke Corp.

DATED: June 19, 2008      CADES SHUTTLE, LLP
                                                Milton Yasunaga


By: _____
     Milton Yasunaga
     Counsel for William Kowalski and Hawaii
     International Seafood, Inc.

133926.1

LOUISE K. Y. ING          2394-0
ALLISON KIRK GRIFFITHS    8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: ling@ahfi.com
       akirk@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN DUKE CORPORATION,<br><br>Defendant. | CIVIL NO. CV 04-0055 BMK<br><br>[PROPOSED AMENDED] ORDER GRANTING *EX-PARTE* APPLICATION FOR STAY OF ENFORCEMENT OF JUDGMENT BASED ON:<br><br>1. PREVIOUS FILING OF APPEAL BOND IN THE AMOUNT OF $3,100,000; AND<br><br>2. FILING OF ADDITIONAL SURETY RIDER INCREASING APPEAL BOND TOTAL TO $3,650,000. |

133897.1

# [PROPOSED AMENDED] ORDER

Having considered the *ex parte* application of defendant Ocean Duke Corporation ("Ocean Duke") for an order granting stay of enforcement of the judgment in this action, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. Ocean Duke's appeal bond in the amount of $3,100,000.00, which is already on file, together with the additional surety rider for $550,000.00, equaling a total appeal bond in the amount of $3,650,000.00, is approved by this Court as sufficient to stay enforcement of the judgment in this action.

2. Enforcement of the judgment in this action is stayed until further order of this Court.

3. Ocean Duke shall have the original bond and original surety rider on file with this Court as soon as possible, but no later than June 26, 2008.

4. All garnishee orders, or other enforcement of judgment actions, are hereby ordered withdrawn, and shall have no further force and effect.

5. Any customer of Ocean Duke who has been served with a garnishee order, or other enforcement action, is hereby ordered **not** to comply therewith.

DATED: June ___, 2008

UNITED STATES MAGISTRATE JUDGE

133897.1