LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  ling@ahfi.com
        agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street, Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant OCEAN DUKE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-00055 BMK <br><br> **SECOND SUPPLEMENTAL DECLARATION OF PAUL S. MARKS IN SUPPORT OF EX PARTE APPLICATION FOR STAY OF ENFORCEMENT OF JUDGMENT** <br><br> **(AUTHENTICATING REVISED POWER OF ATTORNEY)** |

133928.2

**SECOND SUPPLEMENTAL DECLARATION OF PAUL S. MARKS**

I, Paul S. Marks, declare as follows:

1.    I am a lawyer with Neufeld Law Group, counsel to defendant Ocean Duke Corporation ("Ocean Duke").  I have personal knowledge of the facts described in this declaration, and if called upon to testify in court under oath, I could and would so testify.

2.    Attached hereto as Exhibit A is a true and correct copy of the revised Power of Attorney in connection with the appeal bond in the amount of $3,650,000.00.  Mr. Yasunaga had filed opposition papers pointing out a discrepancy in the dollar amount referred to in the previously-filed Power of Attorney (for $3,000,000) compared to the previously-filed appeal bond in the amount of $3,100,000.  This revised Power of Attorney, attached hereto, covers both the first appeal bond and the surety rider, for a total of $3,650,000.

I declare under penalty of perjury under the laws of the United States of America and the State of Hawai'i that the foregoing is true and correct.

Executed in Los Angeles, California, on June 19, 2008.

_____

PAUL S. MARKS

133928.2