# American Contractors Indemnity Company 

9841 Airport Blvd., 9th Floor Los Angeles, California 90045

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That American Contractors Indemnity Company of the State of California, a California corporation, does hereby appoint,

**Will Mingram of Los Angeles, California**

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business and to bind the Company thereby, in an amount not to exceed $ ___***Unlimited***___ . This Power of Attorney shall expire without further action on ___November 3, 2011___ .

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following resolutions adopted by the Board of Directors of AMERICAN CONTRACTORS INDEMNITY COMPANY at a meeting duly called and held on the 6th day of December, 1990.

"RESOLVED that the Chief Executive Officer, President or any Vice President, Executive Vice President, Secretary or Assistant Secretary, shall have the power and authority

1. To appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and,

2. To remove, at any time, any such Attorney-in-Fact and revoke the authority given.

RESOLVED FURTHER, that the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney or certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached."

IN WITNESS WHEREOF, American Contractors Indemnity Company has caused its seal to be affixed hereto and executed by its authorized officer on the 19th day of June , 200 8 .

AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _____
Name: Leon B. Back, Jr.    its Senior Vice President

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On June 19, 2008 before me, Sabina Morgenstein, a notary public
personally appeared Leon B. Back Jr.
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ___California___ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____ (Seal)

> SABINA MORGENSTEIN
> Commission # 1777668
> Notary Public - California
> Los Angeles County
> My Comm. Expires Nov 3, 2011

I, Frank M. Lanak, Assistant Corporate Secretary of American Contractors Indemnity Company, do hereby certify that the Power of Attorney and the resolutions adopted by the Board of Directors of said Company as set forth above, are true and correct transcripts thereof and that neither the said Power of Attorney nor the resolutions have been revoked and they are now in full force and effect.

IN WITNESS HEREOF, I have hereunto set my hand this 19th day of June , 200 8 .    **EXHIBIT A**

Bond No. 443860

Agency No. 2505

_____
Frank M. Lanak, Assistant Corporate Secretary

POA01/08