# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00055 BMK |
| CASE NAME: | William R. Kowalski v. Ocean Duke Corporation |
| ATTYS FOR PLA: | Milton M. Yasunaga |
| ATTYS FOR DEFT: | Paul Alston |
| | Paul S. Marks, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | FTR C5 |
| DATE: | 6/19/2008 | TIME: | 3:00-3:12 |

COURT ACTION:  EP: [289] Ex Parte Application For Stay Of Enforcement Of Judgment Based On: (1) Immediate Filing Of Appeal Bond In The Amount Of $3,100,000; and (2) Resolution Of Noticed Motion To Approve Size Of Appeal Bond - discussions held re bond.  Court will not enter a stay at this time.

Further hearing re [289] Ex Parte Application For Stay Of Enforcement Of Judgment Based On: (1) Immediate Filing Of Appeal Bond In The Amount Of $3,100,000; and (2) Resolution Of Noticed Motion To Approve Size Of Appeal Bond is set for 6/23/2008 @ 2:00 p.m. before Judge Barry M. Kurren.

Submitted by Richlyn W. Young, courtroom manager