CADES SCHUTTE LLP

MILTON M. YASUNAGA    3058-0
ALLISON MIZUO LEE       7619-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
E-mail: myasunaga@cades.com



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 19 2008
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO. 04-0055 BMK <br><br> **RETURN AND ACKNOWLEDGMENT OF SERVICE** <br><br><br> **(re: Garnishee Summons and Order filed June 10, 2008)** <br><br> **[Ham Produce and Seafood, Inc.]** |

## RETURN AND ACKNOWLEDGMENT OF SERVICE

I declare under penalty of perjury that I served the document listed below by delivering a certified copy of said document to the person at the time, date and place shown. Receipt of the documents has been acknowledged by the person's signature.

**Plaintiff William R. Kowalski's Ex Parte Motion for Issuance of Garnishee Summons After Judgment; Declaration of Allison Mizuo Lee; Exhibit "A"; Order for Issuance of Garnishee Summons;** *Garnishee Summons and Order*

| | |
|---|---|
| Party Served: | HAM PRODUCE AND SEAFOOD, INC. THROUGH SAM HUGM, VICE PRES. |
| Time Served: | 09:10 AM |
| Date Served: | 6/18/2008 |
| Place Served: | 918 BANNISTER ST. HONOLULU HI. 96819 |
| Acknowledgment of Person Served: | [signature] SAM HUGH 6/18/08 0910 V/P |

DATED: Honolulu, Hawaii, JUNE 19, 2008

[signature]
Sheriff    AGENT A. SHANNON