# American Contractors Indemnity Company

United States District Court for
The District of Hawaii

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiff, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | No. **CV 04-00055 BMK** <br> UNDERTAKING FOR APPEAL <br><br> AMERICAN CONTRACTORS INDEMNITY COMPANY <br> 9841 AIRPORT BLVD., 9TH FLOOR <br> LOS ANGELES, CA 90045 |

WHEREAS said <u>Ocean Duke Corporation</u>, feeling aggrieved thereby, intend(s) to appeal therefrom, and therefore desires to give an undertaking for Appeal and Stay of Execution as provided in FRCP §62.

NOW THEREFORE, American Contractors Indemnity Company, undertakes that if the Judgment or Order appealed from, or any part of it, is affirmed, or the Appeal is dismissed, we acknowledge ourselves bound to pay to the Appellee, <u>William Kowalski</u>, under said statutory obligation, the amount directed to be paid by the said Judgment or Order, or the part of such amount as to which the said Judgment or Order is affirmed, if it be affirmed only in part, which shall be awarded against said Appellants on said appeal, plus interest and costs, not to exceed the sum of <u>Three million six hundred fifty thousand</u> Dollars (<u>$3,650,000.00</u>).

CONDITIONED that if <u>Ocean Duke Corpoation</u>, as Principal/Appellant, shall pay to the Appellee the amount directed to be paid by the said Judgment or Order, or the part of such amount as to which the said Judgment or Order is affirmed, if it be affirmed only in part, which shall be awarded against said Appellants on said appeal, plus interest and costs, then this obligation shall be void; otherwise to remain in full force and effect.

Payment of the aforesaid amount shall be made with in 90 (ninety) days after Appellant or Appellee makes a claim for payment on the bond, which claim shall include all necessary information to render such payment. Such claim may be made immediately after entry of the appellate court's final order, and Principal authorizes Surety to pay such claim upon receipt of the claim without requiring further approval from the Principal.

It is further agreed by the Surety, that in case of default or contumacy on the of the Surety, the court may, upon notice to it of not less than ten days, proceed summarily to render judgment against it in accordance with their obligation and award execution thereon.

Dated this <u>23rd</u> day of <u>JUNE</u>, 2008.

BOND NO. <u>443860</u>
PREMIUM $37,000.00

AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _____
WILL MINGRAM, Attorney-in-Fact

***Substitute original bond. Supersedes and replaces any other original bonds bearing the same bond number.***

EXHIBIT A

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA

County of __Los Angeles__

On __23 June 2008__ before me, __Jennifer Wayne, a notary public__
   Date                                         Here Insert Name and Title of the Officer

personally appeared __Will Mingram__
                                            Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____
           Signature of Notary Public

JENNIFER WAYNE
COMM. #1539308
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Jan. 26, 2009

Place Notary Seal Above

—————————— OPTIONAL ——————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing:
_____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing:
_____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

# American Contractors Indemnity Company 

9841 Airport Blvd., 9th Floor Los Angeles, California 90045

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That American Contractors Indemnity Company of the State of California, a California corporation, does hereby appoint,

**Will Mingram of Los Angeles, California**

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business and to bind the Company thereby, in an amount not to exceed $ ***Unlimited***. This Power of Attorney shall expire without further action on November 3, 2011.

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following resolutions adopted by the Board of Directors of AMERICAN CONTRACTORS INDEMNITY COMPANY at a meeting duly called and held on the 6th day of December, 1990.

"RESOLVED that the Chief Executive Officer, President or any Vice President, Executive Vice President, Secretary or Assistant Secretary, shall have the power and authority

1. To appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and,

2. To remove, at any time, any such Attorney-in-Fact and revoke the authority given.

RESOLVED FURTHER, that the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney or certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached."

IN WITNESS WHEREOF, American Contractors Indemnity Company has caused its seal to be affixed hereto and executed by its authorized officer on the 20th day of June, 2008.

AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _____
Name: Leon B. Back, Jr.    its Senior Vice President

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On June 20, 2008 before me, Sabina Morgenstein, a notary public, personally appeared Leon B. Back, Jr. who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _Sabina Morgenst_ (Seal)

SABINA MORGENSTEIN
Commission # 1777668
Notary Public - California
Los Angeles County
My Comm. Expires Nov 3, 2011

I, Jeannie J. Kim, Corporate Secretary of American Contractors Indemnity Company, do hereby certify that the Power of Attorney and the resolutions adopted by the Board of Directors of said Company as set forth above, are true and correct transcripts thereof and that neither the said Power of Attorney nor the resolutions have been revoked and they are now in full force and effect.

IN WITNESS HEREOF, I have hereunto set my hand this 23rd day of June, 2008.

Bond No. 443860
Agency No. 2505

Jeannie J. Kim, Corporate Secretary

POA01/08