IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM R. KOWALSKI, | ) | |
| | ) | Civ. No. 04-00055 BMK |
| Plaintiff , | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING STAY OF |
| | ) | ENFORCEMENT OF JUDGMENT |
| OCEAN DUKE CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant . | ) | |
| _____ | ) | |

ORDER GRANTING STAY OF ENFORCEMENT OF JUDGMENT

Having considered the *ex parte* application of Defendant Ocean Duke Corporation ("Ocean Duke") for an order granting stay of enforcement of the judgment in this action, and after holding hearings on this matter on June 19 and June 23, 2008,

IT IS HEREBY ORDERED THAT:

1. Ocean Duke's appeal bond in the amount of $3,650,000, dated June 23, 2008, is approved by this Court as being sufficient to stay enforcement of the judgment in this action.

2. Enforcement of the judgment in this action is stayed until further order of this Court.

3. All garnishee orders, or other enforcement of judgment actions, are hereby ordered withdrawn, and shall have no further force and effect.

4. Any customer of Ocean Duke who has been served with a garnishee order, or other enforcement action, is hereby ordered not to comply therewith.

5. Ocean Duke is further ordered to address the Court's remaining concerns about the language of the bond by June 27, 2008.  Specifically, the Court requests clarification:

> a) regarding the "necessary information" that must be included with a claim on the bond;
>
> b) specifying the date of the judgment being appealed
>
> c) that the bond will be paid not only if this Court's judgment is affirmed in part or in whole, but also upon modification of the judgment by the Court of Appeals, up to the full amount of the bond.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 23, 2008

Kowalski v. Ocean Duke; Civ. No. 04-00055 BMK; ORDER GRANTING STAY OF ENFORCEMENT OF JUDGMENT.