Form 7

FORM 7.  Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓]  United States District Court for the  Distict of Hawaii
[ ]  United States Court of International Trade
[ ]  United States Court of Federal Claims
[ ]  United States Court of Appeals for Veterans Claims

Type of case:  Patent Infringement

William R. Kowalski   v.  Ocean Duke Corporation

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No.  04-cv-00055BMK            Date of Judgment or Order  05/08/08
Cross or related appeal?  yes          Date of Notice of Appeal  06/04/08
Appellant is:  [✓] Plaintiff   [ ] Defendant   [ ] Other (explain) _____

FEES:  Court of Appeals docket fee paid?   [✓] Yes   [ ] No
       U.S. Appeal?                        [ ] Yes   [✓] No
       In forma pauperis?                  [ ] Yes   [✓] No

Is this matter under seal?   [ ] Yes   [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Appellant:
Milton M. Yasunaga
Allison Mizuo Lee
1000 Bishop St., Ste. 1200
Honolulu, HI  96813-4216

Appellee:
Louise K.Y. Ing
Allison Kirk Griffiths
1001 Bishop St., #1800  ASB Twr
Honolulu, HI  96813
(see attached sheet for additional attys for defts)

COURT REPORTER: (Name and telephone):  Gloria Bediamol  808-781-8256

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

120

LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  ling@ahfi.com
        agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:;: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
       pmarks@neufeldlawgroup.com

Attorneys for defendant Ocean Duke Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | CIVIL NO.: CV 04-00055 BMK |
|---|---|
| Plaintiffs, | |
| v. | |
| OCEAN DUKE CORPORATION, | |
| Defendant. | |

132793.2