# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**  William R. Kowalski, et al., vs. Ocean Duke Corporation

    **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:**  Civil No. 04-0055BMK

II  **DATE NOTICE OF APPEAL FILED:**  June 4, 2008

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

    **DOCKET FEE PAID ON:** 06/04/08      **AMOUNT:** $455.00

    **NOT PAID YET:**      **BILLED:**

    **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

    **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

    **IF YES, SHOW DATE:**      **& ATTACH COPY OF ORDER/CJA**

    **WAS F.P. STATUS REVOKED:**      **DATE:**

    **WAS F.P. STATUS LIMITED IN SOME FASHION?**

    **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**  CV 05-00517BMK

V  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 26, 2008

To All Counsel of Record as Appellees:

    IN RE:    William R. Kowalski, et al., vs. Ocean Duke Corporation

                Civil No. 04-0055BMK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Cross Appeal was filed in the above-entitled case on June 4, 2008 .

    The Notice of Cross Appeal is hereby transmitted to the Court of Appeals for the Federal Circuit. Thank You.

                                        Sincerely Yours,
                                        SUE BEITIA, CLERK

                                        by: Laila M. Geronimo
                                            Deputy Clerk

Enclosures

cc:    Clerk, Federal Circuit w/copy of NA,
            certified copy of the docket sheet, dfnf
       Milton M. Yasunaga, Esq., (attorney for appellant)
            Transcript Desig. & Ordering Form
            and docket sheet