IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ 2008-1364 _____   U.S. District Court Case No. _____ 1:04-CV-0055 BMK _____

Short Case Title WILLIAM R. KOWALSKI v. OCEAN DUKE CORPORATION

Date Notice of Appeal Filed by Clerk of District Court_____ Cross Appeal Filed 6/4/08 _____

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

(✓)   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(  )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(  )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered_____   Estimated date for completion of transcript_____

Print Name of Attorney _Milton M. Yasunaga_   Phone Number _(808) 544-3833_

Signature of Attorney _____

Address _CADES SCHUTTE LLP, 1000 Bishop Street, Suite 1500, Honolulu, HI 96813_

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
**(signature of court reporter)**
(  ) Arrangements for payment were made on _____
(  ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit it to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

JUN 2 4 2008

Date transcript filed _____   Court Reporter's Signature _____

at 4 o'clock and 3 0 min. P M
SUE BEITIA, CLERK

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   06/24/08   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK



**Appeal Documents**

1:04-cv-00055-BMK Kowalski, et al v. Ocean Duke Corporati **CASE CLOSED on 05/08/2008**

### U.S. District Court

### District of Hawaii

### Notice of Electronic Filing

The following transaction was entered by Yasunaga, Milton on 6/18/2008 at 12:38 PM HST and filed on 6/18/2008
**Case Name:**     Kowalski, et al v. Ocean Duke Corporati
**Case Number:**   1:04-cv-55
**Filer:**             William R. Kowalski
                       Hawaii International Seafood Inc.
**WARNING: CASE CLOSED on 05/08/2008**
**Document Number:** 290

**Docket Text:**
**TRANSCRIPT Designation and Ordering Form by William R. Kowalski, Hawaii International Seafood Inc. (Yasunaga, Milton)**


**1:04-cv-55 Notice has been electronically mailed to:**

Allison K. Griffiths     akirk@ahfi.com, grufo@ahfi.com

Louise K.Y. Ing     ling@ahfi.com, dka@ahfi.com

Paul S. Marks     pmarks@neufeldlawgroup.com

Allison M. Mizuo     amizuo@cades.com, thunt@cades.com

Milton M. Yasunaga     myasunaga@cades.com, rkuniyoshi@cades.com

**1:04-cv-55 Notice will not be electronically mailed to:**

Martin E. Hsia
Cades Schutte
1000 Bishop St 12th Flr
Honolulu, HI 96813-4216

Judy L. Khang
Neufeld Law Group PC
360 East 2nd St Ste 703
Los Angeles, CA 90012

Clyde Wm. Matsui
Matsui Chung Sumida & Tsuchiyama
737 Bishop St Ste 1400
Honolulu, HI 96813

Case 1:04-cv-00055-BMK    Document 312    Filed 06/26/2008    Page 3 of 4

Timothy L. Neufeld
Neufeld Law Group PC
360 East 2nd St Ste 703
Los Angeles, CA 90012

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=6/18/2008] [FileNumber=515295-0]
[82d7158a6edcffedbd18c47e5d0552e0993c4452edea6bed77162f1ac3c5254573e3
7bbe7f7fa44b18efbce6e3558bee6f048aa1ea5e9f488dbb17adbd430794]]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

*Amended* Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____2008-1364_____ U.S. District Court Case No. _____1:04-CV-0055 BMK_____

Short Case Title WILLIAM R. KOWALSKI v. OCEAN DUKE CORPORATION

Date Notice of Appeal Filed by Clerk of District Court_____ Cross Appeal Filed 6/4/08 _____

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 12/11/07 (hearings during Trial Day 5) | Gloria Bediamol | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered_____Ordered by Ocean Duke_____ Estimated date for completion of transcript_____

Print Name of Attorney _____Milton M. Yasunaga_____ Phone Number _____(808) 544-3833_____

Signature of Attorney_____

Address _____CADES SCHUTTE LLP, 1000 Bishop Street, Suite 1500, Honolulu, HI 96813_____

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
**(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia_____ BY: _____
(U.S. District Court Clerk)            (date)            DEPUTY CLERK