ORIGINAL

STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

NORMAN CHENG, ESQ.   7755-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, HI 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434

Attorney for Garnishee
UNICOLD CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 26 2008

at 3 o'clock and 00 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD INC., <br><br>Plaintiffs,<br><br>vs.<br><br>OCEAN DUKE CORPORATION<br><br>Defendant. | Civil No. 04-0055 BMK<br><br>DISCLOSURE OF GARNISHEE<br><br>*Hearing:*<br>Date:   August 7, 2008<br>Time:   9:00 a.m.<br>Judge:  Magistrate Barry M. Kurren |

**DISCLOSURE OF GARNISHEE**

Garnishee UNICOLD CORPORATION ("Garnishee"), in response to the Garnishee Summons and Order ("Garnishee Summons") served upon it herein, hereby discloses the following:

1. On June 10, 2008, Garnishee was served with a Garnishee Summons in this action.

2. At such time, Garnishee did not have any goods or effects of Defendant OCEAN DUKE CORPORATION ("Defendant") in its possession, custody and/or control.

75505

3. At such time, Garnishee was and is in no manner and upon no account whatever indebted or under liability to Defendant.

4. At such time, Defendant is not entitled to receipt from Garnishee any salary, wages, commissions, stipend, annuity, net income or a portion of net income under a trust.

5. At such time, Garnishee has in its possession, and/or under its control, no real estate and no personal property, effects or credits of any description whatever, belonging to Defendant or in which Defendant has any interest; and is in no manner liable as Garnishee in this action.

6. Accordingly, Garnishee requests that it be discharged from any further responsibility with respect to the Garnishee Summons.

DATED:   Honolulu, Hawaii; June 26, 2008.

_____
NORMAN CHENG, ESQ.
Attorney for Garnishee
UNICOLD CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | Civil No. 04-0055 BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date stated below, a true and correct copy of the foregoing document was duly served by depositing the same in the U.S. Mail, postage prepaid, upon the following parties:

>MILTON M. YASUNAGA, ESQ.
>ALLISON MIZUO LEE, ESQ.
>Cades Schutte LLP
>1000 Bishop Street, Suite 1200
>Honolulu, Hawaii  96813
>
>Attorneys for Plaintiffs
>WILLIAM R. KOWALSKI and
>HAWAII INTERNATIONAL SEAFOOD INC.
>
>
>LOUISE K. Y. ING
>Alston Hunt Floyd & Ing
>American Savings Bank Twr.
>1001 Bishop St., Fl. 18
>Honolulu, Hawaii  96813
>
>Attorney for Defendant
>OCEAN DUKE CORPORATION

75505

DATED:   Honolulu, Hawaii; June 26, 2008.

                                                  NORMAN CHENG, ESQ.
                                                  Attorney for Garnishee
                                                  UNICOLD CORPORATION