

# American Contractors Indemnity Company

United States District Court for
The District of Hawaii

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiff, <br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | No. **CV 04-0055 BMK** <br> UNDERTAKING FOR APPEAL <br><br> AMERICAN CONTRACTORS INDEMNITY COMPANY <br> 9841 AIRPORT BLVD., 9TH FLOOR <br> LOS ANGELES, CA 90045 |

WHEREAS, in the _____ Court of _____, a Judgment or Order was entered on _____, 20____ in favor of _____ and against _____ in the amount of _____ Dollars ($_____).

WHEREAS said **Ocean Duke Corporation**, feeling aggrieved thereby, intend(s) to appeal therefrom, and therefore desires to give an undertaking for Appeal and Stay of Execution as provided in FRCP §62.

NOW THEREFORE, American Contractors Indemnity Company, undertakes that if the Judgment or Order appealed from, or any part of it, is affirmed or modified by the Court of Appeals, or the Appeal is dismissed, we acknowledge ourselves bound to pay to the Appellee, **William Kowalski,** under said statutory obligation, the amount directed to be paid by the said Judgment or Order, or the part of such amount as to which the said Judgment or Order is affirmed or modified, if it be modified or affirmed only in part, which shall be awarded against said Appellants on said appeal, plus interest and costs, not to exceed the sum of **Three million six hundred fifty thousand** Dollars (**$3,650,000.00** ).

CONDITIONED that if **Ocean Duke Corpoation,** as Principal/Appellant, shall pay to the Appellee the amount directed to be paid by the said Judgment or Order, or the part of such amount as to which the said Judgment or Order is modified or affirmed, if it be modified or affirmed only in part, which shall be awarded against said Appellants on said appeal, plus interest and costs, then this obligation shall be void; otherwise to remain in full force and effect.

Payment of the aforesaid amount shall be made with in 90 (ninety) days after Appellant or Appellee makes a claim for payment on the bond, which claim shall include all necessary information to render such payment, by way of example including but not limited to the name and address of the party to receive such payment, the exact amount of payment to be made, a copy of the court order(s) on which the claim is based, and a release to be rendered effective upon issuance of such payment. Such claim may be made immediately after entry of the appellate court's final order, and Principal authorizes Surety to pay such claim upon receipt of the claim without requiring further approval from the Principal.

It is further agreed by the Surety, that in case of default or contumacy on the of the Surety, the court may, upon notice to it of not less than ten days, proceed summarily to render judgment against it in accordance with their obligation and award execution thereon.

Dated this **23rd** day of **JUNE**, 2008.

BOND NO. **443860**
PREMIUM $**37,000.00**

AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _____

WILL MINGRAM,   Attorney-in-Fact

**EXHIBIT A**

***Substitute original bond. Supersedes and replaces any other original bonds bearing the same bond number.***