**Erin Elizabeth Brady**

| | |
|---|---|
| **From:** | Paul S. Marks |
| **Sent:** | Thursday, June 26, 2008 12:02 PM |
| **To:** | 'Milton Yasunaga'; 'Allison Mizuo Lee' |
| **Cc:** | 'PAUL Alston'; LOUISE ING; Erin Elizabeth Brady |
| **Subject:** | FW: Appeal Bond |
| **Attachments:** | ODC-revison 26.06.doc |

Milton/Allison:

Here is the revised language that the bond company has suggested. (We are supplying the "fill-in-the-blank" information.)

Please comment.

PS -- We note that the language contained in the Bender's form that you sent to us is significantly less detailed than the language of the bond now in place, as well as the language being proposed today (as attached to this e-mail). If there is some part of the language from the Bender's form you wish to use, please make a specific suggestion.

Thank you.

---

**From:** Amy Mea [mailto:amea@bondservices.com]
**Sent:** Thursday, June 26, 2008 10:51 AM
**To:** Paul S. Marks; Erin Elizabeth Brady
**Subject:** RE: Appeal Bond

Please see the amended wording. If you have suggested changes please let me know otherwise another substitute original will be issued. I will need the previously amended bond returned. I did receive the original bond and rider.

Kind regards,

Amy Mea
Bond Services of California, LLC
900 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90017
213.628.2970
213.538.1322 direct fax

**EXHIBIT B**

7/7/2008