# Erin Elizabeth Brady

| | |
|---|---|
| **From:** | Paul S. Marks |
| **Sent:** | Friday, June 27, 2008 7:48 AM |
| **To:** | 'Amy Mea' |
| **Cc:** | 'PAUL Alston'; LOUISE ING; DONNA AHUNA; Erin Elizabeth Brady |
| **Subject:** | FW: Here is a redline showing the changes I want. I think my version is clearer. |
| **Importance:** | High |
| **Attachments:** | Redline.rtf |



Redline.rtf (89 KB)

```
Amy:

Here is the response from Kowalski's lawyer.  As you will recall, the Court ordered the
parties to work this issue out by this Friday (today).  I don't recall that the Court
ordered the revised bond filed today, but if the language can be worked out, it would be
good to file today.

Thank you,

Paul




-----Original Message-----
From: Milton Yasunaga [mailto:myasunaga@cades.com]
Sent: Thursday, June 26, 2008 9:22 PM
To: Paul S. Marks
Subject: Here is a redline showing the changes I want. I think my version is clearer.

Here is a redline showing the changes I want.  I think my version is an improvement, it is
clearer and should reduce the possibility of disputes.  For one thing, the version I was
sent says the surety will pay the judgment amount or the partial judgment amount or the
modified amount but does not say which of these will be paid -- in contrast, following the
key language of the Bender's form book, my version says pay the amount awarded following
the appeal.

Also, the version I was sent still has the "necessary information" language, and although
it gives an example, it says "including" so it is not clear if other information might
also be required -- my version states specifically what is required.  If the surety wants
something else, it should name it.

I added a provision to take care of the possibility of Kowalski assigning the judgment --
in that event, payment will be made to the assignee(s).

The 90 day delay means that a lot of interest will accrue from the time of the court award
until payment, so I added language making it clear that the amount to be paid is not just
the amount named by the court but also any interest that accrues until payment is made.


------------------------------------------------------------------
Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we
inform you that any tax advice contained in this communication (including any attachments)
is not intended, or written to be used, and cannot be used for the purpose of avoiding
tax-related penalties under the Internal Revenue Code.
**************************************************************
********************
```

1

**EXHIBIT C**

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited.
If you think you have received this communication in error, please notify us immediately by reply e-mail or by telephone (808)521-9200, and delete the original message.

# American Contractors Indemnity Company

### United States District Court for
### The District of Hawaii

| | |
|---|---|
| WILLIAM R. KOWALSKI ~~and HAWAII INTERNATIONAL SEAFOOD, INC.~~,<br><br>                Plaintiff,<br>v.<br><br>**OCEAN DUKE CORPORATION,**<br><br>                Defendant. | No. **CV 04-0055 BMK**<br>~~UNDERTAKING FOR APPEAL~~ SUPERSEDEAS BOND<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY<br>9841 AIRPORT BLVD., 9TH FLOOR<br>LOS ANGELES, CA 90045 |

**WHEREAS,** in the ~~——————————— Court of ———————————~~ United States District Court for the District of Hawaii, a Judgment ~~or Order was entered on ———————————, 20——— in favor of ——————————— and ——————————— against ——————————— in the amount of ——————————— Dollars ($———————————)~~ was entered on May 8, 2008 in favor of William R. Kowalski and against Ocean Duke Corporation in the amount of Three million twenty thousand six hundred five Dollars and fifty two Cents ($3, 020, 605.52).

**WHEREAS** ~~said~~ Ocean Duke Corporation, ~~feeling aggrieved thereby, intend(s) to~~ has filed a notice of appeal therefrom, and ~~therefore~~ desires to ~~give an undertaking for Appeal and Stay of Execution~~ provide a supersedeas bond to stay execution as provided in ~~FRCP §62.~~ Federal Rules of Civil Procedure Rule 62(d).

**NOW THEREFORE,** American Contractors Indemnity Company, ~~undertakes that if the Judgment or Order appealed from, or any part of it, is affirmed or modified by the Court of Appeals, or the Appeal is dismissed, we acknowledge ourselves bound to pay to the Appellee, William Kowalski, under said statutory obligation, the amount directed to be paid by the said Judgment or Order, or the part of such amount as to which the said Judgment or Order is affirmed or modified, if it be modified or affirmed only in part, which shall be awarded against said Appellants on said appeal, plus interest and costs~~ undertakes and promises to pay William R. Kowalski all damages, costs, and interest awarded to him following the appeal of this matter, not to exceed the sum of Three million six hundred fifty thousand Dollars ($3,650,000.00 ~~).~~ ) if:

   a. The Judgment is affirmed in whole or in part;
   b. The appeal is dismissed; or
   c. The Judgment is modified, including to add costs and/or interest.

**CONDITIONED** that if Ocean Duke ~~Corpoation~~ Corporation, as Principal/Appellant, shall pay to the Appellee William R. Kowalski the amount ~~directed to be paid by the said Judgment or Order, or the part of such amount as to which the said Judgment or Order is modified or affirmed, if it be modified or affirmed only in part, which shall be awarded against said Appellants on said~~ awarded to him following the appeal in this action, plus interest and costs, then this obligation shall be void; otherwise to remain in full force and effect.

William R. Kowalski may assign his rights to the Judgment and this bond, and in that event, after notice of the assignment, payment of the amount due shall be made to his assignee(s). Payment of the ~~aforesaid~~ amount awarded after appeal shall be made ~~with in~~ within 90 (ninety) days after Appellant or Appellee (or his assignee(s)) makes a claim for payment on the bond, which claim shall include ~~all necessary information to render such payment, by way of example including but not limited to~~ the name and address of the party to receive such payment, the exact amount of payment to be made (plus information to calculate interest that will accrue before payment), a copy of the court judgment(s) or order(s) on which the claim is based, and a release to be rendered effective upon issuance of such

ImanageDB:901477.4

payment. Interest that accrues, including during the abovementioned ninety (90) days, shall also be paid by the Surety. Such claim may be made immediately ~~after entry of the appellate court's final order~~upon the monetary award following the appeal, and Principal Ocean Duke Corporation authorizes Surety American Contractors Indemnity Company to pay such claim upon receipt of the claim without requiring further approval from the Principal.

It is further agreed by the Surety, that in case of default or contumacy on the part of the Surety, the court may, upon notice to it of not less than ten days, proceed summarily to render judgment against it in accordance with their obligation and award execution thereon.

Dated this ~~23rd~~27th day of **JUNE**, 2008.

BOND NO. **443860**
PREMIUM $**37,000.00**

AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _____
    **WILL MINGRAM**,   Attorney-in-Fact

***Substitute original bond.  Supersedes and replaces any other original bonds bearing the same bond number.***

Imanage DB:901477.4

Document comparison done by DeltaView on Thursday, June 26, 2008 6:07:01 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://DMS/ImanageDB/901477/1 |
| Document 2 | interwovenSite://DMS/ImanageDB/901477/4 |
| Rendering set | Standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
|  | Count |
| Insertions | 29 |
| Deletions | 19 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 48 |