# Erin Elizabeth Brady

| | |
|---|---|
| **From:** | Paul S. Marks |
| **Sent:** | Thursday, July 03, 2008 2:38 PM |
| **To:** | 'Milton Yasunaga' |
| **Cc:** | 'ling@ahfi.com'; Erin Elizabeth Brady |
| **Subject:** | Proposed Appendix |
| **Attachments:** | 134123_1.DOC |

Milton:

Here is the table of contents to our proposed appendix for the appeal case. This is subject to revision. We are compiling the actual appendix and will send it to you by disc and/or hard copy when it is complete.

Separately, please advise what your proposal is regarding the bond. We believe the bond is sufficient per the surety's most recent proposed revisions, but we are amenable to entering into appropriate side agreements/stipulated orders designed to allay whatever concerns you still may have.

Thank you

Paul Marks

**EXHIBIT F**