## Erin Elizabeth Brady

**From:** Milton Yasunaga [myasunaga@cades.com]
**Sent:** Thursday, July 03, 2008 8:02 PM
**To:** Paul S. Marks
**Cc:** ling@ahfi.com; Erin Elizabeth Brady
**Subject:** RE: Proposed Appendix

I gave you my proposal re the bond a week ago and your side said it would not budge at all.

Not having heard from you, I prepared the motion I filed today. I was so busy working on it I didn't see your email until after I prepared the motion, but your email doesn't propose what is needed, so it wouldn't have made a difference. A side agreement and even a stipulated order are not enforceable on a surety, so what good are they? There might be standard form bonds to stay enforcement that have been commonly used and accepted, but I don't think either of the things your surety proposed were in that category.

-----Original Message-----
**From:** Paul S. Marks [mailto:PMarks@neufeldlawgroup.com]
**Sent:** Thursday, July 03, 2008 11:38 AM
**To:** Milton Yasunaga
**Cc:** ling@ahfi.com; Erin Elizabeth Brady
**Subject:** Proposed Appendix

Milton:

Here is the table of contents to our proposed appendix for the appeal case. This is subject to revision. We are compiling the actual appendix and will send it to you by disc and/or hard copy when it is complete.

Separately, please advise what your proposal is regarding the bond. We believe the bond is sufficient per the surety's most recent proposed revisions, but we are amenable to entering into appropriate side agreements/stipulated orders designed to allay whatever concerns you still may have.

Thank you

Paul Marks

------------------------------------------------------------
Circular 230 Disclosure:  To ensure compliance with
requirements
imposed by the IRS, we inform you that any tax advice
contained in this communication (including any attachments) is
not intended, or written to be used, and cannot be used for the
purpose of avoiding tax-related penalties under the Internal
Revenue Code.
***************************************************************
*********************
This message is intended for the use of the individual or
entity
to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under
applicable law. If you are not the intended recipient,
any dissemination, distribution or copying of this
communication
is strictly prohibited.
If you think you have received this communication in error,
please notify us immediately by reply e-mail or by telephone
(808)521-9200, and delete the original message.

**EXHIBIT G**

7/7/2008