# BENDER'S FEDERAL PRACTICE FORMS

*Federal Rules of Civil Procedure Rule 59–71A*

VOLUME 11

2007

 LexisNexis

EXHIBIT A

Form No. 62:50    Stay of Proceedings to Enforce a Judgment                    62-48

# RULE 62(d): STAY OF MONEY JUDGMENT PENDING APPEAL

### Form No. 62:50

### Supersedeas Bond[1]

UNITED STATES DISTRICT COURT

_____ District of _____

_____ [*Name of plaintiff*],
                                    Plaintiff

vs.                                                  No. _____

_____ [*Name of defendant*] et al.,           SUPERSEDEAS BOND
                                    Defendants      (Fed. R. Civ. P. 62(d))

### Recitals

1. A judgment was entered in the above entitled action on _____ [*date*] in the United States District Court for the _____ District of _____, against the Appellant, _____ [*name of appellant*] and in favor of _____ [*name(s) of appellee(s)*].

2. _____ [*Name of appellant*] has filed a timely notice of appeal of this judgment to the United States Court of Appeals for the _____ Circuit and desires to suspend enforcement of the judgment pending determination of the appeal.

### Promise to Pay

As a result of the facts just recited:

_____ [*Name of appellant*] and _____ [*name of corporate surety*], which has an office and usual place of business at _____ [*street address*], _____ [*city, state, zip code*], undertake and promise to pay to _____ [*name(s) of appellee(s)*] all damages, costs, and interest that may be awarded to _____ [*him or her or it or them*] following the appeal of this matter up to the sum of $_____ if:

---

[1] In most instances, corporate sureties will not only provide bonds, but the form of bond filed with court.

(Rel. 121-10/2006 Pub.090)

62-49                Supersedeas Bond              Form No. 62:50

    a. The judgment so appealed from is affirmed;

    b. The appeal is dismissed; or

    c. _____ [Name of appellant] fails to pay promptly all sums awarded against _____ [him or her or it] in or following the appeal in this action, including any costs that the court of appeals may award if the judgment is modified.

If _____ [name of appellant] fulfills the obligations on appeal set for above, then this obligation will become void. Otherwise, the obligation will remain in full force and effect.

Dated: _____

For the principal:

                               _____ [signature of appellant]
                               _____ [typed name of appellant]

For the _____ [surety or sureties]:

                               _____ [typed or printed name of surety]
                          By: _____ [signature]
                               _____ [typed name of signer]
                               _____ [title of signer]
                               _____ [street address]
                               _____ [city, state, zip code]

[Repeat signature block for each additional surety]

JUSTIFICATION OF SURETY

State of _____

County of _____

_____ [Name], being duly sworn, deposes and says:

1. I am [the _____ (title, e.g., duly-qualified bonding agent of], _____ [name of surety], a surety in the attached bond. [Add if justification made by agent: _____ (Name of surety) has authorized me to make the statements contained in this Justification on its behalf.]

      [Alternative One. Qualified corporate surety][2]

2. _____ [Name of surety] is a corporation duly-licensed to do

---

[2] See 31 U.S.C. § 9304(a).

(Rel. 121-10/2006 Pub.090)