

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOTICE OF DOCKETING

CV 04-00055 BMK

## 2008-1452 - KOWALSKI V OCEAN DUKE

**Date of docketing**: 07/08/2008

**Appeal from**: United States District Court/ District of Hawaii
case no. 04-CV-00055

**Cross-appellant**(s): William R. Kowalski

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.


Jan Horbaly
Clerk

cc: US District Court, HI
    Timothy L. Neufeld
    Milton M. Yasunaga

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: July 8, 2008

Official Caption[1]

2008-1364, -1452

WILLIAM R. KOWALSKI,

Plaintiff-Cross Appellant,

and

HAWAII INTERNATIONAL SEAFOOD, INC.,

Plaintiff-Appellee,

v.

OCEAN DUKE CORPORATION,

Defendant-Appellant.

Appeals from the United States District Court for the District of Hawaii in case no. 04-CV-00055, Magistrate Judge Barry M. Kurren.

Authorized Abbreviated Caption[2]

KOWALSKI v OCEAN DUKE, 2008-1364, -1452

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.