LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
ALSTON HUNT FLOYD & ING
1800 ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  ling@ahfi.com
         agriffiths@ahfi.com

TIMOTHY L. NEUFELD (Admitted *Pro Hac Vice*)
PAUL S. MARKS (Admitted *Pro Hac Vice*)
NEUFELD LAW GROUP
360 East 2nd Street. Suite 703
Los Angeles, California 90012
Telephone: (213) 625 -2625
Facsimile:;: (213) 625-2650
Email: tneufeld@neufeldlawgroup.com
        pmarks@neufeldlawgroup.com

Attorneys for defendant Ocean Duke Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN DUKE CORPORATION, <br><br> Defendant. | CIVIL NO.: CV 04-00055 BMK <br><br> APPEAL COURT DOCKET NO.: 2008-1364 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE RELEASE OF APPEAL BOND** |
|---|---|

## JOINT STIPULATION RE RELEASE OF APPEAL BOND

The undersigned parties, through counsel, hereby stipulate as follows, and respectfully request that the Court enter an order thereon:

WHEREAS, defendant Ocean Duke Corporation has obtained an appeal bond in favor of plaintiff William Kowalski, in the amount of $3,650,000.00 (three million, six hundred and fifty thousand dollars) to stay enforcement of the judgment in this action pending appeal;

WHEREAS, plaintiffs William R. Kowalski, Hawaii International Seafood, Inc., and Ocean Duke Corporation have entered into a confidential settlement of all matters involved in the appeals of this action;

NOW THEREFORE, the parties stipulate, and respectfully request that the Court enter an order that:

1. The parties have reached a full and complete settlement of all claims in this action related to the final judgment entered by this Court on May 8, 2008.

2. The appeal bond in this action shall, with the Court's approval, be deemed exonerated, released and ordered withdrawn.

DATED:  August 29, 2008 　　　　　NEUFELD LAW GROUP
　　　　　　　　　　　　　　　　　　  A Professional Corporation

　　　　　　　　　　　　　　　　　Timothy L. Neufeld (Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　Paul S. Marks (Admitted Pro Hac Vice)


　　　　　　　　　　　　　　　　　By:  /s/ Timothy L. Neufeld
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Timothy L. Neufeld
　　　　　　　　　　　　　　　　　Attorneys for defendant Ocean Duke
　　　　　　　　　　　　　　　　　Corporation



DATED:  August 27, 2008 　　　　　CADES SCHUTTE LLP

　　　　　　　　　　　　　　　　　Milton M. Yasunaga
　　　　　　　　　　　　　　　　　Allison Mizuo Lee


　　　　　　　　　　　　　　　　　By:  /s/ Milton M. Yasunaga
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Milton M. Yasunaga
　　　　　　　　　　　　　　　　　Attorneys for plaintiffs William R. Kowalski
　　　　　　　　　　　　　　　　　and Hawaii International Seafood, inc.

# ORDER

*Based on the stipulation of the parties hereto, and good cause appearing therefor*, it is ordered that the appeal bond in this action is hereby exonerated, released and ordered withdrawn.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 10, 2008.



   /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

WILLIAM R. KOWALSKI, ET AL. V. OCEAN DUKE CORPORATION; CV. NO. 04-00055 BMK; JOINT STIPULATION AND ORDER RE RELEASE OF APPEAL BOND